IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG    .  PLAINTIFF

v.  CIVIL ACTION NO. 1:23-cv-00071-SA-DAS

MISSISSIPPI STATE UNIVERSITY and  DEFENDANTS
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 4, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 5th day of May, 2023.

                                          /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE