# EXHIBIT 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**423-2021-01364** |
|---|---|---|

| **Not Applicable** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Dr. Li Zhang | Home Phone<br><br>███████ | Year of Birth |
|---|---|---|

| Street Address<br><br>█████████████<br><br>BRANDON, MS 39047 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br><br>MISSISSIPPI STATE UNIVERSITY | No. Employees, Members<br><br>501+ Employees | Phone No.<br><br>(662) 325-8124 |
|---|---|---|

| Street Address<br><br>PO BOX 6044 56 MORGAN STREET<br><br>MISSISSIPPI STATE, MS 39762 |
|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON<br><br>Race | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest        Latest<br>09/01/2021        01/14/2022<br><br>Continuing Action |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

I began working for the employer on January 15, 2005, as an Assistant Professor in the Civil & Environmental Engineering Department. I am currently working for the employer as a tenured-full Professor. I have been subjected to disparate treatment in the terms and conditions of my employment based on my race (Asian). I have requested leave and it wasn't processed timely. I have requested assistance when I needed to take leave and it wasn't provided. I have been assigned to substitute a teaching professors class with an 80-student count so he could have lighter teaching load even though his teach load is 75% of standard workload while I had to work 140% due to my prior research commitment. I got almost little pay raise even my performance is superb. I have requested travel for a research conference and have not been reimbursed. Other professors have been given these things when asked and are of a different race (White). I believe I have been discriminated against based on my race (Asian) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Dr. Li Zhang**<br><br>**03/01/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**MSU001592**

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**MSU001593**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 423-2022-01246 |

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (*indicate Mr., Ms., Mrs.*) | Home Phone | Year of Birth |
|---|---|---|
| Li Zhang | ▉ | |

| Street Address |
|---|
| ▉ |
| BRANDON, MS 39047 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MISSISSIPPI STATE UNIVERSITY | 501+ Employees | (662) 325-3713 |

| Street Address |
|---|
| BOX 9603 |
| MISSISSIPPI STATE, MS 39762 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Retaliation | 03/01/2022 | 05/03/2022 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

Beginning at the time when my attorney first notified the employer about my claims, and continuing through as recently as last Monday, employer has engaged in retaliation on multiple occasions. For example, on March 1, 2022, employer removed me from an important research project without legitimate justification, which will deprive me of 50% of my salary for the upcoming summer months. Then after received my formal charges, in April, the employer began taking affirmative steps that culminated in relieving me of my teaching responsibilities for CE 4143, Traffic Engineering. On April 1, 2022, the College of Engineering Dean Jason Keith (white) and interim director Isaac Howard (white) alleged that I had received 20 student complaints but, upon request, failed to provide any evidence of these student complaints. I followed up for more information and requested to meet with the Dean of College of Engineering and the Provost, but my requests were not granted. Then on May 3, 2020, employer (through Dean Keith) removed me from teaching this course and, again, cited student complaints without showing me any documentation. I was given just two working days to assemble and provide all necessary student information to Dean Keith, who rejected my request for reasonable additional time. I believe that I was discriminated against in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/12/2022 *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Date*     *Charging Party Signature* | |

MSU000928

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**423-2022-01246** |
|---|---|---|

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Li Zhang | Home Phone | Year of Birth |
|---|---|---|

| Street Address<br><br>BRANDON, MS 39047 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>MISSISSIPPI STATE UNIVERSITY | No. Employees, Members<br>501+ Employees | Phone No.<br>(662) 325-3713 |
|---|---|---|

| Street Address<br>BOX 9603<br>MISSISSIPPI STATE, MS 39762 |
|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON<br><br><br>Age, Disability, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest              Latest<br>03/01/2022           05/03/2022<br><br>Continuing Action |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

Beginning at the time when my attorney first notified the employer about my claims, and continuing through as recently as last Monday, employer has engaged in retaliation on multiple occasions. For example, on March 1, 2022, employer removed me from an important research project without legitimate justification, which will deprive me of 50% of my salary for the upcoming summer months. Then after received my formal charges, in April, the employer began taking affirmative steps that culminated in relieving me of my teaching responsibilities for CE 4143, Traffic Engineering. On April 1, 2022, the College of Engineering Dean Jason Keith (white) and interim director Isaac Howard (white) alleged that I had received 20 student complaints but, upon request, failed to provide any evidence of these student complaints. I followed up for more information and requested to meet with the Dean of College of Engineering and the Provost, but my requests were not granted. Then on May 3, 2020, employer (through Dean Keith) removed me from teaching this course and, again, cited student complaints without showing me any documentation. I was given just two working days to assemble and provide all necessary student information to Dean Keith, who rejected my request for reasonable additional time. I believe that I was discriminated against in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990, as

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Li Zhang**<br><br>**07/28/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**MSU000952**

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**423-2022-01246** |
|---|---|---|

and EEOC

_State or local Agency, if any_

amended and I believe I have been discriminated against based on my age in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Li Zhang**<br><br>**07/28/2022**<br><br><br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(_month, day, year_) |

**MSU000953**

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**MSU000954**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | 423-2023-00426 |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.) | Home Phone | Year of Birth |
|---|---|---|
| Dr. Li Zhang | ███████ | |

| Street Address |
|---|
| ███████<br>BRANDON, MS 39047 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MISSISSIPPI STATE UNIVERSITY | 501+ Employees | (662) 325-3344 |

Street Address

300 MONTGOMERY HALL

MISSISSIPPI STATE, MS 39762

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Retaliation | 07/01/2022 | 12/09/2022 |

THE PARTICULARS ARE (_If additional paper is needed, attach extra sheet(s)):_

On or about February 7, 2022, I filed an internal complaint with my employer. On March 1, 2022, I filed a charge (423-2021-01364). On July 12, 2022, I filed another charge (423-2022-01246) of discrimination, including for retaliation. Since that time, my employer has retaliated against me further by giving me a lower annual pay raise starting from July 1, 2022, than other faculty, who had not made complaints and filed EEOC charges. My employer also retaliated against me by taking steps on December 5, 2022, that have effectively prevented me from admitting any new graduate students. My employer has also retaliated against me through conduct from June 2022 through today, December 9, 2022, both during and after the grant application process with the US DOT that may, in effect, reduce my summer income by 2/3 for the next 6 years and have other negative consequences. I believe that I was discriminated against on the basis of my age, race, ethnicity, national origin, and disability and was retaliated against for participating in protected activity, in violation of the anti-retaliation provisions of Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/06/2023 _(signature)_<br><br>_Date_     _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>_(month, day, year)_ |

MSU001063

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | **423-2024-01683** |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Dr. Li Zhang | ■■■■■■■■ | |

| Street Address |
|---|
| ■■■■■■■■■ |
| Brandon, MS 39047 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MISSISSIPPI STATE UNIVERSITY | 501+ Employees | (662) 325-3344 |

| Street Address |
|---|
| 300 MONTGOMERY HALL |
| MISSISSIPPI STATE, MS 39762 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| Age, Disability, National Origin, Retaliation | 02/14/2024 — 07/08/2024 |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about February 7, 2022, I filed an internal complaint with my employer. On March 1, 2022, I filed a charge (423-2021-01364). On July 12, 2022, I filed another charge (423-2022-01246) of discrimination, for retaliation. On January 6, 2023, I filed another charge of discrimination, for retaliation (423-2023-00426). On May 23, 2023, I filed a lawsuit in the Northern District of Mississippi, styled Zhang v. Mississippi State University, et. al, 1:23-cv71-GHD-DAS. I am also pursuing a parallel action under state law in Mississippi state court. Since filing those suits, my employer has continued to retaliate against me. On February 14, 2024, my employer sent me a letter terminating my employment with an effective date of February 29, 2024. While my employer has offered an administrative hearing, it is clear that my employer's termination decision was made before that hearing in violation of its governing policies and its faculty handbook. Because of preventative measures I have taken in state court, that hearing may not take place for some time, if at all. Although my termination has not been finalized, the result of that hearing (if and when it does happen) appears to be a foregone conclusion, regardless of the evidence presented at the administrative hearing. Furthermore, other than compensation, I have been stripped of all the duties and benefits of employment as a full professor with full tenure.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>  **Digitally Signed By: Dr. Li Zhang**<br><br>**07/11/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Page **1** of **3**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**423-2024-01683** |
|---|---|---|

|  | and EEOC |
|---|---|
| _State or local Agency, if any_ | |

I believe that, through this unlawful termination, I was discriminated against on the basis of my age, race, ethnicity, national origin, and disability and was retaliated against for participating in protected activities, in violation of the anti-retaliation provisions of Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Dr. Li Zhang**<br><br>**07/11/2024**<br><br><div align="right">_Charging Party Signature_</div> | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.