IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                                          PLAINTIFF

v.                                                      CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY and
MISSISSIPPI BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER LEARNING        DEFENDANTS

### AGREED ORDER

Before the Court is the second motion for partial dismissal [52] filed by Defendants Mississippi State University ("University") and Mississippi Board of Trustees of State Institutions of Higher Learning ("IHL"). The Court has considered the motion and RESOLVES the motion as follows:

(1) By previous order, the Court dismissed certain claims without prejudice. Dr. Zhang does not intend to pursue any of those previously-dismissed claims as part of the operative complaint [49]. Accordingly, all claims that were previously dismissed by order [18] remain dismissed without prejudice.

(2) Dr. Zhang's claim for deprivation of due process (Count 6) is dismissed without prejudice.

(3) The following claims were not subject to the Defendants' motion and remain for adjudication:

    a. Discrimination and retaliation claims against the University and IHL under the family-care provisions of the FMLA (Counts 1 and 5)

    b. Discrimination and retaliation claims against the University and IHL under the Rehabilitation Act of 1973 (Counts 2 and 5)

    c. Discrimination and retaliation claims against the University under Title VII of the Civil Rights Act of 1964 (Counts 4 and 5).

SO ORDERED, this the 13th day of March, 2025.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED:

/s/ *Grafton E. Bragg*
GRAFTON E. BRAGG

GRAFTON E. BRAGG (MSB # 104821)
BraggLaw, PLLC
1060 East County Line Road
Suite 3A-120
Ridgeland, MS 39157
601.624.1153
grafton@graftonbragglaw.com

*Counsel for Dr. Zhang*


/s/ *Ashlyn B. Matthews*
Ashlyn B. Matthews (MSB # 104424)
amatthews@winfieldlawfirm.com
Charles E. Winfield (MSB # 10588)
cwinfield@winfieldlawfirm.com
The Winfield Law Firm, P.A.
224 East Main Street
PO Box 80281
Starkville, Mississippi 39759
Telephone: (662) 323-3984
Facsimile: (662) 323-3920

2