**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LI ZHANG**                                                              **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:23CV71-GHD-DAS**

**MISSISSIPPI STATE UNIVERSITY, et al.**                    **DEFENDANTS**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Mississippi State University ("MSU"), Mississippi Board of Trustees of State Institutions of Higher Learning ("IHL"), Mark Keenum ("Keenum"), and Alfred Rankins, Jr. ("Rankins") (collectively "Defendants"), subject to their pending motions to dismiss, file this Motion for Summary Judgment. For the reasons herein and those set forth in the supporting memorandum being filed herewith, summary judgment should be granted on all Zhang's claims.

1.       Zhang asserts claims against MSU and IHL for (1) deprivation of leave and retaliation under the Family and Medical Leave Act ("FMLA") and (2) disability discrimination and retaliation under the Rehabilitation Act; against MSU for race, ethnicity, and national origin discrimination and retaliation under Title VII; and against Keenum and Rankins for reinstatement under *Ex parte Young* based on MSU's and IHL's alleged violations of (1) the due process clause of the Fourteenth Amendment, (2) the FMLA, (3) the Americans with Disabilities Act, (4) the Rehabilitation Act, (5) the Age Discrimination in Employment Act, and (6) Title VII.

2.       Defendants are entitled to summary judgment on all Zhang's claims because he cannot establish a prima facie case of interference, discrimination, or retaliation under any cause of action. He also cannot rebut the legitimate, non-discriminatory and non-retaliatory reasons for any action he complains of.

3.       Zhang's due process claim should also be dismissed. Zhang was provided with notice and an opportunity to be heard in his defense.

1

4.      Zhang's claims against IHL are further subject to dismissal because he cannot show that it has been his employer for purposes of the FMLA, ADA, ADEA, the Rehabilitation Act, and Title VII. He also cannot show that IHL took any actions concerning his leave or any other complained-of act, other than its consideration of his appeal of MSU's termination decision.

5.      Defendants support their motion with a memorandum and the following exhibits:

| | |
|---|---|
| Exhibit 1 | Corey Declaration |
| Exhibit 2 | Howard Declaration |
| Exhibit 3 | Reeves Deposition |
| Exhibit 4 | Jordan Transcript |
| Exhibit 5 | Offer Letter |
| Exhibit 6 | Zhang Deposition |
| Exhibit 7 | Ying Zhang Deposition |
| Exhibit 8 | Shaw Transcript |
| Exhibit 9 | Truax Transcript |
| Exhibit 10 | Interrogatory Answer |
| Exhibit 11 | Leave Documents |
| Exhibit 12 | AOP 13.03 |
| Exhibit 13 | Fall 2023 Emails |
| Exhibit 14 | October 2021 Emails |
| Exhibit 15 | Emails Regarding Class Arrangements |
| Exhibit 16 | Leave Summary |
| Exhibit 17 | August 2021 Leave Documents |
| Exhibit 18 | October 2023 Leave Communications |
| Exhibit 19 | Fall 2021 Grading / Planning Documents |

| | |
|---|---|
| Exhibit 20 | December 2021 Leave Documents |
| Exhibit 21 | December 2021 Grading Communications |
| Exhibit 22 | HRM 60-201 |
| Exhibit 23 | Fall 2023 Leave Correspondence |
| Exhibit 24 | Raising Desk Emails |
| Exhibit 25 | April 2021 Reeves Email |
| Exhibit 26 | April 2020 Emails Regarding Distance Teaching |
| Exhibit 27 | Fall 2021 Scheduling Emails |
| Exhibit 28 | Howard Transcript |
| Exhibit 29 | Green Transcript |
| Exhibit 30 | Darkest Day Email |
| Exhibit 31 | Meeting Emails |
| Exhibit 32 | Spring 2022 Complaints |
| Exhibit 33 | Project Emails |
| Exhibit 34 | Spring 2022 Course Removal Email |
| Exhibit 35 | Zhang Reaction |
| Exhibit 36 | Contracts |
| Exhibit 37 | Summer 2023 Emails |
| Exhibit 38 | Email Regarding Fall 2023 Courses |
| Exhibit 39 | Graduate Student Admissions Correspondence |
| Exhibit 40 | ASSURE Project Correspondence |
| Exhibit 41 | Gammill Deposition |
| Exhibit 42 | Termination Documents |
| Exhibit 43 | October 2022 Letter of Reprimand |

| | |
|---|---|
| Exhibit 44 | MDOT Project Correspondence |
| Exhibit 45 | August 2023 MDOT Proposal Correspondence |
| Exhibit 46 | 2023 FHWA Proposal Correspondence |
| Exhibit 47 | Pay Documents |
| Exhibit 48 | Annual Review Documents |
| Exhibit 49 | Annual Review Appeal |
| Exhibit 50 | HRM 60.113 |
| Exhibit 51 | IHL Policies and Bylaws (2023-2024) |
| Exhibit 52 | IHL Policies and Bylaws (2024-2025) |
| Exhibit 53 | Faculty Handbook |
| Exhibit 54 | Morrison Transcript |
| Exhibit 55 | MSU Termination Supplement |
| Exhibit 56 | HRM 60.401 |
| Exhibit 57 | Zhang Interactions |
| Exhibit 58 | ABET Meeting Correspondence |
| Exhibit 59 | October 2021 Email Regarding Zhang |
| Exhibit 60 | 2021 Annual Review |
| Exhibit 61 | 2022 Annual Review |
| Exhibit 62 | Flexwork Agreement |
| Exhibit 63 | Student Correspondence |
| Exhibit 64 | UTC Notes |
| Exhibit 65 | Zhang Hearing Submission |

Dated: February 19, 2026.

Respectfully Submitted,

MISSISSIPPI STATE UNIVERSITY,
MISSISSIPPI BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER
LEARNING, MARK KEENUM, in his
official capacity, and ALFRED RANKINS,
JR., in his official capacity


By: /s/ Ashlyn B. Matthews
Ashlyn B. Matthews
Miss. Bar No. 104424
amatthews@winfieldlawfirm.com
Charles E. Winfield
Miss. Bar No. 10588
cwinfield@winfieldlawfirm.com
THE WINFIELD LAW FIRM, P.A.
224 East Main Street
Post Office Box 80281
Starkville, Mississippi 39759
Telephone: (662) 323-3984
Facsimile: (662) 323-3920

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the

Court using the ECF system, which sent notification of such filing to the following:

> Grafton E. Bragg
> BraggLaw, PLLC
> grafton@graftonbragglaw.com

Dated: February 19, 2026

/s/ Ashlyn B. Matthews
Ashlyn B. Matthews
