# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LI ZHANG**                                                                     **PLAINTIFF**

**v.**                                                                 **CAUSE NO. 1:23CV71-GHD-DAS**

**MISSISSIPPI STATE UNIVERSITY,**
**MISSISSIPPI BOARD OF TRUSTEES OF**
**STATE INSTITUTIONS OF HIGHER LEARNING,**
**MARK KEENUM, in his official capacity, and**
**ALFRED RANKINS, JR., in his official capacity**            **DEFENDANTS**

## DECLARATION OF LESLIE COREY

Leslie Corey, under oath, states as follows:

1.      My name is Leslie Corey.   I am employed by Mississippi State University ("MSU") as Chief Human Resources Officer within its Human Resources Management department ("HRM").  I have served in this capacity since November 2020.  Before being named the Chief Human Resources Officer, first in an interim capacity, I was a Senior Human Resources Generalist and Deputy Director for Human Resources Management at MSU.

2.      MSU is a public institution of higher learning with its primary campus in Starkville, Oktibbeha County, Mississippi.  MSU offers areas of study in eight different academic colleges, one of which is the James Worth Bagley College of Engineering (the "College of Engineering").  After serving as Dean in an interim capacity beginning in March 2014, Dr. Jason Keith ("Keith") served as the Dean of the College of Engineering from June 2015 until July 31, 2024. Dr. Kari Babski-Reeves ("Reeves") served as the College of Engineering's Associate Dean for Research and Graduate Studies from approximately August 2015 until September 2024.  Dr. Robert Green ("Green") served as an Assistant Dean of the College of Engineering from approximately July 2019 until August 2024; he served as

1

interim Dean from August 2024 until April 2025, when Keith's permanent replacement assumed the role. In April 2025, Green began serving as the College of Engineering's Associate Dean for Academics.

3. The College of Engineering is comprised of eight academic departments, one of which is Civil and Environmental Engineering, known as the Richard A. Rula School of Civil and Environmental Engineering ("CEE" or the "CEE School"). Dr. Isaac Howard ("Howard") has served as the Director of the CEE School since 2021, following the retirement of the previous longtime director, Dr. Dennis Truax ("Truax").

4. Research is integral to MSU's overall educational purpose and mission. MSU maintains an Office of Research and Economic Development ("ORED"), which provides support to faculty, staff, and students in connection with research activities. Among other research-related activities, ORED administers compliance and support units to assist MSU's researchers and works closely with state and federal agencies and industry partners to advance funding opportunities. Dr. Julie Jordan ("Jordan") served as the Vice President for Research and Economic Development, first on an interim basis and then in a permanent capacity, from approximately July 2019 until October 31, 2025. On November 1, 2025, Jordan assumed a new role at MSU as the President's Senior Advisor for Artificial Intelligence and Data Governance.

5. Dr. Mark Keenum ("Keenum") has served as MSU's President since January 2009. Dr. David Shaw ("Shaw") has served as MSU's Provost and Executive Vice President since July 2019.

6. Dr. Li Zhang ("Zhang") began his employment with MSU in January 2005. Dr. Zhang has been employed as faculty in the CEE School for the entirety of his time at

2

MSU. He has been employed under a series of nine-month employment contracts that provide him with employment beginning in August and ending in May of the following year; the contracts do not provide for summer employment. Dr. Zhang began as an assistant professor, moving up the ranks throughout the years to eventually become a full professor with tenure. In February 2024, Dr. Zhang received notice of intent to terminate his employment, and he has been on administrative leave with pay since then. Pursuant to applicable policy, Dr. Zhang requested an administrative hearing regarding the proposed termination, and after an agreed postponement of the administrative process, an administrative hearing was held in June 2025. Dr. Zhang has been paid his full salary and there has been no interruption of benefits since his receipt of the notice of intent to terminate his employment.

7. MSU utilizes a system known as "eForms" for the processing and routing of employees' leave requests. The standard and proper procedure at MSU is for employees, including faculty such as Dr. Zhang, to submit leave requests through eForms. In some instances where requests for leave are submitted incorrectly, do not provide complete information, or where a leave request is submitted when unnecessary, an eForms system notification may reflect a request for resubmission or show the submission as "disapproved." Because Dr. Zhang has submitted leave requests through eForms incorrectly, with incomplete information, or when unnecessary, he may have received notifications reflecting a request for resubmission or disapproval. However, Dr. Zhang has never been denied a properly submitted request for leave that he was eligible to receive.

8. When Dr. Zhang took leave in connection with a surgery in December 2021 through early January 2021, he took leave with pay. His pay was not withheld or reduced

3

in connection with this leave or any other leave that he has taken for medical needs or otherwise under the Family and Medical Leave Act. To my knowledge, and based on the records available to me, any leave Dr. Zhang has taken during his employment with MSU has been paid and he has never taken unpaid leave.

9.      I have never made any decisions or taken any action concerning Dr. Zhang on the basis of his race, national origin, age, disability status, status as a caregiver, or in retaliation for any complaint or activity on the part of Dr. Zhang.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, this the 19th day of February, 2026.

_Leslie Corey 2/19/26_
Leslie Corey
