# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LI ZHANG**                                                                      **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:23CV71-GHD-DAS**

**MISSISSIPPI STATE UNIVERSITY,
MISSISSIPPI BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER LEARNING,
MARK KEENUM, in his official capacity, and
ALFRED RANKINS, JR., in his official capacity**                  **DEFENDANTS**

**DECLARATION OF DR. ISAAC HOWARD**

Dr. Isaac Howard, under oath, states as follows:

1.      My name is Dr. Isaac Howard.  I am employed by Mississippi State University ("MSU") as Professor and Director of the Richard A. Rula School of Civil and Environmental Engineering ("CEE" or the "CEE School"), which is one of eight academic departments comprising the College of Engineering.  I have served in this capacity since June 2021, first in an interim capacity then in a permanent capacity, following the retirement of Dr. Dennis Truax.  Since assuming this role, I have been employed through contracts with twelve-month terms.  Before my appointment as Director, I was employed as CEE faculty since 2006.

2.      While I have served as Director, Dr. Li Zhang has been employed by MSU under a series of nine-month employment contracts that provide him with employment beginning in August and ending in May the following year.  Dr. Zhang's employment contracts, like other faculty employed under nine-month contracts, have not provided for summer employment.  Summer appointments for additional pay are sometimes available to nine-month faculty, but they are not guaranteed.

1

3. Faculty do not have sole authority to make admissions decisions for MSU students, including graduate students. To be admitted as a CEE graduate student, an applicant generally must meet qualifications for admission and have faculty willing to serve as their major professor. However, every applicant must go through the formal submission process for an admission decision to be made.

4. To ensure students receive the necessary contact hours, when faculty need to miss a class they are scheduled to teach due to leave or other reasons, it is generally expected that they arrange equivalent (as one example, an out of class assignment) and / or alternative instruction. It is typical for faculty to make other arrangements for their classes by, for example, finding another faculty member to cover their class for them or arranging for a guest lecturer. When arrangements cannot be made to accommodate a scheduled class time, an instructor may need to schedule an additional class meeting time, including through recorded or virtual means, to make up for the missed contact hours. All CEE faculty are held to these expectations.

5. Dr. Zhang last taught a course at MSU in the spring 2022 semester. Following that semester, Dr. Zhang was on sabbatical leave, and when he returned for the fall 2023 semester, he was not assigned any courses to teach. It was determined that it would not be in the best interest of MSU's students or CEE to allow Dr. Zhang to resume teaching classes. Dr. Zhang had, among other things, previously exhibited hostile and unprofessional behavior towards his students and shown himself to be unwilling to follow instructions from administrators.

6. Among those who, since February 2023, have taught courses previously taught by Dr. Zhang are Dr. Osman Okuyucu and Dr. Fei Wang. Dr. Osman Okuyucu is of

2

Turkish descent and was hired to join the CEE School in 2023. In 2024, Dr. Fei Wang was hired to join the CEE School. Dr. Wang has a PhD with transportation engineering elements. Dr. Wang is currently the faculty advisor of MSU's ITE Student Chapter and, for the spring 2026 semester, is teaching CE 3113 – Transportation Engineering, which is the course Zhang was teaching in the fall 2021 semester. Dr. Wang is Chinese. Case Fulcher has also taught one or more courses previously taught by Dr. Zhang; in the past, Dr. Zhang specifically requested that Case Fulcher be assigned to teach a course that he did not want to teach.

7.      Endowed chairs and professorships are positions established by donors to provide additional funding to exceptionally productive faculty. The decisions to award faculty with endowed positions are typically collaborative decisions among a department head or school director, a dean, and the provost; the decisions may also involve discussions with the MSU Foundation and the President. Holders of endowed chairs and professorships receive stipends in addition to their nine-month salaries. To receive an endowed position is a very high honor for faculty. This is not a distinction that has ever been held by Dr. Zhang.

8.      During his 2021-2022 contract term, which would have been during MSU's 2022 fiscal year, Dr. Zhang's salary made him more highly paid than all but three of eleven CEE faculty. The three faculty with higher total compensation than Dr. Zhang were (1) Dr. Farshid Vahedifard, a Professor holding an endowed position, (2) Dr. Veera Gude, an Associate Professor holding an endowed position, and (3) me, a Professor and School Director also holding an endowed position. Dr. Vahedifard is of Iranian descent, and Dr. Gude is from India. For the 2022-2023 contract period, during MSU's 2023 fiscal year, Dr.

3

Zhang's salary remained among the four highest in CEE, and Dr. Vahedifard, Dr. Gude, and I were the only three with higher total compensation. For his 2023-2024 contract period, during MSU's 2024 fiscal year, the only faculty with higher total compensation than Dr. Zhang were Dr. Vahedifard and me. Dr. Vahedifard left MSU in August 2023, leaving Dr. Zhang and Dr. Howard as the only remaining tenured full Professors in CEE.

9.      Raises or salary adjustments may be made if a faculty member receives a promotion or a competing job offer. Otherwise, the availability of raises or salary adjustments in any given period is generally subject to budgetary decisions made by the state government. For each year that salary adjustments are made available, each department or school receives notice of the amount of funds available (often referred to as the "raise pool"), as well as guidelines for awarding raises from the raise pool. When there are sufficient funds, a department head or director allocates raises for the department based upon a determination of merit and in accordance with guidelines provided.

10.      Raise funds were made available for the 2022 fiscal year; this period covered July 1, 2021 through June 30, 2022, and would be reflected in the 2021-2022 nine-month faculty contracts. Decisions regarding the distribution of merit raises in CEE for the 2022 fiscal year were made in the summer of 2021. Raise funds were also made available for the 2023 fiscal year; this period covered July 1, 2022 through June 30, 2023, and would be reflected in the 2022-2023 nine-month faculty contracts. Decisions regarding the distribution of merit raises in CEE for the 2023 fiscal year were made in the summer of 2022. Raise funds were also made available for the 2024 fiscal year; this period covered July 1, 2023 through June 30, 2024, and would be reflected in the 2023-2024 nine-month faculty contracts. Decisions regarding the distribution of merit raises in CEE for the 2024 fiscal year

4

were made in the summer of 2023. I have been responsible for determining the distribution of merit raise funds within CEE while I have held the position of Director, but any raises I have received while serving as Director have been determined by my direct supervisor, the Dean of the College of Engineering.

11. My determination of merit in connection with distributing raise funds for the 2023 fiscal year took into account Dr. Zhang's classroom and conduct issues in the year prior. No other CEE faculty had experienced similar issues. When decisions for raises to take effect in the 2024 fiscal year were made, Dr. Zhang had been on sabbatical leave through the fall 2022 and spring 2023 semesters, but his deficient overall performance was taken into account. Overall, Dr. Zhang's productivity was observed to be deficient for a faculty of his rank and inferior to faculty of similar rank.

12. Faculty sometimes have funds allocated to a discretionary account that may be used to support their professional activities. The accounts belong to the university, not to the faculty member, and the funds are not meant for faculty's personal use. Moreover, a faculty member's discretionary account is not solely controlled by that faculty member, and it is within a dean's or department head or school director's authority to decline to use department funds for certain expenditures requested by a faculty member and instead, have the faculty member use his discretionary account for appropriate work-related expenses.

13. Due to difficulties caused by COVID-19, CEE's move to a new building, and my transition into a new role as interim Director, I was delayed in completing CEE's annual reviews for 2021. Annual reviews for 2021 and 2022 were completed in 2023. These were the first annual reviews I was responsible for in the director role. With the issues that had

occurred with Dr. Zhang in 2021 and 2022, I anticipated that Dr. Zhang's reviews would include ratings he would not agree with, so I sought guidance from higher administration in an effort to ensure fairness in the process. Dr. Zhang did not receive an annual review for 2023 because I completed those reviews after he was placed on administrative leave.

14. I have never made any decisions or taken any action concerning Dr. Zhang on the basis of his race, national origin, age, disability status, status as a caregiver, or in retaliation for any complaint or activity on the part of Dr. Zhang.

15. No similarly situated employee outside of Dr. Zhang's protected class has been treated more favorably or more leniently despite comparable conduct to Zhang's.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, this the 19th day of February, 2026.

Isaac Howard

6