# EXHIBIT 3

**Kari Babski-Reeves**

**Li Zhang**
**vs.**
**Mississippi State University**

**January 19, 2026**



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

LI ZHANG                                    PLAINTIFF

VS.                          25CI1:23-CV-441-AHW

MISSISSIPPI STATE UNIVERSITY, and

MISSISSIPPI BOARD OF TRUSTEES OF STATE

INSTITUTIONS OF HIGHER EDUCATION            DEFENDANTS

*********************************************

VIDEOCONFERENCE DEPOSITION OF

KARI BABSKI-REEVES

taken by the Plaintiff

via Zoom

on January 19, 2026

beginning at approximately 1 p.m.

*********************************************

Reported By:  Jessica Matheson, CCR #1925

---

APPEARANCES

FOR THE PLAINTIFF:

    Grafton E. Bragg, Esq.

    BraggLaw, PLLC

    965 Madison Avenue

    Suite 2C

    Madison, MS 39110

    601.624.1153

    grafton@graftonbragglaw.com

FOR THE DEFENDANT:

    Ashlyn Matthews, Esq.

    The Winfield Law Firm PA

    224 E. Main Street

    Starkville, MS 39759-2930

    662.323.3984

    amatthews@winfieldlawfirm.com

---

TABLE OF CONTENTS

| | PAGE |
|---|---|
| Title Page | 1 |
| Appearance Page | 2 |
| Table of Contents | 3 |
| Stipulation Page | 4 |
| EXAMINATION OF KARI BABSKI-REEVES | |
| By Mr. Bragg | 5 |
| Certificate Page | 78 |

EXHIBIT INDEX

| | |
|---|---|
| Exhibit 32, MSU005968-5972 | 25 |
| Exhibit 33, MSU00614-6147 | 29 |
| Exhibit 34, MSU250215-217 | 37 |
| Exhibit 35, MSU009614-621 | 44 |
| Exhibit 36, MSU000580-582 | 46 |
| Exhibit 37, MSU263360-UR | 50 |
| Exhibit 38, MSU257331-332 | 71 |
| Exhibit 39, MSU257377-381 | 71 |

---

STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys of record, that this deposition may be taken at the time and place hereinbefore set forth, by JESSICA MATHESON, Court Reporter and Notary Public, pursuant to the Rules;

That the formality of reading and signing is specifically WAIVED;

That all objections, except as to the form of the questions and the responsiveness of the answers, are reserved until such time as the deposition, or any part thereof, may be used or sought to be used in evidence.

KARI BABSKI-REEVES

HAVING BEEN FIRST DULY SWORN, TESTIFIED AS FOLLOWS:

EXAMINATION BY MR. BRAGG:

Q. Please state your name for the record.

A. Carry Lynn Babski-Reeves. Officially, according to the U.S. Government, it's just Kari Lynn Reeves.

Q. L-y-n-n?

A. Yes.

Q. Okay. That's my daughter's middle name, as well. Have you ever given deposition testimony before?

A. I have not.

Q. All right. So I'll go over some of the basics that I like to cover with everybody, just things that are different than normal conversation. Obviously, you're under oath. That's a little bit different than normal conversation. We are over Zoom, which is becoming more standard, unfortunately, for normal conversations. I guess fortunately in some ways and unfortunately in the other.

One thing you'll notice, any time you're communicating over Zoom, is that a recording can only take down what one person -- or can only show what one person is saying at a time. And so that's actually really important for purposes of the transcript anyway, that we not speak over one another, that I try to let you finish your answer before I jump in with my next question, and vice versa. You try to let me finish my question before you jump in with your answer. Does that work?

A. Yes.

Q. Okay. Yes and no answers rather than nods and shakes are preferred, if that's good with you?

A. Perfect.

Q. Okay. If we need -- if you need a break, just let me know. I think it's hard to -- it's really hard to gauge. I've been pretty good about thinking about how long each deposition was going to take in this case, but yours has been a little difficult for me to gauge. I don't think we will take any longer than two hours. That would be pretty unexpected, but it could be kind of between an hour and two as kind of an estimate.

A. Okay.

Q. Okay. So if you do need a break, just let me know.

A. All right.

Q. If there is a question that you don't understand, please ask me to rephrase the question. Does that work?

A. That works.

Q. And the reason for that is because if somebody else is reading the transcript later, whether it's somebody on the jury, the judge, or one of the attorneys, and you didn't ask for clarification, then we will just assume that you did know what the question meant. Is that fair?

A. Okay. Yes.

Q. All right. And then the last thing, I've got -- there are quite a few documents that we're going to go through today and we won't spend just a ton of time of each one of them, but what I'll do is I'll share my screen and you should be able to see the document on the screen. If you need a minute to read and make sure, Okay, I think I know what this is, but let me look at it and confirm, just let me know and I'm happy to scroll down or scroll up. I'll try to predict what you might want to look at and what you might want to see, but I'm happy to adjust based on what you actually need me to show you at that time on the document. Does that work?

A. That works.

Q. Okay. What did you do to prepare for the deposition today?

A. Of course, I spoke with counsels.

Q. Sure.

A. And I read through some e-mails in my MSU e-mail back up.

Q. What e-mails did you read through? Like, what is the subject matter of the e-mails that you read through?

A. Just in general or pertaining to Dr. Zhang. There were some on some of the documents hearing related or discovery, perhaps, where we had reviewed responses for MSU and I had provided comments to some e-mail exchanges between Li and I and others regarding UTC, the course issues, those types of e-mails.

Q. Yeah. And that's kind of what I was -- you mentioned UTC. That would be one subject area that I imagine you looked at some e-mails about. You looked at e-mails about the fall of 2021 grade changes?

A. Yes. If those are the first course -- the spine surgery, yes. Yes.

Q. And then the following semester, spring of 2022, that was when he was actually removed as instructor?

A. Yes.

Q. Okay. You looked at e-mails related to that?

A. Yes.

Q. Did you look at any e-mails related to the Assure project? Were you involved in that?

A. No, not really.

Q. Okay.

A. I think I was copied on one or two e-mails, but

9

I was not involved.

Q. One thing I noticed is that you get copied on a lot of e-mails?

A. Yes.

Q. But you -- you're probably -- your sent and directly addressed to ratio to the amount of e-mails you're actually on is probably fairly small, just based on what I was looking. Is that pretty consistent with your understanding?

A. That I respond to fewer e-mails than I receive?

Q. I guess what I'm saying is: You seem to be a person that everyone wants to keep in the know about a lot of different things. And so you have a lot of -- you're on a lot of e-mail traffic, but you're actually, like, the direct sender or the direct recipient on a relatively small subset of the e-mails that I've reviewed. You don't have to answer that. That was just my take away.

A. Okay.

Q. Okay. Were you involved in on the MDOT when Dr. Zhang was working on the MDOT proposal and there was discussion between Mississippi State and MDOT?

A. No. I was not involved in that. I was copied on a few e-mails just like Assure.

Q. Okay. So your main involvement, really, was with regard to the issues, I guess from 2021 until the

10

present, would have been the UTC, and then the two classes?

A. That's correct.

Q. Okay. That's good to know. Where do you live right now?

A. My permanent address is in Starkville, Mississippi. I do work out of Knoxville, Tennessee most Monday through Friday. So I have an address there in Knoxville, an apartment.

Q. Okay. Can you give me your permanent address to start with?

A. Sure. 864 Sunnyland Drive. Sunnyland is one word.

Q. Okay. So you work at the University of Tennessee. Did you say that?

A. Yes. The University of Tennessee, the system office. So not to be confused with University of Tennessee at Knoxville.

Q. Okay. So you consider the Starkville address to be home?

A. Yes.

Q. Okay. And do you intend for that to remain your home?

A. Yes.

Q. Where did you grow up, Kari? Is it Kari?

11

A. It is Kari.

Q. Where did you grow up, Kari?

A. Okay. That's really a more complicated question than you might think. I was born in Silver Spring, Maryland.

Q. Okay.

A. We lived there for a few years. I've lived in West Virginia. I lived in Arkansas, moved back to West Virginia, back to Arkansas, graduated high school, went to Mississippi State, went back to Arkansas for a year, back to Mississippi, off to Virginia for six years, back to Mississippi, stayed there until 2024. And I mean, technically, I'm still here, but then took the job at UT.

Q. Okay. That was a really good, quick, concise description of a pretty complicated background, something that you've had to give many times, I'm sure.

A. Yes.

Q. Okay. So when did you start working at -- where did you graduate college from?

A. Mississippi State.

Q. Okay.

A. All three degrees.

Q. All three degrees. All right. What were your three degrees?

A. A Bachelor of Science and Master of Science and

12

a Doctor of Philosophy, all in industrial engineering.

Q. Okay. Bachelor of Science, Master of Science, and PhD, all in industrial engineering?

A. That's correct.

Q. Okay. And when did you obtain your -- can you give me the years that you completed those degrees?

A. 1995, 1998 and 2000.

Q. Okay. All right. What did you start doing after you received your PhD? Did you start working at Mississippi State then?

A. No. My first job was at Virginia Tech from 2000 to 2006. I returned to Mississippi State in -- I think my start date was either June or July 1 of 2006 and was there until September 30 of 2024.

Q. Okay. What was your role at Virginia Tech?

A. Assistant professor.

Q. And what was your -- I guess assistant professor in industrial engineering?

A. Yeah. The Grado Department of Industrial and Systems Engineering.

Q. Say that again. The grade what?

A. Grado, G-r-a-d-o, Department of Industrial and Systems Engineering.

Q. Is that a name? Grado?

A. Yes. It's a named department. It has an

13

endowment, like the Bagley College of Engineering.

Q. Understood. Okay. So from 2006 to 2024, you were at Mississippi State?

A. That's correct.

Q. Did you start as assistant professor there?

A. I did.

Q. Also in industrial engineering?

A. That's correct.

Q. Okay. And then what was your next move within the University at MSU?

A. Promoted to associate professor, became graduate coordinator in that time frame, and then moved to interim associate dean for research and graduate studies, then was named associate dean for research and graduate studies, became a full professor, was named interim department head for industrial and systems engineering while maintaining my role as associate dean, was named department head, and continue to maintain my role as associate dean.

Q. Okay. That's a lot of keep up -- I'm trying to -- okay. So what year did you receive your promotion to assistant professor? I mean, to associate professor?

A. To associate, I don't remember off the top of my head. Somewhere in the 2009 time frame, 2010.

Q. Let's do this. In -- let's say by the year

14

2000. So that's -- I mean, excuse me, by the year 2020 --

A. I was full professor.

Q. Okay. You were a full professor by then. Were you the associate dean for research and graduate studies by then?

A. I was just the associate dean.

Q. Okay.

A. And -- I'm sorry. And department head. They had removed associate dean, the title associate dean, for research and graduate studies because the other associate dean had left and I had assumed some of their responsibilities.

Q. Okay. So you were -- so there were two associate -- when you first became associate dean, there were two associate deans within the Bagley School of Engineering or College of Engineering?

A. That's correct.

Q. Okay. And yours was on -- you had a focus on research and graduate studies?

A. Initially, yes.

Q. What was the other associate dean focused on? Was that classroom instruction?

A. It's called academic affairs. So he did -- he oversaw graduate studies, international programs, diversity or access programs.

15

Q. And what was his name?

A. I'm not going to remember. He's department head at the biomedical engineering at Georgia right now. It may come to me.

Q. So he's not somebody who would be involved in the matters of this case?

A. No. He left prior to 2020.

Q. Okay. And that's why I asked. So if he wasn't, that's fine. Okay. So by the time, 2020, you were associate dean and you now were the only associate dean within the -- I know it changed. We'll call it within Bagley. Does that work?

A. Yeah. We can call it Bagley.

Q. Okay. And then you were the department head of industrial engineering?

A. That's correct.

Q. And you were both associate dean and department head all the way up until September of 2024?

A. That's correct.

Q. Okay. And then you were also a full professor still all the way into September of 2024?

A. Yes.

Q. So those were really your three titles during the events that have given rise to this litigation?

A. That is correct.

16

Q. When did Jason Keith become the dean?

A. 2014 or '15.

Q. Did he become dean before or after you became associate dean?

A. Before.

Q. Okay. So was he involved in your appointment to associate dean?

A. Yes. He asked me to serve in the interim role and then there was an open search. I applied, interviewed, and was selected.

Q. Okay. What about department head? The same?

A. Yes. I was asked to serve as interim. There was an open search. I applied, interviewed, and was selected.

Q. Okay. And Jason Keith also asked you to serve in the interim role for department head?

A. Yes.

Q. Who did you interview with for associate dean?

A. Obviously, I interviewed with Jason because he would be my direct report. I interviewed with everyone else in the dean's office in different groups. I interviewed with department heads.

Q. Okay. Okay. And then would that have been a similar interview process for interim -- for a department --

17

A.   Department.

Q.   Yeah.

A.   Yes.  You know, of course, I interviewed with faculty.  I interviewed with advisory board members, students, and other department heads.

Q.   Okay.  This is kind of a blunt question, but I've got to ask it:  When you are filling out a questionnaire, did your -- you said that you're white?  Is that your race?  White or Caucasian?

A.   Yes.

Q.   Have you ever taught a transportation or traffic engineering class?

A.   I have not.

Q.   Is there a reason that you would teach a transportation or traffic engineering class?

A.   No.

Q.   Do you recall Dr. Zhang filing a charge with the Equal Employment Opportunity Commission, the EEOC?

A.   I do recall that there was one filed.

Q.   Do you know when you learned about that charge?

A.   I don't remember the details, no.

Q.   Do you remember a time when Dr. Zhang retained counsel who sent an e-mail to Joan Lucas with Mississippi State making certain allegations of discrimination?

A.   Yes.  Vaguely.  I mean --

18

Q.   Have you seen that e-mail from Dr. Zhang's counsel to general counsel at Mississippi State?

A.   I don't know if I've seen it or not.

Q.   Okay.  Do you know -- let me ask it this way:  When you found out about the EEOC charge, is it something that recently happened?  Is it something that had happened a year before then?  Do you recall?

A.   It would have been recent.

Q.   Okay.  What about the counsel allegations to Mississippi State's general counsel?  Would that have been recent in time to when that e-mail from Dr. Zhang's counsel was sent?

A.   Yes.

Q.   Do you recall when you found out that Dr. Zhang had made discrimination allegations of any sort?

A.   Like the date?

Q.   Or as specific as you can be, yes.

A.   No.

Q.   Okay.  Did you have personal interactions with Li Zhang?

A.   Yes.

Q.   When did you start interacting with Dr. Zhang?

A.   Shortly after assuming my role as interim associate dean for research and graduate studies.

Q.   Okay.  And was your -- how frequent would say

19

your interaction was with Dr. Zhang from when you first started interacting with him until -- let's say until the spine surgery --

A.   It would have been --

Q.   -- kind of after that, but yeah.

A.   Sure.  It would have been infrequent.  You know, maybe once or twice a semester, if even that.  Yeah.

Q.   Leading up to the spine surgery incident in December of 2021, what was your impression of Dr. Zhang?

A.   An interesting question.  I didn't like or dislike Dr. Zhang.  There were issues with distance classes that, as associate dean for graduate studies, distance programming fell under me that I had to work with Dr. Zhang and his department head-on.

Q.   When you say there were issues with distance classes, were they -- that was during the time of COVID?

A.   No.  That would have been before.

Q.   Okay.  And when you say distance classes, that means remote classes that are conducted not in person?

A.   The way that Mississippi State taught distance was we did what we called lecture capture.  So a course is taught to an on-campus section and is recorded and those recordings are provided to the distance students.

Q.   Okay.  And so there were some issues with, like, whether you could see Dr. Zhang's face or what he

20

was presenting in class as it related to the distance students, what they would see; is that right?

A.   The issues would have been more related to whether or not he was holding class for the entire time and meeting the required number of contact hours.

Q.   Okay.  And --

A.   And student complaints.

Q.   Okay.  And so that would have been something -- why is that is a distance issue specifically --

A.   Because it was associated --

Q.   -- or is it?

A.   Go ahead.  I'm sorry.

Q.   Yeah.  I said or is it?

A.   I wouldn't say necessarily that it was specifically a distance issue, but it was connected to a distance class.  The complaints would have come in from distance students about paying for classes and then why were -- why would the classes be so short.

Q.   And these came in via e-mail to you?

A.   Correct.  Or to the IT department, Information Technology.

Q.   Okay.  I've seen an e-mail where you're talking about having an inbox full of student complaints.  Is that what you are referring to right now?

A.   Yes.

21

Q. Okay. Was that just one class?

A. No.

Q. Okay. Do you recall all of the classes that you were receiving student complaints of?

A. I do not and I would have worked with his department head to resolve those directly, not with Dr. Zhang.

Q. And at the time, that was Dennis Truax?

A. That's correct.

Q. Okay. Did you feel that those were resolved?

A. Partially.

Q. Okay. Did he stop giving distance classes?

A. Did he stop? Yes.

Q. Was that part of the plan to just have him teach in-person students only?

A. Yes, because of the repeated issues.

Q. Okay. Once there was a transition from -- okay. So before the spine surgery incident in fall of 2021, but after Dr. Zhang went to teaching just in person, did you feel that the issues you were having with Dr. Zhang had been resolved?

A. So after he was changed to on campus only were my issues resolved? Again, it wasn't an issue with Dr. Zhang and I directly. It was course delivery and for on-campus classes. Unless there was a graduate student

22

complaining, they would have not come to me.

Q. Okay. So you didn't have any more complaints because you wouldn't have been kind of involved in the --

A. I don't think that's -- I don't think that's entirely accurate.

Q. Okay.

A. Because if students had issues with the on-campus graduate classes, I would have heard those. I do not recall if there were any.

Q. Did you ever have any conversations with Isaac Howard about Dr. Zhang that would not be reflected in e-mails?

A. I'm not -- I'm not -- I mean -- I'm not sure I understand the -- would I have talked to Dr. Howard about Dr. Zhang at any -- I mean, I had lots of conversations with Dr. Howard about multiple faculty.

Q. Yeah. So sometimes -- and that's just me not fully understanding the nature of the relationship between you and Dr. Howard. I understand that you were -- would you say you were one of Dr. Howard's supervisors?

A. No.

Q. Okay. So that would be -- Dean Keith would be a supervisor of Dr. Howard?

A. That's correct.

Q. And then as an associate dean, you would not

23

also be in his line of report?

A. Not line of report, no. I would discuss with him various things that fell under my purview. Research, distance, graduate studies, international programs, access programs, which is ultimately what my role expanded to. But if it -- I mean, I didn't have any authority over Dr. Howard. I could not force him to make any decisions. I could advise him and discuss with him.

Q. Okay. Understood. So it sounds like you had frequent communications with Dr. Howard and other department heads about all manner of issues?

A. That's correct.

Q. Okay. And so it would be difficult to, you know, go through and identify every verbal conversation you had with him about Dr. Zhang?

A. That's true.

Q. Are there any that just, like, stick out in your mind, as we sit here today, that, you know, this is something that wouldn't have been an e-mail but it was a significant conversation that really mattered and related to the issues that you were experiencing or learning about with Dr. Zhang?

A. I don't believe so.

Q. Okay. Did you have conversations with David Shaw on a frequent basis?

24

A. No.

Q. Okay. Did you ever have any conversations with David Shaw outside of e-mails?

A. Well, of course, if we were at an event or something like that, but --

Q. Okay. Did you ever speak with David Shaw about Dr. Zhang outside of e-mail communications?

A. I'm sure that I did, but they would have been related to the e-mail conversations.

Q. Okay. Do you recall anything --

A. No.

Q. -- specific that was said, as we sit here today?

A. No.

Q. And then I'm hesitant to even ask you this one, because I think I know the answer. But you obviously had many conversations with Dr. Keith about Dr. Zhang?

A. This is true.

MR. BRAGG: Jessica, we are -- so for the depositions that I've taken we're using a rolling number of exhibits, and so some of them I'll refer to we've already used. And then when I do one that we haven't used yet, I'm going to make it a new exhibit. We're going to start with a new exhibit today that will be Exhibit 32 to the

25

depositions.

THE COURT REPORTER: Yes, sir. Will you e-mail them to me?

MR. BRAGG: Absolutely. I'll actually -- I will add you to a rolling share file that we have that Amanda is already on and opposing counsel is on as well.

THE COURT REPORTER: Yes, sir.

(Exhibit 32 was admitted.)

Q. (By Mr. Bragg) All right. So this will be Exhibit 31, and I'm going to let you -- I'll start at the beginning because it's a five-page exhibit, but I want to see if you recall this e-mail chain. I'm just going to --

A. Yes. I do recall this e-mail chain.

Q. Okay. So this is an e-mail chain that starts with an e-mail from Dr. Zhang to Dr. Keith and Dr. Howard regarding his spine surgery. I think it's spelled without the E there, on December 1, and then it goes up in there. It's various internal e-mails without Dr. Zhang including this November 29, 2021 e-mail from Dr. Shaw to you, Jason Keith, Leslie Corey, Robert Green, and Isaac Howard. Is that accurate?

A. Yes.

Q. Okay. All right. So I know a lot has been talked about, some of which I'm sure you've been privy to,

26

and some of which you may not have been privy to, about the fall grade changes, fall of 2021, I want to specifically ask you this here. So where Dr. Shaw says, There's a long history of issues here and we need to aggressively do everything we can to rectify this situation, you've obviously seen this e-mail now. Do you recall receiving the e-mail when it was sent by Dr. Shaw?

A. Yes.

Q. Okay. What was your impression when this e-mail came across? What did you think?

A. About the phrasing?

Q. Yeah. Just, like, what was your -- I mean -- you know, I guess e-mails are intended to convey information. They're intended to generate a response, generate some sort of action. They have all different kinds of intention, but I feel like whenever I e-mail, I have a thought, all right?

A. Uh-huh.

Q. And sometimes more than one thought if I'm -- if my brain is working really well that day. Like, what were you thinking when you received this e-mail?

A. Well, given the entire chain, it was what can we proactively do to have a plan in the event that the students' exams aren't graded, things aren't completed, how are we going to finish this semester out. So I took

27

it as: Let's have something in place.

Q. Okay. And specifically about the contingency plan with the grades?

A. Uh-huh.

Q. Okay.

A. Yes, sorry.

Q. Okay. And you know earlier in the chain, they're really talking about -- I think that it looks like Dean Keith, if we look on November 29, on an e-mail you were copied on at 10:05 a.m. --

A. Uh-huh.

Q. -- underlined, he wants to see if we can deny Dr. Zhang's request for surgery and ask him to administer the final and submit grades. Do you see that?

A. I do.

Q. Okay. Were you -- were you in discussion with Dean Keith about a potential denial of the request for surgery before Dean Keith sent this e-mail?

A. Not to my knowledge.

Q. Okay. It looks -- here in paragraph one, it says, Isaac, Carey, Robert and I discussed the situation, et cetera, et cetera. Do you recall having a discussion with those gentlemen about the situation?

A. About the course situation, yes.

Q. And you don't recall the topic of denying the

28

leave request coming up in that conversation?

A. No.

Q. All right. Leslie Corey responded and made the point that you can't deny a medical leave for an employee. Do you recall receiving that?

A. Yes.

Q. Okay. Did you agree with Leslie Corey on that?

A. I'm not an HR specialist. So if they're following policy, then yes.

Q. Okay. And then the response, there are two more e-mails back and forth between Jason Keith about -- I think Jason says -- defer might be a better word he used, and then there's a discussion about the paperwork itself. Do you see that?

A. Yes.

Q. Okay. And then there's another e-mail from Jason at 10:52 a.m. about the paperwork and he asks Dr. Shaw about advice from an academic affair standpoint. Do you see that?

A. Yes.

Q. Okay. And then there was the e-mail from Dr. Shaw about aggressively do everything we can to rectify the situation. Did you take Dr. Shaw's comment as relating specifically just to creating a backup plan or to taking some sort of action, you know, about Li

29

specifically?

A. As my role was only on the academic side, that's how I would have interpreted it.

Q. Okay. All right. I'm going to show you exhibit -- what will be Exhibit 33 to the depositions. I'm going to go ahead and renumber these before I forget. All right. And have you looked at this e-mail chain?

A. I have.

(Exhibit 33 was admitted.)

Q. Okay. I want to go down to the bottom of it and it looks like -- let's not go all the way to the bottom. Let's go to December 8, 2021 at 7:55 a.m. from Dean Keith. Do you see that e-mail?

A. Yes.

Q. Okay. And he is mentioning a thread about computers. Do you recall what was going on with those computers?

A. I do not. I think I was brought into the e-mail chain about this time.

Q. Okay. All right. And then who is Michael Lane? Well, I guess you didn't get the e-mail from Michael Lane to Jason Keith, but you later got it reforwarded back to you. Do you know who Michael Lane is?

A. Yes. He leads our admin -- our IT department, Information Technology department. So he's responsible

30

for computer purchasing, software purchasing, anything information technology related.

Q. Okay. And when I look down at his e-mail address on here, it's an mstate. So I'm assuming that's a general IT, not just -- it's not like Bagley has its own IT?

A. No. Bagley does have its own IT. And his e-mail is bagley.msstate.edu.

Q. It is. You're right. Okay. So that is -- he works specifically with Bagley?

A. That's correct.

Q. Okay. I missed the important information and drew the exact opposite conclusion of what it sounds like. So I apologize. Okay. So -- all right. There's another, I guess, sort of some back and forth, and then Michael e-mails these order details, which is a log of the purchase. Do you see that?

A. Yes.

Q. Okay. And then Jason Keith e-mails you this December 8, 2021 e-mail. It says, Maybe Z is the one who can't speak English.

Do you have any idea what that was about?

A. I would assume that it was relating to a number of students mentioning there were -- they had trouble understanding Dr. Zhang because he did not speak English

31

as his primary language, but, you know, I didn't write this e-mail.

Q. Do you know -- and I'm curious if you have any sort of information behind that. Like, do you know why he used the name, Z, in quotes?

A. I have no idea. I think I would not hazard a guess.

Q. Okay. He had never -- I mean, that wasn't, like, a nickname that you ever heard anyone use for Dr. Zhang?

A. No.

Q. Okay. But sort of the inference that you took here was the -- that it related to the student complaints about not being able to understand Dr. Zhang. Is that accurate?

A. Yes.

Q. Okay. Tell me what happened with the grade changes, in your words, in fall of 2021?

A. So I'm not going to necessarily remember dates or specific order of events. Essentially, Dr. Zhang notified everyone of his upcoming spine surgery. He was asked to provide a plan because he wanted some help in terms of grading the final exam since basically the surgery would put him out from the date of surgery, which was December 1st or sometime early in December until

32

sometime in January.

So we asked for that plan. So give us a copy of your final, give us a copy of your grading scheme, give us the name of someone who you think would be an appropriate person to grade these. None of that information was provided in a timely manner. To my understanding, a final was actually provided, but it was not in final form. And I'm putting that in air quotes, meaning, there was a question with space to answer it, a question, space to answer it. So it wasn't -- it wasn't a final that we could actually distribute directly to the students.

To my knowledge, we never got a key. So there was no way for us to grade them or for a student to grade them in his place. Because of that, ultimately, Dr. Zhang had to grade them himself. So they were proctored. We were able to proctor them because we did have a final that we could put in a form that the students could actually answer and submit responses on. Then there was an e-mail from Dr. Zhang after he had picked them up and graded them that essentially said -- and I'm going to paraphrase here -- I've been on heavy pain medication, but I did grade your exams. Those grades have been uploaded, have not had time to grade the projects. So I assumed the grade of 50 percent and I'll make grade changes later.

And then there was also, I believe, some commentary

33

about attendance slash participation points. That was after finals had been taken. So what was decided was that we would take the grades that Li Zhang had put in the Canvas grade book. We would exclude the final and the project from the computation of a final grade. So let's just say -- and I don't remember the details -- there were 80 percent of the course left between homeworks and prior tests. So the percentage of whatever they earned on those points was the grade that they were assigned for that class. I am the one that computed those grades. We gave a spreadsheet to the registrar, I believe, and the registrar updated the grades. This was with the approval of David Shaw.

Q. Okay. I think I -- I tried to take notes as I went so that I could remember what -- okay. Is any of the information you just told me stuff that I -- let me back up. A lot of the information you just told me is something I've seen e-mails on.

A. Uh-huh.

Q. Is there anything that you just told me that would have been outside of the written e-mails?

A. I don't know that it was clearly stated in there how the final grades were computed. So that information, I think.

Q. Okay. So specifically, let's talk about this

34

one. He was asked for a plan. That was a request that was in e-mail?

A. That's correct.

Q. Okay. And so to the extent your details were sightly off from what the actual e-mail was requesting him for a plan, you would refer to those e-mails and not what you just said. Is that fair?

A. Ask your questions again.

Q. Yeah. So I know -- so you're telling me what you remember the plan was, as we're sitting here, without any document in front of you?

A. That's correct.

Q. Okay. And so I'm not suggesting that you're not telling me the truth. What I'm suggesting is if there is any minor discrepancies in between what was requested of Dr. Zhang and the testimony you just gave, you would defer to that -- those e-mails where the actual request was made. Is that fair?

A. Sure. Yes.

Q. Okay. I know that -- that seemed like a trick. It wasn't intended to be a trick. Okay. So you said the final was provided but not in final form because there was no -- there was a question but no space to answer it. Explain that to me.

A. Yeah. So when we -- when -- typically when you

35

set up a final, you have a question, then there's some blank space for a student to work out a math problem or to write an essay or whatever, you know, to answer -- actually answer the question. So a lot --

Q. Open-ended questions, not multiple choice?

A. Typically. I mean, there can be multiple choice questions, you know, but even those would be set up in a form. Typically, when you have a -- when I pass off a final, if I were to pass off a final for someone else to proctor, it would be in what I call final exam form, which means it's ready to be copied and then distributed to the students. What I -- what we got was what I would call a draft where you're just writing the questions, figuring out how many points were going to be distributed, then you would go back and format the exam appropriately. Does that make sense?

Q. Yeah. So it wasn't that -- so the questions that were going to be asked were all in the draft that you guys received?

A. I don't know that for sure because I didn't actually handle the final. I never touched it. I did not compare what we were provided to what was actually distributed to the class.

Q. Okay. You're not aware of anyone changing any of the questions --

36

A. I am not.

Q. -- from what Dr. Zhang gave to what was actually administered?

A. I am not aware of that.

Q. Okay. So really, as far as you know, what was changed between what Dr. Zhang submitted and what was administered was the formatting of the document?

A. That's correct.

Q. Do you know if Dr. Zhang provided a document in a -- in Microsoft Word?

A. I don't recall that. In all the e-mails I had did not have the attachments with them.

Q. Okay. Do you know who actually formatted the exam from what Dr. Zhang gave to the final product?

A. I do not.

Q. Okay. I think you said he gave no key?

A. That's correct, to my knowledge.

Q. Dr. Zhang had to grade them himself?

A. Yes.

Q. And he did grade most of the exams himself?

A. I assume he graded them all by himself.

Q. Okay. I think -- we can talk about that later, but Dr. Zhang graded the exams?

A. Yes.

Q. They were not graded by someone else?

37

A.   Not to my knowledge.

Q.   All right.  All right.  I'm going to share a document that we will make Exhibit 34.  Okay.  All right.  And I want to scroll -- it's an eight page e-mail chain.  Just let know if you -- once I get to the top, if you recognize this document as an e-mail chain that you were involved on, that you were copied on?

A.   I do.

(Exhibit 34 was admitted.)

Q.   Okay.  And I want to take you to -- let's see.  It looks like Dean Keith on December 8, 2021 for -- set out what the contingency plan was going to be --

A.   Yes.

Q.   -- in writing?  Okay.  And then let's go up here.  All right.  On December 9, so the following day, you -- it looks like you attached a grade spreadsheet; is that right?

A.   Yes.

Q.   Okay.  And is that -- that was a spreadsheet of grades that Dr. Zhang had been updating in December or throughout the semester?  Do you recall?

A.   It was an export from the Canvas course, the gradebook.

Q.   Okay.  And so you said it looks like Li has been putting in a bonus throughout.  That is something

38

that he was doing throughout the semester?

A.   I'm just making note that there was some scores that were higher than the maximum allowed for that column.  So an exam of 100, and there's a very specific example, someone made a 122 out of 100 on an exam.

Q.   Okay.  And so you said that you used what is here to compute grades, and so you used what Dr. Zhang -- I think this is basically what you just testified about, but you used what Dr. Zhang then put in to compute grades.  And then you talked about this half letter grade.  And that -- all right.  Are you tracking with me so far?

A.   Yes.

Q.   Okay.  So I guess just explain to me -- so you say without the half letter grade, the distribution out of 72 students, and then you identify 35 As, 20 Bs, nine Cs, one D, and five Fs.  Do you see that?

A.   Yes.

Q.   Okay.  And so is that what grades Dr. Zhang would have assigned based on your calculations?

A.   Yes.  100 percent, the grades that were in Dr. Zhang's gradebook from Canvas.

Q.   And that is without the final being added?

A.   Or the project.

Q.   Or the project, okay.  And then you said adding half a letter grade for points, and then you noted some

39

better grades there if you added half a letter grade; is that right?

A.   Yes.

Q.   And why was there a discussion about adding half a letter grade?  Was that, like, one option to sort of -- let me not try to hazard a guess.  Let me just ask you:  Why are we talking about adding half a letter?

A.   Yeah.  You know, this was, what, five years ago?  Truthfully, I don't recall why we were talking about it either.

Q.   Okay.  So that isn't something that made it into the final grade calculation?

A.   I would have to look to see what we actually did to answer that question accurately.  I do not recall.

Q.   Okay.  I think when you explained the grade calculations just a minute ago, that wasn't something that you identified, was it?

A.   No, because we would have used exactly what was there.  The only caveat or exception to that may have been his attendance slash participation points, which would have been assumed to be five, which is what Li also assumed.

Q.   Okay.  You mentioned a father that called in e-mail, ISE.  What's ISE?

A.   That's my department.  Industrial and systems

40

engineering.

Q.   Okay.  And that student -- I guess the father was, like, making -- was making complaints on behalf of the student about Dr. Zhang's class?

A.   That is correct.

Q.   Okay.  And do you recall why the father -- like, what the father said as the basis for the complaints?

A.   No.  I would have to go back and find that e-mail.  It just -- but in general, it would be -- never mind.  No.  I don't recall.

Q.   Okay.  But you looked into it and decided this wasn't a Dr. Zhang issue.  This was a student not showing up for class issue?

A.   That is correct.

Q.   Okay.  And Dr. Green responded and mentioned, you know, the student's argument about Dr. Zhang not speaking any English.  Do you have any thoughts or comments about what Dr. Green said there other than just what the text itself says?

A.   I could only assume it would be in reference to the e-mail that was provided that the father would have said something along the lines that Dr. Zhang spoke no English or something to that nature.

Q.   You don't necessarily recall that, as you sit

41

here today, though?

A. No. I did -- I have not seen that e-mail.

Q. Okay. And then -- hang on one second. Sorry. I'm skipping around a little bit. I'm just making sure.

A. That's okay.

Q. Okay. And then on December 9 at 8:42 a.m., you note what the grades are with and without the four points and then Dean Keith responded, Thank you for your effort, and noted that there were a relatively small amount of students that were doing poorly. Do you see that?

A. Yes.

Q. Okay. And is that kind of what you concluded, that, okay, this isn't just like everyone's failing. There -- these are fairly consistent with what you would expect for a class that size?

A. I recall that these grades are for the work that was done prior to the final exam. So the grades were much different when the final exam and the project were factored in. So the grade distribution is different.

Q. Okay. So at that point, based on the grades you were looking at, not the final, not the project, is it true that a relatively small number of students were doing poorly in the class based on those grades?

A. Can you scroll to the distribution again real quick just so I can see? Yes.

42

Q. Okay. Thank you. Bear with me one second. Okay. All right. Do you recognize this e-mail exchange that we'll make Exhibit 35 to the deposition?

A. Yes.

Q. Okay. And this is an e-mail exchange that you were on?

A. That's correct.

Q. And so it starts with, it looks like, a -- and I'll represent to you that these student names have been unredacted and complied with the court order and FERPA. We're keeping them very close to the vest. And so obviously, we'll ask you to do the same. Is that sufficient --

A. Yes.

Q. -- for our purposes?

A. Yes.

MS. MATTHEWS: Yes. That's fine.

MR. BRAGG: Okay. Thank you.

Q. (By Mr. Bragg) Okay. So there was a complaint from ████ Hit about the grade that had been received in transportation engineering, and then there was -- ████ mentioned this project that he said Dr. Zhang neglected to grade and that he would assume just a 50 percent correct on it. And if you go down here to what -- the screenshot that ████ was referencing, it shows the optional campus

43

traffic study. And so he assumed a 50 percent out of possible points, and that the letter grade might be up and down slightly. Is that what you were talking about earlier when you mentioned the 50 percent project?

A. Yes.

Q. And then your -- it looks like your response through the e-mail -- from the e-mail chain after it got up to you was, And so it starts what Li assumed is not appropriate; is that right?

A. Yes.

Q. And so when you say, What Li assumed, are you talking about assuming 50 percent on that project?

A. Yes.

Q. Was it at this point that you decided, Okay, we've got to go in and intervene?

A. I didn't make that decision.

Q. That's fair. Was it at this point that you believed, Okay, we've got to go in and intervene, we got to do something about it?

A. The point at which I thought we needed to make a change potentially was when that original e-mail that the screenshot came out --

Q. Okay.

A. -- where he said he was grading on medication and assumed a 50 percent on projects for whoever did it.

44

MR. BRAGG: Okay. Let me -- we're going to make this -- excuse me one second. We'll make this Exhibit 35 to the deposition.

(Exhibit 35 was admitted.)

Q. (By Mr. Bragg) Okay. It looks like there's an e-mail from you on December 9 and you're discussing sort of this plan to, like, wait and see what he does. Does that make sense?

A. Yes.

Q. Okay. And that's what you guys were doing at that point?

A. We were waiting to see if he would actually grade and upload --

Q. Okay. You were monitoring Li's progress on Banner. Is that what you would have been looking at?

A. Yes.

Q. Did you or anyone else in this group e-mail Dr. Zhang and explain to him that you were developing a plan to enter grades for him, but you were going to wait and see if he entered satisfactory grades first?

A. No. That would have not been my responsibility.

Q. Okay. As far as you're aware, no one had sent that e-mail to him?

A. Not that I'm aware.

45

Q. Okay. It looks like Dr. Howard responded and said, yeah, let's -- you know, he maybe suggested the idea of holding off, and then Dr. Green responded and said that he also felt that was wise?

A. Yes.

Q. And then it looks like you had a chat with Dr. Keith about entering them on the last hour if needed?

A. I see the e-mail.

Q. Do you recall the chat?

A. No. I'm not going to recall the details about it.

MR. BRAGG: Okay. Let's -- I need, like, five minutes just to make sure I've got my documents in order before we jump into the next piece. So let's just take a five-minute break. We've been going about an hour, unless anybody needs more time than that.

(Off the record.)

Q. (By Mr. Bragg) All right. I want to pull up exhibit -- what will be Exhibit 36 to the deposition. And here's where I think we were. You mentioned when Dr. Zhang sent this e-mail to the class talking about how he had submitted the grades and the methodology that he used, was that the e-mail when you thought, Okay, we need to intervene and do something here?

46

A. If this is the one where he mentions he's on heavy pain medication, then yes.

(Exhibit 36 was admitted.)

Q. Okay. I think that's --

A. Yes.

Q. Okay. So I want to go through this just a little bit. All right. Paragraph number two, it says he has not been able -- so he talks about a group of students who did the optional campus traffic study. Okay. So when you looked at the grade book, did -- did you realize that this campus traffic study was a bonus project? Do you know one way or the other whether it was a bonus?

A. I don't know that it was a bonus. It was optional --

Q. Okay.

A. -- or that wording. I don't know what optional means for Dr. Zhang.

Q. Okay. Did you ask Dr. Zhang whether the campus traffic study was supposed to be a bonus project or whether it was something that could negatively impact someone's grade?

A. I did not.

Q. Okay. So it looks like Dr. Zhang assumed, for purposes of the grades, that the students who did the optional study got 50 percent of the possible points;

47

correct?

A. Yes. And stated that is -- that your grade may be up or down as a result.

Q. Okay. So was Dr. Zhang communicating there, as far as you know, that your grade may go up once he has a chance to grade the reports or may go down once he gets the chance to grade the reports depending on whether your extra credit was more than 50 percent or less than 50 percent?

A. I took that it would -- it was impacted currently and could go in either direction, yes, after he graded them.

Q. Okay. So you did -- you did believe that these grades where people had done optional studies could change after this e-mail that he sent?

A. Yes.

Q. Okay. So it wasn't like Dr. Zhang was assigning 50 percent without grading the projects and that that was just going to be the final grade for these students?

A. That's correct.

Q. All right. So when you mentioned what Dr. Zhang assumed the 50 percent was not appropriate, that wasn't -- that was an assumption he was plugging in, not a final assumption that was going to be reflected in the

48

final grade to the students; correct?

A. It was in the grades at that he posted --

Q. Okay. But --

A. -- according to that e-mail.

Q. Okay. But those grades could be subject to change if they did something different than 50 percent out of the possible points; correct?

A. Yes. But a student graduating would not have graduated potentially as a result of this.

Q. Okay. Dr. Zhang says down in this second to last paragraph, I have done all I could do since I have been under pain medication, medicine, and pain. And he says that as he's writing the e-mail, his mind is not functioning 100 percent. Do you see that?

A. Yes.

Q. I think you said the word "heavy pain medication." This doesn't say heavy. Was that just your recollection or did you get that from somewhere else?

A. Those were my words.

Q. And as we sit here today, do you know whether Dr. Zhang was doing the grading while under the effects of pain medication medicine or whether he might have been doing the grading after the pain med's effects had subsided?

A. I do not know the answer.

49

Q. And did you ask Dr. Zhang?

A. No.

Q. You've seen the darkest day e-mail?

A. Yes.

Q. I think everybody's seen that e-mail. That e-mail looks to me like Dr. Zhang found out for the first time that all these grades had been changed and that there was even a plan to change the grades shortly before sending that e-mail. Do you agree with me on that?

A. Yes.

Q. Okay. And so as we sit here today, do you know whether anyone at all talked with Dr. Zhang about the plan to change grades before the grades were actually changed?

A. I only know that I did not.

Q. All right. Let's pull up what's going to be Exhibit 37. This may be a little tricky to read but is this document the spreadsheet you created to assign final grades in the fall of 2021 class?

A. I'm going to assume, yes.

Q. Okay. I don't want to you assume. So if you need to look at it for a second.

A. I would have to go back and actually pull the e-mail and that and compare it line by line. So I don't -- I can't give you a definitive today.

Q. Okay. Let me ask you this, I guess. When

50

Dr. Zhang -- there's a column over here that says Li's grades. Do you see that?

A. Yes.

Q. Okay. And so it's talking about Li in the third person. So I'm assuming that that was -- this is not a document that Dr. Zhang put together. Is that accurate?

A. It's the same assumption I'm making, I guess.

MR. BRAGG: Okay. Yeah. Can we go off the record just one second?

(Off the record.)

MR. BRAGG: Let's go back on the record.

Q. (By Mr. Bragg) All right. Dr. Babski-Reeves, how did you send the grades on the fall of 2021 class to the registrar? Was it via e-mail?

A. If I sent them in, yes. It would have been via e-mail.

Q. Do you know if you sent them in?

A. I do not remember exactly who sent them in.

Q. You're the one that calculated them?

A. I am the one that calculated them.

MR. BRAGG: Okay. And we're going to make this exhibit -- I think I've already said it, but we will make this Exhibit 37 to the deposition.

(Exhibit 37 was admitted.)

51

Q. (By Mr. Bragg) And do you see -- do you recognize this document as something that could very well be your work product?

A. Yes.

Q. Okay. And so you've got the -- it looks here we've got Li's grades in the second to right column. Do you see that?

A. Yes.

Q. Okay. And then we have the letter grade in the highlighted column. Do you see that?

A. Yes.

Q. Okay. And then you've got the change compared to raw, which is the differential between the letter grade and Li's grades. Does that look accurate?

A. Yes.

Q. And so we go, like, the first student is ███ ███ ███ Under Li's grades, he had a C, under the letter grade that was assigned, he had an A. And so that would have been a two letter grade change. Am I looking at that right?

A. Yes.

Q. Okay. Do you remember the student whose parent complained potentially about Dr. Zhang's English that you looked into and found out he had just missed a significant amount of class?

52

A. Do I remember the student's name?

Q. Yeah.

A. No, I do not.

Q. Do you remember the father's name?

A. No.

Q. Do you remember whether he was given a passing grade in this class or not?

A. I do not. I do not recall.

Q. According to this document, it looks like Ethan Evans right here was scheduled to get -- was said to get an F under Dr. Zhang's grades and he got a B under the University's grades, and so he went up three letter grades; is that correct?

A. Yes, based on what I'm looking at.

Q. All right. Let's move on to the 2022 class, spring of 2022. Do you remember the name of that class?

A. Transportation something, I believe.

Q. Okay. So I want to go through -- at some point, there were some students that started complaining. I want you to walk me through the chronology of what happened as you recall it.

A. This one I'm less familiar with. For example, all I know is students were complaining. I do not recall if we requested a meeting or, you know, if there was an e-mail with 20 some odd signatures from students, and

53

that -- I believe that is what triggered a request to meet in a classroom with whoever from the class who would like to meet with Dean Keith, myself, and Robert Green. We listened to what their complaints were, and the decision was made to remove him from the class. It was nearly the end of the semester. So very similar situation.

Q. How many of those students were, that had complained, were in Dr. Zhang's class the semester before where the grades had been changed?

A. That, I do not know.

Q. Okay. The -- I think you said you don't recall the exact sequence, but there was an e-mail that had names of 20 some odd students on the e-mail?

A. Yes.

Q. I believe somebody named ███████ sent the e-mail?

A. Okay.

Q. Do you recall anything about ███████?

A. I do not.

Q. Do you know who was in the meeting?

A. Like, the specific students?

Q. How many -- yeah. How many meetings were there about this?

A. With students, to my knowledge, that one. Now, that doesn't mean students didn't go into Dr. Green's

54

office separately or to Dr. Keith's or even mine. So if it was an IE student, they probably came to my office first, as department head.

Q. Okay. Did -- what do you recall the students actually complaining about?

A. The biggest complaint had to do with the project that was associated with the class.

Q. Dr. Zhang's project?

A. Yes, that they were required to miss other classes to input sensors at certain periods to collect data at very specific time points, that there were complaints about lack of structure in what that project was supposed to be, use of equipment that they would go to embed the sensors into the road. Drill bits would break. The students then had to pay out of pocket for those.

There were some other complaints just about general problems in the class, being able to follow what Dr. Zhang was saying. There were errors in his lectures and his solutions. He would respond to questions in group format when it was a one-on-one question and that question wouldn't follow through. So there wasn't a lot of context. But the biggest complaints were around the project, and in particular, having to miss other classes.

Q. Okay. So the main -- I'm trying to identify the main thrust of the problems that the students had with

55

the traffic counts assignment. It sounds like it was a time pressure and scheduling problem, but that was their main concern. Is that accurate?

A. From their perspective, yes.

Q. Okay.

A. Probably. I mean, I was not a student. So I mean --

Q. But you listened to students. So that was your --

A. Yeah. Yes.

Q. -- inference based on what they said?

A. Yes.

Q. Do you know whether Dr. Howard or Dr. Keith reached out to any students about how the class was going before that 20-plus person e-mail?

A. I would not know.

Q. Okay. You were made the instructor of that class on Banner?

A. Yes. Yes.

Q. You never taught -- you never showed up and actually taught a class?

A. I did not.

Q. Because Dr. Zhang had been allowed to continue through with his lectures; correct?

A. That's correct.

56

Q. The decision to remove him had been made before he finished the lectures, though; is that right?

A. I don't remember the specific timing.

Q. Okay.

A. I just know no one lectured in the class other than Li. There were no additional assignments other than what Li had already provided to the students, and grades were computed based on Li's grading of the assignments for the class up until the point at which he was removed from class.

Q. Okay. So Li's -- the final grades were completely what Dr. Zhang had issued to that point without any final or anything like that?

A. That is correct.

Q. There were no changes from what was in Dr. Zhang's gradebook?

A. Other -- now, there were a couple of students that showed up and they had the copies of the assignment and would say, Here is the assignment and here's my grade, and if it did not match what was in that gradebook, the grade would have been changed then. But that's because they provided us with physical proof of what their grade on that assignment was.

Q. So when a student gets a grade on Banner, it's just a letter or is that a number?

57

A. For final grades, it's a letter. Within Canvas, as part of the course, they see a number.

Q. Okay. So they see the numbers and then it shows up as just a letter on their final grade. Did -- were those final grades run by Dr. Zhang before they were input? Well, let me -- that's a terrible question. Let me try to ask it a better way.

So did you take the grades that had been entered into Canvas and then calculate final grades based on the Canvas grades?

A. Yes. Just like in the prior semester up into that point, whatever assignments had been made, based on the syllabus, exams were worth X percent, homeworks were worth another percent, added up to, we're going to say, 80 percent of the class. I don't remember the exact percentage. So we have to figure out what they earned and then what percent of 80 percent that they earned. That was the letter grade they were given. So exactly like 4 CE -- 31, 13.

Q. Okay. So the grades -- so is it fair to say that all of the grades during the spring of 2022 class were assigned -- I say all the grades, all of the grades throughout the semester were assigned by Dr. Zhang?

A. Yes.

Q. Okay. The final grades were calculated by you?

58

A. Yes, according to his syllabus.

Q. According to the syllabus from Dr. Zhang?

A. That is correct.

Q. Do you know if there had to be any deviations in the syllabus because of the traffic count studies assigned?

A. No. I'm not aware. I don't believe the project was actually included in those calculations because it -- he was removed from that class prior to. But again, I don't remember the exact details and timing.

Q. Okay. Let's talk about the UTC proposal.

A. Okay.

Q. All right. Dr. Zhang was selected as PI for the lead institution on the UTC proposal that was submitted in 2022 by the University; is that correct?

A. I'm sorry. Repeat your question. I was reading the e-mail.

Q. So Dr. Zhang was selected as PI for the UTC proposal on which MSU was the lead institution during 2022; is that correct?

A. I wouldn't say that there was a true selection process. He was told that he could be PI and submit the proposal. But there was not, like, a competitive process where multiple faculty put forward their argument to be PI.

59

Q. But someone -- I wasn't saying that there was, you know, a vote or an election. I was trying to use my words carefully for that reason. He wasn't -- he maybe wasn't appointed. He maybe wasn't elected, but he was selected to be the PI on a proposal. Is that fair?

A. He was told he could be PI on the proposal.

Q. So he wanted to do it and he was given the green light?

A. That is correct.

Q. And down here -- and the UTC is a traffic -- is a transportation engineering project; is that correct?

A. It's a center-based proposal, primarily engineering, but does not have to be completely engineering focused.

Q. Okay. But it is about -- I mean, it's University Transportation Center. So the word transportation, it's about transportation?

A. Yes, absolutely.

Q. Was Dr. Zhang the only transportation professor that -- the only transportation engineering professor that the University had at the time?

A. I believe so, but I don't know who was in the other colleges. So clearly there are individuals in business that focus on logistics, which are -- viewably, could be transportation.

60

Q. Right. And I meant engineering specifically. So he was the only -- the only traffic engineering professor?

A. To my knowledge.

Q. Okay. All right. And this was on January 27. Do you recognize this e-mail that has been made Exhibit 23 to the depositions?

A. I actually don't believe I reviewed this one before today, but I do recall this e-mail string, yes.

Q. Okay. Good. I found one that you didn't. So this -- it looks like this is January 27. You sent an e-mail to Dr. Shaw, Dr. Keith, and Dr. Howard, and you were in support of the team in total package that included Dr. Zhang as the PI. Is that accurate?

A. Yes.

Q. You did say that you felt he may not be the best PI or director?

A. True.

Q. But it looks like you felt that with the right team, it could be a successful project?

A. Correct.

Q. Okay. Dr. Howard said he would go with the group's decision. Who had the ultimate authority to decide whether Dr. Zhang could do the PI for this proposal, could be the PI for this proposal?

61

A. I'm trying to remember if UTC's were -- what we would call a limited submission, which means the University could only put forward one or two or however many. If it was, then that would have been ORED's decision, the Office of Research and Economic Development. So the vice president for research, Julie Jordan.

Q. Okay. So it wasn't a -- you said you called it a limited what?

A. Limited submission. And I don't recall if it was. I believe they are. I don't believe a university could put forward more than one as PI. They could participate in other center proposals as a collaborating university, but I believe they could only put forward one where they were PI and that when we had that situation, ORED is responsible for making the final selection.

Q. Okay. All right. I'll show you what's been made Exhibit 24. Do you recognize this e-mail chain?

A. Yes.

Q. Okay. So you're not on this e-mail chain but it's already been discussed with Dr. Jordan and Dr. Gammill. And you're mentioned here, on the June 6, 2022 e-mail. Do you see that?

A. Yes.

Q. Okay. This says, Kari and Jason have given Li Zhang the green light on this. And do you agree that

62

that's an accurate statement?

A. Yes.

Q. Okay. So did you -- was it you and Dr. Keith that gave Dr. Zhang the go-ahead as a collaborative decision?

A. I mean, we would have discussed this. I mean, Dr. Zhang has been -- asked to be PI on a UTC for a number of years.

Q. Say that again.

A. Dr. Zhang asked to be PI on UTC submissions for a number of years.

Q. He had asked to be the PI?

A. That is correct.

Q. And he was not -- the last time the University had submitted a proposal, UTC proposal -- well, let me scratch that. The last time there was work on a UTC proposal before this one was when Dr. Truax was the PI?

A. That is correct.

Q. And Dr. Truax and his team did not get the proposal submitted?

A. That is correct, as well.

Q. And this proposal that Dr. Zhang was working on did get submitted?

A. It did.

Q. Okay. And I think Dr. Gammill testified that

63

it was a good proposal. Do you agree that it was a good proposal?

A. It got good reviews, from what I can recall. So yes. I mean, that means peers saw it as good content. It was not funded. So it wasn't in the top, but it was a good proposal, according to the reviews.

Q. Is the reason that it wasn't funded because it wasn't the top proposal?

A. Yes.

Q. Is there any other reason it wasn't funded?

A. I would not have any knowledge. That's made by the sponsor, that decision.

Q. The University doesn't decide whether a project gets funded or not?

A. Absolutely not. Unless it's an internally funded award. This was externally funded.

Q. Okay. So this says that's the reason they gave him the green light, to let him fail. Do you know who Dr. Gammill was talking about when she says "that's the reason they"?

A. I would assume she's referencing Jason and I.

Q. Okay. And that's what she said. Do you agree with that? Is that --

A. No.

Q. Is that an accurate statement?

64

A. No. I don't agree that that's an accurate statement.

Q. Do you know why she might have thought that?

MS. MATTHEWS: Object to the form, but you can answer to the extent you know, you know, her thoughts.

Q. (By Mr. Bragg) Yeah. And so -- and the reason I'm asking is, you know, did she say something? Did you have a conversation where she might have gotten that impression? Is there any -- do you have personal knowledge of why Dr. Gammill believed that you and Dr. Keith gave Dr. Zhang the green light to let him fail?

A. Dr. Zhang was difficult to work with. Dr. Gammill would have known this in her role at the time in ORED because she was responsible for multiple collaborations and pulling together teams. That's where I assume that she might get that impression.

Q. Okay. But you -- it's your testimony that you did not want Dr. Zhang to fail?

A. I don't ever want any faculty to fail.

Q. Okay. Is it your testimony that you were not approving or -- let me just use the phrase in the e-mail. Is it your testimony that you were not giving Dr. Zhang the green light to let him fail?

A. That is correct. I did not give a green light

65

to let someone fail.

Q. At one point, Dr. Zhang -- during the process, Dr. Zhang had asked for -- had asked the University about seeking congressional support?

A. Yes.

Q. Were you involved in any of those conversations or are you just aware of them?

A. I'm just aware of them. All congressional support requests go through ORED.

Q. Okay. And congresal support could be request for money or a request for a letter of support, or any number of things where -- maybe a phone call, any of those kind of things?

A. That is correct.

Q. I'm going to show you a document that's been marked Exhibit 26 to the depositions. Have you seen this e-mail exchange?

A. In the past. I don't believe I saw this one. Maybe I have.

Q. It looks like in September of 2022, Dr. Zhang sent an e-mail. I'm looking at the very bottom on page four. So it's the first chronologically. Sent an e-mail to people on his team and he copied the relevant Mississippi State people including you about reaching out to congresal delegation?

66

A. Okay.

Q. Do you remember that e-mail coming across?

A. Yes.

Q. Okay. And he mentions that he talked to Dr. Gammill, talked to Dr. Keith, talked to you. He said Reese, but I think he meant Reeves, in the hope that MSU would reach out to hire congressional delegation. Do you recall now having a conversation with Dr. Zhang about that before this September e-mail?

A. No, I do not.

Q. Okay. But regardless, he was reaching out to see if these other institutions might be able to move in that direction; correct?

A. I have no idea what Dr. Zhang was doing --

Q. That's what the e-mail says, I guess, at least. By the time that Dr. Zhang sent this e-mail, the proposal had already been submitted.

A. Okay.

Q. Is that right?

A. I don't recall the timing in particular.

Q. That's fair. I don't recall is an acceptable answer. Okay. We go on up and it looks like there's an internal, just some internal chatter about this e-mail that Dr. Zhang has sent. And then at the very top e-mail, which is the last chronologically, it references --

67

Dr. Keith references that you, Teresa, and Dr. Keith just had a Webex with Marty Fuller about this?

A. Uh-huh.

Q. Marty Fuller is a liaison between Mississippi State and different congressional contacts; is that right?

A. That's correct.

Q. And do you remember that conversation?

A. Not in detail. I remember the generality of it.

Q. What do you remember of that?

A. That he was letting us know that someone had -- someone from another school had reached out and wanted to speak with someone from Mississippi legislation, legislators, congressman, whatever -- senators, house reps, about the proposal.

Q. Did he say that Dr. Zhang had initiated the request?

A. No, not to my knowledge.

Q. Okay. Did you have any information that Dr. Zhang had been the one to initiate the request?

A. No.

Q. Have you ever had any information that Dr. Zhang initiated a request for congressional support to a -- someone affiliated with Congress?

A. No, I do not.

68

Q. Okay. I want to share with you Exhibit 31 to the depositions. This is just a couple of e-mails. Let me make sure I do it chronologically. Okay. So the first one here on page one of Exhibit 31 is an e-mail from Teresa Gammill to you with no subject line. Do you see that?

A. Yes.

Q. And it looks like there was a letter. So at that time, there was a letter from Dr. Julie Jordan reprimanding Dr. Zhang and telling him that she had authorized the proposal to be withdrawn. Do you recall that letter?

A. Yes.

Q. Do you know whether the proposal was withdrawn?

A. I do not. I know it was scored, but I do not know if it was actually withdrawn or not.

Q. Okay. Dr. Gammill said, Hold on for a bumpy ride, and it does say that the proposal would be pulled. Do you recall, like, what specifically prompted her to send that e-mail?

A. It was more for my informational purposes as associate dean in my role.

Q. Understood. There is no subject line. It doesn't seem to be forwarding anything. I don't see an electronic signature. It's really just a very blank

69

e-mail other than the content. Are you aware of anything else that that e-mail was sort of attached to that may not be shown here?

A. No.

Q. Okay. This one, page two, also from Teresa Gammill to you a little bit later that morning. She says, I agree with the above. Zhang will be furious that we pulled it but even worse that we have made him look bad with partnering IHLs. Do you see that?

A. Yes.

Q. Okay. What is all of the above?

A. I can only assume that there's a missing e-mail, that there was some commentary from someone, perhaps myself, perhaps from something else. I don't know.

Q. Okay. You're not aware of -- can you confirm that there was more in the e-mail or is that just a speculation?

A. That's just speculation. That's part of my backup e-mail that is corrupted. So I wasn't able to review some of those e-mails.

Q. Okay. Talk to me about that. Your backup e-mail is corrupted?

A. Yeah. So when I left Mississippi State, I made a backup of my e-mail. I only just tried to open it

70

Monday or Tuesday of last week for the very first time. Some of my e-mail boxes opened. Some did not. The UTC is one that did not. I still have the data file. So...

Q. Okay. Is there a Dr. Maloof (phonetic)?

A. Maloof?

Q. Is that right?

MR. MATTHEWS: I think -- sorry.

A. Is it Maruf?

Q. Maruf, yeah.

A. Maruf Marufuzzaman, yes.

Q. There are a lot of names to remember, I'll tell you that. So Dr. Maruf, did he ever work on a UTC proposal?

A. I believe he was on the original one that John Rester was the PI for.

Q. That was way back when, the one that --

A. Yes.

Q. -- you actually got?

A. Correct.

Q. Okay. Did he work on a proposal, a UTC proposal, to be submitted during 2022?

A. If he did, it would have been with a different University, but I don't know.

Q. Do you know? Yeah. You don't know whether he did?

71

A. I do not.

Q. All right. I've got some genuine -- I think all my questions have been -- I've intended for them to be genuine, but these are the ones I really am curious kind of about what was going on. So I will make this Exhibit 38 to the depositions. Hang on one sec.

(Exhibit 38 was admitted.)

Q. All right. Okay. So this is -- this begins an e-mail that we've already looked at, I think, with Dean Keith to the group talking about the sort of contingency plan on the grading, and then there's some more chain about that. And then you've got -- fast forward and more than two years later, Dean Keith is sending this e-mail to Julia Morrison. And I apologize. I thought you were on this e-mail, but you weren't on that e-mail. You weren't on the 2024 e-mail, were you?

A. No.

Q. Okay. Well, we talked about it. So it can be an exhibit, but I don't have any questions about it. This may eliminate -- okay. Let's look at what will be Exhibit 39 to the depositions.

(Exhibit 39 was admitted.)

Q. And you are on this e-mail; is that right?

A. Yes.

Q. Okay. All right. And so what's going on here?

72

It looks like you guys are talking about Li's expenditures around February 8, 2024, which I will represent to you is less than a week before he received a notice and intent to terminate?

A. Okay.

Q. Do you know what was the purpose of this discussion around his expenditures?

A. My best recollection is there were discussions about what his performance looked like relative to other faculty and I was asked for information regarding his research expenditures.

Q. Okay. Looking down to the bottom of page one -- well, yeah. So this is from Courtney Blaylock. She mentions a 1,500 approximately figure from an advancement fund. Do you know what she's talking about?

A. So he has a named professorship, the James T. White. So he would have gotten funds from that as a named professor. There's always funding that comes along with it that faculty can use that has that named professorship at their discretion as long as it's within University guidelines.

Q. Okay. So that is like discretionary spending for Dr. Zhang?

A. Yes.

Q. Okay. Up on -- on research or on work

73

purposes?

A. It can be any. He could have used it to pay for a student. He could have bought a book. He could've bought a new computer. He could've done anything. Used it for travel, anything that would have been within the definition of his job.

Q. Okay. But that is not -- these aren't figures that -- this isn't productivity, money that Dr. Zhang has brought in in research funds to the University?

A. That is true, but if he spent it on a graduate student, undergraduate student, something related to research, it would have been productivity. It would have been counted as productivity, because it would have been coded as research.

Q. Okay. Is the money that's been identified here, is that money that he actually spent or money that he had available, brought in, and could spend?

A. Can you look -- can you scroll down a little bit? So Jason just asked what is the source of revenue. Go back up. Just put the e-mail right below the one you were just showing me. Jason asked -- not that one. Keep going. It's Jason, not me.

Q. Okay.

A. This one. What is the revenue source, at the very top.

74

Q. Okay.

A. So Jason's asking what's the revenue source. So he's wanting to know how was something paid for, and it either came from the advancement fund or the James T. White share fund.

Q. Do you know what he was looking for? Was he just confirming that Dr. Zhang hadn't spent money that he didn't have?

A. I would have to read the entire e-mail string to even begin to try and opine on that.

Q. Okay. Well, let's go to the bottom. So this first one was actually from you to Ashley?

A. Uh-huh. So this is what I was talking about early. These are what we saw as expenditures on funded external grants.

Q. Okay.

A. For the two years.

Q. When you asked -- there was a way to see if anything else coded as search expenditures?

A. Yes, and CE. So again, did he use some other sort of fund to do something that would have been coded as research that would show up as an expenditure. So not buying a chair for his office, for example. That wouldn't show up as research, or a book.

Q. Okay. All right. So now do you need to look

75

at the rest of the chain or does that refresh your recollection as to --

A. Well, I mean, it kind of shifts. So keep scrolling up so I can see what -- so then we have these ledgers for his discretionary fund, which is yet a different fund. Okay. So it's program code 0220. So that means that 10,251 and the 6,000, those are all research-related expenditures that would have been towards a person, whether that be a graduate student for hourly rate or an undergraduate student for hourly rate or a post doc or some other person was funded to work on research with Dr. Zhang.

Q. Okay. And then we've looked at these about the revenue source?

A. Yes. So some of that money came from the advancement fund and the James T. White share fund.

Q. And then it looks like Dr. Zhang -- Dr. Keith responded that his meeting with Dr. Zhang was being rescheduled due to illness?

A. Uh-huh.

Q. Do you remember whose illness?

A. Dr. Zhang's.

Q. Okay. And so it looks like he was asking you guys to pull this information for a meeting he was having with Dr. Zhang?

76

A. Yes.

Q. Okay. Does that help refresh your recollection, purpose of pulling these figures?

A. No. I mean, at that time, you know, there was a lot going on with Dr. Zhang.

Q. Yeah. At that time, had the decision to terminate Dr. Zhang already been made?

A. I wouldn't know that. I was not involved in those discussions.

Q. Were you in any conversation where Dr. Zhang's termination or proposed termination was discussed?

A. If I was, it was only after the fact.

Q. Okay. So you were -- so before February 14, 2024, you were not in any conversations where Dr. Zhang's termination was discussed?

A. No, not unless I was asked for information didn't -- no. I wouldn't necessarily have known. I was often asked, tell me what the research productivity was for faculty A, B, or C.

Q. Okay. So in other words, we're just -- we put our head down and do what we're asked to do, we don't necessarily ask questions as to why; right?

A. Sure.

MR. BRAGG: I understand. I wasn't -- okay. Give me just a couple of minutes.

77

(Off the record.)

MR. BRAGG: Back on the record. That's all the questions I have.

MS. MATTHEWS: And I don't have any. Thank you, Kari.

(The deposition concluded at 4:03 p.m.)

78

STATE OF MISSISSIPPI

COUNTY OF PEARL RIVER

CERTIFICATE

I, Jessica Matheson, Certified Shorthand Reporter, do hereby certify there came before me the deponent who was by me duly sworn to testify to the truth and nothing but the truth concerning matters in this case.

I further certify that the foregoing transcript is a true and correct transcript of my original stenographic notes.

I further certify that I am neither attorney or counsel, for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

I do further certify that my certificate annexed hereto applies only to the original and the certified transcript.

WITNESS MY SIGNATURE on this the 2nd day of February, 2026.

JESSICA MATHESON, CCR #1925

AW Reporting
601-573-0961

1

**#1925** 24 78:25

**'15** 16:2

**0220** 75:6

**1st** 31:25

**20plus** 55:15

**25ci123cv441ahw** 5

**2c** 2:6

**2nd** 78:20

**able** 7:11 31:14 32:15 46:8 54:17 66:12 69:20 (7)

**about** 6:11,11 8:12,13 9:12 16:11 17:20 18:5,9 20:17,23 22:11,14,16 23:11,15,21 24:6,17 25:25 26:1,11 27:2,8,17,23,24 28:11,13,17,18,22,25 29:15,19 30:22 31:14 33:1,25 36:22 38:8,10 39:4,7,9 40:4,17,19 42:20 43:3,12,19 45:7,10,16,22 46:8 49:12 50:4 51:23 53:18,23 54:5,12,16 55:14 58:11 59:15,17 63:19 65:3,24 66:8,23 67:2,15 69:22 71:5,10,12,18,19 72:1,9,15 74:13 75:13 (87)

**above** 69:7,11

**absolutely** 25:4 59:18 63:15

**academic** 14:23 28:18 29:2

**acceptable** 66:21

**access** 14:25 23:4

**according** 5:6 48:4 52:9 58:1,2 63:6 (6)

**accurate** 22:5 25:22 31:15 50:7 51:14 55:3 60:14 62:1 63:25 64:1 (10)

**accurately** 39:14

**across** 26:10 66:2

**action** 26:15 28:25 78:13,16 (4)

**actual** 34:5,17

**actually** 5:24 7:17 8:17 9:7,14 25:4 32:7,11,17 35:4,21,22 36:3,13 39:13 44:12 49:13,22 54:5 55:21 58:8 60:8 68:16 70:18 73:16 74:12 (26)

**add** 25:5

**added** 38:22 39:1 57:14

**adding** 38:24 39:4,7

**additional** 56:6

**address** 10:6,8,10,19 30:4 (5)

**addressed** 9:6

**adjust** 7:16

**admin** 29:24

**administer** 27:13

**administered** 36:3,7

**admitted** 25:9 29:9 37:9 44:4 46:3 50:25 71:7,22 (8)

**advancement** 72:15 74:4 75:16

**advice** 28:18

**advise** 23:8

**advisory** 17:4

**affair** 28:18

**affairs** 14:23

**affiliated** 67:24

**after** 12:9 16:3 18:23 19:5 21:19,22 32:19 33:2 43:7

47:11,15 48:23 76:12 (13)

**again** 12:21 21:23 34:8 41:24 58:10 62:9 74:20 (7)

**aggressively** 26:5 28:22

**ago** 39:9,16

**agree** 28:7 49:9 61:25 63:1,22 64:1 69:7 (7)

**agreed** 4:2

**ahead** 20:12 29:6

**air** 32:8

**allegations** 17:24 18:9,15

**allowed** 38:3 55:23

**along** 40:23 72:18

**already** 24:22 25:6 50:23 56:7 61:20 66:17 71:9 76:7 (8)

**also** 13:7 15:20 16:15 23:1 32:25 39:21 45:4 69:5 (8)

**always** 72:18

**am** 27:10 28:17 29:12 33:10 36:1,4 41:6 50:21 51:19 71:4 78:11,14 (12)

**amanda** 25:6

**amatthews@winfieldlawfirm com** 2:17

**amount** 9:6 41:9 51:25

**annexed** 78:17

**another** 6:1 28:16 30:14 57:14 67:12 (5)

**answer** 6:2,4 9:17 24:16 32:9,10,17 34:23 35:3,4 39:14 48:25 64:5 66:22 (14)

**answers** 4:10 6:6

**anybody** 45:16

**anyone** 31:9 35:24 44:17 49:12 (4)

**anything** 24:10 30:1 33:20 53:18 56:13 68:24 69:1 73:4,5 74:19 (10)

**anyway** 5:25

**apartment** 10:9

**apologize** 30:14 71:14

**appearance** 3:5

**appearances** 2:1

**applied** 16:9,13

**applies** 78:18

**appointed** 59:4

**appointment** 16:6

**appropriate** 32:4 43:9 47:23

**appropriately** 35:15

**approval** 33:12

**approving** 64:22

**approximately** 17 72:14

**are** 4:10 5:14,17 6:7 7:8 8:14 17:7 19:19,23 20:24 23:17 24:19 26:13,25 28:10 38:11 39:7 41:7,14,16 43:11 59:23,24 61:10 65:7 69:1 70:11 71:4,23 72:1 74:14 75:7 (32)

**area** 8:11

**aren't** 26:24,24 73:7

**argument** 40:17 58:24

**arkansas** 11:8,9,10

**around** 41:4 54:22 72:2,7 (4)

**ashley** 74:12

**ashlyn** 2:12

**ask** 6:22 7:3 17:7 18:4 24:15 26:3 27:13 34:8 39:6 42:12 46:18 49:1,25 57:7 76:22 (15)

**asked** 15:8 16:8,12,15 31:22 32:2 34:1 35:18 62:7,10,12 65:3,3 72:10 73:19,21 74:18 76:16,18,21 (20)

**asking** 64:8 74:2 75:23

**asks** 28:17

**assign** 49:17

**assigned** 33:9 38:19 51:18 57:22,23 58:6 (6)

**assigning** 47:18

**assignment** 55:1 56:18,19,23 (4)

**assignments** 56:6,8 57:12

**assistant** 12:16,17 13:5,22 (4)

**associate** 13:11,13,14,17,19,22,23 14:4,6,9,9,10,14,14,15,21 15:10,10,17 16:4,7,18 18:24 19:12 22:25 68:22 (26)

**associated** 20:10 54:7

**assume** 7:4 30:23 36:21 40:21 42:23 49:19,20 63:21 64:17 69:12 (10)

**assumed** 14:11 32:23 39:21,22 43:1,8,11,25 46:23 47:23 (10)

**assuming** 18:23 30:4 43:12 50:5 (4)

**assumption** 47:24,25 50:8

**assure** 8:22 9:23

**attached** 37:16 69:2

**attachments** 36:12

**attendance** 33:1 39:20

**attorney** 78:11,15

**attorneys** 4:3 7:2

**authority** 23:6 60:23

**authorized** 68:11

**available** 73:17

**avenue** 2:5

**award** 63:16

**aware** 35:24 36:4 44:23,25 58:7 65:7,8 69:1,16 (9)

**away** 9:17

**b** 52:11 76:19

**babskireeves** 13 3:9 5:1,5 50:13 (5)

**bachelor** 11:25 12:2

**back** 7:25 11:8,9,10,10,11 28:11 29:23 30:15 33:16 35:15 40:9 49:22 50:12 70:16 73:20 77:2 (17)

**background** 11:15

**backup** 28:24 69:20,22,25 (4)

**bad** 69:8

**bagley** 13:1 14:15 15:12,13 30:5,7,10 (7)

**bagleymsstateedu** 30:8

███████ 53:15,18

**baley** 51:17

3

**banner** 44:15 55:18 56:24

**based** 7:17 9:7 38:19 41:20,23 52:14 55:11 56:8 57:9,12 (10)

**basically** 31:23 38:8

**basics** 5:13

**basis** 23:25 40:7

**bear** 42:1

**became** 13:11,15 14:14 16:3 (4)

**because** 6:25 14:10 16:19 20:10 21:16 22:3,7 24:16 25:12 30:25 31:22 32:14,16 34:22 35:20 39:18 55:23 56:21 58:5,9 63:7 64:15 73:13 (23)

**become** 16:1,3

**becoming** 5:17

**before** 5:11 6:2,3 16:3,5 18:7 19:17 21:18 27:18 29:6 45:14 49:8,13 53:8 55:15 56:1 57:5 60:9 62:17 66:9 72:3 76:13 78:5 (23)

**begin** 74:10

**beginning** 17 25:12

**begins** 71:8

**behalf** 40:3

**behind** 31:4

**being** 31:14 38:22 54:17 75:18 (4)

**believe** 23:23 32:25 33:11 47:13 52:17 53:1,15 58:7 59:22 60:8 61:10,10,13 65:18 70:14 (15)

**believed** 43:18 64:11

**below** 73:20

**best** 60:17 72:8

**better** 28:12 39:1 57:7

**between** 4:2 6:16 8:8 9:21 22:18 28:11 33:7 34:15 36:6 51:13 67:4 (11)

**biggest** 54:6,22

**biomedical** 15:3

**bit** 5:16 41:4 46:7 69:6 73:19 (5)

**bits** 54:14

**blank** 35:2 68:25

**blaylock** 72:13

**blunt** 17:6

**board** 7 17:4

**bonus** 37:25 46:11,12,13,19 (5)

**book** 33:4 46:10 73:3 74:24 (4)

**born** 11:4

**both** 15:17

**bottom** 29:10,12 65:21 72:12 74:11 (5)

**bought** 73:3,4

**boxes** 70:2

**bragg** 2:3 3:10 5:3 24:19 25:4,10 42:18,19 44:1,5 45:12,19 50:9,12,13,22 51:1 64:7 76:24 77:2 (20)

**bragglaw** 2:4

**brain** 26:20

**break** 6:9,18 45:15 54:14 (4)

**brought** 29:18 73:9,17

**bs** 38:15

**bumpy** 68:17

**business** 59:24

**buying** 74:23

**c** 51:17 76:19

**calculate** 57:9

**calculated** 50:20,21 57:25

**calculation** 39:12

**calculations** 38:19 39:16 58:8

**call** 15:11,13 35:10,12 61:2 65:12 (6)

**called** 14:23 19:21 39:23 61:7 (4)

**came** 20:19 26:10 43:22 54:2 74:4 75:15 78:5 (7)

**campus** 21:22 42:25 46:9,11,18 (5)

**can** 5:22,23 10:10 12:5 15:13 18:17 26:5,22 27:12 28:22 35:6 36:22 41:24,25 50:9 63:3 64:5 69:12,16 71:18 72:19 73:2,18,18 75:4 (25)

**can't** 28:4 30:21 49:24

**canvas** 33:4 37:22 38:21 57:2,9,9 (6)

**capture** 19:21

**carefully** 59:3

**carey** 27:21

**carry** 5:5

**case** 6:12 15:6 78:7

4

**caucasian** 17:9

**caveat** 39:19

**ccr** 24 78:25

**ce** 57:19 74:20

**center** 59:16 61:12

**centerbased** 59:12

**certain** 17:24 54:10

**certificate** 3:12 78:3,17

**certified** 78:4,18

**certify** 78:5,8,11,17 (4)

**cetera** 27:22,22

**chain** 25:13,14,15 26:22 27:7
29:7,19 37:4,6 43:7 61:17,19
71:11 75:1 (14)

**chair** 74:23

**chance** 47:6,7

**change** 43:21 47:14 48:6
49:8,13 51:12,19 (7)

**changed** 15:11 21:22 36:6
49:7,13 53:9 56:21 (7)

**changes** 8:13 26:2 31:18
32:24 56:15 (5)

**changing** 35:24

**charge** 17:17,20 18:5

**chat** 45:6,9

**chatter** 66:23

**choice** 35:5,7

**chronologically** 65:22 66:25
68:3

**chronology** 52:20

**circuit** 1

**clarification** 7:3

**class** 17:12,15 20:1,4,16 21:1
33:10 35:23 40:4,14 41:15,23
45:22 49:18 50:14 51:25
52:7,15,16 53:2,5,8 54:7,17
55:14,18,21 56:5,9,10 57:15,21
58:9 (33)

**classes** 10:2 19:12,16,18,19
20:17,18 21:3,12,25 22:8
54:10,23 (13)

**classroom** 14:22 53:2

**clearly** 33:22 59:23

**close** 42:11

**code** 75:6

**coded** 73:14 74:19,21

**collaborating** 61:12

**collaborations** 64:16

**collaborative** 62:4

**collect** 54:10

**college** 11:19 13:1 14:16

**colleges** 59:23

**column** 38:3 50:1 51:6,10 (4)

**come** 15:4 20:16 22:1

**comes** 72:18

**coming** 28:1 66:2

**comment** 28:23

**commentary** 32:25 69:13

**comments** 8:7 40:19

**commission** 17:18

**communicating** 5:22 47:4

**communications** 23:10 24:7

**compare** 35:22 49:23

**compared** 51:12

**competitive** 58:23

**complained** 51:23 53:8

**complaining** 22:1 52:19,23
54:5 (4)

**complaint** 42:19 54:6

**complaints** 20:7,16,23 21:4
22:2 31:13 40:3,8 53:4
54:12,16,22 (12)

**completed** 12:6 26:24

**completely** 56:12 59:13

**complicated** 11:3,15

**complied** 42:10

**computation** 33:5

**compute** 38:7,9

**computed** 33:10,23 56:8

**computer** 30:1 73:4

**computers** 29:16,17

**concern** 55:3

**concerning** 78:7

**concise** 11:14

**concluded** 41:12 77:6

**conclusion** 30:13

**conducted** 19:19

**confirm** 7:13 69:16

**confirming** 74:7

**confused** 10:17

**congress** 67:24

**congressal** 65:10,25

**congressional** 65:4,8 66:7 67:5,23 (5)

**congressman** 67:14

**connected** 20:15

**consider** 10:19

**consistent** 9:8 41:14

**contact** 20:5

**contacts** 67:5

**content** 63:4 69:1

**contents** 3:1,6

**context** 54:22

**contingency** 27:2 37:12 71:10

**continue** 13:18 55:23

**conversation** 5:15,17 23:14,20 28:1 64:9 66:8 67:7 76:10 (9)

**conversations** 5:18 22:10,15 23:24 24:2,9,17 65:6 76:14 (9)

**convey** 26:13

**coordinator** 13:12

**copied** 8:25 9:2,22 27:10 35:11 37:7 65:23 (7)

**copies** 56:18

**copy** 32:2,3

**corey** 25:21 28:3,7

**correct** 10:3 12:4 13:4,8 14:17 15:16,19,25 20:20 21:9 22:24 23:12 30:11 34:3,12 36:8,17 40:5,15 42:7,23 47:1,21 48:1,7 52:13 55:24,25 56:14 58:3,15,20 59:9,11 60:21 62:13,18,21 64:25 65:14 66:13 67:6 70:19 78:9 (44)

**corrupted** 69:20,23

**could** 6:15 19:25 23:7,8 32:11,16,17 33:15 40:21 46:20 47:11,14 48:5,11 51:2 58:22 59:6,25 60:20,24,25 61:3,11,11,13 65:10 73:2,3,17 (29)

**could've** 73:3,4

**counsel** 17:23 18:2,2,9,10,12 25:6 78:12,15 (9)

**counsels** 7:22

**count** 58:5

**counted** 73:13

**counts** 55:1

**county** 1 78:2

**couple** 56:17 68:2 76:25

**course** 7:22 8:8,14 17:3 19:21 21:24 24:4 27:24 33:7 37:22 57:2 (11)

**court** 1 4:5 25:2,8 42:10 (5)

**courtney** 72:13

**cover** 5:14

**covid** 19:16

**created** 49:17

**creating** 28:24

**credit** 47:8

**cs** 38:15

**curious** 31:3 71:4

**currently** 47:11

**d** 38:16

**darkest** 49:3

**data** 54:11 70:3

**date** 12:13 18:16 31:24

**dates** 31:19

**daughter's** 5:10

**david** 23:24 24:3,6 33:13 (4)

**day** 26:20 37:15 49:3 78:20 (4)

**dean** 13:13,14,17,19 14:4,6,9,9,11,14,21 15:10,11,17 16:1,3,4,7,18 18:24 19:12 22:22,25 27:9,17,18 29:13 37:11 41:8 53:3 68:22 71:9,13 (33)

**dean's** 16:21

**deans** 14:15

**december** 19:9 25:18 29:12 30:20 31:25,25 37:11,15,20 41:6 44:6 (11)

**decide** 60:24 63:13

**decided** 33:2 40:12 43:14

**decision** 43:16 53:4 56:1 60:23 61:5 62:5 63:12 76:6 (8)

**decisions** 23:7

**defendant** 2:11

**defendants** 8

**defer** 28:12 34:17

**definition** 73:6

**definitive** 49:24

**degrees** 11:22,23,24 12:6 (4)

**delegation** 65:25 66:7

**delivery** 21:24

**denial** 27:17

**dennis** 21:8

**deny** 27:12 28:4

**denying** 27:25

**department** 12:19,22,25
13:16,18 14:8 15:2,14,17
16:11,16,22,25 17:1,5 19:14
20:20 21:6 23:11 29:24,25
39:25 54:3 (23)

**depending** 47:7

**deponent** 78:5

**deposition** 12 4:4,11 5:11 6:12
7:21 42:3 44:3 45:20 50:24
77:6 78:13 (12)

**depositions** 24:20 25:1 29:5
60:7 65:16 68:2 71:6,21 (8)

**description** 11:15

**detail** 67:8

**details** 17:21 30:16 33:6 34:4
45:10 58:10 (6)

**developing** 44:18

**development** 61:5

**deviations** 58:4

**didn't** 7:3 19:10 22:2 23:6
29:21 31:1 35:20 43:16 53:25
60:10 74:8 76:17 (12)

**different** 5:15,16 9:13 16:21

26:15 41:18,19 48:6 67:5
70:22 75:6 (11)

**differential** 51:13

**difficult** 6:13 23:13 64:13

**direct** 9:15,15 16:20

**direction** 47:11 66:13

**directly** 9:6 21:6,24 32:11 (4)

**director** 60:17

**discovery** 8:6

**discrepancies** 34:15

**discretion** 72:20

**discretionary** 72:22 75:5

**discrimination** 17:24 18:15

**discuss** 23:2,8

**discussed** 27:21 61:20 62:6
76:11,15 (5)

**discussing** 44:6

**discussion** 9:21 27:16,22
28:13 39:4 72:7 (6)

**discussions** 72:8 76:9

**dislike** 19:11

**distance** 19:11,13,15,18,20,23
20:1,9,15,16,17 21:12 23:4
(13)

**distribute** 32:11

**distributed** 35:11,14,23

**distribution** 38:14 41:19,24

**district** 2

**diversity** 14:25

**doc** 75:11

**doctor** 12:1

**document** 7:11,18 34:11
36:7,9 37:3,6 49:17 50:6 51:2
52:9 65:15 (12)

**documents** 7:8 8:5 45:14

**does** 6:4,22 7:18 15:12 30:7
35:15 44:7,7 51:14 59:13
68:18 75:1 76:2 (13)

**doesn't** 48:17 53:25 63:13
68:24 (4)

**doing** 12:8 38:1 41:10,22
44:10 48:21,23 66:14 (8)

**done** 41:17 47:14 48:11 73:4
(4)

**down** 5:23 7:14 29:10 30:3
42:24 43:3 47:3,6 48:10 59:10
72:12 73:18 76:21 (13)

**dr** 8:4 9:20 17:17,22
18:1,11,14,22 19:1,9,11,14,25
21:7,19,21,24
22:11,14,15,16,19,20,23
23:7,10,15,22 24:7,17,17
25:16,16,16,19,20 26:3,7 27:13
28:18,22,23 30:25 31:10,14,20
32:14,19 34:16
36:2,6,9,14,18,23 37:20
38:7,9,18,21
40:4,13,16,17,19,23 42:22
44:18 45:1,3,7,22 46:17,18,23
47:4,17,23 48:10,21 49:1,6,12
50:1,6,13 51:23 52:11 53:8,25
54:1,8,17 55:13,13,23 56:12,16
57:5,23 58:2,13,18 59:19
60:12,12,12,14,22,24 61:20,21
62:3,4,7,10,17,19,22,25 63:19
64:11,12,12,13,14,19,23
65:2,3,20 66:5,5,8,14,16,24
67:1,1,16,20,23 68:9,10,17
70:4,12 72:23 73:8 74:7
75:12,17,17,18,22,25
76:5,7,10,14 (160)

**draft** 35:13,18

**drew** 30:13

**drill** 54:14

**drive** 10:12

**due** 75:19

**duly** 5:2 78:6

**during** 15:23 19:16 57:21 58:19 65:2 70:21 (6)

**e** 2:3,14 25:18

**each** 6:12 7:10

**earlier** 27:7 43:4

**early** 31:25 74:14

**earned** 33:8 57:16,17

**economic** 61:5

**education** 8

**eeoc** 17:18 18:5

**effects** 48:21,23

**effort** 41:8

**eight** 37:4

**either** 12:13 39:10 47:11 74:4 (4)

**elected** 59:4

**election** 59:2

**electronic** 68:25

**eliminate** 71:20

**else** 7:1 16:21 35:9 36:25 44:17 48:18 69:2,14 74:19 (9)

**email** 7:25 8:7 9:14 17:23 18:1,11 20:19,22 23:19 24:7,9 25:3,13,14,15,16,20 26:6,7,10,16,21 27:9,18

28:16,21 29:7,13,19,21 30:3,8,20 31:2 32:18 34:2,5 37:4,6 39:24 40:10,22 41:2 42:2,5 43:7,7,21 44:6,17,24 45:8,22,24 47:15 48:4,13 49:3,5,6,9,23 50:15,17 52:25 53:12,13,16 55:15 58:17 60:6,9,12 61:17,19,22 64:22 65:17,21,22 66:2,9,15,16,23,24 68:4,20 69:1,2,13,17,20,23,25 70:2 71:9,13,15,15,16,23 73:20 74:9 (104)

**emails** 7:24 8:1,2,9,12,13,19,21,25 9:3,6,10,16,23 22:12 24:3 25:19 26:13 28:11 30:16,19 33:18,21 34:6,17 36:11 68:2 69:21 (28)

**embed** 54:14

**employed** 78:12,15

**employee** 28:4 78:14

**employment** 17:18

**end** 53:6

**endowment** 13:1

**engineering** 12:1,3,18,20,23 13:1,7,16 14:16,16 15:3,15 17:12,15 40:1 42:21 59:11,13,14,20 60:1,2 (22)

**english** 30:21,25 40:18,24 51:23 (5)

**enter** 44:19

**entered** 44:20 57:8

**entering** 45:7

**entire** 20:4 26:22 74:9

**entirely** 22:5

**equal** 17:18

**equipment** 54:13

**errors** 54:18

**esq** 2:3,12

**essay** 35:3

**essentially** 31:20 32:20

**estimate** 6:16

**et** 27:22,22

**ethan** 52:9

**evans** 52:10

**even** 19:7 24:15 35:7 49:8 54:1 69:8 74:10 (7)

**event** 24:4 26:23

**events** 15:24 31:20

**ever** 5:11 17:11 22:10 24:2,6 31:9 64:20 67:22 70:12 (9)

**every** 23:14

**everybody** 5:14

**everybody's** 49:5

**everyone** 9:12 16:20 31:21

**everyone's** 41:13

**everything** 26:5 28:22

**evidence** 4:12

**exact** 30:13 53:12 57:15 58:10 (4)

**exactly** 39:18 50:19 57:18

**exam** 31:23 35:10,15 36:14 38:4,5 41:17,18 (8)

**examination** 3:9 5:3

**example** 38:4 52:22 74:23

**exams** 26:24 32:22 36:20,23

57:13 (5)

**except** 4:9

**exception** 39:19

**exchange** 42:2,5 65:17

**exchanges** 8:7

**exclude** 33:4

**excuse** 14:1 44:2

**exhibit** 3:14,15,16,17,18,19,20,21,22 24:24,25,25 25:9,11,12 29:5,5,9 37:3,9 42:3 44:3,4 45:20,20 46:3 49:16 50:23,24,25 60:6 61:17 65:16 68:1,4 71:5,7,19,20,22 (40)

**exhibits** 24:21

**expanded** 23:5

**expect** 41:15

**expenditure** 74:22

**expenditures** 72:1,7,11 74:14,19 75:8 (6)

**experiencing** 23:21

**explain** 34:24 38:13 44:18

**explained** 39:15

**export** 37:22

**extent** 34:4 64:5

**external** 74:15

**externally** 63:16

**extra** 47:8

**f** 52:11

**face** 19:25

**fact** 76:12

**factored** 41:19

**faculty** 17:4 22:16 58:24 64:20 72:10,19 76:19 (7)

**fail** 63:18 64:12,19,20,24 65:1 (6)

**failing** 41:13

**fair** 7:5 34:7,18 43:17 57:20 59:5 66:21 (7)

**fairly** 9:7 41:14

**fall** 8:13 21:18 26:2,2 31:18 49:18 50:14 (7)

**familiar** 52:22

**far** 36:5 38:11 44:23 47:5 (4)

**fast** 71:12

**father** 39:23 40:2,6,7,22 (5)

**father's** 52:4

**february** 72:2 76:13 78:21

**feel** 21:10,20 26:16

**fell** 19:13 23:3

**felt** 45:4 60:16,19

**ferpa** 42:10

**few** 7:8 9:23 11:7

**fewer** 9:10

**figure** 57:16 72:14

**figures** 73:7 76:3

**figuring** 35:13

**file** 25:5 70:3

**filed** 17:19

**filing** 17:17

**filling** 17:7

**final** 27:14 31:23 32:3,6,7,10,16 33:4,5,23 34:22,22 35:1,9,9,10,21 36:14 38:22 39:12 41:17,18,21 47:19,25 48:1 49:17 56:11,13 57:1,4,5,9,25 61:15 (35)

**finals** 33:2

**financially** 78:16

**find** 40:9

**fine** 15:9 42:17

**finish** 6:1,3 26:25

**finished** 56:2

**firm** 2:13

**first** 2 5:2 8:14 12:11 14:14 19:1 44:20 49:6 51:16 54:3 65:22 68:3 70:1 74:12 (14)

**five** 38:16 39:8,21 45:13 (4)

**fiveminute** 45:15

**fivepage** 25:12

**focus** 14:18 59:24

**focused** 14:21 59:14

**follow** 54:17,21

**following** 8:16 28:9 37:15

**follows** 5:2

**force** 23:7

**foregoing** 78:8

**forget** 29:6

**form** 4:9 32:7,17 34:22 35:8,10 64:4 (7)

9

**formality** 4:7

**format** 35:15 54:19

**formatted** 36:13

**formatting** 36:7

**forth** 4:5 28:11 30:15

**fortunately** 5:19

**forward** 58:24 61:3,11,13 71:12 (5)

**forwarding** 68:24

**found** 18:5,14 49:6 51:24 60:10 (5)

**four** 41:7 65:22

**frame** 13:12,24

**frequent** 18:25 23:10,25

**friday** 10:8

**front** 34:11

**fs** 38:16

**full** 13:15 14:2,3 15:20 20:23 (5)

**fuller** 67:2,4

**fully** 22:18

**functioning** 48:14

**fund** 72:15 74:4,5,21 75:5,6,16,16 (8)

**funded** 63:5,7,10,14,16,16 74:14 75:11 (8)

**funding** 72:18

**funds** 72:17 73:9

**furious** 69:7

**further** 78:8,11,17

**furthermore** 78:14

**gammill** 61:21 62:25 63:19 64:11,14 66:5 68:5,17 69:6 (9)

**gauge** 6:11,13

**gave** 33:10 34:16 36:2,14,16 62:4 63:17 64:12 (8)

███████ 51:16

**general** 8:4 18:2,10 30:5 40:10 54:16 (6)

**generality** 67:8

**generate** 26:14,15

**gentlemen** 27:23

**genuine** 71:2,4

**georgia** 15:3

**get** 9:2 29:21 37:5 48:18 52:10,10 62:19,23 64:17 (9)

**gets** 47:6 56:24 63:14

**give** 10:10 11:16 12:6 32:2,3,3 49:24 64:25 76:25 (9)

**given** 5:11 15:24 26:22 52:6 57:18 59:7 61:24 (7)

**giving** 21:12 64:23

**go** 5:13 7:9 20:12 23:14 29:6,10,11,12 35:15 37:14 40:9 42:24 43:15,18 46:6 47:5,6,11 49:22 50:9,12 51:16 52:18 53:25 54:13 60:22 65:9 66:22 73:20 74:11 (30)

**goahead** 62:4

**goes** 25:18

**going** 6:12 7:8 15:2 24:23,24 25:11,13 26:25 29:4,6,16

31:19 32:20 35:14,18 37:2,12 44:1,19 45:10,16 47:19,25 49:15,19 50:22 55:14 57:14 65:15 71:5,25 73:22 76:5 (33)

**good** 6:7,11 10:4 11:14 60:10 63:1,1,3,4,6 (10)

**got** 7:8 17:7 29:22 32:12 35:12 43:7,15,18,18 45:13 46:25 51:5,6,12 52:11 63:3 70:18 71:2,12 (19)

**gotten** 64:9 72:17

**government** 5:6

**grade** 8:13 12:21 26:2 31:17 32:5,13,13,15,21,23,23,24 33:4,5,9 36:18,20 37:16 38:10,14,25 39:1,5,12,15 41:19 42:20,23 43:2 44:13 46:10,21 47:2,5,6,7,19 48:1 51:9,13,18,19 52:7 56:19,21,22,24 57:4,18 (49)

**gradebook** 37:23 38:21 56:16,20 (4)

**graded** 26:24 32:19 36:21,23,25 47:12 (6)

**grades** 27:3,14 32:22 33:3,10,12,23 37:20 38:7,9,18,20 39:1 41:7,16,17,20,23 44:19,20 45:23 46:24 47:14 48:2,5 49:7,8,13,13,18 50:2,14 51:6,14,17 52:11,12,13 53:9 56:7,11 57:1,5,8,9,10,20,21,22,22,25 (51)

**grading** 31:23 32:3 43:24 47:18 48:21,23 56:8 71:11 (8)

**grado** 12:19,22,22,24 (4)

**graduate** 11:19 13:12,13,14 14:4,10,19,24 18:24 19:12 21:25 22:8 23:4 73:10 75:9 (15)

**graduated** 11:9 48:9

**graduating** 48:8

**grafton** 2:3

**grafton@graftonbragglawcom** 2:9

**grants** 74:15

**green** 25:21 40:16,19 45:3 53:3 59:8 61:25 63:18 64:12,24,25 (11)

**green's** 53:25

**group** 44:17 46:8 54:19 71:10 (4)

**group's** 60:23

**groups** 16:21

**grow** 10:25 11:2

**guess** 5:19 9:11,25 12:17 26:13 29:21 30:15 31:7 38:13 39:6 40:2 49:25 50:8 66:15 (14)

**guidelines** 72:21

**guys** 35:19 44:10 72:1 75:24 (4)

**hadn't** 74:7

**half** 38:10,14,25 39:1,5,7 (6)

**handle** 35:21

**hang** 41:3 71:6

**happened** 18:6,6 31:17 52:21 (4)

**happy** 7:14,16

**hard** 6:10,10

**has** 6:13 12:25 25:24 30:5 37:24 46:8 47:5 60:6 62:7

66:24 72:16,19 73:8 (13)

**haven't** 24:23

**having** 5:2 20:23 21:20 27:22 54:23 66:8 75:24 (7)

**hazard** 31:6 39:6

**he** 8:17 14:23,23 15:7,8 16:3,6,8,19 19:25 20:4 21:12,13,22 27:12 28:12,17 29:15,24 30:9,25 31:4,8,21,22 32:19 34:1 36:16,20,21 38:1 42:22,23 43:1,24,24 44:7,12,20 45:2,4,23,23 46:1,7,8 47:5,6,11,15,24 48:2,12,22 51:17,18,24 52:6,11,12 54:19 56:2,9 58:9,22,22 59:3,3,4,4,6,6,7,7 60:2,16,22 62:12,14 65:23 66:4,4,5,6,11 67:11,16 70:12,14,20,22,24 72:3,16,17 73:2,3,3,4,10,16,17 74:6,6,7,20 75:23,24 (108)

**he's** 15:2,5 29:25 46:1 48:13 74:3 (6)

**head** 13:16,18,24 14:8 15:3,14,18 16:11,16 21:6 54:3 76:21 (12)

**headon** 19:14

**heads** 16:22 17:5 23:11

**heard** 22:8 31:9

**hearing** 8:5

**heavy** 32:21 46:2 48:16,17 (4)

**help** 31:22 76:2

**her** 64:5,14 68:19

**here** 11:13 23:18 24:12 26:3,4 27:20 30:4 31:13 32:20 34:10 37:15 38:7 41:1 42:24 45:25 48:20 49:11 50:1 51:5 52:10 56:19 59:10 61:21 68:4 69:3 71:25 73:16 (27)

**here's** 45:21 56:19

**hereby** 4:2 78:5

**hereinbefore** 4:5

**hereto** 4:3 78:15,18

**hesitant** 24:15

**high** 11:9

**higher** 8 38:3

**highlighted** 51:10

**him** 19:2 21:14 23:3,7,8,8,15 27:13 31:24 34:5 44:18,19,24 53:5 56:1 63:18,18 64:12,24 68:10 69:8 (21)

**himself** 32:15 36:18,20,21 (4)

**hinds** 1

**hire** 66:7

**his** 15:1 19:14 21:5 23:1 25:17 30:3,7 31:1,21 32:14 39:20 48:13 54:18,18 55:24 58:1 62:19 65:23 72:7,9,10 73:6 74:23 75:5,18 (25)

**history** 26:4

**hit** 42:20

**hold** 68:17

**holding** 20:4 45:3

**home** 10:20,23

**homeworks** 33:7 57:13

**hope** 66:6

**hour** 6:16 45:7,16

**hourly** 75:9,10

**hours** 6:14 20:5

**house** 67:14

**how** 6:11 18:25 26:25 29:3 33:23 35:14 45:22 50:14 53:7,22,22 55:14 74:3 (13)

**howard** 22:11,14,16,19,23 23:7,10 25:16,21 45:1 55:13 60:12,22 (13)

**howard's** 22:20

**however** 61:3

**hr** 28:8

**i'll** 5:13 7:10,10,15 24:21 25:4,11 32:24 42:9 61:16 70:11 (11)

**i'm** 7:14,16 9:11 11:13,16 13:20 14:8 15:2 20:12 22:13,13,13 24:8,15,23 25:11,13,25 26:19 28:8 29:4,6 30:4 31:3,19 32:8,20 34:13,14 37:2 38:2 41:4,4 44:25 45:10 49:19 50:5,8 52:14,22 54:24 58:7,16 61:1 64:8 65:8,15,21 (48)

**i've** 6:11 7:7 9:16 11:7 17:7 18:3 20:22 24:20 32:21 33:18 45:13 50:23 71:2,3 (14)

**idea** 30:22 31:6 45:2 66:14 (4)

**identified** 39:17 73:15

**identify** 23:14 38:15 54:24

**ie** 54:2

**ihls** 69:9

**illness** 75:19,21

**imagine** 8:12

**impact** 46:20

**impacted** 47:10

**important** 5:25 30:12

**impression** 19:9 26:9 64:10,17 (4)

**inbox** 20:23

**incident** 19:8 21:18

**included** 58:8 60:13

**including** 25:19 65:24

**index** 3:14

**individuals** 59:23

**industrial** 12:1,3,18,19,22 13:7,16 15:15 39:25 (9)

**inference** 31:12 55:11

**information** 20:20 26:14 29:25 30:2,12 31:4 32:5 33:16,17,24 67:19,22 72:10 75:24 76:16 (15)

**informational** 68:21

**infrequent** 19:6

**initially** 14:20

**initiate** 67:20

**initiated** 67:16,23

**inperson** 21:15

**input** 54:10 57:6

**institution** 58:14,19

**institutions** 8 66:12

**instruction** 14:22

**instructor** 8:17 55:17

**intend** 10:22

**intended** 26:13,14 34:21 71:3 (4)

**intent** 72:3

**intention** 26:16

**interacting** 18:22 19:2

**interaction** 19:1

**interactions** 18:19

**interested** 78:16

**interesting** 19:10

**interim** 13:13,15 16:8,12,16,24 18:23 (7)

**internal** 25:19 66:23,23

**internally** 63:15

**international** 14:24 23:4

**interpreted** 29:3

**intervene** 43:15,18 45:25

**interview** 16:18,24

**interviewed** 16:10,13,19,20,22 17:3,4 (7)

**into** 15:21 29:18 39:12 40:12 45:14 51:24 53:25 54:14 57:8,11 (10)

**involved** 8:22 9:1,19,22 15:5 16:6 22:3 37:7 65:6 76:8 (10)

**involvement** 9:24

**is** 4:2,7 5:17,22,24 6:21,25 7:1,4,10,13 8:2 9:2,7,8,11 10:6,12,25 11:1 12:24 15:25 17:6,8,14 18:5,6 19:21,22 20:2,9,9,11,13,23 23:5,18 24:18 25:6,6,15,21 26:20 29:15,20,23 30:8,9,9,16,20 31:14 33:15,17,20 34:7,14,15,18 37:16,19,25 38:6,8,18,22 39:1,21 40:5,15 41:12,19,21 42:5,12 43:3,8,9 44:15 46:1 47:2 48:13 49:16 50:5,6 51:13,16 52:13,23 53:1 55:3 56:2,14,19,25 57:20

58:3,15,20 59:5,9,10,10,11,15 60:11,14 61:15 62:13,18,21 63:7,10,23,25 64:8,10,21,23,25 65:14 66:19,21,25 67:4,5 68:2,4,23 69:11,17,20,23 70:2,4,6,8 71:8,13,23 72:2,8,13,22 73:7,10,15,16,19,24 74:13 75:5 78:8,13 (154)

**isaac** 22:10 25:21 27:21

**ise** 39:24,24

**isn't** 39:11 41:13 73:8

**issue** 20:9,15 21:23 40:13,14 (5)

**issued** 56:12

**issues** 8:9 9:25 19:11,15,24 20:3 21:16,20,23 22:7 23:11,21 26:4 (13)

**its** 30:5,7

**itself** 28:13 40:20

**james** 72:16 74:4 75:16

**january** 16 32:1 60:5,11 (4)

**jason** 16:1,15,19 25:20 28:11,12,17 29:22 30:19 61:24 63:21 73:19,21,22 (14)

**jason's** 74:2

**jessica** 24 4:5 24:19 78:4,25 (5)

**joan** 17:23

**job** 11:13 12:11 73:6

**john** 70:14

**jordan** 61:6,20 68:9

**judge** 7:2

**judicial** 2

**julia** 71:14

**julie** 61:6 68:9

**july** 12:13

**jump** 6:2,4 45:14

**june** 12:13 61:21

**jury** 7:2

**just** 5:6,14 6:9,18 7:3,9,14 8:4 9:7,17,23 14:6 21:1,14,19 22:17 23:17 25:13 26:12 28:24 30:5 33:6,16,17,20 34:7,16 35:13 37:5 38:2,8,13 39:6,16 40:10,19 41:4,13,25 42:23 45:13,15 46:6 47:19 48:17 50:10 51:24 54:16 56:5,25 57:4,11 64:22 65:7,8 66:23 67:1 68:2,25 69:17,19,25 73:19,20,21 74:7 76:20,25 (68)

**kari** 13 3:9 5:1,6 10:25,25 11:1,2 61:24 77:5 (10)

**keep** 9:12 13:20 73:21 75:3 (4)

**keeping** 42:11

**keith** 16:1,15 22:22 24:17 25:16,21 27:9,17,18 28:11 29:13,22 30:19 37:11 41:8 45:7 53:3 55:13 60:12 62:3 64:12 66:5 67:1,1 71:10,13 75:17 (27)

**keith's** 54:1

**key** 32:12 36:16

**kind** 6:15,16 8:10 17:6 19:5 22:3 41:12 65:13 71:4 75:3 (10)

**kinds** 26:16

**know** 6:10,19 7:4,13,14 9:12 10:4 15:11 17:3,20 18:3,4 19:7 23:14,18 24:16 25:24 26:13 27:7 28:25 29:23 31:1,3,4

33:22 34:9,20 35:3,7,20 36:5,9,13 37:5 39:8 40:17 45:2 46:12,13,16 47:5 48:20,25 49:11,14 50:18 52:23,24 53:10,20 55:13,16 56:5 58:4 59:2,22 63:18 64:3,5,5,8 67:11 68:14,15,16 69:15 70:23,24,24 72:6,15 74:3,6 76:4,8 (75)

**knowledge** 27:19 32:12 36:17 37:1 53:24 60:4 63:11 64:11 67:18 (9)

**known** 64:14 76:17

**knoxville** 10:7,9,18

**lack** 54:12

**lane** 29:21,22,23

**language** 31:1

**last** 7:7 45:7 48:11 62:14,16 66:25 70:1 (7)

**later** 7:1 29:22 32:24 36:22 69:6 71:13 (6)

**law** 2:13

**lead** 58:14,19

**leading** 19:8

**leads** 29:24

**learned** 17:20

**learning** 23:21

**least** 66:15

**leave** 28:1,4

**lecture** 19:21

**lectured** 56:5

**lectures** 54:18 55:24 56:2

**ledgers** 75:5

**left** 14:11 15:7 33:7 69:24 (4)

**legislation** 67:13

**legislators** 67:14

**leslie** 25:21 28:3,7

**less** 47:8 52:22 72:3

**let** 6:1,3,10,18 7:13,14 18:4 25:11 33:16 37:5 39:6,6 44:1 49:25 57:6,6 62:15 63:18 64:12,22,24 65:1 68:2 (23)

**let's** 13:25,25 19:2 27:1 29:11,12 33:5,25 37:10,14 45:2,12,15 49:15 50:12 52:15 58:11 71:20 74:11 (19)

**letter** 38:10,14,25 39:1,5,7 43:2 51:9,13,17,19 52:12 56:25 57:1,4,18 65:11 68:8,9,12 (20)

**letting** 67:11

**li** 4 8:8 18:20 28:25 33:3 37:24 39:21 43:8,11 50:4 56:6,7 61:24 (13)

**li's** 44:14 50:1 51:6,14,17 56:8,11 72:1 (8)

**liaison** 67:4

**light** 59:8 61:25 63:18 64:12,24,25 (6)

**like** 5:14 8:1 9:14,23 13:1 18:16 19:10,25 23:9,17 24:5 26:12,16,20 27:8 29:11 30:5,13 31:4,9 34:20 37:11,16,24 39:5 40:3,7 41:13 42:8 43:6 44:5,7 45:1,6,12 46:23 47:17 49:6 51:16 52:9 53:2,21 55:1 56:13 57:11,18 58:23 60:11,19 65:20 66:22 68:8,19 72:1,9,22 75:17,23 (58)

**limited** 61:2,8,9

**line** 23:1,2 49:23,23 68:5,23 (6)

**lines** 40:23

**listened** 53:4 55:8

**litigation** 15:24

**little** 5:16 6:13 41:4 46:7 49:16 69:6 73:18 (7)

**live** 10:4

**lived** 11:7,7,8

**log** 30:16

**logistics** 59:24

**long** 6:12 26:4 72:20

**longer** 6:14

**look** 7:13,15 8:21 27:9 30:3 39:13 49:21 51:14 69:8 71:20 73:18 74:25 (12)

**looked** 8:12,12,19 29:7 40:12 46:10 51:24 71:9 72:9 75:13 (10)

**looking** 9:8 41:21 44:15 51:19 52:14 65:21 72:12 74:6 (8)

**looks** 27:8,20 29:11 37:11,16,24 42:8 43:6 44:5 45:1,6 46:23 49:6 51:5 52:9 60:11,19 65:20 66:22 68:8 72:1 75:17,23 (23)

**lot** 9:3,12,13,14 13:20 25:24 33:17 35:4 54:21 70:11 76:5 (11)

**lots** 22:15

**lucas** 17:23

**lynn** 5:5,6,8

**made** 18:15 28:3 34:18 38:5 39:11 53:5 55:17 56:1 57:12

60:6 61:17 63:11 69:8,24 76:7 (15)

**madison** 2:5,7

**main** 2:14 9:24 54:24,25 55:3 (5)

**maintain** 13:18

**maintaining** 13:17

**make** 7:12 23:7 24:23 32:24 35:16 37:3 42:3 43:16,20 44:2,2,8 45:13 50:22,24 68:3 71:5 (17)

**making** 17:24 38:2 40:3,3 41:4 50:8 61:15 (7)

**maloof** 70:4,5

**manner** 23:11 32:6

**many** 11:16 24:17 35:14 53:7,22,22 61:4 (7)

**marked** 65:16

**marty** 67:2,4

**maruf** 70:8,9,10,12 (4)

**marufuzzaman** 70:10

**maryland** 11:5

**master** 11:25 12:2

**match** 56:20

**math** 35:2

**matheson** 24 4:5 78:4,25 (4)

**matter** 8:2

**mattered** 23:20

**matters** 15:6 78:7

**matthews** 2:12 42:17 64:4 70:7 77:4 (5)

**maximum** 38:3

**may** 4:4,12 15:4 26:1 39:19 47:2,5,6 49:16 60:16 69:2 71:20 (12)

**maybe** 19:7 30:20 45:2 59:3,4 65:12,19 (7)

**mdot** 9:19,20,21

**me** 6:3,10,13,18,22 7:13,14,17 10:10 12:6 14:1 15:4 16:8 18:4 19:13 22:1,17 25:3 31:17 33:16,16,17,20 34:9,14,24 38:11,13 39:6,6 42:1 44:1,2 49:6,9,25 52:20 57:6,7 62:15 64:22 68:3 69:22 73:21,22 76:18,25 78:5,6 (49)

**mean** 11:12 13:22 14:1 17:25 22:13,15 23:6 26:12 31:8 35:6 53:25 55:6,7 59:15 62:6,6 63:4 75:3 76:4 (19)

**meaning** 32:8

**means** 19:19 35:11 46:17 61:2 63:4 75:7 (6)

**meant** 7:4 60:1 66:6

**med's** 48:23

**medical** 28:4

**medication** 32:21 43:24 46:2 48:12,17,22 (6)

**medicine** 48:12,22

**meet** 53:1,3

**meeting** 20:5 52:24 53:20 75:18,24 (5)

**meetings** 53:22

**members** 17:4

**mentioned** 8:11 39:23 40:16 42:22 43:4 45:21 47:22 61:21 (8)

**mentioning** 29:15 30:24

**mentions** 46:1 66:4 72:14

**methodology** 45:23

**michael** 29:20,22,23 30:15 (4)

**microsoft** 36:10

**middle** 5:10

**might** 7:15,16 11:4 28:12 43:2 48:22 64:3,9,17 66:12 (10)

**mind** 23:18 40:11 48:13

**mine** 54:1

**minor** 34:15

**minute** 7:12 39:16

**minutes** 45:13 76:25

**miss** 54:9,23

**missed** 30:12 51:24

**missing** 69:12

**mississippi** 1,6,7 9:21 10:7 11:10,11,12,20 12:10,12 13:3 17:23 18:2,10 19:20 65:24 67:4,13 69:24 78:1 (21)

**monday** 10:8 70:1

**money** 65:11 73:8,15,16,16 74:7 75:15 (7)

**monitoring** 44:14

**more** 5:17 11:3 20:3 22:2 26:19 28:11 45:17 47:8 61:11 68:21 69:17 71:11,12 (13)

**morning** 69:6

**morrison** 71:14

**most** 10:7 36:20

**move** 13:9 52:15 66:12

**moved** 11:8 13:12

**ms** 2:7,15 42:17 64:4 77:4 (5)

**mstate** 30:4

**msu** 7:24 8:7 13:10 58:19 66:6 (5)

**msu000580582** 3:19

**msu0059685972** 3:15

**msu006146147** 3:16

**msu009614621** 3:18

**msu250215217** 3:17

**msu257331332** 3:21

**msu257377381** 3:22

**msu263360ur** 3:20

**much** 41:18

**multiple** 22:16 35:5,6 58:24 64:15 (5)

**my** 5:10 6:2,3 7:10,24 9:17 10:6 12:11,13 13:17,18,24 16:20 18:23 21:23 23:3,5 26:20 27:19 29:2 32:6,12 36:17 37:1 39:25 44:21 45:13 48:19 53:24 54:2 56:19 59:2 60:4 67:18 68:21,22 69:19,25 70:2 71:3 72:8 78:9,17,20 (44)

**myself** 53:3 69:14

**name** 5:4,10 12:24 15:1 31:5 32:4 52:1,4,16 (9)

**named** 12:25 13:14,15,17 53:15 72:16,17,19 (8)

**names** 42:9 53:12 70:11

**nature** 22:18 40:24

**nearly** 53:5

**necessarily** 20:14 31:19 40:25 76:17,22 (5)

**need** 6:9,9,18 7:12,17 26:4 45:12,24 49:21 74:25 (10)

**needed** 43:20 45:7

**needs** 45:17

**negatively** 46:20

**neglected** 42:22

**neither** 78:11

**never** 31:8 32:12 35:21 40:11 55:20,20 (6)

**new** 24:24,25 73:4

**next** 6:2 13:9 45:14

**nickname** 31:9

**nine** 38:15

**no** 6:6 8:23 9:22 12:11 15:7 17:16,21 18:18 19:17 21:2 22:21 23:2 24:1,11,14 28:2 30:7 31:6,11 32:12 34:23,23 36:16 39:18 40:9,11,23 41:2 44:21,23 45:10 49:2 52:3,5 56:5,6,15 58:7 63:24 64:1 66:10,14 67:18,21,25 68:5,23 69:4 71:17 76:4,16,17 (52)

**nods** 6:6

**none** 32:5

**nor** 78:12

**normal** 5:15,16,18

**notary** 4:6

**note** 38:2 41:7

**noted** 38:25 41:9

**notes** 33:14 78:10

**nothing** 78:6

**notice** 5:21 72:3

**noticed** 9:2

**notified** 31:21

**november** 25:20 27:9

**now** 10:5 15:3,10 20:24 26:6 53:24 56:17 66:8 74:25 (9)

**number** 20:5 24:21 30:23 41:22 46:7 56:25 57:2 62:7,11 65:12 (10)

**numbers** 57:3

**oath** 5:16

**object** 64:4

**objections** 4:9

**obtain** 12:5

**obviously** 5:15 16:19 24:16 26:6 42:12 (5)

**odd** 52:25 53:13

**off** 11:11 13:23 34:5 35:8,9 45:3,18 50:9,11 77:1 (10)

**office** 10:17 16:21 54:1,2 61:5 74:23 (6)

**officially** 5:5

**often** 76:18

**oncampus** 19:22 21:25 22:8

**once** 19:7 21:17 37:5 47:5,6 (5)

**one** 5:21,23,23 6:1 7:2,10 8:11,25 9:2 10:12 17:19 21:1 22:20 24:15,23 26:19 27:20 30:20 33:10 34:1 38:16 39:5

41:3 42:1 44:2,23 46:1,12 50:10,20,21 52:22 53:24 56:5 60:8,10 61:3,11,13 62:17 65:2,18 67:20 68:4,4 69:5 70:3,14,16 71:6 72:13 73:20,21,24 74:12 (55)

**oneonone** 54:20

**ones** 71:4

**only** 5:22,23 15:10 21:15,22 29:2 39:19 40:21 49:14 59:19,20 60:2,2 61:3,13 69:12,25 76:12 78:18 (19)

**open** 16:9,13 69:25

**opened** 70:2

**openended** 35:5

**opine** 74:10

**opportunity** 17:18

**opposing** 25:6

**opposite** 30:13

**option** 39:5

**optional** 42:25 46:9,14,16,25 47:14 (6)

**order** 30:16 31:20 42:10 45:14 (4)

**ored** 61:15 64:15 65:9

**ored's** 61:4

**original** 43:21 70:14 78:9,18 (4)

**other** 5:20 14:10,21 17:5 23:10 40:19 46:12 54:9,16,23 56:5,6,17 59:23 61:12 63:10 66:12 69:1 72:9 74:20 75:11 76:20 (22)

**others** 8:8

**our** 29:24,24 42:15 76:21 (4)

**out** 10:7 17:7 18:5,14 23:17 26:25 31:24 35:2,14 37:12 38:5,14 43:1,22 48:6 49:6 51:24 54:15 55:14 57:16 65:24 66:7,11 67:12 (24)

**outside** 24:3,7 33:21

**over** 5:13,17,22 6:1 23:6 50:1 (6)

**oversaw** 14:24

**own** 30:5,7

**pa** 2:13

**package** 60:13

**page** 3:3,4,5,7,12 37:4 65:21 68:4 69:5 72:12 (10)

**paid** 74:3

**pain** 32:21 46:2 48:12,12,16,22,23 (7)

**paperwork** 28:13,17

**paragraph** 27:20 46:7 48:11

**paraphrase** 32:20

**parent** 51:22

**part** 4:11 21:14 57:2 69:19 (4)

**partially** 21:11

**participate** 61:12

**participation** 33:1 39:20

**particular** 54:23 66:20

**parties** 4:3 78:13,15

**partnering** 69:9

**pass** 35:8,9

**passing** 52:6

**past** 65:18

**pay** 54:15 73:2

**paying** 20:17

**pearl** 78:2

**peers** 63:4

**people** 47:14 65:23,24

**percent** 32:24 33:7 38:20 42:23 43:1,4,12,25 46:25 47:8,9,18,23 48:6,14 57:13,14,15,17,17 (20)

**percentage** 33:8 57:16

**perfect** 6:8

**performance** 72:9

**perhaps** 8:6 69:14,14

**periods** 54:10

**permanent** 10:6,10

**person** 5:23,23 9:12 19:19 21:19 32:5 50:5 55:15 75:9,11 (10)

**personal** 18:19 64:10

**perspective** 55:4

**pertaining** 8:4

**phd** 12:3,9

**philosophy** 12:1

**phone** 65:12

**phonetic** 70:4

**phrase** 64:22

**phrasing** 26:11

**physical** 56:22

**pi** 58:13,18,22,25 59:5,6 60:14,17,24,25 61:11,14 62:7,10,12,17 70:15 (17)

**picked** 32:19

**piece** 45:15

**place** 4:5 27:1 32:14

**plaintiff** 4,14 2:2

**plan** 21:14 26:23 27:3 28:24 31:22 32:2 34:1,6,10 37:12 44:7,19 49:8,12 71:11 (15)

**please** 5:4 6:22

**pllc** 2:4

**plugging** 47:24

**pm** 17 77:6

**pocket** 54:15

**point** 28:4 41:20 43:14,17,20 44:11 52:19 56:9,12 57:12 65:2 (11)

**points** 33:1,9 35:14 38:25 39:20 41:7 43:2 46:25 48:7 54:11 (10)

**policy** 28:9

**poorly** 41:10,23

**possible** 43:2 46:25 48:7

**post** 75:10

**posted** 48:2

**potential** 27:17

**potentially** 43:21 48:9 51:23

**predict** 7:15

**preferred** 6:7

**prepare** 7:20

**present** 10:1

**presenting** 20:1

**president** 61:6

**pressure** 55:2

**pretty** 6:11,15 9:8 11:15 (4)

**primarily** 59:12

**primary** 31:1

**prior** 15:7 33:7 41:17 57:11 58:9 (5)

**privy** 25:25 26:1

**proactively** 26:23

**probably** 9:5,7 54:2 55:6 (4)

**problem** 35:2 55:2

**problems** 54:17,25

**process** 16:24 58:22,23 65:2 (4)

**proctor** 32:16 35:10

**proctored** 32:15

**product** 36:14 51:3

**productivity** 73:8,12,13 76:18 (4)

**professor** 12:16,18 13:5,11,15,22,22 14:2,3 15:20 59:19,20 60:3 72:18 (14)

**professorship** 72:16,19

**program** 75:6

**programming** 19:13

**programs** 14:24,25 23:4,5 (4)

**progress** 44:14

**project** 8:22 33:5 38:23,24 41:18,21 42:22 43:4,12 46:11,19 54:7,8,12,23 58:8 59:11 60:20 63:13 (19)

**projects** 32:23 43:25 47:18

**promoted** 13:11

**promotion** 13:21

**prompted** 68:19

**proof** 56:22

**proposal** 9:20 58:11,14,19,23 59:5,6,12 60:25,25 62:15,15,17,20,22 63:1,2,6,8 66:16 67:15 68:11,14,18 70:13,20,21 (27)

**proposals** 61:12

**proposed** 76:11

**provide** 31:22

**provided** 8:7 19:23 32:6,7 34:22 35:22 36:9 40:22 56:7,22 (10)

**public** 4:6

**pull** 45:19 49:15,22 75:24 (4)

**pulled** 68:18 69:8

**pulling** 64:16 76:3

**purchase** 30:17

**purchasing** 30:1,1

**purpose** 72:6 76:3

**purposes** 5:25 42:15 46:24 68:21 73:1 (5)

**pursuant** 4:6

**purview** 23:3

**put** 31:24 32:17 33:3 38:9 50:6 58:24 61:3,11,13 73:20 76:20 (11)

**putting** 32:8 37:25

**question** 6:2,3,21,22 7:4 11:4 17:6 19:10 32:9,9 34:23 35:1,4 39:14 54:20,20 57:6 58:16 (18)

**questionnaire** 17:8

**questions** 4:10 34:8 35:5,7,13,17,25 54:19 71:3,19 76:22 77:3 (12)

**quick** 11:14 41:25

**quite** 7:8

**quotes** 31:5 32:8

**race** 17:9

**rate** 75:10,10

**rather** 6:6

**ratio** 9:6

**raw** 51:13

**reach** 66:7

**reached** 55:14 67:12

**reaching** 65:24 66:11

**read** 7:12,24 8:1,2 49:16 74:9 (6)

**reading** 4:7 7:1 58:17

**ready** 35:11

**real** 41:24

**realize** 46:10

**really** 5:24 6:10 8:23 9:24 11:3,14 15:23 23:20 26:20 27:8 36:5 68:25 71:4 (13)

**reason** 6:25 17:14 59:3 63:7,10,17,20 64:7 (8)

**recall** 17:17,19 18:7,14 21:3 22:9 24:10 25:13,14 26:7 27:22,25 28:5 29:16 36:11 37:21 39:9,14 40:6,11,25 41:16 45:9,10 52:8,21,23 53:11,18 54:4 60:9 61:9 63:3 66:8,20,21 68:11,19 (38)

**receive** 9:10 13:21

**received** 12:9 26:21 35:19 42:20 72:3 (5)

**receiving** 21:4 26:7 28:5

**recent** 18:8,11

**recently** 18:6

**recipient** 9:15

**recognize** 37:6 42:2 51:2 60:6 61:17 (5)

**recollection** 48:18 72:8 75:2 76:3 (4)

**record** 4:4 5:4 45:18 50:10,11,12 77:1,2 (8)

**recorded** 19:22

**recording** 5:22

**recordings** 19:23

**rectify** 26:5 28:23

**reese** 66:6

**reeves** 5:7 66:6

**refer** 24:22 34:6

**reference** 40:21

**references** 66:25 67:1

**referencing** 42:25 63:21

**referring** 20:24

**reflected** 22:11 47:25

**reforwarded** 29:23

**refresh** 75:1 76:2

**regard** 9:25

**regarding** 8:8 25:17 72:10

**regardless** 66:11

**registrar** 33:11,12 50:15

**related** 8:5,19,21 20:1,3 23:20 24:9 30:2 31:13 73:11 78:12 (11)

**relating** 28:24 30:23

**relationship** 22:18

**relative** 72:9 78:14

**relatively** 9:15 41:9,22

**relevant** 65:23

**remain** 10:22

**remember** 13:23 15:2 17:21,22 31:19 33:6,15 34:10 50:19 51:22 52:1,4,6,16 56:3 57:15 58:10 61:1 66:2 67:7,8,10 70:11 75:21 (24)

**remote** 19:19

**remove** 53:5 56:1

**removed** 8:17 14:9 56:9 58:9 (4)

**renumber** 29:6

**repeat** 58:16

**repeated** 21:16

**rephrase** 6:22

**report** 16:20 23:1,2

**reported** 24

**reporter** 4:6 25:2,8 78:4 (4)

**reports** 47:6,7

**represent** 42:9 72:2

**reprimanding** 68:10

**reps** 67:15

**request** 27:13,17 28:1 34:1,17 53:1 65:10,11 67:17,20,23 (11)

**requested** 34:15 52:24

**requesting** 34:5

**requests** 65:9

**required** 20:5 54:9

**rescheduled** 75:19

**research** 13:13,14 14:4,10,19 18:24 23:3 61:5,6 72:11,25 73:9,12,14 74:22,24 75:11 76:18 (18)

**researchrelated** 75:8

**reserved** 4:11

**resolve** 21:6

**resolved** 21:10,21,23

**respective** 4:3

**respond** 9:10 54:19

**responded** 28:3 40:16 41:8 45:1,3 75:18 (6)

**response** 26:14 28:10 43:6

**responses** 8:6 32:18

**responsibilities** 14:12

**responsibility** 44:22

**responsible** 29:25 61:15 64:15

**responsiveness** 4:10

**rest** 75:1

**rester** 70:15

**result** 47:3 48:9

**retained** 17:22

**returned** 12:12

**revenue** 73:19,24 74:2 75:14 (4)

**review** 69:21

**reviewed** 8:6 9:16 60:8

**reviews** 63:3,6

**ride** 68:18

**right** 5:13 6:20 7:7 10:5 11:23 12:8 15:3 20:2,24 25:10,24 26:17 28:3 29:4,7,20 30:9,14 37:2,2,3,15,17 38:11 39:2 42:2 43:9 45:19 46:7 47:22 49:15 50:13 51:6,20 52:10,15 56:2 58:13 60:1,5,19 61:16 66:19 67:5 70:6 71:2,8,23,25 73:20 74:25 76:22 (52)

**rise** 15:24

**river** 78:2

**road** 54:14

**robert** 25:21 27:21 53:3

**role** 12:15 13:17,18 16:8,16 18:23 23:5 29:2 64:14 68:22 (10)

**rolling** 24:20 25:5

**rules** 4:6

**run** 57:5

**said** 17:8 20:13 24:12 32:20 34:7,21 36:16 37:24 38:6,24 40:7,19,23 42:22 43:24 45:2,3 48:16 50:23 52:10 53:11 55:11 60:22 61:7 63:22 66:5 68:17 (27)

**same** 16:11 42:12 50:8

**satisfactory** 44:20

**saw** 63:4 65:18 74:14

**say** 10:15 12:21 13:25 18:25 19:2,15,18 20:14 22:20 33:6 38:14 43:11 48:17 56:19 57:14,20,22 58:21 60:16 62:9 64:8 67:16 68:18 (23)

**saying** 5:24 9:11 54:18 59:1 (4)

**says** 26:3 27:21 28:12 30:20 40:20 46:7 48:10,13 50:1 61:24 63:17,19 66:15 69:6 (14)

**scheduled** 52:10

**scheduling** 55:2

**scheme** 32:3

**school** 11:9 14:15 67:12

**science** 11:25,25 12:2,2 (4)

**scored** 68:15

**scores** 38:2

**scratch** 62:16

**screen** 7:10,11

**screenshot** 42:24 43:22

**scroll** 7:14,14 37:4 41:24 73:18 (5)

**scrolling** 75:4

**search** 16:9,13 74:19

**sec** 71:6

**second** 41:3 42:1 44:2 48:10 49:21 50:10 51:6 (7)

**section** 19:22

**see** 7:11,16 19:25 20:2 25:13 27:12,14 28:14,19 29:13 30:17 37:10 38:16 39:13 41:10,25 44:7,12,20 45:8 48:14 50:2 51:1,7,10 57:2,3 61:22 66:12 68:5,24 69:9 74:18 75:4 (34)

**seeking** 65:4

**seem** 9:11 68:24

**seemed** 34:20

**seen** 18:1,3 20:22 26:6 33:18 41:2 49:3,5 65:16 (9)

**selected** 16:10,14 58:13,18 59:5 (5)

**selection** 58:21 61:15

**semester** 8:16 19:7 26:25 37:21 38:1 53:6,8 57:11,23 (9)

**senators** 67:14

**send** 50:14 68:20

**sender** 9:15

**sending** 49:9 71:13

**sense** 35:16 44:8

**sensors** 54:10,14

**sent** 9:5 17:23 18:12 26:7 27:18 44:23 45:22 47:15 50:16,18,19 53:15 60:11 65:21,22 66:16,24 (17)

**separately** 54:1

**september** 12:14 15:18,21

65:20 66:9 (5)

**sequence** 53:12

**serve** 16:8,12,15

**set** 4:5 35:1,7 37:11 (4)

**shakes** 6:7

**share** 7:10 25:5 37:2 68:1 74:5 75:16 (6)

**shaw** 23:25 24:3,6 25:20 26:3,7 28:18,22 33:13 60:12 (10)

**shaw's** 28:23

**she** 63:19,22 64:3,8,9,15,17 68:10 69:6 72:14 (10)

**she's** 63:21 72:15

**shifts** 75:3

**short** 20:18

**shorthand** 78:4

**shortly** 18:23 49:8

**should** 7:11

**show** 5:23 7:17 29:4 61:16 65:15 74:22,24 (7)

**showed** 55:20 56:18

**showing** 40:13 73:21

**shown** 69:3

**shows** 42:25 57:4

**side** 29:2

**sightly** 34:5

**signature** 68:25 78:20,22

**signatures** 52:25

**significant** 23:20 51:24

**signing** 4:7

**silver** 11:4

**similar** 16:24 53:6

**since** 31:23 48:11

**sir** 25:2,8

**sit** 23:18 24:12 40:25 48:20 49:11 (5)

**sitting** 34:10

**situation** 26:6 27:21,23,24 28:23 53:6 61:14 (7)

**six** 11:11

**size** 41:15

**skipping** 41:4

**slash** 33:1 39:20

**slightly** 43:3

**small** 9:7,16 41:9,22 (4)

**so** 5:13,24 6:18 9:13,24 10:8,14,17,19 11:18 13:2,21 14:1,13,13,23 15:5,8,9,23 16:6 19:21,24 20:8,18 21:18,22 22:2,17,22 23:9,13,23 24:19,21 25:10,15,24 26:3,25 28:8 29:25 30:4,9,14,14 31:19 32:2,2,10,12,15,23 33:2,5,8,15,23,25 34:4,9,9,13,21,25 35:4,17,17 36:5 37:15,24 38:4,6,7,11,13,13,18 39:11 41:17,19,20,25 42:8,11,19 43:1,8,11 45:15 46:6,8,9,23 47:4,13,17,22 49:11,20,23 50:4,5 51:5,16,18 52:12,18 53:6 54:1,21,24 55:6,8 56:11,24 57:3,8,16,18,20,20 58:18 59:7,16,22,23 60:2,10 61:6,7,19 62:3 63:4,5,17 64:7 65:22 68:3,8 69:20,24 70:3,12

71:5,8,18,25 72:13,16,17,22 73:19 74:2,3,11,13,20,22,25 75:3,4,4,6,6,15,23 76:13,13,20 (170)

**software** 30:1

**solutions** 54:19

**some** 5:13,19 7:24 8:5,5,7,12 14:11 19:24 24:21 25:25 26:1,15 28:25 30:15 31:22 32:25 35:1 38:2,25 52:18,19,25 53:13 54:16 66:23 69:13,21 70:2,2 71:2,11 74:20 75:11,15 (35)

**somebody** 6:25 7:2 15:5 53:15 (4)

**someone** 32:4 35:9 36:25 38:5 59:1 65:1 67:11,12,13,24 69:13 (11)

**someone's** 46:21

**something** 11:15 18:5,6 20:8 23:19 24:5 27:1 33:18 37:25 39:11,16 40:23,24 43:19 45:25 46:20 48:6 51:2 52:17 64:8 69:14 73:11 74:3,21 (24)

**sometime** 31:25 32:1

**sometimes** 22:17 26:19

**somewhere** 13:24 48:18

**sorry** 14:8 20:12 27:6 41:3 58:16 70:7 (6)

**sort** 18:15 26:15 28:25 30:15 31:4,12 39:5 44:6 69:2 71:10 74:21 (11)

**sought** 4:12

**sounds** 23:9 30:13 55:1

**source** 73:19,24 74:2 75:14 (4)

**space** 32:9,9 34:23 35:2 (4)

**speak** 6:1 24:6 30:21,25 67:13 (5)

**speaking** 40:18

**specialist** 28:8

**specific** 18:17 24:12 31:20 38:4 53:21 54:11 56:3 (7)

**specifically** 4:8 20:9,15 26:3 27:2 28:24 29:1 30:10 33:25 60:1 68:19 (11)

**speculation** 69:18,19

**spelled** 25:17

**spend** 7:9 73:17

**spending** 72:22

**spent** 73:10,16 74:7

**spine** 8:15 19:3,8 21:18 25:17 31:21 (6)

**spoke** 7:22 40:23

**sponsor** 63:12

**spreadsheet** 33:11 37:16,19 49:17 (4)

**spring** 8:16 11:5 52:16 57:21 (4)

**standard** 5:18

**standpoint** 28:18

**starkville** 2:15 10:6,19

**start** 10:11 11:18 12:8,9,13 13:5 18:22 24:24 25:11 (9)

**started** 19:2 52:19

**starts** 25:15 42:8 43:8

**state** 6,7 5:4 9:21 11:10,20 12:10,12 13:3 17:24 18:2 19:20 65:24 67:5 69:24 78:1

(16)

**state's** 18:10

**stated** 33:22 47:2

**statement** 62:1 63:25 64:2

**stayed** 11:12

**stenographic** 78:9

**stick** 23:17

**still** 11:13 15:21 70:3

**stipulated** 4:2

**stipulation** 3:7 4:1

**stop** 21:12,13

**street** 2:14

**string** 60:9 74:9

**structure** 54:12

**student** 20:7,23 21:4,25 31:13 32:13 35:2 40:2,4,13 42:9 48:8 51:16,22 54:2 55:6 56:24 73:3,11,11 75:9,10 (22)

**student's** 40:17 52:1

**students** 17:5 19:23 20:2,17 21:15 22:7 30:24 32:11,17 35:12 38:15 41:10,22 46:8,24 47:20 48:1 52:19,23,25 53:7,13,21,24,25 54:4,15,25 55:8,14 56:7,17 (32)

**students'** 26:24

**studies** 13:13,15 14:4,10,19,24 18:24 19:12 23:4 47:14 58:5 (11)

**study** 43:1 46:9,11,19,25 (5)

**stuff** 33:16

**subject** 8:2,11 48:5 68:5,23

(5)

**submission** 61:2,9

**submissions** 62:10

**submit** 27:14 32:18 58:22

**submitted** 36:6 45:23 58:15 62:15,20,23 66:17 70:21 (8)

**subset** 9:16

**subsided** 48:24

**successful** 60:20

**such** 4:11

**sufficient** 42:13

**suggested** 45:2

**suggesting** 34:13,14

**suite** 2:6

**sunnyland** 10:12,12

**supervisor** 22:23

**supervisors** 22:20

**support** 60:13 65:4,9,10,11 67:23 (6)

**supposed** 46:19 54:13

**sure** 7:12,23 10:12 11:16 19:6 22:13 24:8 25:25 34:19 35:20 41:4 45:13 68:3 76:23 (14)

**surgery** 8:15 19:3,8 21:18 25:17 27:13,18 31:21,24,24 (10)

**sworn** 5:2 78:6

**syllabus** 57:13 58:1,2,5 (4)

**system** 10:16

**systems** 12:20,23 13:16 39:25

(4)

**t** 72:16 74:4 75:16

**table** 3:1,6

**take** 5:22 6:12,14 9:17 28:23 33:3,14 37:10 45:15 57:8 (10)

**taken** 14 4:4 24:20 33:2 78:13 (5)

**taking** 28:25

**talk** 33:25 36:22 58:11 69:22 (4)

**talked** 22:14 25:25 38:10 49:12 66:4,5,5 71:18 (8)

**talking** 20:22 27:8 39:7,9 43:3,12 45:22 50:4 63:19 71:10 72:1,15 74:13 (13)

**talks** 46:8

████ 42:20,21,25

**taught** 17:11 19:20,22 55:20,21 (5)

**teach** 17:14 21:15

**teaching** 21:19

**team** 60:13,20 62:19 65:23 (4)

**teams** 64:16

**tech** 12:11,15

**technically** 11:13

**technology** 20:21 29:25 30:2

**tell** 31:17 70:11 76:18

**telling** 34:9,14 68:10

**tennessee** 10:7,15,16,18 (4)

**teresa** 67:1 68:5 69:5

**terminate** 72:4 76:7

**termination** 76:11,11,15

**terms** 31:23

**terrible** 57:6

**testified** 5:2 38:8 62:25

**testify** 78:6

**testimony** 5:11 34:16 64:18,21,23 (5)

**tests** 33:8

**text** 40:20

**than** 5:15,16 6:6,14 9:10 11:4 26:19 38:3 40:19 45:17 47:8,8 48:6 56:6,6 61:11 69:1 71:13 72:3 (19)

**thank** 41:8 42:1,18 77:4 (4)

**that's** 5:10,16,24 6:7 8:10 10:3,4 11:3 12:4 13:4,8,20 14:1,17 15:8,9,16,19 21:9 22:4,4,17,24 23:12,16 29:3 30:4,11 34:3,12 36:8,17 39:25 41:5 42:7,17 43:17 44:10 46:4 47:21 55:25 56:21 57:6 62:1 63:11,17,19,22 64:1,16 65:15 66:15,21 67:6 69:19,19 73:15 77:2 (58)

**their** 4:3 14:11 53:4 55:2,4 56:22 57:4 58:24 72:20 (9)

**them** 7:10 24:21 25:3 32:13,13,15,16,19,19 36:12,18,21 42:11 45:7 47:12 50:16,18,19,20,21 65:7,8 71:3 (23)

**there's** 26:4 28:13,16 30:14 35:1 38:4 44:5 50:1 66:22 69:12 71:11 72:18 (12)

**thereof** 4:12

**these** 20:19 29:6 30:16 32:5

41:14,16 42:9 47:13,19 49:7 66:12 71:4 73:7 74:14 75:4,13 76:3 (17)

**they're** 26:14 27:8 28:8

**thibodeaux** 53:15,18

**thing** 5:21 7:7 9:2

**things** 5:14 9:13 23:3 26:24 65:12,13 (6)

**think** 6:10,14 7:12 8:25 11:4 12:13 22:4,4 24:16 25:17 26:10 27:8 28:12 29:18 31:6 32:4 33:14,24 36:16,22 38:8 39:15 45:21 46:4 48:16 49:5 50:23 53:11 62:25 66:6 70:7 71:2,9 (33)

**thinking** 6:11 26:21

**third** 50:5

**those** 8:9,14 12:6 15:23 19:22 21:6,10 22:8 27:23 29:16 32:22 33:8,10 34:6,17 35:7 41:23 48:5,19 53:7 54:15 57:5 58:8 65:6,12 69:21 75:7 76:9 (28)

**though** 41:1 56:2

**thought** 26:17,19 43:20 45:24 64:3 71:14 (6)

**thoughts** 40:18 64:6

**thread** 29:15

**three** 11:22,23,24 15:23 52:12 (5)

**through** 4:3 7:9,24 8:1,3 10:8 23:14 43:7 46:6 52:18,20 54:21 55:24 65:9 (14)

**throughout** 37:21,25 38:1 57:23 (4)

**thrust** 54:25

**time** 4:4,11 5:21,24 7:9,18 13:12,24 15:9 17:22 18:11 19:16 20:4 21:8 29:19 32:22 45:17 49:7 54:11 55:2 59:21 62:14,16 64:14 66:16 68:9 70:1 76:4,6 (29)

**timely** 32:6

**times** 11:16

**timing** 56:3 58:10 66:20

**title** 3:4 14:9

**titles** 15:23

**today** 7:9,21 23:18 24:13,25 41:1 48:20 49:11,24 60:9 (10)

**together** 50:6 64:16

**told** 33:16,17,20 58:22 59:6 (5)

**ton** 7:9

**took** 11:13 26:25 31:12 47:10 (4)

**top** 13:23 37:5 63:5,8 66:24 73:25 (6)

**topic** 27:25

**total** 60:13

**touched** 35:21

**towards** 75:8

**tracking** 38:11

**traffic** 9:14 17:12,15 43:1 46:9,11,19 55:1 58:5 59:10 60:2 (11)

**transcript** 5:25 7:1 78:8,9,19 (5)

**transition** 21:17

**transportation** 17:11,15

42:21 52:17 59:11,16,17,17,19,20,25 (11)

**travel** 73:5

**trick** 34:20,21

**tricky** 49:16

**tried** 33:14 69:25

**triggered** 53:1

**trouble** 30:24

**truax** 21:8 62:17,19

**true** 23:16 24:18 41:22 58:21 60:18 73:10 78:9 (7)

**trustees** 7

**truth** 34:14 78:6,7

**truthfully** 39:9

**try** 6:1,3 7:15 39:6 57:7 74:10 (6)

**trying** 13:20 54:24 59:2 61:1 (4)

**tuesday** 70:1

**twice** 19:7

**two** 6:14,16 8:25 10:1 14:13,15 28:10 46:7 51:19 61:3 69:5 71:13 74:17 (13)

**types** 8:9

**typically** 34:25 35:6,8

**uhhuh** 26:18 27:4,11 33:19 67:3 74:13 75:20 (7)

**ultimate** 60:23

**ultimately** 23:5 32:14

**under** 5:16 19:13 23:3 48:12,21 51:17,17 52:11,11 (9)

**undergraduate** 73:11 75:10

**underlined** 27:12

**understand** 6:22 22:14,19 31:14 76:24 (5)

**understanding** 9:9 22:18 30:25 32:6 (4)

**understood** 13:2 23:9 68:23

**unexpected** 6:15

**unfortunately** 5:18,19

**university** 6 10:14,16,17 13:10 58:15 59:16,21 61:3,10,13 62:14 63:13 65:3 70:23 72:20 73:9 (17)

**university's** 52:12

**unless** 21:25 45:16 63:15 76:16 (4)

**unredacted** 42:10

**until** 4:11 9:25 11:12 12:14 15:18 19:2,2 31:25 56:9 (9)

**up** 7:15,25 10:25 11:2 13:20 15:18 19:8 25:18 28:1 32:19 33:17 35:1,7 37:14 40:14 43:2,8 45:19 47:3,5 49:15 52:12 55:20 56:9,18 57:4,11,14 66:22 72:25 73:20 74:22,24 75:4 (34)

**upcoming** 31:21

**updated** 33:12

**updating** 37:20

**upload** 44:13

**uploaded** 32:22

**us** 5:6 32:2,3,3,13 56:22 67:11 (7)

**use** 31:9 54:13 59:2 64:22

72:19 74:20 (6)

**used** 4:12,12 24:22,23 28:12 31:5 38:6,7,9 39:18 45:24 73:2,4 (13)

**using** 24:20

**ut** 11:13

**utc** 8:8,11 10:1 58:11,14,18 59:10 62:7,10,15,16 70:2,12,20 (14)

**utc's** 61:1

**vaguely** 17:25

**various** 23:3 25:19

**verbal** 23:14

**versa** 6:3

**very** 38:4 42:11 51:2 53:6 54:11 65:21 66:24 68:25 70:1 73:25 (10)

**vest** 42:11

**via** 15 20:19 50:15,16 (4)

**vice** 6:3 61:6

**videoconference** 12

**viewably** 59:24

**virginia** 11:8,9,11 12:11,15 (5)

**vote** 59:2

**vs** 5

**wait** 44:7,19

**waiting** 44:12

**waived** 4:8

**walk** 52:20

**want** 7:15,16 25:12 26:2 29:10 37:4,10 45:19 46:6 49:20 52:18,20 64:19,20 68:1 (15)

**wanted** 31:22 59:7 67:12

**wanting** 74:3

**wants** 9:12 27:12

**wasn't** 15:9 21:23 31:8 32:10,10 34:21 35:17 39:16 40:13 47:17,24 54:21 59:1,3,4,4 61:7 63:5,7,8,10 69:20 76:24 (23)

**way** 15:18,21 18:4 19:20 29:11 32:13 46:12 57:7 70:16 74:18 (10)

**ways** 5:19

**we'll** 15:11 42:3,12 44:2 (4)

**we're** 7:8 24:20,24 34:10 42:11 44:1 50:22 57:14 76:20,21 (10)

**we've** 24:22 43:15,18 45:16 51:6 71:9 75:13 (7)

**webex** 67:2

**week** 70:1 72:3

**well** 5:11 24:4 25:7 26:20,22 29:21 51:2 57:6 62:15,21 71:18 72:13 74:11 75:3 (14)

**went** 11:9,10 21:19 33:15 52:12 (5)

**weren't** 71:15,15

**west** 11:8,8

**what's** 39:24 49:15 61:16 71:25 74:2 (5)

**whatever** 33:8 35:3 57:12 67:14 (4)

**when** 8:17 9:19 11:18 12:5 14:14 16:1 17:7,20,22 18:5,11,14,22 19:1,15,18 24:22 26:7,9,21 30:3 34:25,25,25 35:8,8 39:15 41:18 43:4,11,21 45:21,24 46:9 47:22 49:25 54:20 56:24 61:14 62:17 63:19 69:24 70:16 74:18 (44)

**whenever** 26:16

**where** 8:6 10:4,25 11:2,19 20:22 26:3 34:17 35:13 43:24 45:21 46:1 47:14 53:9 58:24 61:14 64:9,16 65:12 76:10,14 (21)

**whether** 7:1 19:25 20:4 46:12,18,20 47:7 48:20,22 49:12 52:6 55:13 60:24 63:13 68:14 70:24 75:9 (17)

**which** 5:17 23:5 25:25 26:1 30:16 31:24 35:10 39:20,21 43:20 51:13 56:9 58:19 59:24 61:2 66:25 72:2 75:5 78:13 (19)

**while** 13:17 48:21

**white** 17:8,9 72:17 74:5 75:16 (5)

**who** 15:5 16:18 17:23 29:20,23 30:20 32:4 36:13 46:9,24 50:19 53:2,20 59:22 60:23 63:18 78:5 (17)

**whoever** 43:25 53:2

**whose** 51:22 75:21

**why** 15:8 20:9,17,18 31:4 39:4,7,9 40:6 64:3,11 76:22 (12)

**will** 6:14 7:3 24:25 25:2,5,10 29:5 37:3 45:20 50:24 69:7 71:5,20 72:2 (14)

**winfield** 2:13

**wise** 45:4

**withdrawn** 68:11,14,16

**within** 13:9 14:15 15:11,12 57:1 72:20 73:5 (7)

**without** 25:17,19 34:10 38:14,22 41:7 47:18 56:12 (8)

**witness** 78:20

**won't** 7:9

**word** 10:13 28:12 36:10 48:16 59:16 (5)

**wording** 46:16

**words** 31:18 48:19 59:3 76:20 (4)

**work** 6:4,23 7:18 10:7,14 15:12 19:13 35:2 41:16 51:3 62:16 64:13 70:12,20 72:25 75:11 (16)

**worked** 21:5

**working** 9:20 11:18 12:9 26:20 62:22 (5)

**works** 6:24 7:19 30:10

**worse** 69:8

**worth** 57:13,14

**would** 6:15 8:11 10:1 15:5 16:20,23 17:14 18:8,10,25 19:4,6,17 20:2,3,8,16,18 21:5 22:1,8,11,14,19,22,22,25 23:2,13 24:8 29:3 30:23 31:6,24 32:4 33:3,4,21 34:6,16 35:7,10,12,15 38:19 39:13,18,20 40:9,10,21,22 41:14 42:23 44:12,15,21 47:10 48:8 49:22 50:16 51:18 53:2 54:13,14,19 55:16 56:19,21 60:22 61:2,4 62:6 63:11,21 64:14 66:7 68:18 70:22 72:17 73:5,12,12,13 74:9,21,22 75:8 (88)

**wouldn't** 20:14 22:3 23:19

54:21 58:21 74:23 76:8,17 (8)

**write** 31:1 35:3

**writing** 35:13 37:14 48:13

**written** 33:21

**x** 57:13

**yeah** 8:10 12:19 15:13 17:2 19:5,7 20:13 22:17 26:12 34:9,25 35:17 39:8 45:2 50:9 52:2 53:22 55:10 64:7 69:24 70:9,24 72:13 76:6 (24)

**year** 11:10 13:21,25 14:1 18:7 (5)

**years** 11:7,11 12:6 39:8 62:8,11 71:13 74:17 (8)

**yes** 5:9 6:5,6 7:6 8:14,15,15,18,20 9:4 10:16,21,24 11:17 12:25 14:20 15:22 16:8,12,17 17:3,10,25 18:13,17,21 20:25 21:13,16 25:2,8,14,23 26:8 27:6,24 28:6,9,15,20 29:14,24 30:18 31:16 34:19 36:19,24 37:13,18 38:12,17,20 39:3 41:11,25 42:4,14,16,17 43:5,10,13 44:9,16 45:5 46:2,5 47:2,11,16 48:8,15 49:4,10,19 50:3,16 51:4,8,11,15,21 52:14 53:14 54:9 55:4,10,12,19,19 57:11,24 58:1 59:18 60:9,15 61:18,23 62:2 63:4,9 65:5 66:3 68:7,13 69:10 70:10,17 71:24 72:24 74:20 75:15 76:1 (113)

**yet** 24:23 75:5

**you'll** 5:21

**you're** 5:15,21 9:5,7,13,14 17:8 20:22 30:9 34:9,13 35:13,24 44:6,23 50:20 61:19,21 69:16 (19)

**you've** 11:16 25:25 26:6 49:3 51:5,12 71:12 (7)

**your** 5:4 6:2,4 9:5,8,24 10:10,23 11:23 12:5,9,15,17 13:9,21 15:23 16:6 17:8,9 18:25 19:1,9 23:18 26:9,12 31:18 32:2,3,21 34:4,8 38:19 41:8 43:6,6 47:2,5,7 48:17 51:3 55:9 58:16 64:18,21,23 69:22 75:1 76:2 (48)

**yours** 6:13 14:18

**z** 30:20 31:5

**zhang** 4 8:4 9:20 17:17,22 18:14,20,22 19:1,9,11,14 21:7,19,21,24 22:11,15 23:15,22 24:7,17 25:16,19 30:25 31:10,14,20 32:14,19 33:3 34:16 36:2,6,9,14,18,23 37:20 38:7,9,18 40:13,17,23 42:22 44:18 45:22 46:17,18,23 47:4,17,23 48:10,21 49:1,6,12 50:1,6 54:17 55:23 56:12 57:5,23 58:2,13,18 59:19 60:14,24 61:25 62:4,7,10,22 64:12,13,19,23 65:2,3,20 66:8,14,16,24 67:16,20,23 68:10 69:7 72:23 73:8 74:7 75:12,17,18,25 76:5,7 (102)

**zhang's** 18:1,11 19:25 27:13 38:21 40:4 51:23 52:11 53:8 54:8 56:16 75:22 76:10,14 (14)

**zoom** 15 5:17,22

**224** 2:14

**403** 77:6

**755** 29:12

**842** 41:6

**864** 10:12

**965** 2:5

**1005** 27:10

**1052** 28:17

**1500** 72:14

26

| | | |
|---|---|---|
| **1995** 12:7 | | |
| **1998** 12:7 | | |
| **2000** 12:7,12 14:1 | | |
| **2006** 12:12,13 13:2 | | |
| **2009** 13:24 | | |
| **2010** 13:24 | | |
| **2014** 16:2 | | |
| **2020** 14:1 15:7,9 | | |
| **2021** 8:13 9:25 19:9 21:19 25:20 26:2 29:12 30:20 31:18 37:11 49:18 50:14 (12) | | |
| **2022** 8:17 52:15,16 57:21 58:15,20 61:22 65:20 70:21 (9) | | |
| **2024** 11:12 12:14 13:2 15:18,21 71:16 72:2 76:14 (8) | | |
| **2026** 16 78:21 | | |
| **6000** 75:7 | | |
| **10251** 75:7 | | |
| **39110** 2:7 | | |
| **397592930** 2:15 | | |
| **6016241153** 2:8 | | |
| **6623233984** 2:16 | | |