# EXHIBIT 5



**Mississippi State** UNIVERSITY

Department of Civil Engineering
Box 9546
Mississippi State, MS 39762-9546
(662) 325-3050 (Phone)
(662) 325-7189 (FAX)

*COPY*
*for VP Research*

*Revised*
*VPAA*
**DEC 1 5 2004**
*RECEIVED*
*POS # 1749*

December 8, 2004

Dr. Li Zhang
████████████y
Ashburn, VA 20147

Dear Dr. Zhang:

I am pleased to offer you a position as Assistant Professor of Civil Engineering in the
Department of Civil Engineering at Mississippi State University, beginning on January 1,
2005. The salary for this nine-month, tenure-track position is $67,250 payable in semi-
monthly installments over a nine or twelve month period. This offer does not include or
guarantee summer employment, but it is frequently available.

The faculty workload consists of the teaching equivalent of twelve credit hours per
semester and includes time allocated for teaching, research, and service. Your teaching
responsibilities will be two classes in both the fall and spring semester. Since this is 12-
16 credit hours, or fifty percent of the total workload, the remaining fifty percent of your
time will be devoted to scholarly activities. Service contributions are considered an
integral part of your teaching and scholarly activities and therefore are not usually
designated as a separate time allocation. This workload is subject to review and can be
maintained only with measurable productivity in scholarship. The most important
measure of this activity is published articles in peer-reviewed journals. Research grants,
presentations at professional meetings, research reports, and other evidence of
scholarship may also be considered.

As a faculty member at Mississippi State University, you will be expected to meet the
highest professional standards in your contributions to teaching, research, and service.
You will be evaluated annually on your performance in these areas and that evaluation
will be the basis for decisions for future salary increases. Your annual evaluations will
also include statements about your progress in the promotion and tenure process. By the
time you are ready to apply for tenure and promotion to associate professor, you should
have an academic record that demonstrates progress toward developing a national

**MSU001382**

Dr. Li Zhang
Page 2
December 8, 2004

reputation, and later at the full professor level you should have an established national reputation within your profession or field. I would be pleased to discuss the expected levels of achievement with you, and I suggest that you refer to the MSU promotion and tenure document at http://msuinfo.ur.msstate.edu.edu/handbook.fac/v.html for more information and to the documents in your department and/or college.

MSU policy states that a tenure-track faculty will apply for tenure in year six of the probationary period of seven years. You must apply for tenure during the Fall of 2010 . Failure to receive tenure in the sixth year of employment will result in a terminal seventh year contract.

To apply and be considered for tenure requires that you be a citizen of the United States or be eligible for permanent employment in this country. This offer is contingent upon nomination by the University President and approval by the Board of Trustees of State Institutions of Higher Learning. A copy of the contract you will be asked to sign, should you accept this offer, is enclosed for your review. As an employee, you will be required to comply with the laws of the State of Mississippi, policies of the Board of Trustees of State Institutions of Higher Learning and University policies. This offer is also contingent upon your being a United States citizen or having lawful authorization to work in the United States for the full term of the contract.

It is my sincere hope that you will accept this offer to join our faculty. I believe that you have much to offer our program, and you will achieve professional advancement and fulfillment as a member of our department. Please notify us of your acceptance or rejection of this offer by December 29, 2004. Should you decide to accept this offer, please return a signed copy of this letter to me by the above date. In addition to your acceptance, please see the attached list of required documents that must be completed prior to your employment at Mississippi State University.

Sincerely,

Thomas D. White
Thomas D. White
Head, Department of Civil Engineering

MSU001383

Dr. Li Zhang
Page 3
December 8, 2004

**Approved:**

_W. S. Steele_      _12/13/04_
Dr. Glenn Steel, Interim Dean    Date
College of Engineering

_Peter R. dixxxx_      _12/15/04_
Dr. Peter Rabideau, Provost and Vice President    Date
Academic Affairs

_Colin Scanes_      _12/20/04_
Dr. Colin G. Scanes, Vice President for Research    Date

**Offer Accepted:** I am [ ] or am not [ ] actively contributing to the Public Employees' Retirement System of Mississippi with another agency/institution at this time (check one).

_Li Zhang_      _12/27/04_
Name    Date

c:     Department of Human Resources Management

**MSU001384**