# EXHIBIT 7

**Ying Zhang**

**Li Zhang**
**vs.**
**Mississippi State University**

**January 21, 2026**



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

**1**

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

LI ZHANG                                           PLAINTIFF

VERSUS                          NO. 25CII:23-CV-441-AHW

MISSISSIPPI STATE UNIVERSITY, AND
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING          DEFENDANTS


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOCONFERENCE DEPOSITION OF YING ZHANG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


APPEARANCES NOTED HEREIN


TAKEN VIA ZOOM
ON JANUARY 21, 2026
AT APPROXIMATELY 9:00 A.M.


REPORTED BY:  AMANDA M. WOOTTON, CSR, RPR
Court Reporter & Notary Public
Amanda Wootton Reporting,  LLC
eMail: amanda@awreporting.net
338 Indian Gate Circle
Ridgeland, Mississippi 39157
601.573.0961

**2**

APPEARANCES:

        Grafton E. Bragg, Esquire
        BraggLaw, PLLC
        1060 East County Line Road, Suite 3A-120
        Ridgeland, Mississippi
        grafton@graftonbragglaw.com

        Ashlyn Brown Matthews, Esquire
        The Winfield Law Firm, PA
        224 E Main Street
        Starkville, Mississippi 39759
        amatthews@windfieldlawfirm.com


Also Present: Dr. Li Zhang

**3**

\* \* \* \* \* \*

TABLE OF CONTENTS

Appearances                                 2

Examination by Ms. Matthews                 4

Examination by Mr. Bragg                   56

Conclusion of Deposition                   58

Certificate of Reporter                    59

Certificate of Deponent                    60

Correction Sheet                           61

**4**

\* \* \* \* \*

MR. BRAGG:  We are going to maintain the spousal privilege, which, as we understand it, means that anything that Ying and Li have spoken about is off limits, but anything that she sort of observed and knows independent of actual communications would be something that can be inquired about and that she can answer here today.

MS. MATTHEWS:  Understood.

MR. BRAGG:  And there may be a time that there is a question where she only knows that because of something they had spoke about.  But Ashlyn doesn't necessarily know that, and I don't necessarily know that.  So Ying may just want to say -- kind of raise the privilege on that basis at that time.

YING ZHANG,
after having first been duly sworn, was examined and testified under oath as follows, to-wit:

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MS. MATTHEWS:

Q    Good morning, Ying.  Will you state your full name for the record, please.

A    Yes.  My name is Ying Zhang.

Q    Is it okay if I call you Ying?

5

A    Yes, of course.

Q    Okay.  Thank you.

My name is Ashlyn Matthews.  I'm one of the attorneys for MSU in these lawsuits.  And I guess before we get started I should make sure -- can you hear me okay?  We're over Zoom, and technology is weird.  So can you hear me all right?

A    Yeah, I can hear you.

Q    Okay.  Great.

You've probably been filled in on all of this, but I'll just tell you again.  If at any point you don't understand something that I've asked, please, you know, stop me and ask me to clarify or ask the question a better way.  I'm sure I'll ask a bad question at some point.

Make sure to answer out loud if you can.  We try not to nod or shake our heads because it is hard for Amanda to write that down.

We'll also try not to talk over each other.  I can be bad about that because I try to anticipate what somebody is going to say.  So I'm sure I'll mess up, and somebody will remind me.  But, if you don't mind, try also, and we'll just remind you.  It is not a big deal if you forget to.  We'll just keep those things in mind.  Sound good?

6

A    Yeah.

Q    Okay.  Also, if you need a break, just let me know.  I don't think we'll be going too long.  But if -- I'm happy to take a break if you would like.  I would just ask that, if I've asked a question, try to answer it before we go on break.

Does that sound good?

A    Yes.

Q    Okay.  Okay.  So, Ying, what have you done to prepare for this deposition?

A    Do I have to prepare anything?

Q    You don't have to.  No.

A    You know, Grafton just tell me that you ask some questions about my son or my husband.  It's my daily life so I didn't prepare anything.

Q    No.  That's fine.  That's fine.  I just was curious if you had looked at any documents to prepare.

A    Oh, I don't know what kind of questions you're going to ask, so I didn't do that.

Q    Totally fair.  Totally fair.

A    It's been like, you know, we chat to each other, like talk.  I done something wrong?

Q    No.

A    I get all of the documents, prepare, you know, for all of the questions, something, so I did

7

not do that.  I just think of what you ask, and I tell you what I know.  So that's all.

Q    Yeah.  Absolutely.  I just have to ask. Some people would want to look at documents, stuff like that.  You didn't have to at all.  I'm just trying to get an understanding of what your answers might be based on today.

A    Okay.

Q    Did you have any meetings with counsel?

A    No.  What counsel?

MR. BRAGG:  Tell her that yesterday when we spoke on the telephone.

A    Oh, yeah.  Okay.  Yeah, yeah, yeah.  Grafton told me that you would be asking me some questions about my husband and my son.  I said, "That's fine. That's okay."  Yeah.

MS. MATTHEWS: (Continuing.)

Q    Okay.  And you don't need to tell me what you guys talked about.  But did you talk with your husband in advance of the deposition about it or not -- you don't have to tell me what the content of your discussion was.

A    Yeah.  Of course.  He told me that you going to ask me question and told me that don't be too nervous.  Because it's the first time I'm in this

8

position, you know.

Q    Yeah.  I understand.  And it's a weird thing to have to do to give a deposition.  My guess is after it's over you will be very underwhelmed by how it went.

A    I'm okay.  I'm just, you know -- you know. Don't think it is too serious, just everyday talk, or something like that.

Q    Yeah.  For sure.

Okay.  So you're married to Dr.Li Zhang, right?

A    Yeah.

Q    Okay.  And I might refer to him throughout the deposition as Dr. Zhang, or I might refer to him as your husband.  We're used to saying Dr. Zhang.  If I say that, we're on the same page that that's who I'm talking about.

A    Okay.

Q    Okay.  Have you ever been married to anyone else?

A    Yes, I have one marriage before.

Q    Okay.  When was that?

A    It was -- it's a long time ago.  Yeah. It's -- I think it's 2000 to '12.

Q    2000 to 2012?

9

A   2012, yes.

Q   Okay.  When did you and Dr. Zhang get married?

A   2015.

Q   Okay.  When you were married before, did that end in divorce, or did he pass away?

A   Divorce.

Q   Okay.  Where did y'all live when you were married?

A   You mean --

MR. BRAGG:  Objection.  You're talking about the first marriage, Ashlyn?

MS. MATTHEWS:  Yes.

A   In Starkville.

MS. MATTHEWS: (Continuing.)

Q   In Starkville.  Okay.

Does he still live in Starkville; do you know?

A   No.

Q   You don't know?

A   I know that he's not in Starkville.  No.

Q   Do you know where he lives now?

A   I know he have business.  It's some other location, but I'm not sure exactly which location he lives now.

10

Q   Is there any chance he lives in the Jackson area?

A   I'm not sure.

Q   Okay.  What's his name?

A   Yong Ghang.

Q   Can you spell that for me?

A   Y-O-N-G G-H-A-N-G.

Q   Okay.  Got it.

So right now, though, you live with Dr. Zhang in Brandon, correct?

A   (Witness nods head affirmatively.)

Q   Okay.  And you lived with him in Starkville before y'all moved to Brandon; is that right?

A   Yeah.

Q   Okay.  And you have two children with your husband, right?

A   (Witness nods head affirmatively.)

Q   C█████ and Be███ is that right?

A   Yeah, uh-huh. (Affirmative response.)

Q   Do you have any other children from your first marriage?

A   No.

Q   Okay.  Do you have any other children from any other relationship, or is it just these two?

A   No.  It's just two.

11

Q   Okay.  And where are you from originally?

A   In China, north part of China.

Q   I am, sadly, really unfamiliar with the geography of China.

Are you and your husband -- are y'all from the same area of China?

A   No.  Totally different.  I'm from the northeast part of China.  He's from the southwest part of China.

Q   Okay.  I was going to say if you were from the same area and then you had to meet in Starkville, you had to come all the way to Starkville to meet.  That would have been pretty crazy, right?

All right.  But y'all met in Starkville, right?  I think that was my understanding.

A   Yeah.

Q   So what were you doing -- were you working in Starkville when the two of you met?

A   I think I know -- you ask about how we know each other in the beginning?

Q   Well, I guess I was asking more if you were working at that time outside of the house, or were you a student?

A   No.  I was in the restaurant at that time.

Q   Okay.  All right.  So in Brandon -- and I

12

asked -- I asked your husband these same questions, but I'm going to ask you.

Are you involved in any sort of clubs or -- I understand y'all go to church at Pine Lake, right?

A   Yeah.  Pine Lake.

Q   Are you involved with the PTA?

A   My kids' PTA?

Q   Like the parent organization for the kids' school?

A   No.

Q   Okay.  Do you do any social clubs?

A   Not really.  You know, with the kids, our church, they do have like small group, things like that.  But during the small group they don't have like a -- someone to take care of the kids.

So with C█████ at home, another young kid, we can't like, you know, go to the -- that group, the small group.

Q   Yeah.

A   In the evening we need to take care of two kids, you know, feed them, bath them, you know, and do everything.  It's kind of busy.

Q   Yeah.  I understand.

Okay.  So let's -- I want to talk to you a little bit about what your educational background is.

13

A   Okay.

Q   So where did you go to college?

A   In China.

Q   And was that for your Bachelor's degree?

A   Yes.

Q   Okay.  Do you have any degrees beyond a Bachelor's degree?

A   Yes.  I just finished my Master.

Q   And where did you get that from?

A   University of --

Q   Say that again.

A   University of Illinois Urbana-Champaign.

Q   Did you do that remotely?

A   Yes.  Online accounting.

Q   Accounting.  Okay.  That was my next question.

And when did -- you said you just got the Master's degree.  When did you graduate?

A   Last year.  Last December.

Q   Okay.  I imagine that was pretty challenging with two young children at home too.

A   Yes.  Because my first Bachelor degree is not about accounting.  It is nothing about accounting.  So I took some under -- you know, undergraduate accounting class in Jackson State University and then

14

applied for the Master in UIUC.

Q   Okay.  What was your Bachelor's degree from the university in China in?

A   It's journalism.

Q   Okay.  And you said you took some classes at Jackson State to prepare for the accounting Master's?

A   Yes.  You needed some, you know --

Q   Okay.

A   -- undergraduate to -- you know, class to do that.

Q   So did you end up with a degree from Jackson State, or was it more so just getting --

A   No.  I just get, you know, the course and get the score I need, and then I go to the UIUC and get the degree there.

Q   Okay.  So do you work outside of the home now?

A   I work for the company we have now and nothing else.

Q   Okay.  And that company, let's see if I can get the name right.  Is it --

A   It's New Global.

Q   Say it again.

A   New Global Systems.

Q   New Global Systems.  Okay.  I think the full

15

name that I have, New Global Systems for Intelligent Transportation Management.

A   Transportation management, yeah.  It is a long name.

Q   It is.

So when you have to shorten it -- I've been calling it NGSIM.  Is that how you shorten it, or how do you say it when you want to just say it quickly?

A   We just say it's New Global Systems.

Q   New Global Systems.  Okay.  I'll try to remember that.

Okay.  So what kind of -- what's your role in that business?

A   I'm the president and -- of this company.  I most in charge of the accounting management and the office daily management.

Q   Okay.  Are you the sole owner?

A   Yeah.  I'm the sole owner.

Q   Okay.  What kind of -- I got a little bit of an understanding from talking to your husband about this, but I'm -- I don't know that I'm fully clear, so I'm going to ask you.

What -- what kind of service does New Global Systems provide?

A   Transportation consulting.

16

Q   Okay.  So does it contract with businesses or like with government agencies to give consulting on their transportation issues, or is it more of working on research projects?

A   Most of the research, yeah.

Q   So people working for New Global Systems will submit proposals for research projects for a grant.  And it might get funded, and then that would give them work through the company?  Is that how it works?

A   Yeah.

Q   Okay.  So if someone doesn't have a research project going on --

A   No.  Then we don't have any income.

Q   Right.  Okay.  So how many W2 employees does the company have?

A   Now we have three.

Q   Three?

A   Uh-huh.  (Affirmative response.)

Q   Okay.  And who -- who are those?  I think -- so we have Dr. Zhang, right, as one of your W2 employees?

A   Yeah.  Li and me and another girl.

Q   And I think he told me that that person lives in Kentucky?

17

A    Yeah.

Q    Okay.  How many research projects does the company have going on right now?

A    It's only one.

Q    Only one.  And who all is performing work on that?

A    I think maybe one -- another one -- I think -- like the closing -- the closing period, so I think that this is two.  So it's in the closing period.  It's almost closing.

Q    Okay.  So there's one that's ongoing and then another one that is kind of in its closing period?

A    Yes.

Q    Okay.  So how many people are working on both of those?

A    Two or three.  Two or three working in this area.

Q    So it would be Dr. Zhang and then the employee in Kentucky?

A    Uh-huh.  (Affirmative response.)

Q    Do you perform research work?

A    No, I do not do the research.  I do the accounting and the managing, you know.  I do my background.  I'm an accountant.  I don't do the

18

research.

Q    I understand.

A    Yeah.  I don't do the research.

Q    Okay.  So who is the third person working on that?

A    He doing -- he's program -- she is.

Q    Programmer.  And is she a 1099 worker?

A    She's W2 worker.

Q    W2?  Okay.  So we are still talking about the girl in Kentucky?

A    Oh, yeah.  Yeah, the girl in Kentucky.

Q    Okay.  I understood you to say that there were three people working on it, Dr. Zhang, the girl in Kentucky --

A    I mean, it is three people working in the company.

Q    Right.

A    You know, if you use -- said who doing the research, I mean, Li and the girl, they do the research part.  I'm doing the -- you know, all of the financial reports, all of the other parts.  Yeah.

Q    Okay.  Got you.  That answers my question.  I've got you.

Okay.  Have you ever worked for a University?

19

A    No.

Q    Any other kind of research institution that you've worked for?

A    No.

Q    Okay.  Does New Global Systems have any 1099 workers or just the W2 employees?

A    1099, we have some.

Q    You do?

A    Yeah.  You know, we have some intern help.

Q    Okay.  Do they work pretty regularly for you guys?

A    I don't think so.

Q    Okay.  Is there anybody who has --

A    If we need help, I think.

Q    Okay.  Do you have like a set number of people or a set group of people or set person that you reach out to when you need help?

A    They -- most of they are doing the -- you know, we need them do the research part.  So I don't know the name or exactly if -- I don't know who it is.  So you might ask Li about those questions, you know.  I just gather the number they work under and pay them.

Q    Okay.  So who handles finding the helpers?

A    Li handle this -- this part of it, yeah.  We need those people to do their research, to help do the

20

research part.

Q    Do you happen to know how he finds these people to help?

A    I don't know.  For his research -- you know, for the research I didn't ask any questions.

MR. BRAGG:  Object to the question to the extent that she would be relying on communication between her and Li to get that information.

But if you know independently, you can answer.

A    Yeah, I don't -- I don't -- I don't know.

MS. MATTHEWS:  (Continuing.)

Q    Okay.  Have you ever gotten any indication that the helpers were students or past students that have worked with your husband?

A    I don't think it's students for my husband.

Q    Okay.  Are the -- are the helpers located in Mississippi?

A    No.

Q    Do you know what states they're in or that they have been in?

A    Let me think when I go there.  When I -- I think one is in Virginia and other -- Texas, yeah.  Out of state.  That's why I definitely got it out of state, but I don't know exactly where.

21

Q   Okay.  So as far as the Jackson area -- or, really, I guess we can broaden it, it sounds like, to anyone in Mississippi.

The only people working -- or doing work for New Global Systems would be you and your husband?

A   Uh-huh.  (Affirmative response.)

Q   Okay.  And that was a yes, right?

A   Yeah.  Yeah.  Yeah.  I'm sorry.

Q   That's okay.

A   I forgot.  I'm sorry.

Q   So who -- who signs contracts on behalf of the company?

A   I am the president, and Lie as the PI.

Q   Okay.  So Dr. Zhang would sign contracts as a PI, and you would sign other contracts, maybe, for the company?

Did I understand that right?

A   Yeah.

Q   Okay.  Okay.  So is the research -- it sounds like the answer would be yes to this, but I just want to confirm.

Is the research always transportation related that this company does?

A   Yes.

Q   Yes?

22

A   Yeah.

Q   It's in the name, right?

A   We don't have other background to do that.

Q   Okay.  So the companies -- the companies or the institutions that you do research for, are they all located in Mississippi?

A   No.

Q   Okay.  Are any located in Mississippi?

A   No.

Q   Okay.  Do you know what states those are in or that they're based out of?

A   One is federal, and one is in Kentucky.  One is a federal, is a federal.  And the other is Kentucky.

Q   What -- where are the people located that you communicate with the federal one about?

A   I don't know their location.  We just e-mail, you know, to get in touch.  I don't ask those personal questions like where are they.  I don't know.

Q   Okay.

A   We all communicate by e-mail.

Q   Okay.  I guess I was more wondering if the federal entity has a home office that you know about.

A   I don't know.

Q   Okay.

23

A   Yeah.

Q   Does the company ever collaborate with universities?

A   Not now.  I mean, not now.

Q   Has it in the past?

A   Actually, I'm -- last program we finished is years ago.  I'm -- I don't remember now.

Q   The last program you finished?  What does that mean?

A   Yeah.  Like a -- it's two or three years ago, so I don't remember exactly the information.

Q   Okay.  Are you saying that you may have collaborated with a University two or three years ago, or what kind of program are you referring to?

A   I think most -- we might work with University, but it's not for some other University.  I mean, I'm not sure if you understand me.

It is like we -- for one program, like the federal one, we might work with other University to finish this program together.  But we don't like to say that we work for another University, is what I mean.  We don't work for universities.  We might work with other universities.

Q   Okay.  I understand.

So you might bring on professors at other

24

universities to help on projects?  Is that what --

A   Yes.  Yes.

Q   Do you know what other universities they may have been associated with?

A   University -- what -- Louisville.  University of Louisville.  I don't know exactly the name.

Q   In Kentucky?

A   In Kentucky, yeah.  Yeah.  Yeah.

Q   Okay.  And how does it work -- how does it work for them to get paid on these projects?

A   This project pay -- he's an external service.  External, like we get paid by the government.  And we -- we give the money -- we give the money to them, the external part.  We do.  We give the pay.

Q   And you handle all of the accounting part of that, right?

A   Yeah.  We have the form like from the government like we fill out, what is the cost we use, what is the cost the external service use.

Q   Okay.  Do you have any involvement in deciding what projects to submit proposals for?

A   I don't do that.  I'm not the PI.  Li doing the technical -- all of the, you know, research part.

25

I don't handle those.

Q  Okay.  So I guess technically -- and this is something I would like to say in my marriage every once in awhile.

Are you considered your husband's boss in the company?

A  No.  I am in charge of the money.

Q  There's also a benefit to that, I would say.

A  It's a team.

MR. BRAGG:  It's a question of semantics.  If you're in charge of the money --

A  For me it's most like -- it's a team.  We work as a team.  We, you know -- it's a team.  It's not like who's in charge of -- like I don't handle the technical part, and he doesn't handle the accounting part.  For the accounting part, I'm the boss, you know.

MS. MATTHEWS: (Continuing.)

Q  Okay.  That makes sense.  Okay.

So fair to say you don't have any involvement in overseeing his research work, correct?

A  Yes.  I don't have any, you know, the background of the transportation, and so I don't understand it.  I don't know how it works.  I don't ask.

26

Q  Do you ever have any involvement when it comes to the deadlines associated with projects; for instance, looking for an extension, or anything like that?  Do you communicate with any of the entities about that?

A  Only the financial part.

Q  Only the financial part?

A  Yes.  Only the financial part.

Q  So would you have any input on whether an extension should be requested?

A  Excuse me?

Q  Would you have -- I'll ask it again.  I'm not sure -- would you have any input on whether somebody in your company should ask for an extension on a project that they're doing?

A  If they didn't finish the project in the technical part, I think they will file the extension.

Q  Can you say that last part again?  I'm sorry.

A  Like if they too, she and --Li and the girl haven't finished, you know, the researching part, they will ask for extension, yeah.  If they ask for an extension, the financial part is -- of course, you know, have extension, yeah.

Q  Do they ever run it past you before they ask

27

for an extension?

A  No.

Q  No?

A  No.

Q  Okay.  How often -- if you have, you know -- we can talk about maybe the two projects you have going on right now.

Have there been extensions requested in either of those projects?

A  Ask for extension.  Yeah.

Q  In both of them?

A  Yes.

Q  Do you know how many?

A  What do you mean how many?

Q  How many extensions have been requested in the one that is about to close, for example.

A  I don't remember exactly how long it should be.  Yeah.  I don't remember.  I don't.

Q  You don't remember?

A  Yeah.

Q  Okay.  Is it pretty common in each of the New Global Systems projects to ask for an extension?

A  Not really.  I don't remember in the past.

Q  Okay.

A  No.

28

Q  Has it ever been an issue for any of the companies that y'all are doing work for or the entities you're doing work for?

A  I don't think so.

Q  Okay.  If you had to estimate -- and I'm not going to hold you to a specific number here -- but how much revenue would you say New Global Systems generates annually?  For this past year.  Let's say for this past year.

A  Okay.  As I say, if we have a program, then we have income.  If we don't have program, then we don't have any income.

So I think past year it's been like 10,000.

Q  10,000?

A  No.  This is only the income part.  It's only the consulting income, but, you know, not the -- the company, the net profit.  I'm not sure if you're asking the consulting income or asking the total how much the net income of the company.

Q  I'm asking what -- how much comes in before any expenses are deducted.

A  Okay.  It is like 10,000.

Q  Okay.  This past year that's what it was?

A  Uh-huh.  (Affirmative response.)

Q  Is that consistent with the year before?

29

A   It's like -- it's for 2024, 2025.

Q   Okay.  I think I had understood -- I think --

MS. MATTHEWS:  And I could be corrected on this, Grafton, but I believe Dr. Zhang testified that he makes about $40,000 through this company.

MR. BRAGG:  Yeah.  I think that -- I'm looking at the W2 that we will be producing, finalizing our --

THE WITNESS:  I made -- oh.  Oh, yeah.  It's 100,000, not 10,000.  It is 100,000 income.

MS. MATTHEWS:  Okay.

THE WITNESS:  Yeah.  Sorry.  I got the wrong -- sorry.

MR. BRAGG:  Just a zero.

MS. MATTHEWS: (Continuing.)

Q   So that would have been for this past year?

A   Yeah.

Q   Okay.  And is that pretty consistent with how it's been in the, let's say, two or three years before that, or is it higher or lower?

A   We only have like 2024 and 2025.  Before 2024 we don't have any income.  Yeah.  So 2023, yeah, we don't have -- you know, we don't have programs.

Q   Okay.  So did you have W2 employees in 2023?

30

A   2023.  It's only Li and me.

Q   Okay.  So are you guys being paid salary in 2023?

A   Yeah.  Was doing -- I still need to do -- even though there is no program, but I still do the financial reports.

Q   Okay.

A   The tax.  So I still got paid.

Q   Okay.  Do you have any employees that submit time cards for their work?

A   I say all of the workers need to submit the time work -- the time card.

Q   Does Dr. Zhang submit time cards for his work?

A   Yes.

Q   Okay.  Does he receive a salary for his work?

A   He's hourly.

Q   He's an hourly worker?

A   Yeah, hour rate.  I don't have like a fixed salary every month.  We don't have that.  We pay our employee, Li and the girl; it's basically how many hours they work.

Q   Okay.  So what is Dr. Zhang's hourly rate?

A   It is 150.

31

Q   150 an hour?

A   Uh-huh.  (Affirmative response.)

Q   Okay.  Has that been his rate throughout the whole time of this company, or has it changed?

A   Yes.  As I remember, I think in the past at least six or seven years it's all the same rate.

Q   Does he get paid overtime?

A   No.  We don't have that, overtime pay.

Q   Okay.  Have you ever owned any other companies besides New Global Systems?

A   No.

Q   Was it your idea to start this company?

A   No.

Q   Okay.  Can you tell me how it came about?

A   I'm not the one who started this company.  Yeah.  But --

Q   Okay.  Who would you say started the company?

A   Before, I think it is Li.

Q   It's Li?  Is that what you said?

A   Yes.

Q   Okay.  So as the owner and it sounds like the general manager of the accounting side --

A   Yes.

Q   -- maybe the employment side -- but I could

32

also be off on that -- but are you responsible for handling any employee issues that you might have?

A   What do you mean employee issue?

Q   Well, like -- and this may not have ever come up.  But if you had an employee who was caught doing something they shouldn't do, would that be something that would fall to you to handle discipline or, you know, taking action based on that?  Would that be something you would be responsible for?

A   I think just depends on what the employee do.  Like sometimes, I mean, someone have for the office or management or -- most of the time manage -- I'm in charge of.  But like if there is someone who help do the research part, Li and that girl may handle it.

Q   Okay.  Have you ever had to correct an employee on something that they did?

A   No.  I think most of our employee is good.

Q   Okay.  So I'm guessing you've never had to fire anybody?

The video cut out.  But I think you said no; is that right?

A   Yeah.  Yeah.

Q   Okay.  Do you do performance evaluations?

A   Performance evaluations.  Only the time

33

cards. Yeah, we're a small company, so it's not that much work.

Q  I understand.

A  Yeah.  We don't -- we're not a big corporation, you know.  Our pay is like all basic hourly rate.

Q  Okay.  Thank you for answering all of my questions about that.  That was helpful.

I'm going to ask you questions now about the lawsuit, which is probably what you more so expected to talk about today.

What -- what is -- what is your understanding of what the lawsuit is about?

A  Honestly, I don't really know about it.

MR. BRAGG:  I'm going to -- okay.  If you want to ask her if she knows what the lawsuit is about apart from conversations with Dr. Zhang, that might be helpful.

MS. MATTHEWS: (Continuing.)

Q  Do you have knowledge of the lawsuit other than what your husband has told you?

A  Not really.

Q  Okay.  Are you aware that he's asserting claims that he was discriminated against at work?

A  I don't know.

34

Q  Do you understand him to be experiencing any problems with work at MSU?

MR. BRAGG:  Objection.  I don't know that there is really a way -- I mean, all of this stuff is just going to come from things that they talked about.  So I think it is invading the spousal privilege, you know, her understanding of what's going on at Mississippi State.  And I don't think she would be offering testimony about that at trial either.

MS. MATTHEWS:  I think I can do this a different way.

MS. MATTHEWS: (Continuing.)

Q  Have you ever accompanied your husband to work at MSU?

A  No.  What do you mean?  Work with my husband for the MSU?

Q  No.  I guess I'm asking have you ever gone with him to work when he goes to work at MSU.

A  I went to his office sometimes.  Yeah, like, you know, before I have kids.  I sometimes, you know, send him the lunch.  So I think that's all.

Q  Okay.  More of just like a friendly visit sort of thing?

A  Yes.

Q  I'm not trying to trick you, I promise.

35

A  I'm confused.  Like what are you trying to ask?  Like I do -- I don't know -- like when my husband work at MSU, I do go to his office for visits sometimes, you know, to send him some lunch, sometimes, you know, to have lunch with him in, you know, just some restaurant in the campus.

You know, honestly, I don't know nothing about what he's -- you know, his job or his -- what happened at Mississippi State because I don't know.  I don't know his college.  I don't know -- you know, I don't know.

Q  Okay.  So you've never sat in on any of his meetings related to work, have you?

A  (Witness nods head negatively.)

Q  No?

A  No.

Q  Sorry.  The audio is cutting out, so I just want to make sure it catches it.

Have you ever sat in on any of his classes when he's teaching?

A  No.

Q  Okay.  And it sounds like you wouldn't have ever been involved with his research through MSU; is that right?

A  Yes.  Because, honestly, I'm not sure --

36

research, so it's his job.  I don't think -- should I care about this?  I just take care of my husband, but I don't care about what he is doing, his work.  But I think he -- he's been there a long time in the office.

Q  Okay.  I understand.

Have you ever met David Shaw?

A  Who's -- I don't know.

Q  Okay.  Have you ever met anyone named Jason Keith?

A  I don't know.  I think I went to -- it's more like an annual party, or something, for the department.

I think it is for the department head when that guy retired.  So I think I go to party with him once at that time.  I might have met someone there, but I don't remember the name.  You know, just say, "Hi."  So I don't know --

Q  Okay.

A  -- what you are talking about.

Q  So just in a party context maybe you met --

A  Yeah.

Q  -- maybe Jason Keith.

A  Yeah, I don't know who you are talking about.

Q  Coworkers you probably met in that sort of

**37**

situation maybe?

A   Of course I met some people there. It is their department party. Like what I say, just say, "Hi."

Q   Okay. Were the interactions generally friendly?

A   At the party? Yeah, of course.

Q   Have you ever heard anybody at MSU use a racial slur against your husband?

A   What is that?

Q   Like speak poorly about his race or use an offensive term.

A   My husband doesn't talk about all work to me.

Q   Okay.

A   Because, you know, we have two young kids. I'm really tired with the kids every day. So my husband trying to protect me. So what happened -- what happened at his work, he didn't tell me.

Q   Okay. I guess I was more so wondering if you had ever heard anything personally.

A   Not really.

Q   Okay. And the same question goes for any remarks about his age or his health issues or your son's health issues, have you ever heard anyone at MSU

**38**

say something offensive about that or anything unkind about that or about those things?

A   No.

Q   Okay. Is your -- is it fair to say that your knowledge of what has gone on at MSU with your husband is based only on what your husband has told you?

A   Yes. And my husband almost didn't tell me anything about this. So I mostly don't know, you know, what happened on his work, or something like this.

Q   Okay. All right. So I'm going to ask you just a few questions about your son. And I told your husband this in his deposition. I don't want to pry more than I have to. I know y'all do a lot for him, and I just have to ask a few questions because it is an issue that has come up in the lawsuit.

So I understand _____ is -- he's about to turn ten, right?

A   Yes. Almost ten.

Q   Okay. And he has an autism diagnosis, but it's a pretty rare genetic form; is that right?

A   Yeah. I think my husband told you something like very professional term. Even I couldn't remember all of the diagnose. But I can tell you some, you

**39**

know, how he act in detail to help you understand, you know, what he looks like --

Q   Sure.

A   -- or what we need to take care of him.

So, basically, like he has a behavior problem. It's like he bites things, whatever he can grab. Whatever he can grab. Now, it is not -- it's not food stuff. It's not food, you know. It is like bite his hands. So his -- I think two or three of his finger already have...

And he -- like he grabs things from the floor, all of the dirt, stuff, put in his mouth. So he is very like -- he's very easy to have diarrhea. If he has diarrhea, he wear a diaper. If he has diarrhea -- we didn't find out; we didn't change his diaper in time. He got -- smear it everywhere, everywhere, even eat it.

So it's like a bad circle. He has diarrhea, and he makes more big mess. So like the time we need to wash clothes, give him shower and, you know, wash the clothes.

We cannot just throw out the clothes because most of his clothes are specially made or specially ordered. It is very expensive. It is like -- for his outfit it is like almost $80 for one, one piece.

**40**

So like I remember sometimes we need to change him three times at night, change all the sheets on the bed, change his clothes, take him to shower three times in one night, something like this.

So another thing, like he moves very fast. But he don't know what is dangerous, what is safe. Like we walk down the street, he might just suddenly walk down -- run down the street, just ignore that there is a car, there is traffic on the street. So it is very dangerous.

Or sometimes in the public area, like we do the grocery, he might -- he love people, so he might just run into some strangers, hug her, touch her, even lick her. And person are very nice. Most people say it is okay.

But, you know, sometimes in some big city people are not that nice. I remember once -- I don't want to say which state. But I remember once, you know, airport there was -- he touched one lady, and the lady almost sent me to the police office.

So, you know, like we -- another behavior he has, like he hurt himself very badly because he's not sensitive. So he's like pinch his hair, pinch his leg, punch himself. So if we don't stop him, there are -- you know, he will hurt. He will get hurt.

41

So like if he is at home or at school -- or at school or at the therapy clinic, it need like just one person keep eyes on him, always keep eyes on him. Focus. You have to focus because he's -- like what I say, he moves very fast. So you have to focus on it and always focus on it.

Another thing is like all of his food, his toy, and his clothes is -- cost a lot. Like his clothes is specially made. You know, he has other special needs, special needs clothes, pajama. His pajamas almost over 100 for just the one. And the clothes is like 70 or $80, one. And, you know, it cost.

And for the toy, he like the music toy, but he don't know how... He -- he plays -- you know, he couldn't play generally. He just like use it to hit the floor. So it's very easy to get bad, no, no, no toy for him.

And, you know, for his food, he only eat like yogurt and pureed veggie. So it take our -- you know, a lot of time to make the puree veggie because he do eat a lot. He do eat a lot. So it's very, you know, cost. I think is much more than other kids.

And then the thing is like as parents, you know, most of the time it is about mental; it's our

42

mental side because, like, he's our kid. Of course we hope he's happy, right, he's fine.

But if we saw he suffer -- like he hit hurt himself. And he's nonverbal. He can't tell me why. In the beginning I thought it was because he was unhappy, because he's upset, so he hits himself. So I'm trying to make him happy.

But finally we found out even he's happy, even like a toy he wants or even the food he likes, he still like hit himself. We don't know why. Or sometimes he -- he's crying, and all of a sudden he's laughing for a second and then crying again. Like we don't know why. We don't know why.

We don't know how to help him. You know, that's, you know -- we just feel that we are helpless. That's something that we really feel bad.

And, like, he didn't sleep well, like last night. I go to bed at around eleven, and he wake up at two and fall asleep again at four o'clock and wake up again at five. So I sleep only like three hours last night.

So, you know, it's very hard. Because he -- it's -- he -- it's not like always. It's like two or three days a week he couldn't sleep well. Wake up in the middle of the night. And sometimes he --

43

sometimes he will fall asleep like he did last night, or sometimes he might just wake up at two until the daytime.

So, yeah, it's -- honestly, sometimes I am very tired. Because we still have another kids. We still have another kid. We have a young sister. Like taking care of ████ is like taking care of baby. He is a baby.

But for normal kids you only take your baby for like one or two years, then he grow up. But for him like we take care of baby day to day and almost ten years. He's still baby.

And he's much more stronger than baby now. The baby will not -- the baby will not like open the door. And the baby sometimes -- will not hurt you. I mean, like sometimes sit down on the couch, he will just jump on me. And I feel -- honestly, he already broke my nail off my finger twice. It's sometimes very hard because he's like 80 pounds now. Just imagine taking care of big baby.

Q Right. Well, thank you. Thank you for sharing all of that.

It sounds like y'all -- you know, you do a lot to take care of him. And I understand from Dr. Zhang's deposition testimony that, you know, he

44

goes to school, and then you-all take him to --

A Yes.

Q -- appointments during the day, right?

A Yes. It is like all -- he goes to school in the morning, and then we pick up from school at 12:30, transfer him to the therapy clinic, drop off him at one. And we pick up him at five in the afternoon.

So like now we spend like two hours -- at least two hours a day to, you know, transfer him. But I think back two or three years when my little girl was not in the same school as he is. Now they are both in the elementary, so they're in the same school. It save us some time.

But back to three years ago when my baby girl is in the daycare, so I spend like four hours a day just driving to drop off my son and drop off my girl.

Q How long have y'all been doing this schedule where he goes to school and then you do the appointments? How many years would you say y'all have been doing that?

A After COVID, I think.

Q Pretty soon right after COVID, that would be the start of --

A After COVID. I think during the COVID --

45

after the COVID it shut down. You know, the COVID, there was a short time shut down. So after that, we started doing that.

Q Okay. Okay. Because during COVID he may have been around five or so?

A Yeah. During the COVID I think he's in kindergarten at that time, in the K5. Yeah.

Q Okay. So on a typical day, how do you and your husband sort of split the responsibilities of taking ▉ to his appointments and things like that?

A It is interesting. Before my husband -- I think before 2022, it's only I stayed in Brandon with my kids during the weekday. My husband will stay in Starkville at that time, before 2022, I think.

Q Okay. That was after you guys -- well, obviously, I guess if you were in Brandon, that was after you moved.

A Yeah.

Q He was staying in Starkville through the week?

A Yeah, during the weekday from -- I think from Monday to Friday night, yeah.

Q Okay. Did he have an apartment there or something?

46

A I think he rent -- we rent apartment in Starkville in the first year. And after that, honestly, so busy since then. Just to -- you know, he -- former neighbor's house. There for like two years, uh-huh.

Q So before 2022, he would be in Starkville throughout the week and then just come home on the weekends?

A Yes.

Q Okay. So what changed in 2022?

A I say a sabbatical leave.

Q Okay. So he had sabbatical leave, and so then he was home to help with the appointments, and things like that, during the week?

A Uh-huh. (Affirmative response.)

Q Okay. So at that point how did y'all split up the responsibilities with that?

A You mean after 2022?

Q Yes.

A Like in most of the time we will -- we will handle the morning part together. Yeah. Because we have two kids, and then so we split the mornings part. If I feed him breakfast, then my husband will take care of the -- my girl. If I take care of my son, my husband will take care, you know -- we just -- you

47

know, sometimes.

You know, if my kids need to go to -- especially my son, if he wants to, you know, have some appointment, doctor appointment with specialist, my husband took him too.

Q Okay. So before 2022, did he -- would he come home during the week to help with appointments at all? Like do you remember anything --

A It depends on -- like what I said, for the important appointment with specialist because my English is not that good. I can't understand all of the, you know, professional terms.

So if like my son need to see the GI doctor or just -- it is all my husband took him to the doctor appointment.

Q Okay. Did -- has Dr. Zhang's work schedule ever affected Cha▉ appointment scheduling?

A Yes.

Q Can you tell me about that?

A Excuse me? What?

Q How your husband's work schedule has affected Cha▉ appointments scheduling.

A My husband? You mean if my husband work and Cha▉ schedule if --

Q Well, have you ever had to cancel

48

appointments because of your husband's work schedule?

A Yes, of course.

Q Tell me about when that happened.

A It is something -- I don't remember exactly. But it's -- you know, it happens not all of the time, but it all happens some times a year. Some times a year, you know, just because he couldn't come back, so we have to reschedule and -- yeah. It could happen.

Q Because he -- this was back when he was living in Starkville while you were --

A Yeah. Yes. Because sometimes I think he might have class, or he might have office hours.

Q Okay. How is it now that he's working, I guess, exclusively for New Global Systems? Does his work schedule there ever impact Cha▉ scheduling?

A No. Now the work is flexible.

Q Do you ever assist your husband with his own medical needs?

A You mean my husband's medical needs?

Q Yes. Your husband's, yeah. Like do you make appointments for him?

A Excuse me? Like if I -- my husband has a doctor appointment, did I go with him?

Q Well, do you do scheduling for him?

A No. Most of the time he schedule his own

49

appointment. I don't have his work schedule access, so I don't do that.

Q I understand. These questions might seem silly. I would not schedule my husband's appointments either.

A I don't know his work plan, or something, so I don't do that.

Q Okay. Do you ever help him with his medication?

A I don't. Does that make -- I'm a horrible bad wife?

MR. BRAGG: I've asked my wife to help schedule my appointments, and she offered to help me remember to schedule my appointments. So that's as far as I could get. So, no, I don't think so.

A Sometimes, you know, if my husband's schedule -- the reminder is sent to my phone. So I will tell him, let him know. But I do not schedule it for him.

And I don't handle the medication he took because I really don't know. I do know that he took a lot of medicine during the day. But I don't know, like, exactly what medicine or what it's for.

MS. MATTHEWS: (Continuing.)

Q Okay. Do you ever go with him to his

50

medical appointments?

A Once.

Q Once? What kind of appointment --

A Recent ones. But in the past if he got surgery, I would go with him, definitely go with him.

Q Okay. So are you talking about maybe the back surgery appointment?

A The back surgery, eye surgery, the knee surgery.

Q Okay. So would you -- would you have gone to the surgery appointment, or would you have gone also to the lead-up appointments for those?

A Just go to the surgery appointment.

Q Okay. I assume he probably needed somebody to drive him home afterwards?

A Yes, of course.

Q Right. Do you know generally about physical ailments that he experiences?

A What you mean physical?

Q Well, you mentioned back surgery, knee surgery, eye surgery. I assume that means you're aware of him having issues with eyes, knee, back.

Are you aware of any other medical, physical issues he has?

A Yes. I think he just, you know -- how to

51

say it. He just, you know -- I think I remember twice -- twice he just stay at home, and he didn't feel well about his heartbeat. And he -- it's not like temporary lose his mind, but he just, you know, lay down and couldn't work, couldn't sit up. So it's very bad situation.

Q Okay. When was that? Do you know ballpark, year, month, maybe?

A I don't know exactly what year. I think it is in the past two years it's happened. Yeah, in the past two or three years. Around two year. Yeah.

Q Okay. Do you remember it happening more than one time?

A Yes. It happened twice.

Q Okay.

A Yes. Very bad. It's very scary to me, you know.

Q So did -- do you know if he went to see a heart doctor after that?

A I think he did some check. He do some check after that. And also like I know that he didn't sleep well for the past two or three years. So he's sleeping -- most time he's sleeping in the guest room because he don't want to wake up me and the kids in the middle of the night. But I do know that he didn't

52

sleep well.

Q Okay. He mentioned in his deposition having some memory issues, maybe some cognitive issues.

Have you seen that?

A Yes.

Q Okay. When did you first notice it?

A I think it was two years ago, maybe two. One or -- yeah, two. Two, maybe. Two years ago. It started at that time. But it's get a little bit worse now.

Q Okay. Can you tell -- describe to me what kinds of things you see him forgetting now?

A Things just like sometimes if I told him like, "You go get my son's prescription today." When you go back at home, he forgot.

Sometimes like make, you know -- make some appointment for, you know, something for our house. Like just a few days ago we have a gas leak around the house, so we come smell the gas. I tell him to call the gas company and ask them to check. And he forgot it. And I tell him again. He said, you know -- you have to ask him to do it immediately; otherwise, he will, you know -- very easy to forgot what you said.

And also he -- like he can't -- like he can't focus on something. But it's not like -- I

53

mean, not as good as before.

Q    Okay.  And you think it's been going on for a couple of years?

A    It seems like -- feels just like he is thinking something else.  You know, I feel like that way.  Feel like that.  It's always there, something in his mind.  There is something in his mind, like most his -- his -- just think about that, so he's like he always forgot some other things.  I feel like that way.  But I'm not sure.  I'm not the person --

Q    Sure.  Yeah.

Do you ever find yourself having to correct his memory of things that happened?

A    Yes.  Yes.

Q    Okay.  What kinds of things, if you can remember?

A    You know, just something like he didn't remember correctly like people's name, what we got, what we bought or what we sold.

Q    Okay.  Any other -- anything else you want to tell me about, I guess, your husband's health?

A    I think mostly it is because he didn't have good rest.  He couldn't sleep well.  He like -- he always wake up in the middle of the night and have difficult to fall asleep, just like my son.

54

I think because of this.  Like if you didn't have good rest at night, you might have hard focus in the morning during the daytime.  I mean, it's always in the morning when I saw him he looks so tired.

Q    Okay.  Did he always used to get really good sleep?

A    Hum?

Q    Did he used to get like, let's say, a solid eight hours of sleep before two years ago?

A    Actually, he -- back to -- back to before, he like -- he only need to -- he didn't used to sleep eight hours a day.  He sleep only like six hours, and he got a full day in.  Full day is what I know.

When we just got married, he went to Mississippi State.  He went to office in the -- before eight -- before six in the morning and go back to home around eight in the evening and then, you know, do some work at night.  So he sleep like six hours a day at that time.  But that's fine.  It's totally fine.

It's -- it's just -- if you sleep well and if you didn't sleep well.  It's not like how many hours.  It's mostly about the quality.

Q    I see.  I see.

Okay.  Do you know if he's been to a sleep -- done a sleep study, or anything like that?

55

A    Yes.  I think he did that.  But I don't think it help.

Q    Okay.

A    It doesn't help at all, I think.

Q    Like sleep medication, is that what you're referring to?

A    No.  I think the doctor referred him to some machine he used.

Q    Like a CPAP machine?

A    I don't know what it's called.  It's just like a mask to cover -- you know, have a pipe.

Q    Like a tube connected to a tank?

A    Uh-huh.  (Affirmative response.)  Yeah.

Q    I think that's -- I think what you're describing is like a CPAP machine, but --

A    I don't know the name.

Q    Okay.  That's fine.  That's fine.

MS. MATTHEWS:  If we could take just a couple minutes break, I might be done.  I'll just check my notes really quick.

(Off the record.)

MS. MATTHEWS: (Continuing.)

Q    I just have one quick question that I forgot to ask you about the New Global Systems company.

On the bank accounts for the company, are

56

they maintained separate from your personal finances?

A    Yeah, of course.

Q    Okay.  Who all has access to those bank accounts?

A    Me.

Q    Just you?

A    Yeah.

Q    Okay.  Does Dr. Zhang have any sort of signature authority on those?

A    He -- like for purchase the office supplies he could bought it.  But I'm the one who hold the card and, you know, if he want it, he'll ask me.

Q    Okay.

MS. MATTHEWS:  I don't have any other questions.

MR. BRAGG:  I have one follow-up question.

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MR. BRAGG:

Q    Ying, you testified that -- I think at one point you said before 2024, maybe before 2023, the company didn't have income.

Were you talking about like -- was there any income in any previous years, like earlier than 2020?

A    I think we have some couple thousand dollars

57

just because a previous project we done. And, you know, when we do like what we did and ask the reimbursement from the government, and, you know, sometimes it takes some time, you know.

We do get a couple thousand around 2023, I think. But it's not for the project we have at that year. It is for the project before 2022.

Q Okay. So I want to back up even further.

I think, in looking at Secretary of State records, it looks like you may have become president around 2019; is that right?

A Yeah. I think maybe it is earlier than 2019.

Q Maybe earlier than 2019?

A Yeah.

Q Okay. So before 2020 did the company have income?

A Before 2020? Yeah.

Q Okay.

A I think. I could check it, you know.

Q Okay.

A I could check it, the book.

Q Okay.

A I think before 20 -- I'm not sure because 2020 we have project. I'm not sure about that. If

58

you want to know, I can look.

Q Okay. I just want to -- let me ask this. Dr. Zhang created the company before you were married to Dr. Zhang; is that accurate?

A Yes.

Q Okay. So can you speak to all of the income that the company has had for the life of the company, or would that be something that's beyond sort of your knowledge?

A I think -- what do you --

Q Like if I were -- do you have information about all of the income that the company has made throughout the entire life of the company?

A Yes.

Q Do you have information?

A Yeah. We have book.

Q You have books. Okay.

But do you -- do you personally know about that?

A I haven't -- I didn't look at it.

MR. BRAGG: That's all I've got.

MS. MATTHEWS: Nothing else for me.

(DEPOSITION ENDED AT APPROXIMATELY 10:25 a.m.)

59

CERTIFICATE OF REPORTER

I, AMANDA WOOTTON, Court Reporter and Notary Public for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings had in the aforenamed case at the time and place indicated, which proceedings were recorded by me to the best of my skill and ability.

I also certify that I placed the witness under oath to tell the truth and that all answers were given under that oath.

I certify that I have no interest, monetary or otherwise, in the outcome of this case.

This the     day of     2026.

AMANDA M. WOOTTON

My Commission Expires:
December 15, 2026

60

CERTIFICATE OF DEPONENT

I,_____, do hereby certify that the foregoing testimony is true and accurate to the best of my knowledge and belief, as originally transcribed, or with the changes as noted on the attached Correction Sheet.

Subscribed and sworn to before me
this the _____ day of _____, 2026.

_____
Notary Public

My Commission Expires:

61

CORRECTION SHEET

I,_____, do hereby certify that the following corrections and additions are true and accurate to the best of my knowledge and belief.

CORRECTION          PAGE      LINE     REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____

Subscribed and sworn to before me this the _____ day of _____, 2026.

_____
Notary Public

My Commission Expires:

1

**$40000** 29:6

**$80** 39:25 41:12

**&** 21

**'12** 8:24

**25cii23cv441ahw** 25

**3a120** 2:1060

**ability** 59:10

**about** 4:4,7,12 5:20 6:14 7:15,19,20 8:17 9:12 11:19 12:25 13:23,23 15:20 18:9 19:21 22:16,23 26:5 27:6,16 29:6 31:14 33:8,9,11,13,14,17 34:6,9 35:8 36:2,3,19,24 37:11,13,24 38:1,2,2,9,13,18 41:25 47:19 48:3 50:6,17 51:3 53:8,21 54:22 55:24 56:23 57:25 58:12,18 (60)

**above** 59:6

**absolutely** 7:3

**access** 49:1 56:3

**accompanied** 34:13

**accountant** 17:25

**accounting** 13:14,15,23,23,25 14:6 15:15 17:24 24:17 25:15,16 31:23 (12)

**accounts** 55:25 56:4

**accurate** 58:4 60:6 61:5

**act** 39:1

**action** 32:8

**actual** 4:6

**actually** 23:6 54:10

**additions** 61:4

**advance** 7:20

**affected** 47:17,22

**affirmative** 10:19 16:19 17:21 21:6 28:24 31:2 46:15 55:13 (8)

**affirmatively** 10:11,17

**aforenamed** 59:8

**after** 4:17 8:3 44:22,23,25 45:1,2,16,18 46:2,18 51:19,21 (13)

**afternoon** 44:7

**afterwards** 50:15

**again** 5:11 13:11 14:23 26:12,18 42:12,19,20 52:21 (9)

**against** 33:24 37:9

**age** 37:24

**agencies** 16:2

**ago** 8:23 23:7,11,13 44:14 52:7,8,18 54:9 (9)

**ailments** 50:18

**airport** 40:19

**almost** 17:10 38:8,20 39:25 40:20 41:11 43:11 (7)

**already** 39:10 43:17

**also** 2:11 5:19,23 6:2 25:8 32:1 50:12 51:21 52:24 59:11 (10)

**always** 21:22 41:3,6 42:23 53:6,9,24 54:3,5 (9)

**am** 16 11:3 21:13 25:7 43:4 58:24 (6)

**amanda** 21,22 5:18 59:4,21 (5)

**amanda@awreportingnet** 22

**amatthews@windfieldlawfirmcom** 2:8

**annual** 36:11

**annually** 28:8

**another** 12:16 16:23 17:7,12 23:21 40:5,21 41:7 43:5,6 (10)

**answer** 4:8 5:16 6:6 20:10 21:20 (5)

**answering** 33:7

**answers** 7:6 18:22 59:12

**anticipate** 5:20

**anybody** 19:13 32:20 37:8

**anyone** 8:19 21:3 36:8 37:25 (4)

**anything** 4:4,5 6:11,15 26:3 37:21 38:1,9 47:8 53:20 54:25 (11)

**apart** 33:17

**apartment** 45:24 46:1

**appearances** 13 2:1 3:3

**applied** 14:1

**appointment** 47:4,4,10,15,17 48:23 49:1 50:3,7,11,13 52:17 (12)

**appointments** 44:3,20 45:10 46:13 47:7,22 48:1,21 49:4,13,14 50:1,12 (13)

**approximately** 16 58:23

**are** 4:2 11:1,5,5 12:3,6 15:17 16:20 17:15 18:9 19:18 20:17,17 22:5,8,10,15,19 23:12,14 25:5 28:2,21 30:2 32:1 33:23 35:1 36:19,23

39:23 40:14,17,25 42:15 44:11 50:6,23 55:25 61:5 (39)

**area** 10:2 11:6,11 17:18 21:1 40:11 (6)

**around** 42:18 45:5 51:11 52:18 54:17 57:5,11 (7)

**ashlyn** 2:6 4:12 5:3 9:12 (4)

**ask** 5:13,13,14 6:5,13,19 7:1,3,24 11:19 12:2 15:22 19:21 20:5 22:18 25:25 26:12,14,22,22,25 27:10,22 33:9,16 35:2 38:12,16 52:20,22 55:24 56:12 57:2 58:2 (34)

**asked** 5:12 6:5 12:1,1 49:12 (5)

**asking** 7:14 11:21 28:18,18,20 34:17 (6)

**asleep** 42:19 43:1 53:25

**asserting** 33:23

**assist** 48:17

**associated** 24:4 26:2

**assume** 50:14,21

**attached** 60:8

**attorneys** 5:4

**audio** 35:17

**authority** 56:9

**autism** 38:21

**aware** 33:23 50:22,23

**away** 9:6

**awhile** 25:4

**baby** 43:7,8,9,11,12,13,14,14,15,20

**44:14 (11)**

**bachelor** 13:22

**bachelor's** 13:4,7 14:2

**back** 44:10,14 48:7,9 50:7,8,20,22 52:15 54:10,10,16 57:8 (13)

**background** 12:25 17:25 22:3 25:23 (4)

**bad** 5:14,20 39:18 41:17 42:16 49:11 51:6,16 (8)

**badly** 40:22

**ballpark** 51:7

**bank** 55:25 56:3

**based** 7:7 22:11 32:8 38:6 (4)

**basic** 33:5

**basically** 30:22 39:5

**basis** 4:15

**bath** 12:21

**because** 4:12 5:17,20 7:25 13:22 35:9,25 37:16 38:16 39:22 40:22 41:4,21 42:1,5,6,22 43:5,19 45:4 46:21 47:10 48:1,7,9,11 49:21 51:24 53:22 54:1 57:1,24 (32)

**become** 57:10

**bed** 40:3 42:18

**before** 5:5 6:6 8:21 9:5 10:13 26:25 28:20,25 29:21,22 31:19 34:20 45:12,13,15 46:6 47:6 53:1 54:9,10,15,16 56:21,21 57:7,16,18,24 58:3 60:18 61:19 (31)

**beginning** 11:20 42:5

**behalf** 21:11

**behavior** 39:5 40:21

**being** 30:2

**belief** 60:6 61:6

**believe** 29:5

b████ 10:18

**benefit** 25:8

**besides** 31:10

**best** 59:9 60:6 61:5

**better** 5:14

**between** 20:8

**beyond** 13:6 58:8

**big** 5:24 33:4 39:19 40:16 43:20 (5)

**bit** 12:25 15:19 52:9

**bite** 39:9

**bites** 39:6

**board** 5

**book** 57:22 58:16

**books** 58:17

**boss** 25:5,16

**both** 17:16 27:11 44:12

**bought** 53:19 56:11

**bragg** 2:2 3:5 4:2,10 7:11 9:11 20:6 25:10 29:7,15 33:15 34:3 49:12 56:16,19 58:21 (16)

**bragglaw** 2:3

**brandon** 10:10,13 11:25 45:13,17 (5)

**break** 6:2,4,6 55:19 (4)

**breakfast** 46:23

**bring** 23:25

**broaden** 21:2

**broke** 43:18

**brown** 2:6

**business** 9:23 15:13

**businesses** 16:1

**busy** 12:22 46:3

**call** 4:25 52:19

**called** 55:10

**calling** 15:7

**came** 31:14

**campus** 35:6

**can** 4:7,8 5:5,7,8,16,20 10:6
14:20 20:9 21:2 26:18 27:6
31:14 34:10 38:25 39:6,7
47:19 52:11 53:15 58:1,6 (23)

**can't** 12:17 42:4 47:11
52:24,25 (5)

**cancel** 47:25

**cannot** 39:22

**car** 40:9

**card** 30:12 56:11

**cards** 30:10,13 33:1

**care** 12:15,20 36:2,2,3 39:4
43:7,7,11,20,24 46:24,24,25
(14)

**case** 59:8,15

**catches** 35:18

**caught** 32:5

**certificate** 3:7,8 59:2 60:1 (4)

**certify** 59:5,11,14 60:5 61:4
(5)

**challenging** 13:20

**chance** 10:1

**change** 39:15 40:2,2,3 (4)

**changed** 31:4 46:10

**changes** 60:7

**c⬛⬛⬛** 10:18 12:16 38:18
43:7 45:10 (5)

**cha⬛⬛⬛** 47:17,22,24 48:15
(4)

**charge** 15:15 25:7,11,14
32:13 (5)

**chat** 6:21

**check** 51:20,20 52:20 55:20
57:20,22 (6)

**children** 10:15,20,23 13:21
(4)

**china** 11:2,2,4,6,8,9 13:3 14:3
(8)

**church** 12:4,13

**circle** 23 39:18

**circuit** 1

**city** 40:16

**claims** 33:24

**clarify** 5:13

**class** 13:25 14:9 48:12

**classes** 14:5 35:19

**clear** 15:21

**clinic** 41:2 44:6

**close** 27:16

**closing** 17:8,8,9,10,12 (5)

**clothes** 39:20,21,22,23 40:3
41:8,9,10,12 (9)

**clubs** 12:3,11

**cognitive** 52:3

**collaborate** 23:2

**collaborated** 23:13

**college** 13:2 35:10

**come** 11:12 32:5 34:5 38:17
46:7 47:7 48:7 52:19 (8)

**comes** 26:2 28:20

**commission** 59:22 60:24
61:24

**common** 27:21

**communicate** 22:16,21 26:4

**communication** 20:7

**communications** 4:6

**companies** 22:4,4 28:2 31:10
(4)

**company** 14:18,20 15:14
16:9,16 17:3 18:16
21:12,16,23 23:2 25:6 26:14
28:17,19 29:6 31:4,12,15,18
33:1 52:20 55:24,25 56:22
57:16 58:3,7,7,12,13 (31)

**conclusion** 3:6

**confirm** 21:21

**confused** 35:1

**connected** 55:12

**considered** 25:5

**consistent** 28:25 29:19

**consulting** 15:25 16:2 28:16,18 (4)

**contain** 59:6

**content** 7:21

**contents** 3:2

**context** 36:20

**continuing** 7:17 9:15 20:12 25:18 29:16 33:19 34:12 49:24 55:22 (9)

**contract** 16:1

**contracts** 21:11,14,15

**conversations** 33:17

**corporation** 33:5

**correct** 10:10 25:21 32:16 53:12 59:7 (5)

**corrected** 29:4

**correction** 3:9 60:8 61:1,7 (4)

**corrections** 61:4

**correctly** 53:18

**cost** 24:20,21 41:8,13,23 (5)

**couch** 43:16

**could** 29:4 31:25 48:8 49:15 55:18 56:11 57:20,22 (8)

**couldn't** 38:24 41:16 42:24 48:7 51:5,5 53:23 (7)

**counsel** 7:9,10

**county** 1 2:1060

**couple** 53:3 55:19 56:25 57:5

(4)

**course** 5:1 7:23 14:13 26:23 37:2,7 42:1 48:2 50:16 56:2 (10)

**court** 1,21 59:4

**cover** 55:11

**covid** 44:22,23,25,25 45:1,1,4,6 (8)

**coworkers** 36:25

**cpap** 55:9,15

**crazy** 11:13

**created** 58:3

**crying** 42:11,12

**csr** 21

**curious** 6:17

**cut** 32:21

**cutting** 35:17

**daily** 6:15 15:16

**dangerous** 40:6,10

**david** 36:6

**day** 37:17 43:11,11 44:3,9,16 45:8 49:22 54:12,13,13,18 59:16 60:19 61:20 (15)

**daycare** 44:15

**days** 42:24 52:18

**daytime** 43:3 54:3

**deadlines** 26:2

**deal** 5:24

**december** 13:19

**deciding** 24:23

**deducted** 28:21

**defendants** 5

**definitely** 20:24 50:5

**degree** 13:4,7,18,22 14:2,11,15 (7)

**degrees** 13:6

**department** 36:12,13 37:3

**depends** 32:10 47:9

**deponent** 3:8 60:1

**deposition** 9 3:6 6:10 7:20 8:3,14 38:14 43:25 52:2 58:23 (10)

**describe** 52:11

**describing** 55:15

**detail** 39:1

**diagnose** 38:25

**diagnosis** 38:21

**diaper** 39:14,16

**diarrhea** 39:13,14,15,18 (4)

**didn't** 6:15,19 7:5 20:5 26:16 37:19 38:8 39:15,15 42:17 51:2,21,25 53:17,22 54:1,11,21 56:22 58:20 (20)

**different** 11:7 34:11

**difficult** 53:25

**dirt** 39:12

**discipline** 32:7

**discriminated** 33:24

**discussion** 7:22

**district** 1

**divorce** 9:6,7

**doctor** 47:4,13,14 48:23 51:19 55:7 (6)

**documents** 6:17,24 7:4

**does** 6:7 9:17 15:23 16:1,15 17:2 19:5 21:23 23:2,8 24:10,10 30:13,16 31:7 48:14 49:10 56:8 (18)

**doesn't** 4:13 16:12 25:15 37:13 55:4 (5)

**doing** 11:17 18:6,18,20 19:18 21:4 24:24 26:15 28:2,3 30:4 32:6 36:3 44:18,21 45:3 (16)

**dollars** 56:25

**done** 6:9,22 54:25 55:19 57:1 (5)

**door** 43:15

**down** 5:18 40:7,8,8 43:16 45:1,2 51:5 (8)

**dr** 2:11 8:14,15 9:2 10:10 16:21 17:19 18:13 21:14 29:5 30:13,24 33:17 43:25 47:16 56:8 58:3,4 (18)

**drive** 50:15

**driving** 44:16

**drli** 8:10

**drop** 44:6,16,16

**duly** 4:17

**during** 12:14 44:3,25 45:4,6,14,22 46:14 47:7 49:22 54:3 (11)

**e** 2:2,7

**each** 5:19 6:21 11:20 27:21

(4)

**earlier** 56:24 57:12,14

**east** 2:1060

**easy** 39:13 41:17 52:23

**eat** 39:17 41:19,22,22 (4)

**educational** 12:25

**eight** 54:9,12,16,17 (4)

**either** 27:9 34:9 49:5

**elementary** 44:12

**eleven** 42:18

**else** 8:20 14:19 53:5,20 58:22 (5)

**email** 22 22:18,21

**employee** 17:20 30:22 32:2,3,5,10,17,18 (8)

**employees** 16:15,22 19:6 29:25 30:9 (5)

**employment** 31:25

**end** 9:6 14:11

**ended** 58:23

**english** 47:11

**entire** 58:13

**entities** 26:4 28:3

**entity** 22:23

**especially** 47:3

**esquire** 2:2,6

**estimate** 28:5

**evaluations** 32:24,25

**even** 30:5 38:24 39:17 40:13 42:8,9,9 57:8 (8)

**evening** 12:20 54:17

**ever** 8:19 18:24 20:13 23:2 26:1,25 28:1 31:9 32:4,16 34:13,17 35:19,23 36:6,8 37:8,21,25 47:17,25 48:15,17 49:8,25 53:12 (26)

**every** 25:3 30:21 37:17

**everyday** 8:7

**everything** 12:22

**everywhere** 39:16,17

**exactly** 9:24 19:20 20:25 23:11 24:6 27:17 48:4 49:23 51:9 (9)

**examination** 3:4,5 4:20,21 56:18,19 (6)

**examined** 4:18

**example** 27:16

**exclusively** 48:14

**excuse** 26:11 47:20 48:22

**expected** 33:10

**expenses** 28:21

**expensive** 39:24

**experiences** 50:18

**experiencing** 34:1

**expires** 59:22 60:24 61:24

**extension** 26:3,10,14,17,22,23,24 27:1,10,22 (10)

**extensions** 27:8,15

**extent** 20:7

**external** 24:12,13,15,21 (4)

**eye** 50:8,21

**eyes** 41:3,3 50:22

**fair** 6:20,20 25:20 38:4 (4)

**fall** 32:7 42:19 43:1 53:25 (4)

**far** 21:1 49:15

**fast** 40:5 41:5

**federal** 22:12,13,13,16,23 23:19 (6)

**feed** 12:21 46:23

**feel** 42:15,16 43:17 51:3 53:5,6,9 (7)

**feels** 53:4

**few** 38:13,16 52:18

**file** 26:17

**fill** 24:20

**filled** 5:10

**finalizing** 29:9

**finally** 42:8

**finances** 56:1

**financial** 18:21 26:6,7,8,23 30:6 (6)

**find** 39:15 53:12

**finding** 19:23

**finds** 20:2

**fine** 6:16,16 7:15 42:2 54:19,19 55:17,17 (8)

**finger** 39:10 43:18

**finish** 23:20 26:16

**finished** 13:8 23:6,8 26:21 (4)

**fire** 32:20

**firm** 2:6

**first** 1 4:17 7:25 9:12 10:21 13:22 46:2 52:6 (8)

**five** 42:20 44:7 45:5

**fixed** 30:20

**flexible** 48:16

**floor** 39:12 41:17

**focus** 41:4,4,5,6 52:25 54:2 (6)

**following** 61:4

**follows** 4:18

**followup** 56:16

**food** 39:8,8 41:7,19 42:9 (5)

**foregoing** 59:6 60:5

**forget** 5:24

**forgetting** 52:12

**forgot** 21:10 52:15,20,23 53:9 55:23 (6)

**form** 24:19 38:22

**former** 46:4

**found** 42:8

**four** 42:19 44:15

**friday** 45:23

**friendly** 34:22 37:6

**full** 4:23 14:25 54:13,13 59:6 (5)

**fully** 15:21

**funded** 16:8

**further** 57:8

**gas** 52:18,19,20

**gate** 23

**gather** 19:22

**general** 31:23

**generally** 37:5 41:16 50:17

**generates** 28:8

**genetic** 38:22

**geography** 11:4

**get** 5:5 6:24 7:6 9:2 13:9 14:13,14,15,21 16:8 20:8 22:18 24:11,13 31:7 40:25 41:17 49:15 52:9,14 54:5,8 57:5 (23)

**getting** 14:12

**ghang** 10:5,7

**gi** 47:13

**girl** 16:23 18:10,11,13,19 26:20 30:22 32:14 44:10,15,17 46:24 (12)

**give** 8:3 16:2,9 24:14,14,15 39:20 (7)

**given** 59:12

**global** 14:22,24,25 15:1,9,10,23 16:6 19:5 21:5 27:22 28:7 31:10 48:14 55:24 (15)

**go** 6:6 12:4,17 13:2 14:14 20:22 35:3 36:14 42:18 47:2 48:23 49:25 50:5,5,13 52:14,15 54:16 (18)

**goes** 34:18 37:23 44:1,4,19 (5)

**going** 4:2 5:21 6:3,19 7:23 11:10 12:2 15:22 16:13 17:3 27:7 28:6 33:9,15 34:5,7 38:12 53:2 (18)

**gone** 34:17 38:5 50:10,11 (4)

**good** 4:22 5:25 6:7 32:18 47:11 53:1,23 54:2,5 (9)

**got** 10:8 13:17 15:19 18:22,23 20:24 29:13 30:8 39:16 50:4 53:18 54:13,14 58:21 (14)

**gotten** 20:13

**government** 16:2 24:14,20 57:3 (4)

**grab** 39:7,7

**grabs** 39:11

**graduate** 13:18

**grafton** 2:2 6:13 7:13 29:5 (4)

**grafton@graftonbragglawcom** 2:4

**grant** 16:8

**great** 5:9

**grocery** 40:12

**group** 12:13,14,17,18 19:16 (5)

**grow** 43:10

**guess** 5:4 8:3 11:21 21:2 22:22 25:2 34:17 37:20 45:17 48:14 53:21 (11)

**guessing** 32:19

**guest** 51:23

**guy** 36:14

**guys** 7:19 19:11 30:2 45:16 (4)

**hair** 40:23

**handle** 19:24 24:17 25:1,14,15 32:7,14 46:21 49:20 (9)

**handles** 19:23

**handling** 32:2

**hands** 39:9

**happen** 20:2 48:8

**happened** 35:9 37:18,19 38:10 48:3 51:10,14 53:13 (8)

**happening** 51:12

**happens** 48:5,6

**happy** 6:4 42:2,7,8 (4)

**hard** 5:17 42:22 43:19 54:2 (4)

**has** 19:13 22:23 23:5 28:1 31:3,4 33:21 38:5,6,17,21 39:5,14,14,18 40:22 41:9 47:16,21 48:22 50:24 56:3 58:7,12 (24)

**haven't** 26:21 58:20

**having** 4:17 50:22 52:2 53:12 (4)

**he** 7:23 9:6,17,22,23,24 10:1 16:24 18:6 20:2 25:15 29:6 30:16 31:7 33:24 34:18 36:3,4 37:19 38:21 39:1,2,5,6,6,7,11,1 1,13,14,14,14,16,18,19 40:5,6, 7,12,12,12,19,21,22,25,25 41:1 ,5,9,14,15,15,15,15,16,19,22,2 2 42:3,3,4,5,6,9,9,9,11,17,18,2 2,23,24,25 43:1,1,2,8,10,16,17,25 44:4,11,19 45:4,20,24 46:1,4,6,12,13 47:3,6,6 48:7,9,9,11,12,25 49:20,21 50:4,14,18,24,25 51:1,2,2,3,4,18,20,20,21,24,25 52:2,15,20,21,22,24,24,24

53:4,8,17,22,23,23,23 54:4,5,8, 10,11,11,11,11,12,13,14,15,18 55:1,8 56:10,11,12 (151)

**he'll** 56:12

**he's** 9:21 11:8 18:6 24:12 30:18,19 33:23 35:8,20 36:4 38:18 39:13 40:22,23 41:4 42:1,2,2,4,6,8,11,11 43:12,13,19 45:6 48:13 51:22,23 53:8 54:24 (32)

**head** 10:11,17 35:14 36:13 (4)

**heads** 5:17

**health** 37:24,25 53:21

**hear** 5:6,7,8

**heard** 37:8,21,25

**heart** 51:19

**heartbeat** 51:3

**help** 19:9,14,17,25 20:3 24:1 32:14 39:1 42:14 46:13 47:7 49:8,12,13 55:2,4 (16)

**helpers** 19:23 20:14,17

**helpful** 33:8,18

**helpless** 42:15

**her** 7:11 20:8 33:16 34:7 40:13,13,14 (7)

**here** 4:8 28:6

**hereby** 59:5 60:4 61:3

**herein** 13

**hi** 36:17 37:4

**higher** 5 29:21

**him** 8:13,14 10:12 34:1,18,21 35:4,5 36:14 38:15 39:4,20 40:2,3,24 41:3,3,18 42:7,14

8

43:11,24 44:1,6,6,7,9 46:23
47:5,14 48:21,23,24
49:8,18,18,19,25 50:5,5,15,22
52:12,13,19,21,22 54:4 55:7
(49)

**himself** 40:22,24 42:4,6,10 (5)

**hinds** 1

**his** 10:4 20:4 25:21 30:13,16
31:3 34:19
35:3,8,8,10,12,19,23 36:1,3
37:11,19,24,24 38:10,14
39:9,9,9,12,15,23,24
40:3,23,23 41:7,7,8,8,10,19
45:10 48:14,17,25 49:1,6,8,25
51:3,4 52:2 53:7,7,8,8,13 (54)

**hit** 41:16 42:3,10

**hits** 42:6

**hold** 28:6 56:11

**home** 12:16 13:21 14:16
22:23 41:1 46:7,13 47:7 50:15
51:2 52:15 54:16 (12)

**honestly** 33:14 35:7,25
43:4,17 46:3 (6)

**hope** 42:2

**horrible** 49:10

**hour** 30:20 31:1

**hourly** 30:18,19,24 33:6 (4)

**hours** 30:23 42:20 44:8,9,15
48:12 54:9,12,12,18,22 (11)

**house** 11:22 46:4 52:17,19 (4)

**how** 8:4 11:19 15:7,7 16:9,15
17:2,15 20:2 24:10,10 25:24
27:5,13,14,15,17 28:6,18,20
29:20 30:22 31:14 39:1 41:15
42:14 44:18,20 45:8 46:16
47:21 48:13 50:25 54:21 (34)

**hug** 40:13

**hum** 54:7

**hurt** 40:22,25,25 42:3 43:15
(5)

**husband** 6:14 7:15,20 8:15
10:16 11:5 12:1 15:20
20:15,16 21:5 33:21 34:13,15
35:3 36:2 37:9,13,18
38:6,6,8,14,23 45:9,12,14
46:23,25 47:5,14,23,23
48:17,22 (35)

**husband's** 25:5 47:21
48:1,19,20 49:4,16 53:21 (8)

**i'll** 5:11,14,21 15:10 26:12
55:19 (6)

**i'm** 5:3,14,21 6:4 7:5,25
8:6,6,16 9:24 10:3 11:7 12:2
15:14,18,21,21,22 17:25 18:20
21:8,10 23:6,7,17 24:24 25:16
26:12,18 28:5,17,20 29:7
31:15 32:13,19 33:9,15
34:17,25 35:1,25 37:17 38:12
42:7 49:10 53:10,10 56:11
57:24,25 (51)

**i've** 5:12 6:5 15:6 18:23 49:12
58:21 (6)

**idea** 31:12

**ignore** 40:8

**illinois** 13:12

**imagine** 13:20 43:20

**immediately** 52:22

**impact** 48:15

**important** 47:10

**income** 16:14
28:11,12,15,16,18,19 29:11,23
56:22,24 57:17 58:6,12 (14)

**independent** 4:6

**independently** 20:9

**indian** 23

**indicated** 59:8

**indication** 20:13

**information** 20:8 23:11
58:11,15 (4)

**input** 26:9,13

**inquired** 4:7

**instance** 26:3

**institution** 19:2

**institutions** 5 22:5

**intelligent** 15:1

**interactions** 37:5

**interest** 59:14

**interesting** 45:12

**intern** 19:9

**into** 40:13

**invading** 34:6

**involved** 12:3,6 35:23

**involvement** 24:22 25:21 26:1

**is** 4:5,11,24,25 5:3,6,17,21,23
8:3,7 10:1,13,18,24 12:25
13:22,23 14:21 15:3,5,7 16:3,9
17:5,9,12 18:4,6,7,15 19:13,20
20:23 21:19,22
22:12,12,13,13,13 23:6,18,21
24:1,20,21 25:2 26:23
27:16,21 28:15,22,25
29:11,19,21 30:5,24,25
31:19,20 32:13,18,22
33:5,10,12,12,13,16 34:4,5,6
35:17,23 36:3,13 37:2,10
38:4,4,6,16,18,22
39:7,8,13,24,24,25
40:6,6,9,9,10,15
41:1,7,8,9,12,23,24,25 43:7,8

44:4,11,15 45:12 47:11,14 48:4,13,16 49:17 51:10 53:4,7,22 54:13 55:5,15 57:7,11,12 58:4 60:5 (130)

**issue** 28:1 32:3 38:17

**issues** 16:3 32:2 37:24,25 50:22,24 52:3,3 (8)

**its** 17:12

**jackson** 10:1 13:25 14:6,11 21:1 (5)

**january** 21

**jason** 36:8,22

**job** 35:8 36:1

**journalism** 14:4

**judicial** 1

**jump** 43:17

**just** 4:14 5:11,23,24 6:2,5,13,16 7:1,3,5 8:6,7 10:24,25 13:8,17 14:12,13 15:8,9 19:6,22 21:21 22:17 29:15 32:10 34:5,22 35:6,17 36:2,16,20 37:3 38:13,16 39:22 40:7,8,13 41:2,11,16 42:15 43:2,17,19 44:16 46:3,7,25 47:14 48:7 50:13,25 51:1,2,4 52:13,18 53:4,8,17,25 54:14,20 55:10,18,19,23 56:6 57:1 58:2 (74)

**k5** 45:7

**keep** 5:24 41:3,3

**keith** 36:9,22

**kentucky** 16:25 17:20 18:10,11,14 22:12,14 24:8,9 (9)

**kid** 12:16 42:1 43:6

**kids** 12:12,15,21 34:20

37:16,17 41:23 43:5,9 45:14 46:22 47:2 51:24 (13)

**kids'** 12:7,8

**kind** 4:14 6:18 12:22 15:12,19,23 17:12 19:2 23:14 50:3 (10)

**kindergarten** 45:7

**kinds** 52:12 53:15

**knee** 50:8,20,22

**know** 4:13,14 5:13 6:3,13,18,21,25 7:2 8:1,6,6 9:18,20,21,22,23 11:19,19 12:12,17,21,21 13:24 14:7,9,13 15:21 17:24 18:18,20 19:9,19,20,20,21 20:2,4,4,9,11,20,25 22:10,17,18,19,23,24 24:3,6,25 25:13,17,22,24 26:21,24 27:5,13 28:16 29:24 32:8 33:5,14,25 34:3,7,20,20 35:2,4,5,6,7,7,8,9,10,10,10,11 36:7,10,16,17,23 37:16 38:9,10,15 39:1,2,8,20 40:6,16,19,21,25 41:9,12,15,15,19,21,23,25 42:10,13,13,14,14,15,22 43:23,25 44:9 45:1 46:3,25 47:1,2,3,12 48:5,7 49:6,16,18,21,21,22 50:17,25 51:1,4,7,9,17,18,21,25 52:16,17,21,23 53:5,17 54:13,17,24 55:10,11,16 56:12 57:2,3,4,20 58:1,18 (162)

**knowledge** 33:20 38:5 58:9 60:6 61:5 (5)

**knows** 4:6,11 33:16

**lady** 40:19,20

**lake** 12:4,5

**last** 13:19,19 23:6,8 26:18 42:17,21 43:1 (8)

**laughing** 42:12

**law** 2:6

**lawsuit** 33:10,13,16,20 38:17 (5)

**lawsuits** 5:4

**lay** 51:5

**leadup** 50:12

**leak** 52:18

**learning** 5

**least** 31:6 44:9

**leave** 46:11,12

**leg** 40:24

**let** 6:2 20:22 49:18 58:2 (4)

**let's** 12:24 14:20 28:8 29:20 54:8 (5)

**li** 2 2:11 4:4 16:23 18:19 19:21,24 20:8 24:24 26:20 30:1,22 31:19,20 32:14 (15)

**lick** 40:14

**lie** 21:13

**life** 6:15 58:7,13

**like** 6:4,21,22 7:5 8:8 12:8,13,13,14,17 16:2 17:8 19:15 21:2,20 22:19 23:10,18,18,20 24:13,19,20 25:3,12,14,14 26:3,20 28:13,22 29:1,22 30:20 31:22 32:4,11,13 33:5 34:19,22 35:1,2,2,22 36:11 37:3,11 38:10,24 39:2,5,6,8,11,13,18,19,24,25 40:1,4,5,7,11,21,22,23 41:1,2,4,7,8,12,14,16,20,24 42:1,3,9,10,12,17,17,20,23,23 43:1,6,7,10,11,14,16,19,23 44:4,8,8,15 45:10 46:4,14,20 47:8,9,13 48:20,22 49:23 51:4,21

52:13,14,16,18,24,24,25 53:4,4,5,6,7,8,9,17,18,23,25 54:1,8,11,12,18,21,25 55:5,9,11,12,15 56:10,23,24 57:2,10 58:11 (149)

**likes** 42:9

**limits** 4:5

**line** 2:1060 61:7

**little** 12:25 15:19 44:10 52:9 (4)

**live** 9:8,17 10:9

**lived** 10:12

**lives** 9:22,25 10:1 16:25 (4)

**living** 48:10

**llc** 22

**located** 20:17 22:6,8,15 (4)

**location** 9:24,24 22:17

**long** 6:3 8:23 15:4 27:17 36:4 44:18 (6)

**look** 7:4 58:1,20

**looked** 6:17

**looking** 26:3 29:8 57:9

**looks** 39:2 54:4 57:10

**lose** 51:4

**lot** 38:15 41:8,21,22,22 43:24 49:22 (7)

**loud** 5:16

**louisville** 24:5,6

**love** 40:12

**lower** 29:21

**lunch** 34:21 35:4,5

**m** 21 59:21

**machine** 55:8,9,15

**made** 29:10 39:23 41:9 58:12 (4)

**main** 2:7

**maintain** 4:2

**maintained** 56:1

**make** 5:5,16 35:18 41:21 42:7 48:21 49:10 52:16,16 (9)

**makes** 25:19 29:6 39:19

**manage** 32:12

**management** 15:2,3,15,16 32:12 (5)

**manager** 31:23

**managing** 17:24

**many** 16:15 17:2,15 27:13,14,15 30:22 44:20 54:21 (9)

**marriage** 8:21 9:12 10:21 25:3 (4)

**married** 8:10,19 9:3,5,9 54:14 58:3 (7)

**mask** 55:11

**master** 13:8 14:1

**master's** 13:18 14:6

**matthews** 2:6 3:4 4:9,21 5:3 7:17 9:13,15 20:12 25:18 29:4,12,16 33:19 34:10,12 49:24 55:18,22 56:14 58:22 (21)

**may** 4:10,14 23:12 24:3 32:4,14 45:4 57:10 (8)

**maybe** 17:7 21:15 27:6 31:25 36:20,22 37:1 50:6 51:8 52:3,7,8 56:21 57:12,14 (15)

**me** 5:6,7,13,13,22 6:3,13 7:14,14,18,21,23,24,24 10:6 16:23,24 20:22 23:17 25:12 26:11 30:1 31:14 37:14,18,19 38:8 40:20 42:4 43:17 47:19,20 48:3,22 49:13 51:16,24 52:11 53:21 56:5,12 58:2,22 59:9 60:18 61:19 (46)

**mean** 9:10 18:15,19 23:4,9,17,22 27:14 32:3,11 34:4,15 43:16 46:18 47:23 48:19 50:19 53:1 54:3 (19)

**means** 4:4 50:21

**medical** 48:18,19 50:1,23 (4)

**medication** 49:9,20 55:5

**medicine** 49:22,23

**meet** 11:11,12

**meetings** 7:9 35:13

**memory** 52:3 53:13

**mental** 41:25 42:1

**mentioned** 50:20 52:2

**mess** 5:21 39:19

**met** 11:14,18 36:6,8,15,20,25 37:2 (8)

**middle** 42:25 51:25 53:24

**might** 7:7 8:13,14 16:8 19:21 23:15,19,22,25 32:2 33:18 36:15 40:7,12,12 43:2 48:12,12 49:3 54:2 55:19 (21)

**mind** 5:23,25 51:4 53:7,7 (5)

**minutes** 55:19

**mississippi** 1,4,5,39157

2:4,39759 20:18 21:3 22:6,8 34:8 35:9 54:15 59:5 (14)

**monday** 45:23

**monetary** 59:14

**money** 24:14,15 25:7,11 (4)

**month** 30:21 51:8

**more** 11:21 14:12 16:3 22:22 33:10 34:22 36:11 37:20 38:15 39:19 41:23 43:13 51:12 (13)

**morning** 4:22 44:5 46:21 54:3,4,16 (6)

**mornings** 46:22

**most** 15:15 16:5 19:18 23:15 25:12 32:12,18 39:23 40:14 41:25 46:20 48:25 51:23 53:7 (14)

**mostly** 38:9 53:22 54:22

**mouth** 39:12

**moved** 10:13 45:18

**moves** 40:5 41:5

**ms** 3:4 4:9,21 7:17 9:13,15 20:12 25:18 29:4,12,16 33:19 34:10,12 49:24 55:18,22 56:14 58:22 (19)

**msu** 5:4 34:2,14,16,18 35:3,23 37:8,25 38:5 (10)

**much** 28:7,19,20 33:2 41:23 43:13 (6)

**music** 41:14

**my** 4:24 5:3 6:14,14,14 7:15,15 8:3 11:15 12:7 13:8,15,22 17:24 18:22 20:16 25:3 33:7 34:15 35:2 36:2 37:13,17 38:8,23 43:18,18 44:10,14,16,16 45:12,14,14 46:23,24,24,24

47:2,3,4,10,13,14,23,23 48:19,22 49:4,12,13,14,16,17 52:14 53:25 55:20 59:10,22 60:6,24 61:5,24 (63)

**nail** 43:18

**name** 4:23,24 5:3 10:4 14:21 15:1,4 19:20 22:2 24:7 36:16 53:18 55:16 (13)

**named** 36:8

**necessarily** 4:13,13

**need** 6:2 7:18 12:20 14:14 19:14,17,19,25 30:4,11 39:4,19 40:1 41:2 47:2,13 54:11 (17)

**needed** 14:7 50:14

**needs** 41:10,10 48:18,19 (4)

**negatively** 35:14

**neighbor's** 46:4

**nervous** 7:25

**net** 28:17,19

**never** 32:19 35:12

**new** 14:22,24,25 15:1,9,10,23 16:6 19:5 21:5 27:22 28:7 31:10 48:14 55:24 (15)

**next** 13:15

**ngsim** 15:7

**nice** 40:14,17

**night** 40:2,4 42:18,21,25 43:1 45:23 51:25 53:24 54:2,18 (11)

**no** 25 6:12,16,23 7:10 9:19,21 10:22,25 11:7,24 12:10 14:13 16:14 17:23 19:1,4 20:19 22:7,9 25:7 27:2,3,4,25 28:15 30:5 31:8,11,13 32:18,21 34:15,17 35:15,16,21 38:3 41:17,17,17 48:16,25 49:15

55:7 59:14 (46)

**nod** 5:17

**nods** 10:11,17 35:14

**nonverbal** 42:4

**normal** 43:9

**north** 11:2

**northeast** 11:8

**notary** 21 59:4 60:22 61:23 (4)

**noted** 13 60:7

**notes** 55:20

**nothing** 13:23 14:19 35:7 58:22 (4)

**notice** 52:6

**now** 9:22,25 10:9 14:17,18 16:17 17:3 23:4,4,7 27:7 33:9 39:7 43:13,19 44:8,11 48:13,16 52:10,12 (21)

**number** 19:15,22 28:6

**o'clock** 42:19

**oath** 4:18 59:12,13

**object** 20:6

**objection** 9:11 34:3

**observed** 4:5

**obviously** 45:17

**off** 4:5 32:1 43:18 44:6,16,16 55:21 (7)

**offensive** 37:12 38:1

**offered** 49:13

**offering** 34:9

**office** 15:16 22:23 32:12 34:19 35:3 36:4 40:20 48:12 54:15 56:10 (10)

**often** 27:5

**oh** 6:18 7:13 18:11 29:10,10 (5)

**once** 25:4 36:15 40:17,18 50:2,3 (6)

**one** 5:3 8:21 16:21 17:4,5,7,7,11,12 20:23 22:12,12,12,16 23:18,19 27:16 31:15 39:25,25 40:4,19 41:3,11,12 43:10 44:7 51:13 52:8 55:23 56:11,16,20 (33)

**ones** 50:4

**ongoing** 17:11

**online** 13:14

**only** 4:11 17:4,5 21:4 26:6,7,8 28:15,16 29:22 30:1 32:25 38:6 41:19 42:20 43:9 45:13 54:11,12 (19)

**open** 43:14

**ordered** 39:24

**organization** 12:8

**originally** 11:1 60:7

**other** 5:19 6:22 9:23 10:20,23,24 11:20 18:21 19:2 20:23 21:15 22:3,13 23:16,19,23,25 24:3 31:9 33:20 41:9,23 50:23 53:9,20 56:14 (26)

**otherwise** 52:22 59:15

**our** 5:17 12:12 29:9 30:21 32:18 33:5 41:20,25 42:1 52:17 (10)

**out** 5:16 19:17 20:24,24 22:11 24:20 32:21 35:17 39:15,22

42:8 (11)

**outcome** 59:15

**outfit** 39:25

**outside** 11:22 14:16

**over** 5:6,19 8:4 41:11 (4)

**overseeing** 25:21

**overtime** 31:7,8

**own** 48:17,25

**owned** 31:9

**owner** 15:17,18 31:22

**pa** 2:6

**page** 8:16 61:7

**pages** 59:6

**paid** 24:11,13 30:2,8 31:7 (5)

**pajama** 41:10

**pajamas** 41:11

**parent** 12:8

**parents** 41:24

**part** 11:2,8,8 18:20 19:19,24 20:1 24:15,17,25 25:15,16,16 26:6,7,8,17,18,21,23 28:15 32:14 46:21,22 (24)

**parts** 18:21

**party** 36:11,14,20 37:3,7 (5)

**pass** 9:6

**past** 20:14 23:5 26:25 27:23 28:8,9,13,23 29:17 31:5 50:4 51:10,11,22 (14)

**pay** 19:22 24:12,16 30:21 31:8 33:5 (6)

**people** 7:4 16:6 17:15 18:13,15 19:16,16,25 20:3 21:4 22:15 37:2 40:12,14,17 (15)

**people's** 53:18

**perform** 17:22

**performance** 32:24,25

**performing** 17:5

**period** 17:8,10,13

**person** 16:24 18:4 19:16 40:14 41:3 53:10 (6)

**personal** 22:19 56:1

**personally** 37:21 58:18

**phone** 49:17

**physical** 50:17,19,23

**pi** 21:13,15 24:24

**pick** 44:5,7

**piece** 39:25

**pinch** 40:23,23

**pine** 12:4,5

**pipe** 55:11

**place** 59:8

**placed** 59:11

**plaintiff** 2

**plan** 49:6

**play** 41:16

**plays** 41:15

**please** 4:23 5:13

**pllc** 2:3

**point** 5:11,15 46:16 56:21 (4)

**police** 40:20

**poorly** 37:11

**position** 8:1

**pounds** 43:19

**prepare** 6:10,11,15,17,24 14:6 (6)

**prescription** 52:14

**present** 2:11

**president** 15:14 21:13 57:10

**pretty** 11:13 13:20 19:10 27:21 29:19 38:22 44:23 (7)

**previous** 56:24 57:1

**privilege** 4:3,15 34:7

**probably** 5:10 33:10 36:25 50:14 (4)

**problem** 39:6

**problems** 34:2

**proceedings** 59:7,9

**producing** 29:8

**professional** 38:24 47:12

**professors** 23:25

**profit** 28:17

**program** 18:6 23:6,8,14,18,20 28:10,11 30:5 (9)

**programmer** 18:7

**programs** 29:24

**project** 16:13 24:12 26:15,16 57:1,6,7,25 (8)

**projects** 16:4,7 17:2 24:1,11,23 26:2 27:6,9,22 (10)

**promise** 34:25

**proposals** 16:7 24:23

**protect** 37:18

**provide** 15:24

**pry** 38:14

**pta** 12:6,7

**public** 21 40:11 59:5 60:22 61:23 (5)

**punch** 40:24

**purchase** 56:10

**puree** 41:21

**pureed** 41:20

**put** 39:12

**quality** 54:22

**question** 4:11 5:14,15 6:5 7:24 13:16 18:22 20:6 25:10 37:23 55:23 56:17 (12)

**questions** 6:14,18,25 7:14 12:1 19:21 20:5 22:19 33:8,9 38:13,16 49:3 56:15 (14)

**quick** 55:20,23

**quickly** 15:8

**race** 37:11

**racial** 37:9

**raise** 4:15

**rare** 38:22

**rate** 30:20,24 31:3,6 33:6 (5)

**reach** 19:17

**really** 11:3 12:12 21:2 27:23 33:14,22 34:4 37:17,22 42:16 49:21 54:5 55:20 (13)

**reason** 61:7

**receive** 30:16

**recent** 50:4

**record** 4:23 55:21

**recorded** 59:9

**records** 57:10

**refer** 8:13,14

**referred** 55:7

**referring** 23:14 55:6

**regularly** 19:10

**reimbursement** 57:3

**related** 21:23 35:13

**relationship** 10:24

**relying** 20:7

**remarks** 37:24

**remember** 15:11 23:7,11 27:17,18,19,23 31:5 36:16 38:24 40:1,17,18 47:8 48:4 49:14 51:1,12 53:16,18 (20)

**remind** 5:22,23

**reminder** 49:17

**remotely** 13:13

**rent** 46:1,1

**reported** 21

**reporter** 21 3:7 59:2,4 (4)

**reporting** 22

**reports** 18:21 30:6

**requested** 26:10 27:8,15

**reschedule** 48:8

**research** 16:4,5,7,12 17:2,22,23 18:1,3,19,20 19:2,19,25 20:1,4,5 21:19,22 22:5 24:25 25:21 32:14 35:23 36:1 (25)

**researching** 26:21

**response** 10:19 16:19 17:21 21:6 28:24 31:2 46:15 55:13 (8)

**responsibilities** 45:9 46:17

**responsible** 32:1,9

**rest** 53:23 54:2

**restaurant** 11:24 35:6

**retired** 36:14

**revenue** 28:7

**ridgeland** 2:4

**right** 5:7 8:11 10:9,13,16,18 11:13,14,15,25 12:4 14:21 16:15,21 17:3 18:17 21:7,17 22:2 24:18 27:7 32:22 35:24 38:12,19,22 42:2 43:21 44:3,23 50:17 57:11 (32)

**road** 2:1060

**role** 15:12

**room** 51:23

**rpr** 21

**run** 26:25 40:8,13

**sabbatical** 46:11,12

**sadly** 11:3

**safe** 40:6

**said** 7:15 13:17 14:5 18:18 31:20 32:21 47:9 52:21,23 56:21 (10)

**salary** 30:2,16,21

**same** 8:16 11:6,11 12:1 31:6 37:23 44:11,12 (8)

**sat** 35:12,19

**save** 44:13

**saw** 42:3 54:4

**say** 4:14 5:21 8:16 11:10 13:11 14:23 15:8,8,9 18:12 23:21 25:3,8,20 26:18 28:7,8,10 29:20 30:11 31:17 36:16 37:3,3 38:1,4 40:14,18 41:5 44:20 46:11 51:1 54:8 (33)

**saying** 8:15 23:12

**scary** 51:16

**schedule** 44:18 47:16,21,24 48:1,15,25 49:1,4,13,14,17,18 (13)

**scheduling** 47:17,22 48:15,24 (4)

**school** 12:9 41:1,2 44:1,4,5,11,12,19 (9)

**score** 14:14

**second** 42:12

**secretary** 57:9

**see** 14:20 47:13 51:18 52:12 54:23,23 (6)

**seem** 49:3

**seems** 53:4

**seen** 52:4

**semantics** 25:11

**send** 34:21 35:4

**sense** 25:19

**sensitive** 40:23

**sent** 40:20 49:17

**separate** 56:1

**serious** 8:7

**service** 15:23 24:13,21

**set** 19:15,16,16

**seven** 31:6

**shake** 5:17

**sharing** 43:22

**shaw** 36:6

**she** 4:5,7,11 18:6,7 20:7 26:20 33:16 34:8 49:13 (10)

**she's** 18:8

**sheet** 3:9 60:8 61:1

**sheets** 40:2

**short** 45:2

**shorten** 15:6,7

**should** 5:5 26:10,14 27:17 36:1 (5)

**shouldn't** 32:6

**shower** 39:20 40:3

**shut** 45:1,2

**side** 31:23,25 42:1

**sign** 21:14,15

**signature** 56:9 59:20

**signs** 21:11

**silly** 49:4

**since** 46:3

**sister** 43:6

**sit** 43:16 51:5

**situation** 37:1 51:6

**six** 31:6 54:12,16,18 (4)

**skill** 59:10

**sleep** 42:17,20,24 51:21 52:1 53:23 54:6,9,11,12,18,20,21,25,25 55:5 (16)

**sleeping** 51:23,23

**slur** 37:9

**small** 12:13,14,18 33:1 (4)

**smear** 39:16

**smell** 52:19

**so** 4:14 5:7,21 6:9,15,19,25 7:2 8:10 10:9 11:17,25 12:16,24 13:2,24 14:11,12,16 15:6,12,21 16:1,6,12,15,21 17:8,9,11,15,19 18:4,9 19:12,19,21,23 21:1,11,14,19 22:4 23:11,25 25:2,20,23 26:9 28:4,13 29:17,23,25 30:2,8,24 31:22 32:19 33:1,10 34:6,21 35:12,17 36:1,14,17,20 37:17,18,20 38:9,12,18 39:5,9,12,18,19 40:1,5,9,12,21,23,24 41:1,5,17,20,22 42:6,6,20,22 43:4 44:8,12,15 45:2,5,8 46:3,6,10,12,12,16,22 47:6,13 48:7 49:2,6,14,15,15,17 50:6,10 51:5,18,22 52:19 53:8 54:4,18 57:8,16 58:6 (131)

**social** 12:11

**sold** 53:19

**sole** 15:17,18

**solid** 54:8

**some** 5:15 6:14 7:4,14 9:23 13:24 14:5,7 19:7,9 23:16 35:4,6 37:2 38:25 40:13,16 44:13 47:3 48:6,6 51:20,20 52:3,3,16 53:9 54:18 55:7 56:25 57:4 (31)

**somebody** 5:21,22 26:14 50:14 (4)

**someone** 12:15 16:12 32:11,13 36:15 (5)

**something** 4:7,12 5:12 6:22,25 8:8 25:3 32:6,7,9,17 36:11 38:1,10,23 40:4 42:16 45:25 48:4 49:6 52:17,25 53:5,6,7,17 58:8 (27)

**sometimes** 32:11 34:19,20 35:4,5 40:1,11,16 42:11,25 43:1,2,4,15,16,18 47:1 48:11 49:16 52:13,16 57:4 (22)

**son** 6:14 7:15 38:13 44:16 46:24 47:3,13 53:25 (8)

**son's** 37:25 52:14

**soon** 44:23

**sorry** 21:8,10 26:19 29:13,14 35:17 (6)

**sort** 4:5 12:3 34:23 36:25 45:9 56:8 58:8 (7)

**sound** 5:25 6:7

**sounds** 21:2,20 31:22 35:22 43:23 (5)

**southwest** 11:8

**speak** 37:11 58:6

**special** 41:10,10

**specialist** 47:4,10

**specially** 39:23,23 41:9

**specific** 28:6

**spell** 10:6

**spend** 44:8,15

**split** 45:9 46:16,22

**spoke** 4:12 7:12

**spoken** 4:4

**spousal** 4:3 34:6

**starkville** 9:14,16,17,21 10:12 11:11,12,14,18 45:15,20 46:2,6 48:10 (14)

**start** 31:12 44:24

**started** 5:5 31:15,17 45:3 52:9 (5)

**state** 4,5 4:22 13:25 14:6,12 20:24,25 34:8 35:9 40:18 54:15 57:9 59:5 (14)

**states** 20:20 22:10

**stay** 45:14 51:2

**stayed** 45:13

**staying** 45:20

**still** 9:17 18:9 30:4,5,8 42:10 43:5,6,12 (9)

**stop** 5:13 40:24

**strangers** 40:13

**street** 2:7 40:7,8,9 (4)

**stronger** 43:13

**student** 11:23

**students** 20:14,14,16

**study** 54:25

**stuff** 7:4 34:5 39:8,12 (4)

**submit** 16:7 24:23 30:9,11,13 (5)

**subscribed** 60:18 61:19

**sudden** 42:11

**suddenly** 40:7

**suffer** 42:3

**suite** 2:1060

**supplies** 56:10

**sure** 5:5,14,16,21 8:9 9:24 10:3 23:17 26:13 28:17 35:18,25 39:3 53:10,11 57:24,25 (17)

**surgery** 50:5,7,8,8,9,11,13,20,21,21 (10)

**sworn** 4:17 60:18 61:19

**systems** 14:24,25 15:1,9,10,24 16:6 19:5 21:5 27:22 28:7 31:10 48:14 55:24 (14)

**table** 3:2

**take** 6:4 12:15,20 36:2 39:4 40:3 41:20 43:9,11,24 44:1 46:23,24,25 55:18 (15)

**taken** 15

**takes** 57:4

**taking** 32:8 43:7,7,20 45:10 (5)

**talk** 5:19 6:22 7:19 8:7 12:24 27:6 33:11 37:13 (8)

**talked** 7:19 34:6

**talking** 8:17 9:11 15:20 18:9

36:19,23 50:6 56:23 (8)

**tank** 55:12

**tax** 30:8

**teaching** 35:20

**team** 25:9,12,13,13 (4)

**technical** 24:25 25:15 26:17

**technically** 25:2

**technology** 5:6

**telephone** 7:12

**tell** 5:11 6:13 7:1,11,18,21 31:14 37:19 38:8,25 42:4 47:19 48:3 49:18 52:11,19,21 53:21 59:12 (19)

**temporary** 51:4

**ten** 38:19,20 43:12

**term** 37:12 38:24

**terms** 47:12

**testified** 4:18 29:5 56:20

**testimony** 34:9 43:25 60:5

**texas** 20:23

**than** 33:21 38:15 41:23 43:13 51:13 56:24 57:12,14 (8)

**thank** 5:2 33:7 43:21,21 (4)

**that's** 6:16,16 7:2,15,16 8:16 17:11 20:24 21:9 28:23 34:21 42:15,16 49:14 54:19 55:14,17,17 58:8,21 (20)

**their** 16:3 19:25 22:17 30:10 37:3 (5)

**them** 12:21,21 16:9 19:19,22 24:11,15 27:11 52:20 (9)

**therapy** 41:2 44:6

**there's** 17:11 25:8

**these** 5:4 10:24 12:1 20:2 24:11 49:3 (6)

**they're** 20:20 22:11 26:15 44:12 (4)

**thing** 8:2 34:23 40:5 41:7,24 (5)

**things** 5:25 12:13 34:5 38:2 39:6,11 45:10 46:14 52:12,13 53:9,13,15 (13)

**think** 6:3 7:1 8:7,24 11:15,19 14:25 16:20,24 17:7,8,9 19:12,14 20:16,22,23 23:15 26:17 28:4,13 29:2,3,7 31:5,19 32:10,18,21 34:6,8,10,21 36:1,4,10,13,14 38:23 39:9 41:23 44:10,22,25 45:6,13,15,22 46:1 48:11 49:15 50:25 51:1,9,20 52:7 53:2,8,22 54:1 55:1,2,4,7,14,14 56:20,25 57:6,9,12,20,24 58:10 (74)

**thinking** 53:5

**third** 18:4

**those** 5:24 16:20 17:16 19:21,25 22:10,18 25:1 27:9 38:2 50:12 56:3,9 (13)

**though** 10:9 30:5

**thought** 42:5

**thousand** 56:25 57:5

**three** 16:17,18 17:17,17 18:13,15 23:10,13 29:20 39:9 40:2,4 42:20,24 44:10,14 51:11,22 (18)

**through** 16:9 29:6 35:23 45:20 (4)

**throughout** 8:13 31:3 46:7

58:13 (4)

**throw** 39:22

**time** 4:10,15 7:25 8:23 11:22,24 30:10,12,12,13 31:4 32:12,25 36:4,15 39:16,19 41:21,25 44:13 45:2,7,15 46:20 48:5,25 51:13,23 52:9 54:19 57:4 59:8 (32)

**times** 40:2,4 48:6,6 (4)

**tired** 37:17 43:5 54:4

**today** 4:8 7:7 33:11 52:14 (4)

**together** 23:20 46:21

**told** 7:14,23,24 16:24 33:21 38:6,13,23 52:13 (9)

**too** 6:3 7:24 8:7 13:21 26:20 47:5 (6)

**took** 13:24 14:5 47:5,14 49:20,21 (6)

**total** 28:18

**totally** 6:20,20 11:7 54:19 (4)

**touch** 22:18 40:13

**touched** 40:19

**towit** 4:19

**toy** 41:8,14,14,18 42:9 (5)

**traffic** 40:9

**transcribed** 60:7

**transcript** 59:7

**transfer** 44:6,9

**transportation** 15:2,3,25 16:3 21:22 25:23 (6)

**trial** 34:9

**trick** 34:25

**true** 59:7 60:5 61:5

**trustees** 5

**truth** 59:12

**try** 5:17,19,20,23 6:5 15:10 (6)

**trying** 7:6 34:25 35:1 37:18 42:7 (5)

**tube** 55:12

**turn** 38:19

**twice** 43:18 51:2,2,14 (4)

**two** 10:15,24,25 11:18 12:20 13:21 17:9,17,17 23:10,13 27:6 29:20 37:16 39:9 42:19,23 43:2,10 44:8,9,10 46:5,22 51:10,11,11,22 52:7,7,8,8,8 54:9 (34)

**typical** 45:8

**uhhuh** 10:19 16:19 17:21 21:6 28:24 31:2 46:5,15 55:13 (9)

**uiuc** 14:1,14

**under** 4:18 13:24 19:22 59:11,13 (5)

**undergraduate** 13:24 14:9

**understand** 4:3 5:12 8:2 12:4,23 18:2 21:17 23:17,24 25:24 33:3 34:1 36:5 38:18 39:1 43:24 47:11 49:3 (18)

**understanding** 7:6 11:15 15:20 33:13 34:7 (5)

**understood** 4:9 18:12 29:2

**underwhelmed** 8:4

**unfamiliar** 11:3

**unhappy** 42:6

**universities** 23:3,22,23 24:1,3 (5)

**university** 4 13:10,12,25 14:3 18:25 23:13,16,16,19,21 24:5,6 (13)

**unkind** 38:1

**until** 43:2

**up** 5:22 14:11 32:5 38:17 42:18,20,24 43:2,10 44:5,7 46:17 51:5,24 53:24 57:8 (16)

**upset** 42:6

**urbanachampaign** 13:12

**us** 44:13

**use** 18:18 24:20,21 37:8,11 41:16 (6)

**used** 8:15 54:5,8,11 55:8 (5)

**veggie** 41:20,21

**very** 8:4 38:24 39:13,13,24 40:5,10,14,22 41:5,17,22 42:22 43:5,19 51:6,16,16 52:23 (19)

**via** 15

**video** 32:21

**videoconference** 9

**virginia** 20:23

**visit** 34:22

**visits** 35:3

**w2** 16:15,21 18:8,9 19:6 29:8,25 (7)

**wake** 42:18,19,24 43:2 51:24 53:24 (6)

**walk** 40:7,8

**want**  4:14 7:4 12:24 15:8 21:21 33:16 35:18 38:14 40:18 51:24 53:20 56:12 57:8 58:1,2 (15)

**wants**  42:9 47:3

**wash**  39:20,20

**way**  5:14 11:12 34:4,11 53:6,10 (6)

**we'll**  5:19,23,24 6:3 (4)

**we're**  5:6 8:15,16 33:1,4 (5)

**wear**  39:14

**week**  42:24 45:21 46:7,14 47:7 (5)

**weekday**  45:14,22

**weekends**  46:8

**weird**  5:7 8:2

**well**  11:21 32:4 42:17,24 43:21 45:16 47:25 48:24 50:20 51:3,22 52:1 53:23 54:20,21 (15)

**went**  8:5 34:19 36:10 51:18 54:14,15 (6)

**what's**  10:4 15:12 34:7

**whatever**  39:6,7

**when**  7:12 8:22 9:2,5,8 11:18 13:17,18 15:6,8 19:17 20:22,22 26:1 34:18 35:2,20 36:13 44:10,14 48:3,9 51:7 52:6,14 54:4,14 57:2 (28)

**where**  4:11 9:8,22 11:1 13:2,9 20:25 22:15,19 44:19 (10)

**whether**  26:9,13

**which**  4:3 9:24 33:10 40:18 59:9 (5)

**while**  48:10

**who**  8:16 16:20,20 17:5 18:4,18 19:13,20,23 21:11,11 31:15,17 32:5,13 36:23 56:3,11 (18)

**who's**  25:14 36:7

**whole**  31:4

**why**  20:24 42:4,10,13,13 (5)

**wife**  49:11,12

**will**  4:22 5:22 8:4 16:7 26:17,22 29:8 40:25,25 43:1,14,14,15,16 45:14 46:20,20,23,25 49:18 52:23 (21)

**winfield**  2:6

**witness**  10:11,17 29:10,13 35:14 59:11 (6)

**wondering**  22:22 37:20

**wootton**  21,22 59:4,21 (4)

**work**  14:16,18 16:9 17:5,22 19:10,22 21:4 23:15,19,21,22,22 24:10,11 25:13,21 28:2,3 30:10,12,14,17,23 33:2,24 34:2,14,15,18,18 35:3,13 36:3 37:13,19 38:10 47:16,21,23 48:1,15,16 49:1,6 51:5 54:18 (47)

**worked**  18:24 19:3 20:15

**worker**  18:7,8 30:19

**workers**  19:6 30:11

**working**  11:17,22 16:3,6 17:15,17 18:4,13,15 21:4 48:13 (11)

**works**  16:10 25:24

**worse**  52:9

**would**  4:6 6:4,5 7:4,14 11:13 16:8 17:19 20:7 21:5,14,15,20 25:3,8 26:9,12,13 28:7 29:17 31:17 32:6,7,8,9 34:8 44:20,23 46:6 47:6 49:4 50:5,10,10,11 58:8 (36)

**wouldn't**  35:22

**write**  5:18

**wrong**  6:22 29:14

**y'all**  9:8 10:13 11:5,14 12:4 28:2 38:15 43:23 44:18,20 46:16 (11)

**yeah**  5:8 6:1 7:3,13,13,13,13,16,23 8:2,9,12,23 10:14,19 11:16 12:5,19,23 15:3,18 16:5,11,23 17:1 18:3,11,11,21 19:9,24 20:11,23 21:8,8,8,18 22:1 23:1,10 24:9,9,9,19 26:22,24 27:10,18,20 29:7,10,13,18,23,23 30:4,20 31:16 32:23,23 33:1,4 34:19 36:21,23 37:7 38:23 43:4 45:6,7,19,22,23 46:21 48:8,11,20 51:10,11 52:8 53:11 55:13 56:2,7 57:12,15,18 58:16 (88)

**year**  13:19 28:8,9,13,23,25 29:17 46:2 48:6,7 51:8,9,11 57:7 (14)

**years**  23:7,10,13 29:20 31:6 43:10,12 44:10,14,20 46:5 51:10,11,22 52:7,8 53:3 54:9 56:24 (19)

**yes**  4:24 5:1 6:8 8:21 9:1,13 13:5,8,14,22 14:7 17:14 21:7,20,24,25 24:2,2 25:22 26:8 27:12 30:15 31:5,21,24 34:24 35:25 38:8,20 44:2,4 46:9,19 47:18 48:2,11,20 50:16,25 51:14,16 52:5 53:14,14 55:1 58:5,14 (47)

**yesterday**  7:11

**ying** 9 4:4,14,16,22,24,25 6:9 56:20 (9)

**yogurt** 41:20

**yong** 10:5,7

**you're** 6:19 8:10 9:11 25:11 28:3,17 50:21 55:5,14 (9)

**you've** 5:10 19:3 32:19 35:12 (4)

**youall** 44:1

**young** 12:16 13:21 37:16 43:6 (4)

**your** 4:22 7:6,19,22 8:15 10:15,20 11:5 12:1,25 13:4 14:2 15:12,20 16:21 20:15 21:5 25:5 26:14 31:12 33:12,21 34:13 37:9,24 38:4,5,5,6,13,13 43:9 45:9 47:21 48:1,17,20 53:21 56:1 58:8 (40)

**yourself** 53:12

**zero** 29:15

**zhang** 2,9 2:11 4:16,24 8:10,14,15 9:2 10:10 16:21 17:19 18:13 21:14 29:5 30:13 33:17 56:8 58:3,4 (20)

**zhang's** 30:24 43:25 47:16

**zoom** 15 5:6

**224** 2:7

**338** 23

**900** 16

**1025** 58:24

**1099** 18:7 19:5,7

**1230** 44:5

**2000** 8:24,25

**2012** 8:25 9:1

**2015** 9:4

**2019** 57:11,13,14

**2020** 56:24 57:16,18,25 (4)

**2022** 45:13,15 46:6,10,18 47:6 57:7 (7)

**2023** 29:23,25 30:1,3 56:21 57:5 (6)

**2024** 29:1,22,23 56:21 (4)

**2025** 29:1,22

**2026** 21 59:16,15 60:19 61:20 (5)

**10000** 28:13,14,22 29:11 (4)

**39157** 39157

**39759** 2:39759

**100000** 29:11,11

**6015730961** 24