# EXHIBIT 11

| | |
|---|---|
| **From:** | Howard, Isaac on behalf of Howard, Isaac <ilhoward@cee.msstate.edu> |
| **To:** | Zhang; Li |
| **Subject:** | RE: Family leave on Monday FW: Ch████s After Surgery Visit |
| **Date:** | Sunday, August 22, 2021 9:01:05 AM |

Dr. Zhang, you need to make your own arrangements when you can't teach class at the schedule time. All the best with your son's dentist appointment.

Regards,

Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 19, 2021 3:02 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Family leave on Monday FW: C███████ After Surgery Visit

Dr. Howard,

I will need to bring my kid to his dentist on Monday 230. That is in conflict with CE 3113 from 12:40pm - 01:30pm. Please arrange someone to teach, I will provide PPT, teaching instructions and doctor's visit document to Merri.

Hope you understand.

Thank you!

<< Message: C███████ After Surgery Visit >>

<< OLE Object: Picture (Device Independent Bitmap) >>



LI 001584

| | |
|---|---|
| **From:** | Keith, Jason on behalf of Keith, Jason <keith@bagley.msstate.edu> |
| **To:** | Zhang; Li; Howard; Isaac |
| **Cc:** | Keith; Jason |
| **Subject:** | RE: Thursday CE 4133 |
| **Date:** | Thursday, September 2, 2021 8:07:55 AM |

Li – thanks for your email.

Isaac has given you guidance with some suggested ways that you can make up your missed classes due to these appointments. I would recommend you reschedule these missed class meetings and also be prepared to record them for anyone who cannot attend.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 4:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Thursday CE 4133

Dr. Howard,

That is fairly good enough. I understand you have repeatedly denied my family leave requests to bring my kid with permanent disability to see his doctors.
I hope Dr. Jason would correct Dr. Howard's decisions.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>

LI 001585

**Sent:** Wednesday, September 1, 2021 4:03 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Thursday CE 4133

There is nobody available to teach your class tomorrow - you have options on how to handle your class if you aren't available during class time – this is all I am going to have to say on the matter as I have answered this question multiple times.

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 3:54 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Thursday CE 4133

<< File: CE 4133 Geometric Design_Elements_horizontal_2021.ppt >>

Dr. Howard,
I will appreciate if you can assign someone else to teach tomorrow, to help my family.
Here are the PPTs for Thursday's class. I talked on slide 22 and 23 on Tuesday, promising students to give them examples on Thursday. Let me know if I will need to create the examples. So if you would not mind assigning someone else to starting on 22 page and let me know where he has completed. I will continue the class on the next Tuesday.

If I will not get any feedback from you or any questions, I assume someone else will take care of Thursday's class. Of course, you can reject my request as well.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

LI 001586

| **Designation Notice**<br>**under the Family and Medical Leave Act** | **U.S. Department of Labor**<br>**Wage and Hour Division** |  |

---

**DO NOT SEND TO THE DEPARTMENT OF LABOR.**
**PROVIDE TO EMPLOYEE.**

OMB Control Number: 1235-0003
Expires: 6/30/2023

---

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form is optional, a fully completed Form WH-382 provides employees with the information required by 29 C.F.R. §§ 825.300(d), 825.301, and 825.305(c), which must be provided within five business days of the employer having enough information to determine whether the leave is for an FMLA-qualifying reason. Information about the FMLA may be found on the WHD website at www.dol.gov/agencies/whd/fmla.

## SECTION I - EMPLOYER

The employer is responsible in **all** circumstances for designating leave as FMLA-qualifying and giving notice to the employee. Once an eligible employee communicates a need to take leave for an FMLA-qualifying reason, an employer may not delay designating such leave as FMLA leave, and neither the employee nor the employer may decline FMLA protection for that leave.

Date: 09/03/2021 _____ (mm/dd/yyyy)

From: Mississippi State University _____ (Employer)    To: Li Zhang _____ (Employee)

On 09/01/21 _____ (mm/dd/yyyy) we received your most recent information to support your need for leave due to:
*(Select as appropriate)*

☐ The birth of a child, or placement of a child with you for adoption or foster care, and to bond with the newborn or newly-placed child
☐ Your own serious health condition
☑ The serious health condition of your spouse, child, or parent
☐ A qualifying exigency arising out of the fact that your spouse, child, or parent is on covered active duty or has been notified of an impending call or order to covered active duty with the Armed Forces
☐ A serious injury or illness of a covered servicemember where you are the servicemember's spouse, child, parent, or next of kin *(Military Caregiver Leave)*

**We have reviewed information related to your need for leave under the FMLA along with any supporting documentation provided and decided that your FMLA leave request is:** *(Select as appropriate)*

☑ **Approved.** All leave taken for this reason will be designated as FMLA leave. Go to Section III for more information.

☐ **Not Approved**: *(Select as appropriate)*
   ☐ The FMLA does not apply to your leave request.
   ☐ As of the date the leave is to start, you do not have any FMLA leave available to use.
   ☐ Other _____

☐ **Additional information** is needed to determine if your leave request qualifies as FMLA leave. *(Go to Section II for the specific information needed. If your FMLA leave request is approved and no additional information is needed, go to Section III.)*

## SECTION II – ADDITIONAL INFORMATION NEEDED

We need additional information to determine whether your leave request qualifies under the FMLA. Once we obtain the additional information requested, we will inform you **within 5 business days** if your leave will or will not be designated as FMLA leave and count towards the amount of FMLA leave you have available. **Failure to provide the additional information as requested may result in a denial of your FMLA leave request**.

If you have any questions, please contact: Amy Bostick _____ at 662-325-0497 _____
*(Name of employer FMLA representative)*                    *(Contact information)*

**Incomplete or Insufficient Certification**
The certification you have provided is incomplete and/or insufficient to determine whether the FMLA applies to your leave request. *(Select as applicable)*

☐ The certification provided is incomplete and we are unable to determine whether the FMLA applies to your leave request. *"Incomplete"* means one or more of the applicable entries on the certification have not been completed.

Page 1 of 2                                                Form WH-382, Revised June 2020

LI 001587

**Employee Name:** Li Zhang

☐ The certification provided is insufficient to determine whether the FMLA applies to your leave request. *"Insufficient" means the information provided is vague, unclear, ambiguous or non-responsive.*

***Specify the information needed to make the certification complete and/or sufficient:*** _____

_____

You must provide the requested information no later than *(provide at least 7 calendar days)* _____ *(mm/dd/yyyy),* unless it is not practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

**Second and Third Opinions**

☐ We request that you obtain a (☐ second / ☐ third opinion) medical certification at our expense, and we will provide further details at a later time. *Note: The employee or the employee's family member may be requested to authorize the health care provider to release information pertaining <u>only</u> to the serious health condition at issue.*

### SECTION III – FMLA LEAVE APPROVED

As explained in Section I, your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave and will count against the amount of FMLA leave you have available to use in the applicable 12-month period. The FMLA requires that you notify us as soon as practicable if the dates of scheduled leave change, are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against the total **amount of FMLA leave** you have available to use in the applicable 12-month period: *(Select as appropriate)*

☐ Provided there is no change from your **anticipated FMLA leave schedule**, the following number of hours, days, or weeks will be counted against your leave entitlement: _____ .

◼ Because the leave you will need will be **unscheduled**, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

Please be advised: *(check all that apply)*

☐ **Some or all of your FMLA leave will not be paid.** Any unpaid FMLA leave taken will be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

☐ **Based on your request, some or all of your available paid leave** *(e.g., sick, vacation, PTO)* **will be used during your FMLA leave.** Any paid leave taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

☐ **We are requiring you to use some or all of your available paid leave** *(e.g., sick, vacation, PTO)* **during your FMLA leave.** Any paid leave taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

☐ **Other:** _____
*(e.g., Short- or long-term disability, workers' compensation, state medical leave law, etc.)* Any time taken for this reason will also be designated as FMLA leave and counted against the amount of FMLA leave you have available to use in the applicable 12-month period.

**Return-to-work requirements.** To be restored to work after taking FMLA leave, you (☐ will be / ◼ will not be) required to provide a certification from your health care provider (fitness-for-duty certification) that you are able to resume work. This request for a fitness-for-duty certification is *only* with regard to the particular serious health condition that caused your need for FMLA leave. **If such certification is not timely received, your return to work may be delayed until the certification is provided.**

A list of the essential functions of your position (☐ is / ◼ is not) attached. If attached, the fitness-for-duty certification must address your ability to perform the essential job functions.

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210. **DO NOT SEND THE COMPLETED FORM TO THE DEPARTMENT OF LABOR. EMPLOYEE INFORMATION.**

Form WH-382, Revised June 2020

LI 001588



Post Office Box 1359 | Brandon, MS 39043 | p 601.825.5590 | f 601.825.2618 | www.rcsd.ms

**COVID Close Contacts Parents Letter**
**Notification/Instructions for Close Contacts to COVID-19 in the School Setting (updated 8/3)**

Today's Date:  9/14/21

Dear Parent,

Your child has been identified as a close contact to a case of COVID-19 in the school setting. The current definition of exposure to COVID-19 remains 15 minutes of cumulative contact over a 24 hour period at less than 6 feet. Based on this close contact the following instructions are provided.

Students who are not fully vaccinated and are identified as a close contact should be in quarantine for a full 14 days. There are additional options in the school setting:

- 10-day option – quarantine can end after 10 days if the student has no symptoms during the entire 10-day period, or

- 7 day plus test option – if the student has no symptoms for 7 days and has a negative COVID-19 test result collected on day 5,6 or 7 of the quarantine period, the quarantine can end after 7 days.

MSDH recommends to get tested for COVID-19 following exposure even if you do not have symptoms.  MSDH maintains a list of testing sites on the website at https://msdh.ms.gov/msdhsite/_static?14,21912,420,874.html. (Please let your provider know that he/she has been exposed before they go in for testing.)

You should monitor for symptoms and take your child's temperature twice a day for a minimum of 10 days from your last exposure.  If at any point your child's temperature is 100.°F or more, feel like you are developing fever, or start having any of the symptoms (e.g. fever, cough, shortness of breath), contact your healthcare provider for evaluation and retesting if indicated.

You may receive notification multiple times for one instance of firsthand exposure, as the default setting is to send notifications out for each section an exposed student has on his/her schedule. We want to make sure you are notified, as safety is our top priority.

Date student may return to school: 9/24/21

Centers for Disease Control and Prevention http://www.cdc.gov/coronavirus /2019nCov/index.html

Mississippi State Department of Health https://msdh.ms.gov/msdhsite/_static/14,0,420.html

Jamie Ely, RN

Jamie Ely, RN

Rankin County School District

Nurse Manager

jam513@rcsd.ms

Dr. Sue Townsend
*Superintendent of Education*

LI 001589

## Leave Request ❓

| Doc Nbr : | 657965 |
|---|---|
| Status : | ENROUTE |
| Initiator : | **lz75** |
| Created : | 11:15 PM 09/14/2021 |

## Document and Routing Help

### Document Overview ➕

### Leave Request ➖

**Name**
Li Zhang

**MSU ID**
904-138-878

**Department**
Civil and Environmental Engineering

### Leave Request Type and Time Periods ➖

**Policies and Procedures:** LEAVE/LEAVE WITHOUT PAY (HRM 60-201)

| | 1 |
|---|---|
| **Type** | FMMM |
| **Maj. Med. For** | Child |
| **Hours** | 24 |
| **Beg. Time** | 09/14/2021 08:00 AM |
| **End Time** | 09/20/2021 05:00 PM |

**ROUTING INSTRUCTIONS**
For leave types FMPL, FMPS, FMMM, and MILT, once all departmental approvals have been received, the eForm should be sent to the next recipient group "HRM University Leave Entry" for HANDLING.

### Notes and Attachments ➖

**Add:**
**\* Note Text:**

[ text area ]

**Attach File:**

[ Choose File ] No file chosen

[ Cancel Attachment ]

[ Add ]

1
Time:
09/14/2021 11:22 PM
**Author:**
Zhang, Li
**Note Text:**
Request 24 hours for 9/16, 9/17, and 9/20 to take care of the permanently disabled kid quarantine at home
**Attached File:**
Ch██████ Close contact and0914 .pdf

true 📄 Ch██████ Close contact and0914 .pdf    (1 MB, application/pdf)

**Send To:**

[ ] 🔍

[ Send ]

LI 001590

**2**
**Time:**
09/14/2021 11:26 PM
**Author:**
Zhang, Li
**Note Text:**
HR approval
**Attached File:**
Zhang, Li - Son - 9.1.2021-12.1.2021.pdf

true [PDF] Zhang, Li - Son - 9.1.2021-12.1.2021.pdf    (258 KB, application/pdf)

**Send To:**

[  ] [🔍]

[ Send ]

**3**
**Time:**
09/14/2021 11:26 PM
**Author:**
Zhang, Li
**Note Text:**
The medical certificate
**Attached File:**
CZ FMLA-dated.pdf

true [PDF] CZ FMLA-dated.pdf   (519 KB, application/pdf)

**Send To:**

[  ] [🔍]

[ Send ]

**Route Log** —

| Title | Leave Request - Application for Leave | Doc Id | 657965 |
|---|---|---|---|
| Type | Leave Request | Created | 11:15 PM 09/14/2021 |
| Initiator | Zhang, Li | Last Modified | 11:28 PM 09/14/2021 |
| Route Status | ENROUTE | Last Approved | |
| Node(s) | Adhoc Routing | Finalized | |

**Actions Taken**

| Taken By | Time/Date | Action |
|---|---|---|
| Zhang, Li | 11:28 PM 09/14/2021 | 1 Initiated |

**Pending Action Requests**

| Requested Of | Request | Time/Date |
|---|---|---|
| Howard, Isaac | Approve | 11:28 PM 09/14/2021 |

[ Close ]

LI 001591



| Preferences | Action List | eForms Search | Help |

**Welcome, lz75**

## Document Search ❓

| Document Number: | |
| --- | --- |

**OR**

| Document Type: | Leave Request ▼ |
| --- | --- |
| Initiator: | lz75 🔍 |
| Document Id: | |
| Date Created From: | 06/16/2021 📅 |
| Date Created To: | 09/16/2021 📅 |
| Route Status: | ○ Finished ○ In Progress ⦿ All |

**Search**

4 items retrieved, displaying all items.

| Document Id | Document Type | Title | Status | Initiator | Date Created | Action Requested | Requested Of | Requested From | Activity Date | Route Log |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 657965 | Leave Request | Leave Request - Application for Leave | ENROUTE | Zhang, Li | 09/14/2021 11:15 PM | Approved | Zhang, Li | Howard, Isaac | 2021-09-14 23:28:35.0 | 📄 |
| 656096 | Leave Request | Leave Request - Application for Leave | ENROUTE | Zhang, Li | 09/07/2021 08:44 AM | Handled | Kilpatrick, Merri | HRM University Leave Entry | 2021-09-10 14:43:48.0 | 📄 |
| 655359 | Leave Request | Leave Request - Application for Leave | DISAPPROVED | Zhang, Li | 09/01/2021 11:26 PM | Approved | Zhang, Li | Kilpatrick, Merri | 2021-09-01 23:39:44.0 | 📄 |
| 655089 | Leave Request | Leave Request - Application for Leave | ENROUTE | Zhang, Li | 09/01/2021 10:07 AM | Resubmit | Howard, Isaac | Zhang, Li | 2021-09-01 14:25:25.0 | 📄 |

MSU eForms Version 2.6.0.0.21.5.1

Copyright © 2005-2021 The Kuali Foundation. All rights reserved.

Portions of Kuali are copyrighted by other parties as described in the Acknowledgments screen.

LI 001592

| | |
|---|---|
| **From:** | MSU eForms on behalf of MSU eForms <null-address@msstate.edu> |
| **To:** | Zhang; Li |
| **Subject:** | Leave Request - Application for Leave - 657965 has been approved by Isaac Howard |
| **Date:** | Friday, September 17, 2021 9:37:29 AM |

Document ID: 657965

Initiator: Li Zhang

Initiated: September 14, 2021 11:15 PM

Title: Leave Request - Application for Leave

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

LI 001593

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Corey; Leslie |
| **Cc:** | Bostick; Amy; Howard; Isaac; Kilpatrick; Merri |
| **Subject:** | FW: Close contact and |
| **Date:** | Thursday, September 16, 2021 9:02:00 AM |
| **Attachments:** | COVID close contact.pdf |
| | status0916.pdf |
| | Leave Request0914.pdf |
| | Zhang, Li - Son - 9.1.2021-12.1.2021.pdf |

Dear Director Corey and Amy

Thanks for Amy's **Notice** of my FMMA. I will appreciate if Director Corey would request my Interim director Dr. Howard either approval or disapprove my leave days without delaying. His delay after my request days effectively denied my family medical leave request. I need those three days to take care of my permanently disabled kid staying at home. If Dr. Howard approves, then please assign a replace teacher for those days. If no approval, reasons for disapproval will be greatly appreciated.


Thank you.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Zhang, Li
**Sent:** Tuesday, September 14, 2021 11:15 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>

LI 001594

**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Close contact and

Dear Dr. Howard,

See the email. I was just informed that my kid need to be quarantined. Unfortunately, today, I took care of him most of the afternoon and have a very close contact with him for over 6 hours. In this case, what is the protocol at MSU I should follow?

Specifically, I will appreciate if you could answer my questions below as soon as you could:

1. I have 70+ student classes on M/W/F, would I still keep face to face teaching or should I switch to online teaching?
2. Should I be quarantined at my home until the days in the letter are cleared?
3. Could I come to my office, if I will need to provide face to face teaching AND don't need to quarantined at my home.
4. Depending on what will happen in coming days, you may want to arrange the replacement teachers for CE 4133 and CE 3113, from Thursday to the next Monday, to be the least. I will do an online teaching tomorrow for CE 3113, to give you time to make that arrangement. I believe the FMLA will cover my time in taking care of the permanently disabled kid staying at home: He could not attend school nor his ABA sessions. Would you let me know if you could make this arrangement?

To give you more information, my kid has not been able to wear masks at all at any settings due to his disabilities. There is a high risk he might have be exposed to the virus already. I could not tell that for sure unless we get tested. We will get our family tested tomorrow and let you know. We might show false negative since the virus might take some time to be shown in the tests.

I will have to stay at my home until he can be back to school and his ABA therapy. I should be able to do some research work at home after he sleep and when my wife could be able to keep her eyes on him occasionally. Most of time during the day, I will have to keep my eyes on him if he stays at home.

Here is a good news to all my students and CEE faculty, I left home on Sunday afternoon and we don't have any symptoms so far, So everyone I have contacted at MSU should be safe.

Thank you!

LI 001595

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Kara Killough <kara.killough@rcsd.ms>
**Sent:** Tuesday, September 14, 2021 6:51 PM
**To:** Margaret Akers <mar503@rcsd.ms>
**Cc:** Lay, Jill <jil502@rcsd.ms>; Janifer Page <jan507@rcsd.ms>
**Subject:** Close contact

Good evening!

Per our phone call this evening, your child has been identified as a close contact to a positive COVID 19 case. The letter below describes the protocol for a close contact. I will have our school nurse, Nurse Page, give you a call to set up a drive through testing on Monday as long as your child remains symptom free. If that rapid test is negative, your child can return to school on Tuesday, 9/21.

Mrs. Akers will be working with you on assignments that your child can do while at home. If you have any questions, please feel free to reach out to us. We are happy to help!

Thank you for your understanding and cooperation during this time.
Have a good evening!

**Rankin County School District**

**Mission: B**ring **E**veryone's **S**trengths **T**ogether! We will all intentionally focus on empowering our students to reach their maximum potential by embracing opportunities and challenges while cultivating a tradition of distinction in education.

LI 001596

**Vision:** Continue a tradition of excellence by providing a world-class education that empowers all to grow through curiosity, discovery, and learning.

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error.

LI 001597

| From: | Zhang, Li |
| --- | --- |
| To: | Howard; Isaac; Ermagun; Alireza |
| Subject: | RE: WebEx class today |
| Date: | Saturday, September 18, 2021 8:26:00 PM |

At this point, I have taken care of everything except Monday's test. I can email Dr. Ermagun test and test instructions. It does not necessarily have to be Dr. Ermagun, if someone could proctor the test, that is all I need.



---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, September 18, 2021 9:55 AM
**To:** Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** FW: WebEx class today

Dr. Ermagun, I would appreciate any help you can provide Dr. Zhang with his classes in the short term. I realize the difficulty of adding tasks with little notice and understand whatever capacity you are available, if any.

Thank you,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 15, 2021 10:27 AM
**To:** ce3113-01.fall2021@courses.msstate.edu
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** WebEx class today

Dear all,

I am sorry to inform you that we will have to switch our class to WebEx online. Please login Canvas, click ?Cisco WebEx?, and the list of sessions will be there. Select today's class, and click ?Start?.
Last night, I got an email from my kid's school he has been close contact with someone with positive and should be kept at home at least until the next Monday. Our family assume he have been exposed to COVID already, Due to his medical condition, he could not wear a mask at school. The classes affected include at least today, Friday and Monday, even if my kid is

LI 001598

cleared from  positive. Dr. Isaac is evaluating options we are having and we will let you know about Friday and Monday's classes.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

LI 001599

| | |
|---|---|
| **From:** | Keith, Jason on behalf of Keith, Jason <keith@bagley.msstate.edu> |
| **To:** | Howard; Isaac |
| **Cc:** | Ermagun; Alireza; Zhang; Li |
| **Subject:** | Re: WebEx class today |
| **Date:** | Saturday, September 18, 2021 10:23:48 AM |
| **Attachments:** | ATT89333.jpg |

Thanks everyone and I hope your son stays healthy, Li.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Sep 18, 2021, at 9:55 AM, Howard, Isaac <ilhoward@cee.msstate.edu>
wrote:

Dr. Ermagun, I would appreciate any help you can provide Dr. Zhang with his classes in
the short term.  I realize the difficulty of adding tasks with little notice and understand
whatever capacity you are available, if any.

Thank you,
Isaac

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 15, 2021 10:27 AM
**To:** ce3113-01.fall2021@courses.msstate.edu
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** WebEx class today

Dear all,

I am sorry to inform you that we will have to switch our class to WebEx online. Please
login Canvas, click "Cisco WebEx", and the list of sessions will be there. Select today's
class, and click "Start".
Last night, I got an email from my kid's school he has been close contact with someone
with positive and should be kept at home at least until the next Monday. Our family
assume he have been exposed to COVID already, Due to his medical condition, he could
not wear a mask at school. The classes affected include at least today, Friday and
Monday, even if my kid is cleared from  positive. Dr. Isaac is evaluating options we are

LI 001600

having and we will let you know about Friday and Monday's classes.

Thank you!


<Picture (Device Independent Bitmap) 1.jpg>

LI 001601

| | |
|---|---|
| **From:** | Howard, Isaac on behalf of Howard, Isaac <ilhoward@cee.msstate.edu> |
| **To:** | Zhang; Li; Keith; Jason |
| **Cc:** | Shaw; David; Kilpatrick; Merri |
| **Subject:** | RE: Update on your decision |
| **Date:** | Sunday, August 22, 2021 8:57:48 AM |

Dr. Zhang, please make your own arrangements for your classes when you are going to be unable to be there. You can also record your lectures and post them for students, have out of class assignments…

I need to be in Nashville for MSU business next week and I will be making my own arrangements for the two classes I am teaching this semester while also continuing research commitments, working with graduate students, serving as interim school head, and continuing to work on the transition to Rula Hall.  I am aware this is a difficult time for CEE, and I appreciate your cooperation and support.

All the best with your eye procedures.

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, August 16, 2021 7:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** RE: Update on your decision

Thanks! I will work with Merri on TA/grader. As for changing the class time, I understand you think there are too many complications at this stage, I understand that. There are too many complications for late information about your decision too. Instead of planning helping the classes long before  the Fall starts today. Here are one example of complications:

My right eye surgery on Sept 1., surgery follow up visits on sept. 2,
My left eye surgery on Sept 8., surgery follow up visits on sept. 9,

I will provide Merri doctor's excuses letter after the surgery. Depending on surgeries go, I may get more excuses days from doctors.

Please arrange instructor for the classes, I will have instructions such as PPT, example problems, etc. for the instructor to teach.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
```

LI 001602

| From: | Zhang, Li |
|---|---|
| To: | Howard; Isaac; Kilpatrick; Merri |
| Subject: | Reminder of my eye surgeries and My son"s ADHD evaluation |
| Date: | Thursday, August 26, 2021 10:13:00 AM |

Dr. Howard,

This is the reminder of my eye surgeries and my son's ADHD evaluations. I would like to take 5 hours medical leave on September 1 from 10-5 and on day family leave on September 2. Please have someone teaching my classes. Again, I will provide PPTs and instructions. Merri, do I need to submit medical/family leave form?

Thank you!



LI 001603

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Howard; Isaac |
| **Cc:** | Kilpatrick; Merri |
| **Subject:** | RE: Family leave on Monday FW: Ch███s After Surgery Visit |
| **Date:** | Monday, August 30, 2021 1:03:00 AM |
| **Attachments:** | CZ FMLA.pdf |
| | leaveSeptermber_LZ_2021.pdf |
| | MedicalCertification_Zhang_20210830eye surgeries.pdf |

Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses: ▢ ▢ ▢

9/1: 3113
9/2: 4133

9/8: 3113
9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment, depending on how the surgery goes on 9/8.


I am sure I will send you more information about dates, classes, and time slots, for me to care my son when he needs my care on some days. The doctor's certification is from September 1 to December 1.

Let me know if I have completed all the paperwork I will need to submit. For my surgery, I will get the doctor's signature at the first surgery on 9/1.


Thank you!





_____

**From:** Zhang, Li
**Sent:** Sunday, August 22, 2021 10:20 PM

LI 001604

Dr. Zhang,

We do not accept paper forms anymore.  You will need to submit through Eforms.  Please attach your documents there.

Thanks,

Merri

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Family medical leave and my Medical leave for Surgeries

<< File: MedicalCertification_Zhang_20210901eye surgeries.pdf >>  << File: leaveSeptermber_LZ_2021_0901.pdf >>  << File: CZ FMLA.pdf >>

Dr. Howard,

Since you have not replied my requests, I rescheduled my eye surgery appointments late yesterday. I wish myself will not have any accidents between now and the surgeries in October.
Also there are new issues coming up and I will need to take C███████ to Memphis on Friday. I made the changes of the forms and correct one error for signature and made a few changes.

Here is summary of updates for C███████

9/2: ADHD evaluation in UMC
9/3 Child development appointment in Memphis

Here is my surgeries re-scheduled
10/4 my eye surgery
10/5 after surgery exam
10/11 my eye surgery
10/12 after surgery exam

LI 001605

Here is the summary of classes need to be assigned to other professors:
9/1 CE 4133
9/2, 10/4, 10/5  CE 3113

I hope I can teach classes on 10/5 and 10/12, that depends on how surgeries go. I am assuming everything will be fine.

I will send you PPTs and instructions for 9/2 and 9/3 later. Your timely respond will be greatly appreciated.


Thank you!

Li


<< OLE Object: Picture (Device Independent Bitmap) >>


_____

**From:** Zhang, Li
**Sent:** Monday, August 30, 2021 1:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: █████████ After Surgery Visit


Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses: << File: MedicalCertification_Zhang_20210830eye surgeries.pdf >>  << File: leaveSeptermber_LZ_2021.pdf >>  << File: CZ FMLA.pdf >>

9/1: 3113
9/2: 4133

9/8: 3113
9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment,

LI 001606

| From: | Howard, Isaac on behalf of Howard, Isaac <ilhoward@cee.msstate.edu> |
|---|---|
| To: | Kilpatrick; Merri; Zhang; Li |
| Subject: | RE: Family medical leave and my Medical leave for Surgeries |
| Date: | Wednesday, September 1, 2021 3:24:48 PM |

Thank you Merri for the clarification.

---

**From:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>

**Sent:** Wednesday, September 1, 2021 2:54 PM

**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>

**Subject:** RE: Family medical leave and my Medical leave for Surgeries

I need that form I sent you returned to me signed so I can then get approval from HRM for your FMLA. That isn't something Dr. Howard can approve.

Once I receive approval from HRM you will receive it and will need to upload it along with your other documents into the Eform. Without that approval you cannot claim FMLA leave.

Thanks,

Merri

---

**From:** Zhang, Li

**Sent:** Wednesday, September 1, 2021 2:42 PM

**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>

**Subject:** FW: Family medical leave and my Medical leave for Surgeries

The second email requesting your approval.

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Zhang, Li

**Sent:** Wednesday, September 1, 2021 9:06 AM

LI 001607

| | |
|---|---|
| **From:** | MSU eForms on behalf of MSU eForms <null-address@msstate.edu> |
| **To:** | Zhang; Li |
| **Subject:** | Leave Request - Application for Leave - 656096 has been approved by Isaac Howard |
| **Date:** | Friday, September 10, 2021 2:40:06 PM |

Document ID: 656096

Initiator: Li Zhang

Initiated: September 07, 2021 08:44 AM

Title: Leave Request - Application for Leave

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

LI 001608

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Howard; Isaac; Kilpatrick; Merri |
| **Subject:** | Class on Tuesday |
| **Date:** | Monday, September 13, 2021 4:49:00 AM |
| **Attachments:** | Leave Requestapproved 0907.pdf |

Dr. Howard,

Since you have approved the family medical leave. I will appreciate if you can arrange someone to teach CE 4133 from 1110 to 1225. Thank you



LI 001609

| | |
|---|---|
| **From:** | Keith, Jason on behalf of Keith, Jason <keith@bagley.msstate.edu> |
| **To:** | Zhang; Li; Howard; Isaac |
| **Cc:** | Shaw; David; Corey; Leslie; Lucas; Joan; Keith; Jason |
| **Subject:** | RE: My Mom and my Travel - Li Zhang |
| **Date:** | Friday, September 1, 2023 2:02:03 PM |

Li, thank you. Dr. Howard and I would approve leave without pay for whatever period of time that you need to go to China for your mother's burial.

We will also be glad to review and work with you to seek approval on a flexwork arrangement for 3 days in Starkville and 2 days in Jackson.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 10:27 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Keith,

Thanks for your email. That clarify some of my questions. So there are two cases, my travel and then my regular hours during the reminder of the semester.
For my travel, if leave without pay is the option I only have I will take that. Would you and Dr. Howard say you would (or would) have problem with my leave without pay before planning the trip? I will start planning the trip once I got your words. Once I have made reservations, I will complete the leave without pay form which requires the start and end date.

For me to put the irregular hours in flexible work hours in my last night email, that is only intended for me to make hours for my travel only. I believe I have got the order to make up hours in any case. If that would not be the case, I don't need to file that flexible form at all

LI 001610

since I will not work.

Back to my regular hours in the reminder of the semester (and from the start of the semester). I emailed Dr. Howard and Merry on the first day of work (August 16). Thanks for his reply and he does not have problem with that.  That is three days working at office in Rola and two days working at Jackson area. I will formalize that with flexible work form.  I did spot an remote work option in the form that will give me the flexibility of working at Jackson area and come back to campus as needed (for example, meetings etc.) Will Dr. Howard and Dr. Keith consider that remote work option?

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 9:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Li, let me try to outline the situation.

MSU operating policy HR 60.311 states that ?the standard workweek begins at 12:01am on Sunday and ends at 12:00 midnight on the following Saturday.?

LI 001611

If you are going to be gone to China for two weeks for travel (which you stated you would not do any MSU work), you needs to submit leave without pay for that time.

I have no problem with looking at a flexible work schedule for you during the remainder of the semester. Since you are working partially (or is it fully?) out of your home in Jackson area, you need to accurately reflect this in a flexwork / remote work agreement. Personally, I am also okay if some of this time does not fall into the regular 8am-5pm workday. It does appear that most of your work can be accomplished in the 8am-5pm time period. In fact, the flexwork form you submitted generally has work times from 630am-530pm with slightly different start and end dates. Provided you work 40 hours for the week, and if you regularly stay in touch with your graduate students or other people you collaborate with each week, I believe that you, Dr. Howard and I can reach an agreement to submit to our vice president's office.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:50 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Director Corey,

Thanks for your reply. So there are two cases, if I make up my time and I will be limited to work 8-5, M-F. How can I make up my time?

If I take leave without pay, do you have a leave without pay form? The form I got is for work hours. It might be better for me to file my leave without pay paperwork after I make the reservation.

LI 001612

Again, back to my point, I would like to get an clear answer to say yes or no to that I can go ahead to make travel plan. I also like to make sure my travel with/without pay would not be something unfavorable to me in the future.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Friday, September 1, 2023 9:34 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Zhang,

Yes, you must make up your time when you travel to China, or you must take leave without pay.

Leslie

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:31 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

In this case, can I get firm answer that do I need to make up my time for the two week travel (10 days)?

LI 001613

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 9:26 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning, everyone. I am attaching correspondence I had with Dr. Zhang on Nov 3, 2021, and again on May 3, 2022, in regards to MSU policies. Again, in situations where there are short term leave a faculty is expected to find a guest lecturer or make other arrangements to teach their course. There are situations where a faculty has an extended leave and different arrangements are made with the department head to change the % effort for teaching, research and service.

<< Message: more on AOP 13.03  >>
<< Message: FW: ADA Care Giver and Family Leave documentations >>
Regards,

Jason
Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:08 AM

LI 001614

**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning,

I am confused. If I do 8AM-5PM I will violate Dr. Keith's order that any hour I spent on sick leave or my caregiver leave I will have to make up during after hours or weekends. For my personal leave, with/without pay, I should follow Dr. Keith's instructions as well.  If I will follow this, I will not have time to make up the time to deal with my travel to China for my Mom's events.

Dr. Keith and Director Coley, would you please discuss this and let me know if I need and how I make up the hours.

Thank you!

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
```
https://www.cee.msstate.edu/people/faculty/li-zhang/
```
Tel.: 662-325-9838
Fax: 662-325-7189
```

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Friday, September 1, 2023 8:22 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning Dr. Zhang:

Please redo the Flexwork Agreement Form requesting to work 8:00AM-5:00PM Monday – Friday and re-submit it to Dr. Howard. As an exempt employee you are paid to work 40 hours

LI 001615

per week.

Please let me know if you have questions.

Thank you,
Leslie


**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 7:13 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>;
Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: My Mom and my Travel - Li Zhang


This is not in line with MSU policies. Someone will need to explain this to him.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 31, 2023 9:09 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang


Director Corely,

Thanks for your patient. Dr. Howard, please see if this is good for you to sign.

<< File: Flexform_Fall 2023_Li Zhang.pdf >>

LI 001616

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Thursday, August 31, 2023 4:46 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Zhang:

As I stated in the email below, as a nine-month faculty member, you do not accrue personal leave. You do not qualify for medical leave or FMLA to travel to China. To travel to China, you must complete the flexwork form and forward to Dr. Howard to review and approve. He will forward to Drs. Keith and Shaw for approval. Once the request has been approved, Dr. Howard will notify you.

Thank you,
Leslie

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 31, 2023 4:26 PM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Director Corey,

LI 001617

I have looked at the form for a few times and still have not figure out if the form might not be the form for the travel for my Mom's decease. Please clarify me that the form is just for my travel for my Mom or my semester wide flexible work locations/remote work form.

If that form is for my travel to China, I will fill in soon, even Dr. Howard have not got any chance to talk to me.

Basically, I would like to have a clear yes or no to travel to China for my Mom. If you would minding doing that, I can start/stop my travel planning.
Again, travelling with a special need kid is not the easiest thing to me to plan on a 16 hour flight with additional stops and flights. Your earliest yes/no confirmation will help my planning.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Tuesday, August 29, 2023 5:17 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: My Mom and my Travel - Li Zhang

Hello Dr. Zhang:

I am following up with you about your request to travel to China. As a nine-month faculty member, you do not accrue personal leave. You do not qualify for medical leave or FMLA to travel to China.

LI 001618

Please complete the Flexwork Arrangement Form below and send it to Dr. Howard to review and approve. This is required for all employees that are not physically working on campus.

https://www.hrm.msstate.edu/forms/flexwork-arrangement-form

Please let me know if you have questions or need additional help.

Leslie

Amy,

Do you know what is the MSU policies for my travel for my family business like this? What is the paperwork I will need to do? I would need to get the approval first before I can plan my trip.

Thanks

**Li Zhang, Ph.D., P.E., F. ASCE. F. ITE**
**Professor of Transportation Engineering**

_____
**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, August 8, 2023 9:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel

Dr. Zhang,

I am sorry to hear about the loss of your mother. Speaking only for me, any travel that meets MSU HR and travel policies would be supported by me for this fall.

Regards,
Isaac

LI 001619

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, July 25, 2023 9:41 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** My Mom and my Travel

Dr. Howard, My Mom passed away in China during the past weekend. My sister and brother took care of her: she was cremated but has not been buried yet. Since I have a special need kid and there are other factors, planning an international trip to attend my mother's funereal activities with my family would not be easy. My estimation of the earliest time for my family to be in China would be in October. My question to you is, will you approve my travel for my family business between October and December? I am planning to stay in China in 15-20 days (including weekends), or 2-3 weeks. Your approval for my travel will be greatly appreciated for me to plan the trip ahead.

Thank you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

LI 001620

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Howard; Isaac; Morrison; Julia; Keith; Jason; Corey; Leslie; Kilpatrick; Merri |
| **Cc:** | Reeves; Kari; Green; Robert |
| **Subject:** | RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October |
| **Date:** | Monday, October 9, 2023 9:43:00 AM |

Dr. howard

Thanks for yout aapval.  Understand the full paper work may not finish soon. If so, do I need to bring ███ to work tomorrow as I planned?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, October 8, 2023 6:37 PM
**To:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

I just approved the eforms.

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Sunday, October 8, 2023 6:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** Re: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Apologies all. Dr. Howard asked me a question about leave approval last week, but I failed to answer him and provide the instructions needed, as I was out on leave with my child who had the flu.

LI 001621

Dr. Zhang, your leave request for Monday and Tuesday is will be approved. Please forgive my error in not replying to your department in a timely manner given my own leave.

Thanks,
Julia

Get Outlook for iOS

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Sunday, October 8, 2023 7:21:39 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Dear all,

I regret to say I have to send out this email.

I have followed Dr. Howard's instructions and submitted a leave request on October 3. During the last few days, I have checked the eforms at least three times and checked my email several times, and there has been no word from Dr. Howard about my leave request to be a caregiver on 10/9 and 10/11. Dr. Howard's deliberate no-approval of my leave request has made my caregiver's responsibilities extremely hard. His action is consistent with what he has done to use the leave request as a weapon to retaliate and discriminate against me.

I have to change my family weekend plan and bring my kids to Starkville. Without leave approval, I will bring C█████ to my office around 7 AM and work as much as possible while caring for him. I will have to leave my office around 11 AM and drive him to the health care facility tomorrow in Jackson before 1 AM. I will also work at MLC in Jackson from 110-450 PM as well. After that, I will drive him back to Starkville and repeat the same schedule on October 10, the Tuesday.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189

LI 001622

Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, October 6, 2023 3:16 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** Re: October and November Family Medical leaves

Dr. Keith,

My apology for my question and I will not this question again.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, October 6, 2023 11:24 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

Li, you do not have any teaching this semester. So, your question is not relevant.

However, I would like to remind you that you asked these questions a few times and we answered them almost to the date two years ago.

Faculty have a responsibility to provide an appropriate experience to students enrolled in classes

LI 001623

they teach. For accreditation, we are required to satisfy a certain amount of contact hours (for example, a 3 credit hour course is 45 contact hours).  When faculty are out on travel or leave, it makes sense that they should identify guest lecturers for their courses or find other ways to make up the course content, such as exam review sessions. If there is a large catastrophic case an alternative solution may be needed, which would require a discussion with your supervisor.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, October 6, 2023 9:00 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

Dr. Keith,

Would you clarify if I would have class in those days, do I need to make up the class by myself, or should Dr. Howard assign another instructor?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Saturday, September 30, 2023 2:34 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>

LI 001624

**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

Let me once again clarify this. Li, if you are on short medical leave such as this, you are not required to make up those hours. As an example, if you are on 16 hours of medical leave for Oct 9/10 you only need to work 24 hours the rest of that week.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, September 30, 2023 2:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: October and November Family Medical leaves

Dr. Zhang,

Medical leave and any associated medical forms are sent through e-forms for evaluation.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, September 26, 2023 3:27 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** October and November Family Medical leaves

Dr. Howard,

Please see the attached medical forms. Here is the summary:
1. I will need to take my workday off on October 9-10.
2. I will also need to be a caregiver on 12:30-1:10PM and after 430PM on October 11. So, my work hours are 720AM-1220PM, 110-450PM October 11-13, totaled 26 hours in the week. According to Dean's instruction, I will make up another 14 hours due to my caregiver leaves. I will work 7 more hours on September 28 and 29 and work 7 more hours on October 5 and 6.
3. I will need to take two days off on November 20 and 21. According to Dean's instruction, I will make up another 16 hours due to my caregiver leaves. I will work 6 more hours over the first

LI 001625

three weeks in November, no less than 16 additional hours in those weeks.

Please let me know if you have any questions and/or need anything else to get approved. Once you approve the leaves, Merri, would you please start the paperwork?


Thanks


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

LI 001626

| From: | Zhang, Li |
|---|---|
| To: | Morrison; Julia; Howard; Isaac |
| Cc: | Reaves; Vanessa |
| Subject: | Re: Leave Request Follow Up |
| Date: | Monday, December 11, 2023 9:40:44 AM |

Julia,

Great, thank you so much!

Dr. Howard, I will not come this week and I will come one day the next week to say happy holidays to anyone who will still be in the office.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Monday, December 11, 2023 9:19 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reaves, Vanessa <vreaves@hrm.msstate.edu>
**Subject:** RE: Leave Request Follow Up

Hi Dr. Zhang,

Nine-month faculty are not required to come to campus following graduation, as such you do not need to return to campus this week or next week. Please continue to check your email and follow any instructions given to you by your chain of command.

Thanks,
Julia

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, December 11, 2023 8:12 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Reaves, Vanessa <vreaves@hrm.msstate.edu>
**Subject:** RE: Leave Request Follow Up

Dr. Zhang,

LI 001627

Please follow human resources guidance regarding human resources related matters.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, December 11, 2023 6:28 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Reaves, Vanessa <vreaves@hrm.msstate.edu>
**Subject:** RE: Leave Request Follow Up

Dr. Howard,

Thanks. Can I also interpret the as I don't need to come to office to work in the rest of the semester since there is no class in session?

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, December 9, 2023 7:56 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Reaves, Vanessa <vreaves@hrm.msstate.edu>
**Subject:** Re: Leave Request Follow Up

There is no difference in direction- please follow Human Resources instructions.

Sent from my iPhone

On Dec 9, 2023, at 4:27 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

Julia,

Thank you for your clear direction. I got a different direction from Dr. Howard, asking

LI 001628

me resubmission.

Dr. Howard, what should I change in my resubmission?

Thank you all.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Friday, December 8, 2023 3:13 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reaves, Vanessa <vreaves@hrm.msstate.edu>
**Subject:** Leave Request Follow Up

Hi Dr. Zhang,

I noticed in the system that you have a pending leave request for January 2-5. Since you are a nine-month faculty member and classes are not in session during these days, you are not required to put in leave for January 2-5. Please withdraw your leave request and do what you need to do on those dates. Once the regular semester begins on January 16, you will be expected to request leave for any dates that you will be unable to work.

Thanks,
Julia

Julia Morrison, PHR
Senior Generalist, Human Resources Management
**Mississippi State University**
237 McArthur Hall
245 Barr Avenue
P O Box 9603
Mississippi State, MS  39762
jmorrison@hrm.msstate.edu
662.325.5112

LI 001629

&lt;Leave Request - 903117 sent to Li Zhang by Isaac Howard for resubmit.pdf&gt;

LI 001630

| **From:** | MSU eForms on behalf of MSU eForms <null-address@msstate.edu> |
| **To:** | Zhang; Li |
| **Subject:** | Leave Request - 903117 sent to Li Zhang by Isaac Howard for resubmit |
| **Date:** | Friday, December 8, 2023 1:51:12 PM |

Document ID:    903117

Initiator: Zhang, Li

Initiated: December 04, 2023 11:23 AM

Title: Leave Request

Action Requested:  resubmit

To access this eForm, login to myState(my.msstate.edu), click eForms in the Navigation Menu, and click "action list".

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

LI 001631

| | |
|---|---|
| **From:** | MSU eForms on behalf of MSU eForms <null-address@msstate.edu> |
| **To:** | Zhang; Li |
| **Subject:** | Leave Request - 922450 sent to you for acknowledgement of a disapproval |
| **Date:** | Saturday, February 3, 2024 2:25:48 PM |

Document ID:   922450

Initiator: Zhang, Li

Initiated: January 31, 2024 09:52 AM

Title: Leave Request

Action Requested:  acknowledgement of a disapproval

To access this eForm, login to myState(my.msstate.edu), click eForms in the Navigation Menu, and click "action list".

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

LI 001632

| From: | Zhang, Li |
|---|---|
| To: | Howard; Isaac |
| Subject: | Re: Leave Request - 922450 sent to Isaac Howard by Li Zhang for approval |
| Date: | Monday, February 5, 2024 7:09:45 AM |

Dr. Howard,

Thank you for letting me know. Like many decisions you made in denning my FMLA, I respectively disagree with your this denning my FMLA request as well.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, February 3, 2024 2:24 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** FW: Leave Request - 922450 sent to Isaac Howard by Li Zhang for approval

Dr. Zhang,

I received your leave request for March 11 through March 15. That week is spring break for the university. As such, the department does not require nine-month faculty to take leave when classes are not in session. I will be denying your leave request because it is not necessary due to spring break. If you have questions or concerns, please let me know.

Regards,
Isaac

-----Original Message-----
From: MSU eForms <null-address@msstate.edu>
Sent: Wednesday, January 31, 2024 9:57 AM
To: Howard, Isaac <ilhoward@cee.msstate.edu>
Subject: Leave Request - 922450 sent to Isaac Howard by Li Zhang for approval

Document ID:    922450

Initiator: Zhang, Li

Initiated: January 31, 2024 09:52 AM

LI 001633

Title: Leave Request

Action Requested:  approval

To access this eForm, login to myState(my.msstate.edu), click eForms in the Navigation Menu, and click "action list".

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

LI 001634