# EXHIBIT 13

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Friday, October 6, 2023 3:16 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]; Morrison, Julia [jmorrison@hrm.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Kilpatrick, Merri [kilpatrick@cee.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** Re: October and November Family Medical leaves

Dr. Keith,

My apology for my question and I will not this question again.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, October 6, 2023 11:24 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

MSU217073

Li, you do not have any teaching this semester. So, your question is not relevant.

However, I would like to remind you that you asked these questions a few times and we answered them almost to the date two years ago.

Faculty have a responsibility to provide an appropriate experience to students enrolled in classes they teach. For accreditation, we are required to satisfy a certain amount of contact hours (for example, a 3 credit hour course is 45 contact hours). When faculty are out on travel or leave, it makes sense that they should identify guest lecturers for their courses or find other ways to make up the course content, such as exam review sessions. If there is a large catastrophic case an alternative solution may be needed, which would require a discussion with your supervisor.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, October 6, 2023 9:00 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

Dr. Keith,

Would you clarify if I would have class in those days, do I need to make up the class by myself, or should Dr. Howard assign another instructor?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**MSU217074**

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Saturday, September 30, 2023 2:34 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves

Let me once again clarify this. Li, if you are on short medical leave such as this, you are not required to make up those hours. As an example, if you are on 16 hours of medical leave for Oct 9/10 you only need to work 24 hours the rest of that week.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, September 30, 2023 2:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: October and November Family Medical leaves

Dr. Zhang,

Medical leave and any associated medical forms are sent through e-forms for evaluation.

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, September 26, 2023 3:27 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** October and November Family Medical leaves

Dr. Howard,

Please see the attached medical forms. Here is the summary:
1. I will need to take my workday off on October 9-10.
2. I will also need to be a caregiver on 12:30-1:10PM and after 430PM on October 11. So, my work hours are 720AM-1220PM, 110-450PM October 11-13, totaled 26 hours in the week. According

**MSU217075**

to Dean's instruction, I will make up another 14 hours due to my caregiver leaves. I will work 7 more hours on September 28 and 29 and work 7 more hours on October 5 and 6.

3. I will need to take two days off on November 20 and 21. According to Dean's instruction, I will make up another 16 hours due to my caregiver leaves. I will work 6 more hours over the first three weeks in November, no less than 16 additional hours in those weeks.

Please let me know if you have any questions and/or need anything else to get approved. Once you approve the leaves, Merri, would you please start the paperwork?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU217076