# EXHIBIT 14

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Wednesday, October 20, 2021 10:47 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** CE 3113 Class this Friday

Dr. Howard,
Ali informed me he would cover the travel modelling chapter in the next two, maybe three sessions. So we leave this Friday to be blank. Please instruct me one way or the other how I told the students about this Friday.

Thanks

-----Original Message-----
From: Keith, Jason <keith@bagley.msstate.edu>
Sent: Monday, October 18, 2021 2:37 PM
To: Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

If we have time we can discuss your other topics

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair Bagley College of Engineering Mississippi State University

-----Original Message-----
From: Zhang, Li
Sent: Monday, October 18, 2021 10:21 AM
To: Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Dr. Keitha dn Dr. Howard,

Can I add a few more things?
1. How Department and College help me to be a care giver and my heather issues?
2. Plan for to take care of classes for my health issues and my care giver rules 3. Transportation Lab? Will email you my thinking 4. Explain how my pay raise was determined in summer 5.How funding is determined to teaching and research equipment and facilities

Thanks

-----Original Message-----
From: Keith, Jason <keith@bagley.msstate.edu>

**MSU047812**

Sent: Monday, October 18, 2021 10:13 AM
To: Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Policies on responsibilities for instructors of record

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair Bagley College of Engineering Mississippi State University

-----Original Message-----
From: Zhang, Li
Sent: Monday, October 18, 2021 10:12 AM
To: Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Dr. Keitha dn Dr. Howard,
Do you mind to let me know the meeting agenda/outlines?

-----Original Message-----
From: Mallett, Jeanett <jmallett@bagley.msstate.edu>
Sent: Monday, October 18, 2021 10:09 AM
To: Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Good deal. I'll schedule the meeting for 10/20, 10-11am. A meeting invite will be sent shortly.

Jeanett Mallett
Administrative Assistant to the Dean
James Worth Bagley College of Engineering Mississippi State University
250 McCain Hall
Campus Mailstop 9544
479-2 Hardy Rd., MS State, MS 39762
Office (662)325-7183
Fax (662)325-8573

-----Original Message-----
From: Zhang, Li <lzhang@cee.msstate.edu>
Sent: Monday, October 18, 2021 10:02 AM
To: Mallett, Jeanett <jmallett@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Jeanett
I can meet on all afternoon after 2PM in Dr. Keith's time slots.

Thanks

MSU047813

-----Original Message-----
From: Mallett, Jeanett <jmallett@bagley.msstate.edu>
Sent: Monday, October 18, 2021 9:31 AM
To: Howard, Isaac <ilhoward@cee.msstate.edu>
Cc: Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Thanks for getting back with me Dr. Howard. Once I hear back from Dr. Li, I'll send a meeting invite.

Jeanett Mallett
Administrative Assistant to the Dean
James Worth Bagley College of Engineering Mississippi State University
250 McCain Hall
Campus Mailstop 9544
479-2 Hardy Rd., MS State, MS 39762
Office (662)325-7183
Fax (662)325-8573


-----Original Message-----
From: Howard, Isaac <ilhoward@cee.msstate.edu>
Sent: Monday, October 18, 2021 9:30 AM
To: Mallett, Jeanett <jmallett@bagley.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

I can meet anytime on Oct 20 or Oct 25, but am not available Oct 27.
Isaac

-----Original Message-----
From: Mallett, Jeanett <jmallett@bagley.msstate.edu>
Sent: Monday, October 18, 2021 8:16 AM
To: Keith, Jason <keith@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
Cc: Howard, Isaac <ilhoward@cee.msstate.edu>
Subject: RE: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard
Importance: High

Good Morning Dr. Li and Dr. Howard,

Dr. Keith is available at the following times to meet. The dates range between this week and next week.

-->Wednesday, October 20: 10-11am, 2-3pm, 3-4pm Monday, October 25:
-->9-10am, 10-11am, 11am-12pm, 3-4pm Wednesday, October 27: 2-3pm, 3-4pm

Please let me know if any of these times work for you.


Jeanett Mallett
Administrative Assistant to the Dean
James Worth Bagley College of Engineering Mississippi State University
250 McCain Hall
Campus Mailstop 9544
479-2 Hardy Rd., MS State, MS 39762
Office (662)325-7183

**MSU047814**

Fax (662)325-8573

-----Original Message-----
From: Keith, Jason <keith@bagley.msstate.edu>
Sent: Saturday, October 16, 2021 10:34 AM
To: Zhang, Li <lzhang@cee.msstate.edu>
Cc: Howard, Isaac <ilhoward@cee.msstate.edu>; Mallett, Jeanett <jmallett@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
Subject: Re: Leave Request - Application for Leave - 664043 has been approved by Isaac Howard

Li - please work with Jeanett to find a time for both of us to meet in my office. We need to clarify several things based upon your emails from the last two days. I'd like Isaac to attend as well.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Oct 16, 2021, at 10:23 AM, Zhang, Li <lzhang@cee.msstate.edu> wrote:
>
> E would try and assume guest speakers can take two sessions and with Ali's help on one session, there are two more sessions in short. Dr. Howard still need to choose one of his options to fill them in. I will let you know if any of guess speakers would not be able to do that on the date soon.
>
>
>
>
> -----Original Message-----
> From: Keith, Jason <keith@bagley.msstate.edu>
> Sent: Friday, October 15, 2021 1:57 PM
> To: Zhang, Li <lzhang@cee.msstate.edu>; Ermagun, Alireza
> <AErmagun@CEE.MsState.Edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason
> <keith@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Ali - we appreciate you helping out with this!
>
> Li, I see you have guest speakers at the end of the semester. Do you have any more? They could visit with the class on some of the Fridays that you will be out. If not, then what you are doing for today will have to work.
>
> Regards,
> Jason
>
> Jason M. Keith
> Dean and Professor
> Earnest W. and Mary Ann Deavenport, Jr. Chair Bagley College of
> Engineering Mississippi State University
>
> -----Original Message-----
> From: Zhang, Li

MSU047815

> Sent: Friday, October 15, 2021 11:19 AM
> To: Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Keith, Jason
> <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Ali,
> Thanks for your help. Here are the schedules and chapters for the rest of the semesters. The days in red need someone to teach. If you would cover 3 or more sessions, I would suggest you chose a chapter to start. For example, I am planning to show 4 step planning basic in 3 sessions. I will send you all slides, examples in the book to show and homework. If you will just cover one session, I will send you start of Geometric Design slides for 10/22 session only.
>
> Again, thank!
>
> Li
>
>
> -----Original Message-----
> From: Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
> Sent: Friday, October 15, 2021 9:42 AM
> To: Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason
> <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Good Morning Folks,
>
> I have committee commitments on Fridays, but I have made October 22nd available so you can count on me for the next Friday. Can you please share class materials with me? Thank you.
>
> Cheers,
> Alireza
>
> -----Original Message-----
> From: Zhang, Li <lzhang@cee.msstate.edu>
> Sent: Wednesday, October 13, 2021 3:29 PM
> To: Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac
> <ilhoward@cee.msstate.edu>; Ermagun, Alireza
> <AErmagun@CEE.MsState.Edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Dr. Keith,
> To my change a few classes and change semester schedule are not that different. I already did suvey to do class in aleternative time, around 70% students does not like them.
>
>
>
> -----Original Message-----
> From: Keith, Jason <keith@bagley.msstate.edu>
> Sent: Wednesday, October 13, 2021 3:25 PM
> To: Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac

MSU047816

> <ilhoward@cee.msstate.edu>; Ermagun, Alireza
> <AErmagun@CEE.MsState.Edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason
> <keith@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Li - You're misconstruing what was said months ago. this solution I am presenting is only for 1 or 2 class meetings, not for the entire semester. I do appreciate you trying to do all that you can to help your students.
>
> Regards,
> Jason
>
> Jason M. Keith
> Dean and Professor
> Earnest W. and Mary Ann Deavenport, Jr. Chair Bagley College of
> Engineering Mississippi State University
>
> -----Original Message-----
> From: Zhang, Li
> Sent: Wednesday, October 13, 2021 3:17 PM
> To: Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac
> <ilhoward@cee.msstate.edu>; Ermagun, Alireza
> <AErmagun@CEE.MsState.Edu>
> Cc: Reeves, Kari <kari@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> My apology for the date. They are Fridays, 10/15, 10/22 and 10/29. I was told change of schedule was not option at begging: I had requested to change class schedule before the class starts.
>
>
>
> -----Original Message-----
> From: Keith, Jason <keith@bagley.msstate.edu>
> Sent: Wednesday, October 13, 2021 1:23 PM
> To: Howard, Isaac <ilhoward@cee.msstate.edu>; Ermagun, Alireza
> <AErmagun@CEE.MsState.Edu>; Zhang, Li <lzhang@cee.msstate.edu>
> Cc: Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari
> <kari@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Good afternoon - I appreciate the update about this. I agree with Isaac that the dates are likely shifted.
>
> Regarding making up the contact hours for the course, if a substitute instructor is unavailable at the scheduled time, Li could do a make up at some other time such as an evening when he is back on campus. I would always do exam review sessions for my students, and that could be an option for how to use one or two of the lost hours. You'll need to be flexible to accommodate those who want to participate as much as possible.
>
> Regards,
> Jason
>
> Jason M. Keith
> Dean and Professor
> Earnest W. and Mary Ann Deavenport, Jr. Chair Bagley College of

MSU047817

> Engineering Mississippi State University
>
> -----Original Message-----
> From: Howard, Isaac
> Sent: Wednesday, October 13, 2021 12:52 PM
> To: Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Zhang, Li
> <lzhang@cee.msstate.edu>
> Cc: Keith, Jason <keith@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> All I know is in this email - CE 3113 meets MWF, so perhaps the dates are 10/15, 10/22, and 10/29.
>
> Thank you
>
> -----Original Message-----
> From: Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
> Sent: Wednesday, October 13, 2021 12:47 PM
> To: Howard, Isaac <ilhoward@cee.msstate.edu>; Zhang, Li
> <lzhang@cee.msstate.edu>
> Cc: Keith, Jason <keith@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Dear Isaac,
>
> Could you please let me know of the correct days? Both 10/23 and 10/30 are Saturday.
>
> Cheers,
> Alireza
>
> -----Original Message-----
> From: Howard, Isaac <ilhoward@cee.msstate.edu>
> Sent: Wednesday, October 13, 2021 12:42 PM
> To: Zhang, Li <lzhang@cee.msstate.edu>
> Cc: Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Keith, Jason
> <keith@bagley.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Dr. Zhang,  perhaps Dr. Ermagun is available to help on some of these days.  If he isn't considering he has many
activities going on, I have copied Dr. Keith as perhaps he is aware of some alternatives.
> Regards,
> Isaac
>
> -----Original Message-----
> From: Zhang, Li <lzhang@cee.msstate.edu>
> Sent: Tuesday, October 12, 2021 10:01 PM
> To: Howard, Isaac <ilhoward@cee.msstate.edu>
> Subject: RE: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Dr. Howard,
> Please let me know who will help me on 10/15, 10,23 and 10/30 CE 3113 1240-130PM.
>
> Thanks

MSU047818

>
> -----Original Message-----
> From: MSU eForms <null-address@msstate.edu>
> Sent: Tuesday, October 12, 2021 5:30 AM
> To: Zhang, Li <lzhang@cee.msstate.edu>
> Subject: Leave Request - Application for Leave - 664043 has been
> approved by Isaac Howard
>
> Document ID: 664043
>
> Initiator: Li Zhang
>
> Initiated: October 11, 2021 07:35 AM
>
> Title: Leave Request - Application for Leave
>
> To change your email notification options click "preferences" in the eForms system.
>
> For additional help, contact the ITS Service Desk.

MSU047819