# EXHIBIT 15

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Thursday, October 26, 2017 2:50 PM
**To:** Truax, Dennis
**Subject:** RE: Geometric Design

Dennis,
I had doctor's excuse.  You will need to find a person in charge of that course during my excuse. I am helping you as much as I can.
I don't have to help you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

**From:** Truax, Dennis
**Sent:** Wednesday, October 25, 2017 1:47 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Geometric Design

*Li*

*Nicki Haines sent me the attached text.  You are still responsible for the class, not I.  I will work with you to manage what needs to be managed, but I am not in a position to take over.  As I said on the phone, if you need to be off two weeks, or more, you need to consider who to wrap things up.  Your call.*

*That said, I have no way of communicating with your class directly, but will try.  I will let them know you are giving them an extension.  Before extending it a week, will you be able to given them what the need with you being laid up until the end of next week or more?  Will extending the time for only one week give you sufficient time to distribute information for the students to do this project?*

*Also, they need to know how you would like them to submit it.*

*For that matter, do you want the homework that is coming due soon to be submitted online or to your mailbox?*

*Dennis*

**MSU000105**

**From:** Reeves, Kari [kari@bagley.msstate.edu]
**Sent:** Tuesday, February 18, 2020 3:29 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]; Truax, Dennis [truax@cee.msstate.edu]; Runnels, Missy [runnels@bagley.msstate.edu]; Lane, Michael [lane@bagley.msstate.edu]
**CC:** Swann, Tamra [tswann@bagley.msstate.edu]; Guerry, Josie [josie@bagley.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Class today
**Attachments:** Adding a TA in Canvas.docx

Li
I apologize as there was a miscommunication on following up with you. The best path forward is to allow you to record your own class for the remainder of this semester using Camtasia or WebEx. This includes the scheduled class time as well as the make-up sessions you will need to hold to meet contact hours. As such, we will not plan on having a facilitator in the room unless you make specific arrangements though Missy for him to be there.

We will require that you add the facilitator as a TA to your course in CANVAS so that he will be able to help us track the contact hours for the rest of the semester. Attached is a document that will take you step by step through this process. The students name is █████████████, netID is ████████ If you need additional information or assistance, Tamra will help you through this process of adding Mr █████████ Please email me once you've added Mr ████████ as a TA to your class.

With respect to your request to help recruit students, I forwarded your position description as requested. I know that CEE is working on additional ways to increase recruitment of graduate students, in particular international students. OGS also is looking at ways to increase graduate enrollment. Ultimately, faculty need to attend conferences and recruit high performing students. This is not something that I can assist with beyond the faculty travel program, which I believe you received an award for earlier this semester. I am happy to help but am not sure how to do so beyond sharing your position announcement.

I hope this addresses your questions. If you have questions regarding your class, please let me know.
Kindest Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**MSU060926**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 18, 2020 12:15 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

Kari,

Did I missed any email from you? If not, again, I am informing you I am having my makeup class 2-315 today at walker 230.

I appreciate deans and my department head have paid unprecedented attentions to my makeup class schedules.

I am addressing Dennis's "*at odd times or for odd periods*"
I saw professors having 2-230 Tuesday all the time, for example, Sandra is having class at the same room and same time. 2-315 Tuesday was first scheduled by COE for a few sessions although Kari withdraw that to one session.
I also listed all sessions missed, COE is responsible for two of them. I will have upcoming meeting for FAA project reviews at the beginning of March too, will have two more sessions need to makeup, on top of what I have mentioned.

In the same day, I also asked Kari helping me finding graduate students to support research projects. Have Deans and Department head discussed that in last week as well?


Thanks


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Wednesday, February 12, 2020 10:28 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

MSU060927

We will be in touch tomorrow or Friday.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, February 12, 2020 10:00 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

Kari,
Thanks for helping me. Understand the resource constraint and I am trying to help by recording the lecture myself. Working with students on projects and even field trip to MDOT in class hours have been planned and field trips to MDOT to learn how to use traffic control devices have been supported by MDOT as well.

Li

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Tuesday, February 11, 2020 4:40 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith,

MSU060928

Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

Li
There are constraints to the system, as Dennis as stated and we've shared these with you. We've been trying to work with you on this, this semester as well as in past semesters. Dennis, Jason and I are going to be discussing your request on Thursday so you will have an answer either later that day or Friday.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Tuesday, February 11, 2020 3:15 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

*Li*

*I don't see any difference. The constraints of the system are not in the control of anyone. This distance classroom and student proctor availability are limited by resource availability. Kari says they are trying to work out the one option you requested, and that is all they can hope to do. Meeting at odd times or for odd periods is not allowed for most classes. It is just the reality of a facility operating at its maximum capacity.*

*I know you have been spared these realities up until now because of the size and number of classes you have been teaching of late, but these are constraint we all live with…much like having to go to the other side of campus to teach a class.*

*Hopefully a fix can be found, but I was just suggesting an alternative that many have used, and I recalled this class traditionally have some level of project-based learning which can give you contact time flexibility to same degree.*

*Good luck,*

**MSU060929**

*Dennis*

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, 11 February, 2020 14:32
**To:** Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

Dennis,
I like Kari approve the project idea too. I think I have been treated differently from other professors to make up class.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Tuesday, February 11, 2020 2:28 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

*Li*

*Could you assign a project to make up the lost time?*

*Dennis*

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, 11 February, 2020 12:25
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

**MSU060930**

Kari,
I will go ahead to have my class today at Walker 231 and record class by myself. I am bounded by MSU policy to guarantee my hours with graduate student. Understand there are difficulties in COE to accommodate class today.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Wednesday, February 5, 2020 8:26 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

Li,
We will inform the facilitator.  I will get back with you per your request but likely we will not get to an answer before next week.  Please do not plan on any sessions outside of the scheduled class time for the week of the 10th – 14th.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 4, 2020 10:18 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Class today

MSU060931

Missy and Michael,

I am going to bring my kid to UMCC to see a neurologist and will not be able to teach for tomorrow's class 2-315 at Swalm 100. Would you let facilitator know?

Can I request 8 more sessions class on Tuesday, starting from the next week?

Thanks!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, February 4, 2020 1:26 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

You are very welcome!

Missy

## Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 4, 2020 1:08 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry,

MSU060932

Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** Re: Class today

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Associate Professor

Box 9546

220 Walker Engineering Building

Department of Civil and Environmental Engineering

Mississippi State, MS 39762

Email: lzhang@cee.msstate.edu

Tel.: 662-325-9838

Fax: 662-325-7189

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, February 4, 2020 11:57:44 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
Yes. I have you in Swalm 100 today from 2-3:15. Brooke will be your facilitator.

Thank you,
Missy

## Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

**MSU060933**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 4, 2020 11:13 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Missy,
Can I confirm this 2-3:15,  in *Swalm 100*?

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, January 28, 2020 10:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
I only have a facilitator for 2-3:15 on Tuesdays. I can schedule three sessions, starting next Tuesday. Will that work for you?

Thank you,
Missy

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 28, 2020 10:46 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Missy,
Would you like me do it today at 240PM or the next week starting at 2PM?

Thanks

**MSU060934**

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 4:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
I have a facilitator who can record tomorrow from 2-3:15 in Swalm 100. Would that work for you?

Thank you,
Missy

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 2:23 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

T/TH will work for me in this week. Tuesday will be preferred.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 2:19 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

**MSU060935**

What dates and times do work for you?  Extending the current class time is not an option.  You will need to schedule a separate time for any missed classes.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 1:53 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

This Friday will not work for me.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 1:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,

**MSU060936**

I do not have a facilitator available for this afternoon. I have an opening from 2-2:50 on Friday, Jan. 31st, that I can try to get a facilitator for if that works for you.

Thank you,
Missy

## Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 1:04 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Missy,
I am hoping not to both you and facilitator as much as possible. Here is my suggestion about my makeup hour plan:
We have regular class and I will extend the class for makeup. If there is no facilitator available, I will start to record class by myself. Recording class will not bother me at all and I have done that in the past as well.
If this is not ok, please propose a few time slots I can do the makeup. I will check my schedule and my student's schedule.

Thank you

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

MSU060937

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Sunday, January 26, 2020 1:09 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Li,
You need to schedule any makeup hours with Missie and the facilitator. The request below was not for making up missed hours, or that was not how your request was phrased or interpreted. The request appeared to be a change in time for the remainder of the semester.  Missie can assist with helping you find additional time to make up the missed class hours.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, January 24, 2020 10:25 AM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Kari and Dennis,
Thanks for you letting me know that COE would not accommodate the schedule.
I have to extend the hours to make up my travel to TRB and missed first Monday class because of two schedules for the same class. I may and should have travels coming up too. I may be sick as well, actually, my sore throat made my talks and voice.

I have obligation under MSU policy to make sure total class hours are spent with students. My plan is to record class by myself. If COE or Department have alternative plan, please let me know. I will follow  that.
If you are ok for me to record all my sessions and if we can cancel the distance service, please do so.

**MSU060938**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Friday, January 24, 2020 9:36 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** FW: Class today

Li

I understand that you requested a change in the schedule for the one class you are teaching. The college contacted me to let me know that they have tried everything they can to accommodate your request, but will not be able to provide you with instructional time you requests. There are a host of reasons, including the scheduling policy of the university which defines days and times for classes, the need for distance instructional space for a host of classes offered through the distance program in the college, the limits on proctors' times and schedules as prescripted by their personal schedules and the limits on how much students can work, and more.

As such, while they and I would like to allow you to modify your instructional schedule to meet your personal needs, it is not possible and you will have to work within the constraints of the published schedule this semester. If in the future, an atypical schedule is needed for some reason, I will be happy to work with you during the scheduling timeframe (the first 20 days of the preceding regular semester, as you will recall), to see what accommodations are possible.

Thanks for understanding,

Dennis

Sent using my iPhone

> On Jan 23, 2020, at 2:04 PM, Reeves, Kari <kari@bagley.msstate.edu> wrote:
>
>
> Dennis,
> We cannot accommodate this. We clearly stated to Li that his class would be at the time below. If this cannot be accomplished the class will be closed and students

**MSU060939**

provided a full refund unless you have a better idea. Sorry to drop this on you but we are at a loss here.

Regards

kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
<image002.jpg>

---

**From:** Swann, Tamra <tswann@bagley.msstate.edu>
**Sent:** Thursday, January 23, 2020 3:17 PM
**To:** Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** FW: Class today

This situation is not finding closure.
Tamra

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Thursday, January 23, 2020 3:06 PM
**To:** Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>
**Subject:** RE: Class today

Josie and Tamra,
Dr. Zhang is asking to have his MW 2-3:15 class changed to a MW 2-4 class. Please let me know how you wish to proceed.

Thank you,
Missy

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 23, 2020 7:38 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Subject:** RE: Class today

Missy,
I do need extended hours at least half an hour until 345. From 2-4 will be the best.

Li

MSU060940

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Wednesday, January 22, 2020 4:54 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Subject:** Class today

Dr. Zhang,
It was brought to my attention that you recorded longer than your class time today, and that the facilitator let you know that he had to leave to go to class. Please note that classes cannot run over unless it is scheduled ahead of time. A facilitator must be present to record the class. Classes must begin and end on time so that our facilitators can get to their classes and other classes that they record. I will be happy to work with you if you need to schedule additional recordings.

Thank you,

Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

MSU060941

**From:** Keith, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D806FEF91494263BD129D86BB1C6F84-JMK210]
**Sent:** Tuesday, February 11, 2020 7:32 PM
**To:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** Re: Class today

Wow that's a lot of stuff

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Feb 11, 2020, at 5:15 PM, Reeves, Kari <kari@bagley.msstate.edu> wrote:
>
> Here is the bible of occurrences just this semester as well as when his class has met.  God Bless Tamra and Missy.
>
> Kari Babski-Reeves, PhD, CPE
> Associate Dean for Research and Graduate Studies, Bagley College of Engineering
> Professor and Interim Head, Industrial and Systems Engineering
> IRB Chair
> Mississippi State University
> 662.325.7624 (office)
> <image003.jpg>

**From:** Swann, Tamra <tswann@bagley.msstate.edu>
**Sent:** Tuesday, February 11, 2020 5:12 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

1/3/2020
Dr. Truax asked for confirmation of a facilitator to add the CE 6143 on January 3.
Tamra emailed Missy to ask about a facilitator.
Tamra confirmed with Dr. Truax that MW 2-3:15 should work and asked Dr. Truax to expedite the eForms.
The Registrar's Office had the eforms finished by 4 p.m. on
1/3/2020.  Unfortunately, there was a typo in the Banner system and one section was listed on MW and one section on TR.

MSU239120

1/7/2020

Dr. Zhang asked to have class in Walker 320 and handle the recording himself. He noted he needed to use traffic control devices in that classroom, too. Tamra emailed Dr. Zhang and Dr. Truax regarding Dr. Zhang's confusion about when his class was supposed to meet. He was reminded that the class was supposed to meet on MW at 2 p.m.

Dr. Zhang expressed an interest in just doing Camtasia or WebEx but was reminded that we had hired a facilitator for the class and he would need to meet in Swalm at the approved times.

Dr. Truax confirmed that Dr. Zhang had agreed/asked for MW time slot when scheduling the class.

1/8/2020

There was some confusion regarding times in Banner. The Starkville and distance times did not match but Dr. Zhang was emailed the correct times and confirmed.

Dr. Zhang emailed that we was having class in Walker 320 just in case we had not made the changes.

1/13/2020

Dr. Zhang planned to Webex to campus from DC but lost his voice due to sore throat. Said he would make up class when he could speak freely.

1/23/2020

Dr. Zhang mistook Missy's offer to give him additional time and stated that he would need longer hours for his class. He wanted to change the class to MW 2-4.

1/24/2020

Dr. Zhang emailed that BOE would not accommodate his schedule and noted that he needed to make up time from travel and sickness after Dr. Reeves noted that we would not change his schedule.

1/27/2020

Dr. Zhang suggested having regular class and extending the class for makeup. If no facilitator he would record the class himself.

Dr. Zhang showed up and classroom was locked. (1:48)

Classroom was unlocked at 1:50 for 2 p.m. class.

Missy suggested Friday, Jan 31 to make up a recording. That did not work with Dr. Zhang's schedule.

Dr. Reeves asked what days worked for Dr. Zhang and he replied that T/TH would work for him that week. Tuesday would be preferred.

Dr. Zhang wanted to reserve 2-3:15 ON Tuesday for next few weeks and reserve some sessions ahead for travels and family hardship.

1/28/2020

Missy offered a facilitator 2-3:15 on Tuesdays for next three weeks. Dr. Zhang agreed.

2/4/2020

Dr. Zhang confirmed time and location in Swalm 100 for recording.

2/4/2020

Dr. Zhang confirmed he was going to a doctor's appointment in Jackson and could not teach at his reserved time.

**MSU239121**

He requested 8 more sessions on Tuesday starting the next week.
2/11/2020
Dr. Zhang noted he would be teaching class in Walker 320 and recording for the distance student.
Dr. Reeves told Dr. Zhang not to schedule any other times until she got back with him regarding his class.
Dr. Truax suggested Dr. Zhang work in a project to help make up time.

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Tuesday, February 11, 2020 4:52 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Cc:** Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Thanks. When was the class approved to be offered?  Since 1/6?

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
<image001.jpg>

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, February 11, 2020 4:45 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Cc:** Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Kari,
Kari,
CE 6143 has met on Jan. 22, 29, and Feb 3, 4 and 10. Monday, Jan. 27, was missed due to technical issues in the classroom that are now fixed. He has only had one make up session (Feb. 4th).

Thank you,
Missy
Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544

MSU239122

479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Tuesday, February 11, 2020 4:41 PM
**To:** Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** FW: Class today

I need a timeline to document all that has happened this semester.  Starting with any issues/errors in the course schedule. Anyway I can have this before Thursday at 10 am? Thanks,
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
<image001.jpg>

---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Tuesday, February 11, 2020 3:15 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>
**Cc:** Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Class today

*Li*

*I don't see any difference.  The constraints of the system are not in the control of anyone.  This distance classroom and student proctor availability are limited by resource availability.  Kari says they are trying to work out the one option you requested, and that is all they can hope to do.  Meeting at odd times or for odd periods is not allowed for most classes.  It is just the reality of a facility operating at its maximum capacity.*

MSU239123