# EXHIBIT 16

```
PWRLSUM                        MISSISSIPPI STATE UNIVERSITY                          Page:   1
23-JAN-26

                               Employee Leave Summary Report


                        Dates:  01-JAN-1990   to    23-JAN-2026

Employee:  904-138-878 Zhang, Li   (060500 - Civil and Environmental Engineer)

Accrual Rates:

 Personal:          0.00  Medical:         16.00

Available Balances:

 Personal:          0.00
 Medical:        1521.59
 Comp:              0.00
 Donated:         432.00


  Application  Eform#  Leave Type  Hours    Start Date    End Date    Initiated Date   Date Keyed
  -----------  ------  ----------  -----    ----------    ----------  --------------   ----------

    2679481    925657     FMMM      8.00    08-FEB-2024  13-FEB-2024    12-FEB-2024    20-FEB-2024
    2675024    917970     FMMM     12.00    15-JAN-2024  19-JAN-2024    18-JAN-2024    30-JAN-2024
    2673575    901619     RECD    432.00    29-NOV-2023  29-NOV-2023    29-NOV-2023    29-NOV-2023
    2672171    907801     MMD9     32.00    12-DEC-2023  15-DEC-2023    13-DEC-2023    09-JAN-2024
    2660578    883116     MMD9     16.00    20-NOV-2023  21-NOV-2023    03-OCT-2023    01-NOV-2023
    2660577    883115     MMD9     16.00    09-OCT-2023  09-OCT-2023    03-OCT-2023    01-NOV-2023
    2619834    816905     FMMM     80.00    17-MAR-2023  30-MAR-2023    23-MAR-2023    05-APR-2023
    2562809    728789     FMMM      3.00    08-APR-2022  08-APR-2022    31-MAY-2022    04-APR-2023
    2562809    728789     FMMM      3.00    15-APR-2022  15-APR-2022    31-MAY-2022    06-JUN-2022
    2562809    728789     FMMM      3.00    27-APR-2022  27-APR-2022    31-MAY-2022    06-JUN-2022
    2562809    728789     FMMM      3.00    29-APR-2022  29-APR-2022    31-MAY-2022    06-JUN-2022
    2562798    728791     FMMM      3.00    09-MAY-2022  09-MAY-2022    31-MAY-2022    06-JUN-2022
    2537564    679164     MMD9     32.00    02-DEC-2021  07-DEC-2021    06-DEC-2021    27-JAN-2022
    2513047    664043     FMMM     12.00    11-OCT-2021  29-OCT-2021    11-OCT-2021    05-JUN-2023
    2509089    661566     MMED     12.00    04-OCT-2021  05-OCT-2021    29-SEP-2021    30-SEP-2021
    2509089    661566     MMED     12.00    11-OCT-2021  12-OCT-2021    29-SEP-2021    05-JUN-2023
    2506755    657965     FMMM     24.00    14-SEP-2021  20-SEP-2021    14-SEP-2021    21-SEP-2021
    2506060    656096     FMMM     18.00    01-SEP-2021  14-SEP-2021    07-SEP-2021    16-SEP-2021
    2359095    514688     MMD9     60.00    01-DEC-2019  15-DEC-2019    02-JAN-2020    03-JAN-2020
    2351590    507702     MMD9    111.00    01-NOV-2019  30-NOV-2019    26-NOV-2019    03-DEC-2019
    2344420    502704     MMD9     72.00    16-OCT-2019  31-OCT-2019    05-NOV-2019    05-NOV-2019
    2263014    449344     MMD9     36.00    18-FEB-2019  28-FEB-2019    28-FEB-2019    15-MAR-2019
    2263013    449345     MMD9     84.00    01-MAR-2019  31-MAR-2019    28-FEB-2019    15-MAR-2019
    2263012    449347     MMD9     84.00    01-APR-2019  30-APR-2019    28-FEB-2019    15-MAR-2019
    2263011    449348     MMD9     44.00    01-MAY-2019  15-MAY-2019    28-FEB-2019    15-MAR-2019
    2138817    385703     FMMM     60.00    01-APR-2018  15-APR-2018    17-APR-2018    20-APR-2018
    2130041    380102     FMMM    132.00    01-MAR-2018  31-MAR-2018    21-MAR-2018    26-MAR-2018
    2118865    373811     FMMM     72.00    16-JAN-2018  31-JAN-2018    20-FEB-2018    22-FEB-2018
    2118864    373814     FMMM    120.00    01-FEB-2018  28-FEB-2018    20-FEB-2018    22-FEB-2018
    2091240    357063     MMD9     64.00    20-OCT-2017  31-OCT-2017    15-NOV-2017    30-NOV-2017
    2091239    357070     MMD9    104.00    01-NOV-2017  17-NOV-2017    15-NOV-2017    30-NOV-2017
```

MSU263413

| Application | Eform Number | Leave Type | Leave Type Description | Hours | Start Date | End Date | Initiated Date | Date Keyed |
|---|---|---|---|---|---|---|---|---|
| 2091240 | 357063 | MMD9 | Major Medical Leave Used | 64 | 20-Oct-17 | 31-Oct-17 | 15-Nov-17 | 30-Nov-17 |
| 2091239 | 357070 | MMD9 | Major Medical Leave Used | 104 | 1-Nov-17 | 17-Nov-17 | 15-Nov-17 | 30-Nov-17 |
| 2118865 | 373811 | FMMM | FMLA Major Medical Leave Used | 72 | 16-Jan-18 | 31-Jan-18 | 20-Feb-18 | 22-Feb-18 |
| 2118864 | 373814 | FMMM | FMLA Major Medical Leave Used | 120 | 1-Feb-18 | 28-Feb-18 | 20-Feb-18 | 22-Feb-18 |
| 2130041 | 380102 | FMMM | FMLA Major Medical Leave Used | 132 | 1-Mar-18 | 31-Mar-18 | 21-Mar-18 | 26-Mar-18 |
| 2138817 | 385703 | FMMM | FMLA Major Medical Leave Used | 60 | 1-Apr-18 | 15-Apr-18 | 17-Apr-18 | 20-Apr-18 |
| 2263014 | 449344 | MMD9 | Major Medical Leave Used | 36 | 18-Feb-19 | 28-Feb-19 | 28-Feb-19 | 15-Mar-19 |
| 2263013 | 449345 | MMD9 | Major Medical Leave Used | 84 | 1-Mar-19 | 31-Mar-19 | 28-Feb-19 | 15-Mar-19 |
| 2263012 | 449347 | MMD9 | Major Medical Leave Used | 84 | 1-Apr-19 | 30-Apr-19 | 28-Feb-19 | 15-Mar-19 |
| 2263011 | 449348 | MMD9 | Major Medical Leave Used | 44 | 1-May-19 | 15-May-19 | 28-Feb-19 | 15-Mar-19 |
| 2344420 | 502704 | MMD9 | Major Medical Leave Used | 72 | 16-Oct-19 | 31-Oct-19 | 5-Nov-19 | 5-Nov-19 |
| 2351590 | 507702 | MMD9 | Major Medical Leave Used | 111 | 1-Nov-19 | 30-Nov-19 | 26-Nov-19 | 3-Dec-19 |
| 2359095 | 514688 | MMD9 | Major Medical Leave Used | 60 | 1-Dec-19 | 15-Dec-19 | 2-Jan-20 | 3-Jan-20 |
| 2506060 | 656096 | FMMM | FMLA Major Medical Leave Used | 18 | 1-Sep-21 | 14-Sep-21 | 7-Sep-21 | 16-Sep-21 |
| 2506755 | 657965 | FMMM | FMLA Major Medical Leave Used | 24 | 14-Sep-21 | 20-Sep-21 | 14-Sep-21 | 21-Sep-21 |
| 2509089 | 661566 | MMED | Major Medical Leave Used | 12 | 4-Oct-21 | 5-Oct-21 | 29-Sep-21 | 30-Sep-21 |
| 2509089 | 661566 | MMED | Major Medical Leave Used | 12 | 11-Oct-21 | 12-Oct-21 | 29-Sep-21 | 5-Jun-23 |
| 2513047 | 664043 | FMMM | FMLA Major Medical Leave Used | 12 | 11-Oct-21 | 29-Oct-21 | 11-Oct-21 | 5-Jun-23 |
| 2537564 | 679164 | MMD9 | Major Medical Leave Used | 32 | 2-Dec-21 | 7-Dec-21 | 6-Dec-21 | 27-Jan-22 |
| 2562809 | 728789 | FMMM | FMLA Major Medical Leave Used | 3 | 8-Apr-22 | 8-Apr-22 | 31-May-22 | 4-Apr-23 |
| 2562809 | 728789 | FMMM | FMLA Major Medical Leave Used | 3 | 15-Apr-22 | 15-Apr-22 | 31-May-22 | 6-Jun-22 |
| 2562809 | 728789 | FMMM | FMLA Major Medical Leave Used | 3 | 27-Apr-22 | 27-Apr-22 | 31-May-22 | 6-Jun-22 |
| 2562809 | 728789 | FMMM | FMLA Major Medical Leave Used | 3 | 29-Apr-22 | 29-Apr-22 | 31-May-22 | 6-Jun-22 |
| 2562798 | 728791 | FMMM | FMLA Major Medical Leave Used | 3 | 9-May-22 | 9-May-22 | 31-May-22 | 6-Jun-22 |
| 2619834 | 816905 | FMMM | FMLA Major Medical Leave Used | 80 | 17-Mar-23 | 30-Mar-23 | 23-Mar-23 | 5-Apr-23 |
| 2660577 | 883115 | MMD9 | Major Medical Leave Used | 16 | 9-Oct-23 | 9-Oct-23 | 3-Oct-23 | 1-Nov-23 |
| 2660578 | 883116 | MMD9 | Major Medical Leave Used | 16 | 20-Nov-23 | 21-Nov-23 | 3-Oct-23 | 1-Nov-23 |
| 2672171 | 907801 | MMD9 | Major Medical Leave Used | 32 | 12-Dec-23 | 15-Dec-23 | 13-Dec-23 | 9-Jan-24 |

pwrlsum

18-Jan-24

Employee Leave Summary Report

Employee:     904-138-878      Zhang, Li       Dept:                        (060500 - Civil and Environmental Engineer)

Accrual Rates:

          Personal:                    0   Medical:                              16

Available Balances:

          Personal:                    0
          Medical:         1253.59
          Comp:                         0

**MSU001691**

| Application | Eform Number | Leave Type | Hours | Start Date | End Date | Comment |
|---|---|---|---|---|---|---|
| 2619834 | 816905 | FMMM | 80 | 03/17/23 | 03/30/23 | Leave for self |
| 2562809 | 728789 | FMMM | 3 | 04/27/22 | 04/27/22 | Leave for child |
| 2562809 | 728789 | FMMM | 3 | 04/08/22 | 04/08/22 | Leave for child |
| 2562809 | 728789 | FMMM | 3 | 04/15/22 | 04/15/22 | Leave for child |
| 2562809 | 728789 | FMMM | 3 | 04/29/22 | 04/29/22 | Leave for child |
| 2562798 | 728791 | FMMM | 3 | 05/09/22 | 05/09/22 | Leave for child |
| 2537564 | 679164 | MMD9 | 32 | 12/02/21 | 12/07/21 | Leave for self |
| 2513047 | 664043 | FMMM | 12 | 10/11/21 | 10/29/21 | Leave for child |
| 2509089 | 661566 | MMED | 12 | 10/04/21 | 10/05/21 | Leave for self |
| 2509089 | 661566 | MMED | 12 | 10/11/21 | 10/12/21 | Leave for self |
| 2506755 | 657965 | FMMM | 24 | 09/14/21 | 09/20/21 | Leave for child |
| 2506060 | 656096 | FMMM | 18 | 09/01/21 | 09/14/21 | Leave for child |

pwrlsum

5-Jun-23

Employee Leave Summary Report

Employee:    904-138-878        Zhang, Li       Dept:   (060500 - Civil and Environmental Engineer)

Accrual Rates:

Personal:                          0 Medica            16

Available Balances:

Personal:                    0
Medical:              1253.59
Comp:                        0
FMLA:                      400

**MSU001497**

| Initiated Date | Date Keyed |
|---|---|
| 03/23/23 | 04/05/23 |
| 05/31/22 | 06/06/22 |
| 05/31/22 | 04/04/23 |
| 05/31/22 | 06/06/22 |
| 05/31/22 | 06/06/22 |
| 05/31/22 | 06/06/22 |
| 12/06/21 | 01/27/22 |
| 10/11/21 | 06/05/23 |
| 09/29/21 | 09/30/21 |
| 09/29/21 | 09/30/21 |
| 09/14/21 | 09/21/21 |
| 09/07/21 | 09/16/21 |

MSU001498