# EXHIBIT 17

eForms Mississippi State University          https://eforms.msstate.edu/kr-prd/leaveDocument.do?methodToCall=d...

## Leave Request ❓

| Doc Nbr : | 661566 |
|---|---|
| Status : | FINAL |
| Initiator : | lz75 |
| Created : | 05:57 PM 09/29/2021 |

### Document and Routing Help

**Document Overview** ➕

**Leave Request** ➖

**Name**
Li Zhang

**MSU ID**
904-138-878

**Department**
Civil and Environmental Engineering

**Leave Request Type and Time Periods** ➖

Policies and Procedures:   LEAVE/LEAVE WITHOUT PAY (HRM 60-201)

**1**

| | |
|---|---|
| **Type** | MMED |
| **Maj. Med. For** | Self |
| **LWOP For** | |
| **Hours** | 12 |
| **Beg. Time** | 10/04/2021 08:00 AM |
| **End Time** | 10/05/2021 05:00 PM |

**2**

| | |
|---|---|
| **Type** | MMED |
| **Maj. Med. For** | Self |
| **LWOP For** | |
| **Hours** | 12 |
| **Beg. Time** | 10/11/2021 08:00 AM |
| **End Time** | 10/12/2021 05:00 PM |

**Notes and Attachments** ➖

**Add:**

**\* Note Text:**

**Attach File:**

[Browse...] No file selected.

[ Cancel Attachment ]

[ Add ]

**1**
**Time:**
09/29/2021 06:02 PM
**Author:**
Zhang, Li
**Note Text:**
The first eye
**Attached File:**

2/27/2024, 7:32 AM

**MSU001789**

eForms Mississippi State University                    https://eforms.msstate.edu/kr-prd/leaveDocument.do?methodToCall=d...

surgery_2nd_withsignitures.pdf

true   surgery_2nd_withsignitures.pdf    (208 KB, application/pdf)

**Send To:**

[                    ] 🔍

**Send**

**2**
**Time:**
09/29/2021 06:05 PM
**Author:**
Zhang, Li
**Note Text:**
Dr. Howard, the surgeries were scheduled on 9/2 and 9/11. Since you had not approved and not assigned other instructors before the surgies, I have to cancel them and rescheduled. I hope you can approve the second time request,
**Attached File:**

**Send To:**

[                    ] 🔍

**Send**

**Route Log** −

| Title | Leave Request - Application for Leave | Doc Id | 661566 |
|---|---|---|---|
| Type | Leave Request | Created | 05:57 PM 09/29/2021 |
| Initiator | Zhang, Li | Last Modified | 02:22 PM 09/30/2021 |
| Route Status | FINAL | Last Approved | 02:22 PM 09/30/2021 |
| Node(s) | Adhoc Routing | Finalized | 02:22 PM 09/30/2021 |

**Actions Taken**

| Taken By | Time/Date | Action |
|---|---|---|
| Zhang, Li | 06:07 PM 09/29/2021 | 1 Initiated |
| Howard, Isaac | 10:26 AM 09/30/2021 | 2 Approved |
| Kilpatrick, Merri | 02:22 PM 09/30/2021 | 3 Handled |

**Close**

2 of 2                                                                                    2/27/2024, 7:32 AM

MSU001790

**From:** owner-ce3113-01.fall2021@Courses.MsState.Edu on behalf of Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Sunday, August 22, 2021 11:14 PM
**To:** ce3113-01.fall2021@courses.msstate.edu [ce3113-01.fall2021@Courses.MsState.Edu]
**Subject:** ce3113-01.fall2021: Monday's class

Dr. Howard asked me to take care of the course myself. I have to change my plan and schedule a little bit. The best I can do is the online course. I tried to schedule in Canvas and it did not work. I will send you a link in email and post online once ITS got the issue resolved.

Just get you heads-up, we will not have face to face and change to online WebEx class for Monday. Again, attendance is required and class is important for Monday, since we will discuss homework 1 examples.

Stay tune for my link tomorrow, please also visit Canvas, it may schedule there too (depending on ITS)!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU043257

**From:** owner-ce3113-01.fall2021@Courses.MsState.Edu on behalf of Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, August 23, 2021 12:00 PM
**To:** ce3113-01.fall2021@courses.msstate.edu [ce3113-01.fall2021@Courses.MsState.Edu]
**Subject:** ce3113-01.fall2021: Class link

Dear all,
Here is class link. You may want to access the meeting link through the canvas. I have never tried meeting link before. Please use chat window to respond my questions or ask questions.



https://msstate.webex.com/msstate/e.php?MTID=m0f52ca33f0baec8da3052ce32a51b68e

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**MSU043318**

**From:** Zhang, Li
**Sent:** Monday, August 30, 2021 1:04:01 AM
**To:** Howard, Isaac
**CC:** Kilpatrick, Merri
**Subject:** RE: Family leave on Monday FW: ██████ After Surgery Visit

**Attachments:** CZ FMLA.pdf; leaveSeptermber_LZ_2021.pdf; MedicalCertification_Zhang_20210830eye surgeries.pdf; Picture (Device Independent Bitmap)

Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses:

9/1: 3113
9/2: 4133

9/8: 3113
9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment, depending on how the surgery goes on 9/8.


I am sure I will send you more information about dates, classes, and time slots, for me to care my son when he needs my care on some days. The doctor's certification is from September 1 to December 1.

Let me know if I have completed all the paperwork I will need to submit. For my surgery, I will get the doctor's signature at the first surgery on 9/1.


Thank you!

**MSU043685**

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____

**From:** Zhang, Li
**Sent:** Sunday, August 22, 2021 10:20 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ▮▮▮▮▮▮ After Surgery Visit

Thanks! I will try to manage this time, I cannot manage every time and all time. That what why as a care giver, there are family leaves.

  << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, August 22, 2021 9:01 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ▮▮▮▮▮▮ After Surgery Visit

**MSU043686**

Dr. Zhang, you need to make your own arrangements when you can't teach class at the schedule time. All the best with your son's dentist appointment.

Regards,
Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 19, 2021 3:02 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Family leave on Monday FW: ▉▉▉▉▉ After Surgery Visit

Dr. Howard,

I will need to bring my kid to his dentist on Monday 230. That is in conflict with CE 3113 from 12:40pm - 01:30pm. Please arrange someone to teach, I will provide PPT, teaching instructions and doctor's visit document to Merri.

Hope you understand.

Thank you!

<< Message: ▉▉▉▉▉ After Surgery Visit >>

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

**MSU043687**



**MISSISSIPPI STATE**
UNIVERSITY.

## Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

**EMPLOYEE COMPLETES SECTION A**

| Employee Name | Family Member's Name (if leave is not for employee) | Relationship to the Employee |
|---|---|---|
| Li Zhang | ███████ Zhang | Son |

| MSU ID Number | MSU Department Name and Address |
|---|---|
| 990138878 | Civil and Environmental Engineering, Box 9546 |

| Date(s) leave is requested (give beginning and ending dates) | Describe the medical situation requiring your absence from work. |
|---|---|
| September 1 to December 1 | Autism, Self-injurious behavior , Developmental |
| Employee Signature/Date<br>Li Zhang *Digitally signed by Li Zhang Date: 2021.08.26 14:47:43 -05'00'* | delay, Gait abnormality, seizures, hyperkinetic, ⊞ |

**DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B**

Dates that that the medical certification is/will be in affect:_____

**Check One:** ☐ Excuse/Release to Work    ☑ Medical Certification

1. **For FMLA Eligibility:** Please check any of the following that pertains to the employee or the employee's family member:

   a. ☐ Incapacity of More Than Three Calender days- this period of incapacity involves:
   - ☐ Treatment two or more times by a health care provider,
   - ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
   - ☐ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

   b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care
   c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility
   d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
   - ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

   e. ☑ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)
   f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)
   g. ☐ None of the above

2. **Amount of Leave Needed:** Please check box(s) that apply to the employee or employee's family member's medical condition.

   **Check One:** ☐ Employee **may return to work without restrictions** on (date) _____

   ☐ Employee is totally **unable to return to work at this time.** Patient will be evaluated on (date) _____

   ☑ The Employee **may return to work, but may miss work intermittently.** Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):

   Frequency: 4-8    times per ☐ week ☑ month    Duration: 5-8    ☑ hour(s) or ☐ day(s) per episode.

   ☐ Employee **may return to work, but may miss work for follow up doctor's appointments** every:

   Frequency: _____ times per ☐ week ☐ month    Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

   ☐ Employee **may return to work with restrictions.**

   ☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____

   ☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work**. Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may:<br>a. Stand/Walk ☐ None ☐ 1-4 Hours ☐ 4-6 Hours ☐ 6-8 Hours<br>b. Sit ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours<br>c. Drive ☐ None ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours |
| ☐ **Light Work**. Lifting 20 pounds maximum with frequent lifting and/carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive:<br>☐ Fine Manipulation    ☐ Pushing and Pulling<br>☐ Single Grasping |
| ☐ **Medium Work**. Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 3. Patient may use feet for repetitive movement as in operating foot controls.<br>☐ Yes    ☐ No |
| ☐ **Heavy Work**. Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. | 4. Patient is able to:    Frequently    Occasionally    Not At All |
| ☐ **Very Heavy Work**. Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. | a. Bend ☐ ☐ ☐<br>b. Squat ☐ ☐ ☐<br>c. Climb ☐ ☐ ☐ |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____

X *Sarah Jones MD*    8/27/2021

| Signature of Doctor/Health Care Provider | Date |
|---|---|

Sarah Jones, MD    2500 N. State St. Jackson, MS 39216    601-815-9347

| Printed Name and Address of Doctor/Health Care Provider Above | Phone Number |
|---|---|

Reset Form

**MSU043688**

# Application for Leave

Name of Employee: Li Zhang        MSU ID No: 904138878

Department/County: CIvil Engineering

Department Phone Number: 53050        Mailstop: 9548

**Note to Employee:** It is the responsibility of each employee to use earned leave time in accordance with University policy. *A Medical Certification form must be attached to the Application for Leave or Application for Leave of Absence Without Pay when an absence due to illness exceeds 32 hours (eight hours of personal leave plus 24 hours of medical leave) or if you are requesting Family and Medical Leave (FMLA) for childbirth; placement of a child; or the serious health condition of yourself, child, spouse or parent.* You should complete Section A and your medical provider should complete the applicable areas under Section B of the Medical Certification form. To request a leave of absence without pay, complete an Application for Leave of Absence Without Pay form and submit it to your department/unit head.

**Type and Period of Leave Requested:** For each workday leave is requested, enter the type of leave (see types of leave below), total number of hours requested, and the beginning and ending dates/times.

| PERS | Personal Leave (available to all employees except nine month faculty) | FMPS | Personal Leave/Short Illness (**personal leave being used concurrently with FMLA**) | FMMM | Major Medical Leave (**major medical leave being used concurrently with FMLA after the first eight hours of illness**) |
|---|---|---|---|---|---|
| FMPL | Personal Leave (**personal leave being used concurrently with FMLA**) | MMED | Major Medical Leave (hours used by all employees except nine month faculty after first eight hours of illness) | MMDF | Major Medical Leave/Death in the Immediate Family (per occurrence) |
| PLSI | Personal Leave/Short Illness (for use by all employees except nine month faculty for first eight hours of illness) | MMD9 | Major Medical Leave 9 Months (hours used by nine month faculty for all hours of illness) | MILT | Military Leave |

| Type | No. of Hours(s) | Beginning Date/Time | | Ending Date/Time | |
|---|---|---|---|---|---|
| MMD9 | 5 | 9/1/2021 (mm/dd/yy) | 4 (Hour) | 9/2/2021 (mm/dd/yy) | 1 (Hour) |
| FMMM | 4 | 9/2/2021 (mm/dd/yy) | 4 (Hour) | 9/2/2021 (mm/dd/yy) | 4 (Hour) |
| FMPS | 5 | 9/8/2021 (mm/dd/yy) | 4 (Hour) | 9/9/2021 (mm/dd/yy) | 1 (Hour) |
| | | (mm/dd/yy) | (Hour) | (mm/dd/yy) | (Hour) |

Major Medical Leave taken for _____ self or ✔ family member (specify) ████

Signature of Employee: Li Zhang        Digitally signed by Li Zhang Date: 2021.08.30 00:46:38 -05'00'        Date: 8/30/2021

A copy of leave policies may be obtained from department/unit heads, Human Resources Management or on the web at http://www.msstate.edu/dept/audit/mainindex.html

This form should be forwarded to the Department of Human Resources Management (Mailstop 9603), Box 9603, Miss. State, MS 39762, if the department is not keying leave online in Banner.

This application for leave is approved for the purpose and period of time indicated.

Name and Title (Please Print): _____

Signature: _____        Date: _____

Name and Title (Please Print): _____

Signature: _____        Date: _____

MSU043689

**RESET FORM**    3601    2/05



# Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

## EMPLOYEE COMPLETES SECTION A

| Employee Name<br>Li Zhang | Family Member's Name (if leave is not for employee) | Relationship to the Employee |
|---|---|---|

| MSU ID Number<br>990138878 | MSU Department Name and Address<br>Civil and Environmental Engineering, Box 9546 |
|---|---|

| Date(s) leave is requested (give beginning and ending dates)<br>September 1 and Septermeber 8 | Describe the medical situation requiring your absence from work.<br>Eye Cataract Surgeries on 9/1 and 9/8. The doctor's check the next day |
|---|---|

| Employee Signature/Date<br>Li Zhang     Digitally signed by Li Zhang<br>Date: 2021.08.26 14:47:43 -05'00' | |
|---|---|

## DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B

**Dates that that the medical certification is/will be in affect:** 9/1/2021 and 9/8/2021

**Check One:** ☑ Excuse/Release to Work    ☐ Medical Certification

**1. For FMLA Eligibility: Please check any of the following that pertains to the employee or the employee's family member:**

a. ☐ Incapacity of More Than Three Calender days- this period of incapacity involves:
- ☐ Treatment two or more times by a health care provider,
- ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
- ☐ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care

c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility

d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
- ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

e. ☐ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)

f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)

g. ☐ None of the above

**2. Amount of Leave Needed:** Please check box(s) that apply to the employee or employee's family member's medical condition.

**Check One:** ☑ Employee **may return to work without restrictions** on (date) 9/1/2021-9/9/2021

☐ Employee is totally **unable to return to work at this time**. Patient will be evaluated on (date) _____

☑ The Employee **may return to work, but may miss work intermittently**. Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):
   **Frequency**: 2 _____ times per ☑ week ☐ month   **Duration**: 1-4 _____ ☑ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work, but may miss work for follow up doctor's appointments** every:
   **Frequency**: _____ times per ☐ week ☐ month   **Duration**: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work with restrictions.**
   ☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____
   ☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work.** Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may:<br>  a. Stand/Walk   ☐ None   ☐ 1-4 Hours   ☐ 4-6 Hours   ☐ 6-8 Hours<br>  b. Sit   ☐ 1-3 Hours   ☐ 3-5 Hours   ☐ 5-8 Hours<br>  c. Drive   ☐ None   ☐ 1-3 Hours   ☐ 3-5 Hours   ☐ 5-8 Hours |
| ☐ **Light Work.** Lifting 20 pounds maximum with frequent lifting and/carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive:<br>   ☐ Fine Manipulation    ☐ Pushing and Pulling<br>   ☐ Single Grasping |
| ☐ **Medium Work.** Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 3. Patient may use feet for repetitive movement as in operating foot controls.<br>   ☐ Yes    ☐ No |
| ☐ **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. | 4. Patient is able to:   Frequently   Occasionally   Not At All<br>  a. Bend    ☐    ☐    ☐<br>  b. Squat    ☐    ☐    ☐ |
| ☐ **Very Heavy Work.** Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. |   c. Climb    ☐    ☐    ☐ |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____.

Li Zhang    Digitally signed by Li Zhang<br>Date: 2021.08.30 00:27:52 -05'00'      8/30/2021

Signature of Doctor/Health Care Provider      Date

Printed Name and Address of Doctor/Health Care Provider Above     Phone Number     **MSU043690**

**Reset Form**

Rev 9/2013

**From:** Kilpatrick, Merri
**Sent:** Wednesday, September 1, 2021 12:34:40 PM
**To:** Zhang, Li;Howard, Isaac
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Dr. Zhang,

That eform isn't filled out correctly.    You cannot claim FMLA without first getting approved for it.    I am the one that has to submit for approval.    Please cancel this eform and wait on me to get approval.

Dr. Howard,

Please send that eform back to Dr. Zhang and do not approve it.

Thanks,

Merri

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 10:28 AM
**To:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Merri,
Thanks! Submitted 9/2-9/3 one. Will do my surgeries later

  << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 9:27 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Dr. Zhang,

We do not accept paper forms anymore.    You will need to submit through Eforms.    Please attach your documents there.

Thanks,

Merri

MSU043813

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Family medical leave and my Medical leave for Surgeries

  << File: MedicalCertification_Zhang_20210901eye surgeries.pdf >>     << File: leaveSeptermber_LZ_2021_0901.pdf >>     << File: CZ FMLA.pdf >>

Dr. Howard,

Since you have not replied my requests, I rescheduled my eye surgery appointments late yesterday. I wish myself will not have any accidents between now and the surgeries in October.
Also there are new issues coming up and I will need to take ▮▮▮▮▮ to Memphis on Friday. I made the changes of the forms and correct one error for signature and made a few changes.

Here is summary of updates for ▮▮▮▮▮

9/2: ADHD evaluation in UMC
9/3 Child development appointment in Memphis

Here is my surgeries re-scheduled
10/4 my eye surgery
10/5 after surgery exam
10/11 my eye surgery
10/12 after surgery exam

Here is the summary of classes need to be assigned to other professors:
9/1 CE 4133
9/2, 10/4, 10/5    CE 3113

I hope I can teach classes on 10/5 and 10/12, that depends on how surgeries go. I am assuming everything will be fine.

I will send you PPTs and instructions for 9/2 and 9/3 later. Your timely respond will be greatly appreciated.


Thank you!

Li

MSU043814

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Zhang, Li
**Sent:** Monday, August 30, 2021 1:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ▇▇▇▇ After Surgery Visit

Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses: << File: MedicalCertification_Zhang_20210830eye surgeries.pdf >>    << File: leaveSeptermber_LZ_2021.pdf >>    << File: CZ FMLA.pdf >>

9/1: 3113
9/2: 4133

9/8: 3113
9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment, depending on how the surgery goes on 9/8.


I am sure I will send you more information about dates, classes, and time slots, for me to care my son when he needs my care on some days. The doctor's certification is from September 1 to December 1.

Let me know if I have completed all the paperwork I will need to submit. For my surgery, I will get the doctor's signature at the first surgery on 9/1.


Thank you!


C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Zhang, Li
**Sent:** Sunday, August 22, 2021 10:20 PM

**MSU043815**

**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ▮▮▮▮▮▮▮ After Surgery Visit

Thanks! I will try to manage this time, I cannot manage every time and all time. That what why as a care giver, there are family leaves.

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, August 22, 2021 9:01 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ▮▮▮▮▮▮ After Surgery Visit

Dr. Zhang, you need to make your own arrangements when you can't teach class at the schedule time. All the best with your son's dentist appointment.

Regards,
Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 19, 2021 3:02 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Family leave on Monday FW: ▮▮▮▮▮▮ After Surgery Visit

Dr. Howard,

I will need to bring my kid to his dentist on Monday 230. That is in conflict with CE 3113 from 12:40pm - 01:30pm. Please arrange someone to teach, I will provide PPT, teaching instructions and doctor's visit document to Merri.

Hope you understand.

Thank you!

<< Message: ▮▮▮▮▮▮ After Surgery Visit >>

MSU043816

**From:** Howard, Isaac
**Sent:** Wednesday, September 1, 2021 1:51:13 PM
**To:** Zhang, Li
**CC:** Kilpatrick, Merri;Keith, Jason;Shaw, David
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Dr. Zhang, On Aug 22, I told you the following statements in two emails that are repeated below in underlined text. I haven't denied anything as you have incorrectly stated below. It is a fairly common practice for faculty to make alternative arrangements for a class while still making a needed appointment – As an example, I am typing this email from Nashville and I made alternative arrangements for both of my classes while still being able to meet my work commitments in Nashville. MSU has policies and human resources practices for situations where family/medical/…warrant for longer durations of time and we are happy to follow those policies.

Regards,
Isaac

Dr. Zhang, you need to make your own arrangements when you can't teach class at the schedule time. All the best with your son's dentist appointment. Regards, Isaac

Dr. Zhang, please make your own arrangements for your classes when you are going to be unable to be there. You can also record your lectures and post them for students, have out of class assignments… I need to be in Nashville for MSU business next week and I will be making my own arrangements for the two classes I am teaching this semester while also continuing research commitments, working with graduate students, serving as interim school head, and continuing to work on the transition to Rula Hall. I am aware this is a difficult time for CEE, and I appreciate your cooperation and support. All the best with your eye procedures. Regards, Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Family medical leave and my Medical leave for Surgeries

<< File: CZ FMLA.pdf >>     << File: MedicalCertification_Zhang_20210901eye surgeries.pdf >>     << File: leaveSeptermber_LZ_2021_0901.pdf >>

Dr. Howard,

Since you have not replied my requests, I rescheduled my eye surgery appointments late yesterday. I wish myself will not have any accidents between now and the surgeries in October.
Also there are new issues coming up and I will need to take ▮▮▮▮▮ to Memphis on Friday. I made the changes of the forms and correct one error for signature and made a few changes.

Here is summary of updates for ▮▮▮▮▮

MSU043826

9/2: ADHD evaluation in UMC
9/3 Child development appointment in Memphis

Here is my surgeries re-scheduled
10/4 my eye surgery
10/5 after surgery exam
10/11 my eye surgery
10/12 after surgery exam

Here is the summary of classes need to be assigned to other professors:
9/1 CE 4133
9/2, 10/4, 10/5    CE 3113

I hope I can teach classes on 10/5 and 10/12, that depends on how surgeries go. I am assuming everything will be fine.

I will send you PPTs and instructions for 9/2 and 9/3 later. Your timely respond will be greatly appreciated.


Thank you!

Li


  << OLE Object: Picture (Device Independent Bitmap) >>


_____
**From:** Zhang, Li
**Sent:** Monday, August 30, 2021 1:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ███████ After Surgery Visit


Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses:
<< File: MedicalCertification_Zhang_20210830eye surgeries.pdf >>    << File: leaveSeptermber_LZ_2021.pdf >>    << File: CZ FMLA.pdf >>

9/1: 3113
9/2: 4133

**MSU043827**

9/8: 3113

9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment, depending on how the surgery goes on 9/8.

I am sure I will send you more information about dates, classes, and time slots, for me to care my son when he needs my care on some days. The doctor's certification is from September 1 to December 1.

Let me know if I have completed all the paperwork I will need to submit. For my surgery, I will get the doctor's signature at the first surgery on 9/1.

Thank you!

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Zhang, Li
**Sent:** Sunday, August 22, 2021 10:20 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ███████ After Surgery Visit

Thanks! I will try to manage this time, I cannot manage every time and all time. That what why as a care giver, there are family leaves.

<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, August 22, 2021 9:01 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ███████ After Surgery Visit

Dr. Zhang, you need to make your own arrangements when you can't teach class at the schedule time. All the best with your son's dentist appointment.

Regards,
Isaac

**MSU043828**

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 19, 2021 3:02 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Family leave on Monday FW: ███████ After Surgery Visit

Dr. Howard,

I will need to bring my kid to his dentist on Monday 230. That is in conflict with CE 3113 from 12:40pm - 01:30pm. Please arrange someone to teach, I will provide PPT, teaching instructions and doctor's visit document to Merri.

      Hope you understand.

Thank you!

  << Message: ███████ After Surgery Visit >>

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

MSU043829

**From:** Kilpatrick, Merri
**Sent:** Wednesday, September 1, 2021 2:53:42 PM
**To:** Zhang, Li;Howard, Isaac
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

I need that form I sent you returned to me signed so I can then get approval from HRM for your FMLA. That isn't something Dr. Howard can approve.

Once I receive approval from HRM you will receive it and will need to upload it along with your other documents into the Eform. Without that approval you cannot claim FMLA leave.

Thanks,

Merri

_____
**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 2:42 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Family medical leave and my Medical leave for Surgeries


The second email requesting your approval.



   << OLE Object: Picture (Device Independent Bitmap) >>


_____
**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Family medical leave and my Medical leave for Surgeries



   << File: MedicalCertification_Zhang_20210901eye surgeries.pdf >>   << File: leaveSeptermber_LZ_2021_0901.pdf >>   << File: CZ FMLA.pdf >>

Dr. Howard,

Since you have not replied my requests, I rescheduled my eye surgery appointments late yesterday. I wish myself will not have any accidents between now and the surgeries in October.
Also there are new issues coming up and I will need to take ▮▮▮▮▮▮ to Memphis on Friday. I made the changes of the forms and correct one error for signature and made a few changes.

**MSU043852**

**From:** Howard, Isaac
**Sent:** Wednesday, September 1, 2021 3:26:41 PM
**To:** Zhang, Li;Kilpatrick, Merri
**Subject:** RE: Family leave on Monday FW: ███████ After Surgery Visit

Merri has provided you MSU's processes for approval.     This is a matter for HRM.

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 2:41 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Family leave on Monday FW: ███████ After Surgery Visit


Dr. Howard, I have forward you my email asking your approval. I will forward you my another email for your approval. I know you denied it first. The form I filled in was the only form I can find on my eForm for your approval. Please instruct me where and how I get approved.

Returned: You cannot claim FMLA without first getting approved for it.

  << File: CZ FMLA.pdf >>



_____
**From:** Zhang, Li
**Sent:** Monday, August 30, 2021 1:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Family leave on Monday FW: ███████ After Surgery Visit


Dr. Howard,

I know you have denied my medical and family leaves as a caregiver to my son with permeant disabilities in the email below. I am emailing you former documents and would like to see if you would reconsider reassigning my teaching to someone else on some days. So far, those are dates and courses:
<< File: leaveSeptermber_LZ_2021.pdf >>     << File: MedicalCertification_Zhang_20210830eye surgeries.pdf >>     << OLE Object: Picture (Device Independent Bitmap) >>

9/1: 3113
9/2: 4133

9/8: 3113
9/9: 4133, I will try to cover myself, there is still a possibility I will need your reassignment, depending on how the surgery goes on 9/8.


I am sure I will send you more information about dates, classes, and time slots, for me to care my son when he needs my care on some days. The doctor's certification is from September 1 to December 1.


**MSU043866**

**From:**                  Kilpatrick, Merri
**Sent:**                 Thursday, September 2, 2021 9:40:25 AM
**To:**                     Zhang, Li;Howard, Isaac
**Subject:**           RE: Family medical leave and my Medical leave for Surgeries

Dr. Zhang,

There is missing information on the medical certification that your doctor will need to correct.

I noticed that the healthcare provider did not provide dates that the med cert will be effective for.   We will need that information.

Please send me the updated med certification form so I can move forward with getting your approval.

Thanks,

Merri

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 11:26 PM
**To:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Merri,
Please see the attached electronic form. Thanks

Li << File: FMLA_Notice_Form.pdf >>    << File: CZ FMLA.pdf >>

  << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 12:39 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Family medical leave and my Medical leave for Surgeries

Dr. Zhang,

Please sign this form and return to me ASAP.

Thanks,

Merri

**MSU044210**

<< File: FMLA_Notice_Form.pdf >> **Merri Kilpatrick**
**Business Manager**
Mississippi State University
Richard A. Rula School of Civil and Environmental Engineering
250 Hardy Road, 1043 Rula Hall
P.O. Box 9546
Mississippi State, MS 39762
662-325-6944
662-325-7189 (fax)
http://www.cee.msstate.edu

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Family medical leave and my Medical leave for Surgeries

<< File: MedicalCertification_Zhang_20210901eye surgeries.pdf >>    << File: leaveSeptermber_LZ_2021_0901.pdf >>    << File: CZ FMLA.pdf >>

Dr. Howard,

Since you have not replied my requests, I rescheduled my eye surgery appointments late yesterday. I wish myself will not have any accidents between now and the surgeries in October.
Also there are new issues coming up and I will need to take ▮▮▮▮▮▮ to Memphis on Friday. I made the changes of the forms and correct one error for signature and made a few changes.

Here is summary of updates for ▮▮▮▮▮

9/2: ADHD evaluation in UMC
9/3 Child development appointment in Memphis

Here is my surgeries re-scheduled
10/4 my eye surgery
10/5 after surgery exam
10/11 my eye surgery
10/12 after surgery exam

Here is the summary of classes need to be assigned to other professors:
9/1 CE 4133

MSU044211

**From:**     Zhang, Li
**Sent:**     Thursday, September 2, 2021 1:10:38 PM
**To:**        Keith, Jason;Howard, Isaac
**Subject:**  RE: Thursday CE 4133

Dr. Keith and Dr. Howard,
Please find those hours for me. I have fully committed to research and teaching, even for the evenings, except weekends. Again, goes back to my email, I have to take care of my kid during the weekends. It seems Dennis created a hostile environment for me to work and not it goes beyond bad to the worst.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, September 2, 2021 8:08 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Thursday CE 4133

Li – thanks for your email.

Isaac has given you guidance with some suggested ways that you can make up your missed classes due to these appointments. I would recommend you reschedule these missed class meetings and also be prepared to record them for anyone who cannot attend.

Regards,

MSU044230

Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li
**Sent:** Wednesday, September 1, 2021 4:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Thursday CE 4133

Dr. Howard,

That is fairly good enough. I understand you have repeatedly denied my family leave requests to bring my kid with permanent disability to see his doctors.
I hope Dr. Jason would correct Dr. Howard's decisions.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 4:03 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Thursday CE 4133

There is nobody available to teach your class tomorrow - you have options on how to handle your class if you aren't available during class time – this is all I am going to have to say on the matter as I have answered this question multiple times.

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 1, 2021 3:54 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Thursday CE 4133

**MSU044231**

<< File: CE 4133 Geometric Design_Elements_horizontal_2021.ppt >>

Dr. Howard,
I will appreciate if you can assign someone else to teach tomorrow, to help my family.
Here are the PPTs for Thursday's class. I talked on slide 22 and 23 on Tuesday, promising students to give them examples on Thursday. Let me know if I will need to create the examples. So if you would not mind assigning someone else to starting on 22 page and let me know where he has completed. I will continue the class on the next Tuesday.

If I will not get any feedback from you or any questions, I assume someone else will take care of Thursday's class. Of course, you can reject my request as well.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

MSU044232

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, August 22, 2021 8:58 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**CC:** Shaw, David <david.shaw@msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** RE: Update on your decision


Dr. Zhang, please make your own arrangements for your classes when you are going to be unable to be there. You can also record your lectures and post them for students, have out of class assignments…

I need to be in Nashville for MSU business next week and I will be making my own arrangements for the two classes I am teaching this semester while also continuing research commitments, working with graduate students, serving as interim school head, and continuing to work on the transition to Rula Hall.  I am aware this is a difficult time for CEE, and I appreciate your cooperation and support.

All the best with your eye procedures.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, August 16, 2021 7:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** RE: Update on your decision

Thanks! I will work with Merri on TA/grader. As for changing the class time, I understand you think there are too many complications at this stage, I understand that. There are too many complications for late information about your decision too. Instead of planning helping the classes long before  the Fall starts today. Here are one example of complications:

My right eye surgery on Sept 1., surgery follow up visits on sept. 2,
My left eye surgery on Sept 8., surgery follow up visits on sept. 9,

I will provide Merri doctor's excuses letter after the surgery. Depending on surgeries go, I may get more excuses days from doctors.

Please arrange instructor for the classes, I will have instructions such as PPT, example problems, etc. for the instructor to teach.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu

**MSU156645**