# EXHIBIT 18

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Monday, October 9, 2023 9:56 AM
**To:** Zhang, Li [lzhang@cee.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]; Morrison, Julia [jmorrison@hrm.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Kilpatrick, Merri [kilpatrick@cee.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Li, a few things about this thread:
- Julia said this was going to be approved (and Isaac also approved the eform). We'll need to modify the hours of medical leave for today since you are working. But in essence, please proceed as if you have approval for the rest of the day today Oct 9 as well as tomorrow Oct 10th.
- In the future, keep in mind that you already have a remote work agreement in place that gives you some flexibility to work from home – this would be in the event that a leave was not approved.
- I would say that in general for short durations such as you have requested here, and in the past, medical leave approval is just a matter of completing the paperwork. If it required you be out for the semester, that would require some conversations first to get on the same page logistically.
- I will defer to HRM to address any specific questions that you have beyond this.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, October 9, 2023 9:43 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Dr. howard

Thanks for yout aapval.  Understand the full paper work may not finish soon. If so, do I need to bring ▮▮▮▮▮ to work tomorrow as I planned?

MSU012626

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, October 9, 2023 3:03 PM
**To:** Morrison, Julia [jmorrison@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Kilpatrick, Merri [kilpatrick@cee.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Julie and Dr. Keith

Sorry, I found Julia's email in my deleted folder.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Sunday, October 8, 2023 6:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** Re: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Apologies all. Dr. Howard asked me a question about leave approval last week, but I failed to answer him and provide the instructions needed, as I was out on leave with my child who had the flu.

Dr. Zhang, your leave request for Monday and Tuesday is will be approved. Please forgive my error in not replying to your department in a timely manner given my own leave.

Thanks,
Julia

Get Outlook for iOS

---

MSU012646

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, October 9, 2023 3:29 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]; Morrison, Julia [jmorrison@hrm.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Kilpatrick, Merri [kilpatrick@cee.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Dr. Keith,

Thanks! I found out in the deleted folder after emailing you. Again, my apology.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, October 9, 2023 3:02 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Here is Julia's email

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

MSU012654

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, October 9, 2023 3:01 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Dr. Keith,

Your kind words offered me some relief. I did not say Julia's email; maybe I missed something. Perhaps I have been paralyzed on this matter because I have been threatened by administrative actions several times, including "insubordination.".

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, October 9, 2023 9:56 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: October and November Family Medical leaves-still no action on my leave application on 9-10 October

Li, a few things about this thread:
- Julia said this was going to be approved (and Isaac also approved the eform). We'll need to modify the hours of medical leave for today since you are working. But in essence, please proceed as if you have approval for the rest of the day today Oct 9 as well as tomorrow Oct 10th.
- In the future, keep in mind that you already have a remote work agreement in place that gives you some flexibility to work from home – this would be in the event that a leave was not approved.
- I would say that in general for short durations such as you have requested here, and in the past, medical leave approval is just a matter of completing the paperwork. If it required you be out for the semester, that would require some conversations first to get on the same page logistically.
- I will defer to HRM to address any specific questions that you have beyond this.

MSU012655