# EXHIBIT 19

| From: | Keith, Jason |
|---|---|
| To: | Shaw, David |
| Cc: | Reeves, Kari; Green, Robert; Howard, Isaac; Corey, Leslie |
| Subject: | Re: CE 3113 grade changes from BCoE |
| Date: | Tuesday, December 14, 2021 9:41:28 PM |

Thanks! We are sending a spreadsheet of grades to the registrar. We really appreciate your help with this.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Dec 14, 2021, at 8:53 PM, Shaw, David <david.shaw@msstate.edu> wrote:

Thank you, Jason. I fully support these efforts to support our students.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, December 14, 2021 5:25 PM
**To:** Shaw, David <david.shaw@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** CE 3113 grade changes from BCoE

Dear Dr. Shaw,

I wanted to follow up to provide more detailed rationale regarding your approval and authorization to have the grades we have calculated be entered by the Registrar for Dr. Li Zhang's CE 3113 class for the fall 2021 class, in place of the grades he has entered.

MSU000580

As you are aware, there have been numerous issues with this class this semester exacerbated by Dr. Zhang's medical leave. It took multiple attempts to get a plan of action from him to handle grades for this term, and we are not confident in the accuracy of the grades he has entered. He has told students that submitted an optional project that he has not had time to grade the project and has assigned them all 50% credit. As you can see in the email included below, he has told students he was in pain and on medication while completing the grading.

We have downloaded the grades from Canvas and reviewed his grading scheme included in the syllabus. We have elected to calculate final grades ignoring the project and final exam grade. As a result, most grades will improve by at least one letter grade (and none will decrease). At least one student will not graduate this semester if the grades he has entered stands. He also gave 0's to at least two students who took their exams with Disability Support Services. He never told us about this and therefore he did not made arrangements to have these exams picked up. We have also heard from several students that they intend to file grade appeals and, based on the information we know, we believe with very high probability that the students would likely prevail in their appeals.

The email Dr. Zhang sent his students is shown below (we are adding emphasis to some concerning areas).

**From:** "Zhang, Li" <lzhang@cee.msstate.edu>
**Date:** December 13, 2021 at 2:06:48 AM CST
**To:** ce3113-01.fall2021@courses.msstate.edu
**Cc:** "Howard, Isaac" <ilhoward@cee.msstate.edu>, "Keith, Jason" <keith@bagley.msstate.edu>, "Reeves, Kari" <kari@bagley.msstate.edu>
**Subject: CE 3113 Grade**

Dear all,

I have submitted your grade. There are a few points I would like to make since a few of your grades might be changed manually for the reasons below:
1.     Your class participation grade is assumed to be 5/5. I could not find out in CANVAS to get your detail attendances. I have emailed the ITS help desk for help. After that, I will match your web participation and your manual sign-in sheets. So if your attendance is not perfect (I will allow you have three absences to get 5/5 for any reason), and your grade is just on the edge of a letter grade, you may get a reduced letter grade, at least in theory. For example, if we have 40 sessions, you only attend 30 sessions (F2F+Web), your participation grade will be 5*30/(40-3). You should be able to figure that out your participation grade to see how much you will get since you know home many sessions (at least approximately) you missed. If you have a great attendance OR have a solid grade (for example, 63~69, 73~79, 83~89, or 93~99), your grade will not be affected at all.
2.     For a group of students who did the optional campus traffic study, I have not been able to grade the reports so I assume you get 50% out of possible points. Your final letter grade might be up and down slightly. Theoretically, that can cause a letter grade

MSU000581

change.

I will post your final exam grade, final exam grading plans, and your final letter grade on canvas in a day or two. The final grade calculations are according to the syllabus. Once I completely recovered, you are encouraged to come to my office within one week to review your final exam grade and challenge my grading. I will make sure your grading is fair, both acceptable to you and me. Remember, according to the syllabus, your other grades should be resolved already unless we have a prior agreement, so the only final exam will be discussed during that week.

My doctor has advised me completely not to work from the day of my surgery <u>until January 17.</u> Under the circumstances, the Department could not provide me any help not even grader support in final exam grading and I have to follow today's deadline as well. I have done all I could do since I have been under pain management medicine and pain. Even as I am writing the email, my mind is not functioning 100%.

Good luck to your future careers/endeavors, if we don't see each other in Traffic and Geo classes. Please let me know if you have any questions.


Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**MSU000582**

Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 8, 2021 6:33 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** concerns in Li Zhang's classes

David – thanks for the phone call earlier today about Li Zhang's classes. Isaac Howard and I have had a challenging time to get a plan on his course from him. He did give us the final exam, and an answer key, but no guidance on giving out partial credit. We discussed with Kari Babski-Reeves and Robert Green and feel that we need to be prepared to take action to prevent the class from having no grades submitted. This is especially important as there are several students who are degree candidates. Coincidentally we have also had one parent complaint already about Li's courses.

Li said he would pick up the exams and Isaac put the exams in Li's mailbox. So far, we have not seen that he has picked them up.

Here is a summary of what I outlined on the phone. We appreciate your support.
-   We'll calculate the students grades so far from the gradebook in CANVAS.
-   There are some missing items (ungraded homework) which we will just ignore and not count for or against the student.
-   There are some attendance / participation and bonus points. We have nothing in the gradebook and intend to give full credit for these, giving the student the benefit of the doubt.
-   If Li does not grade the exams, we will not use this towards the grade for or against the student.
-   We will increase grades by half a letter grade (5%) to estimate curving and intangibles in the class. We asked multiple times for his internal grade books and he has not shared them with us.
-   We will assign grades from this.
-   If a student feels the grade is wrong, we will get information from the students and try to resolve prior to the grade deadline.
-   If this does not occur, the students will be encouraged to submit a grade appeal.
-   We feel this process will reduce issues and calls to Dr. Keenum's and your office by a factor of 5-10x.

Please let us know if you have any concerns or would like to discuss further. Since we discussed Li's performance with Leslie, I am copying her as well.

Regards,

**MSU009597**

CE 3113 Attachment 2

| | |
|---|---|
| **From:** | Keith, Jason |
| **To:** | Zhang, Li; Dickerson, John; Shaw, David |
| **Cc:** | Howard, Isaac; Reeves, Kari; Keith, Jason; Green, Robert |
| **Subject:** | RE: Report of Potential Unauthorized Changes of Student Grades |
| **Date:** | Friday, December 17, 2021 4:49:31 PM |

Li – I know you are planning on sending in several grade change forms regarding your classes. We have also received a large number of student complaints about your course, grading methodology, and final exams. Based on our knowledge of the history of the grade appeal process, and the inaccuracies and inconsistencies within your course (not providing your department head or college a detailed plan of completing the course when we asked you, arbitrarily assigning project grades to all students with a score of 50%, providing confusing communications with the students, potential inaccuracies in class attendance due to damaged card readers, giving 0's to students who had taken exams with disability services, etc.) they would win their appeals. Therefore, we are denying any grade changes that would reduce a student's grade. The letter grades for this course have been calculated from information available before the final exam, and have been finalized and posted, under the approval of CEE, BCoE, and Dr. Shaw.

This also led to additional work by the department, college, and registrar's office regarding forced drops and potential for a student to not graduate in December.

You may be upset about this, but this was a very rare and unusual situation and I expect that it is one that will never happen again. On a somewhat related note, I would like to schedule an in-person meeting with you and Dr. Howard in January. Given your medical leave dates, please let us know your availability the week of January 17th.

Regards,

Jason

Jason M. Keith

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

Mississippi State University

MSU012388

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Sunday, December 19, 2021 3:37 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** CE 3113 emails and notes
**Attachments:** RE: Report of Potential Unauthorized Changes of Student Grades; RE: Spin surgery on December 1; RE: Spin surgery on December 1; CE 3113 Grade; CE 3113 Grade; CE 3113 Grade; Fwd: Grade Challenge ; RE: Class participation grade and Final Term Grade; Re: Final grade

Good afternoon and happy Sunday! In preparation of the morning's meeting, here are some notes and attachments of emails about CE 3113:

- Flagged email 00 – email from Li to provost & registrar
- Flagged email 01 – emails back and forth with Li asking for a plan for this course – we also give him a deadline after which we would take over his course
- Flagged email 02 – email with questions about his final exam
- Flagged email 03 – email to a student who took exam in DRC – he assumed a grade (I looked and it was 100 – we think this is 50%)
- Flagged email 04 – email to another student who took exam in DRC
- Flagged email 05 – email where Li tells students he submitted grades but will be changing many of them after calculating attendance. Also shows he gives 50% to students who did project. Also says his mind is not clear.
- Flagged email 06 – complaint from student to KBR, regarding project
- Flagged email 07 – emails from students to IH regarding course (3 attachments)
- Flagged email 08 – student email plea (to not grade final)
- Flagged email 09 – student email plea regarding participation grade
- Flagged email 10 – some analysis of his final exam (including a spreadsheet)

I apologize to everyone that it has come down to this.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU250189**

**From:** Zhang, Li
**Sent:** Friday, December 17, 2021 5:23 PM
**To:** Keith, Jason; Dickerson, John; Shaw, David
**CC:** Howard, Isaac; Reeves, Kari; Green, Robert
**Subject:** RE: Report of Potential Unauthorized Changes of Student Grades

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Dr. Dickson and Dr. Shaw,

Dr. Keith made at least inaccurate accusations for all statements he made here. I request Dr. Shaw have a full investigations.

1. inaccuracies and inconsistencies within your course (not providing your department head or college a detailed plan of completing the course when we asked you: You instructed me to complete all work, ill or well, why should I provide you with the details? I asked a simple help for grading, you never provide any help

2. providing confusing communications with the students: All emails are sent to you and you never said a word about confusion communications.

3. potential inaccuracies in class attendance due to damaged card readers, would that my fault? Potential? How much? I have communicated with all students that might be affected by "potential". None of them disagreed my counts of their absences.

4. giving 0's to students who had taken exams with disability services: False accusations.

5. arbitrarily assigning project grades to all students with a score of 50%: false accusations

6. How would they win the appear? And there is no appear yet. Also both of you and I encouraged them in appear.

7. The letter grades for this course have been calculated from information available before the final exam. Why would you have final exam? Why you place the final exams on my desk asking me to grade, giving you were watching me still suffering pains and strong pain management medicine working on their final grade, and watching me spending days in figuring out their particpation grade, grading their optional project, and grading the student disabilities? Have you ever thought about your actions deliberately making me suffering?

MSU250190



_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, December 17, 2021 4:49 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Dickerson, John <JDickerson@registrar.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Report of Potential Unauthorized Changes of Student Grades


Li – I know you are planning on sending in several grade change forms regarding your classes. We have also received a large number of student complaints about your course, grading methodology, and final exams. Based on our knowledge of the history of the grade appeal process, and the inaccuracies and inconsistencies within your course (not providing your department head or college a detailed plan of completing the course when we asked you, arbitrarily assigning project grades to all students with a score of 50%, providing confusing communications with the students, potential inaccuracies in class attendance due to damaged card readers, giving 0's to students who had taken exams with disability services, etc.) they would win their appeals. Therefore, we are denying any grade changes that would reduce a student's grade. The letter grades for this course have been calculated from information available before the final exam, and have been finalized and posted, under the approval of CEE, BCoE, and Dr. Shaw.

This also led to additional work by the department, college, and registrar's office regarding forced drops and potential for a student to not graduate in December.

You may be upset about this, but this was a very rare and unusual situation and I expect that it is one that will never happen again. On a somewhat related note, I would like to schedule an in-person

**MSU250191**

meeting with you and Dr. Howard in January. Given your medical leave dates, please let us know your availability the week of January 17th.


Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____

**From:** Zhang, Li
**Sent:** Friday, December 17, 2021 3:27 PM
**To:** Dickerson, John <JDickerson@registrar.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; ssalter@opa.msstate.edu.
**Subject:** Report of Potential Unauthorized Changes of Student Grades


Dear Registrar Dickenson and Provost Dr. Shaw,

I am emailing to report a serious incident about Potential Unauthorized Changes of Student Grades. I attached two files, the file A is the PDF print after I submitted the final grade on December 13. File B is the grade shown on the student's enrollment queries today. Many grades are different, and they are artificially boosted. One student reported the change was made on December 16. I don't have any privilege to change banner grade at all the only thing I can do after 10 AM December 13 is to file an eform to petition the changes of grade, which I have not done so. I am reporting this so the back doors to potential unauthorized changes of student grades can be prevented in the future. Furthermore, it is possible MSU database was hacked as well. As an instructor, I believe I have been obligated to report this incident.

There is a long story about how I find the grades have been changed. I had a backspin surgery on December 1 and I have submitted my medical certificate to Dr. Keith and Dr. Howard that Dr. my surgery doctors recommend me DO NOT work until January 17.  Under Dr. Keith and Dr. Howard's advice, without any help, I completed two classes' grades with very strong pain management medicines and pains. There are 69 students in one course. In the 69 courses, I feel the grade before the submission deadline is less than perfect, I informed students that some of their grades might be changed. I have spent a couple of past days trying to figure out the student grade changes both students feel fair and I am comfortable. I have emailed all students the grading plan and the appearing process, and I also take their feedback (Dr. Howard and Dr. Keith were CCed in those emails too). I have communicated with about half of the students individually to make sure the grade is fair. I have succeeded in that 68 out of 69 students have no objections, and most of them felt satisfied with the new grade. One student expressed his dissatisfaction, Dr. Keith encouraged him to file grade appears, and I encouraged him to do so too. I am confident my grade is fair and thoughtful.

**MSU250192**

Just at the time when I was about to request the changes through eForm, I found one grade is different from what I entered on my record. I thought that was the error I made. Then I queried the class roster and found out most of the student's grades had been changed, totally different from what I submitted.

Please let me know if I can provide more information about the investigation. I am hoping the investigation could help MSU to prevent something like this happen again and close the backdoor of grade changes.

I am cc Mr. Salter I think that might help MSU media understand how MSU makes sure grades are fair and the grade database is secured. << File: A. CE 3113 Enter Final Grades.pdf >> << File: B. CE_3113_Class Roster.pdf >>

Thank you for your attention!

<< OLE Object: Picture (Device Independent Bitmap) >>

MSU250193

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU250194

**From:** Keith, Jason
**Sent:** Monday, November 29, 2021 9:52 PM
**To:** Howard, Isaac; Zhang, Li
**CC:** Reeves, Kari; Green, Robert; Kilpatrick, Merri; Keith, Jason
**Subject:** RE: Spin surgery on December 1

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Li – nearly a week has gone by since your request (11/23 at 12:35am) and you have not provided us with the answers to our questions. This is really putting the university and your students in a very difficult position. Behind the scenes, we all have been working to figure out how to best approach this. In order to be successful, we need your help.

Please send us by noon on Tuesday, November 30th, the information that we need to help you complete this course. Here is what was requested of you:
- *Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.*
- *A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.*
- *Regardless of the method chosen, grades are due December 13 – extensions are not an option.  There are going to be some students who are degree candidates.*
- *If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.*
- ***A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.***

I have some additional information for you, which includes questions that need to be answered immediately.
- We need an emailed copy of your internal grade books for these courses, along with any rules how you weight subjects. If you update your grades, please send us these updates as soon as possible.
- As Isaac mentioned, we cannot miss the 12/13 deadline as it impacts the awarding of degrees.  Thus, we are obtaining access to the CANVAS courses so if needed we can go in and submit the grades for your courses.
- What communications have you given the students with respect to this course? Please share that with us so we can follow your policies as best as possible.
- What decision have you made about making the final exam optional? This would minimize the number of students taking the final, so we recommend you consider this for efficiency.
- Have you begun to grade ungraded homework, projects, and any other assignments for the course? We cannot do this for you. We can only help with the final.
- Please try to get the other assignments completed and graded two days before the grades are due. (So, by December 11th at noon). And, send us the updated gradebooks. This gives us one day to ask you questions for clarification if needed before grades are due.
- It would be unfair to the students if they turned in items are not graded. If no information is provided, we will have to give the students the benefit of the doubt.

**MSU250195**

- If we don't get other instructions or information by 12:01am on December 13th, we will have to go in and enter the course grades according to the rules outlined above. We will do this on the morning of Monday, December 13th.

Li, we want to help you and your students. But we have limited resources and these plans are the best that we can offer.

Isaac and I will schedule a follow up meeting with you in January to discuss this issue further.

We hope your surgery goes well – but we noticed you have yet to file for medical leave.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Howard, Isaac
**Sent:** Friday, November 26, 2021 6:53 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Dr. Zhang, we are waiting for more of a plan than you have listed. It is very important that proper grades be submitted by December 13 without excessive burden on anyone.
Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, November 24, 2021 3:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert

**MSU250196**

<green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Re: Spin surgery on December 1

Dr. Howard

Thanks for your instructions

I will make sure I send you a link about finals and grading plan before my surgery starts

Get Outlook for iOS

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 4:12:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Spin surgery on December 1

Dr. Zhang,

I was not aware you had a surgery scheduled for December 01 – you had indicated you had some medical appointments.  I checked with Merri and she wasn't aware either.   All the best with your surgery.

- Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.
- A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.
- Regardless of the method chosen, grades are due December 13 – extensions are not an option.  There are going to be some students who are degree candidates.
- If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.
- **A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.**

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 12:35 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Spin surgery on December 1

Dr. Keith and Dr. Howard,

Thanks Dr. Keith's nice word.

**MSU250197**

My surgery will be on December 1. Here are a few things I can do by following your instruction that I will need to take care of classes, ill or well.

1. I will record the class for December 1.
2. I will try to have final questions ready.

By looking at the attached instruction, looks like I may not be able to proctor December 3 and December 6's finals. It might affect my grading all homework, projects, final for 4133 and grading final for 3113. There are a few days for me to know for sure after the surgery

I know you have given me instructions, ill or well, I should complete the semester. If you think this is the same case, please reaffirm that. You don't need to consider the options below.

If you think I can have options to, that should be really helpful to avoid the complications after the surgery

1. Extend my final grade submission time
2. Add resources to help me grading so the grade can submit on time
3. Approve undergraduate grader to help me grade final
4. Or any other things you think the department and the college could help.

Thank you for your consideration!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 10:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

**MSU250198**

I hope all goes well with your medical appointments next week!

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Nov 19, 2021, at 10:20 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

Dr. Howard, Dr. Keith and Dr. Ermagun,

Thank you very much! I will send Dr. Ermagun the test and solutions soon!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 5:07 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

Thanks Alireza - I appreciate it !

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

MSU250199

On Nov 19, 2021, at 4:43 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:


Dr. Ermagun,

Thanks for agreeing to proctor Dr. Zhang's exam on Monday so he can tend to other matters. I will leave getting the exam and other specifics to the two of you.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU250200

**From:** Keith, Jason
**Sent:** Wednesday, December 1, 2021 7:54 AM
**To:** Zhang, Li; Howard, Isaac
**CC:** Reeves, Kari; Green, Robert; Kilpatrick, Merri; Keith, Jason
**Subject:** RE: Spin surgery on December 1

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Li, Thank you for your final exams for CE3113. There is no space to complete this work. Should the students put solutions on their own paper?

We had no choice but to ask all these questions because we asked for a plan on 11/29 and had not received one. Honestly, after this email, we still do not have a plan from you.

Again, we will discuss this situation in more detail with you in the future. I hope your surgery goes well and that you heal completely.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li
**Sent:** Wednesday, December 1, 2021 2:16 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Dear Dean Jason,

I have been working days and night since Monday. My first priority as I was instructed is to make class videos, final reviews, finals and person to person talks. I sent an updated email a few minutes ago and submitted the leave. I know you don't care about my surgery all your care are the grades be posted. I have done what I can do. At this point, I have made leave request until Monday, so at least I will need someone to proctor two tests. I hope I can grade afterwards but I am not sure now. I also don't know how much time I will need to grade since my doctor may limit my work hours. As I told my students, I may not be able to wake up after the surgery. If that is the case, MSU will have to take full responsibilities. My backpain and spin nerve pains are caused by psychological and physical pressures from my work. I am copying this email to my wife too.

MSU250201

Your email requested so many information, even though I would not sleep I may not be able to give you the information you need. I hope you email every professor before their surgeries, requesting the exact information, and treat them the same.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 9:52 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Li – nearly a week has gone by since your request (11/23 at 12:35am) and you have not provided us with the answers to our questions. This is really putting the university and your students in a very difficult position. Behind the scenes, we all have been working to figure out how to best approach this. In order to be successful, we need your help.

Please send us by noon on Tuesday, November 30th, the information that we need to help you complete this course. Here is what was requested of you:

- *Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.*
- *A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.*
- *Regardless of the method chosen, grades are due December 13 – extensions are not an option. There are going to be some students who are degree candidates.*
- *If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.*

**MSU250202**

- ***A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.***

I have some additional information for you, which includes questions that need to be answered immediately.

- We need an emailed copy of your internal grade books for these courses, along with any rules how you weight subjects. If you update your grades, please send us these updates as soon as possible.
- As Isaac mentioned, we cannot miss the 12/13 deadline as it impacts the awarding of degrees. Thus, we are obtaining access to the CANVAS courses so if needed we can go in and submit the grades for your courses.
- What communications have you given the students with respect to this course? Please share that with us so we can follow your policies as best as possible.
- What decision have you made about making the final exam optional? This would minimize the number of students taking the final, so we recommend you consider this for efficiency.
- Have you begun to grade ungraded homework, projects, and any other assignments for the course? We cannot do this for you. We can only help with the final.
- Please try to get the other assignments completed and graded two days before the grades are due. (So, by December 11th at noon). And, send us the updated gradebooks. This gives us one day to ask you questions for clarification if needed before grades are due.
- It would be unfair to the students if they turned in items are not graded. If no information is provided, we will have to give the students the benefit of the doubt.
- If we don't get other instructions or information by 12:01am on December 13th, we will have to go in and enter the course grades according to the rules outlined above. We will do this on the morning of Monday, December 13th.

Li, we want to help you and your students. But we have limited resources and these plans are the best that we can offer.

Isaac and I will schedule a follow up meeting with you in January to discuss this issue further.

We hope your surgery goes well – but we noticed you have yet to file for medical leave.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

Regards,
Jason

Jason M. Keith

Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Howard, Isaac
**Sent:** Friday, November 26, 2021 6:53 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Dr. Zhang, we are waiting for more of a plan than you have listed. It is very important that proper grades be submitted by December 13 without excessive burden on anyone.
Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, November 24, 2021 3:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Re: Spin surgery on December 1

Dr. Howard

Thanks for your instructions

I will make sure I send you a link about finals and grading plan before my surgery starts

Get Outlook for iOS

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 4:12:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Spin surgery on December 1

Dr. Zhang,

I was not aware you had a surgery scheduled for December 01 – you had indicated you had some medical appointments.  I checked with Merri and she wasn't aware either.   All the best with your surgery.

**MSU250204**

- Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.
- A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.
- Regardless of the method chosen, grades are due December 13 – extensions are not an option. There are going to be some students who are degree candidates.
- If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.
- **A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.**

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 12:35 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Spin surgery on December 1

Dr. Keith and Dr. Howard,

Thanks Dr. Keith's nice word.
My surgery will be on December 1. Here are a few things I can do by following your instruction that I will need to take care of classes, ill or well.

1. I will record the class for December 1.
2. I will try to have final questions ready.

By looking at the attached instruction, looks like I may not be able to proctor December 3 and December 6's finals. It might affect my grading all homework, projects, final for 4133 and grading final for 3113. There are a few days for me to know for sure after the surgery

I know you have given me instructions, ill or well, I should complete the semester. If you think this is the same case, please reaffirm that. You don't need to consider the options below.

If you think I can have options to, that should be really helpful to avoid the complications after the surgery

1. Extend my final grade submission time
2. Add resources to help me grading so the grade can submit on time
3. Approve undergraduate grader to help me grade final
4. Or any other things you think the department and the college could help.

Thank you for your consideration!

MSU250205

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 10:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

I hope all goes well with your medical appointments next week!

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Nov 19, 2021, at 10:20 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

Dr. Howard, Dr. Keith and Dr. Ermagun,

Thank you very much! I will send Dr. Ermagun the test and solutions soon!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546

MSU250206

220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 5:07 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

Thanks Alireza - I appreciate it !

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Nov 19, 2021, at 4:43 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:
>
> Dr. Ermagun,
>
> Thanks for agreeing to proctor Dr. Zhang's exam on Monday so he can tend to other matters.  I will leave getting the exam and other specifics to the two of you.
>
> Regards,
> Isaac
>
> **Isaac L. Howard, PhD, PE**
> Professor | Materials & Construction Industries Chair
> Interim Director of Richard A. Rula School of
> Civil & Environmental Engineering | Mississippi State University
> 250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
> Office: 662-325-7193 | Cell: 662-722-0247
> http://www.cee.msstate.edu/cmrc/

**MSU250207**

**From:** Zhang, Li
**Sent:** Monday, December 13, 2021 1:22 AM
**To:** ████████████
**CC:** Howard, Isaac; Keith, Jason; Reeves, Kari
**Subject:** CE 3113 Grade

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged



I would like to personally apologize to you that I have not had a chance to review your final exam from DRC. I took a ride with someone to get finals on Dec. 8, I only took those that were placed on top of my desk and have to hurry up to come back to my home. I did not checked my mail box and/or DRC about your final. Under the pain management medicine and pain, my mind does not functioning 100%. I don't want to take too much time from the person who provided me with the rider. You might be aware that I would not be able to legally drive of my strong pain medicine. I assumed a grade in your final exam according to how you performed and how other students performed in the final. I know I should not be made any assumptions about your final grade.

Since my doctor advised me not to work from the day I got surgery until January 17, I will try my best to grade your final as soon as I get a chance to be able to drive to Starkville. If Dr. Howard instructs CEE staff to scan your final and email me, I can grade it as soon as I get it. I will use the new grade and fill in a form to change the grade, if it will be different from what you are given now.

Again, my sincere apology.

MSU250208

MSU250209

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU250210

**From:** Zhang, Li
**Sent:** Monday, December 13, 2021 1:25 AM
**To:** ███████████
**CC:** Howard, Isaac; Keith, Jason
**Subject:** CE 3113 Grade

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

███████

I would like to personally apologize to you that I have not had a chance to review your final exam from DRC. I took a ride with someone to get finals on Dec. 8, I only took those that were placed on top of my desk and have to hurry up to come back to my home. I did not checked my mail box and/or DRC about your final. Under the pain management medicine and pain, my mind does not functioning 100%. I don't want to take too much time from the person who provided me with the rider. You might be aware that I would not be able to legally drive of my strong pain medicine. I assumed a grade in your final exam according to how you performed and how other students performed in the final. I know I should not be made any assumptions about your final grade.

Since my doctor advised me not to work from the day I got surgery until January 17, I will try my best to grade your final as soon as I get a chance to be able to drive to Starkville. If Dr. Howard instructs CEE staff to scan your final and email me, I can grade it as soon as I get it. I will use the new grade and fill in a form to change the grade, if it will be different from what you are given now.

Again, my sincere apology.

MSU250211

**From:** Zhang, Li
**Sent:** Monday, December 13, 2021 2:07 AM
**To:** ce3113-01.fall2021@courses.msstate.edu
**CC:** Howard, Isaac; Keith, Jason; Reeves, Kari
**Subject:** CE 3113 Grade

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Dear all,

I have submitted your grade. There are a few points I would like to make since a few of your grades might be changed manually for the reasons below:

1. Your class participation grade is assumed to be 5/5. I could not find out in CANVAS to get your detail attendances. I have emailed the ITS help desk for help. After that, I will match your web participation and your manual sign-in sheets. So if your attendance is not perfect (I will allow you have three absences to get 5/5 for any reason), and your grade is just on the edge of a letter grade, you may get a reduced letter grade, at least in theory. For example, if we have 40 sessions, you only attend 30 sessions (F2F+Web), your participation grade will be 5*30/(40-3). You should be able to figure that out your participation grade to see how much you will get since you know home many sessions (at least approximately) you missed. If you have a great attendance OR have a solid grade (for example, 63~69, 73~79, 83~89, or 93~99), your grade will not be affected at all.

2. For a group of students who did the optional campus traffic study, I have not been able to grade the reports so I assume you get 50% out of possible points. Your final letter grade might be up and down slightly. Theoretically, that can cause a letter grade change.

I will post your final exam grade, final exam grading plans, and your final letter grade on canvas in a day or two. The final grade calculations are according to the syllabus. Once I completely recovered, you are encouraged to come to my office within one week to review your final exam grade and challenge my grading. I will make sure your grading is fair, both acceptable to you and me. Remember, according to the syllabus, your other grades should be resolved already unless we have a prior agreement, so the only final exam will be discussed during that week.

My doctor has advised me completely not to work from the day of my surgery until January 17. Under the circumstances, the Department could not provide me any help not even grader support in final exam grading and I have to follow today's deadline as well. I have done all I could do since I have been under pain management medicine and pain. Even as I am writing the email, my mind is not functioning 100%.

Good luck to your future careers/endeavors, if we don't see each other in Traffic and Geo classes. Please let me know if you have any questions.

**MSU250212**

MSU250213

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU250214

**From:** Reeves, Kari
**Sent:** Monday, December 13, 2021 5:40 PM
**To:** Howard, Isaac; Keith, Jason; Green, Robert
**Subject:** Fwd: Grade Challenge

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

And so it starts.  What Li assumed is not appropriate.
Regards
Kari

Get Outlook for iOS

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Monday, December 13, 2021 5:39 PM
**To:** ██████████████████
**Cc:** █████████████████████████████h
**Subject:** Re: Grade Challenge

Thank you.  I will look into this.
Regards
drb

Get Outlook for iOS

---

**From:** ████████████@msstate.edu>
**Sent:** Monday, December 13, 2021 2:00:05 PM
**To:** ████████████@msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** ████████████@msstate.edu>; ████████████@msstate.edu>; ████████████
████████@msstate.edu>
**Subject:** Re: Grade Challenge

We have also received this as an email this morning.

Get Outlook for iOS

---

**From:** ████████████@msstate.edu>
**Sent:** Monday, December 13, 2021 9:32:24 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** ████████████@msstate.edu>; ████████████@msstate.edu>; ████████████

MSU250215

█████ @msstate.edu>; ████████████ @msstate.edu>
**Subject:** Re: Grade Challenge

---

**From:** ████████████ @msstate.edu>
**Sent:** Monday, December 13, 2021 9:12 AM
**To:** Reeves, Kari
**Cc:** ████████
**Subject:** Grade Challenge

Good morning dr B. I am emailing in regards to the grade we have received in transportation engineering. There are several other students who also feel they have been cheated on their grade. For starters we spent several weeks working on a project for dr Zhang that he neglected to grade. He told us he would just assume that we were only 50% correct on it. I know of other students that he assumed exam grades for as well. He also repeatedly failed to give us clear instructions for assignments. ████ and I both received a D and strongly feel we deserve a C. Please let me know what we can do to resolve this issue and thank you for taking the time to look into it.

████████



2. For a group of students who did the optional campus traffic study, I have not been able to grade the reports so I assume you get 50% out of possible points. Your final letter grade might be up and down slightly. Theoretically, that can cause a letter grade change.

I will post your final exam grade, final exam grading plans, and your final letter grade on canvas in a day or two. The final grade calculations are according to the syllabus. Once I completely recovered, you are encouraged to come to my office within one week to review your final exam grade and challenge my grading. I will make sure your grading is fair, both acceptable to you and me. Remember, according to the syllabus, your other grades should be resolved already unless we have a prior agreement, so the only final exam will be discussed during that week.

My doctor has advised me completely not to work from the day of my surgery until January 17. Under the circumstances, the Department could not provide me any help not even grader support in final exam grading and I have to follow today's deadline as well. I have done all I could do since I have been under pain management medicine and pain. Even as I am writing the email, my mind is not functioning 100%.

Good luck to your future careers/endeavors, if we don't see

MSU250217

**From:** Reeves, Kari
**Sent:** Thursday, December 16, 2021 11:13 AM
**To:** ███████████ ; Zhang, Li
**CC:** Howard, Isaac; Green, Robert; Keith, Jason
**Subject:** RE: Class participation grade and Final Term Grade

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Thank you ███████. We have received your email. Thank you to reaching out.
Regards
DrB

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** ███████████████ @msstate.edu>
**Sent:** Thursday, December 16, 2021 10:49 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Re: Class participation grade and Final Term Grade

Dr. Zhang,

I don't know if you've had a chance to read my email from last night, but I would like to reiterate that I am satisfied with my grade of a B which is what you last posted in Banner.

Please know that I did participate 100% in your class and signed the paper for every class.

Since I have graduated from MSU on December 10, 2021, please consider my grade finished with a B and that you have one less student to worry about.

Thank you,

███████████

MSU250218

Get Outlook for iOS

---

**From:** owner-ce3113-01.fall2021@Courses.MsState.Edu <owner-ce3113-01.fall2021@Courses.MsState.Edu> on behalf of Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, December 16, 2021 1:20:16 AM
**To:** ce3113-01.fall2021@courses.msstate.edu <ce3113-01.fall2021@Courses.MsState.Edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** ce3113-01.fall2021: Class participation grade and Final Term Grade

Dear all,

I have spent the entire afternoon and this evening until now trying to figure out your participation grade and then your final grade (permanent) I will no change grade after Friday. Please read the email and look at CANVAS, let me know if you have any questions.

It makes me hard to decide your participation grade  since the due to my surgery, I give all your sign-in sheets to your grader and she is not available to help at all. I don't have your sign-in sheets. So here is the plan:

1.  I would give anyone a perfect participation grade if reported AU is less or 10 (those AU including no classes, occasional sick, or any other reasons, including WeBEX classes, excluding the card reader error but you were in class). I would use total session of 35 as base. If you participated 35 sessions (including WenEX), you will get 5/5.  If you think you have 3 sessions missed, I would like use a grade of (35-3)*5/35. Understand we got complained that reader does not work, I consider that as well. See 2 and Example B.

If I used the above formula and reported AU, you letter grade would not drop ONE letter grade, in comparing with 5/5 participation grade, your participation grade is manually changed to "0". That "0". Means your reported AU would not affect your letter grade. I did not change your grade in "Term Grade in 100".

For example A, if your grade is 86 in "Term Grade in 100", that was consider you get 5/5 participation grade. So I used your reported AU, calculate your participation grade is 4/5, you still get grade B.

For example B, if your grade is 71 in "Term Grade in 100",, that was consider you get 5/5 participation grade. So I used your reported AU, calculate your participation grade is 3/5, you actual grade might be C or D. I used Plan 2 below to decide you actually get a D or C, by considering the reported AU might be the miss read of your card.

2.  If I use the reported AU and your letter grade drop by one letter grade, see example B. I have emailed and asked each of you sending me your best estimation of your participation grade

**MSU250219**

under the honor code, I will appreciate it and would report your final grade change  if there are changes. If I would not get your proposed participation grade within Friday, I will use (35-(reported AU-10))/35*5 as your participation grade as explained in 1 and Example A and B, or the calculation done above to report your grade and I will not make any change in the future.

So far, I have emailed about 20 students one by one and get almost all cases resolved: we had an agreement on your participation grade figured out, for those people in 2.  So if you don't get an email since this afternoon, you are in plan 1 and in Example A, you don't need to do anything. I am still wait for just four students to respond me.

Note: 1. If you have a "Term_ Grade in A_F", you are good now. If you grade is in "0", "-",  or "Excused" in Term_ Grade in A_F, it does not meant you don't have grade, it just meant you are in Plan 2 and example B, we will need to work together to your participation grade decided.
Note 2: "Term Grade in 100" and "Term_ Grade in A_F" should be consistence according to syllabus, no exception.
Note 3: If you tested at DRC, you should request Dr. Keith to send me your tests. In my emailed to you, I CC Dr. Howard and he has not scanned your test to me. Dr. Keith and Dr. Howard have my medical certificate that my backspin doctor has advised me "NOT WORK" until January 17, although I have to grade and work, but I definitely cannot drive to get your tests. So your "Term_ Grade in A_F" is "Excused". I will garde your test once I can drive or I can get the scanned tests.
Note 4, if you grade in CAVAS is different from your grade in banner, I will make request one student by student by filling a eform, once I got responds from all four students or Friday. It will take a few days, if not a week before your grade in banner will be changed.

Hope this help and find you well. I believe I am doing all my best to make sure your grade is fair and the process to decide your participation is open and fair.

Thank you for your understandings!

**MSU250220**



**MSU250221**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**MSU250222**

**From:** ███████████████
**Sent:** Friday, December 17, 2021 10:21 AM
**To:** Zhang, Li
**CC:** Howard, Isaac; Keith, Jason
**Subject:** Re: Final grade

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged


Dr. Zhang,

I do not understand how my grade could've fallen so low. I was going into the final with an 84 average so I didn't prepare as much as probably should have. I am begging for a C in your class. I have worked my butt off in your class all semester. From going to meet you in your office to working those lengthy homework's that benefited me. I know for a fact I didn't come close to missing your class 24 times. From my understanding I quit using the scanners bc if the signin sheets. I worked my butt off all year. It's not like I have a 65 or something like that I'm just off by 0.7 due to a participation that I believe I deserved higher on. Please Dr. Zhang can you help me out please, I'm a senior and it will ruin my whole scheduling for graduation. I hope you can take my thoughts into consideration. Please take a look at this email because I'm about to have a panic attack. I'm just upset at the fact canvas said I had a 84 two weeks ago and now I'm about to fail. I'm just lost and need to know if there is anything you could do to help. Have a good rest of your day and happy holidays to you.

Thanks,

█████████

Get Outlook for iOS

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, December 17, 2021 10:01:35 AM
**To:** ████████████████ @msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Final grade

Yes, your participation grade is 2.43/5 not 5/5.

**MSU250223**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** ████████████████ @msstate.edu>
**Sent:** Friday, December 17, 2021 9:26 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Final grade

Dr. Zhang,

My grade was updated in banner I believe on the 16th. I assumed that it was updated so I did not reply to your email. But you're saying now that I'm getting a D on your class as my final grade?

Thanks,

████

Get Outlook for iOS

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, December 17, 2021 9:15:52 AM
**To:** ████████████████ @msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Final grade

████

You looked at wrong place in Canvas, you got 71.3 , with 5pts of participation included. See my email yesterday (attached) about where to look at your grade. The column you looked at was not used and

MSU250224

was announced in Syllabus. Please see syllabus for details. I emailed you on December 15 twice trying to work with you about your participate grade. As your screen shot below indicated there are 28 AUs, as I explained in my attached email, I am assigning you $(35-(28-10))/35*5=2.43$ as participation grade. Therefore your final grade is 68.8, or a "D". The information is updated in Canvas.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

December 15, trying to decide

**From:** ███████████ @msstate.edu>
**Sent:** Monday, December 13, 2021 5:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** FINAL GRADE ERROR

Dr. Zhang,

On canvas I have a 79.36 but when I check my final grade on myState it says I made a D in the class. I attached both photos so you can see. I need this changed or looked at as soon as possible.

**MSU250225**



MSU250226



Can you look into this ASAP! Thanks ▮▮▮▮▮▮▮▮▮

MSU250227