# EXHIBIT 20



**MISSISSIPPI STATE UNIVERSITY**

## Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

### EMPLOYEE COMPLETES SECTION A

| Employee Name | Family Member's Name (if leave is not for employee) | Relationship to the Employee |
|---|---|---|
| Li Zhang | | myself |

| MSU ID Number | MSU Department Name and Address |
|---|---|
| 904138878 | Civil and Environmental |

Date(s) leave is requested (give beginning and ending dates)
12/2/21-12/8/21

Describe the medical situation requiring your absence from work.
Spin surgey on advise take at least one week from work. may be more days or less days.

Employee Signature/Date Li Zhang 12/2/2021
Digitally signed by Li Zhang
Date: 2021.12.02 08:55:33 -06'00'

### DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B

Dates that that the medical certification is/will be in affect: 12/1/21 – will determine at follow up on 1/17/22

Check One: ☐ Excuse/Release to Work   ☑ Medical Certification

**1. For FMLA Eligibility:** Please check any of the following that pertains to the employee or the employee's family member:

a. ☑ Incapacity of More Than Three Calender days- this period of incapacity involves:
- ☐ Treatment two or more times by a health care provider,
- ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
- ☑ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care

c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility

d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
- ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

e. ☐ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)

f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)

g. ☐ None of the above

**2. Amount of Leave Needed:** Please check box(s) that apply to the employee or employee's family member's medical condition.

Check One:
☐ Employee may return to work without restrictions on (date) _____

☑ Employee is totally unable to return to work at this time. Patient will be evaluated on (date) 1/17/22

☐ The Employee may return to work, but may miss work intermittently. Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):
Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee may return to work, but may miss work for follow up doctor's appointments every:
Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee may return to work with restrictions.
☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____
☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work.** Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may: <br> a. Stand/Walk ☐ None ☐ 1-4 Hours ☐ 4-6 Hours ☐ 6-8 Hours <br> b. Sit ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours <br> c. Drive ☐ None ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours |
| ☐ **Light Work.** Lifting 20 pounds maximum with frequent lifting and/ carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive: ☐ Fine Manipulation ☐ Pushing and Pulling ☐ Single Grasping |
| ☐ **Medium Work.** Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 3. Patient may use feet for repetitive movement as in operating foot controls. ☐ Yes ☐ No |
| ☐ **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. | 4. Patient is able to: Frequently Occasionally Not At All <br> a. Bend ☐ ☐ ☐ <br> b. Squat ☐ ☐ ☐ <br> c. Climb ☐ ☐ ☐ |
| ☐ **Very Heavy Work.** Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. | |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____

Signature of Doctor/Health Care Provider _____ M.D. Date 12/3/21

Printed Name and Address of Doctor/Health Care Provider Above: Dr. W Lynn Stringer 2470 Flowood Dr Flowood MS 39232
Phone Number _____

Reset Form

MSU001475
Rev 9/2013

Case: 1:23-cv-00071-GHD-DAS Doc #: 145-20 Filed: 02/19/26 3 of 45 PageID #: 1381

# Leave Request ❷

## Document and Routing Help

| Doc Nbr : | 679164 |
|---|---|
| Status : | FINAL |
| Initiator : | lz75 |
| Created : | 03:00 PM 12/06/2021 |

MSU00499

**Document Overview** ✚

**Leave Request** ▬

| Name | Li Zhang |
|---|---|
| MSU ID | 904-138-878 |
| Department | Civil and Environmental Engineering |

**Leave Request Type and Time Periods** ▬

Policies and Procedures:  LEAVE/LEAVE WITHOUT PAY (HRM 60-201)

1

| | |
|---|---|
| Type | MMD9 |
| Maj. Med. For | Self |
| LWOP For | |
| Hours | 32 |
| Beg. Time | 12/02/2021 08:00 AM |
| End Time | 12/07/2021 05:00 PM |

**Notes and Attachments** ▬

Add:

* Note Text:

Attach File:

Choose File | No file chosen

Cancel Attachment

Add

1

MSU001500

**Time:**
12/06/2021 03:04 PM
**Author:**
Zhang, Li
**Note Text:**
This request combined the disapproved request 677373, extended one more day. Somehow certificate form uploaded here was not been added to 677373 on 12/3.
**Attached File:**
Medical Certifciate.pdf

true   Medical Certifciate.pdf   (85 KB, application/pdf)
**Send To:**
[ ]  🔍

[ **Send** ]

---

**2**
**Time:**
12/10/2021 04:51 PM
**Author:**
Howard, Isaac
**Note Text:**
Returned:  As per consultation with Mirrca Merhundrew in HRM, this eForm has been returned. The first 8 hours should have been PLSI leave and have been on December 01.  There should then be 32 hours of MMED leave going through December 07.  This is a different medical situation than those where a medical certification is already on file, and as such, the first 8 hours are PLSI leave time.
**Attached File:**

**Send To:**
[ ]  🔍

[ **Send** ]

---

**3**
**Time:**
01/24/2022 08:38 AM
**Author:**
Bostick, Amy
**Note Text:**
Dr. Zhang, the 32 hours of leave you submitted are fine for the period of Dec.2-Dec. 7.  Because you are a 9 month employee the Leave Type needs to be changed from MMED to MMD9 so the leave can be processed correctly.  Please change the MMED to MMD9 and resubmit the eform to Dr. Howard to approve.  If you have any questions please contact me at 325-0497.  Thank you. Amy
**Attached File:**

**Send To:**
[ ]  🔍

[ **Send** ]

---

**4**
**Time:**
01/24/2022 10:14 AM
**Author:**
Bostick, Amy
**Note Text:**
Returned:  Dr. Zhang, the 32 hours of leave you submitted are fine for the period of Dec.2-Dec. 7.  Because you are a 9 month employee the Leave Type needs to be changed from MMED to MMD9 so the leave can be processed correctly.  Please change the MMED to MMD9 and resubmit the eform to Dr. Howard to approve.  If you have any questions please contact me at 325-0497.  Thank you. Amy
**Attached File:**

Case: 1:23-cv-00071-GHD-DAS Doc #: 145-20 Filed: 02/19/26 5 of 45 PageID #: 1383

MSU001501



**Send To:**

Send

---

**5**
**Time:**
01/26/2022 04:52 PM
**Author:**
Zhang, Li
**Note Text:**
Travelok
**Attached File:**
travel.pdf

true    travel.pdf    (492 KB, application/pdf)

**Send To:**

Send

---

**6**
**Time:**
01/26/2022 04:53 PM
**Author:**
Zhang, Li
**Note Text:**
Medical certificate
**Attached File:**
Li ZhangMiedical form.pdf

true    Li ZhangMiedical form.pdf    (79 KB, application/pdf)

**Send To:**

Send

---

Route Log  −

| Title | Leave Request - Application for Leave | Doc Id | 679164 |
|---|---|---|---|
| Type | Leave Request | Created | 03:00 PM 12/06/2021 |
| Initiator | Zhang, Li | Last Modified | 08:42 AM 01/27/2022 |
| Route Status | FINAL | Last Approved | 08:42 AM 01/27/2022 |
| Node(s) | Adhoc Routing | Finalized | 08:42 AM 01/27/2022 |

**Actions Taken**

| Taken By | Time/Date | Action |
|---|---|---|
| Zhang, Li | 03:06 PM 12/06/2021 | |
| Zhang, Li | 03:07 PM 12/06/2021 | |
| Howard, Isaac | 04:51 PM 12/10/2021 | Returned: As per consultation with Mirca Merhundrew in HRM, this eForm has been returned. The first 8 hours should have been PLSI leave and have been on December 01. There should then be 32 hours of MMED leave going through December 07. This is a different medical situation than those where a medical certification is already on file, and as such, the first 8 hours are PLSI leave time. |
| Zhang, Li | 12:50 PM 01/21/2022 | |
| Bostick, Amy | 10:14 AM 01/24/2022 | Returned: Dr. Zhang, the 32 hours of leave you submitted are fine for the period of Dec.2-Dec. 7. Because you are a 9 month employee the Leave Type needs to be changed from MMED to MMD9 so the leave can be processed correctly. Please change the MMED to MMD9 and resubmit the eform to Dr. Howard to approve. If you have any questions please contact me at 325-0497. Thank you. Amy |
| Zhang, Li | 04:57 PM 01/26/2022 | 1 Resubmit |
| Howard, Isaac | 08:17 AM 01/27/2022 | 2 Approved |
| Kilpatrick, Merri | 08:42 AM 01/27/2022 | 3 Handled |

Close

MSU001502

**From:** Corey, Leslie [lcorey@hrm.msstate.edu]
**Sent:** Monday, November 29, 2021 12:02 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

I will schedule a meeting with Dr. Keith and Dr. Isaac to develop a performance improvement plan.

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Monday, November 29, 2021 11:55 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

There's a long history of issues here, and we need to aggressively do everything we can to rectify this situation. He's been repeatedly working the system to his advantage. Leslie, I'd like for you to work with Jason and Isaac to develop an action plan to stop this behavior.

David

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:52 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Leslie - I honestly don't know if he will do that. we will do our due diligence and inform him it is missing. However, this is really putting the students and the faculty in a bad situation that could be avoided by better communication and organization from this faculty member. We can certainly note the need to improve with respect to these issues in the annual review.

**MSU005975**

David do you have any advice from an academic affairs standpoint? This is really pushing the limits and going past those allowed within AOP 13.03 in my opinion.

Although the surgery may be outside of his control, he does have control over preparing an exam and giving us information per our requests to provide equivalent instruction.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Corey, Leslie
**Sent:** Monday, November 29, 2021 10:16 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

He needs to submit the leave request prior to being out for surgery. If has performance issues, we need to discuss a performance improvement plan.

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:11 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Thanks Leslie – defer might be a better word to use, but what are the rules when he has to submit it? Can he submit after the surgery? What can we do about the plan for the course? It 'feels' like he's trying to walk away from it and stick it to his department head.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Corey, Leslie
**Sent:** Monday, November 29, 2021 10:09 AM

**MSU005976**

**To:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Dr. Keith,

Unfortunately, we cannot deny medical leave for an employee. Please let me know if you need further assistance.

Thank you,
Leslie

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:05 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** URGENT!!!!! FW: Spin surgery on December 1

Good morning! I need some guidance on a situation in CEE.

On Tuesday 11/23 Li Zhang contacted us in regards to an upcoming surgery. See attached email. There are two issues here:

1. Isaac, Kari, Robert, and I discussed the situation and how to react to it to minimize impact to the students. The thread below shows the discussion with Li about this. As of now, there is no plan in place. We have no final exam, and no solution key. Thus, our hands are tied on what we can do to plan.
2. Perhaps more importantly, at this point there still is no medical leave forms submitted from Li.

This is not an isolated incident. Li is habitually unorganized, slow to respond, and quick to blame his department when something happens that he does not like.

I would like to see if we can deny his request for surgery and ask him to administer the final and submit grades. I don't see any other possibility, but I wanted everyone's input before moving forward.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

MSU005977

**From:** Howard, Isaac
**Sent:** Friday, November 26, 2021 6:53 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Dr. Zhang, we are waiting for more of a plan than you have listed. It is very important that proper grades be submitted by December 13 without excessive burden on anyone.
Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, November 24, 2021 3:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Re: Spin surgery on December 1

Dr. Howard

Thanks for your instructions

I will make sure I send you a link about finals and grading plan before my surgery starts

Get Outlook for iOS

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 4:12:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Spin surgery on December 1

Dr. Zhang,

I was not aware you had a surgery scheduled for December 01 – you had indicated you had some medical appointments. I checked with Merri and she wasn't aware either. All the best with your surgery.

- Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.
- A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.
- Regardless of the method chosen, grades are due December 13 – extensions are not an option. There are going to be some students who are degree candidates.
- If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.

**MSU005978**

- **A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.**

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 12:35 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Spin surgery on December 1

Dr. Keith and Dr. Howard,

Thanks Dr. Keith's nice word.
My surgery will be on December 1. Here are a few things I can do by following your instruction that I will need to take care of classes, ill or well.
1. I will record the class for December 1.
2. I will try to have final questions ready.

By looking at the attached instruction, looks like I may not be able to proctor December 3 and December 6's finals. It might affect my grading all homework, projects, final for 4133 and grading final for 3113. There are a few days for me to know for sure after the surgery

I know you have given me instructions, ill or well, I should complete the semester. If you think this is the same case, please reaffirm that. You don't need to consider the options below.

If you think I can have options to, that should be really helpful to avoid the complications after the surgery
1. Extend my final grade submission time
2. Add resources to help me grading so the grade can submit on time
3. Approve undergraduate grader to help me grade final
4. Or any other things you think the department and the college could help.

Thank you for your consideration!

MSU005979

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 10:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

I hope all goes well with your medical appointments next week!

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Nov 19, 2021, at 10:20 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

> Dr. Howard, Dr. Keith and Dr. Ermagun,

> Thank you very much! I will send Dr. Ermagun the test and solutions soon!

> Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
> Associate Professor
> Box 9546

MSU005980

220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 5:07 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

Thanks Alireza - I appreciate it !

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Nov 19, 2021, at 4:43 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:
>
>
> Dr. Ermagun,
>
> Thanks for agreeing to proctor Dr. Zhang's exam on Monday so he can tend to other matters.  I will leave getting the exam and other specifics to the two of you.
>
> Regards,
> Isaac
>
> **Isaac L. Howard, PhD, PE**
> Professor | Materials & Construction Industries Chair
> Interim Director of Richard A. Rula School of
> Civil & Environmental Engineering | Mississippi State University
> 250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
> Office: 662-325-7193 | Cell: 662-722-0247
> http://www.cee.msstate.edu/cmrc/

**MSU005981**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Wednesday, December 1, 2021 8:14 AM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]
**Subject:** RE: latest batch of emails from Li Zhang just fyi
**Attachments:** Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval

He sent me an eForm leave request about 6 hours ago as well in case anyone needs it. I don't plan to respond to him until after today's meeting. Thank you all for helping with this situation – it is very challenging.
Regards,
Isaac

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 1, 2021 7:56 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** latest batch of emails from Li Zhang just fyi

FYI… he just sent one of his final exams, which is 8 pages and has 45 questions. Here are some other emails.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

MSU009550

**From:** MSU eForms
**Sent:** Wednesday, December 1, 2021 2:04 AM
**To:** Howard, Isaac
**Subject:** Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval

Document ID: 677373

Initiator: Zhang, Li

Initiated: December 01, 2021 01:57 AM

Title: Leave Request

Action Requested: approval

To access this eForm, login to myState(my.msstate.edu), click eForms in the Navigation Menu, and click "action list".

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

**MSU009551**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Wednesday, December 1, 2021 3:57 PM
**To:** Corey, Leslie [lcorey@hrm.msstate.edu]
**Subject:** eForm
**Attachments:** Leave Request - L. Zhang.pdf

**Isaac L. Howard, PhD, PE**

Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU009552

## Leave Request ❓

| Doc Nbr : | 677373 |
|---|---|
| Status : | ENROUTE |
| Initiator : | **lz75** |
| Created : | 01:57 AM 12/01/2021 |

## Document and Routing Help

**Document Overview** ➕

**Leave Request** ➖

**Name**
Li Zhang

**MSU ID**
904-138-878

**Department**
Civil and Environmental Engineering

**Leave Request Type and Time Periods** ➖

| Policies and Procedures: | LEAVE/LEAVE WITHOUT PAY (HRM 60-201) |
|---|---|

| **1** | |
|---|---|
| Type | MMED |
| Maj. Med. For | Self |
| Hours | 24 |
| Beg. Time | 12/02/2021 08:00 AM |
| End Time | 12/06/2021 05:00 PM |

**Notes and Attachments** ➖

**Add:**

**\* Note Text:**

**Attach File:**

Choose File   No file chosen

Cancel Attachment

Add

**1**
**Time:**
12/01/2021 02:04 AM
**Author:**
Zhang, Li
**Note Text:**
My spin surgery on low back starts 730AM 12/1 (Now it is 2AM, just less than 4.5 hours away), I have been working day and night many hours on Monday and Tuesday following instructions from my department head and the dean, so my leave starts from Thursday, Friday and Monday. The time would be adjusted according to the outcome from my surgery.
**Attached File:**

**Send To:**

🔍

Send

**Next Recipient** ➖

MSU009553

**\* Select one Person or one Group.**

**\* Action Requested:**

Select Action ▾

**Person:**

[              ] 🔍

Add

**OR**

**Group:**

Select Group ▾

Add

**Route Log** −

| Title | Leave Request - Application for Leave | Doc Id | 677373 |
|---|---|---|---|
| Type | Leave Request | Created | 01:57 AM 12/01/2021 |
| Initiator | Zhang, Li | Last Modified | 02:04 AM 12/01/2021 |
| Route Status | ENROUTE | Last Approved | |
| Node(s) | Adhoc Routing | Finalized | |

**Actions Taken**

| Taken By | Time/Date | Action |
|---|---|---|
| Zhang, Li | 02:04 AM 12/01/2021 | 1 Initiated |

**Pending Action Requests**

| Requested Of | Request | Time/Date |
|---|---|---|
| Howard, Isaac | Approve | 02:04 AM 12/01/2021 |

| Approve and Send To Next Recipient | Return to Previous | Disapprove | Close |
|---|---|---|---|

Approve and Finalize

MSU009554

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Wednesday, December 1, 2021 4:14 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**Subject:** FW: Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval


Dr. Zhang,

This leave request was denied for the reason listed below as per HRM policies. I made this note in the eForm. I hope all is going well with your surgery.

"Leave should have been submitted for Dec 1, 2, 3, and 6, which is 32 hours. MSU policy states for each absence due to illness after 32 consecutive working hours (combined personal/compensatory and major medical leave), a department/unit head must require that the illness be certified in writing by a doctor of medicine, osteopathy, dental medicine, podiatry, or chiropractic on the University's required medical certification form. HRM Policy 60-201."

Regards,
Isaac

-----Original Message-----
From: MSU eForms <null-address@msstate.edu>
Sent: Wednesday, December 1, 2021 2:04 AM
To: Howard, Isaac <ilhoward@cee.msstate.edu>
Subject: Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval

Document ID:    677373

Initiator: Zhang, Li

Initiated: December 01, 2021 01:57 AM

Title: Leave Request

Action Requested:  approval

To access this eForm, login to myState(my.msstate.edu), click eForms in the Navigation Menu, and click "action list".

To change your email notification options click "preferences" in the eForms system.

For additional help, contact the ITS Service Desk.

**MSU009555**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Monday, January 3, 2022 10:16 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Shaw, David [david.shaw@msstate.edu]
**Subject:** FW: Itinerary for LI ZHANG on 01/05/22 to Baltimore

Do we have a plan for how to proceed with Li's leave/travel requests? My original plan was to have this as a discussion item in the December meeting that was cancelled. I sent an email roughly 10 days ago and he responded in a hostile manner – as he typically does. If Human Resources is approving of him traveling, I can approve the concur request, or I can hold it.

Thanks,
Isaac

---

**From:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Sent:** Monday, January 3, 2022 11:18 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Itinerary for LI ZHANG on 01/05/22 to Baltimore

Without travel approval I cannot book the flight.

Merri

---

**From:** Zhang, Li
**Sent:** Monday, January 3, 2022 10:52 AM
**To:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Itinerary for LI ZHANG on 01/05/22 to Baltimore

Merri,
I would like to know who authorized the cancellation of the airline reservation. Thank you!

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762

**MSU009899**

Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** noreply@travelleaders.com <noreply@travelleaders.com>
**Sent:** Friday, December 17, 2021 3:53 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>;
TDICKINSON@TLCORPORATE.COM
**Subject:** Itinerary for LI ZHANG on 01/05/22 to Baltimore



Download Calendar File

Friday, December 17, 2021 9:53 PM UTC

[                    ] to view your itinerary or ETicket receipt.

**Southwest No Show Policy:** If you are not planning to travel on any portion of your itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel or change a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight, will be considered a no show, and all remaining funds on this reservation will be forfeited, including Business Select and Anytime funds.

**Cancelations after flight checkin or within 24 hours of departure must be called in directly to an agent.**

Travel Leaders has sent this itinerary for your review in order to ensure accuracy and travel request compliance. Please review all itinerary components immediately upon receipt. Note, changes may result in airline imposed fees and a possible increase in the cost of the airfare for which Travel Leaders cannot be held responsible. If a credit was applied to this ticket, changes must be identified immediately and are subject to airline rules and possible fees.
All booked and ticketed reservations must comply with **TSA's SECURE FLIGHT PASSENGER DATA** mandate.

For full details on these requirements please see the bottom of your itinerary.

**Travel Leaders Corporate and your organization are pleased to offer you individual tour options at your destination. Please click here: Baltimore**
**Please note that all tours are at the individual travelers expense.**

Travel Leaders CONNECT is now available to you This personal communications channel provides flight notifications and gives you an immediate way to receive urgent travel support 24/7/365. Instead of calling the after-hours service for emergencies, connect with an agent via text. To start using Connect simply enter your cell phone number in your profile prior to making a new reservation.

---

**We strongly suggest, and some airlines, hotels, and transportation vendors may require, that you bring a face mask for your trip.**

**MSU009900**

For the latest information on health requirements and advisories, please visit the Center for Disease Control website at Health and Travel Advisory Page: **CLICK HERE**

Many governments have imposed restrictions, quarantine mandates and entry requirements due to COVID-19.
It is the traveler's responsibility to understand these guidelines. Prior to your departure,
please visit the following sites for current information on travel regulations for your destination.

**CLICK HERE** for Travel Requirements & Restrictions

CIBT International Travel Resources:**CLICK HERE**

---

**Homeland Security REAL ID Act effective 05/03/2023 – Verify your state issued ID is compliant-https://www.dhs.gov/real-id.**

## Travel Summary – Agency Record Locator 7Q86RN

**Traveler**

ZHANG/LI

**Reference number by traveler:** MSU CEE

**Booking Date:** 12/17/21

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|------|---------|---------------|---------------|------------|
| 01/05/2022 | **JAN-BWI** | WN 5504 | 02:20 PM/05:35 PM | Economy |
| 01/05/2022 | **BWI** | Hertz Rent-A-Car | 01/05-01/13 | Intermediate 2/4 Door |
| 01/13/2022 | **BWI-JAN** | WN 5498 | 11:50 AM/01:30 PM | Economy |

## AIR - Wednesday, January 5 2022 — Add to Calendar

**Southwest Airlines  Flight WN 5504  F-Economy Class**

| | | |
|---|---|---|
| Depart: | Jackson-Evers (JAN) Jackson, Mississippi, USA 2:20 PM | Weather |
| Arrive: | Balt/Wash International (BWI) Baltimore, Maryland, USA 5:35 PM | Weather |
| Duration: | 2 hour(s) and 15 minute(s) | |
| Stop(s): | Non-stop | |
| Status: | Confirmed - Southwest Airlines Booking Reference: **3ZTY5W** | |
| Equipment: | Boeing 737-700 (winglets) Passenger | |
| Seat: | Assigned at Check-in | |
| Baggage Allowance: | 2 Piece(s) Check in on-line to obtain boarding pass: Southwest Click here for Baggage policies and fees: Southwest Check operating carrier website for any policies that may vary. | |
| Remarks: | SOUTHWEST AIRLINES RESERVATIONS NUMBER 800-435-9792 | |

## CAR - Wednesday, January 5 2022 — Add to Calendar

**Hertz Rent-A-Car**

| | | |
|---|---|---|
| Pick Up: | BWI Thurgood Marshall Air 7416 New Ridge Road Hanover, Maryland 21076 USA 5:35 PM | Weather |
| Tel: | +1 (410) 684-7900 | |
| Drop Off: | BWI Thurgood Marshall Air 7416 New Ridge Road Hanover, Maryland 21076 USA 10:50 AM Thursday, January 13 2022 | Weather |
| Tel: | +1 (410) 684-7900 | |
| Type: | Intermediate 2/4 Door | |
| Status: | Confirmed | |
| Est. Total: | USD 369.64 | |
| Weekly Rate: | USD 205.00 plus tax and/or additional fees | |
| Extra Hour Fee: | USD 21.00 | |
| Confirmation: | J97924217B0 | |

MSU009901

| Corp. Discount: | Corporate Discount Applied |
|---|---|
| Mileage Allowance: | UNL |

## AIR - Thursday, January 13 2022 — Add to Calendar

**Southwest Airlines  Flight WN 5498  F-Economy Class**

| Depart: | Balt/Wash International (BWI) | Weather |
|---|---|---|
| | Baltimore, Maryland, USA | |
| | 11:50 AM | |
| Arrive: | Jackson-Evers (JAN) | Weather |
| | Jackson, Mississippi, USA | |
| | 1:30 PM | |

| Duration: | 2 hour(s) and 40 minute(s) |
|---|---|
| Stop(s): | Non-stop |
| Status: | Confirmed - Southwest Airlines Booking Reference: **3ZTY5W** |
| Equipment: | Boeing 737-700 (winglets) Passenger |
| Seat: | Assigned at Check-in |
| Baggage Allowance: | 2 Piece(s) |
| | Check in on-line to obtain boarding pass: Southwest |
| | Click here for Baggage policies and fees: Southwest |
| | Check operating carrier website for any policies that may vary. |
| Remarks: | SOUTHWEST AIRLINES RESERVATIONS NUMBER 800-435-9792 |

## Remarks

ALL FARES ARE PER PERSON UNLESS OTHERWISE NOTED
AND ARE SUBJECT TO CHANGE UNTIL PURCHASED
OT/CLIQCID-19516
OT/CLIQCONFIGID-34193
FOR TRAVEL ASSISTANCE CALL 662-323-5007
FOR EMERGENCY AFTER HOURS CALL 866-297-9293
FOR ONLINE NAVIGATION AND BOOKING SUPPORT CALL
866-502-1926 8AM-9PM ET MON - FRI
AFTERS HOURS FEE DOMESTIC $20 INTL $30 -CODE E77
*************************************************************
*** CURRENT FARE $241.95 FEE $28 TOTAL $269.95 ****
*************************************************************
NORMAL BUSINESS HOURS - MON-FRI 0800-1700 ET

## Estimated Trip Total (Service Fees Excluded)

| Traveler: | ZHANG/LI |
|---|---|
| Air: | USD 241.95 |
| Est. Trip Total: | USD 241.95 |

**TSA Secure Flight Passenger Data**
All booked and ticketed reservations must comply with TSA's SECURE FLIGHT PASSENGER DATA mandate.
Any booking missing this information is at risk to be cancelled or traveler complications when checking in.

**Hazardous Materials**
Federal law forbids the carriage of certain hazardous materials, such as aerosols, fireworks, and flammable liquids, aboard the aircraft. If you do not understand these restrictions, contact your airline or go to
http://www.faa.gov/about/initiatives/hazmat_safety.

TLC new ConnectPlus mobile app is now available!
Watch for an automated email with instructions for downloading the ConnectPlus mobile app, or download from the Apple or Google Play Store.
IMPORTANT: To continue receiving flight notifications you must have the ConnectPlus mobile app.

MSU009902

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, January 4, 2022 5:46 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** FW: Travel and Leave Status
**Attachments:** Image.bmp

Is the attached doctor's note sufficient to approve his travel request? He is not on leave as per any eForm I have approved for all of the reasons I have mentioned already. He had information in previous medical documents up to January 17, but the attached doctor's note seems to alleviate that duration.

Sorry to keep asking about the same person – just trying to make sure and do this properly.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
Please approve my travel accordingly.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac

MSU009903

<[ilhoward@cee.msstate.edu](mailto:ilhoward@cee.msstate.edu)>
**Subject:** Travel and Leave Status

Dr. Zhang,

I have a travel request for you from January 05 to 13 of 2022 that I have been advised not to approve given the pending status of your medical leave. With this email I am asking you to work directly with Human Resources to get your leave status paperwork together in a form that is agreeable to them and other MSU policies and I will gladly approve any eForms that agree with MSU policy. You have sent two eForms to me of late, and I have processed both of them based on direct guidance from Human Resources. These eForms are 677373 (Disapproved) and 679164 (Returned) – the responses to these forms are based on the contents of the requests.

For reference, I have attached the medical certificate you provided. The form asks for leave from Dec 2 to 8 of 2021, but section B says employee is totally unable to return to work until Jan 17, 2022 – a form that wasn't signed until Dec 3. Your eForm leave requests aligned with leave ending Dec 08, but the emails you have been sending to others in MSU, to students…use the Jan 17, 2022 date. My request for you to work directly with Human Resources is an attempt to get your medical leave paperwork finished in a manner that is agreeable to everyone with details and takes that are understood. You cannot be on travel status with MSU while also on medical leave with MSU.

Also, your sabbatical application was recently returned for the following reasons related to your portion of the application. I have attached the document you submitted so you can update and re-send the document if you so desire.

1. The faculty member did not check the box at the top of the form signifying that they have read the policy.
2. The MSU ID# is incorrect.

I hope you are doing well and recovering from your surgery and that the holidays are a happy time for you and your family.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
[http://www.cee.msstate.edu/cmrc/](http://www.cee.msstate.edu/cmrc/)

**MSU009904**



DIVISION OF
**SURGERY**

**NewSouth NeuroSpine**
**WORK/SCHOOL EXCUSE**

Eric Amundson, M.D.
Philip Azordegan, M.D.
John D. Davis, IV, M.D.
Jack Moriarity, M.D.
W. Lynn Stringer, M.D.
M. VanLandingham, M.D.
Kelsey A. Walsh, M.D.
E. Greg Wood III, M.D.

*Li Zhang*     was seen in my office *1/4/2022* .
    (Patient)                      (Date)

( )   Please excuse from work/school _____.

( )   Please excuse from work/school until next clinic appointment scheduled on _____.
                                                                      (Date)

( )   Studies scheduled on _____.
                                       (Date)

( )   Hospital admissions scheduled on _____.
                                                (Date)

( )   He/She is released to work/school with **no restrictions** on _____.
                                                              (Date)

Maximum medical improvement has been reached _____yes _____no.
Permanent partial disability rating _____.

( )   He/She is released to work/school with restrictions on _____.
                                                                     (Date)

Restrictions: *OK to travel / fly effective 1/5/2022*

_____

_____

*W. Lynn Stringer, M.D.*
_____

2470 Flowood Drive • Flowood, MS 39232 • 601-936-0400 • Fax 601-932-4845

**MSU009905**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, January 4, 2022 6:40 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Kilpatrick, Merri [kilpatrick@cee.msstate.edu]; Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: Travel and Leave Status

Dr. Zhang,

No travel approvals, or similar, are going to be issued until the meeting with Provost, BCoE Dean, Associate Deans…, Human Resources Director, and myself has occurred that was re-scheduled from December.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
Please approve my travel accordingly.


```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac

MSU009906

<ilhoward@cee.msstate.edu>
**Subject:** Travel and Leave Status

Dr. Zhang,

I have a travel request for you from January 05 to 13 of 2022 that I have been advised not to approve given the pending status of your medical leave. With this email I am asking you to work directly with Human Resources to get your leave status paperwork together in a form that is agreeable to them and other MSU policies and I will gladly approve any eForms that agree with MSU policy. You have sent two eForms to me of late, and I have processed both of them based on direct guidance from Human Resources. These eForms are 677373 (Disapproved) and 679164 (Returned) – the responses to these forms are based on the contents of the requests.

For reference, I have attached the medical certificate you provided. The form asks for leave from Dec 2 to 8 of 2021, but section B says employee is totally unable to return to work until Jan 17, 2022 – a form that wasn't signed until Dec 3. Your eForm leave requests aligned with leave ending Dec 08, but the emails you have been sending to others in MSU, to students…use the Jan 17, 2022 date. My request for you to work directly with Human Resources is an attempt to get your medical leave paperwork finished in a manner that is agreeable to everyone with details and takes that are understood. You cannot be on travel status with MSU while also on medical leave with MSU.

Also, your sabbatical application was recently returned for the following reasons related to your portion of the application. I have attached the document you submitted so you can update and re-send the document if you so desire.

1. The faculty member did not check the box at the top of the form signifying that they have read the policy.
2. The MSU ID# is incorrect.

I hope you are doing well and recovering from your surgery and that the holidays are a happy time for you and your family.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

**MSU009907**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, January 4, 2022 8:31 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]
**CC:** Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]
**Subject:** RE: Travel and Leave Status

Quick update – the email I sent Li earlier differs a bit from this email thread, but was approved by David before I sent.
Isaac

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, January 4, 2022 6:30 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Travel and Leave Status

Good evening, I am also supportive. I do agree with Isaac (no idea about back at work), but if his trip is 5-13 January then it appears he'd be working right up until the semester begins. Knowing Li he'd be working on assembling any presentations right up to the last minute. We may have to address this in our meeting with him but I do not think that he has worked with HRM to fix his other leave requests.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Jan 4, 2022, at 6:11 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:
>
> I have no idea on "back at work" effective tomorrow.
>
> ---
>
> **From:** Shaw, David <david.shaw@msstate.edu>
> **Sent:** Tuesday, January 4, 2022 6:09 PM
> **To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
> **Subject:** RE: Travel and Leave Status
>
> Good evening, Isaac. If you are comfortable signing the request, I will support it.

**MSU009908**

Does this mean he is "back at work" effective tomorrow?

David


David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 5:46 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: Travel and Leave Status
**Importance:** High

Is the attached doctor's note sufficient to approve his travel request? He is not on leave as per any eForm I have approved for all of the reasons I have mentioned already. He had information in previous medical documents up to January 17, but the attached doctor's note seems to alleviate that duration.

Sorry to keep asking about the same person – just trying to make sure and do this properly.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
Please approve my travel accordingly.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering

MSU009909

Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Travel and Leave Status

Dr. Zhang,

I have a travel request for you from January 05 to 13 of 2022 that I have been advised not to approve given the pending status of your medical leave. With this email I am asking you to work directly with Human Resources to get your leave status paperwork together in a form that is agreeable to them and other MSU policies and I will gladly approve any eForms that agree with MSU policy. You have sent two eForms to me of late, and I have processed both of them based on direct guidance from Human Resources. These eForms are 677373 (Disapproved) and 679164 (Returned) – the responses to these forms are based on the contents of the requests.

For reference, I have attached the medical certificate you provided. The form asks for leave from Dec 2 to 8 of 2021, but section B says employee is totally unable to return to work until Jan 17, 2022 – a form that wasn't signed until Dec 3. Your eForm leave requests aligned with leave ending Dec 08, but the emails you have been sending to others in MSU, to students…use the Jan 17, 2022 date. My request for you to work directly with Human Resources is an attempt to get your medical leave paperwork finished in a manner that is agreeable to everyone with details and takes that are understood. You cannot be on travel status with MSU while also on medical leave with MSU.

Also, your sabbatical application was recently returned for the following reasons related to your portion of the application. I have attached the document you submitted so you can update and re-send the document if you so desire.

1. The faculty member did not check the box at the top of the form signifying that they have read the policy.
2. The MSU ID# is incorrect.

I hope you are doing well and recovering from your surgery and that the holidays are a happy time for you and your family.

Regards,

MSU009910

Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

**MSU009911**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Wednesday, January 5, 2022 10:15 AM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Kilpatrick, Merri [kilpatrick@cee.msstate.edu]; Shaw, David [david.shaw@msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: Travel and Leave Status

Dr. Zhang, the most efficient means to getting your questions answered is to have the meeting with the Provost, BCoE Dean, Associate Deans…, Human Resources Director, and myself.
Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, January 5, 2022 9:21 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
What is the policy you are following to deny my travel?


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 6:40 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

**MSU009912**

Dr. Zhang,

No travel approvals, or similar, are going to be issued until the meeting with Provost, BCoE Dean, Associate Deans…, Human Resources Director, and myself has occurred that was re-scheduled from December.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
Please approve my travel accordingly.


```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Travel and Leave Status

Dr. Zhang,

I have a travel request for you from January 05 to 13 of 2022 that I have been advised not to approve given the pending status of your medical leave. With this email I am asking you to work directly with Human Resources to get your leave status paperwork together in a form that is agreeable to them and other MSU policies and I will gladly approve any eForms that agree with MSU policy. You have sent two eForms to me of late, and I have processed both of them based on direct guidance from Human Resources. These eForms are 677373 (Disapproved) and 679164 (Returned) – the responses to these forms are based on the contents of the requests.

**MSU009913**

For reference, I have attached the medical certificate you provided.  The form asks for leave from Dec 2 to 8 of 2021, but section B says employee is totally unable to return to work until Jan 17, 2022 – a form that wasn't signed until Dec 3.  Your eForm leave requests aligned with leave ending Dec 08, but the emails you have been sending to others in MSU, to students…use the Jan 17, 2022 date.  My request for you to work directly with Human Resources is an attempt to get your medical leave paperwork finished in a manner that is agreeable to everyone with details and takes that are understood.  You cannot be on travel status with MSU while also on medical leave with MSU.

Also, your sabbatical application was recently returned for the following reasons related to your portion of the application. I have attached the document you submitted so you can update and re-send the document if you so desire.

1. The faculty member did not check the box at the top of the form signifying that they have read the policy.
2. The MSU ID# is incorrect.

I hope you are doing well and recovering from your surgery and that the holidays are a happy time for you and your family.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU009914

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Thursday, January 6, 2022 11:04 AM
**To:** Shaw, David [david.shaw@msstate.edu]; Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Kilpatrick, Merri [kilpatrick@cee.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: Travel and Leave Status

I can meet anytime today or tomorrow. After that, next availability is on January 14 where I am available except from 1130 am to 1 pm.
Isaac

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Thursday, January 6, 2022 11:00 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang, I agree that a meeting is needed as soon as possible to attempt to resolve these issues. I do not want to see an individual meeting with you and me occurring before that, as it will only extend the conversation.  All parties need to be present for this conversation.

Best regards,

David


David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 6, 2022 10:39 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey,

**MSU009915**

Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
I have agreed to have online meeting before MSU closed and attempted to have face to face meeting, I also requested separated meeting with Dr. Shaw. I am open for a meeting as we speaking, the hands for the meeting is not on myside. I am asking policy to dening my travel. All MSU polices are online, you can just give me policy name and the number (page or procedure/policy number), to deny my travel request.

Also, please give me the number of hours I need to fill in the leave on December 1.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 6:40 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang,

No travel approvals, or similar, are going to be issued until the meeting with Provost, BCoE Dean, Associate Deans…, Human Resources Director, and myself has occurred that was re-scheduled from December.

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>

MSU009916

**From:**         Howard, Isaac
**Sent:**         Friday, December 10, 2021 5:03:47 PM
**To:**         Keith, Jason;Zhang, Li
**CC:**         Merhundrew, Mirraca;Corey, Leslie
**Subject:**         RE: Leave form

Dr. Zhang,

Your most current leave eForm has been returned to you for the reasons below.

"As per consultation with Mirrca Merhundrew in HRM, this eForm has been returned. The first 8 hours should have been PLSI leave and have been on December 01.    There should then be 32 hours of MMED leave going through December 07.    This is a different medical situation than those where a medical certification is already on file, and as such, the first 8 hours are PLSI leave time."

Regards,
Isaac

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 8, 2021 10:13 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Leave form

Thanks, I spoke with him and he will review it soon. I know he was in touch with you about revising your original submission a week ago – see attached.    << Message: FW: Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval >>

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____
**From:** Zhang, Li
**Sent:** Wednesday, December 8, 2021 10:00 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Leave form

Dr. Howard,

**MSU172389**

Please process my leave form, **679164, either approval or disapproval. Dr. Jason, please remind Dr. Howard to act.**

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

**MSU172390**

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Friday, January 14, 2022 3:42 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Li Zhang Leave
**Attachments:** RE: Leave form

Thank you! This is the email that needs to be looked at. It is about leave form 677373. You can forward this to Leslie.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Shaw, David
**Sent:** Friday, January 14, 2022 3:36 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** FW: Li Zhang Leave

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Friday, January 14, 2022 3:34 PM
**To:** Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Li Zhang Leave

Dr. Shaw,

**MSU229008**

There has not been any leave keyed for Dr. Zhang for December 5, 2021 – January 17, 2022. We have a medical certification signed by his physician that he cannot return to work until after he is evaluated on January 17, 2022. Dr. Zhang sent Dr. Isaac another excuse from his doctor on January 4th that was digitally signed stating he was okay to travel/fly effective January 5, 2022. Both forms look legitimate to me.

Let me know if you need anything else. I will bring all of these documents to the meeting.

Leslie

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Friday, January 14, 2022 12:58 PM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Li Zhang Leave

Leslie,

When I met with Jason this week he said there have been some questions about Dr. Zhang's leave. Could you look into it and let me know if everything is legitimate?

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

MSU229009

**From:** Howard, Isaac
**Sent:** Tuesday, December 14, 2021 9:35 PM
**To:** Keith, Jason; Corey, Leslie
**Subject:** RE: Leave form

Leslie, when time permits, can you please see if Li's leave form was processed correctly? I can also bring Mirrca back in the conversation if needed – please advise how you would like me to proceed.

Thanks,
Isaac

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Saturday, December 11, 2021 9:04 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Leave form

Good morning!

This is the leave policy:
https://www.policies.msstate.edu/sites/www.policies.msstate.edu/files/60201.pdf

On page 4, under major medical leave with pay, part F says nine month faculty may use major medical leave for the first eight hours of absence due to illness.

I'm not sure if the rationale explained to Li is correct.

Aside from that, this is another example of an unprofessional email from Li.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Dec 10, 2021, at 10:48 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:
>
> Dr. Howard,
> Your hustle resubmission request in disapproving my medical leave made my pains even more painful. I have to stop my work on grading the final to respond to your email.
> 1.     For December 1, I followed Dr. Keith's written instruction "no help on medical/family leaves". I completed at least 8 hour's work for December 1, for example, making fanls and solutions, recording videos, rendering videos, and posting videos. Among them, at least 3 hours are from middle night to 3 AM on December 1, and before

**MSU229010**

my surgery. Therefore, I emailed you and Dr. Keith I would not take December 1 as leave since I completed that day's 8 hour work before my surgery. I would like you, Dr. Keith, and Director Leslie to decide how many hours I will need to request leave on December 1, if any.

2.      Even I have to apply for leave hours on December 1 as PLSI, you can still approve my 32 hours MMDM first.

3.      This is the second time my submissions were rejected. I am counting how many emails and how many submissions I will have to do before the leave can be approved.

4.      I also like to ask for more leave hours and delay the final submission due to my pains. Due to what happened to me now, I would not do so.

On a separate note for Director Leslie, Dr. Howard 's not helping one of my requests in an email in about two weeks ago in helping my grading in against Dr.'s medical certification suggestion of "no work until Jan. 17" is hustle and crude.  He asked me not to burden everyone.

1. Extend my final grade submission time
2. Add resources to help me grade so the grade can submit on time
3. Approve undergraduate grader to help me grade final

I have to reduce pain management medicine to keep my mind clear. That results in my surgery wound pain while I am writing the email and grading finals.

Dr. Howard might be right, I don't have to burden everyone. Dr. Howard and Dr. Keith can grade the final, to have a taste of how it looks like if you still have pains in your heart for the hustle treatment and body in wounds. With both of you half a day or even a day, COE and CEE will still run. If you think without you, COE and CEE will not run, you can also work on weekends as well! Remember, your salary is 2-3 times mine. You can still help me even you read the email now.

I am hoping director Leslie stops the hustle treatment on this approving process and ask Dr. Howard to approve one of my three requests made about two weeks ago as well.

There are many occasions as hustle as happened to me above. If Director Leslie would not stop this, there is no need to report anything else.

<C:\Users\lz75.CEE-PF1ZFY5H\OneDrive%20-
%20Mississippi%20State%20University\MSU\Li_zhang.JPG>
[X]

_____

From: Howard, Isaac <ilhoward@cee.msstate.edu>
Sent: Friday, December 10, 2021 5:04 PM
To: Keith, Jason <keith@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>

**MSU229011**

Cc: Merhundrew, Mirraca <MMerhundrew@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
Subject: RE: Leave form


Dr. Zhang,

Your most current leave eForm has been returned to you for the reasons below.

"As per consultation with Mirrca Merhundrew in HRM, this eForm has been returned. The first 8 hours should have been PLSI leave and have been on December 01.  There should then be 32 hours of MMED leave going through December 07.  This is a different medical situation than those where a medical certification is already on file, and as such, the first 8 hours are PLSI leave time."

Regards,
Isaac


_____
From: Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Sent: Wednesday, December 8, 2021 10:13 PM
To: Zhang, Li <lzhang@cee.msstate.edu<mailto:lzhang@cee.msstate.edu>>; Howard, Isaac <ilhoward@cee.msstate.edu<mailto:ilhoward@cee.msstate.edu>>
Cc: Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Subject: RE: Leave form


Thanks, I spoke with him and he will review it soon. I know he was in touch with you about revising your original submission a week ago – see attached.  << Message: FW: Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval >>

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____
From: Zhang, Li
Sent: Wednesday, December 8, 2021 10:00 PM
To: Howard, Isaac <ilhoward@cee.msstate.edu<mailto:ilhoward@cee.msstate.edu>>; Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Subject: Leave form

MSU229012

Dr. Howard,
Please process my leave form, 679164, either approval or disapproval. Dr. Jason, please remind Dr. Howard to act.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

<Picture (Device Independent Bitmap)>

**MSU229013**