# EXHIBIT 21

**From:** Howard, Isaac
**Sent:** Friday, December 10, 2021 5:05:08 PM
**To:** Zhang, Li;Keith, Jason
**CC:** Reeves, Kari;Green, Robert
**Subject:** RE: Updates 12/6/21

71
67 for CE 3113
4 for CE 4133

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, December 10, 2021 3:35 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Updates 12/6/21


Got them. I need exact number of how many tests you have collected, sometime students claim they were there and we need a firm numbers.

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>


_____
**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, December 8, 2021 11:43 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Updates 12/6/21


Dr. Zhang, I placed roughly 70 final exams in a chair in your office a few minutes ago. These are all of the final exams taken in CE 3113 and CE 4113. You were not in your office, but the door was open so I placed the exams in your mailbox.
Regards,
Isaac


_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, December 6, 2021 2:43 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Updates 12/6/21

**MSU051630**

Dr. Howard,

I have requested very moderate assistance at least more than one weeks ago and I have not got clear answers about what assistance I might be able to get. I am summarized here:

1. Proctors: look like this have been arranged, thank you.
2. My next request was CE 3113 final grading if I can get someone's help or extend my grading deadline. Looks like you do not have any planning in helping to grade since you just hold the finals at your office.
3. Based on what happened, here is my updated plan for now:

I will complete CE 4133 grading first. I will grade CE 3133 graduating senior the second.     I expect to submit their grades before the deadline if my pains would not require me to take the full strength pain management medicine and there are no seriously unexpected infections. I know all of us to have the same wishes for my pains manageable without very strong medicine. Otherwise, I will have a hard time in accomplish those.

For the rest of the students in CE 3113, I will do as much as possible per my body allow me to do. Mose likely I will need to submit some student's grade passing the deadline, I hope both of you would not blame me for this.

I will take a ride with my student who will take the final exam on Wednesday to get CE 4113 and 3113 finals from your office. With the pain medicine, I will not be able to legally drive to Starkville. If you will not available around lunch on Wednesday, please place finals in my office or someone else.

I know you will not appreciate the plan above no matter what I will do to minimize the impact and to sacrifice my health.

If you think arranging two tests for proctors and the proctors taking their time in proctoring two tests burden everyone I apologize for that. Those are the only supports I have got so far.

Asking me to give you a list of support is your excuse and coverup for you not supporting me, since the doctor's medical certificate said cleanly "Employee is totally unable to work until January 17." and my grading assistance request has not been arranged and the grading is still waiting for me to complete. Combining with what happening now and what happened since the beginning of the semester whenever I will have to take family medical leaves and medical leave for myself, the action/no action from you signals me you would not help me. At least you can be honest with me I would not get external help this time as well.

Considering my surgery and what Dr's suggestion NOT TO WORK until January 16, while I have to work to clean the finals and grades, and researches,     under your harsh words, I believe Dr. Howard's burden theory is discriminatory and heartless.

By the way, Dr. Howard has not approved my leave request after I submitted a medical certificate signed by my doctor. I will submit another one for tomorrow. I am expecting to work on Wednesday and see how my body reacts to my work. I will keep you updated.

Thank you!

**MSU051631**

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, December 4, 2021 3:57 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Updates


Dr. Zhang, your CE 3113 exam was given yesterday, and I have them in my office.    Do you have a grading plan?

I just downloaded your CE 4133 exam and arrangements have been made for it to be proctored at the regularly scheduled time for the exam.    Do you have a grading plan for this exam?

You have been asked several times what assistance you need – I still do not have a clear answer beyond both exams being proctored, which I am handling.

I hope you are recovering well from your surgery.

Regards,
Isaac


_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, December 3, 2021 8:45 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Updates


Dr. Keith and Dr. Howard,    << File: Surgery Excese.jpg >>    << File: Medical Certifciate.pdf >>    << File: DrVisitExcuse.pdf >>
Thank you the arrangement of a proctor.
This afternoon I felt better and updated FML eform the medical certificate for Dr. Howard's approval. I understand we had a meeting even my FML leave was approved, per our meeting last time, I will still need to work during this period of time in family medical leave. I know I will need help for another proctor for CE 4133 on Monday. I will appreciate if Dr. Howard would confirm that. I attached the link.

**MSU051632**

  << OLE Object: Picture (Device Independent Bitmap) >>
https://mstate-my.sharepoint.com/:f:/g/personal/lz75_msstate_edu/En-uzuc62JxOqJO2pXYRtRoBm4U6MaJAf48kg8plHCzVrw?e=YsRH5S

I know Dr. Howard is doing something, if I would be courtesy informed, I will appreciate that as well. Beyond those two items requested, I will appreciate if you can give me a list of items the department is helping me if any. If not, I understand since Dr. Keith's email is clear to me. It doesn't not matter what type of family medical leave I take, I need to complete the teaching.

I know my family hardship and my health issues. I was called something like "bad employee" or "burden". I appreciate your understandings.

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

MSU051633