# EXHIBIT 23

**From:**         Howard, Isaac
**Sent:**          Wednesday, September 6, 2023 9:21:25 PM
**To:**            Morrison, Julia
**Subject:**      RE: My Mom and my Travel

Thanks Julia – my apologies, I missed this email. There are some flexwork documents in the works, Leslie would know more than I on their status. As I get through emails, I will see if there are any updates I can send you.
Regards,
Isaac

_____

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Tuesday, August 15, 2023 2:22 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** FW: My Mom and my Travel

Hi Isaac,

Joan shared the following exchange with me. As your HR Generalist, I just wanted to follow up to see what the work arrangement was for Dr. Zhang while he is traveling. Since this does not qualify for FMLA, he is not eligible to use major medical leave. As a nine-month faculty member, he does not accrue personal leave. As such, he either needs to go into leave without pay status or you need to enter into a remote work agreement with him for the period of time that he will be in China. Any remote work agreement would need to be vetted by HRM and General Counsel since the policy does not apply to nine-month faculty members. We would need in writing what scopes of work he is expected to be working on during his period of leave and what the associated deliverables will be. If he is unable or unwilling to work during this time frame, he would need to be in leave without pay status.

Thanks,
Julia

_____

**From:** Lucas, Joan
**Sent:** Wednesday, July 26, 2023 9:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, July 25, 2023 11:10 PM

MSU012333

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Thursday, August 17, 2023 2:54 PM
**To:** Corey, Leslie [lcorey@hrm.msstate.edu]
**Subject:** Re: My Mom and my Travel

Can we talk tomorrow morning after 9 am? I have meetings today and early in the morning

Sent from my iPhone

> On Aug 17, 2023, at 2:51 PM, Corey, Leslie <lcorey@hrm.msstate.edu> wrote:
>
> Isaac,
>
> We cannot approve leave for Dr. Zhang – he must get approval from you as the department head, and he does not accrue personal leave. We need to discuss his request.
>
> Leslie

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, August 17, 2023 2:48 PM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: My Mom and my Travel

I am extremely confused by all of this - I thought HR was going to contact him directly and talk to him about his situation. Is that an option?

Sent from my iPhone

> On Aug 17, 2023, at 1:57 PM, Corey, Leslie <lcorey@hrm.msstate.edu> wrote:
>
> Isaac,
>
> Dr. Zhang does not accrue personal leave, and since his mother has passed away, he cannot take medical leave.
>
> Are you available this afternoon or tomorrow for a quick call?
>
> Thank you,
> Leslie

**MSU012238**

Leslie,

Below is the email I received from Dr. Zhang yesterday evening.

Thank you.
Amy

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, August 16, 2023 5:51 PM
**To:** Bostick, Amy <ABostick@hrm.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel


Amy,
Thanks for your comforting words! Dr. Howard said someone from your office will help.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/


_____
**From:** Bostick, Amy <ABostick@hrm.msstate.edu>
**Sent:** Friday, August 11, 2023 2:45 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel


Dr. Zhang,

My condolence on the passing of your mother.

**MSU012239**

Please discuss with Dr. Howard to plan your travel.

The major medical leave you earn would not apply to this event.

Thank you.
Amy

Amy Bostick
HRIS Manager
Human Resources Management
(662)325-0497
**ab1890@msstate.edu**

<< OLE Object: Picture (Device Independent Bitmap) >>

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, August 9, 2023 10:27 PM
**To:** Bostick, Amy <ABostick@hrm.msstate.edu>
**Subject:** FW: My Mom and my Travel

Amy,

Do you know what is the MSU policies for my travel for my family business like this? What is the paperwork I will need to do? I would need to get the approval first before I can plan my trip.

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

_____
**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, August 8, 2023 9:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel

**MSU012240**

Dr. Zhang,

I am sorry to hear about the loss of your mother.  Speaking only for me, any travel that meets MSU HR and travel policies would be supported by me for this fall.

Regards,
Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, July 25, 2023 9:41 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** My Mom and my Travel

Dr. Howard, My Mom passed away in China during the past weekend. My sister and brother took care of her: she was cremated but has not been buried yet. Since I have a special need kid and there are other factors, planning an international trip to attend my mother's funereal activities with my family would not be easy. My estimation of the earliest time for my family to be in China would be in October. My question to you is, will you approve my travel for my family business between October and December? I am planning to stay in China in 15-20 days (including weekends), or 2-3 weeks. Your approval for my travel will be greatly appreciated for me to plan the trip ahead.

Thank you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

MSU012241

**From:** Zhang, Li
**Sent:** Friday, September 1, 2023 10:27:11 AM
**To:** Keith, Jason;Howard, Isaac
**CC:** Shaw, David;Corey, Leslie;Lucas, Joan
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Keith,

Thanks for your email. That clarify some of my questions. So there are two cases, my travel and then my regular hours during the reminder of the semester.
For my travel, if leave without pay is the option I only have I will take that. Would you and Dr. Howard say you would (or would) have problem with my leave without pay before planning the trip? I will start planning the trip once I got your words. Once I have made reservations, I will complete the leave without pay form which requires the start and end date.

For me to put the irregular hours in flexible work hours in my last night email, that is only intended for me to make hours for my travel only. I believe I have got the order to make up hours in any case. If that would not be the case, I don't need to file that flexible form at all since I will not work.

Back to my regular hours in the reminder of the semester (and from the start of the semester). I emailed Dr. Howard and Merry on the first day of work (August 16). Thanks for his reply and he does not have problem with that.    That is three days working at office in Rola and two days working at Jackson area. I will formalize that with flexible work form.    I did spot an remote work option in the form that will give me the flexibility of working at Jackson area and come back to campus as needed (for example, meetings etc.) Will Dr. Howard and Dr. Keith consider that remote work option?

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>

**MSU215784**

**Sent:** Friday, September 1, 2023 9:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Li, let me try to outline the situation.

MSU operating policy HR 60.311 states that "the standard workweek begins at 12:01am on Sunday and ends at 12:00 midnight on the following Saturday."

If you are going to be gone to China for two weeks for travel (which you stated you would not do any MSU work), you needs to submit leave without pay for that time.

I have no problem with looking at a flexible work schedule for you during the remainder of the semester. Since you are working partially (or is it fully?) out of your home in Jackson area, you need to accurately reflect this in a flexwork / remote work agreement. Personally, I am also okay if some of this time does not fall into the regular 8am-5pm workday. It does appear that most of your work can be accomplished in the 8am-5pm time period. In fact, the flexwork form you submitted generally has work times from 630am-530pm with slightly different start and end dates. Provided you work 40 hours for the week, and if you regularly stay in touch with your graduate students or other people you collaborate with each week, I believe that you, Dr. Howard and I can reach an agreement to submit to our vice president's office.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:50 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Director Corey,

Thanks for your reply. So there are two cases, if I make up my time and I will be limited to work 8-5, M-F. How can I make up my time?

**MSU215785**

If I take leave without pay, do you have a leave without pay form? The form I got is for work hours. It might be better for me to file my leave without pay paperwork after I make the reservation.

Again, back to my point, I would like to get an clear answer to say yes or no to that I can go ahead to make travel plan. I also like to make sure my travel with/without pay would not be something unfavorable to me in the future.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____
**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Friday, September 1, 2023 9:34 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Zhang,

Yes, you must make up your time when you travel to China, or you must take leave without pay.

Leslie

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:31 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

In this case, can I get firm answer that do I need to make up my time for the two week travel (10 days)?

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering

**MSU215786**

Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 9:26 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning, everyone. I am attaching correspondence I had with Dr. Zhang on Nov 3, 2021, and again on May 3, 2022, in regards to MSU policies. Again, in situations where there are short term leave a faculty is expected to find a guest lecturer or make other arrangements to teach their course. There are situations where a faculty has an extended leave and different arrangements are made with the department head to change the % effort for teaching, research and service.

  << Message: more on AOP 13.03    >>
  << Message: FW: ADA Care Giver and Family Leave documentations >>
Regards,

Jason
Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 9:08 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning,

I am confused. If I do 8AM-5PM I will violate Dr. Keith's order that any hour I spent on sick leave or my caregiver leave I will have to make up during after hours or weekends. For my personal leave, with/without pay, I should follow Dr. Keith's instructions as well.    If I will follow this, I will not have time to make up the time to deal with my travel to China for my Mom's events.

**MSU215787**

Dr. Keith and Director Coley, would you please discuss this and let me know if I need and how I make up the hours.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Friday, September 1, 2023 8:22 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Good morning Dr. Zhang:

Please redo the Flexwork Agreement Form requesting to work 8:00AM-5:00PM Monday – Friday and re-submit it to Dr. Howard. As an exempt employee you are paid to work 40 hours per week.

Please let me know if you have questions.

Thank you,
Leslie

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 7:13 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: My Mom and my Travel - Li Zhang

This is not in line with MSU policies. Someone will need to explain this to him.

Regards,

MSU215788

Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 31, 2023 9:09 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Director Corely,

Thanks for your patient. Dr. Howard, please see if this is good for you to sign.

  << File: Flexform_Fall 2023_Li Zhang.pdf >>

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Thursday, August 31, 2023 4:46 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Zhang:

As I stated in the email below, as a nine-month faculty member, you do not accrue personal leave. You do not qualify for medical leave or FMLA to travel to China. To travel to China, you must complete the flexwork form and forward to Dr. Howard to review and approve. He will forward to Drs. Keith and Shaw for approval. Once the request has been approved, Dr. Howard will notify you.

**MSU215789**

Thank you,
Leslie

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, August 31, 2023 4:26 PM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Director Corey,

I have looked at the form for a few times and still have not figure out if the form might not be the form for the travel for my Mom's decease. Please clarify me that the form is just for my travel for my Mom or my semester wide flexible work locations/remote work form.

If that form is for my travel to China, I will fill in soon, even Dr. Howard have not got any chance to talk to me.

Basically, I would like to have a clear yes or no to travel to China for my Mom. If you would minding doing that, I can start/stop my travel planning.
Again, travelling with a special need kid is not the easiest thing to me to plan on a 16 hour flight with additional stops and flights. Your earliest yes/no confirmation will help my planning.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____
**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Tuesday, August 29, 2023 5:17 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>

MSU215790

**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: My Mom and my Travel - Li Zhang

Hello Dr. Zhang:

I am following up with you about your request to travel to China. As a nine-month faculty member, you do not accrue personal leave. You do not qualify for medical leave or FMLA to travel to China.

Please complete the Flexwork Arrangement Form below and send it to Dr. Howard to review and approve. This is required for all employees that are not physically working on campus.

https://www.hrm.msstate.edu/forms/flexwork-arrangement-form

Please let me know if you have questions or need additional help.

Leslie

Amy,

Do you know what is the MSU policies for my travel for my family business like this? What is the paperwork I will need to do? I would need to get the approval first before I can plan my trip.

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

_____
**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, August 8, 2023 9:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: My Mom and my Travel

Dr. Zhang,

I am sorry to hear about the loss of your mother.    Speaking only for me, any travel that meets MSU HR and travel policies would be supported by me for this fall.

Regards,
Isaac

MSU215791

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, July 25, 2023 9:41 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** My Mom and my Travel


Dr. Howard, My Mom passed away in China during the past weekend. My sister and brother took care of her: she was cremated but has not been buried yet. Since I have a special need kid and there are other factors, planning an international trip to attend my mother's funereal activities with my family would not be easy. My estimation of the earliest time for my family to be in China would be in October. My question to you is, will you approve my travel for my family business between October and December? I am planning to stay in China in 15-20 days (including weekends), or 2-3 weeks. Your approval for my travel will be greatly appreciated for me to plan the trip ahead.

Thank you.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

MSU215792

**From:** Zhang, Li
**Sent:** Tuesday, September 5, 2023 10:35:17 AM
**To:** Keith, Jason; Howard, Isaac
**CC:** Shaw, David; Corey, Leslie; Lucas, Joan
**Subject:** RE: My Mom and my Travel - Li Zhang

**Attachments:** Flexform_Fall 2023_Li Zhang_3days2days.pdf

Dr. Keith and Dr. Howard,

Here is the paperwork about Dr. Keith's suggestion about 3 day on campus and 2 day in Jackson. Please let me know if you have any questions.

For my personal leave, once I have airline reservation done, will fill in form and send you all for approval.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 2:02 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Li, thank you. Dr. Howard and I would approve leave without pay for whatever period of time that you need to go to China for your mother's burial.

We will also be glad to review and work with you to seek approval on a flexwork arrangement for 3 days in Starkville and 2 days in Jackson.

Regards,

**MSU235628**

Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, September 1, 2023 10:27 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Dr. Keith,

Thanks for your email. That clarify some of my questions. So there are two cases, my travel and then my regular hours during the reminder of the semester.
For my travel, if leave without pay is the option I only have I will take that. Would you and Dr. Howard say you would (or would) have problem with my leave without pay before planning the trip? I will start planning the trip once I got your words. Once I have made reservations, I will complete the leave without pay form which requires the start and end date.

For me to put the irregular hours in flexible work hours in my last night email, that is only intended for me to make hours for my travel only. I believe I have got the order to make up hours in any case. If that would not be the case, I don't need to file that flexible form at all since I will not work.

Back to my regular hours in the reminder of the semester (and from the start of the semester). I emailed Dr. Howard and Merry on the first day of work (August 16). Thanks for his reply and he does not have problem with that.    That is three days working at office in Rola and two days working at Jackson area. I will formalize that with flexible work form.    I did spot an remote work option in the form that will give me the flexibility of working at Jackson area and come back to campus as needed (for example, meetings etc.) Will Dr. Howard and Dr. Keith consider that remote work option?

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

MSU235629

Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, September 1, 2023 9:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: My Mom and my Travel - Li Zhang

Li, let me try to outline the situation.

MSU operating policy HR 60.311 states that "the standard workweek begins at 12:01am on Sunday and ends at 12:00 midnight on the following Saturday."

If you are going to be gone to China for two weeks for travel (which you stated you would not do any MSU work), you needs to submit leave without pay for that time.

I have no problem with looking at a flexible work schedule for you during the remainder of the semester. Since you are working partially (or is it fully?) out of your home in Jackson area, you need to accurately reflect this in a flexwork / remote work agreement. Personally, I am also okay if some of this time does not fall into the regular 8am-5pm workday. It does appear that most of your work can be accomplished in the 8am-5pm time period. In fact, the flexwork form you submitted generally has work times from 630am-530pm with slightly different start and end dates. Provided you work 40 hours for the week, and if you regularly stay in touch with your graduate students or other people you collaborate with each week, I believe that you, Dr. Howard and I can reach an agreement to submit to our vice president's office.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU235630**