# EXHIBIT 24

**From:**         Howard, Isaac
**Sent:**         Monday, May 2, 2022 9:43:38 PM
**To:**           Zhang, Li
**CC:**           Keith, Jason; Corey, Leslie
**Subject:**      RE: Rasing desk top

**Attachments:**      [cee-faculty] Thank you!

Dr. Zhang, with you going on sabbatical leave soon, I am not sure a motorized raising tabletop could be procured and installed by the end of the semester.    According to the attached email, you may not be using your office until you return from sabbatical leave. Human Resources would be a good point of contact for your request for a motorized raising tabletop for your office.

Regards,
Isaac


_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, May 2, 2022 9:32 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Rasing desk top


Dr. Howard,
Thank you for reassigning Dennius's raising tabletop to me to help my back pain, pententially. This morning, I tried it for the first time this morning and it requires strength to raise it, part of which is provided by my back. I am worrying about hurting my back again by lowing down and raising it up. Would it be possible to buy a motorized one?

Thank you

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

MSU010362

**From:** cee-faculty-request@lists.msstate.edu on behalf of Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, May 2, 2022 9:10 AM
**To:** CEE-Faculty; CEE-Staff
**Subject:** [cee-faculty] Thank you!

Dear faculty and staff,

Thank you so much for helping me survive another semester. As most of you are aware, I will take a sabbatical leave in FALL/Spring. After the semester ends, I may not physically come to my office until Fall 2023. I appreciate every one of you supporting me and my family by sharing some of my workloads and will share my workload more when I would not be here.

I bring some Sun chips and bars for sharing at the faculty lounge.

Thank you!

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/



MSU010363

| **From:** | Corey, Leslie |
| **To:** | Zhang, Li |
| **Cc:** | Keith, Jason; Howard, Isaac |
| **Subject:** | RE: Rasing desk top |
| **Date:** | Wednesday, May 4, 2022 8:11:28 AM |

Dr. Zhang,

When you return from sabbatical, please contact HR and we will be glad to meet with you.

Thank you,

Leslie

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 3, 2022 8:52 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Rasing desk top

Ms. Corey,

Would HR provide help on this? There is no hurry, as Dr. Howard indicated.

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, May 2, 2022 9:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Rasing desk top

Dr. Zhang, with you going on sabbatical leave soon, I am not sure a motorized raising tabletop could be procured and installed by the end of the semester. According to the attached email, you may not be using your office until you return from sabbatical leave. Human Resources would be a good point of contact for your request for a motorized raising tabletop for your

**MSU000900**

office.

Regards,

Isaac

<< Message: [cee-faculty] Thank you! >>

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, May 2, 2022 9:32 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Rasing desk top


Dr. Howard,

Thank you for reassigning Dennius's raising tabletop to me to help my back pain, pententially. This morning, I tried it for the first time this morning and it requires strength to raise it, part of which is provided by my back. I am worrying about hurting my back again by lowing down and raising it up. Would it be possible to buy a motorized one?

Thank you

<< OLE Object: Picture (Device Independent Bitmap) >>

**MSU000901**

**From:** Howard, Isaac
**Sent:** Wednesday, May 4, 2022 10:27:02 AM
**To:** Zhang, Li; Corey, Leslie
**CC:** Keith, Jason; Shaw, David; Green, Robert; Reeves, Kari; Lucas, Joan
**Subject:** RE: Rasing desk top

**Attachments:** RE: Office Furniture

For this report, I have attached an email from December of last year.    You asked for a standing desk and I gave you one.

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, May 4, 2022 9:54 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Rasing desk top

Director Leslie,
I would like to report about Dr. Howard has sufficient enough time from the start of the semester to buy a rasing desk top as he promised. Instead, he just reassigned one that might be further hurt by my back. Dr. Howard knows about I have backpain for years.

Is there any form to file a formal report?

Thanks!

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

_____
**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Wednesday, May 4, 2022 8:11 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Rasing desk top

Dr. Zhang,

When you return from sabbatical, please contact HR and we will be glad to meet with you.

Thank you,
Leslie

**MSU010375**

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 3, 2022 8:52 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Rasing desk top


Ms. Corey,
Would HR provide help on this? There is no hurry, as Dr. Howard indicated.

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, May 2, 2022 9:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Rasing desk top


Dr. Zhang, with you going on sabbatical leave soon, I am not sure a motorized raising tabletop could be procured and installed by the end of the semester.    According to the attached email, you may not be using your office until you return from sabbatical leave. Human Resources would be a good point of contact for your request for a motorized raising tabletop for your office.

Regards,
Isaac

  << Message: [cee-faculty] Thank you! >>

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, May 2, 2022 9:32 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Rasing desk top


Dr. Howard,
Thank you for reassigning Dennius's raising tabletop to me to help my back pain, pententially. This morning, I tried it for the first time this morning and it requires strength to raise it, part of which is

**MSU010376**

provided by my back. I am worrying about hurting my back again by lowing down and raising it up. Would it be possible to buy a motorized one?

Thank you

C:\Users\lz75.CEE-PF1ZFY5H\OneDrive - Mississippi State University\MSU\Li_zhang.JPG << OLE Object: Picture (Device Independent Bitmap) >>

MSU010377

**From:** Howard, Isaac
**Sent:** Friday, December 10, 2021 5:13 PM
**To:** Zhang, Li
**CC:** Keith, Jason
**Subject:** RE: Office Furniture

I assume you are asking for more bookshelves as space permits, and if that is the case, yes you can provided they come from Sullivan's and if they go into the common area that the plan is agreeable to both you and Dr. Ermagun. If the shelves go only into your office, they can be as you like. We had a standing desk already, and I placed it in your office this morning. Joe and his group can help you set the desk up.

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, December 9, 2021 11:14 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Office Furniture

Thanks! Can I add more book shields, as per space permits? It will be nice if I can add a standing desk for computer monitor on top of my desk. That might be helpful for my back. A under desk keyboard tray will be good. I weas not in my office yesterday when someone was there.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**MSU010378**

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 9, 2021 8:02 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Office Furniture

Dr. Zhang,
Anything reasonable within faculty office suites can be purchased – we spent yesterday afternoon with Sullivans going through spaces as per emails that went out a few days ago.  A draft list will be compiled and sent to people before the purchase is made.  This is not for labs, only for faculty office suites, the main office..and equivalent where there was not enough furniture in the original programming for books, printer tables….. This is not for computers.
Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, December 7, 2021 11:29 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Office Furniture

Dr. Howard,
Do we have a budget constrain for each faculty? Can we order for lab? Can we not order furniture instead of computer for teaching?
Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU010379

**From:** cee-faculty-request@lists.msstate.edu <cee-faculty-request@lists.msstate.edu> **On Behalf Of**
Howard, Isaac
**Sent:** Tuesday, November 23, 2021 5:06 PM
**To:** CEE-Faculty <CEE-Faculty@lists.msstate.edu>; CEE-Staff <CEE-Staff@lists.msstate.edu>
**Subject:** [cee-faculty] Office Furniture

All,

I mentioned to a couple of you earlier that we have came up with enough funds to allow faculty and staff to order additional furniture for their office suites.  Merri has contacted Sullivan's and more information will be forthcoming fairly soon.  In the meantime, please begin thinking about what you want for your office spaces and common areas in front of offices as we want to make one order for everything.  Also, several window treatments around the building aren't working for a variety of reasons – please make a list of problems with window treatments in your spaces (please hold the list for now).

Thanks,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU010380

**From:** Zhang, Li
**Sent:** Tuesday, September 5, 2023 4:49:56 PM
**To:** Corey, Leslie;Howard, Isaac
**Subject:** RE: Report of health issues

Yes, if that could be accommodated.

Thank you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Tuesday, September 5, 2023 3:42 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Report of health issues

Dr. Zhang:

Since Dr. Howard has already approved the desk and chair, are you requested to park in a gated lot by Rula?

Thank you,
Leslie

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, September 5, 2023 1:25 PM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Report of health issues

Director Corey and Dr. Howard,

Please see medical form and ADA form. Please let me know if you will have any questions.

<< File: medicalform.pdf >>    << File: Disability Accommodation Request Form Li Zhang.pdf >>

**MSU215895**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____

**From:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Sent:** Wednesday, August 30, 2023 10:06 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: Report of health issues

Dr. Zhang:

If you are requesting an accommodation, please submit the medical certification signed by your doctor and we will have an interactive process with your department head.

This is the link for the medical certification and the ADA accommodation form.

https://www.hrm.msstate.edu/forms/medical-certification

https://www.hrm.msstate.edu/sites/www.hrm.msstate.edu/files/forms/Disability%20Accommodation%20Request%20Form.pdf

Leslie

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, August 30, 2023 10:00 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Report of health issues

Director Corey,

You meant the FMLA medical form? Or a letter/note from my doctor. I am not seeking any medical leave because I can work with those issues. I believe I have received an email sometime before asking reporting health issues.

**MSU215896**

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Thursday, September 7, 2023 11:48 AM
**To:** Payne, Jacob [jacobp@cee.msstate.edu]
**Subject:** RE: Stand up desk

Jacob,
Thanks. Will work with you the next week to replace the table inside.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Payne, Jacob <jacobp@cee.msstate.edu>
**Sent:** Thursday, September 7, 2023 10:42 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Stand up desk

I put your standup desk in the outer office area. If you need help with it just let me know
Jacob
Get Outlook for Android

**MSU215947**

**From:**           Zhang, Li
**Sent:**           Tuesday, September 12, 2023 8:58:58 AM
**To:**              █████████████
**Subject:**      The New Table Top

████████

When you student work available, would you ask one of them helping me to replace the one on my desk with the new one?

Thanks

Li

**MSU216045**