# EXHIBIT 25

**From:** Reeves, Kari [kari@bagley.msstate.edu]
**Sent:** Wednesday, April 28, 2021 8:28 AM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: Course Grading Issues
**Attachments:** Re: withdrawal request; RE: Help for Research Project; RE: Class today

At what point does this raise to a serious enough issue that there is something formally done to address classroom issues? I have an email box with nothing but teaching issues from Li Zhang that began with Li not holding sufficient contact hours in class (getting to class and saying are there questions on the notes and shutting down—see first email withdrawal request from spring 2019), to canceling class and then wanting to "make up class" in a one day a week format though the class was scheduled for either MWF or TR (spring 2020), then we had the blow up regarding the student asking Li about his traffic perception in China and Li being disrespectful (help for research project), and not spring 2021 we are here again with these issues. There was even a meeting where it was agreed between Jason, Dennis and I that he would never teach distance again given all of the issues we have (he even moved to webex so we couldn't really have line of sight into his classes anymore. What is happening this semester is the same as in past semesters. It may be time for some additional intervention.

Other issues are all over the place all claiming he is being discriminated against when he misses deadlines for submission of materials (P&T, sabbatical, summer pay, student advisors, …).
Regards
kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, April 27, 2021 1:53 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Course Grading Issues

We agree that it's not right. We are going to reach out to Li about this. there are big time grade appeals that the students have a good probability of winning.

MSU225795

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Truax, Dennis
**Sent:** Tuesday, April 27, 2021 1:47 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Course Grading Issues

*Ok. If you or he have a solution, I am ready to deploy it. This is just not right, but, as Robert and I said, the instructor should have known before the last day of classes that there was a problem and resolved it.*

*Regards,*

*Dennis*

**From:** Keith, Jason
**Sent:** Tuesday, April 27, 2021 1:25 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Course Grading Issues

Thanks for sharing all of this. And I know you visited with Robert about it yesterday. I'm going to visit with him later this afternoon and one of us may follow up with some additional questions.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Truax, Dennis
**Sent:** Tuesday, April 27, 2021 11:58 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert

MSU225796

<green@bagley.msstate.edu>
**Subject:** RE: Course Grading Issues

*Jason*

*Li contacted me recently with a proposal to give the students make up work to correct their grade. The excuse presented was that work he had hoped to give them during the semester was thwarted by weather as it was a data collection and analysis project. I reminded him that grades needed to be in on the 3rd and that submitting grades after that would likely mean students that were to graduate would not. He proceeded with his plan and told students they had until 15 May to submit, and that grade changes would be made 01 June.*

*Two students reached out to me regarding this and asked me to help them with getting the data. I said they would have to get it from him as I had no control over giving them anything. I told them I would remind him of the deadlines, spoke briefly with Robert to verify my expectations as to when the last day to submit grades were, and then contacted him again. I reminded him of the deadline and told him that assigning work to the class after the last day of class was not allowed. As a result, I just got an email from him saying he was withdrawing the offer for special work for the class and that he was going to offer to work with them individually to give extra work to improve their grade. I have only just looked at that.*

*I have attached the emails I sent him, which has his email to me embedded:*
- *"Make up Plan…" is an email from the 19th and is where he proposed his plan and I responded pointing out the issues for graduating students*
- *"CE 4143" is an email a week later where I reiterated what I told him and added the information I had confirmed in talking with Robert regarding the certification of degrees*
- *"4143" was send a little later that day and pointing out that he could be subject to grade change petitions and reminded him about the issue of assigning homework after the last day of class.*

*It was after this third email that he withdrew the offer for a class-wide extra credit activity and was the last I heard.*

*As for ████ there are tow emails I have sent her in response to her requests. Both are filed as "RE: Traffic…" The first is where I told her to reach out to him for the data as I don't know the situation and can't do much to help, noting that I had already reached out to him to remediate the situation before final graduation evaluation. The second noted that I has I had asked he resolve it quickly. As I said, is "resolution" came after that.*

*That is what I have on this problem at this point.*

*Regards,*

*Dennis*

MSU225797

**From:** Keith, Jason
**Sent:** Tuesday, April 27, 2021 11:20 AM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: Course Grading Issues

Dennis - is there any additional background you have on this? what have you discussed with Li?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Keith, Jason
**Sent:** Tuesday, April 27, 2021 11:18 AM
**To:** ████████ <████@msstate.edu>
**Cc:** ████████ <████@msstate.edu>; ████████ <████@msstate.edu>; ████████ <████@msstate.edu>; ████████ <████@msstate.edu>; ████████ <████@msstate.edu>; ████ <████@msstate.edu>; ████████ <████@msstate.edu>; ████████ <████@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Course Grading Issues

Hi ████ thank you for the message. We'll look into this and try to get some answers for you and your classmates about these issues.

This will not help the immediate situation, but if any of you feel you were graded unfairly, I encourage you to file a grade appeal.

The policy is here:
https://www.policies.msstate.edu/sites/www.policies.msstate.edu/files/2020-08/1314.pdf

and a link to the e-form is here (you'll need to log into mystate to access and complete this.
https://eforms.msstate.edu/kr-prd/gradeAppealRequestDocument.do?methodToCall=docHandler&command=initiate&docTypeName=GradeAppealRequest

Let us know if you have additional questions or concerns. Thank you for bringing this to our attention.

Regards,
Jason

**MSU225798**

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Tuesday, April 27, 2021 11:10 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** ▮▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮ ▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>; ▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>
**Subject:** Course Grading Issues

Dr. Keith

I hate to bother you with this but I have quite the dilemma on my hands as do the rest of the students taking CE 4143, Traffic Engineering. Let me start at the beginning.

All semester, the entire class has been confused. The tests did not reflect lecture material and our questions would be responded to with vague answers or not responded to at all. Around halfway through the semester, Dr. Zhang told us there would be opportunity for bonus work. However, we got all the way down to the final and still had not received the big bonus assignment we had been promised.

We all took the final and the average of the final was not even close to a passing grade. We reached out to Dr. Zhang and continuously asked if he could post the bonus. He finally did and said it would be due May 15th and any grade changes would be submitted by July 4th. This was Sunday that he said this. There are a lot of graduating seniors taking the course so we reached out to him and let him know that our final grade needed to be in by May 3rd. He changed what he said and then told us our final grade would be in on May 3rd.

No one in the class knows what their average is or where they stand because 27.5% of our grade hasn't been graded. What grades we do have back are confusing to understand. We don't know where we messed up and when We turned it in on April 19th. He will not give us our average. I'm not sure if he hasn't graded them or if he just refuses to give them to us. He has neglected to respond to several emails and we have no clue what is going on. I was prepared to do the make up work and turn it in today.

This morning, he sent us the below email. He is offering to change our grade after grades are due and offer us another assignment after the semester is over. He refuses to curve anything even though the majority of the class failed the final which is 30% of our grade. I and the other students have expressed to him multiple times that the amount of work he gives in this course is at least twice as much as any other course we have taken, including our Senior Design. Yet he refuses to listen to us, simply saying "This is a senior level course."

**MSU225799**

We told him if he waits to offer any make up work past the due date for grades that the graduating seniors will be flagged and might not graduate. However we have not received any response to those emails.

Is there anything that you can do? We really have put our best effort into this and it just does not seem right that he is doing what he is doing. We've done all of the work and turned in all of the assignments on time. We really and truly have tried our best, but he refuses to listen to us. This is the only course any of us are at risk failing. I feel like that speaks volumes when none of the other courses, not even senior design, gave us this much trouble.

Once again, I'm sorry for bothering you with this, but Dr. Truax said he couldn't do anything about it. Please let me know if there is anything you can do. I'm not sure if you can make him curve our grades or what all options are available, but surely something can be done? I do not understand how he can keep us from graduating when the issue is on his end and not ours.

I've also copied a few other students on this email who are in the course if verification of the issue is needed. We are all extremely concerned about the situation and hope it can be resolved.

Sincerely

█████████

---

**From:** owner-ce4143-01.spring2021@Courses.MsState.Edu <owner-ce4143-01.spring2021@Courses.MsState.Edu> **On Behalf Of** Zhang, Li
**Sent:** Tuesday, April 27, 2021 8:20 AM
**To:** ████████████ <██████@msstate.edu>; ce4143-01.spring2021@courses.msstate.edu
**Subject:** ce4143-01.spring2021: Makeup

Dear all,

I just got email from Dr. Truax that I can not assign you any work after the final. I deleted the makeup assignment already. Therefore I am cancelling my officer to everyone. Here are the few options you could have:

1. Individually request extra work after the grade is due, I will individually grand you permission, assign you extra work to work on. If you sincerely explain your circumstances, such as impact by COVID, the only course for your graduations etc. We can still work together to get you where you like to go.
2. Retake the course, I believe you don't have to retake the exact the same course.

I wish I could know my limitation sooner, that was I just know from an email from Dr. Truax.

I will post your final grade as soon as I could. I have a few commitment as well. Definitely, you will receive your grade on May 3, if not sooner during the weekend.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
```

**MSU225800**

Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

MSU225801

**From:** ███████████████
**Sent:** Friday, February 1, 2019 1:46 PM
**To:** Reeves, Kari
**CC:** Truax, Dennis; Vahedifard, Farshid
**Subject:** Re: withdrawal request

Dr. Babski-Reeves,

I have attended 5 different courses online, and I understand that processing every video takes time. Those courses have met my expectations because the Professors have always given me feedback and information about my questions. Additionally, they always uploaded the videos to "canvas or MyCourses".

However, this course that I want to drop has been different to all. The Professor has never uploaded any video taking into Account that we are in the 5th week of class.

I wrote him asking about the videos; I never received any answer. Today I received a link where I could find 4 videos that lasted 8 minutes or less each one.

Therefore, my problem and my withdrawal request is because the course does not meet the minimum requirement to be an online course, we are paying for receiving classes (videos), so If I do not receive the videos I feel I am losing my money.

So, my concern and disappointment are that I am in a process withdrawal because of the course content no because I want to. I feel that paying that amount of money is very unfair.

What could I do? do you have any advice please? I would like to explain that the withdrawal request is no because I made a mistake or any personal issue, but because the course does not give me the enough tools to attend an online course. Based on that, I have to pay that withdrawal percentage, or could I send my explanation to someone else to receive any feedback?

thank you Dr. Reeves for writing and asking me about my issue.

███████

On Thu, Jan 31, 2019 at 9:53 AM Reeves, Kari <kari@bagley.msstate.edu> wrote:

███

Dr Truax is correct. MSU counts any day classes are scheduled to be held as "class" days and these are not tied to meeting schedules. In my original email, the actual calendar dates are included.

I'm curious as to your comment regarding the videos. All videos are processed and uploaded to our server on the day classes are held (processing can take several hours as we process multiple courses

**MSU225802**

simultaneously but are nearly always up with 24 hours of the class meeting). Can you please let me know what issues you were having?

Regards

DrB

Kari Babski-Reeves, PhD, CPE

Associate Dean for Research and Graduate Studies, Bagley College of Engineering

Professor, Industrial and Systems Engineering

Bagley College of Engineering,

IRB Chair

Mississippi State University

662.325.8430 (office)



---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Thursday, January 31, 2019 3:09 AM
**To:** ▬▬▬▬ <▬▬▬@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Vahedifard, Farshid <farshid@cee.msstate.edu>
**Subject:** Re: withdrawal request

The seventh day of class is not the seventh day you're a particular course met. Classes started on January 7, January 15 was the seventh day of class.

Dr. Dennis D. Truax, PE, DEE, DWRE, FASCE, FNSPE

White Endowed Chair, Head & Prof.

Civil & Environmental Engineering

Mississippi State University

Sent using my iPhone

MSU225803

On Jan 30, 2019, at 9:04 PM, ██████████ <██████@msstate.edu> wrote:

Professor,

I do not understand your explanation when I compare it with the schedule sent by Dr. Reeves.

Additionally I feel that I am paying for an online master; my expectations are at least to have the videos of the classes as with the others classes that I attended, but I haven't received any video of this class taking into account that I am in the 4th week of class. So my withdrawal requirement is because the class doesn't meet the expectations of an online course from the Msstate University.

Many thanks



On Wed, Jan 30, 2019 at 9:03 PM Truax, Dennis <truax@cee.msstate.edu> wrote:



The 7th day of class is for the university, there are 5 class days per week.

Dr. Truax

Dr. Dennis D. Truax, PE, DEE, DWRE, FASCE, FNSPE

White Endowed Chair, Head & Prof.

Civil & Environmental Engineering

Mississippi State University

Sent using my iPad

On Jan 30, 2019, at 7:46 PM, ██████████ <██████@msstate.edu> wrote:

Dr Babski-Reeves,

Thank you for answering and processing my withdrawal request.

However, I disagree with the refund, according to the policy and schedule the refund must be 90%.

MSU225804

I sent my request before the 7th day of class. Yesterday was the 7th day of class. Taking in to account that I have classes twice a week.

Attached is the withdrawal refund schedule and the policy.

https://www.registrar.msstate.edu/files/withdrawal-refund-schedule.pdf

Many thanks

██████████

On Wed, Jan 30, 2019 at 12:08 PM Truax, Dennis <truax@cee.msstate.edu> wrote:

*Thanks, Dr. Babski-Reeves.*

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Wednesday, 30 January, 2019 11:02
**To:** ██████@msstate.edu
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Vahedifard, Farshid <farshid@cee.msstate.edu>
**Subject:** withdrawal request



I have received your withdrawal request. Per the withdrawal schedule, you will receive an 80% refund. I will process this request on Friday unless I hear differently from you.

Regards

DrB

| Withdrawal Effective Dates | | |
|---|---|---|
| Start Date | End Date | % Refund |
| 01-07-2019 | 01-07-2019 | 100 |
| 01-08-2019 | 01-21-2019 | 90 |
| 01-22-2019 | 01-28-2019 | 80 |
| 01-29-2019 | 02-04-2019 | 65 |
| 02-05-2019 | 02-11-2019 | 45 |
| 02-12-2019 | 02-18-2019 | 25 |

MSU225805

| 02-19-2019 | 04-09-2019 | 0 |

Kari Babski-Reeves, PhD, CPE

Associate Dean for Research and Graduate Studies, Bagley College of Engineering

Professor, Industrial and Systems Engineering

Bagley College of Engineering,

IRB Chair

Mississippi State University

662.325.8430 (office)

<image001.jpg>

<Screen Shot 2019-01-30 at 8.33.41 PM.png>

<policy.pdf>

<withdrawal-refund-schedule.pdf>

--

Sincerely,

████████████

**From:** Keith, Jason
**Sent:** Friday, October 18, 2019 11:20 AM
**To:** Zhang, Li
**CC:** Reeves, Kari; Truax, Dennis; Keith, Jason
**Subject:** RE: Help for Research Project

Li, I think you sent ███ a rude email and you should apologize to him. In introducing him to you, I was just trying to help a student who was new to Mississippi State University have a chance to speak with someone who was knowledgeable in transportation.

Regards,
Jason

Jason M. Keith
**Dean and Professor**
**Bagley College of Engineering**
**Mississippi State University**

**From:** Zhang, Li
**Sent:** Friday, October 18, 2019 10:51 AM
**To:** ███████████ <██████@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Help for Research Project

███

Thanks dean's recommendation for asking me for China's plan.

You are right. I know nothing about China's plan but I am pointing you the best sources you could find within COE. Dr. Truax is the director of Mississippi Transportation Institute and a promotor of better and more transportation infrastructure. Dr. Reeves, associate dean of research, also department head of ISE, host an university transportation center and professors with expertise in transportation logistics, freight, warehouse, operations research, could also provide you inside information about how that that plan could affect those issues.

Your persistence on pressuring me providing you my personal options which I don't have any research on is alerting, somewhat insulting as well. Very similar to the assumption African Americas in MSU is athlete. Your assumption "you are from China and an expert in transportation" then "you could not have helped me" is flat wrong. You could easily find if I can help you from my CEE page about my research topics. If you ask me this weekend's LSU/MSU game traffic, I have report for you. For China's transportation plan, I am sorry, I don't have any research on that.

If you are a freshmen at MSU, I hope you take this is the first lesson: don't make assumption first in any research.

Please let me know if you have any other questions you think I can be of assistance.

**MSU225807**

Good luck for your studies at MSU.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** ████████████ <██████@msstate.edu>
**Sent:** Tuesday, October 15, 2019 3:07 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Help for Research Project

Dear Dr. Zhang,
obviously you could not have helped me with the research, but that essay is now turned in. Towards the end of the semester, however, we will write an argument, and there any knowledge you have of the topic could prove very useful to setting it up perfectly. I want to address the question whether other countries should participate in the initiative, especially European countries, as they seem the most unsure about this, and in general about how they should deal with China. Maybe you can get back to me. Thanks in advance.
Sincerely,

████████████

On Mon, Sep 30, 2019 at 5:08 PM ████████████ <██████@msstate.edu> wrote:

Dear Dr. Zhang,
Thank you for answering so quickly. I am interested in the topic, because I want to be able to understand China's geopolitical ambitions as good as possible to make predictions about their future global influence (for myself, not for the project). I am worried and amazed at the same time, and I need as much information as possible, because at some point I will have to form my own opinion about concerns regarding this country. As the research project should be about something we honestly want to know more about, this seemed like a good opportunity.
My main research question shall be something like "Why is China building BRI?", or "What does China hope for by building BRI?", and later I could argue about whether these hopes and goals might be justified. I know that you will not be able to serve as source material, but I would still be interested in just talking about it. Tuesday does not work for me, Monday after 3pm or Friday (basically all day) would work, IF you have time.
However, as you might already know some answers, maybe you have a better main question in mind that will provide me with the best findings possible. As I need to hand in a proposal tomorrow, maybe you could write me that via email. If you have no idea that is no problem, the ones I listed will probably work as well.
Thank you for your help,

MSU225808

████████████

On Mon, Sep 30, 2019 at 4:31 PM Zhang, Li <lzhang@cee.msstate.edu> wrote:

████

Thank you for contacting me about transportation. Due to my family hardship, I have not be able to travel to China for a few years. I guess there are a lot of internet resource about China's plan, official or unofficial. If you are talking to me about a research project, source based on personal opinion might not be the best source for your research project. Having said those, I welcome student to come to talk to me, if you think I can be of any assistance. I should be available Thursday around 2PM, if that work for you.

BTW, if you don't mind to talk a little of your research project so I might be able to assist you better.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Associate Professor

Box 9546

220 Walker Engineering Building

Department of Civil and Environmental Engineering

Mississippi State, MS 39762

Email: lzhang@cee.msstate.edu

Tel.: 662-325-9838

Fax: 662-325-7189

**From:** ████████████ <████@msstate.edu>
**Sent:** Monday, September 30, 2019 4:03 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Help for Research Project

Dear Dr. Zhang,

MSU225809

I am ███████████ currently a freshman. In English Composition we will soon start our research project, and I decided to write about China's Belt and Road Initiative. I asked someone if there is someone who could help me sorting out my ideas about the topic. I got redirected to you by the Dean of Engineering. Since you are from China and an expert in transportation there is a good chance you know about this topic.

If so, it would be incredible to just talk to you, and get new insights. It would be great if you could get back to me and provide some help or just knowledge. Thank you for your time.

Sincerely,

███████████

**From:** Zhang, Li
**Sent:** Tuesday, February 4, 2020 10:18 PM
**To:** Runnels, Missy; Lane, Michael
**CC:** Swann, Tamra; Guerry, Josie; Truax, Dennis; Reeves, Kari
**Subject:** RE: Class today

Missy and Michael,
I am going to bring my kid to UMCC to see a neurologist and will not be able to teach for tomorrow's class 2-315 at Swalm 100. Would you let facilitator know?
Can I request 8 more sessions class on Tuesday, starting from the next week?
Thanks!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, February 4, 2020 1:26 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

You are very welcome!

Missy

## Missy Runnels

Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

**MSU225811**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 4, 2020 1:08 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** Re: Class today

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Associate Professor

Box 9546

220 Walker Engineering Building

Department of Civil and Environmental Engineering

Mississippi State, MS 39762

Email: lzhang@cee.msstate.edu

Tel.: 662-325-9838

Fax: 662-325-7189

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, February 4, 2020 11:57:44 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
Yes. I have you in Swalm 100 today from 2-3:15. Brooke will be your facilitator.

Thank you,
Missy

**Missy Runnels**
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544

MSU225812

479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, February 4, 2020 11:13 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Missy,
Can I confirm this 2-3:15, in *Swalm 100*?

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Tuesday, January 28, 2020 10:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
I only have a facilitator for 2-3:15 on Tuesdays. I can schedule three sessions, starting next Tuesday. Will that work for you?

Thank you,
Missy

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 28, 2020 10:46 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

MSU225813

Missy,

Would you like me do it today at 240PM or the next week starting at 2PM?

Thanks

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 4:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
I have a facilitator who can record tomorrow from 2-3:15 in Swalm 100. Would that work for you?

Thank you,
Missy

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 2:23 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

T/TH will work for me in this week. Tuesday will be preferred.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**MSU225814**

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 2:19 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

What dates and times do work for you? Extending the current class time is not an option. You will need to schedule a separate time for any missed classes.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 1:53 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

This Friday will not work for me.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Monday, January 27, 2020 1:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>

MSU225815

**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Dr. Zhang,
I do not have a facilitator available for this afternoon. I have an opening from 2-2:50 on Friday, Jan. 31st, that I can try to get a facilitator for if that works for you.

Thank you,
Missy


## Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573


**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 27, 2020 1:04 PM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Class today

Missy,
I am hoping not to both you and facilitator as much as possible. Here is my suggestion about my makeup hour plan:
We have regular class and I will extend the class for makeup. If there is no facilitator available, I will start to record class by myself. Recording class will not bother me at all and I have done that in the past as well.
If this is not ok, please propose a few time slots I can do the makeup. I will check my schedule and my student's schedule.

Thank you

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building

**MSU225816**

Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Sunday, January 26, 2020 1:09 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Li,
You need to schedule any makeup hours with Missie and the facilitator. The request below was not for making up missed hours, or that was not how your request was phrased or interpreted. The request appeared to be a change in time for the remainder of the semester. Missie can assist with helping you find additional time to make up the missed class hours.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)



---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, January 24, 2020 10:25 AM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** RE: Class today

Kari and Dennis,
Thanks for you letting me know that COE would not accommodate the schedule.
I have to extend the hours to make up my travel to TRB and missed first Monday class because of two schedules for the same class. I may and should have travels coming up too. I may be sick as well, actually, my sore throat made my talks and voice.

**MSU225817**

I have obligation under MSU policy to make sure total class hours are spent with students. My plan is to record class by myself. If COE or Department have alternative plan, please let me know. I will follow that.
If you are ok for me to record all my sessions and if we can cancel the distance service, please do so.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Friday, January 24, 2020 9:36 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Lane, Michael <lane@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Runnels, Missy <runnels@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** FW: Class today

Li

I understand that you requested a change in the schedule for the one class you are teaching. The college contacted me to let me know that they have tried everything they can to accommodate your request, but will not be able to provide you with instructional time you requests. There are a host of reasons, including the scheduling policy of the university which defines days and times for classes, the need for distance instructional space for a host of classes offered through the distance program in the college, the limits on proctors' times and schedules as prescripted by their personal schedules and the limits on how much students can work, and more.

As such, while they and I would like to allow you to modify your instructional schedule to meet your personal needs, it is not possible and you will have to work within the constraints of the published schedule this semester. If in the future, an atypical schedule is needed for some reason, I will be happy to work with you during the scheduling timeframe (the first 20 days of the preceding regular semester, as you will recall), to see what accommodations are possible.

Thanks for understanding,

Dennis

Sent using my iPhone

**MSU225818**

On Jan 23, 2020, at 2:04 PM, Reeves, Kari <kari@bagley.msstate.edu> wrote:

Dennis,
We cannot accommodate this. We clearly stated to Li that his class would be at the time below. If this cannot be accomplished the class will be closed and students provided a full refund unless you have a better idea. Sorry to drop this on you but we are at a loss here.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
<image002.jpg>

---

**From:** Swann, Tamra <tswann@bagley.msstate.edu>
**Sent:** Thursday, January 23, 2020 3:17 PM
**To:** Guerry, Josie <josie@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** FW: Class today

This situation is not finding closure.
Tamra

---

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Thursday, January 23, 2020 3:06 PM
**To:** Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>
**Subject:** RE: Class today

Josie and Tamra,
Dr. Zhang is asking to have his MW 2-3:15 class changed to a MW 2-4 class. Please let me know how you wish to proceed.

Thank you,
Missy

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 23, 2020 7:38 AM
**To:** Runnels, Missy <runnels@bagley.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Guerry, Josie

**MSU225819**

<josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Subject:** RE: Class today

Missy,
I do need extended hours at least half an hour until 345. From 2-4 will be the best.

Li

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Runnels, Missy <runnels@bagley.msstate.edu>
**Sent:** Wednesday, January 22, 2020 4:54 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Lane, Michael <lane@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>
**Subject:** Class today

Dr. Zhang,
It was brought to my attention that you recorded longer than your class time today, and that the facilitator let you know that he had to leave to go to class. Please note that classes cannot run over unless it is scheduled ahead of time. A facilitator must be present to record the class. Classes must begin and end on time so that our facilitators can get to their classes and other classes that they record. I will be happy to work with you if you need to schedule additional recordings.

Thank you,

## Missy Runnels
Computer Support Specialist

Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road, 250 McCain Hall
Mississippi State, MS 39762
P: 662-325-7794
F: 662-325-8573

**MSU225820**