# EXHIBIT 26

**From:** Truax, Dennis [truax@cee.msstate.edu]
**Sent:** Tuesday, April 14, 2020 8:59 AM
**To:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** Re: CE 8143

Yes.

Dr. Dennis D. Truax, PE, DEE, DWRE, FASCE, FNSPE
White Endowed Chair, Head & Prof.
Civil & Environmental Engineering
Mississippi State University

Sent using my iPhone

On Apr 14, 2020, at 8:57 AM, Reeves, Kari <kari@bagley.msstate.edu> wrote:

Dennis,
We need to keep a very close eye on this situation. We would need to do what we did this spring, have a facilitator enrolled in the course in the TA role to do quality checks. The facilitator would not be a TA and would not support the course in any manner other than to check to ensure that contact hours are being met. Is that acceptable?
Regards
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Monday, April 13, 2020 3:07 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: CE 8143

*Kari*

*He has distance students we need to get cleared out, and letting him teach using webex is the only way we can do this. This way he impacts the college distance program minimally.*

**MSU002957**

*Also, he knows he has to straighten his act up if he is ever going to get promoted, so I was hoping this would work out to prove he is back on track.*

*He promises he has his act together, though he is still egocentric about things. I'd like to give him this chance in the fall to prove he is back focused on his university job, and that his home situation is managed as he suggests it is.*

*Dennis*

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Monday, 13 April, 2020 14:38
**To:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** FW: CE 8143

Dennis,
Based on all of the issues we continue to have with Li I thought we had agreed no distance classes for Li. Am I misunderstanding or misremembering the outcome of our meeting?
Thanks,
kari

Kari Babski-Reeves, PhD, CPE
Associate Dean for Research and Graduate Studies, Bagley College of Engineering
Professor and Interim Head, Industrial and Systems Engineering
IRB Chair
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image003.jpg>

---

**From:** Swann, Tamra <tswann@bagley.msstate.edu>
**Sent:** Monday, April 13, 2020 2:33 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Williams, Keela <kwilliams@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>
**Subject:** CE 8143

Dr. Truax,

I'm working on eForms and just arrived at Dr. Zhang's 501 section request for TR 12:30 – 1:45. The Starkville (01) section is listed at 1 p.m.-2:45 p.m.

1. Can you or Keela please send the classroom information for CE 8143 to Lynn and make it consistent with TR time slots?
2. Also, I do not have a distance classroom set aside for this at 12:30 or 2, so I want to confirm Dr. Zhang is recording his own 501 section?

**MSU002958**

I'm going to hold the eForm until I hear back from you to prevent problems down the line.

Thanks!

*Tamra*

Tamra Hannon Swann
Distance Education Coordinator
Bagley College of Engineering
P.O. Box 9544
479-2 Hardy Road
Mississippi State, MS  39762
662.325.3786
www.bagley.msstate.edu/distance

MSU002959