# EXHIBIT 27

**From:** Keith, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D806FEF91494263BD129D86BB1C6F84-JMK210]
**Sent:** Saturday, August 7, 2021 10:39 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** FW: Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021
**Attachments:** RE: Fall 2021 Teaching Load; RE: Question about Fall College Semester


Just an fyi

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Keith, Jason
**Sent:** Saturday, August 7, 2021 10:38 AM
**To:** Shaw, David <david.shaw@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021

David – here's some info about this.

- On June 20th, Isaac asked Li to consider changing his teaching for the fall 2021 semester (attached).
- Li didn't like it and complained to me. I did sit in on a meeting with them about the move from Walker to Rula and this came up. We also discussed released salaries to potentially get out of a course. Li was asked a few times and never provided any information to Isaac or Merri – the CEE business mgr. Yesterday, Isaac informed Li about this. (also attached).

I advised Isaac as department head he had the latitude to adjust teaching schedules as he saw best to cover his courses.

Li originally had the following (very light load):
CE 8133 – 4 students
CE 4133/6133 – 14 students

Isaac adjusted this to:
CE 3113 – 79 students
CE 4133/6133 – 14 students

**MSU226289**

I think this is a fair adjustment and I support Isaac's decision and do not see discrimination or bias. I am also looking at the note you forwarded regarding impact on graduation of the 4 students Li wrote who were registered for CE 8133. 2 are brand new, and the other 2 could finish but this course is not required for a CEE graduate degree. I'll have better info on Monday.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Shaw, David
**Sent:** Friday, August 6, 2021 8:04 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021

I was fully expecting that. 😉

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, August 6, 2021 7:59 PM
**To:** Shaw, David <david.shaw@msstate.edu>
**Subject:** Re: Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021

David - thanks. I already know all about this. I'll get you a summary. Isaac did nothing wrong.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**MSU226290**

On Aug 6, 2021, at 7:48 PM, Shaw, David <david.shaw@msstate.edu> wrote:

Jason,

Assuming you'll look into this?

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, August 6, 2021 7:43 PM
**To:** Shaw, David <david.shaw@msstate.edu>
**Cc:** Williams, Keela <kwilliams@cee.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Lynn, Thomas <tlynn@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021

Dear Dr. Shaw,
I am reporting Dr. Harard's discriminatory assignment for Fall 2021. I would appreciate it if you would ask CEE to hold the changes until my report to you is filed and discussed. I would like to make an appointment with you to discuss the complaint.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**MSU226291**

**From:** Williams, Keela <kwilliams@cee.msstate.edu>
**Sent:** Friday, August 6, 2021 4:53 PM
**To:** Swann, Tamra <tswann@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Lynn, Thomas <tlynn@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CEE Course and Teaching Updates - Fall 2021

Thank you! I think I have it.

**From:** Swann, Tamra
**Sent:** Friday, August 6, 2021 4:51 PM
**To:** Williams, Keela <kwilliams@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Lynn, Thomas <tlynn@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CEE Course and Teaching Updates - Fall 2021

Thank you for the update. Keela, if you need help please let me know.

Tamra

**From:** Williams, Keela <kwilliams@cee.msstate.edu>
**Sent:** Friday, August 6, 2021 4:47 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Lynn, Thomas <tlynn@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: CEE Course and Teaching Updates - Fall 2021

I'll work this now

Get Outlook for iOS

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Friday, August 6, 2021 4:46:07 PM
**To:** Williams, Keela <kwilliams@cee.msstate.edu>; Guerry, Josie <josie@bagley.msstate.edu>; Swann, Tamra <tswann@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Lynn, Thomas <tlynn@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** CEE Course and Teaching Updates - Fall 2021

Hello All,

I would like to make the following changes to CEE's fall teaching schedule. I waited as long as possible for as much information as possible to be available prior to these decisions. Thank you all for the support during this very challenging time while we transition buildings and deal with COVID.

**MSU226292**

| Course and Section(s) | New Instructor | Old Instructor | Notes |
|---|---|---|---|
| CE 3113-01 | Dr. Li Zhang | Dr. Thomas Lynn | --- |
| CE 4903-01 | Dr. Thomas Lynn | Dr. Dennis Truax | --- |
| CE 8133-01 AND 501 | Cancel Course – Both Sections | Dr. Zhang | Low enrollment – 2 on campus, 2 off campus |

Please let me know what, if anything, I need to do to complete this process.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
501 Hardy Road-235F Walker Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU226293

**From:** Zhang, Li
**Sent:** Sunday, June 20, 2021 9:41 AM
**To:** Howard, Isaac
**CC:** Keith, Jason
**Subject:** RE: Fall 2021 Teaching Load

Isaac,
I am surprised you removed CE 8133 without discussing it with me and added CE 3113. I need student taking 8133, although I only have one student now, I have a few students committed. After you remove the course, there is no way for them to enroll, when there are still two months left.

If you like to discuss with me, I would like to discuss with you how you would recover the damages Dennis had caused to the department and the hostile environment he created for me to work.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, June 19, 2021 3:01 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Fall 2021 Teaching Load

Li,

While you are on campus Monday, one item of discussion is I would like for your fall of 2021 teaching schedule to adjust as shown below. Table 1 shows your existing teaching load, and Table 2 shows what I am asking to be your alternative schedule. Originally, Tom Lynn was scheduled to teach CE 3113, but we need him to teach CE 4903 – Comp and to do that he needs to give up a class as he is has 3 courses on the books, all of them with high enrollment. With Dennis's retirement, we are short faculty to teach this fall. I am going to continue to teach the two courses I have on the books to help as much as I can (undergraduate course with enrollment at the room capacity of 47 and graduate course with enrollment of 14 – I expect more than 14 to be enrolled when the semester begins). With the decision for your sabbatical to be deferred, now is a good time to have this discussion. We are in a situation where we need everyone to be flexible and supportive of CEE's circumstances for the rest of the year, especially those who are fully promoted. Thanks in advance for being flexible this fall to help everything get covered properly. CE 3113-01 also needs a book to be adopted and instructions for doing so are listed at the bottom of this email.

**MSU226294**

Looking forward to getting to work on the transportation lab on Monday and discussing your teaching schedule to the extent needed.

I hope you have a happy Father's Day tomorrow and a good weekend overall.

Regards,
Isaac

**Table 1 – Li Zhang Existing Teaching Load**

| Course | Section(s) | Title | Enrollment (June 19, 2021) | Days | Time |
|---|---|---|---|---|---|
| CE – 4133/6133 | 1/1 | Geo Design Of Hwys | 17 | T R | 11:10am - 12:25pm |
| CE – 8000-9000 | 12, 511, 11, 511 | Research / Thesis or Diss | 0 | TBA | TBA |
| CE - 8133 | 1, 501 | Traffic Flow Theory | 1 | T R | 12:45pm - 02:00pm |

**Table 2 – Li Zhang Modified Teaching Load**

| Course | Section(s) | Title | Enrollment (June 19, 2021) | Days | Time |
|---|---|---|---|---|---|
| CE – 4133/6133 | 1/1 | Geo Design Of Hwys | 17 | T R | 11:10am - 12:25pm |
| CE – 8000-9000 | 12, 511, 11, 511 | Research / Thesis or Diss | 0 | TBA | TBA |
| CE - 3113 | 1 | Transportation Engr | 76 | MWF | 12:40pm- 1:30pm |

Or if a faculty member desires, a CE 7000 could be taught to this student.

To adopt texts (or indicate none are required) follow the link below and use your Mississippi State University log in.
  *Adoption Insights Portal: https://sso.bncollege.com/bes-sp/bessso/saml/msstateedu/aip/logon

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
501 Hardy Road-235F Walker Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU226295

**From:** Howard, Isaac
**Sent:** Friday, August 6, 2021 4:50 PM
**To:** Zhang, Li; Keith, Jason
**Subject:** RE: Question about Fall College Semester

Li, I waited until well after July 12th and not hearing anything back from you to make the decision for fall teaching assignments. Hope you are doing well and appreciate your support during what is going to be a challenging semester.

Regards,
Isaac

**From:** Howard, Isaac
**Sent:** Monday, June 28, 2021 8:55 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

July 12th, not June 12th. Sorry for typo.

**From:** Howard, Isaac
**Sent:** Monday, June 28, 2021 8:45 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Li, without faculty buying out of classes, there isn't much of a need to hire adjuncts. I have asked twice when you plan to have your fall 2021 salary release information worked out and to Merri. If I don't have something tangible to work from by June 12th, I will move forward with fall of 2021 planning with the information I have.

Student labor has some tasks for tomorrow, but you can check with Joe to see if any help is available. Next day help can be hard to find with the schedules right now.

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, June 28, 2021 1:24 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Isaac,
Thanks for your reply. For the question, I do get Jason's answer to not disclose financial information to Case and that might imply something. I would like to get an direct answer since you are in charge of that. Without enough fund from my research to support Case's payment and associated cost (grade and parking may be), you would not hire Case to teach. Is my understanding correct?

**MSU226296**

For your question, I can get you what you the % by looking at the funded proposals. That would not be far from accurate. Usually, Merri would send us email to remind sending her our distributions a few weeks after the class start, that would be the accurate number.

If you need, I can get you proposed % before I come to office tomorrow.

Can I get help from Joe's student helping packing my office tomorrow? My doctor advise me not lift anything more than 20lbs.

Thanks

Li


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, June 28, 2021 4:15 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Li,

Jason answered your questions regarding Case.

When do you plan to have your fall 2021 salary release information worked out and to Merri?

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, June 24, 2021 8:29 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Isaac,
Thanks for your honest. Just to confirm, without enough fund from my research to support Case's payment and associated cost (grade and parking may be), you would not hire Case to teach.

MSU226297

I will need that answer to let Case know.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, June 24, 2021 4:54 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Li, knowing your salary release helps overall planning.  If the decision is to go with Case, funds are needed to allow that to happen, but there are a lot of overall needs to consider within the department.  We operate in a financial deficit without faculty release and I am working to understand all the details to the extent I can, but in what I have gotten through in the budget, faculty salary release is definitely needed to operate, especially for reduced teaching loads.  When do you plan to have your salary release worked out?
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, June 23, 2021 5:50 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Yes,
I will have to work with Merri to figure that out. One question, will I have to have to release my salary to pay Case?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, June 22, 2021 10:17 PM

**MSU226298**

**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Question about Fall College Semester

Li, you mentioned you would be releasing salary to CEE this fall.  How much salary to you plan to release, and if you plan to release salary, Merri can go ahead and get that process started.
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, June 21, 2021 10:12 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** FW: Question about Fall College Semester

Dr. Keith and Dr. Howard,

Case agreed to help us pending his supervisor's approval. It might take a few days to go up all his chain of command. In the meantime, here is h would like to get help from us:
1. An undergraduate grader or a GTA
2. Parking

Given 75 students, I think those are very reasonable requests.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** William Fulcher <william.fulcher@neel-schaffer.com>
**Sent:** Monday, June 21, 2021 4:06 PM
**To:** Robert Walker <robert.walker@neel-schaffer.com>
**Cc:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Question about Fall College Semester

Robert,

Dr. Zhang approached me today about whether or not I would be willing to teach the CE 3113 Transportation Engineering Class in the Fall. I told him from a personal standpoint, I would be glad to teach the course as long as I had a grader and parking provided to take that time requirement away from me. This would leave an expected 5 hrs of time per week required for me to devote to the class (3 hours classroom and 2 hours prep/admin). The classroom time would be during the day, which would require me to be absent for about an hour to an hour and a half three days a week. I would probably also be required to maintain at least 1 hour of in person office time on campus. I did not want to commit until clearing this with you. I still plan to make 40 hrs a week and meet the requirements here if I do take

**MSU226299**

this guest lecturer position, the time would just be slightly flexed to meet the classroom schedule. Do you have any reservations or objections to me agreeing to this guest lecturer position if it comes to fruition for just the fall semester. If so please let me know as Neel-Schaffer is my primary priority.

Case

..............................................................................................................................
..........
**William Case Fulcher, PE, RSP1**

**Neel-Schaffer, Inc.**
1115 Stark Road
Starkville, MS 39760
Cell: 662.803.8331
Direct: 662.498.1017
Phone: 662.268.7966
Fax: 662.268.7961
Website: www.neel-schaffer.com
(PE-LA, MS)

***Neel-Schaffer, Inc. Confidentiality Note:***

*Information contained in this message along with any attachment(s) may be confidential and protected by legal privilege. This message is meant solely for the use of the individual(s) to whom it is addressed. Viewing or the use of information and attachment(s) within this message without the expressed permission of Neel-Schaffer, Inc. is prohibited. If you are not the intended recipient of this message, Neel-Schaffer, Inc. requests you take immediate action to notify the sender of the error and that you delete this message and all attachments without modifying, copying or distributing its content.*

**MSU226300**