# EXHIBIT 30

## CE 3113 - Attachment 3

**From:** Zhang, Li
**To:** ce3113-01.fall2021@courses.msstate.edu
**Cc:** Keith, Jason; Howard, Isaac; Shaw, David
**Subject:** Darkest day and your grade
**Date:** Saturday, December 18, 2021 12:00:23 AM

Dear all,

Today is the darkest day in my almost 17 years of transportation teaching career. I know I am not perfect and you may not like me and like the way I am teaching, you know how hard I have been working with you, especially in the last few days and weeks, under my extraordinary health and family conditions, without little help from the department in December.

Today, as I am keeping my promise to change your grade, I found out many grades are different from what I have submitted. I reported to Provost Shaw some of, not all of your, grades have been changed, potentially unauthorized changes, and even hacked. One of you reported the change was made on December 16. As an instructor, I believe I have been obligated to report the incident to the Provost and the registrar. I also have the obligation to inform you that your grade has been given by someone else other than the instructor, who is instructed not to make changes according to the grade on Canvas flowing the syllabus. I am hoping you have got an explanation of how your grade is calculated and posted already.

Here is what I know of and some of my thoughts:

1.     Your grade has been posted in Banner, a few of you asked me to boost to the next letter grade by rounding up which I did not approve since that was in the syllabus.

2.     We have left the door open for you to come to see your final exam. That will demonstrate the openness and fairness of your finals. As someone did in tests and homework, I always take your feedback, as some students indicates to a greater length than most professors do.

3.     I feel one student VERY disappointed his grade in Banner.

4.     I have emailed almost half of you about your participation grade, almost everyone believes the participation grade is fair. We have worked many hours for that together.

5.     In most, if not all my emails to you, I have CCed Dr. Keith and Dr. Howard, there is not a single word to discuss with you and me about the process and raised one question, all of sudden, they decided your grade.

6.     Dr. Keith was a big fan of MSU Academic Operational Policy (AOP), I have not been provided any AOP or any MSU policy for what happed today. I hope you will be provided.

MSU012391

7.    I appreciate you have spent time preparing for tests, taking finals, doing homework, participating in the classes. Now things have changed since you are not evaluated not by everything you have done, just by an undisclosed person. I challenge that person to pass the CE EIT test in January. In other words, your grade is determined by someone who could not even pass the CE EIT test within January.

8.    Your grade is most likely be boosted, you may be happy for now. In the long run, you should worry about the value of a CEE degree. Remember the stories I told you in classes? CEE engineers have ethical and legal responsibilities to build roads and bridges for years to come, if you want to go shortcut every time, you might not be fulfilling your responsibilities all the time. I am sure one or more of you will remember the words and stories somedays.

9.    What scare me is the attack on the university system. All of this was done because of a "large number of complains". You guys know better about that how many of you actually made any "complain", again, I have not received any complaints except a few dissatisfactory about grades. I have never been offered any chances to discuss those "large number of complaints", or address them, or even show those complaints.

10.    Here are the questions you may want to think.

How many number of complaints?

What are the complaints?

Are those complaints reasonable?

Have those complaints been resolved with the instructor?

Are those "large number of complaints" been used as a cover-up to provide "favoritism" to someone, or a couple of powerful families?

Who benefits most? Do all of you benefit the same from the decision? Why someone benefits more than others?

Why the normal-appearing process is not used, instead, someone other than the instructor uses a secret process /person which/who has not been disclosed to you and not discussed with the instructor decided your grade?

11.    What scares me most is the democrat and openness process have been attached. You may think this is too far away. If an authoritarian power can be used to benefit a few of you most, the flood gate is open now. Will the process be used to benefit just a small number of selected people or just for one or two people? Will the process be used to harm a few people or one person? So far, the instructor has not been shown the safeguard of policy to prevent those. Hope you has been shown.

**MSU012392**

You may not think of all those issues now and may not agree with me, I would encourage you to keep this email and read it again when you need it in the future.

I believe there are more questions than answers now.  If you are not been informed, you may ask questions, especially, if you have graduated in December, not to me this time.

If you would like to discuss with me or email me about this, you may use lizhang3@gmail.com.

Thank you for your time in reading this email.

MSU012393