# EXHIBIT 31

**From:** Northcutt, Jessica <jessica.northcutt@msstate.edu>
**Sent:** Saturday, January 8, 2022 4:24 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**CC:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** Re: Travel and Leave Status

All,

This meeting will need to be pushed to 4:00. It will be the same day and same location.

Thank you,
Jessica

Get Outlook for iOS

---

**From:** Northcutt, Jessica
**Sent:** Thursday, January 6, 2022 2:48:56 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** FW: Travel and Leave Status

Dear Dr. Zhang,

Please plan to meet on Friday, January 14th at 3:30 in the Provost's Office (3rd floor of Lee Hall).

Thank you,
Jessica

**Jessica Northcutt**
Executive Assistant to the Provost and Executive Vice President
Office of the Provost
Lee Hall, Suite 3500
(662) 325-1873

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 6, 2022 11:18 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

MSU173540

Dr. Shaw and Dr. Howard,

I can meeting on Jan 14 with Dr. Howard's available time. I would like to have:
1. Meeting agenda on Jan 14 (or another day)
2. Dr. Jason's email (or someone else) to Dr. Shaw for approval of change the grades
3. Meeting notes of meetings discussing matters related to me since the grades have been changed.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, January 6, 2022 11:04 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

I can meet anytime today or tomorrow. After that, next availability is on January 14 where I am available except from 1130 am to 1 pm.
Isaac

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Thursday, January 6, 2022 11:00 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang, I agree that a meeting is needed as soon as possible to attempt to resolve these issues. I do not want to see an individual meeting with you and me occurring before that, as it will only extend the conversation. All parties need to be present for this conversation.

Best regards,

**MSU173541**

David

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 6, 2022 10:39 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
I have agreed to have online meeting before MSU closed and attempted to have face to face meeting, I also requested separated meeting with Dr. Shaw. I am open for a meeting as we speaking, the hands for the meeting is not on myside. I am asking policy to dening my travel. All MSU polices are online, you can just give me policy name and the number (page or procedure/policy number), to deny my travel request.

Also, please give me the number of hours I need to fill in the leave on December 1.

Thank you!

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 6:40 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Corey,

**MSU173542**

Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang,

No travel approvals, or similar, are going to be issued until the meeting with Provost, BCoE Dean, Associate Deans…, Human Resources Director, and myself has occurred that was re-scheduled from December.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 4, 2022 3:21 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Howard,
Please approve my travel accordingly.


```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Travel and Leave Status

Dr. Zhang,

I have a travel request for you from January 05 to 13 of 2022 that I have been advised not to approve given the pending status of your medical leave. With this email I am asking you to work directly with Human Resources to get your leave status paperwork together in a form that is agreeable to them and

**MSU173543**

other MSU policies and I will gladly approve any eForms that agree with MSU policy. You have sent two eForms to me of late, and I have processed both of them based on direct guidance from Human Resources. These eForms are 677373 (Disapproved) and 679164 (Returned) – the responses to these forms are based on the contents of the requests.

For reference, I have attached the medical certificate you provided. The form asks for leave from Dec 2 to 8 of 2021, but section B says employee is totally unable to return to work until Jan 17, 2022 – a form that wasn't signed until Dec 3. Your eForm leave requests aligned with leave ending Dec 08, but the emails you have been sending to others in MSU, to students…use the Jan 17, 2022 date. My request for you to work directly with Human Resources is an attempt to get your medical leave paperwork finished in a manner that is agreeable to everyone with details and takes that are understood. You cannot be on travel status with MSU while also on medical leave with MSU.

Also, your sabbatical application was recently returned for the following reasons related to your portion of the application. I have attached the document you submitted so you can update and re-send the document if you so desire.

1. The faculty member did not check the box at the top of the form signifying that they have read the policy.
2. The MSU ID# is incorrect.

I hope you are doing well and recovering from your surgery and that the holidays are a happy time for you and your family.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

**MSU173544**

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Monday, January 10, 2022 7:31 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Northcutt, Jessica <jessica.northcutt@msstate.edu>
**CC:** Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang,

The agenda is simple – I want to gather all relevant parties in the room to discuss the events of the fall semester that led to the decision to adjust the grades.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 10, 2022 3:19 PM
**To:** Northcutt, Jessica <jessica.northcutt@msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Shaw and Jessica,

Would you at least let me know if I can get the information about any three items or not?

1. Meeting agenda on Jan 14 (or another day)
2. Dr. Jason's email (or someone else) to Dr. Shaw for approval of change the grades
3. Meeting notes of meetings discussing matters related to me since the grades have been changed.

Thanks!

Li

---

**From:** Zhang, Li
**Sent:** Thursday, January 6, 2022 12:18 PM

**MSU173638**

**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Shaw and Dr. Howard,

I can meeting on Jan 14 with Dr. Howard's available time. I would like to have:
1. Meeting agenda on Jan 14 (or another day)
2. Dr. Jason's email (or someone else) to Dr. Shaw for approval of change the grades
3. Meeting notes of meetings discussing matters related to me since the grades have been changed.

Thank you!

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, January 6, 2022 11:04 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

I can meet anytime today or tomorrow. After that, next availability is on January 14 where I am available except from 1130 am to 1 pm.
Isaac

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Thursday, January 6, 2022 11:00 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: Travel and Leave Status

**MSU173639**

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Tuesday, January 11, 2022 1:22 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Northcutt, Jessica <jessica.northcutt@msstate.edu>
**CC:** Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang, if you choose to bring your attorney, then we will need to coordinate that with the university's General Counsel.  I am copying Joan Lucas.  If you plan to bring your attorney, please have that person contact Ms. Lucas directly beforehand at the number below.



**Joan L. Lucas**
*General Counsel*
Mississippi State University
662.325.8131 | YMCA Building Suite 3150 | Mailstop 9717
PO Box 6171 | 195 Lee Blvd. | Mississippi State, MS 39762
www.legal.msstate.edu

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 11, 2022 11:52 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Northcutt, Jessica <jessica.northcutt@msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Shaw,

Thanks for the agenda.

Thank you so much for your open mind in discussing the events. Given what has happened in those events, I will bring my lawyer with me.

Li

**MSU173688**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Monday, January 10, 2022 8:31 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Northcutt, Jessica <jessica.northcutt@msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Travel and Leave Status

Dr. Zhang,

The agenda is simple – I want to gather all relevant parties in the room to discuss the events of the fall semester that led to the decision to adjust the grades.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, January 10, 2022 3:19 PM

**MSU173689**

**From:** Shaw, David
**Sent:** Thursday, January 13, 2022 11:26:39 AM
**To:** Zhang, Li;Northcutt, Jessica
**CC:** Banik, Robert;Shaw, David
**Subject:** RE: Invitation of faculty senator on Friday's meeting

Dr. Zhang,

This is a bit of an unusual request.    I am fine with Dr. Banik attending the meeting, but I also want both of you aware that there could be discussions on personnel-related issues, and we normally do not have guests participate in meetings on those topics.    However, again if you wish to invite Dr. Banik you may.

David

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, January 13, 2022 10:24 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Northcutt, Jessica <jessica.northcutt@msstate.edu>
**Cc:** Banik, Robert <banik@math.msstate.edu>
**Subject:** Invitation of faculty senator on Friday's meeting

Dr. Shaw,
In addition to a team of 7-8 administrators in the meeting, I would like to invite faculty senator's presence in our meeting. I don't have any intention to ask Dr. Banik to represent me, I would like his presence at least as an observer. Dr. Banik could play any roles you and Dr. Banik feel comfortable.

Thank you for your considerations.

 << OLE Object: Picture (Device Independent Bitmap) >>

**MSU173838**