# EXHIBIT 32

## Howard, Isaac

| | |
|---|---|
| **From:** | Howard, Isaac |
| **Sent:** | Monday, February 28, 2022 9:30 AM |
| **To:** | Reeves, Kari; Green, Robert; Shaw, David; Corey, Leslie; Lucas, Joan; Keith, Jason |
| **Subject:** | FW: CE4143 |

FYI, this is the same class of Li Zhang's where several students simultaneously complained via email last week.

---

**From:** Howard, Isaac
**Sent:** Monday, February 28, 2022 9:27 AM
**To:** C⬛⬛⬛⬛, C⬛⬛⬛⬛⬛⬛ @msstate.edu>
**Subject:** RE: CE4143

Thank you C⬛⬛. Your concerns have been heard. The situation is being looked into.

---

**From:** C⬛⬛⬛⬛, C⬛⬛⬛⬛⬛⬛ @msstate.edu>
**Sent:** Monday, February 28, 2022 8:58 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** CE4143

Hello Dr. Howard,

I'm sending this email today out of concern. My name is C⬛⬛ C⬛⬛⬛⬛, ⬛⬛⬛⬛. I know you had a talk with some students last week, and I could not attend due to prior arrangements. However, I want to express my thoughts to you.

As a graduating senior of civil engineering for Mississippi State, I fully believe no one's last semester should be full of worry about passing a class or not. We have all made it this far, but in the work, my gpa backs that up. I know life is hard and unfair, but my classmates and I have already lived through the most difficult time for college students. (At least in recent times). It is highly unfair for what we are having to deal with currently:

- We are assigned homework, basically weekly. This is fine and reasonable. However, when one is 60 questions long and two more taking approximately 9 pages it becomes an issue. We are already stretched with time. This weekend, post test week, have I actually had the time to study for the FE exam. I have barely had time to study, apply for jobs, construct interviews, etc.
- Building off that. We have a ridiculous project that changes weekly. We were given very poor guidelines and basically told good luck. We get called into office saying we are getting 2/5 for the first assignment because we left equipment used blank. We weren't given equipment, had to count for hours by hand. He then proceeds to tell us about the equipment we can use. We don't have time for all of this. I have a comp project and 3 other classes. I do my work ahead of time, so I can study, and it still is not good enough.
- Add onto this the stress he brings. He tried to report almost all of us to the honorboard. He said we had to get to his office by like 10 on a Friday, or he was turning us in. I show up and his problem with my paper was I didn't multiply a number by "5". That's honorcode worthy? I don't think so. He just graded the tests , average was below 60, and we have people celebrating making 60 because it keeps them afloat. That's now how it should be, especially this point in our schooling. We should be learning important concepts, so we can be good employees.
- There is much more I can say about lack of examples, hard to read examples, and poor communication. I know teaches have office time for their spare time. I came one time to his office when he was doing nothing, at all, and he told me to come back another time bc it wasn't his office hours. He always speaks about come see him and sets office hours at 5pm. No one can come at that time; we have homework and studying. I'm not blaming

1

MSU000760

him because I know he isn't required to talk to me when office hours aren't in, but most teachers will drop everything to help.

I know life isn't fair, but what we are being dealt isn't fair. We should not fear having to possibly call our new jobs saying we can't come because we failed traffic but passed every other class offered here to us. We were already thrown to the dogs with the lack of classes offered. I know that's not you guys' fault, but it just adds to our already difficult time. I know you can't promise us anything, but please help. Offer us a way out, a security blanket, or something. We are all worried.


Thanks,
C████

MSU000761

## Howard, Isaac

| | |
|---|---|
| **From:** | Howard, Isaac |
| **Sent:** | Monday, February 28, 2022 8:40 AM |
| **To:** | Keith, Jason; Green, Robert; Reeves, Kari |
| **Subject:** | RE: CE 4143 Class Concerns |

Given we are back to Li,  the four students in Friday's meeting are listed below.



**From:** T█████████, B███ █████████@msstate.edu>
**Sent:** Friday, February 25, 2022 11:45 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: CE 4143 Class Concerns

Yes sir. Me and two other students can come by at 1. If that time works for you.

Get Outlook for iOS

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Friday, February 25, 2022 11:22:23 AM
**To:** T█████████, B███ █████████@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: CE 4143 Class Concerns

,

I would like to meet with you about this matter and have a representative from the Dean's office meet with us.  Also, any of the students who are mentioned in this email are welcome to join us.  I am not sure of everyone's availability, but I am open all afternoon today, which is very uncommon.  If you and someone from the Dean's office is available, can we meet this afternoon? Nobody has notified Dr. Zhang about this meeting. Thank you for being patient over the past couple of days.

Regards,
Isaac Howard

**From:** T█████████, B███ █████████@msstate.edu>
**Sent:** Tuesday, February 22, 2022 3:32 PM

1

**MSU000762**

**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** CE 4143 Class Concerns

Good evening, Dr. Howard:

We are emailing you today to address the common concerns we have with our professor, Dr. Zhang, in the traffic engineering course. Due to Dr. Zhang's teaching methods, students are receiving an insufficient education within this course. Although Dr. Zhang says he wants his students to succeed, his actions within the classroom demonstrate otherwise. Below is a list of facts that displays his insufficient teaching skills and the unbeneficial classroom environment that he has created.

- Does not communicate well about his expectations for his students.
- Illegible class notes and solutions.
- Provides scattered and unorganized explanations.
- Requires a heavy load of work (10 plus pages of homework that typically requires 6+ hours to complete every week).
- Does not provide sufficient information to successfully complete the homework without utilizing outside resources or help.
- Provides solutions that have missing or incorrect calculations.
- Accuses students of cheating on the homework and threatens to send them to the honor board for mislabeling variables and not showing their work for simple calculations such as addition, subtraction, and multiplication.
- Expects students to complete a project with little to no explanation on how to properly perform procedures pertaining to the project.
- Does not provide explanations on graded homework.
- Not providing a positive learning environment.
- 

As Mississippi State University students, we desire to be a part of a classroom that provides the tools and encouragement to succeed within the classroom and within our future careers. Also, we would like to keep our concerns confidential to prevent any retaliation from Dr.Zhang. Thank you for taking the time to listen to our concerns.

Sincerely,



**MSU000763**

█████ W████ (████████)

D███ B█████ (██████)

D██████ B████ (███████)

E███ E███ (██████)

E███ S██████ (███████)

H█████ K█ (███████)

██ D█████ (███████)

J████ S███ (███████)

K████ C██████ (████████)

N█████ R████ (██████)

N██ K█ (███████)

S████ P███ (██████)

T███ S██████ (█████)

T██ H█████ (██████)

Y████ Y████ (███████)

3

**MSU000764**

Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Shaw, David
**Sent:** Tuesday, March 1, 2022 8:06 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Summary of Meeting with CE Students re: Dr. Li Zhang

Jason

Can Dr Zhang effectively teach the course, with all of this, or is a change required? We would appreciate your assessment of what needs to be done given what Robert reports below.

David

Sent from my iPhone

> On Mar 1, 2022, at 8:01 AM, Keith, Jason <keith@bagley.msstate.edu> wrote:
>
> FYI - there appear to be serious issues at hand here. Please advise on a course of action but I do feel that we need to give him a written reprimand placed in his personnel file. This is based primarily upon the laboratory portion but I also do feel that he's not doing an adequate job helping his students.
>
> Regards,
> Jason
>
> Jason M. Keith
> Dean and Professor
> Bagley College of Engineering
> Mississippi State University
>
>> On Mar 1, 2022, at 7:53 AM, Green, Robert <green@bagley.msstate.edu> wrote:
>>
>> Jason,

**MSU010181**

I am including below a summary of the meeting Isaac and I had with four students on Li Zhang's CE 4143 class last Friday. As you can see, the concerns are many and the students are of the opinion that his actual method and style and teaching has not changed from last semester, but they sense that his attitude is worse. Of course the main issue is his continued requirement of students to complete a project outside of class. Not only is this a lecture class with no laboratory component, there are safety concerns with conducting this work due to lack of review of safety information. As we have discussed, the project itself can be accomplished by providing students with a data set for analysis. If a learning objective is to be familiar with the equipment, that could be done through a classroom demonstartion.

Since our meeting on Friday, you have received email from another student which conveys the information we heard on our meeting.

Both Isaac and I have reviewed the notes we took and included what we remembered.

Robert

On Friday, 25 February 2022, Dr. Isaac Howard and Dr. Robert Green met with four Civil Engineering students regarding concerns in CE 4143 taught by Dr. Li Zhang. The four students were ███████████ ███████████ ███████████ and ██████ ████████ These students requested anonymity for fear of possible retaliation by Dr. Zhang if he learned of their complaint.

These four students were among the twenty-three who singed the email from ██████ ████████ to Isaac Howard on Tuesday, February 23, 2022 at 3:32 PM with the subject "CE 4143 Concerns". Dr. Howard shared he email with Dr. Jason Keith who in turned shared it with Dr. David Shaw, Dr. Kari Babski Reeves,, Dr. Robert Green, Ms. Leslie Corey, and Ms. Joan Lucas. Dr. Keith asked that Dr. Howard set-up a meeting with some of the students and someone from the Dean's Office to discuss this matter.

In the meeting, the students expressed the following concerns:
- They are displeased with the lack of adequate support from Dr. Zhang with the class assignments, homework help, and projects.
- The Canvas course page is disorganized and difficult to understand.
  - Homework solutions provided are often incomplete and missing steps needed to understand the solution.
  - The grade book function is only used to record grades in the class (not actually compute final grades) but the assigned point values are confusing and Dr. Zhang said he did not know how to fix it.
- Lack of clarity on grades being given.
  - One student noted he had received a 9 out of 0 points. He was not told how many points the assignment was worth making it impossible for him to understand how he was doing in the class.
  - One group was given a grade of 2 out of 5 on their Excel spreadsheet for the Traffic Study Project (discussed below). They were given no information on what was expected to be included in the spreadsheet which made it difficult to complete. When the graded spreadsheet was returned to them on Wednesday, 23 February, they asked why they received such a low grade and Dr. Zhang told them they had not included a list of equipment needed to complete the project. It was only on that day that Dr. Zhang took

MSU010182

them to the lab and showed them the equipment that would be needed for the project.

- One student submitted an assignment and was originally given a grade of 0. The grade was then changed to 60 with no explanation given.
- One student noted that they were one of two students who misread an assignment that required the homework be handwritten and submitted. They typed their assignments and were then accused of academic misconduct (the threat of such, no actual action was taken) even though the actual work on the assignments was different, included numbers.
- Another student was accused of academic misconduct (the threat of such, no actual action was taken) because a variable name written in the homework differed from that given in the textbook. Specifically, the student had added a subscript to the variable whereas the textbook did not have the subscript.

- The students reported they feel bullied in the classroom and when they go to Dr. Zhang for help outside of class. The bullying has led some of them to not seek outside help from Dr. Zhang.
  - Dr. Zhang has threatened to file academic misconduct changes on them multiple times.
  - On one assignment, Dr. Zhang accused multiple students of collaborating on an assignment. He told them that if they acknowledged collaboration, and signed a statement attesting to that fact, he would not file an academic misconduct charge against them. One student admitted to signing the document admitting to collaboration although they did not collaborate with anyone. They signed the document out of fear of what Dr. Zhang might do.
- The students reported that Dr. Zhang's teaching style, and lack of organization observed last semester were unchanged this semester. However, they said his attitude seems worse, and he appears to be angry and not willing to work with the students on issues and concerns.
- The students also noted that workload, especially homework, for Dr. Zhang's class is approximately two to three times greater than is required in their other Civil Engineering courses
- One of the major concerns expressed by the students was the Traffic Study Project. This project was originally due on Friday, 25 February 2022 but Dr. Zhang extended the due date, but the students did not know when that date was. Other issues include:
  - Lack of adequate information on how to complete the project.
  - The project was supposed to involved collecting data at 10-11 intersections on campus requiring roughly nine hours of work outside of the lecture just to set-up the equipment and record the data. Note that this is a lecture class with no approved laboratory component.
  - The syllabus states the project will count as 20% of the final grade, but Dr. Zhang told the class that if they did not pass this project, they would not pass the class.
  - One student who took the class last year and is having to repeat it this year, noted that last year this project required coordination with the MSU Police Department that resulted in blocking traffic for some three hours. The student reported the Police were becoming frustrated because of the lack of knowledge and leadership from the assigned Teaching Assistant.
  - There has been little communication on how to complete the project.
  - There has been no discussion of safety measures required during this project. That includes no information on blocking traffic, having someone direct traffic, and no safety equipment (safety vest, traffic cones, etc.) has been provided.
  - On Wednesday 23 February, Dr. Zhang took the students through the lab and pointed out the equipment they would need to use for

MSU010183

the project. He noted that some of the equipment did not work, but he didn't what it was, and that they would have to hook it up to the computer and use the computer to determine if it worked or not. No instructions on how to hook the equipment to the computer or use the software was provided.

During the meeting, all students were polite and professional. Their concern for wanting a better atmosphere in the classroom was apparent. The expressed concern that they were not being taught the information they needed to know. Dr. Zhang's attitude is discouraged them from seeking additional help from him. His threats of reporting them to the Honor Council are intimidating even though they claim to not be cheating.

Drs. Howard and Green reassured the students that their concerns were heard and we wanted them to know they could continue to let us know their feelings, because several had apologized for taking up our time. We also apologized to them for their experience and noted that it was not the type of experience we wanted for our students.

We asked why the email was signed by only twenty three students, approximately half the class, and not the other half. They said they had not asked everyone to sign on to the email thinking they were enough to indicate a problem. They stated that one student who had been asked to sign on to the email refused because he did not agree with the statement about the homework (but seemingly did agree with the other statements). They also noted some students were afraid of retaliation by Dr. Zhang and others did not think it would do any good to complain.

We advised the students to continue to do their best in the class and to continue to ask Dr. Zhang for help and explanations as needed. In terms of the project, we told them that they were not expected to put themselves at risk of injury for this or any class at MSU. The decision to participate in the project was one they needed to make individually.

Robert A. Green, Ph.D., PE, F.NSPE
Assistant Dean
James Worth Bagley College of Engineering

MSU010184

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Friday, April 29, 2022 5:24 AM
**To:** ▓▓▓▓▓▓▓▓ [▓▓▓@msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: CE 4143 Traffic Engineering Experience

Thank you ▓▓▓ for sharing this helpful information. I appreciate it. I hope you will be able to join our in person meeting in McCain room 120, from 1-2pm, on Reading Day (Wednesday, May 4th).

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** ▓▓▓▓▓▓▓▓ <▓▓▓@msstate.edu>
**Sent:** Thursday, April 28, 2022 7:49 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: CE 4143 Traffic Engineering Experience

Dr. Keith:

I apologize for sending that email before listing the negatives and signing it. I am writing it on my phone on my meal break at lunch.

I'll list the negatives now:

1. The project he assigned was an unreasonable workload, especially for a class that is an elective. I'm sure you know by know, but we had to go out of class to count traffic around the university for a minimum of 2 hours each. Along with counting traffic outside of class we had to use the software he developed with minimal instruction on how to actually use it. He did provide videos, however it would have been more beneficial had he gone over the software for more than one class.

2. The homework that was assigned took on average 10 hours to complete. In addition when we asked if he would reduce the workload he said, "I'll reduce the number of problems when the textbook has less problems in it."

3. In the previous 2 class periods Dr. Zhang has "covered" approximately 7 chapters in the book. His reasoning behind this is that it should've been covered in CE 3113 Transportation Engineering. He provided minimal review of information from CE 3113.

4. Through the semester he has frequently talked to the class about how this same situation was handled last semester in CE 3113. I took Dr. Lynn for Transportation Engineering so all the time wasted talking about last semester was irrelevant to my learning experience.

MSU231376

5. Dr. Zhang had constant major grammatical errors in his exams and emails. This made it difficult to understand what exactly he was asking for during exams, and we would have to ask for clarification if we couldn't decipher what he meant.

6. There was just a general lack of consistency in the class. While it was nice having due dates pushed because of the workload, it led to no one knowing when assignments were actually due. In addition on his syllabus he said homework should be hand written. This was a non issue until later in the semester when he wanted certain things to be done electronically and turned into Canvas.

While there are more negatives, I don't have the time to write them all out at this moment.

I apologize for sending the first email before it was finished. I would again like to thank everyone that is taking this matter seriously. All I want at this point is to graduate, I've held a 3.5 GPA throughout my college career, and this is really the only issue I have had with any professor.

Unfortunately, I will not be able to attend the meeting on May 4th as I will be taking the FE exam and won't get done until 2:00.

Thank you,

█████████

**From:** ████████████
**Sent:** Thursday, April 28, 2022 7:16:40 PM
**To:** Keith, Jason <[keith@bagley.msstate.edu](keith@bagley.msstate.edu)>
**Subject:** CE 4143 Traffic Engineering Experience

Good evening Dr. Keith:

First, I would like to thank you, the department, and the college for taking the time to address our concerns.

While there have been some positive experiences with Dr. Zhang, I can honestly say that he has been the most problematic professor I have had throughout my time here at Mississippi State.

I'll start with the few positives of having Dr. Zhang as a professor:

1. For the most part, he made himself available to address any questions we had about the class, even outside of his office hours.

2. He was also willing to adjust due dates if we asked him.

3. When assigning homework, he would occasionally list textbook examples that could be used to help solve the problems.

Unfortunately, those are the only positives that I have found from having Dr. Zhang. As for the negatives there are far more, and they arguably outweigh any of the above positives.

**MSU231377**

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Friday, April 29, 2022 5:27 AM
**To:** ████████ [█████@msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: CE 4143 Files

Good morning ██████ – I just downloaded and opened up your zip file, but it was empty. Can you check it and follow up with me?

I also hope you will be able to join our in person meeting in McCain room 120, from 1-2pm, on Reading Day (Wednesday, May 4th).

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, April 28, 2022 5:53 PM
**To:** ████████ <█████@msstate.edu>
**Subject:** Re: CE 4143 Files

Thanks! I'll have to review this later. I hope to see you in the meeting next week.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Apr 28, 2022, at 5:41 PM, ████████ <█████@msstate.edu> wrote:

Dr. Keith,

MSU231378

I have shared a ZIP file link containing everything I have documented from Dr. Zhang's class so far. It should be on the OneDrive platform. Let me know if you have trouble accessing it.

Dr. Zhang Problems.zip

There are some files that show his bad handwriting with poor explanation. There is a file that contains notes from when I wrote down things That Dr. Zhang has said in class as well. Also, there are some recorded video lectures, which were train wrecks. There is also some new information that we can discuss on Wednesday.

Thanks for listening,

MSU231379

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Friday, April 29, ▇▇▇ 5:29 AM
**To:** ▇▇▇▇▇▇▇▇▇ [▇▇▇▇@msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: URGENT CE 4143 CONFIDENTIAL

Ok – if you cannot attend but have other concerns, I can arrange for someone on our leadership team to meet individually with you. You can always email us as well.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** ▇▇▇▇▇▇▇▇▇ <▇▇▇▇@msstate.edu>
**Sent:** Thursday, April 28, 2022 4:41 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: URGENT CE 4143 CONFIDENTIAL

Thank you for taking the time to read my email. I will have to see if I can get off work to attend the meeting but I hope I can be there.

Thank you again

Get Outlook for iOS

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, April 28, 2022 4:29:09 PM
**To:** ▇▇▇▇▇▇▇▇▇ <▇▇▇▇@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: URGENT CE 4143 CONFIDENTIAL

Thank you ▇▇▇▇ for sharing this helpful information. I appreciate it. I hope you will be able to join our in person meeting in McCain room 120, from 1-2pm, on Reading Day (Wednesday, May 4th).

Regards,
Jason

MSU231380

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** ██████████ <█████@msstate.edu>
**Sent:** Thursday, April 28, 2022 3:53 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: URGENT CE 4143 CONFIDENTIAL

Mr. Keith,

My name is ████████████. I have several concerns regarding the class CE 4143. To begin each time we turn in homework, the instructor calls us directly into his office to ask us how we got each answer and equation. Problem with that his you can't understand what he says or writes during lecture. So, he accuses us of cheating on the homework even if we got formulas out of the book. Not to mention that the sample solutions to homework are often worked wrong. Now the project assigned for the semester is confusing. He wanted us to take counts outside the class hours. I spent 6 hours outside of class time for one week to count cars at an intersection. 6 hours is a lot of time to do for something when I am a student and have a job because I must pay my own rent. I also was not sure what he wanted us to do with that data to form a report. Most everyone failed the report. Most everyone fails the test. I hope my concerns are clear. I'll be interested to hear back from you.

Thank you.

Get Outlook for iOS

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, April 28, 2022 3:22:25 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** URGENT CE 4143 CONFIDENTIAL

Good afternoon –

My name is Jason Keith and I am the Dean of the Bagley College of Engineering. I have been working with Dr. Isaac Howard, Interim Department Head, Dr. Kari Babski-Reeves, Associate Dean of Engineering, and Dr. Robert Green, Assistant Dean of Engineering on several issues related to CE 4143 Transportation Engineering taught by Dr. Li Zhang. As Dr. Howard has told many of you, we have been looking into this situation and trying to determine a path forward.

I am only aware of some of the concerns and would like to document them. <u>Please email me directly regarding any positive or negative experiences in this course.</u> This will allow us to take further action. I would only reveal your names to my leadership team and my vice president's office.

**MSU231381**

I would like to meet with and discuss your concerns about this class in more detail. <u>I have reserved McCain room 120, from 1-2pm, on Reading Day (Wednesday, May 4th).</u>

Thank you for your attention to this matter.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU231382**