# EXHIBIT 33

Mississippi State, MS 39762

662-325-3742

david.shaw@msstate.edu

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, January 19, 2022 11:28 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CE4143 Project equipment and setup

To give some background on this, CE 4143 is coded with 3 hours lecture, 0 hours laboratory. So I agree with Isaac that there shouldn't be a required lab as part of the course. If Li wanted to, he could propose a revision to the course to be approved by the department, college, and university curriculum committees.

It is our understanding that the 'project' requires students to collect data from around town using traffic instruments. This presents a liability to the students that they could get hit by a car, and since this course has no lab, it would put the university in jeopardy.

Li has also done this work with paid undergraduate and graduate students, and since they are employees, there is protection and insurance.

It would be very appropriate in CE4143 if Li were to record a video on how to set up an experiment, collect data, and give some data sets to the students to analyze.

David and Leslie, On an unrelated note, Kari, Isaac, Robert, and I met with a student who had an F in CE3113 (even after the grade adjustments). He found 2 missing assignments and we will be working on changing this grade. We probably should let Li know about this, but I don't want to open a can of worms. Let us know your thoughts.

Regards,

Jason

Jason M. Keith

MSU000719

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

Mississippi State University

_____

**From:** Zhang, Li
**Sent:** Wednesday, January 19, 2022 10:14 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: CE4143 Project equipment and setup

Dr. Howard,

If you charge $348 to the van key, which I did not lose. That is your incredible decision. If you really want to do, please refund me the purchase price of the Ford Van which is purchased from my research fund. Everyone in the department, including you and your students, has used them.

For CE 4143, as a lecture, the students are required to complete the project, as part of project data collection, they are required to use the equipment. Your complete ignorance and the narrow-minded decision will bring disaster to CEE.

<< OLE Object: Picture (Device Independent Bitmap) >>

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, January 19, 2022 9:57 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Green, Robert <green@bagley.msstate.edu>;

MSU000720

Reeves, Kari <kari@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>;
Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: CE4143 Project equipment and setup


Dr. Zhang,

CE 4143 is a lecture course, not a laboratory course.  Assignments where students do
experiments outside of scheduled class time does not align with expectations in a lecture
course. There is no reason to spend $20k on equipment for laboratory materials for a lecture
course.

Regarding the record enrollment you mention for CE 4143 (41 students), other CE 4xxx
courses this semester such as foundations (75 enrolled), water and waste (66 enrolled), and
concrete structures (65 enrolled) have considerably higher enrollments and they are teaching
traditional lecture courses as it expected from a non-laboratory course code.

Over the past day or so, you have also asked for $1,200 in software and a $250 book for this
course.  Your student lost CEE's van key recently, a digital key that cost $348. I am agreeable
to CEE covering the $1,200 software and $250 book – the $348 van key can be charged to
your discretionary account.

Regards,

Isaac


_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, January 18, 2022 7:51 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** CE4143 Project equipment and setup


Dr. Keith and Dr. Howard,

I am making appear to help furniture and equipment

As we discussed before, I will need one table for each student group. I will need 7 tables per
today's enrollment. Those tables are needed from February 23 until the end of class (May 3).
In last few months, we are talking about moving tables from the lab in the walker to the new
building.

Yes, you have complained about giving that information too late. However, remember, when

**MSU000721**

you told me about $200k investment from COE becoming "zero"? and we were also told didn't need to worry about furniture and new furniture was waiting for us.

I don't mind having used, new, or temporary assign other rooms with tables, your help will be greatly appreciated.

For equipment, I have detectors that barely cover 3-4 groups of students. With a record number of students enrolling in the CE4143 class, at least 15 additional detectors will be needed. I think $20k should be sufficient.

<< OLE Object: Picture (Device Independent Bitmap) >>

**MSU000722**

## Howard, Isaac

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Thursday, March 10, 2022 8:17 AM |
| **To:** | Keith, Jason; Howard, Isaac |
| **Subject:** | RE: Transportation Lab/furniture |

Dr. Keith and Dr. Howard,

Most of my time slots in the week of 21 are allocated to advising. I filled them in a form to Seamus. I will let you know when he sends me the schedule.

For the project, it is my duty and professional responsibility to make sure students can reach the objectives of the course. No more, no less.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 10, 2022 12:33 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture

Li – thanks for this information about the CE4143 project. I'd like to schedule a meeting with you to discuss this and other aspects of your course. I am traveling the next two weeks, so please let me know your availability the week of 3/21.

1

**MSU000777**

Unfortunately, as Isaac has noted earlier in emails that CE4143 does not have a laboratory component. Therefore, you cannot do the project as is. Students cannot be performing traffic studies due to safety and liability issues.

- I would like to recommend that you pause the project, and simplify it for spring 2022.
- Perform a class demonstration of how to actually collect data.
- Give them some data that you obtained in prior studies and ask them to analyze it.

Thank you – I will follow up about your software request for this class in a separate email.


Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____

**From:** Zhang, Li
**Sent:** Friday, March 4, 2022 10:30 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Dr. Keith, I attached my project assignment.  << File: CE 4143 Traffic Engineering Project Traffic Studies.docx >>

 << OLE Object: Picture (Device Independent Bitmap) >>


_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 3, 2022 10:34 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Li - Can you please describe what the CE 4143 course project is?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

2

**MSU000778**

_____

**From:** Zhang, Li
**Sent:** Thursday, March 3, 2022 9:53 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Yes, thanks for your reply.

Li

<< OLE Object: Picture (Device Independent Bitmap) >>


_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 3, 2022 7:45 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Li – what is the CE 4143 course project?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____

**From:** Zhang, Li
**Sent:** Wednesday, March 2, 2022 9:42 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Transportation Lab/furniture


Dr. Howard,

I have waited for Dr. Keith's words about moving furniture from Walker and it looks like that would not happen.

As the classes go on, I will need to clean up the space for CE 4143 course project. Here are what I need:

Cabinets and bookshelves to place items in the boxes. Few more tables to place controllers and computers. Some power cables to connect power outlets to the tables.

MSU000779

If there is a funding issue, There is an alternative do-it-yourself and cheap option. I can work with student workers to buy wood boards from Lowes to build the furniture needed. Once you decide on a furniture option or do-it-yourself option, I can work with Joe to give you an estimation.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

4

MSU000780

Attachment 2022_Z07

## Zhang, Li

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Friday, April 8, 2022 8:57 PM |
| **To:** | Shaw, David; Keith, Jason; Howard, Isaac |
| **Subject:** | RE: Complains, Couse Project and Meeting |

Dr. Shaw and Dr. Keith,

Thank you so much for your time in this matter. I would like to make an appointment with three of you to explain what is traffic counts, or traffic data collection in a broader term. In my view, traffic count is different from an experiment, which is defined in Oxford Language Dictionary as "e$wgnirxцщg$tvsgihyvi$yrhivsso$s$ eoi$e$hцщgsziv}$kiwx$e$ l}tsxliцw$sv$hiq srwxvexi$e$prs{ r$jegx2"

Dictionary

Definitions from Oxford Languages · Learn more

Search for a word 🔍

## ex·per·i·ment

🔊 *noun*
/ikˈsperəmənt/

a scientific procedure undertaken to make a discovery, test a hypothesis, or demonstrate a known fact.
"I have tested this by experiment"

Similar: test   investigation   trial   inquiry   demonstration   examination ⌄

🔊 *verb*
/ikˈsperəmənt/

perform a scientific procedure, especially in a laboratory, to determine something.
"she **experimented on** chickens as well as mice"

Similar: conduct experiments   carry out trials/tests   conduct research   test   trial ⌄

It is ok for us to have a disagreement to classify traffic counts as an experiment or not. Traffic counts are widely conducted in transportation engineering and/or traffic engineering course worldwide. I would expect support from Provost Shaw, Dean Keith, and Interim Director Howard to support traffic counts to be conducted by students, as part of transportation engineering and/or traffic engineering class. If needed, we can have a debate/survey with other universities, Deep South Institute of Transporation Engineers (DSITE, Louisiana and Mississippi), and South District of Institute of Transportation Engineers (9 SITE states).  There will be two annual meetings with DSITE and SITE meetings in Starkville the next year. I would expect their strong support for transportation education. MSU can sponsor a lunch and have a survey/debate about traffic counts. I will follow the outcomes of the debates/surveys and make necessary changes in the future, to include, or not include traffic counts in a future class.

For the project itself, I asked students after I assigned students, they also thought it was an interesting and good project, which directly tied with their daily driving. For traffic counts, I don't recall a written complaint to me about doing traffic

1

**MSU012909**

counts. I have graded the traffic data study report yesterday and only 2 out of 39 students would like to discuss their reports with me. I believe it is too late to make any changes to the course syllabus at this point.

In any case, I am keeping my mind open and would like to have an appointment with the three of you, if we don't agree on this email.

BTW, I would appreciate it if Dr. Keith and Dr. Howard allocates funding to buy bookshelves, cabinets, tables, projectors, etc, to restore the transportation lab at least to the same level as we have in Walker. Although Dr. Keith and Dr. Howard told me no funding to do that. Now all boxes have to be pilled up on the floor. I also suggested alternatives to move everything from the Walker transportation lab to the new lab, if COE/CEE does not have a few thousand dollars. I believe Dr. Keith supported the furniture move sometime last year.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Wednesday, April 6, 2022 1:36 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Complains, Couse Project and Meeting

Dean Keith is correct in his interpretation of this being the university's policy. Significant deviations without approval from the UCCC would be considered a violation of our accreditation.

David R. Shaw
Provost and Executive Vice President

MSU012910

Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, April 5, 2022 4:21 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Complains, Couse Project and Meeting


Thanks for the message, Li, and for keeping an open mind about how to best deliver the transportation class. Under Dr. Shaw's leadership we are pursuing methods to enhance student success and I appreciate your willingness to support our students.

When we met last week, we talked about how you have students collecting experimental data in a lecture only delivery mode. I told you the following in italics below, but you have told me this is not an official MSU policy.

*Regarding your question about policies, the best thing I am aware of is page 19 of the pdf UCCC policies (listed as page 9 since there are some pages before page 1) which detail the methods of instruction:*
*https://www.uccc.msstate.edu/sites/www.uccc.msstate.edu/files/2021-08/2021-2022-UCCC-Guide.pdf*

*Your course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom.).*

This needs to be followed in CE4143. I would advise that it is acceptable to show students how to set up traffic sensors and how to use software to collect data, give the students a data set, and ask them to analyze it. It is not acceptable to ask them to perform experiments or do manual traffic counts.

Dr. Shaw, can you provide your thoughts on the UCCC guide in relevance to official MSU policy?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____
**From:** Zhang, Li
**Sent:** Monday, April 4, 2022 10:00 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Complains, Couse Project and Meeting

**MSU012911**

Dear Dr. Keith and Dr. Issac:

Thank you so much for your time in meeting with me on April 1. I understand you have to leave the meeting for another meeting before we finish our discussions. After carefully reviewing my meeting notes, here is the summary:

1. Both you and Dr. Howard's accusations of student complaints have been already been addressed, resolved, or been baseless. However, I am open my mind and would like to discuss this with you in more detail. I would like Dr. Howard and you to show me the student's original complaints in their emails or Dr. Howard's notes in the coming meeting so I can better address the complaints and/or improve the class.

2. About Dr. Keith's instructions to me give every student 20 traffic counts points. I believe I can not do that indiscriminately, per MSU policies and my commitment to my professional engineer's conduct, together with many other things. I am open my mind to meeting with you to discuss a better solution to be fair to everyone.

3. I am not convinced and not aware of any MSU policy that does not allow student traffic counts, as many professors in the US and other nations have done in their traffic/transportation engineering classes. Even though that was done by prior transportation professors at MSU, I have done that for the past 15+ years. Your insight into the policies will be greatly appreciated. Again, I keep my mind open and will like to have a follow-up meeting with you.

My schedule is open for next Tuesday (4/19), Thursday (4/21), and Friday (4/22).

Thank your time!

<< OLE Object: Picture (Device Independent Bitmap) >>

4

**MSU012912**