# EXHIBIT 34

CE 4143 - Attachment 2

| | |
|---|---|
| **From:** | Howard, Isaac |
| **To:** | Zhang, Li; Keith, Jason |
| **Cc:** | Shaw, David; Reeves, Kari; Green, Robert; Lucas, Joan; Corey, Leslie |
| **Subject:** | RE: CE 4143 COURSE UPDATE & ACTION |
| **Date:** | Wednesday, May 4, 2022 6:38:00 PM |
| **Attachments:** | image002.png |

Dr. Zhang, I am fully supportive of the decision to remove you as instructor of record from CE 4143 for the remainder of the Spring 2022 semester.

Regards,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, May 4, 2022 9:48 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Dr. Keith and Dr. Howard,

I spent a sleepless night last night, and thinking about your decision. I have many questions. First of all, I would like to know if this was Dr. Howard's decision. If it is not, Dr. Howard would have to address me, do HGoward support your decision or not. Basically, Dr. Keith is not my direct chain of command. I would expect Dr. Howard to protect me first.

Thanks


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**MSU012412**

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 3, 2022 3:05 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Li – the answer is no – this course is very unorganized and we need this information by the deadline given.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 3, 2022 8:55 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Dr. Keith,
Can I request to extend the time and send everything to you that you have requested by COB this Friday?

Thanks

MSU012413

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 3, 2022 5:17 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** CE 4143 COURSE UPDATE & ACTION

Dr. Zhang,

As you know, the university had to take action regarding your CE 3113 course in fall 2021. It was our sincere hope that you would use that feedback to improve the teaching in CE4143. Unfortunately, it appears to have had the opposite effect. Over the past week, my office has received more complaints than before from students in your class who are almost all sharing the same concerns. Accordingly, and effective immediately, you are removed as instructor of record from CE 4143 for the remainder of the Spring 2022 semester.

The complaints received recently, which have intensified over the course of the semester include, but are not limited to, poor communication with students and the class as a whole about assignments, unfair/unreasonable classroom practices and expectations, threats of honor code reporting and telling students they can be punished for bribery, and scheduling additional required assignments at the last minute. Furthermore, you were instructed by the Bagley College of Engineering Deans' office and the Provost Office to modify your course project, but it appears that this order was ignored.

The following items are needed from you no later than 48 hours after receiving this email. Please

**MSU012414**

provide these to Dr. Jason Keith.

1. A copy of any paper or electronic grade books you have that are not in canvas
2. A review of the CANVAS course for any missing course documentation
3. Update any missing grades in CANVAS
4. For any assignments not due or graded, provide a status update.  For example, provide the title and a copy of the assignment, assignment date, due date, and grade keys.

At the conclusion of the semester, I would like to arrange a meeting including you, Dr. Shaw, and myself to discuss this course and your actions towards students and administration.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU012415**