# EXHIBIT 35

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, April 5, 2022 6:08 PM
**To:** ███████████ [███████msstate.edu]
**CC:** ████████████ [███████msstate.edu]
**Subject:** Re: CE 4143 Update

Thank you for letting me know.

Sent from my iPhone

> On Apr 5, 2022, at 1:21 PM, ████████████ <████████msstate.edu> wrote:
>
>
> Good Afternoon Dr. Howard,
>
> It is very obvious that Dr. Zhang has been spoken to by the department as of yesterdays class (4/4/2022). He basically said regardless of the departments suggestions he will not be changing the project. He also has come across threatening us in a way. For example, he told us that he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past. Also, he will not allow the department to change grades this semester so if that is what we are hoping for then he will make sure he doesn't get hacked again. He then proceeded to talk about he didn't understand why we didn't like him, but it was obvious. Additionally, he stated again he would not be changing anything. This is just a brief description of the 30 minute lecture we received about the issue being anything other than himself. Also, I have CC'd someone on this email that can authenticate what happened in class. I am sure the other 21 people besides us two can authenticate the story as well. I just felt the need to let the department know that this speech he gave sounded very much like a threat, which is very uncomfortable. Thank you for your time.
>
> Kind Regards,
>
> ████████████
> ██████
>
> Sent from Mail for Windows

MSU010265