# EXHIBIT 36

# Employment Contract
## Board of Trustees of State Institutions of Higher Learning

**This Employment Contract** is made and entered into by and between The Board of Trustees of State

Institutions of Higher Learning of the State of Mississippi, hereinafter called **the Board**, and

Li Zhang, hereinafter called **the Employee**.

**The Employee** is hereby employed as,

**Associate Professor,**

at **Mississippi State University**, herein called **the University**,

for the period beginning **August 16, 2020** and ending **May 15, 2021,**

at and for the sum of **$98,637.00** annually, payable in semi-monthly installments.

This employment contract is subject to the following terms and conditions:

1. The laws of the State of Mississippi.
2. **The Board** reserves the right to increase or decrease said monthly salary at any time during the life of this contract. Any decrease shall be made only when and if necessary to keep expenditures of **the University** within that part of the legislative appropriation allotted to **the University** for the period covered by this contract and shall be effective only from and after the date of the passage of an order by **the Board**.
3. **The Board** shall have the authority to terminate this contract at any time for the following:
   a. Financial exigencies as declared by **the Board;**
   b. Termination or reductions of programs, academic or administrative units as approved by **the Board;**
   c. Malfeasance, inefficiency or contumacious conduct;
   d. For cause.
4. In the event **the Employee** abrogates this contract for his/her convenience, **the Board** shall then fix the time and conditions of termination.
5. Special Provisions:
*This contract will be automatically terminated if you are not authorized to work in the United States.*

In witness whereof, the parties hereto have executed this Employment Contract.

Li Zhang
Digitally signed by
Li Zhang
Date: 2020.10.26
12:28:55 -05'00'
_____      10/26/2020          _____      _____
(Employee Signature)                          Date                        (For the Board)                          Date

904138878 / AEN                          Civil and Environmental Engineering                          LI 000194

# Employment Contract
## Board of Trustees of State Institutions of Higher Learning

**This Employment Contract** is made and entered into by and between The Board of Trustees of State

Institutions of Higher Learning of the State of Mississippi, hereinafter called **the Board**, and

Li Zhang, hereinafter called **the Employee**.

**The Employee** is hereby employed as,

**Professor**,

at **Mississippi State University**, herein called **the University**,

for the period beginning **August 16, 2021** and ending **May 15, 2022**,

at and for the sum of  **$111,190.00** annually, payable in semi-monthly installments.

This employment contract is subject to the following terms and conditions:

1.  The laws of the State of Mississippi.
2.  **The Board** reserves the right to increase or decrease said monthly salary at any time during the life of this contract.  Any decrease shall be made only when and if necessary to keep expenditures of **the University** within that part of the legislative appropriation allotted to **the University** for the period covered by this contract and shall be effective only from and after the date of the passage of an order by **the Board**.
3.  **The Board** shall have the authority to terminate this contract at any time for the following:
    a.  Financial exigencies as declared b**y the Board;**
    b.  Termination or reductions of programs, academic or administrative units as approved by **the Board;**
    c.  Malfeasance, inefficiency or contumacious conduct;
    d.  For cause.
4.  In the event **the Employee** abrogates this contract for his/her convenience, **the Board** shall then fix the time and conditions of termination.
5.  Special Provisions:
*This contract will be automatically terminated if you are not authorized to work in the United States.*

In witness whereof, the parties hereto have executed this Employment Contract.

Li Zhang  Digitally signed by Li Zhang
Date: 2021.08.18 16:29:24 -05'00'

| (Employee Signature) | Date | (For the Board) | Date |

904138878 / AEN    Civil and Environmental Engineering    LI 000193
Page 1 of 1

# EMPLOYMENT CONTRACT
# MISSISSIPPI BOARD OF TRUSTEES OF STATE
# INSTITUTIONS OF HIGHER LEARNING

This **Employment Contract** is made and entered into by and between **The Mississippi Board of Trustees of State Institutions of Higher Learning**, hereinafter referred to as **the Board, Mississippi State University**, hereinafter referred to as **the University**, and **Li Zhang**, hereinafter referred to as **the Employee**. The Board is hereby using its authority to form an employee/employer relationship between the University and the Employee.

**The Employee is hereby employed as Professor, of Civil and Environmental Engineering in the Division of Academic Affairs, at the University**, for the period beginning **August 16, 2022**, and ending on **May 15, 2023**, at and for the annual sum of **$113,970.00.**

This employment contract is subject to the following terms and conditions:

1. The laws of the State of Mississippi and the policies and by-laws of the Board.

2. The Board reserves the right to increase or decrease said salary at any time during the life of this contract. Any decrease shall be made only when and if necessary to keep expenditures of the University within that part of the legislative appropriation allotted to the University for the period covered by this contract and shall be effective only from and after the date of the passage of an order by the Board.

3. The Board shall have the authority to terminate this contract at any time for the following:

   a. financial exigencies as declared by the Board.
   b. termination or reductions of programs, academic or administrative units as approved by the Board;
   c. malfeasance, inefficiency or contumacious conduct; or
   d. for other cause.

4. In the event the Employee abrogates this contract for his/her convenience, the Board shall then fix the time and conditions of termination.

5. A state court located in Oktibbeha County or a federal court located in the federal judicial district which includes Oktibbeha County, and any appellate courts therefrom, shall be the exclusive jurisdictions and venues for any action for breach of this Employment Contract or related to Employee's employment or separation of employment. Nothing in this provision shall constitute a waiver of the Board's or University's immunity from suit or from liability in federal court if applicable to the action, including, but not limited to, sovereign immunity or immunity based on the Eleventh Amendment to the Constitution of the United States.

6. To the extent the University or the University's College, Department or Unit has an employee and/or faculty handbook, the handbook(s) does not constitute a contract, nor is it incorporated by reference.

7. The terms and conditions of any supplement, addendum or other appendage to this Employment Contract are hereby incorporated by reference.

8. Special Provisions:

In witness whereof, the parties hereto have executed this **Employment Contract** on this the

_16_ day of _August_ , 20 _22_

**Li Zhang**
Digitally signed by Li Zhang
Date: 2022.07.27 22:05:24 -05'00'

(EMPLOYEE)

DN: cn=Emily Morris, o=Human Resources Management, ou=Mississippi State University, email=emorris@hrm.msstate.edu, c=US
Date: 2022.08.16 13:45:17 -05'00'
Adobe Acrobat version: 2020.005.30381

(INSTITUTIONAL EXECUTIVE OFFICER, ON BEHALF OF THE UNIVERSITY AND THE BOARD)

904138878 / AEN          Civil and Environmental Engineering          Page 1 of 1

MSU001584

# EMPLOYMENT CONTRACT
## MISSISSIPPI BOARD OF TRUSTEES OF STATE
## INSTITUTIONS OF HIGHER LEARNING

This **Employment Contract** is made and entered into by and between **The Mississippi Board of Trustees of State Institutions of Higher Learning**, hereinafter referred to as **the Board, Mississippi State University**, hereinafter referred to as **the University**, and **Li Zhang**, hereinafter referred to as **the Employee.** The Board is hereby using its authority to form an employee/employer relationship between the University and the Employee.

**The Employee** is hereby employed as **Professor**, of **Civil and Environmental Engineering in the Division of Academic Affairs**, at **the University**, for the period beginning **August 16, 2023,** and ending on **May 15, 2024**, at and for the annual sum of **$116,249.00**.

This employment contract is subject to the following terms and conditions:

1. The laws of the State of Mississippi and the policies and by-laws of **the Board.**

2. **The Board** reserves the right to increase or decrease said salary at any time during the life of this contract. Any decrease shall be made only when and if necessary to keep expenditures of **the University** within that part of the legislative appropriation allotted to **the University** for the period covered by this contract and shall be effective only from and after the date of the passage of an order by **the Board**.

3. **The Board** shall have the authority to terminate this contract at any time for the following:

   a. financial exigencies as declared by **the Board.**
   b. termination or reductions of programs, academic or administrative units as approved by **the Board**;
   c. malfeasance, inefficiency or contumacious conduct; or
   d. for other cause.

4. In the event **the Employee** abrogates this contract for his/her convenience, **the Board** shall then fix the time and conditions of termination.

5. A state court located in Oktibbeha County or a federal court located in the federal judicial district which includes Oktibbeha County, and any appellate courts therefrom, shall be the exclusive jurisdictions and venues for any action for breach of this Employment Contract or related to Employee's employment or separation of employment. Nothing in this provision shall constitute a waiver of the Board's or University's immunity from suit or from liability in federal court if applicable to the action, including, but not limited to, sovereign immunity or immunity based on the Eleventh Amendment to the Constitution of the United States.

6. To the extent **the University** or the University's College, Department or Unit has an employee and/or faculty handbook, the handbook(s) does not constitute a contract, nor is it incorporated by reference.

7. The terms and conditions of any supplement, addendum or other appendage to this Employment Contract are hereby incorporated by reference.

8. Special Provisions:

In witness whereof, the parties hereto have executed this **Employment Contract** on this the

Sixteenth day of ____August____, 20 24 .

Li Zhang
Digitally signed by Li Zhang
Date: 2023.08.04 10:31:22 -05'00'
_____
(EMPLOYEE)

DN: cn=Wanda Woods, o=Human Resources Management, ou=Mississippi State University, email=wwoods@hrm.msstate.edu, c=US
Date: 2023.08.18 11:09:37 -05'00'
Adobe Acrobat version: 2020.005.30514
_____
(INSTITUTIONAL EXECUTIVE OFFICER, ON BEHALF OF THE UNIVERSITY AND THE BOARD)

LI 000195