# EXHIBIT 37

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Thursday, January 12, 2023 5:48 PM
**To:** Dunn, Laura [ldunn@cee.msstate.edu]; CEE-Faculty [CEE-Faculty@lists.msstate.edu]
**Subject:** RE: Interested in teaching this summer?

Laura,
I would teach any, or all transportation courses in summer provided the department head, the dean, and the provost all signing on the protection of academic freedom and no administrative interference in teaching.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, Center for Preserving Equitable Accessible Transportation Systems
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** cee-faculty-request@lists.msstate.edu <cee-faculty-request@lists.msstate.edu> **On Behalf Of** Dunn, Laura
**Sent:** Monday, January 9, 2023 3:18 PM
**To:** CEE-Faculty <CEE-Faculty@lists.msstate.edu>
**Subject:** [cee-faculty] Interested in teaching this summer?

Hello CEE Faculty!

As we inch closer to our deadlines for the Summer/Fall 2023 schedule, Dr. Howard asked me to reach out to see if any of you might be interested in teaching a summer class. We are particularly interested in in-person courses, or split level courses that could be offered to both undergrads and graduate students. Please let me know.

Thanks,

**Laura Dunn**
Academic Coordinator
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
662-325-3051

**MSU207212**