# EXHIBIT 38

| | |
|---|---|
| **From:** | Howard, Isaac |
| **Sent:** | Tuesday, July 11, 2023 11:15:52 AM |
| **To:** | Zhang, Li |
| **BCC:** | Keith, Jason; Lucas, Joan; Corey, Leslie; Shaw, David |
| **Subject:** | RE: Fall assignments |

Dr. Zhang,

I am doing fine and hope you and your family are doing well.

Your fall assignment is in the areas of research and service. You have graduate students, publications, research, and overall service activities to work on this fall. We do not plan for you to teach classes this fall.

Regards,
Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, July 10, 2023 8:31 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Fall assignments


Dr. Howard,

Wish you and your family doing well in the summer.
Would you clarify my Fall assignment, particularly the teaching assignment?

Thanks


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

**MSU012221**

**From:** Howard, Isaac
**Sent:** Wednesday, September 6, 2023 9:10:32 PM
**To:** Zhang, Li
**Subject:** RE: Guidance on Research Assignment

Dr. Zhang, thank you.

I discussed this with others within MSU's administration, and this led to the following response.

For fall 2023, we decided to not assign you any courses, in the best interest of our students. For fall 2023, your effort should be about 80-85% research and 15-20% service. This may change in future semesters.

1. With autonomy, addressing disparity and cybersecurity as three of the thrust areas for MSU's research strategic plan, we encourage you to seek external funding in these themes from relevant funding agencies.
2. This is related to point 1 above.
3. Plan on at least 40-50% research for future semesters, but it may remain 80-85%.
4. If cost share is required for your proposals, we can discuss funding it from a mix of sources such as academic year time and hard funding from the department, college, and research office. Keep in mind that these latter sources are limited.
5. You are welcome to pursue collaborations both inside and outside of MSU, but please do so while adhering to ORED's requirements.

Regards,
Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, August 16, 2023 12:09 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Guidance on Research Assignment

Dr. Howard,
Thank you so much for your assignment for this semester although I prefer to have some undergraduate teaching as well. I want to get some guidance from you so I can better plan and conduct research, maximize research outcomes, and support the department and other faculty.

1. The objectives of the research, for example, just to enrich my knowledge, generate more journal papers, get as much external funding as possible, mentor junior faculty, etc.
2. Research directions or scopes: whatever I have done in the past, aligns with safety-related research as we discussed on Tuesday, including some teaching related,…
3. time frame of research, is critical too, it gives me an idea of how much of my time commitment to research. For example, I should be assigned in Spring or beyond, or just a one-time lifetime assignment for just this Fall.
4. support for the research: Should I just self-contained, any matching fund, any graduate/undergraduate researcher support from the department, any equipment support, or any other support you think I might be able to get?

**MSU235697**

5. Collaborations: should I just do the research by myself? Do you encourage me and encourage other faculty in CEE, COE, MSU, and other universities? Do you encourage me to collaborate with consulting firms too?

You see, depending on your guidance, there might be many different research directions I could take. Your guidance will be greatly appreciated.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU235698