# EXHIBIT 39

**From:** Howard, Isaac [ilhoward@cee.msstate.edu]
**Sent:** Wednesday, December 7, 2022 8:43 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]; Shaw, David [david.shaw@msstate.edu]; Jordan, Julie [julie.jordan@msstate.edu]; Vahedifard, Farshid [farshid@cee.msstate.edu]
**Subject:** RE: Li Zhang - Graduate Student Applications

Dr. Zhang, admission decisions are made on a semesterly basis.
Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, December 7, 2022 9:58 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>; Vahedifard, Farshid <farshid@cee.msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

Dr. Howard,
Thank you so much for you letting me know I am not allowed to admit distant graduate students. I am hopping to get a better picture from you. Is this one time ban or from now on, I am not allowed to have any distant students? For the later case, I will appreciate if you could do something on distant website to allow the applicants to be aware of scenario.

MSU205833

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, December 5, 2022 10:46 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>; Vahedifard, Farshid <farshid@cee.msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

Dr. Zhang, consideration has been given to the students who have been identified as potential candidates for admission. Multiple people within MSU have been involved in the process. Given the overall resources available in CEE, and the overall situation in CEE, a decision has been made not to admit ▮▮▮▮▮▮ and ▮▮▮▮▮ We feel this decision is in the best interest of CEE and its student body. I have included CEE's Graduate Coordinator (Dr. Vahedifard) on this email so he can process this decision.

Given current resources and capabilities, concern exists with admitting too many students. CEE's current capacity to add more distance PhD students overall, and in particular those with interests where capacity redundancy is not readily available, is a concern. Given the overall resources available in CEE, and the overall situation in CEE, a decision has been made not to admit ▮▮▮▮▮▮ and ▮▮▮▮▮ We feel this decision is in the best interest of CEE and its student body

Thank you,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, November 7, 2022 8:16 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert

MSU205834

<green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

Dr. Howard,

Thanks for your concerns. Yes, I would like to get your support on the admissions of those graduate students.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, Center for Preserving Equitable Accessible Transportation Systems
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, November 5, 2022 1:19 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** Li Zhang - Graduate Student Applications

Dr. Zhang,

The attached file was given to me by our graduate coordinator. My interpretation of the file shows you wanting to admit 7 graduate students for whom you would be major professor. I am writing to ask/verify if this is a responsibility you desire to take on, in particular advising two distance education PhD students. This is a large number of admissions, and to see this many students to completion of their processes with MSU is a formidable time/resources commitment and also requires meaningful resources. Is this a commitment you are willing to freely make for yourself? CEE does not have alternative faculty to advise many of these students, in particular the two PhD students.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor and Director

**MSU205835**

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Wednesday, October 18, 2023 12:12 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

Thanks, Li, for your message. Your performance in teaching, research, and service will be outlined in detail in your annual review.

I will say that the decisions made about your course load during the past few semesters was supported across the institution.

In December 2022 I was included on correspondence where you wanted to admit 7 total new graduate students, with 2 of them being distance students. Your department head informed you that two of the applicants that you wanted would not be admitted. You have not been told you cannot have new graduate students.

Speaking of your current graduate students, who are these students, and can you please send their graduate programs of study? Looking at the fall 2023 master class schedule, I only see that you have 2 students in CE 9000 (both online). This was 1 online student total in spring 2023.

Dr. Howard, myself, and Dr. Shaw did approve you to teach CE 8133 Traffic Flow Theory with 2 students in spring 2022, despite the fact that a graduate class needs a minimum enrollment of 5. These students could enroll in a directed individual study (DIS) to get this information, which you have done in the past. We typically allow DIS for situations where a handful of students need pertinent information for their research. If the students have already met the course requirements for their degree, I suggest you have frequent group meetings with them and provide them the content that they need.

We will likely follow up with some explicit steps that you should employ to be more successful in research grant writing and in establishing internal and external research collaborations.


Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, October 9, 2023 3:26 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

**MSU236208**

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Monday, November 20, 2023 5:11 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Graduate student path to graduation

Li,

For item 1, I suggest you do a small DIS for these students or put them in different courses. This was noted earlier for the AI courses across BCoE.

Isaac answered you about point 2 in his email.

For point 3, I did not 'rule out' any GTA's. That's a departmental decision.

Thank you,

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, November 20, 2023 2:23 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Graduate student path to graduation

Dr. Keith,
Thanks for your response.

I am still confused about what I am allowed to do and what is not allowed. So there are several scenarios:

1. For the distant students, what is the pathway to get them to graduate? Since I am not allowed to have graduate courses. Currently, if I was wrong on the courses.

   Spring 2024 CE8143     Traffic Management

   Fall 2024 CE8163     Public Transit

**MSU220735**

AI applications:

2. For future graduate students:

   Am I allowed to admit any new Ph.D. Student? For Distance and Starkville campus alike.

   Am I allowed to admit any new MS Student? For Distance and Starkville campus alike.

3. I think you ruled out to have any TA to get me started with a new Ph.D. student. If I read your email below right.


Thanks

Li


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 17, 2023 4:28 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>

MSU220736

**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Graduate student path to graduation

Li, I wanted to address your comment about the FHWA proposal. This was Dr. Jordan's quote to you. She did not deny you graduate students.

<mark>There isn't a lot of money in this to spread around over 3 years, but if you can find others interested, that is up to you.</mark>

Since there is no matching requirement, we will not support any match. As far as equipment or capabilities to support the work, that is up to you. I'm not aware of the availability of any vehicles that you mentioned.

<mark>As for grad students, that is up to your department. I would suggest that you plan to do the work without grad student support since from what you said, you don't have any students available.</mark>

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, November 16, 2023 8:23 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Fw: Graduate student path to graduation

Dr. Howard, I understood. I will need meaningful commitment from you: there is no restriction on my graduate student admission and no restriction on my research.
Even for the FHWA proposal just submitted last month, Dr. Jordan did not allow me to be a PI and have a GRA. I would appreciate it if you could remove that restriction in the future proposal; that would be great.

In the meantime, if you would support me in admitting a graduate student as CE3113 GTA, that would be great in transitioning him/her to my future grant application.

Thank you!

MSU220737

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, November 15, 2023 3:40 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Knox, Daphne <knox@bagley.msstate.edu>
**Subject:** RE: Graduate student path to graduation

Dr. Zhang, admission decisions are made on a semesterly basis. If you have students you feel should be admitted, please communicate this information to Drs. Ramirez or Magbanua at the time intervals where applications are being reviewed. Admission is only based on formally submitted applications and is not a decision that is sent to potential students from faculty by way of emails.

Regards,

Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 14, 2023 6:56 AM

MSU220738

**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Knox, Daphne <knox@bagley.msstate.edu>
**Subject:** Graduate student path to graduation

Dr. Keith and Dr. Howard,

Maybe I missed something. I have not got a clear pathway to graduate the three graduate students. From Dr. Keith's reply, I guess I would not be allowed to have an AI course in the coming semester (Fall 2024?). Also, two students' needs:

Spring 2024 CE8143    Traffic Management

Fall 2024 CE8163    Public Transit

Finally, I got confusing messages from Dr. Keith and Dr. Howard. Am I allowed to have new graduate students? Starting from the new semester, I have received emails from 10 students. I will not be able to provide any answer until I have the answer from you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

**MSU220739**

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, November 3, 2023 10:02 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Knox, Daphne <knox@bagley.msstate.edu>
**Subject:** Re: Master Class Schedule Available: Guidelines to graduate graduate students and research

Dr. Keith and Dr. Howard

Thanks for your time in listing the courses. Of course, CS courses are the best. It will be hard for my students to take CS courses until they can pass the CS programming course. ISE course will be a better option. It still requires a programming course.

What I will do is embed some programming content and exercises in the courses I will be teaching. Plus, AI approaches to working on real traffic data.

Please let me know if you have any questions before you decide to allow me to open the classes or not. Please also let me know if you will be able to open the other two courses: 8143 and 8163. Finally, am I going to be allowed to have any new graduate students?

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

MSU220740

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, November 2, 2023 10:30 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Knox, Daphne <knox@bagley.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

Li, thanks for forwarding these programs of study. If needed, Kari, Daphne and I are glad to help make sure your students are on track to complete their coursework requirements for their degree.

I wanted to alert you to several courses already in existence related to artificial intelligence and machine learning that your current or future graduate students might be interested in taking.

*CSE 6633 Artificial Intelligence: 3 hours.*

(Prerequisite:Grade of C or better in CSE 2383 and CSE 2813) Three hours lecture. Study of the computer in context with human thought processes. Heuristic programming;search programming; search strategies; knowledge representation; natural language understanding; perception; learning

*CSE 6683 Machine Learning and Soft Computing: 3 hours.*

**MSU220741**

(Prerequisite: <u>IE 4613</u> Engineering Statistics I or <u>MA 4543</u> Intro Math Stat I or <u>MA 4523</u> Intro to Probability or equivalent). An introduction to the field of machine learning and soft computing. Covers rule based expert systems, fuzzy expert systems, artificial neural networks, evolutionary computation, and hybrid systems

### *CSE 6693 Introduction to Machine Learning: 3 hours.*

(Prerequisites: <u>CSE 1284</u> with a C or better, and <u>IE 4613</u> Eng Statistics I, <u>MA 4543</u> Intro to Math Stat I, or <u>MA 4523</u> Intro to Probability). Provides an overview of the most important machine learning and data mining methods, and how to apply to large data sets

### *IE 6683 Machine Learning with Industrial Engineering Applications: 3 hours.*

(Prerequisite: <u>IE 4613</u>/6613: Engineering Statistics I or equivalent; an approved computer programing elective course). Three hours lecture. An introduction to machine learning model design and development for use in IE applications. The topics will include the foundation of Python computational tools, regression, classification, and unsupervised learning

Regards,

Jason

Jason M. Keith

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

Mississippi State University

---

**From:** Zhang, Li <<u>lzhang@cee.msstate.edu</u>>
**Sent:** Monday, October 30, 2023 7:46 PM

MSU220742

**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

Dr. Keith and Dr. Howard,

We are working on ███'s modified plan of study, I am expecting she will add an AI course I mentioned.

I would appreciate you and Dr. Howard would clarify future graduate students' recruitment. Am I allowed to have a new graduate student? Or are there any limitations on what type of graduate student?

Thank you

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

**MSU220743**

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Zhang, Li
**Sent:** Thursday, October 19, 2023 12:53 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

Dr. Keith,

Thank you so much for your open mind that I can still have new graduate students. Here are the events that make me believe I have been stripped out of new students:

1. Dr. Howard's denying of two student's admission under my advise
2. Dr. Jordan does not allow me to have graduate students in the BAA proposal submitted this month. I have to rely on graduate students from UVA/PITT
3. Last month, someone came to my office saying he would restart his Ph.D. studies, but since I am not allowed to teach, he will have to choose a different professor. I guess he might get information from Dr. Howard that I would not be able to have graduate students.

Here are the courses I am planning to teach. I would appreciate if you and Dr. Howard allow me to teach a new course. I will talk to each CEE faculty to see if they would support a course to help their students use AI tools in their dissertations, and maybe some ISE professors too.

8133    Traffic Flow Theory

8143    Traffic Management

8163    Public Transit

**MSU220744**

AI       New course, Application of AI and Deep Learning In Transportation/Civil

I will send you their Plan of studies later.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, October 18, 2023 12:12 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

MSU220745

Thanks, Li, for your message. Your performance in teaching, research, and service will be outlined in detail in your annual review.

I will say that the decisions made about your course load during the past few semesters was supported across the institution.

In December 2022 I was included on correspondence where you wanted to admit 7 total new graduate students, with 2 of them being distance students. Your department head informed you that two of the applicants that you wanted would not be admitted. You have not been told you cannot have new graduate students.

Speaking of your current graduate students, who are these students, and can you please send their graduate programs of study? Looking at the fall 2023 master class schedule, I only see that you have 2 students in CE 9000 (both online). This was 1 online student total in spring 2023.

Dr. Howard, myself, and Dr. Shaw did approve you to teach CE 8133 Traffic Flow Theory with 2 students in spring 2022, despite the fact that a graduate class needs a minimum enrollment of 5. These students could enroll in a directed individual study (DIS) to get this information, which you have done in the past. We typically allow DIS for situations where a handful of students need pertinent information for their research. If the students have already met the course requirements for their degree, I suggest you have frequent group meetings with them and provide them the content that they need.

We will likely follow up with some explicit steps that you should employ to be more successful in research grant writing and in establishing internal and external research collaborations.

Regards,

Jason

MSU220746

Jason M. Keith

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, October 9, 2023 3:26 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Master Class Schedule Available: Guidelines to graduate graduate students and research

Dr. Keith and Dr. Howard,

As Dr. Howard continues to retaliate and discriminate against me by not assigning me any classes this semester and the Spring semester of 2024, I am emailing you to ask for your guidelines on how to grade graduate students. Although I have not been allowed to have a graduate student for a while and will not be allowed to have graduate students, I have three distant graduate students who need around two transportation graduate courses to familiarize them with the dissertation topics.

As Doctor Howard mentioned, I would not be able to have new graduate students, and it seems I have also not been allowed to collaborate with other MSU professors. Guidelines and suggestions for me to make a successful research proposal, conduct research (if awarded), and do collaborative research in the future will be greatly appreciated.

Thank you!

**MSU220747**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** cee-faculty-request@lists.msstate.edu <cee-faculty-request@lists.msstate.edu> **On Behalf Of** Dunn, Laura
**Sent:** Monday, October 9, 2023 12:18 PM
**To:** CEE-Faculty <CEE-Faculty@lists.msstate.edu>
**Subject:** [cee-faculty] Master Class Schedule Available

Hello CEE Faculty,

The master class schedule for the Spring 2024 schedule is out for faculty/staff view. When you log into banner, under Faculty/Departmental, 2nd option under the "scheduling" column is "Master Class Schedule". Be sure to click on Spring 2024, and search by subject, "CE". Know the faculty names have not been updated yet so do not worry if a name is out of place. We will fix this. Please make sure all the classes you intend to teach in the spring are on the correct day/times. Also, if it is a split level, that there is the appropriate 4000/5000/501 sections that match up.

Let me know if you see any issues or have any questions.

**MSU220748**

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Thursday, December 7, 2023 11:14 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**Subject:** Re: ███████████a, EI - Graduate Program Interest

Dr. Howard,
That is one step forward. Given what has happened to me and is happening to me, if you could affirm, I can accept him as my graduate student, that would be perfect. Of course, he has to get through the graduate application process.

Li


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, December 5, 2023 9:51 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: ███████████a, EI - Graduate Program Interest

Dr. Zhang, he will not be rejected because he chose any advisor – his application would be reviewed and evaluated same as any applicant.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, December 5, 2023 6:06 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: ███████████a, EI - Graduate Program Interest

Dr. Howard,
You are avoiding my questions. Of course, anyone can apply. You have denied student applications under my advice in the past and informed at least one applicant that I would not be able to serve as an

MSU221547

advisor (or not be able to teach). So I am asking you again if he applies and chooses me as an advisor, will he be rejected since he chose me as an advisor?

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, December 3, 2023 9:57 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: ████████████, EI - Graduate Program Interest

Dr. Zhang, if ████████ (or anyone else) desires to be considered for admission, they need to formally apply. From a formal application, decisions can begin to be made. This process has been communicated to you multiple times.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 28, 2023 9:32 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** FW: ████████████, EI - Graduate Program Interest

Dr. Howard,

Would you confirm I can accept ████████ as graduate student before I can give him information?
Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU221548

**From:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮@gmail.com>
**Sent:** Saturday, November 25, 2023 2:02 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** ▮▮▮▮▮▮▮, EI - Graduate Program Interest

Dr. Zhang,

My name is ▮▮▮▮▮▮▮▮, I am the former president of the ITE LSU Chapter (20-22). We met at the 2022 Deep South ITE Spring meeting. I remember discussing your research with you regarding transportation engineering.

With one (1) year of professional experience at Urban Systems (New Orleans, LA) after graduating from LSU in 2022, I am interested in pursuing my masters degree in civil engineering in a transportation engineering program.

Can you provide me with information regarding enrollment into an online masters program at Mississippi State? Can research be a part of the program and do you have space and capability in your lab for remote research work?

Thank you for your time and consideration, I have attached my resume to this email for your reference.

Best,

▮▮▮▮▮▮▮▮, E.I.
▮▮▮▮▮▮▮

**MSU221549**

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, November 7, 2022 7:52 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

CEE policy has been for years that a student must meet minimum qualifications AND have a full-time faculty willing to serve as their major professor. Otherwise, no policy in CEE. The ideal would be don't over commit yourself, don't admit students you can't support, don't create burdens,…but all this is obvious and totally out of line with his current behavior.

For what it is worth, distance education PhD students admitted and then leading to problems is a major problem for me right now. Past approaches in CEE were very fast and loose with admission of distance PhD students – I have to take over advising of two distance PhD students this year as the situations were a real mess and I wanted to protect the name of the school and do the right thing – none were Li's students, but this has trouble written all over it.

Isaac

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Monday, November 7, 2022 4:54 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

I certainly share the same concern. Is there a department or college policy governing the acceptance of students, or at least a "norm" that we could point to?

David

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**MSU235214**

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 7, 2022 1:20 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

Kari, Robert, and I chatted this morning and we worry about his ability to adequately advise such a large number of new students. We don't think he has any grants to support these students. Do you have any advice on how to either narrow down this to a smaller list or suggest something else?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, November 7, 2022 8:16 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** RE: Li Zhang - Graduate Student Applications

Dr. Howard,

Thanks for your concerns. Yes, I would like to get your support on the admissions of those graduate students.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, Center for Preserving Equitable Accessible Transportation Systems
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu

**MSU235215**

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, November 5, 2022 1:19 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** Li Zhang - Graduate Student Applications

Dr. Zhang,

The attached file was given to me by our graduate coordinator. My interpretation of the file shows you wanting to admit 7 graduate students for whom you would be major professor. I am writing to ask/verify if this is a responsibility you desire to take on, in particular advising two distance education PhD students. This is a large number of admissions, and to see this many students to completion of their processes with MSU is a formidable time/resources commitment and also requires meaningful resources. Is this a commitment you are willing to freely make for yourself? CEE does not have alternative faculty to advise many of these students, in particular the two PhD students.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor and Director
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
www.cee.msstate.edu

**MSU235216**

Dr. Keith and Dr. Howard,

As Dr. Howard continues to retaliate and discriminate against me by not assigning me any classes this semester and the Spring semester of 2024, I am emailing you to ask for your guidelines on how to grade graduate students. Although I have not been allowed to have a graduate student for a while and will not be allowed to have graduate students, I have three distant graduate students who need around two transportation graduate courses to familiarize them with the dissertation topics.

As Doctor Howard mentioned, I would not be able to have new graduate students, and it seems I have also not been allowed to collaborate with other MSU professors. Guidelines and suggestions for me to make a successful research proposal, conduct research (if awarded), and do collaborative research in the future will be greatly appreciated.

Thank you!


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** cee-faculty-request@lists.msstate.edu <cee-faculty-request@lists.msstate.edu> **On Behalf Of** Dunn, Laura
**Sent:** Monday, October 9, 2023 12:18 PM
**To:** CEE-Faculty <CEE-Faculty@lists.msstate.edu>
**Subject:** [cee-faculty] Master Class Schedule Available

Hello CEE Faculty,

The master class schedule for the Spring 2024 schedule is out for faculty/staff view. When you log into banner, under Faculty/Departmental, 2nd option under the "scheduling" column is "Master Class Schedule". Be sure to click on Spring 2024, and search by subject, "CE". Know the faculty names have not been updated yet so do not worry if a name is out of place. We will fix this. Please make sure all the classes you intend to teach in the spring are on the correct day/times. Also, if it is a split level, that there is the appropriate 4000/5000/501 sections that match up.

Let me know if you see any issues or have any questions.

Thanks,

**MSU236209**