# EXHIBIT 40

**From:** Brooks, Tom [tbrooks@raspet.msstate.edu]
**Sent:** Tuesday, May 10, 2022 6:45 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: ASSURE question
**Attachments:** FW: Meeting notes and questions

Dr. Keith – email from Lux attached.  Please advise if I can answer any additional questions.

Thanks,
Tom



_____
**Tom Brooks |** *Director*
114 Airport Rd **|** Mississippi State, MS 39762

(662) 325-3509 **|** tbrooks@raspet.msstate.edu
c: (662) 617-5253

**www.msstate.edu**



**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 10, 2022 4:55 PM
**To:** Brooks, Tom <tbrooks@raspet.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: ASSURE question

This is enough for what I need but I would appreciate a copy of that other email discussion on proprietary technologies

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**MSU007104**

On May 10, 2022, at 4:29 PM, Brooks, Tom <tbrooks@raspet.msstate.edu> wrote:

Dr. Keith – For the project in question (ASSURE Project A-36, Urban Air Mobility) the content that Dr. Zhang was originally tasked to provide was in support of the lead University's (Embry-Riddle) work package 3 deliverable.  For several reasons, the technical scope and objectives of that work package changed such that the lead university PI concluded that Dr. Zhang's product was no longer required or useful to the work package objectives.  Steve Luxion, the Executive Director of ASSURE notified Dr. Zhang in writing (e-mail) that his work product was no longer within the scope.  Lux also noted  an additional deciding factor was that Dr. Zhang continued to reference FAA proprietary research after the FAA repeatedly cautioned him on the matter.  I would make that e-mail available to you if needed.

Please note that the WP3 work, had it not ended prematurely, was expected to conclude before the start of the summer so there would have likely been no real summer support within this project.  Additionally, Dr. Jun Wang has indicated her desire to have Dr. Zhang work on her portion of another FAA ASSURE project at RFRL (A-24) over the summer  and we continue to support that plan.  I think that is about a .3 full time effort.

This is a very condensed summary of what was a pretty complex matter.  If you would like additional details, I'll schedule a direct conversation with you/Dr. Babski-Reeves and we can walk through it.  In the interim, I hope you find this information immediately helpful.

Thanks,
Tom

## WE RING TRUE.

_____
**Tom Brooks |** *Director*
114 Airport Rd **|** Mississippi State, MS 39762

(662) 325-3509 **|** tbrooks@raspet.msstate.edu
c: (662) 617-5253

**www.msstate.edu**



MISSISSIPPI STATE UNIVERSITY™
RASPET FLIGHT RESEARCH
LABORATORY



MSU007105

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Tuesday, May 10, 2022 1:30 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Brooks, Tom <tbrooks@raspet.msstate.edu>
**Subject:** RE: ASSURE question

Tom likely has more information, but I think I had heard that the FAA pulled the plug on this project. I don't have anything else aside from that.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 10, 2022 11:24 AM
**To:** Brooks, Tom <tbrooks@raspet.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** ASSURE question

Tom – I have a question from Dr. Li Zhang in CEE. He is asking why he was removed from the ASSURE A36 project, which led to a reduction in his 2022 summer salary. Do you have any background to this decision that you can share with me? Thank you!

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

MSU007106

**From:** Farrell, Bryan
**Sent:** Tuesday, May 10, 2022 4:14 PM
**To:** Brooks, Tom
**Subject:** FW: Meeting notes and questions

FYI

---

**From:** Luxion, Lux <sluxion@assure.msstate.edu>
**Sent:** Tuesday, March 1, 2022 8:22 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Farrell, Bryan <bfarrell@raspet.msstate.edu>; Thach, Hannah <hthach@assure.msstate.edu>
**Subject:** FW: Meeting notes and questions

Dr. Zhang,

Hannah from ASSURE and Bryan from Raspet notified you in person on Friday that the work you have been doing for the ASSURE A36 project is no longer needed. The email is to notified you in writing for your records, as requested.

The reasons were two fold. One, the data you needed from Working Package 1 were not available to complete your original scope of work and the modifications you recommended to the FAA did not fill their need for this project.
Two, you have been notified on multiple occasions that the work you completed under the FAA IDIQ Contract were not to be discussed after the project ended, but you continued to discuss this work in the A36 meetings. Ultimately,
the FAA decided it was best to end your effort early and utilize the remaining funds for other FAA work.

We appreciate all you have done thus far on the project.

Respectfully,
Lux
**STEPHEN P. LUXION, Col (Ret) 'LUX"**
Executive Director, ASSURE FAA Center of Excellence for UAS
Work: (228) 688-4218
Cell: (386) 847-4478
Fax: (228) 688-7100
Email: sluxion@assure.msstate.edu
www.ASSUREuas.org
Mississippi State University      MSU Science & Technology Center
2 Research Blvd, Box 9627       1021 Balch Blvd.
Mississippi State, MS 39762       Stennis Space Center, MS 39529

---

**MSU007107**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, February 25, 2022 11:11:18 PM
**To:** Driouche, Bouteina <bdriouche@raspet.msstate.edu>; Farrell, Bryan <bfarrell@raspet.msstate.edu>; Thach, Hannah <hthach@assure.msstate.edu>
**Cc:** Brooks, Tom <tbrooks@raspet.msstate.edu>; Wang, Jun <jwang@cee.msstate.edu>
**Subject:** Meeting notes and questions

A36 Li ZHang Task Termination Meeting Notes.pdf Byan, Hanna and Bouteina,

Thank you so much for your support in A36 project. Please feel free to add anything to the notes as a sepeated file. I can organize them together.

I believe temrining the tasks needs FAA's writing (email?), I will appreciate if I can have the copy of the document.

In the meeting, I believe Bryan mentioned the RASPET would use the leftover funding to buy equipment? I am not sure if that was correct. Would you let me know hwo that funding will be spent?

Thanks

Li

MSU007108