# EXHIBIT 42



**OFFICE OF THE PROVOST AND
EXECUTIVE VICE PRESIDENT**

P.O. Box BQ
3500 Lee Hall
Mississippi State, MS 39762

P. 662.325.3742

February 14, 2024

Dr. Li Zhang
Professor
Mississippi State University
Rula School of Civil and Environmental Engineering
2041 Richard A. Rula Engineering and Science Complex
Mississippi State, Mississippi 39762

## NOTICE OF INTENT TO TERMINATE

Dr. Zhang,

Pursuant to University Policy 60.113 and IHL Board Policy 403.01, you are hereby notified that your employment with Mississippi State University will be terminated for cause on February 29, 2024. As of today, you are relieved of all work duties.

You have the right to request a hearing. University Policy 60.113 explains what to do if you would like to exercise this right to have a hearing.

The specific for cause reasons for your termination include the following:

- Failure to teach in accordance with University standards as evidenced in part by your unsatisfactory rating in teaching since 2021;
- Unsatisfactory performance in research; and
- Contumacious conduct and malfeasance including, but not limited to, constant and willful disregard for the directions of your Department Head, Dean, and the Vice President for Research and Economic Development.

Sincerely,

David R. Shaw, Ph.D.
Provost and Executive Vice President
Mississippi State University

**MSU260132**

**Official Memorandum**

Date: February 14, 2024

To: Li Zhang, MSU ID 904138878

From: Human Resources Management

CC: Dr. Jason Keith
Dr. Isaac Howard

Subject: Separation from Employment Information

---

You were provided a notice of intent to terminate on February 14, 2024. Below are several items that require your attention and cooperation.

- Effective immediately, you are being placed on paid administrative leave and are relieved of all work duties. This includes all teaching, research, and service responsibilities. You are not required to take leave during this time.
- While you will retain MSU email access for the time being, you should not have any direct contact with students in any official capacity. If a student contacts you, please forward the message to Dr. Howard to handle.
- Since you will have no further business to conduct with MSU, your electronic door access will be shut off immediately. You should not be on campus during this time. This includes both your laboratory and your office space. If you need to obtain your personal items, please coordinate directly with HRM to set up a time to do so.
- You are expected to return all university property prior to your date of termination. This includes all office keys, equipment on hand receipt, computers, software, supplies, MSU IDs, etc.
- Your access to all MSU systems including departmental shared drives, software, etc. will be turned off on the date of your termination.
- Similarly, the department will forward calls to your office phone to the main office. You should not be engaging in phone calls, emails, or other correspondence on behalf of the university.
- Following your termination date, you will receive COBRA election information via email with instructions on how to elect coverage and submit payments to the email address they have on file. We at the university do not administer COBRA for medical insurance so if you have any questions about COBRA coverage you will need to contact Blue Cross Blue Shield of Mississippi directly at 800-709-7881.
- As a member of the Optional Retirement Plan (ORP), a governmental defined contribution plan, you will need to consult with your specific vendor to determine retirement eligibility, plan transferability, etc. Our records indicate your plan is managed by TIAA. Please contact them directly at 1-800-842-2003 for additional information.

We appreciate your cooperation with these things.

**MSU260133**



**RICHARD A. RULA SCHOOL OF**
**CIVIL & ENVIRONMENTAL ENGINEERING**
Dr. Li Zhang, Ph.D., P.E.
Professor
lzhangl@cee.msstate.edu

2/15/2024

Dr. Shaw:
I am requesting a hearing about my employment termination according to Policy 60.113. Your instructions about how and where to have the hearing will be greatly appreciated.

Sincreely

Li Zhang

501 Hardy Road | 235 Walker Engineering Building | P.O. Box 9546 | Mississippi State, MS 39762 | P. 662.325.3050 | F. 662.325.7189 | **cee.msstate.edu**

**MSU260125**

**From:** Lucas, Joan [JLucas@legal.msstate.edu]
**Sent:** Monday, June 2, 2025 3:28 PM
**To:** Grala, Robert [rkg55@msstate.edu]; Li Zhang [lizhang3@gmail.com]; Charlie Winfield [cwinfield@winfieldlawfirm.com]; Mullen, Tabor [TMullen@saffairs.msstate.edu]; Grafton Bragg [grafton@graftonbragglaw.com]
**CC:** Dutta, Dipangkar [dd285@msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]
**Subject:** RE: Dr. Zhang's termination hearing
**Attachments:** Fw: Annual Reviews

All, please see the attached email containing Dr. Zhang's last 5 annual reviews as requested by the P&T committee.

Tabor, Charlie, and Grafton, please see the email below that the P&T committee chair sent to Dr. Zhang earlier today.

Dr. Grala, going forward, please email this entire group so that both the University's representative and Dr. Zhang, along with their attorneys, will have all relevant information.

Thanks!

Joan

---

**From:** Grala, Robert <rkg55@msstate.edu>
**Sent:** Monday, June 2, 2025 2:42 PM
**To:** Li Zhang <lizhang3@gmail.com>
**Cc:** Dutta, Dipangkar <dd285@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Grala, Robert <rkg55@msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: Dr. Zhang's termination hearing

Dr. Zhang,

I am forwarding to you an email from Mississippi State University's General Counsel, Ms. Joan Lucas, regarding the notice of intent to terminate. Please note that, although not explicitly listed, you can ask witnesses questions regarding the notice whenever applicable. If the hearing panel determines that further clarification is necessary, it may call additional witnesses. Please let me know if you have any questions.

Sincerely,
Robert Grala


Dr. Robert K. Grala
George L. Switzer Professor of Forestry

**MSU260205**

Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Lucas, Joan <JLucas@legal.msstate.edu>
**Sent:** Monday, June 2, 2025 12:24 PM
**To:** Charlie Winfield <cwinfield@winfieldlawfirm.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Mullen, Tabor <TMullen@saffairs.msstate.edu>; Li Zhang <lizhang3@gmail.com>
**Cc:** Grala, Robert <rkg55@msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>
**Subject:** Dr. Zhang's termination hearing

All -

The committee and I just met, and I have copied the committee on this email. Dr. Grala is the committee chair who will lead the hearing over the next few days. Dr. Grala will be responsible for enforcing time limits and making requests on behalf of the committee. I am serving as the advisor to the committee currently, and another attorney for my office will advise them Wednesday and Thursday if procedural questions arise as I will be out of the country.

After meeting, the committee would like for you to have the following information:

<u>Time limits</u> - I have provided the attached document to the committee members, and they are planning to enforce the timelines contained in the attached document for the opening and closing. The committee has decided to limit witness testimony to 1 hour per witness with the exception of Dr. Zhang who they want to give 2 hours for testimony. Following each witness, the other side will have 30 minutes question and then the committee will be allowed to ask whatever questions they still have.

<u>Committee Makeup</u> – The following 7 members of the committee will be available to hear all of the testimony. The committee does not believe that it is reasonable or fair to allow other members of the committee to vote who are not present to hear all of the testimony or take place in the committee discussions.

1. Robert Grala
2. Dipangkar Dutta
3. Melody Dale
4. Robert Moore
5. Santanu Kundu
6. Kelli Anthony – remotely on Tuesday and in person Wednesday and Thursday.
7. Shien Lu

**MSU260206**

<u>Committee's Rights</u> - The committee would like to remind you all that they will have the ability to request additional information and to call additional witnesses. To start, they would like to be provided with Dr. Zhang's 5 most recent annual reviews. If an annual review was done in 2023, this would include '23-'19. If it was not, this would include '22-'18. Dr. Mullen, will you please have those available for the committee tomorrow?

<u>Schedule</u> – The committee is prepared to have opening statements start at 9:00 tomorrow with Dr. Zhang followed by Dr. Mullen. The committee will then hear from Dr. Zhang and Dr. Gopu at 2:00. On Wednesday, the University should present its witnesses with exception of Dr. Shaw. The committee will need to stop Wednesday at 2:45 for Dr. Lu to attend another meeting. On Thursday, the committee will hear from Dr. Truax and Dr. Shaw and hear closing statements.

<u>Binders</u> – The committee would like to have copies of all exhibits available in a binder tomorrow. Please make sure that you have 7 copies of your exhibits for the committee members.

<u>Dr. Zhang's request regarding the agenda</u> – The committee noted that there is no agenda. As for his request regarding the termination letter, the committee believe that it is appropriate for him to ask any of the University witnesses his questions about the termination letter. If the committee feels like they need to call another witness to address the letter, the committee will do so after hearing from all of the witnesses presented.

If any of you have questions, please let Dr. Grala and me know.



**Joan L. Lucas**
*General Counsel*
Mississippi State University
662.325.8131 | YMCA Building Suite 3150 | Mailstop 9717
PO Box 6171 | 195 Lee Blvd. | Mississippi State, MS 39762
www.legal.msstate.edu

**MSU260207**

**From:** Mullen, Tabor
**Sent:** Monday, June 2, 2025 3:12 PM
**To:** Lucas, Joan
**Subject:** Fw: Annual Reviews
**Attachments:** Li Zhang 2018 review.pdf; Li Zhang Faculty Evaluation 2019a - signed (2A).pdf; LZhang - 2020 Annual Review - Final.pdf; 2021 L. Zhang Annual Review with Attachments_Rebuttals.pdf; 2022 L. Zhang Annual Review with AttachmentsRebuttals.pdf; 12222023 final Annual Review Appeal of Li Zhang.pdf

Joan,

See the requested documents

TLM

Tabor Mullen, Ph.D.
Interim Associate VP
Office of the Provost and Executive VP
MS State

Sent from mobile phone

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Monday, June 2, 2025 2:54:21 PM
**To:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Subject:** RE: Annual Reviews

Here is a single email with reviews from 2018, 2019, 2020, 2021, and 2022 along with Dean Keith's third party evaluation for 2021 and 2022.

Thanks,
Julia

---

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Sent:** Monday, June 2, 2025 2:15 PM
**To:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Subject:** RE: Annual Reviews

Thank you Julia, I've been asked for copies of his last five annual reviews by the P&T committee. I've asked Dr. Ford for them but any assistance you may have helping him would be greatly appreciated.

TLM

**MSU260208**

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Monday, June 2, 2025 2:13 PM
**To:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Subject:** Annual Reviews

Hi Tabor,

Leslie asked me to send you what I had regarding Dr. Zhang's annual evaluations. Attached are his evaluations from 2021 and 2022 with his rebuttals included. The third attachment is Jason Keith's third-party evaluation for both 2021 and 2022. Any previous evaluations should be housed in the Dean's Office, as HRM does not maintain faculty evaluations in Xtender like we do for staff evaluations nor are they included in the official personnel file.

He was notified of the intent to terminate before Civil Engineering completed 2023 evaluations and did not conduct any teaching, research, or service for the university for calendar year 2024, so he does not have evaluations from 2023 or 2024.

Thanks,
Julia

---

**Julia Morrison, EdD, MBA, PHR**
**Mississippi State University**
*Senior Human Resources Business Partner*
PO Box 9603
237 McArthur Hall
245 Barr Avenue
Mississippi State, MS 39762
P: 662.325.5112
jmorrison@hrm.msstate.edu

**MSU260209**

**From:** Mullen, Tabor [TMullen@saffairs.msstate.edu]
**Sent:** Monday, June 9, 2025 7:41 AM
**To:** Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Grala, Robert [rkg55@msstate.edu]
**CC:** Lucas, Joan [JLucas@legal.msstate.edu]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]; Jolly, Brandon [bjolly@legal.msstate.edu]
**Subject:** RE: Dr. Zhang's termination hearing
**Attachments:** Timeline for Committee.pdf

Dr. Zhang,

Attached is the timeline.

TLM

---

**From:** Li Zhang <lizhang3@gmail.com>
**Sent:** Friday, June 6, 2025 10:26 AM
**To:** Grafton Bragg <grafton@graftonbragglaw.com>; Grala, Robert <rkg55@msstate.edu>; Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Cc:** Dutta, Dipangkar <dd285@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** Re: Dr. Zhang's termination hearing

Good morning, Dear Committee members, Dr. Grala,  Ms. Lucase, and Dr. Mullen

The version of the book Dr. Mullen retrieved is the 2009 version. Per the committee's request. I have attached a scan of Homework 4-32 in the textbook, which is a traffic count. This is the official test book I used in CE 3113.
I also scanned the front and back covers. There is an ISBN on the back cover for MSU's verification.

Dr. Mullen, before I left the conference room, I forgot to grab a copy of Charlie's timeline. Would you send me an electronic copy?

Thank you

Li

On Thu, Jun 5, 2025 at 3:59 PM Grafton Bragg <grafton@graftonbragglaw.com> wrote:

MSU260507

Good afternoon,

Per agreement of counsel, I am forwarding an email chain from December 2021 that, as far as we can tell, has not been included in the hearing materials.

Best regards,



**Grafton Bragg**
*Attorney-at-Law*
_____

**Phone** (601) 624-1153
**Web** graftonbragglaw.com

---

**From:** Grala, Robert <rkg55@msstate.edu>
**Date:** Monday, June 2, 2025 at 3:42 PM
**To:** Grala, Robert <rkg55@msstate.edu>, Li Zhang <lizhang3@gmail.com>, Charlie Winfield <cwinfield@winfieldlawfirm.com>, Mullen, Tabor <TMullen@saffairs.msstate.edu>, Grafton Bragg <grafton@graftonbragglaw.com>
**Cc:** Dutta, Dipangkar <dd285@msstate.edu>, Dale, Melody <MDale@library.msstate.edu>, Moore, Robert <RMoore@business.msstate.edu>, Kundu, Santanu <santanukundu@che.msstate.edu>, Anthony, Kelli <KAnthony@comm.msstate.edu>, Lu, Shien <slu@plantpath.msstate.edu>, Grala, Robert <rkg55@msstate.edu>, Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: Dr. Zhang's termination hearing

---

**From:** Grala, Robert
**Sent:** Monday, June 2, 2025 2:42 PM
**To:** Li Zhang <lizhang3@gmail.com>
**Cc:** Dutta, Dipangkar <dd285@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; 'Robert Grala' <r.grala@msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: Dr. Zhang's termination hearing

Dr. Zhang,

I am forwarding to you an email from Mississippi State University's General Counsel, Ms. Joan Lucas, regarding the notice of intent to terminate. Please note that, although not explicitly listed, you can ask

MSU260508

witnesses questions regarding the notice whenever applicable. If the hearing panel determines that further clarification is necessary, it may call additional witnesses. Please let me know if you have any questions.

Sincerely,
Robert Grala


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Lucas, Joan <JLucas@legal.msstate.edu>
**Sent:** Monday, June 2, 2025 12:24 PM
**To:** Charlie Winfield <cwinfield@winfieldlawfirm.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Mullen, Tabor <TMullen@saffairs.msstate.edu>; Li Zhang <lizhang3@gmail.com>
**Cc:** Grala, Robert <rkg55@msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>
**Subject:** Dr. Zhang's termination hearing

All -

The committee and I just met, and I have copied the committee on this email. Dr. Grala is the committee chair who will lead the hearing over the next few days. Dr. Grala will be responsible for enforcing time limits and making requests on behalf of the committee. I am serving as the advisor to the committee currently, and another attorney for my office will advise them Wednesday and Thursday if procedural questions arise as I will be out of the country.

After meeting, the committee would like for you to have the following information:

Time limits - I have provided the attached document to the committee members, and they are planning to enforce the timelines contained in the attached document for the opening and closing. The committee has decided to limit witness testimony to 1 hour per witness with the exception of Dr. Zhang who they want to give 2 hours for testimony. Following each witness, the other side will have 30 minutes question and then the committee will be allowed to ask whatever questions they still have.

Committee Makeup – The following 7 members of the committee will be available to hear all of the testimony. The committee does not believe that it is reasonable or fair to allow other

MSU260509

members of the committee to vote who are not present to hear all of the testimony or take place in the committee discussions.

1. Robert Grala
2. Dipangkar Dutta
3. Melody Dale
4. Robert Moore
5. Santanu Kundu
6. Kelli Anthony – remotely on Tuesday and in person Wednesday and Thursday.
7. Shien Lu

<u>Committee's Rights</u> - The committee would like to remind you all that they will have the ability to request additional information and to call additional witnesses.  To start, they would like to be provided with Dr. Zhang's 5 most recent annual reviews.  If an annual review was done in 2023, this would include '23-'19.  If it was not, this would include '22-'18.  Dr. Mullen, will you please have those available for the committee tomorrow?

<u>Schedule</u> – The committee is prepared to have opening statements start at 9:00 tomorrow with Dr. Zhang followed by Dr. Mullen.  The committee will then hear from Dr. Zhang and Dr. Gopu at 2:00.  On Wednesday, the University should present its witnesses with exception of Dr. Shaw.  The committee will need to stop Wednesday at 2:45 for Dr. Lu to attend another meeting.  On Thursday, the committee will hear from Dr. Truax and Dr. Shaw and hear closing statements.

<u>Binders</u> – The committee would like to have copies of all exhibits available in a binder tomorrow.  Please make sure that you have 7 copies of your exhibits for the committee members.

<u>Dr. Zhang's request regarding the agenda</u> – The committee noted that there is no agenda.  As for his request regarding the termination letter, the committee believe that it is appropriate for him to ask any of the University witnesses his questions about the termination letter.  If the committee feels like they need to call another witness to address the letter, the committee will do so after hearing from all of the witnesses presented.

If any of you have questions, please let Dr. Grala and me know.



**Joan L. Lucas**
*General Counsel*
Mississippi State University
662.325.8131 | YMCA Building Suite 3150 | Mailstop 9717
PO Box 6171 | 195 Lee Blvd. | Mississippi State, MS 39762
www.legal.msstate.edu

**MSU260510**

## TIMELINE OF EVENTS DISCUSSED

- January 2005: Dr. Zhang begins as Assistant Professor at MSU

- June 30, 2011: Dr. Zhang receives tenure letter / promotion to Associate Professor – effective Fall 2011

**----- SPRING 2021 SEMESTER -----**
**Dr. Zhang teaching CE 4143 – Traffic Engineering**

- March 5, 2021: Dr. Zhang receives letter of promotion to Professor – effective Fall 2021

- April 27, 2021: Students contact Dr. Jason Keith about issues in CE 4143 - traffic study requirements and grades after finals (Exhibit 8 and Exhibit 21)

**----- SUMMER 2021 -----**

- June 2021: Dr. Dennis Truax retires and Dr. Isaac Howard begins as Interim Director of CEE

- June 19, 2021: Dr. Howard asks Dr. Zhang to consider adjusting teaching schedule (canceling CE 8133 and adding CE 3113)

- July 12, 2021: Dr. Howard's deadline for Dr. Zhang to provide salary release information so CEE could hire adjunct to teach CE 3113 instead (Exhibit 9)

- August 6, 2021: Dr. Howard informs of changes to fall 2021 teaching schedule to have Dr. Zhang teach CE 3113 (Exhibit 9)

**----- FALL 2021 SEMESTER -----**
**Dr. Zhang teaching (1) CE 3113 – Transportation Engineering and (2) CE 4133/6133 – Geometric Design**

- August 2021: Discussions between Dr. Zhang and Dr. Howard about Dr. Zhang's requests to reassign classes due to upcoming leave (Exhibit 32)

- September 2, 2021: Dr. Keith confirms Dr. Howard's guidance on how to handle missing classes (Exhibit 32)

- November 23, 2021: Dr. Zhang informs Dr. Howard and Dr. Keith of spine surgery scheduled December 1, 2021, need for assistance with final exams, and potential impact on grading –plan and list of needs thereafter requested by Dr. Howard (Exhibit 10)

- November 29, 2021: Dr. Reeves requests and receives access to Dr. Zhang's courses in CANVAS, administration becomes aware of issues related to recorded grades, thereafter learns more about missing grades

- December 3, 2021: Final exam for CE 3113

- December 6, 2021: Final exam for CE 4133

- December 13, 2021: MSU deadline to submit final grades

**MSU260511**

- December 13, 2021: Dr. Zhang submits grades for CE 3113 but tells students graded while on pain meds and did not finish all grading so final grades may change (Exhibit 10, pp. 2-3 / MSU000581-82)

- December 14, 2021: Dr. Shaw approves administration's contingency grading plan and grades thereafter changed by administration (Exhibit 10)

- December 18, 2021: Dr. Zhang sends "Darkest Day" email to CE 3113 students (Exhibit 11)

**----- SPRING 2022 SEMESTER -----**
**Zhang teaching CE 4143/6143 – Traffic Engineering**

- January 14, 2022: Dr. Zhang meets with administration (Dr. Shaw, Dr. Keith, Dr. Reeves, Dr. Green, Dr. Howard, Leslie Corey) regarding Fall 2021 issues (Dr. Banik, faculty senator, also attends at Dr. Zhang's request) (Exhibit 12)

- February 23, 2022: Email signed by 23 CE 4143 students regarding "CE 4143 Concerns" sent to Dr. Howard (Exhibit 14)

- February 25, 2022: Dr. Howard and Dr. Green meet with 4 CE 4143 students to hear concerns (Exhibit 14, pp. 7-9 / MSU010182-84)

- February 25, 2022: Dr. Zhang removed from ASSURE Project A-36, Urban Air Mobility (Exhibit 31)

- March 10, 2022: Dr. Keith tells Dr. Zhang he cannot have students do traffic project (Exhibit 15)

- April 4, 2022: Dr. Zhang them students will not change traffic project, student thereafter expresses concern with confrontation from Dr. Zhang (Exhibit 18, p. 1 / MSU010265)

- April 7, 2022: MDOT informs Dr. Zhang no additional cost extensions available on MDOT project concerning Wi-Fi Highway Performance Eval System (effort began 2018), asks for project to end June 30 or that he should seek no-cost extension

- April 28, 2022: Dr. Keith emails CE 4143 students seeking feedback on positive and negative experiences and inviting them to large group meeting (Exhibit 14, pp. 15-16 / MSU231381-82)

- May 3, 2022: Dr. Zhang removed as instructor of record for CE 4143 (Exhibit 16)

- May 4, 2022: Meeting between administration and large group of CE 4143 students

**----- SUMMER 2022 -----**
**No courses taught by Dr. Zhang**

- May – August 2022: UTC proposal efforts (Exhibit 26)

- June 8, 2022: Dr. Zhang asks MDOT about additional extension on MDOT project concerning Wi-Fi Highway Performance Eval System

- June 24, 2022: Dr. Zhang submits first time card for work on UTC proposal (Exhibit 33)

**MSU260512**

- June 25, 2022: Dr. Howard tells Dr. Zhang CEE is not providing summer support for work on UTC proposal

- July 5, 2022: Dr. Zhang submits second time card for work on UTC proposal (Exhibit 33)

- July 8 and 15, 2022: Leslie Corey tells Dr. Zhang he is not receiving additional compensation for working on UTC proposal he volunteered to lead, and he should stop working on it if he expects extra pay (Exhibit 33)

----- FALL 2022 SEMESTER -----
Dr. Zhang on sabbatical leave

- September 14, 2022: Dr. Julie Jordan emails Dr. Zhang regarding not following MSU protocol for requesting congressional support and requesting him to stop conversations regarding congressional support

- October 21, 2022: Letter of Reprimand from Dr. Julie Jordan to Dr. Zhang regarding insubordination / seeking congressional support – Emailed to Zhang Oct. 25, 2022 (Exhibit 27, Exhibit Z-31)

- November 11, 2022: Dr. Julie Jordan and Dr. Keith meet with Dr. Zhang, with Ombudsman Dr. Hart Bailey attending, to discuss expectations on coordinating federal and state agency support

- November 14, 2022 (approx.): MSU sends final invoice for payment to MDOT for Dr. Zhang's MDOT project concerning Wi-Fi Highway Performance Eval System; invoice later rejected due to no final deliverable

- December 2022: Scheduled end of Dr. Zhang's MDOT project concerning Wi-Fi Highway Performance Eval System (Exhibit 29)

----- SPRING 2023 SEMESTER -----
Dr. Zhang on sabbatical leave

- January 31, 2023: Deadline imposed by Dr. Jordan for Dr. Zhang to complete report for MDOT project after Dr. Zhang requests additional extension to end of 2023

----- SUMMER 2023 -----
Dr. Zhang on sabbatical leave

- May 8, 2023: Dr. Zhang asks Dr. Jordan's permission to participate in FHWA proposal; Dr. Jordan gives permission that day

- May 30, 2023: Dr. Zhang submits documents to PI seeking to participate in FHWA proposal led by UL-Lafayette

- May 31, 2023: PI on FHWA proposal (at UL-Lafayette) tells Dr. Zhang his submission is too late (Exhibit 28)

- June 6, 2023: Closing date for applications on FHWA project

MSU260513

**----- FALL 2023 SEMESTER -----**
**No courses taught by Dr. Zhang**

- October 18, 2023: 2021 and 2022 annual review meeting between Dr. Zhang and Dr. Howard, also attended by HRM rep Julia Morrison, wherein Dr. Zhang said to have called Dr. Howard a "nazi" (Exhibit 33)

- October 23, 2023: Dr. Zhang alleged to have violated instructions regarding ABET evaluator's visit (Exhibit 34)

- November 15, 2023: 2021 and 2022 annual review appeal meeting between Dr. Zhang and Dr. Keith, also attended by Dr. Reeves

**----- SPRING 2024 SEMESTER -----**
**No courses taught by Dr. Zhang**

- February 14, 2024: Dr. Zhang receives notice of intent to terminate employment and relieved of all MSU work duties (Exhibit 4)

**MSU260514**

**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Monday, June 9, 2025 10:24 AM
**To:** Mullen, Tabor [TMullen@saffairs.msstate.edu]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]
**CC:** Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Lucas, Joan [JLucas@legal.msstate.edu]; Jolly, Brandon [bjolly@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** A follow-up on documents requested by the hearing panel

Dr. Mullen,

I would like to follow up on the hearing panel's request regarding the following documents:

- Copies of Dr. Zhang's 2021 and 2022 annual evaluations, signed by him, the department head, and the dean.

- Copy of an email or other communication informing Dr. Zhang about the University's practice not to seek the Mississippi Congressional Delegation's support for competitive grants.

- Copy of an email or other communication where Dr. Zhang asks his Co-PIs on the UTC grant proposal to seek the Mississippi Congressional Delegation's support.

- Copy of an email or other communication where Dr. Zhang is asked to stop seeking the Mississippi Congressional Delegation's support by him and/or his Co-PIs on the UTC grant proposal.

- The list of civil and environmental engineering faculty with specifications on when each faculty had the 2021 and 2022 annual reviews with a department head, and whether these annual evaluations were signed and when by the department head and the dean.

- Any documentation regarding who asked for police assistance when students conducted a traffic count assignment on the Mississippi State University's campus, as mentioned during the testimony.

Please let me know if you have any questions.

Sincerely,
Robert Grala

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260526**

**From:** Mullen, Tabor [TMullen@saffairs.msstate.edu]
**Sent:** Monday, June 9, 2025 4:08 PM
**To:** Grala, Robert [rkg55@msstate.edu]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]
**CC:** Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Lucas, Joan [JLucas@legal.msstate.edu]; Jolly, Brandon [bjolly@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** RE: A follow-up on documents requested by the hearing panel
**Attachments:** Re_ Request of summary.pdf; Additional Emails re Congressional Support.pdf; Emails re MDOT Support for UTC.pdf; Zhang request to UTC Committee re Letter re No Involvement in Congressional Contact.pdf

P&T committee,

- Copies of Dr. Zhang's 2021 and 2022 annual evaluations, signed by him, the department head, and the dean. Signed copies were delivered to the committee with Dr. Howard's signature and HR email

- Copy of an email or other communication informing Dr. Zhang about the University's practice not to seek the Mississippi Congressional Delegation's support for competitive grants. See emails.

- Copy of an email or other communication where Dr. Zhang asks his Co-PIs on the UTC grant proposal to seek the Mississippi Congressional Delegation's support. See emails.

- Copy of an email or other communication where Dr. Zhang is asked to stop seeking the Mississippi Congressional Delegation's support by him and/or his Co-PIs on the UTC grant proposal. See emails.

- The list of civil and environmental engineering faculty with specifications on when each faculty had the 2021 and 2022 annual reviews with a department head, and whether these annual evaluations were signed and when by the department head and the dean. See Re_request of summary

- Any documentation regarding who asked for police assistance when students conducted a traffic count assignment on the Mississippi State University's campus, as mentioned during the testimony. None has been found at the time of this email.

Please let me know if you have any questions.

Sincerely,
Robert Grala

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry

**MSU260528**

College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260529**

| **From:** | Ford, David |
|---|---|
| **To:** | Mullen, Tabor; Green, Robert |
| **Cc:** | Lucas, Joan; Green, Robert; Ford, David |
| **Subject:** | Re: Request of summary |
| **Date:** | Thursday, June 5, 2025 3:11:38 PM |

Dr. Mullen,

Below is the information I was able to gather regarding your request.
I believe that HRM already provided you with Dr. Zhang's annual reviews from CY2021 and CY2022.
Please let me know if you need anything else.

Thanks,
Dave

**CY2021 reviews**

Personnel total = 11  (3 Prof, 4 Assoc Prof, 3 Asst Prof, 1 Instructor)
Of the 11 personnel, BCoE has on file 10 completed (signed by all parties) reviews.  7 were completed in March 2023, 1 in June 2023, 1 in July 2023, and 1 in December 2023.*

> *All CY2021 reviews were done approximately one year later than normal due to changes in Director and a move of the School to a new building, both of which happened in summer 2021.*

BCoE does not have a completed review on file for Prof. Li Zhang from CY2021.  We understand that the review document was given directly to an HRM representative at the conclusion of the in-person review meeting, which took place in October 2023.

**CY2022 reviews**

Personnel total = 10  (3 Prof, 4 Assoc Prof, 2 Asst Prof, 1 Instructor)
Of the 10 personnel, BCoE has on file 8 completed (signed by all parties) reviews.  5 were completed in March 2023, 2 in July 2023, and 1 in December 2023.
BCoE does not have a completed review on file for Prof. Li Zhang from CY2022.  We understand that the review document was given directly to an HRM representative at the conclusion of the in-person review meeting, which took place in October 2023.
BCoE does not have a review on file for Prof. Veera Gude from CY2022.  Prof. Gude left MSU partway through the year (termination date 08/15/2022) and so was not reviewed.

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Date:** Wednesday, June 4, 2025 at 5:41 PM
**To:** Ford, David <daveford@bagley.msstate.edu>, Green, Robert <green@bagley.msstate.edu>
**Cc:** Lucas, Joan <JLucas@legal.msstate.edu>, Green, Robert

**MSU260530**

662.694.1286 (cell)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 31, 2022 11:30 AM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: UTC and collaborating universities

Dr. Garmmill,

Thanks for letting us know no additional congressional support. We have OLEMiss, USM and JSU responded to us. With the information you just provided, we are going to outreach a few universities around Mississippi accordingly.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Tuesday, May 31, 2022 11:10 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: UTC and collaborating universities

Li,

I'm copying Dr. Reeves so she is in the loop on your questions below. You will need to identify the other universities that you would like to collaborate that fit within the research themes that have been identified for the UTC. Since the UTC is a funded program, we will not seek additional congressional support for this effort. If you need

MSU260533

help in identifying potential contacts at universities we can perhaps help with that aspect, but you will need to tell us the names of those institutions.
Regards
TG

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 31, 2022 9:29 AM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>
**Subject:** UTC and collaborating universities

Dear Dr. Gamill and Teresa,
Is it possible for us to have a meeting with someone in your office who work with our congressional delegates indirectly or directly, to see what realistic support we might have and to which university we are encouraged to collaborate?
Since the solicitation is out and the priority for me this week is to reach out to collaborating universities.
Thanks
Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Zhang, Li
**Sent:** Monday, May 30, 2022 11:15 PM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Walden, Clay <walden@cavs.msstate.edu>; Brooks, Tom <tbrooks@raspet.msstate.edu>; Grice, Steven <SGrice@nsparc.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Subject:** UTC RFP is out

Dear all,
Please see the attached file.

**MSU260534**

**From:** Jordan, Julie [Julie.Jordan@research.msstate.edu]
**Sent:** Wednesday, September 14, 2022 1:26 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Shaw, David [david.shaw@msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Marty Fuller [mfuller@cgagroup.com]; Reeves, Kari [kari@bagley.msstate.edu]; Gammill, Teresa [TGammill@research.msstate.edu]
**Subject:** FW: UTC and congressional delegates

Dr. Zhang,

This message to faculty in other institutions requesting federal support is out of line and does not follow MSU protocol for requesting Congressional support. Stand down on this effort immediately. Do not have further conversations with anyone outside of MSU leadership regarding Congressional support for any research effort. Therefore, do not follow through with anyone at JSU, UM, or USM regarding Congressional support as referenced below.

Dr. Jordan

--------------------

**Julie Jordan, PhD**
Vice President for Research and Economic Development
662.325.3570 (office)
662.574.1193 (mobile)
Julie.jordan@research.msstate.edu
www.msstate.edu

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Date:** Wednesday, September 14, 2022 at 1:13 PM
**To:** Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** Fwd: UTC and congressional delegates

Dr. Teresa Gammill
Associate Vice President for Research Administration
Mississippi State University

**MSU260535**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 14, 2022 11:22:14 AM
**To:** Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; V.Gopu <V.Gopu@LA.GOV>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** UTC and congressional delegates

Dr. Whalin, Dr. Zhang and Dr. Molan,

Per US DOT, there are 169 Tier I proposals submitted for 20 awards, which is historically competitive, even more competitive than NSF funding. There are a lot of background talks, at least most, if all, of university outreaching to our congressional delegates to promote their UTCs. The good news for us is there is only one Lead proposal submitted in the state of Mississippi, that is ours. That is my understanding. Please correct me, if your institute submitted one as lead institute. So it is easier for Mississippi delegates support the only one Lead proposal in their state. One university (at least one) also invited Secretary of Transportation toured their campus.

I talked to Deans Keith and Reese, and Associate VP for research Dr. Gammill, in a hope that MSU would reach out to our congressional delegation. I am reaching out to you to see if we might be able to have a short call to discuss to see if OleMiss, JSU and USM might be able to move to this direction.

Would any time be good for us to have a short call to discuss this? How about later this afternoon (4PM?) or tomorrow morning or Friday? Please let me know.

Thank you!

Li

MSU260536

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Wednesday, September 14, 2022 1:59 PM
**To:** V.Gopu [V.Gopu@LA.GOV]; Zhang, Li [lzhang@cee.msstate.edu]; Amir Mehrara Molan [amehrara@olemiss.edu]; Yuanyuan Zhang [Yuanyuan.Zhang@usm.edu]; Robert Whalin [robert.w.whalin@jsums.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Gammill, Teresa [TGammill@research.msstate.edu]; Zhang, Yunlong [yzhang@civil.tamu.edu]; Patrick Sherry [Patrick.Sherry@du.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: UTC and congressional delegates

Hi, everyone. Per our VPR this proposed telephone call has been canceled.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** V Gopu <V.Gopu@LA.GOV>
**Sent:** Wednesday, September 14, 2022 1:43 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** RE: UTC and congressional delegates

Hi Li,

I attached a draft of the letter that your President can consider sending to your two U.S. senators and congressman representing the districts where the Mississippi universities in the consortium are located.  The President's office can revise the letter as they see fit.  I thought this would help in letting your President understand what we need.

Best wishes.

VJ
-----------------------------------
Vijaya (VJ) Gopu, Ph.D., P.E.
Associate Director, External Programs
Louisiana Transportation Research Center (LTRC)
Stuller Settings -Matthew Stuller/LEQSF Regents Professor,  UL-Lafayette
Formosa Plastics Distinguished Professor Emeritus, LSU
4101 Gourrier Avenue

**MSU260537**

Baton Rouge, LA 70808
Tel: 225-767-9102
Fax: 225-767-9108
Email: v.gopu@la.gov

 

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 14, 2022 11:22 AM
**To:** Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; V Gopu <V.Gopu@LA.GOV>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** UTC and congressional delegates

> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Dr. Whalin, Dr. Zhang and Dr. Molan,

Per US DOT, there are 169 Tier I proposals submitted for 20 awards, which is historically competitive, even more competitive than NSF funding. There are a lot of background talks, at least most, if all, of university outreaching to our congressional delegates to promote their UTCs. The good news for us is there is only one Lead proposal submitted in the state of Mississippi, that is ours. That is my understanding. Please correct me, if your institute submitted one as lead institute. So it is easier for Mississippi delegates support the only one Lead proposal in their state. One university (at least one) also invited Secretary of Transportation toured their campus.

I talked to Deans Keith and Reese, and Associate VP for research Dr. Gammill, in a hope that MSU would reach out to our congressional delegation. I am reaching out to you to see if we might be able to have a short call to discuss to see if OleMiss, JSU and USM might be able to move to this direction.

Would any time be good for us to have a short call to discuss this? How about later this afternoon (4PM?) or tomorrow morning or Friday? Please let me know.

Thank you!

Li

**MSU260538**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU260539

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Friday, May 27, 2022 9:08 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>;
Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Keith, Jason
<keith@bagley.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>;
Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** RE: UTC Update and resources request
Dr. Li:
To follow on to Dr. Reeves email, I have confirmed that we can get the letter of support
you will need from MS DOT. I ask that you provide a draft letter to me at least two
weeks in advance of the proposal deadline so that we can ask DOT to transfer the letter
onto their letterhead, sign, and send back to me.
As Dr. Reeves indicated, Teresa Bryan-Watts will be a great internal resource for you as
you prepare the various pieces of the proposal and if you need help with
editing/reviewing, I'm sure ORD can help with that aspect, but you will need to notify
them in advance and get on their radar.
Best of luck on your submission.
Teresa

_____

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Friday, May 27, 2022 8:54 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Gammill, Teresa
<TGammill@research.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Keith, Jason
<keith@bagley.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>;
Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: UTC Update and resources request
Li

**MSU260540**

ORED has some inhouse resources that we can use for editing. Dr Gammill will help us to connect with them at the appropriate time, but we cannot provide funding for external editing services. BCoE will provide up to $1500 for one person to travel to the summit identified. Teresa Bryan-Watts in the Dean's Office and/or staff at the ORD (you will need to contact them) can assist with administrative aspects of the proposal (setting up meetings, reviewing the RFP, coordinating with other units/universities, and the like), but your UTC team will be responsible for all technical aspects of the proposal. If there are action items identified at meetings that are of the administrative sort, Teresa/ORD can note those. Action items pertaining to technical aspects of the proposal (monitoring proposal progress, literature review, data collection and any external analysis, etc.) are the responsibility of the UTC team to capture and act upon. ORED will work internally on discussing this effort with congressional staffers and the like.

The requests pertaining to summer salary, graduate student support, support to external members for reviewing the proposal, market analysis, etc. cannot be supported. BCoE will discuss cost share support if and when a UTC is funded or as part of the budget for a funded UTC, but we cannot provide that support for the development of a proposal.

Regards

kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, May 26, 2022 4:24 PM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>
**Subject:** UTC Update and resources request
<< File: Resillience_UTC_Abstract.docx >>
Dear Dr. Gammill, Dr. Reeves, and Dr. Howard,
After we have had a couple of internal meetings between CEE and ISE, we have identified the interim center directions, subject to changes from you, and other departments/centers. Please see the attachments. In the meantime, I am starting to reach out to other Universities in MS.
Here is a list of resources we think we would like to request and get assistance with, maybe Dr. Howard could start to identify the items the department might be able to contribute, and Dr. Rssese might be able to let me know what resources the college and ISE might be able to help. Finally, Dr. Gammill might be able to look if ORED might help.
Resources:

MSU260541

1. $1000? Technical Editor for editing the final proposal, preferred experience transportation journal editor, like the editor of ASCE Journal of Transportation Engineering, or Journal of ITE

2. Graduate students/Administrative support: literature review, schedule/coordinate meetings with partner universities and key persons within MSU, taking meeting notes, monitoring proposal progress, etc. (combined with the quick workforce market studies?)

3. $2000? Trying to find one or two retired UTC directors to review our draft proposal and improve the proposal

4. $5000? A quick workforce development market study on more than 30 major private employers, State DOT HRs/chief engineers, large MPOs, and DOTs in major cities around us. The workforce development will include construction workers, technicians, smart machine operators, traffic controllers/operators, engineers, to Ph.Ds.

5. $2500 each person: One or two persons to attend the CUTC meeting
https://mycutc.org/events/2022-summer-meeting/

Seek opportunities to work with our universities on national UTC

6. Work with other universities in Mississippi to lobby MDOT to commit to matching funds (a letter of support is good, not good enough, some state DOTs do actually dollar match, so their proposals are viewed more favorable)

7. Working with university lobbyists to come up with strategies to have MS congressional delegates (a letter of support is good, not good enough) working with US DOT assistant secretary for research and UTC director.

8. Some summer salary support for the faculty committing their significant summertime in writing the proposal.

Thanks
Li
<< OLE Object: Picture (Device Independent Bitmap) >>

MSU260542

**From:** Bryan-Watts, Teresa [bryan-watts@bagley.msstate.edu]
**Sent:** Wednesday, June 29, 2022 5:08 PM
**To:** Reeves, Kari [kari@bagley.msstate.edu]; Gammill, Teresa
[TGammill@research.msstate.edu]
**CC:** Keith, Jason [keith@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu];
Watts, Casey [watts@bagley.msstate.edu]
**Subject:** RE: US DOT UTC Grant Application

No we do not. He has mentioned several times that he wanted to request it or thought it should be requested for this project but I really was concerned with the meeting request after he was directed to go through ORED to secure the letter of support. I was not aware of any conversations he may have had, particularly with those copied on this email, and did not want to say anything in case I was missing something.

Thanks,
Teresa

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Wednesday, June 29, 2022 4:27 PM
**To:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>; Gammill, Teresa
<TGammill@research.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Watts,
Casey <watts@bagley.msstate.edu>
**Subject:** RE: US DOT UTC Grant Application

Teresa (Bryan -Watts)
Do we have any documentation that he asked for cost share at this point? I know that we are expecting that this meeting would result in an ask, but do we have anything that shows that he's asked at this point?
Thanks,
kari

Kari Babski-Reeves, PhD, CPE
Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Sent:** Wednesday, June 29, 2022 2:44 PM

**MSU260543**

**To:** Gammill, Teresa <[TGammill@research.msstate.edu](mailto:TGammill@research.msstate.edu)>
**Cc:** Reeves, Kari <[kari@bagley.msstate.edu](mailto:kari@bagley.msstate.edu)>; Keith, Jason <[keith@bagley.msstate.edu](mailto:keith@bagley.msstate.edu)>; Howard, Isaac <[ilhoward@cee.msstate.edu](mailto:ilhoward@cee.msstate.edu)>; Watts, Casey <[watts@bagley.msstate.edu](mailto:watts@bagley.msstate.edu)>
**Subject:** FW: US DOT UTC Grant Application

Dr. Gammill,

I wanted to forward this to you to ask how you would recommend I proceed. I copied your message to Dr. Zhang below so that you could see your correspondence with him from last month.

After his initial email, I spoke with you to clarify the rules of requesting research support funds from state agencies. This month I have spoken with Dr. Zhang and helped him put together a preliminary budget for his project. During our call, he reiterated that he would like to request MDOT contribute the cost share (1:1) that was required for this DOT grant. I told him that the language for the letter of support should go to you and that project support was not a request he could make directly. I am not aware of any correspondence he may have had with your office, but believed I should touch base to ensure we are going through the correct University channels. For context, I searched and found that Cindy Smith is a State Research Engineer with MDOT.

Best,
Teresa



From: Zhang, Li <lzhang@cee.msstate.edu>
Sent: Wednesday, June 29, 2022 1:32 PM
To: Smith, Cindy <cjsmith@mdot.ms.gov>
Cc: Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
Subject: US DOT UTC Grant Application

Dr. Li:
To follow on to Dr. Reeves email, I have confirmed that we can get the letter of support you will need from MS DOT. I ask that you provide a draft letter to me at least two weeks in advance of the proposal deadline so that we can ask DOT to transfer the letter onto their letterhead, sign, and send back to me.
As Dr. Reeves indicated, Teresa Bryan-Watts will be a great internal resource for you as you prepare the various pieces of the proposal and if you need help with editing/reviewing, I'm sure ORD can help with that aspect, but you will need to notify them in advance and get on their radar.
Best of luck on your submission.
Teresa

**From:** Zhang, Li <[lzhang@cee.msstate.edu](mailto:lzhang@cee.msstate.edu)>
**Sent:** Wednesday, June 29, 2022 1:32 PM
**To:** Smith, Cindy <[cjsmith@mdot.ms.gov](mailto:cjsmith@mdot.ms.gov)>
**Cc:** Bryan-Watts, Teresa <[bryan-watts@bagley.msstate.edu](mailto:bryan-watts@bagley.msstate.edu)>
**Subject:** US DOT UTC Grant Application

Cindy,

We are writing US DOT grant proposal which is due on August 25. You may be aware that traditionally, we get a letter of support from MDOT. Would you be available may be after July 4 holidays, we brief you our progress and get the letter? This round, we have major State Universities in MS backing us: USM, OLEMiss and JSU. Let me know if any particular day and time be good for you. I am flexible.

**MSU260544**

Thanks

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU260545

**From:** Watts, Casey [watts@bagley.msstate.edu]
**Sent:** Thursday, June 30, 2022 8:59 AM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Bryan-Watts, Teresa [bryan-watts@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: GOING FORWARD: University Transportation Center

Thank you for the update. Hopefully this will work.

*Casey N. Watts*
Business Manager II
Bagley College of Engineering
Mississippi State University
P: 662-325-2275

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, June 30, 2022 8:45 AM
**To:** Watts, Casey <watts@bagley.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** FW: GOING FORWARD: University Transportation Center

fyi

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, June 30, 2022 8:42 AM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: GOING FORWARD: University Transportation Center

Thank you Teresa !

Regards,
Jason

Jason M. Keith
Dean and Professor

**MSU260546**

Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Thursday, June 30, 2022 8:37 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** GOING FORWARD: University Transportation Center

Dr. Zhang:
Looking back at email threads I had indicated that our office would speak with MDOT and secure the letter of support. Your role was to provide me a draft letter that I would send to MDOT and ask them to transfer to their letterhead and sign. I would like to stay with this plan, therefore, I don't see the need for there to be a call/conversation with MDOT since we will not ask them to provide cost share.
At this point in time going forward, you will need to provide me the draft letter, sooner vs. later, and I will work with MDOT to have it back to you in time for the submission.
Please let me, your dean, ADR, and dept. head know how you will address the cost share needed for this project.
Thanks,
Teresa

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, June 29, 2022 10:35 PM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>
**Subject:** RE: University Transportation Center


Dr. Gammill,
Thanks for asking.

Yes, we would like to have it. In the past, we got our senators' and MS DOT's letters of support. For MDOT, the trick is what is in the letter. This time, we have 4 major universities in MS: JSU, OleMiss, USM, and us. I am not sure if you and MSU would go the extra mile to work with the other three universities asking for the actual matching fund will be provided, as a part of MDOT's letter of support.

I emailed MDOT State Research Engineering Cindy Smith to discuss the letter of support with Teresa cced. Our meeting will be between July 11-15. We should have no problem getting a letter of support if we don't need a matching fund. If we need a matching fund to be part of the letter for support, I believe that would be beyond my capacities.

We welcome you joing the meeting, if you think it is worthy exploring the matching fund option from MDOT.

Li

**MSU260547**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Wednesday, June 29, 2022 7:42 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** University Transportation Center

Hi Dr. Zhang:

I was cleaning off notes on my desk today and ran across the note I had made pertaining to my help in getting a support letter from the MSDOT for your University Transportation Center proposal.

I have some questions that I'm hoping you can help me with:

1. Do you still need the support letter?
2. If so, have you had any contact with anyone at MDOT in advance of our requesting this support letter?
3. If yes, who have you been speaking with at MDOT?
4. Have you indicated to anyone at MDOT what you are asking for in the way of support from MDOT?

On another note, I looked at the RFP and it requires cost share. I'm assuming you have secured your cost share from your college and/or dept? Or, is there someone else or other entities that you have also requested to help with the cost share?

Sorry for all the questions, but I'm trying to stay up to speed on the big proposals that are currently on the radar at MSU. Any information/update you can provide will be appreciated.

MSU260548

Best
Teresa

**MSU260549**

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Thursday, October 27, 2022 10:05 AM
**To:** Amir Mehrara Molan [amehrara@olemiss.edu]; mwkang [mwkang@southalabama.edu]; patrick.sherry01 [patrick.sherry01@gmail.com]; Zhang, Yunlong [yzhang@civil.tamu.edu]; Yuanyuan Zhang [Yuanyuan.Zhang@usm.edu]; V.Gopu [V.Gopu@LA.GOV]; Yang, Hong [hyang@odu.edu]; Patrick Sherry [Patrick.Sherry@du.edu]; Robert Whalin [robert.w.whalin@jsums.edu]
**Subject:** MSU's possible withdraw from UTC applications

Dear all,
My best wishes to you and your family this Fall semester.

Hope you have been contacted by MSU already, you can see from the email below, I try to ask MSU to contact you first before withdrawing from the UTC grant application. I send an email and tried to persuade MSU to keep the UTC grant application.

I did not contact you immediately since I hoped MSU and I could resolve this internally. I have not gotten any answer yet to my email yesterday, the actual status is not clear to me yet as well. Now I believe it is my professional duty to allow you to know the sad story that MSU might withdraw the grant.

In my reprimand letter, in addition to a few sanctions,
"I asked you to stand down and not have further conversations with anyone regarding Congressional support for this project. That has not happened. There have been efforts by the project team to talk with MS Congressional offices and to secure written support from other institutions targeting the Congressional offices on behalf of this project. *You are the PI and lead for this effort and as such, you are responsible*.
I consider this clear insubordination and a violation of MSU Policy HRM 60.401 establishing guidelines for
employee conduct. Consequences are as follows.
• I have authorized our Office of Sponsored Projects to contact the sponsor and withdraw the pending UTC proposal. You will not be allowed to lead a UTC for MSU.
….."

I believe a few of you knew better how the congressional support started and how it proceeded. I have promised MSU information about that also understand you don't have to provide MSU with that information. I will appreciate it if you would have a letter or something like that to explain I am responsible or I have no involvement with the congressional letter at all or anything else you can think of to keep the grant application, I will appreciate that very much. Here are a few points I would like to make:

1. During the application process, I had asked MSU to relocate the UTC management functions to other partner universities.
2. I did not start the congressional support initiative, I professionally responded to the requests from our Co-PIs and asked MSU.
3. I have not asked for any external support for the UTC efforts after MSU's order

**MSU260550**

4. I should not be responsible for securing support originating from other partner universities.

Since I believe MSU might monitor or at least retrieve the email communications between me and all of you, it might be good to remove my email from your discussion.

Thank you!

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

1. Email to MSU VP for research yesterday

--------------------------------------------------------------------------

Dr. Jordan,

Thanks for your attention to this matter, I have followed your order and have not asked for any external support for the UTC efforts after your order. I think there might be some confusion or misunderstandings. I will appreciate it if you contact your sources or disclose your sources to me so I can get a clearance that I have not asked your sources for UTC support. In the meantime, I'll ask around to see if I can pass you information about other institutes' efforts, as you know, they don't always respond to my emails though.

MSU260551

**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Tuesday, June 10, 2025 9:09 AM
**To:** Mullen, Tabor [TMullen@saffairs.msstate.edu]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]
**CC:** Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Lucas, Joan [JLucas@legal.msstate.edu]; Jolly, Brandon [bjolly@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** RE: A follow-up on documents requested by the hearing panel

Thank you, Dr. Mullen.

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Sent:** Monday, June 9, 2025 4:08 PM
**To:** Grala, Robert <rkg55@msstate.edu>; Charlie Winfield <cwinfield@winfieldlawfirm.com>; Ashlyn Matthews <amatthews@winfieldlawfirm.com>
**Cc:** Li Zhang <lizhang3@gmail.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Lucas, Joan <JLucas@legal.msstate.edu>; Jolly, Brandon <bjolly@legal.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>
**Subject:** RE: A follow-up on documents requested by the hearing panel

P&T committee,

- Copies of Dr. Zhang's 2021 and 2022 annual evaluations, signed by him, the department head, and the dean. Signed copies were delivered to the committee with Dr. Howard's signature and HR email

- Copy of an email or other communication informing Dr. Zhang about the University's practice not to seek the Mississippi Congressional Delegation's support for competitive grants. See emails.

- Copy of an email or other communication where Dr. Zhang asks his Co-PIs on the UTC grant proposal to seek the Mississippi Congressional Delegation's support. See emails.

MSU260552

- Copy of an email or other communication where Dr. Zhang is asked to stop seeking the Mississippi Congressional Delegation's support by him and/or his Co-PIs on the UTC grant proposal. See emails.

- The list of civil and environmental engineering faculty with specifications on when each faculty had the 2021 and 2022 annual reviews with a department head, and whether these annual evaluations were signed and when by the department head and the dean. See Re_request of summary

- Any documentation regarding who asked for police assistance when students conducted a traffic count assignment on the Mississippi State University's campus, as mentioned during the testimony. None has been found at the time of this email.

Please let me know if you have any questions.

Sincerely,
Robert Grala


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260553**

**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Tuesday, June 10, 2025 2:42 PM
**To:** Mullen, Tabor [TMullen@saffairs.msstate.edu]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]; Lucas, Joan [JLucas@legal.msstate.edu]
**CC:** Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Lucas, Joan [JLucas@legal.msstate.edu]; Jolly, Brandon [bjolly@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** RE: A follow-up on documents requested by the hearing panel

Dr. Mullen,

Thank you for your patience. The hearing panel has one additional request regarding documentation related to FAA proprietary data (ASSURE project) mentioned in University Exhibit 31. In the email correspondence, Mr. Lux Luxion informs Dr. Zhang about the termination of the project. He noted that one of the reasons was that Dr. Zhang was notified on numerous occasions not to discuss the work done under the FAA IDIQ contract, but he did so during A36 meetings. The panel would like to see any documentation related to these notifications (e.g., emails, letters) and the contract stipulations. Thank you for accommodating this request.

Sincerely,
Robert

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Sent:** Monday, June 9, 2025 4:08 PM
**To:** Grala, Robert <rkg55@msstate.edu>; Charlie Winfield <cwinfield@winfieldlawfirm.com>; Ashlyn Matthews <amatthews@winfieldlawfirm.com>
**Cc:** Li Zhang <lizhang3@gmail.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Lucas, Joan <JLucas@legal.msstate.edu>; Jolly, Brandon <bjolly@legal.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>
**Subject:** RE: A follow-up on documents requested by the hearing panel

P&T committee,

MSU260554

- Copies of Dr. Zhang's 2021 and 2022 annual evaluations, signed by him, the department head, and the dean. <u>Signed copies were delivered to the committee with Dr. Howard's signature and HR email</u>

- Copy of an email or other communication informing Dr. Zhang about the University's practice not to seek the Mississippi Congressional Delegation's support for competitive grants. <u>See emails.</u>

- Copy of an email or other communication where Dr. Zhang asks his Co-PIs on the UTC grant proposal to seek the Mississippi Congressional Delegation's support. <u>See emails.</u>

- Copy of an email or other communication where Dr. Zhang is asked to stop seeking the Mississippi Congressional Delegation's support by him and/or his Co-PIs on the UTC grant proposal. <u>See emails.</u>

- The list of civil and environmental engineering faculty with specifications on when each faculty had the 2021 and 2022 annual reviews with a department head, and whether these annual evaluations were signed and when by the department head and the dean. <u>See Re_request of summary</u>

- Any documentation regarding who asked for police assistance when students conducted a traffic count assignment on the Mississippi State University's campus, as mentioned during the testimony. <u>None has been found at the time of this email.</u>

Please let me know if you have any questions.

Sincerely,
Robert Grala

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260555**

**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Tuesday, June 10, 2025 2:56 PM
**To:** Li Zhang [lizhang3@gmail.com]; Mullen, Tabor [TMullen@saffairs.msstate.edu]; Grafton Bragg [grafton@graftonbragglaw.com]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]
**CC:** Lucas, Joan [JLucas@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** Expected date of the hearing panel recommendation

Drs. Zhang and Mullen,

Per policy HRM 60.113, the hearing panel is required to provide a recommendation regarding employment termination within five days after the hearing. However, the panel requested various documents during the hearing process. The panel also requested additional documents and information after its closed session deliberations. In both cases, these documents/information require time to collect. Thus, the panel may need to issue its recommendation within five days of receiving the last piece of requested documentation or a notification that such documentation is unavailable. Thank you for your understanding. Please let me know if you have any questions.

Sincerely,
Robert

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260556**

**From:** Li Zhang [lizhang3@gmail.com]
**Sent:** Wednesday, June 11, 2025 10:52 AM
**To:** Grala, Robert [rkg55@msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]
**CC:** Grafton Bragg [grafton@graftonbragglaw.com]; Mullen, Tabor [TMullen@saffairs.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]
**Subject:** Re: Expected date of the hearing panel recommendation
**Attachments:** Exhibit 7 - Hearing Transcript.pdf

ReL  Addendum and Clarification to Committee
Dear committee members,
 For days, I have made every effort to remain patient and respectful of the committee's time, avoiding unnecessary burden by withholding supplemental submissions. However, after carefully reviewing the materials and emails recently submitted by MSU, I believe it is necessary to provide the following clarifications and corrections. I sincerely apologize for this additional document and for any added burden it may impose. Please note that I am submitting this communication personally; my legal counsel is not involved in this correspondence.

1. **Omission of "Stand Down" Email**
   As Dr. Julia Jordan testified, she was aware of my "stand down" email. However, this critical email was missing from the forwarded chain provided by Dr. Mullen—either due to intentional omission or unintentional oversight. I am hoping MSU will add that email back.
2. **Email Chain Reveals Timeline Coordination**
   Dr. Green wrote on June 4, 2025, at 5:27 PM:

   "Since he was not at MSU during the time frame, we can argue he is objective."
   The "he" here refers to the new Dean, Dr. David Ford.

3. Shortly after, Dr. Mullen added at 5:41 PM:

   "If possible, it would be nice to have Zhang's signed ARs tomorrow AM and then the summary on Friday."

4. However, on June 5, 2025, at 3:11:38 PM—after the hearing—Dr. Ford contradicted these emails:

   "I believe that HRM already provided you with Dr. Zhang's annual reviews from CY2021 and CY2022."
   "BCoE does not have a completed review on file for Prof. Li Zhang from CY2021."
   "BCoE does not have a completed review on file for Prof. Li Zhang from CY2022."

**MSU260557**

I believe the committee can make a judgment about the validity of the annual review based on the email quotes above. These contradictions raise a pressing question: If the Bagley College of Engineering (BCoE) did not have my annual reviews for 2021 and 2022, why were they referenced as official materials during the termination proceedings? What are the differences between HRM's versions now referred to in the email and the version in MSU's official termination documents? MSU has had ample time to review my files, over one year, yet after the termination hearing, they found no such documents at COE.

5. **MSU's timeline .**

It is also important to note that the timeline MSU submitted to the committee reflects a one-sided narrative. The version omits key dates and statements that were part of the official hearing record, including recorded video testimony. I respectfully appeal to the committee to recognize that MSU's timeline lacks balance. If the committee deems it helpful, I would be more than happy to provide a complete and amended version of the timeline for comparison and clarity.

**6. Campus Police Incident Documentation Request**
In response to the committee's request:

"Any documentation regarding who asked for police assistance when students conducted a traffic count assignment… None has been found at the time of this email."
This suggests MSU could not—or chose not to—produce any supporting documentation.

I would like to emphasize:

a) In Spring 2022, student traffic counts were conducted exactly as outlined in the textbook exercises—off-road, in safe locations. There was no police involvement. I challenge MSU to produce any evidence to the contrary.

b) I further challenge MSU to produce any police reports or disciplinary records for my classes, not only for 2022 but for my entire teaching tenure, which spans from 2005 to the present. Dr. Green asserted that students were conducting unsafe fieldwork inside the roadway, prompting police intervention. (Please use his exact recorded words). After over a year of preparation, Dr. Green has yet to submit any corroborating police reports or sworn testimony to support his assertion. I challenge him to provide such evidence to back his statement.

c) Other CEE courses also require students to collect data in the field—including roadway environments—yet no similar administrative concerns or interventions have been recorded

**6. Legal Clarification on Faculty Handbook as Contract**

MSU260558

Several committee members have raised questions regarding whether the faculty handbook constitutes a contract. My legal counsel has already provided the relevant court transcript to MSU's external counsel. As it appears this was not distributed to committee members, I have attached the transcript here. To save faculty time in reading 57 pages of transcript, I've included the following for you to have a look at.

The court affirmed that MSU's violations of the faculty handbook constitute violations of contract. Key excerpts follow:

**Court Inquiry (Transcript, Page 38):**

"So what about paragraph 6 in the contract that says that the employee and/or faculty handbook is not a contract?"

**MSU's Argument (Page 38, Lines 4–7):**

"Nor is it incorporated by reference… those terms would have no bearing."

**Court's Finding (Page 51, Lines 3–10):**

"Employee handbooks can become part of the contract of employment only if they do not contain a disclaimer stating it is not a contract."

"If the employee handbook has that disclaimer... those [contractual] claims would be dismissed."

**Court Ruling (Page 51, Lines 14–21):**

"If there is no disclaimer, the only portion of the complaint that is going to be dismissed is paragraph 57, section H… You would have to pursue those through the Tort Claims Act."
This means that my contractual claims, as outlined in the faculty handbook, remain in court. Only one paragraph related to the tort procedure was dismissed.

MSU's external legal counsel confirmed later to the court that **no such disclaimer** exists in the MSU Faculty Handbook. As a result, all of my claims asserting contractual violations based on the handbook stand.

**MSU did not challenge the contractual status of the faculty handbook in the Supreme Court Appeals**

MSU attempted to restrict the venue to Oktibbeha County in its employment contracts. The court rejected this provision, citing overreaching and imbalance in bargaining power. MSU appealed twice to the Mississippi Supreme Court—an extraordinary and rare legal maneuver—and was denied both times. Notably, MSU did **not challenge** the contractual status of the faculty handbook in either of the appeals.

**MSU260559**

For reference, the Supreme Court case can be accessed here:

https://courts.ms.gov/index.php?cn=97778#dispArea

Thank you so much for your attention.


Li


On Tue, Jun 10, 2025 at 2:55 PM Grala, Robert <rkg55@msstate.edu> wrote:

> Drs. Zhang and Mullen,
>
>
> Per policy HRM 60.113, the hearing panel is required to provide a recommendation regarding employment termination within five days after the hearing. However, the panel requested various documents during the hearing process. The panel also requested additional documents and information after its closed session deliberations. In both cases, these documents/information require time to collect. Thus, the panel may need to issue its recommendation within five days of receiving the last piece of requested documentation or a notification that such documentation is unavailable. Thank you for your understanding. Please let me know if you have any questions.
>
>
> Sincerely,
>
> Robert
>
>
>
> Dr. Robert K. Grala
>
> George L. Switzer Professor of Forestry
>
> Department of Forestry
>
> College of Forest Resources
>
> Mississippi State University
>
> Box 9681
>
> Mississippi State, MS 39762-9681
>
> Phone: (662) 325-7039

**MSU260560**

**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Friday, June 13, 2025 4:04 PM
**To:** Mullen, Tabor [TMullen@saffairs.msstate.edu]; Li Zhang [lizhang3@gmail.com]; Grafton Bragg [grafton@graftonbragglaw.com]; Charles Winfield [cwinfield@winfieldlawfirm.com]; Ashlyn Matthews [AMatthews@winfieldlawfirm.com]; Lucas, Joan [JLucas@legal.msstate.edu]
**CC:** Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** RE: Expected date of the hearing panel recommendation


Dr. Mullen,

I have received your email and documentation. Thank you.

Sincerely,
Robert


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Sent:** Friday, June 13, 2025 1:26 PM
**To:** Grala, Robert <rkg55@msstate.edu>; Li Zhang <lizhang3@gmail.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Charlie Winfield <cwinfield@winfieldlawfirm.com>; Ashlyn Matthews <amatthews@winfieldlawfirm.com>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Anthony, Kelli <KAnthony@comm.msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>
**Subject:** Re: Expected date of the hearing panel recommendation

Dr. Grala,

In an effort to be responsive to the committee's request, we conducted a detailed review of Dr. Zhang's MSU email records for the period between Dr. Jordan's September 14, 2022 email and the written reprimand. To our best knowledge, the attached file contains copies of all the email correspondence between Dr. Zhang and members of his team that were on the topic of support for the UTC proposal during that time frame (excluding the scheduling-type emailed responses to Dr. Zhang's initial request to set up a call). Although we have not located documentation of Dr.

MSU260799

Zhang directly seeking support from the MS congressional delegation or expressly instructing his team to do so, the attached communications provide context that the committee appears to desire, including the absence of a response from Dr. Zhang when made aware of a continuing effort to seek support from the Mississippi Congressional Delegation.

TLM

Tabor Mullen, Ph.D.
Interim Associate VP
Office of the Provost and Executive VP
MS State

Sent from mobile phone

---

**From:** Grala, Robert <rkg55@msstate.edu>
**Sent:** Thursday, June 12, 2025 10:35 AM
**To:** Li Zhang <lizhang3@gmail.com>; Grafton Bragg <grafton@graftonbragglaw.com>; Mullen, Tabor <TMullen@saffairs.msstate.edu>; Charlie Winfield <cwinfield@winfieldlawfirm.com>; Ashlyn Matthews <amatthews@winfieldlawfirm.com>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Anthony, Kelli <KAnthony@comm.msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>
**Subject:** RE: Expected date of the hearing panel recommendation

Dr. Zhang,

I acknowledge your email and the attached documentation. However, the hearing panel should technically review only the testimonies and the documents provided during the hearing, as well as the documentation requested by the hearing panel. Moreover, the University provided a timeline to each hearing panel member and you and your lawyer. You did not object to the timeline as presented by the university. However, given the situation, the hearing panel would like to request your version of the timeline and documentation of any communication from you to your CO-PIs on the UTC project that asks them not to seek support from the Mississippi Congressional Delegation. To be able to provide a timely recommendation regarding this case, the hearing panel would appreciate it if you could provide us with this information by 2:00 pm on this Friday (June 13, 2025).

Sincerely,
Robert Grala


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260800**

**From:** Li Zhang <lizhang3@gmail.com>
**Sent:** Wednesday, June 11, 2025 10:52 AM
**To:** Grala, Robert <rkg55@msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>
**Cc:** Grafton Bragg <grafton@graftonbragglaw.com>; Mullen, Tabor <TMullen@saffairs.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** Re: Expected date of the hearing panel recommendation

ReL Addendum and Clarification to Committee
Dear committee members,
 For days, I have made every effort to remain patient and respectful of the committee's time, avoiding unnecessary burden by withholding supplemental submissions. However, after carefully reviewing the materials and emails recently submitted by MSU, I believe it is necessary to provide the following clarifications and corrections. I sincerely apologize for this additional document and for any added burden it may impose. Please note that I am submitting this communication personally; my legal counsel is not involved in this correspondence.

1. **Omission of "Stand Down" Email**
   As Dr. Julia Jordan testified, she was aware of my "stand down" email. However, this critical email was missing from the forwarded chain provided by Dr. Mullen—either due to intentional omission or unintentional oversight. I am hoping MSU will add that email back.
2. **Email Chain Reveals Timeline Coordination**
   Dr. Green wrote on June 4, 2025, at 5:27 PM:

   "Since he was not at MSU during the time frame, we can argue he is objective."
   The "he" here refers to the new Dean, Dr. David Ford.

3. Shortly after, Dr. Mullen added at 5:41 PM:

   "If possible, it would be nice to have Zhang's signed ARs tomorrow AM and then the summary on Friday."

4. However, on June 5, 2025, at 3:11:38 PM—after the hearing—Dr. Ford contradicted these emails:

   "I believe that HRM already provided you with Dr. Zhang's annual reviews from CY2021 and CY2022."
   "BCoE does not have a completed review on file for Prof. Li Zhang from CY2021."
   "BCoE does not have a completed review on file for Prof. Li Zhang from CY2022."

   I believe the committee can make a judgment about the validity of the annual review based on the email quotes above. These contradictions raise a pressing question: If the Bagley College of Engineering (BCoE) did not have my annual reviews for 2021 and 2022, why were they referenced as official materials during the termination proceedings?

**MSU260801**

What are the differences between HRM's versions now referred to in the email and the version in MSU's official termination documents? MSU has had ample time to review my files, over one year, yet after the termination hearing, they found no such documents at COE.

5. **MSU's timeline .**

It is also important to note that the timeline MSU submitted to the committee reflects a one-sided narrative. The version omits key dates and statements that were part of the official hearing record, including recorded video testimony. I respectfully appeal to the committee to recognize that MSU's timeline lacks balance. If the committee deems it helpful, I would be more than happy to provide a complete and amended version of the timeline for comparison and clarity.

**6. Campus Police Incident Documentation Request**
In response to the committee's request:

"Any documentation regarding who asked for police assistance when students conducted a traffic count assignment… None has been found at the time of this email."
This suggests MSU could not—or chose not to—produce any supporting documentation.

I would like to emphasize:

a) In Spring 2022, student traffic counts were conducted exactly as outlined in the textbook exercises—off-road, in safe locations. There was no police involvement. I challenge MSU to produce any evidence to the contrary.

b) I further challenge MSU to produce any police reports or disciplinary records for my classes, not only for 2022 but for my entire teaching tenure, which spans from 2005 to the present. Dr. Green asserted that students were conducting unsafe fieldwork inside the roadway, prompting police intervention. (Please use his exact recorded words). After over a year of preparation, Dr. Green has yet to submit any corroborating police reports or sworn testimony to support his assertion. I challenge him to provide such evidence to back his statement.

c) Other CEE courses also require students to collect data in the field—including roadway environments—yet no similar administrative concerns or interventions have been recorded

6. **Legal Clarification on Faculty Handbook as Contract**

Several committee members have raised questions regarding whether the faculty handbook constitutes a contract. My legal counsel has already provided the relevant court transcript to MSU's external counsel. As it appears this was not distributed to committee members, I have attached the transcript here. To save faculty time in reading 57 pages of transcript, I've included the following for you to have a look at.

The court affirmed that MSU's violations of the faculty handbook constitute violations of contract. Key excerpts follow:

**MSU260802**

**Court Inquiry (Transcript, Page 38):**

"So what about paragraph 6 in the contract that says that the employee and/or faculty handbook is not a contract?"

**MSU's Argument (Page 38, Lines 4–7):**

"Nor is it incorporated by reference… those terms would have no bearing."

**Court's Finding (Page 51, Lines 3–10):**

"Employee handbooks can become part of the contract of employment only if they do not contain a disclaimer stating it is not a contract."

"If the employee handbook has that disclaimer... those [contractual] claims would be dismissed."

**Court Ruling (Page 51, Lines 14–21):**

"If there is no disclaimer, the only portion of the complaint that is going to be dismissed is paragraph 57, section H… You would have to pursue those through the Tort Claims Act."
This means that my contractual claims, as outlined in the faculty handbook, remain in court. Only one paragraph related to the tort procedure was dismissed.

MSU's external legal counsel confirmed later to the court that **no such disclaimer** exists in the MSU Faculty Handbook. As a result, all of my claims asserting contractual violations based on the handbook stand.

**MSU did not challenge the contractual status of the faculty handbook in the Supreme Court Appeals**

MSU attempted to restrict the venue to Oktibbeha County in its employment contracts. The court rejected this provision, citing overreaching and imbalance in bargaining power. MSU appealed twice to the Mississippi Supreme Court—an extraordinary and rare legal maneuver—and was denied both times. Notably, MSU did **not challenge** the contractual status of the faculty handbook in either of the appeals.

For reference, the Supreme Court case can be accessed here:

https://courts.ms.gov/index.php?cn=97778#dispArea

Thank you so much for your attention.


Li

**MSU260803**

On Tue, Jun 10, 2025 at 2:55 PM Grala, Robert <rkg55@msstate.edu> wrote:

Drs. Zhang and Mullen,

Per policy HRM 60.113, the hearing panel is required to provide a recommendation regarding employment termination within five days after the hearing. However, the panel requested various documents during the hearing process. The panel also requested additional documents and information after its closed session deliberations. In both cases, these documents/information require time to collect. Thus, the panel may need to issue its recommendation within five days of receiving the last piece of requested documentation or a notification that such documentation is unavailable. Thank you for your understanding. Please let me know if you have any questions.

Sincerely,
Robert


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

MSU260804

**From:** Grala, Robert [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88D94185A6574AC18F8287169D272CF2-RKG55]
**Sent:** Thursday, June 19, 2025 11:11 AM
**To:** Shaw, David [david.shaw@msstate.edu]
**CC:** Dunne, Jim [JDunne@provost.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** University Committee on P&T - Dr. Li Zhang's Hearing - Letter to Dr. Shaw
**Attachments:** University Committee on P&T - Dr. Li Zhang's Hearing - Letter to Dr. Shaw 06 19 2025.pdf

Dr. Shaw,

The University Committee on Promotion and Tenure appreciates the opportunity to provide feedback on Dr. Li Zhang's receipt of the Notice of Termination of Employment. The hearing panel has completed the review of the hearing information and materials. Our opinion and recommendations are appended in the attached letter. According to the stipulations outlined in University Policy HRM 60.113, a copy of this letter will be emailed to Dr. Zhang. I would appreciate it if you could confirm a successful receipt of this email and the attached letter. Please let me know if the committee can be of further assistance.

Sincerely,
Robert Grala

Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

**MSU260805**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Dr. David Shaw
Provost and Executive Vice President
Office of the Provost and Executive Vice President
Mississippi State University
3501 Lee Hall
Box BQ
Mississippi State, MS 39762

June 19, 2025

Dr. Robert K. Grala
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762

RE: Hearing requested by Dr. Li Zhang

Dr. Shaw,

The University Committee on Promotion and Tenure (P&T) conducted the hearing requested by Dr. Li Zhang, who received the Notice of Termination of Employment as stipulated in the University Policy HRM 60.113. The notice was based on Dr. Zhang's failure to teach in accordance with the University's standards since 2021, unsatisfactory research performance, and involvement in conduct deemed contumacious. The hearing schedule was coordinated by the University General Counsel's office. The hearing panel was established based on the availability of committee members and constituted the majority of the committee membership. Each panel member reviewed materials provided by Dr. Zhang and the University. The hearing took place from June 3 to 5, 2025. Dr. Zhang presented on his behalf and had an attorney as an advisor. The University was represented by Dr. Tabor Mullen, who was accompanied by an attorney as an advisor.

Dr. Zhang called two witnesses:

- Dr. Vijaya (VJ) K.A. Gopu, Professor, Department of Civil Engineering, University of Louisiana at Lafayette, and Associate Director of Louisiana Transportation Research Center.
- Dr. Dennis Truax, former department head of the Department of Civil and Environmental Engineering, Mississippi State University.

**MSU260806**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

The University called five witnesses:

- Dr. Robert A. Green, Associate Dean of Academics, James Worth Bagley College of Engineering, Mississippi State University.
- Dr. Isaac L. Howard, Professor, James T. White Endowed Chair, and Director, Richard A. Rula School of Civil and Environmental Engineering, Mississippi State University.
- Dr. Julia Morrison, Sr. Human Resources Business Partner in Human Resource Management, Mississippi State University.
- Dr. Julie Jordan, Vice President for Research and Economic Development, Office of Research and Economic Development, Mississippi State University.
- Dr. David Shaw, Provost and Executive Vice President, Office of the Provost and Executive Vice President, Mississippi State University.

The hearing panel called one witness:

- Dr. Patrick Sherry, Professor and Director, National Center for Intermodal Transportation, University of Denver.

The hearing panel took a short recess after Dr. Zhang and each witness testified to summarize findings and prepare questions. The panel also met at the end of each hearing day to summarize the findings. The hearing panel reviewed exhibits provided by Dr. Zhang and the University, as well as the testimonies of Dr. Zhang, the witnesses, and additional documents requested by the hearing panel. Subsequently, the hearing panel held online meetings on June 5, 8, 12, and 16, 2025, to discuss the documents and exhibits provided by both parties, as well as the testimonies and documents requested by the hearing panel.

**While the committee has not reached an agreement on each of the particular reasons for termination, it finds, by a majority vote, that the University had cause to terminate Dr. Zhang due to conduct.** Four panel members voted in favor of this recommendation, three voted against, and none abstained. The hearing panel has identified several irregularities related to Dr. Zhang's annual evaluations for the years 2021 and 2022; however, the panel did not evaluate Dr. Zhang's performance during that period. Thus, the **panel recommends** establishing the other faculty panel, as stipulated in University Policy HRM 60.113, consisting of faculty with experience in Dr. Zhang's academic area and/or closely related fields, to determine if the rankings for teaching and research in 2021 and 2022 correspond with Dr. Zhang's performance during those years.

The committee has reached agreement on the following points of note:

- The hearing panel would like to acknowledge that Dr. Zhang faced personal and family hardships as his son was born with a disability. Subsequently, Dr. Zhang's family had to move to Brandon, Mississippi, so his son could receive the necessary medical care. Dr.

College of Forest Resources ■ Forest and Wildlife Research Center ■ MSU Extension Service

**MSU260807**



Zhang was separated from his family and had to commute to Brandon to visit them periodically. This likely resulted in physical and emotional hardships for Dr. Zhang and his family.

- Dr. Zhang failed to follow direct instructions from the department head and college dean to remove the traffic count field assignment from the CE 4143 (Traffic Engineering) course he taught in the spring semester of 2022. The instruction to remove the traffic count assignment was based on concerns about student safety; it was vetted and approved by Dr. Shaw, the Provost and Vice President, who is the chief academic officer at Mississippi State University. The project description provided by the University (MSU054309-054316) indicated the deployment of detectors at major intersections and the collection of traffic and pedestrian counts at minor intersections. Dr. Zhang had numerous opportunities to develop alternative approaches to implementing the traffic count assignment that would satisfy the university's concerns regarding student safety. Dr. Zhang's concerns about a breach of academic freedom and assertions that such traffic counts are a standard textbook homework assignment should have been addressed through proper administrative and academic channels. This willful disregard of instructions from supervisors was a clear case of contumacious conduct.

- The panel believes that the student email received by Dr. Howard on April 5, 2022, was a clear example of highly unprofessional conduct by Dr. Zhang (University Exhibit 18). The student reported that Dr. Zhang confronted and threatened his students regarding their complaints about the traffic count assignment. He implied that some of the students probably had wealthy parents, but they should be aware that bribing the department with money could lead to jail time. Once again, any grievance regarding the traffic count assignment should be resolved through the administrative channels.

- On December 18, 2021, Dr. Zhang sent an email to students regarding the grade change, implying that the grades were changed by Drs. Howard and Keith. Dr. Zhang also raised other aspects related to this course. The hearing panel believes that the email to students was inappropriate and unprofessional, and that this issue should be resolved through the appropriate administrative channels. Despite repeated requests, Dr. Zhang did not provide all final exam materials so the exam could be conducted and graded on his behalf to accommodate his surgery. He provided the initial exam version before the exam date, but also informed the department that he would simplify it. The simplified final exam version was emailed in the morning on the day of the final exam. There was also no communication between Dr. Zhang and the department regarding the calculation of the final grades. While Dr. Zhang was on medical leave, he had time to prepare the required final exam materials in advance and inform his administration how to proceed with final grades.

MSU260808



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

- Dr. Zhang requested clarification and was informed that the Federal Aviation Administration (FAA) contract had specified that materials from a completed project (A22) should not be discussed or used in a subsequent project (A36). Moreover, Dr. Zhang was notified on numerous occasions by the FAA Indefinite Delivery/Indefinite Quality (IDIQ) contract officials that work completed under the contract was not to be discussed after the project ended. However, Dr. Zhang did not follow these instructions and continued to discuss this work during the A36 meetings. Subsequently, he was removed from the project, and the remaining funds were allocated to other FAA work. The hearing panel's opinion is that this behavior constitutes disregard for the PI's and the funding agency's instructions and contractual obligations.

- Zhang was officially reprimanded by Dr. Jordan, Vice President for ORED, for refusing a direct order not to seek support from the Mississippi Congressional Delegation for the Department of Transportation's University Transportation Center (UTC) proposal (University Exhibit 27). He was informed before the reprimand that only the leadership of Mississippi State University had the authority to take such action per the university's practice. However, documents provided by both parties do not indicate that Dr. Zhang sought such support or instructed his Co-PIs to seek it after Dr. Jordan's email notification to stand down on this effort was sent to him on September 14, 2022, at 1:26 p.m. The only documented activity related to seeking support from the Mississippi Congressional Delegation by the Co-PI from Mississippi's university was email communication (October 13, 2022) between the Co-PI from the University of Southern Mississippi (USM) and Dr. Kelly Lucas, USM's Vice President for Research, where the Co-PI requested a support letter from the Mississippi Congressional Delegation (MSU203440).

- Dr. Zhang received a reprimand from the MSU's ORED Vice President, and this reprimand was factored into the evaluation of his research performance for that year, per his department head's testimony. However, in the hearing panel's opinion, the reprimand for not following direct instructions was not related to Dr. Zhang's research productivity.

- Dr. Zhang's annual evaluations for the years 2021 and 2022 were not conducted until the fall of 2023. Both evaluations were conducted on the same day. As a result, Dr. Zhang did not have an opportunity to implement positive adjustments to his teaching and research prior to this evaluation. Additionally, Dr. Zhang did not have teaching assignments after 2022. Moreover, Dr. Zhang was on sabbatical during the fall of 2022 and the spring of 2023 (MSU219831).

- It appears that AOP 13.24 (Annual Faculty Review Process) was not followed. Per policy, annual reviews should be completed by March 15. Dr Zhang's annual reviews for the years 2021 and 2022 were completed on the same day (performed on Oct 18, 2023)

College of Forest Resources ▪ Forest and Wildlife Research Center ▪ MSU Extension Service

**MSU260809**

**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

and digitally signed by Dr. Zhang on November 6, 2023. Dr. Zhang provided a rebuttal to both evaluations (University Exhibits 23 and 24). Moreover, the policy stipulates that a copy of the annual evaluation signed by all parties should be returned to the faculty. Dr. Zhang reported that he had never received a copy of the annual evaluations (for years 2021 and 2022) signed by his department head and dean. Per request, the hearing panel received copies of 2021 and 2022 annual evaluations signed by the department head; however, copies of 2021 and 2022 annual evaluations signed by the dean could not be located. There was, however, email communication indicating that they were potentially sent to MSU's Human Resources Management. The summary requested by the hearing panel and provided by the University indicated that, among all Civil and Environmental Engineering faculty, Dr. Zhang's annual review for the year 2021 was the only one that remained unsigned by all parties, whereas for the year 2022, it was one of the two unsigned reviews.

- Several weeks prior to Dr. Zhang's annual review for the years 2021 and 2022 (performed on Oct 18, 2023), Dr. Howard consulted with Dr. Keith on how to evaluate Dr. Zhang's performance. This appears to undermine the independence of the annual review and the subsequent dean's review when the annual review was challenged by Dr. Zhang.

- Dr. Howard testified that he had changed the evaluation expectations and disagreed with the higher evaluations of the previous department head. According to AOP 13.24, "Any changes in the annual review process or in the evaluation standards proposed by the department head must be provided in both hardcopy and electronic format to all department faculty. Solicitation of comments from and majority approval by the department faculty of all proposed changes must be in accordance with MSU Principles of University Governance guidelines and occur prior to January 1st of the year under review." Therefore, the changes in the evaluation standard instituted by Dr. Howard may not have followed the AOP 13.24. The annual review reports prior to 2021 indicate no significant changes in documented metrics such as student evaluations or research productivity in the years 2021 and 2022. However, there was a significant shift in the department head's assessment of Dr. Zhang's performance following the change of the department head.

- Dr. Zhang's course evaluations for CE 4143 01 (Traffic Engineering), instructed in the spring of 2022, were relatively low (28 responses out of a possible 38; University Exhibit 17). While there were some positive comments, most comments were negative or suggested numerous instructional changes. Course evaluations for CE 8113 501 (Traffic Flow Theory) in the spring of 2022 received relatively high evaluation scores, but there was only one response out of a possible two. However, course evaluations for CE 3113 01 (Transportation Engineering), instructed in the fall of 2021, were relatively higher than those for CE 4413 01 in spring of 2022 (University Exhibit 13). While there were negative comments and suggestions for improvement, there were also positive comments.

**MSU260810**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Course ratings for CE 4413 01 in the fall of 2021 were higher than those in the spring of 2022; however, they were relatively low.

- University Exhibits 8 and 14 illustrate various verbal and email negative comments about Dr. Zhang's course instructions. However, Dr. Zhang indicated those were not conveyed to him in either form. This prevented him from implementing instruction improvement and addressing student concerns.

- Dr. Zhang's conduct during the visit by the Accreditation Board for Engineering and Technology, Inc. (ABET) program evaluator (PEV) was inappropriate. The PEV requested a schedule change by aggregating the pre-scheduled 20-minute meetings with individual faculty into one 30-minute group meeting with all faculty. In his email to Ms. Laura Dunn, Dr. Zhang indicated it was not enough time to evaluate the program and requested reverting to the original schedule (University Exhibit 34). He subsequently sent an email to Drs. Keith and Howard and requested a 30-minute meeting with the ABET PEV. He also suggested individual 30-minute meetings for each faculty member. Dr. Keith indicated that the PEV had requested a specific meeting schedule and that they needed to accommodate that request. Dr. Keith also responded, "I am sorry we cannot do this" (University Exhibit 34). Dr. Zhang was the only faculty member who met with ABET PEV individually. Then, Dr. Zhang informed Drs. Howard and Keith via email that the departmental staff member had asked him to meet with the ABET PEV, and he did so. Subsequently, Dr. Howard sent an email to Dr. Keith and other university administrators, informing them that Dr. Zhang's email was misleading. He explained that it was Dr. Zhang who approached ABET PEV with a request for additional time, despite being asked not to do so. The ABET PEV informed Dr. Howard about this request, which contradicted Dr. Zhang's statement that he had been asked to meet with the ABET PEV by a departmental staff member.

The University Committee on P&T appreciates the opportunity to provide feedback on this case. Please let us know if the committee can be of further assistance.

On behalf of the hearing panel,
Sincerely,

Dr. Robert K. Grala
Digitally signed by Dr.
Robert K. Grala
Date: 2025.06.19
09:52:45 -05'00'

Robert K. Grala
Chair, University Committee on Promotion and Tenure
George L. Switzer Professor of Forestry, Department of Forestry, College of Forest Resources

**MSU260811**



**MISSISSIPPI STATE**
U N I V E R S I T Y.

**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

**Hearing Panel Member:**                                    **Signature:**

Ms. Kelli Anthony                          Robert Grala for   Digitally signed by Robert
Instructor II                              Kelli Anthony       Grala for Kelli Anthony
Department of Communication                                   Date: 2025.06.19
College of Arts and Sciences                                  10:02:16 -05'00'

Dr. Melody Dale                            Melody Dale         Digitally signed by Melody
Associate Professor                                           Dale
Mississippi State University Libraries                        Date: 2025.06.19
                                                              10:13:06 -05'00'

Dr. Dipangkar Dutta                        Dipangkar           Digitally signed by
Professor                                  Dutta               Dipangkar Dutta
Department of Physics and Astronomy                           Date: 2025.06.19
College of Arts and Sciences                                  11:35:22 -04'00'

Dr. Santanu Kundu                          Santanu             Digitally signed by
Professor and Southern Ionics Chair        Kundu               Santanu Kundu
Dave C. Swalm School of Chemical Engineering                  Date: 2025.06.19
James Worth Bagley College of Engineering                     11:43:34 -04'00'

Dr. Shien Lu                                                   Digitally signed by Shien
Professor                                                     Lu
Department of Agricultural Science and Plant Protection       Date: 2025.06.19
College of Agriculture and Life Sciences                      10:47:29 -05'00'

Dr. Robert Moore                           Robert             Digitally signed by Robert
Professor and Hunter Henry Fellow          Moore              Moore
Department of Marketing Quantitative Analysis, and                  Date: 2025.06.19
Business Law                                                        10:54:02 -05'00'
College of Business

*Ms. Kelli Anthony authorized Robert Grala via email to sign the letter electronically on her behalf.

**MSU260812**

**From:** Grala, Robert [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88D94185A6574AC18F8287169D272CF2-RKG55]
**Sent:** Thursday, June 19, 2025 11:20 AM
**To:** Li Zhang [lizhang3@gmail.com]
**CC:** Shaw, David [david.shaw@msstate.edu]; Dunne, Jim [JDunne@provost.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]
**Subject:** University Committee on P&T - Dr. Li Zhang's Hearing - Letter to Dr. Shaw - Copy to Dr. Zhang
**Attachments:** University Committee on P&T - Dr. Li Zhang's Hearing - Letter to Dr. Shaw 06 19 2025.pdf


Dr. Zhang,

The hearing panel of the University Committee on Promotion and Tenure has completed the review of the information and materials related to the Notice of Termination of Employment that you have received. The hearing panel's opinion and recommendations are appended in the attached letter to Dr. Shaw, Provost and Executive Vice President. According to the stipulations outlined in University Policy HRM 60.113, I am emailing you a copy of the letter. Dr. Shaw will forward the committee's opinion along with his recommendation to Dr. Keenum, President, within three business days, or as soon as reasonably possible, and send you a copy of his letter. Dr. Keenum will determine whether a further investigation is warranted and notify you of his decision. I would appreciate it if you could confirm a successful receipt of this email and the attached letter. Please let me know if the committee can be of further assistance.

Sincerely,
Robert Grala


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

MSU260813



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Dr. David Shaw
Provost and Executive Vice President
Office of the Provost and Executive Vice President
Mississippi State University
3501 Lee Hall
Box BQ
Mississippi State, MS 39762

June 19, 2025

Dr. Robert K. Grala
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762

RE: Hearing requested by Dr. Li Zhang

Dr. Shaw,

The University Committee on Promotion and Tenure (P&T) conducted the hearing requested by Dr. Li Zhang, who received the Notice of Termination of Employment as stipulated in the University Policy HRM 60.113. The notice was based on Dr. Zhang's failure to teach in accordance with the University's standards since 2021, unsatisfactory research performance, and involvement in conduct deemed contumacious. The hearing schedule was coordinated by the University General Counsel's office. The hearing panel was established based on the availability of committee members and constituted the majority of the committee membership. Each panel member reviewed materials provided by Dr. Zhang and the University. The hearing took place from June 3 to 5, 2025. Dr. Zhang presented on his behalf and had an attorney as an advisor. The University was represented by Dr. Tabor Mullen, who was accompanied by an attorney as an advisor.

Dr. Zhang called two witnesses:

- Dr. Vijaya (VJ) K.A. Gopu, Professor, Department of Civil Engineering, University of Louisiana at Lafayette, and Associate Director of Louisiana Transportation Research Center.
- Dr. Dennis Truax, former department head of the Department of Civil and Environmental Engineering, Mississippi State University.

**MSU260814**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

The University called five witnesses:

- Dr. Robert A. Green, Associate Dean of Academics, James Worth Bagley College of Engineering, Mississippi State University.
- Dr. Isaac L. Howard, Professor, James T. White Endowed Chair, and Director, Richard A. Rula School of Civil and Environmental Engineering, Mississippi State University.
- Dr. Julia Morrison, Sr. Human Resources Business Partner in Human Resource Management, Mississippi State University.
- Dr. Julie Jordan, Vice President for Research and Economic Development, Office of Research and Economic Development, Mississippi State University.
- Dr. David Shaw, Provost and Executive Vice President, Office of the Provost and Executive Vice President, Mississippi State University.

The hearing panel called one witness:

- Dr. Patrick Sherry, Professor and Director, National Center for Intermodal Transportation, University of Denver.

The hearing panel took a short recess after Dr. Zhang and each witness testified to summarize findings and prepare questions. The panel also met at the end of each hearing day to summarize the findings. The hearing panel reviewed exhibits provided by Dr. Zhang and the University, as well as the testimonies of Dr. Zhang, the witnesses, and additional documents requested by the hearing panel. Subsequently, the hearing panel held online meetings on June 5, 8, 12, and 16, 2025, to discuss the documents and exhibits provided by both parties, as well as the testimonies and documents requested by the hearing panel.

**While the committee has not reached an agreement on each of the particular reasons for termination, it finds, by a majority vote, that the University had cause to terminate Dr. Zhang due to conduct.** Four panel members voted in favor of this recommendation, three voted against, and none abstained. The hearing panel has identified several irregularities related to Dr. Zhang's annual evaluations for the years 2021 and 2022; however, the panel did not evaluate Dr. Zhang's performance during that period. Thus, the **panel recommends** establishing the other faculty panel, as stipulated in University Policy HRM 60.113, consisting of faculty with experience in Dr. Zhang's academic area and/or closely related fields, to determine if the rankings for teaching and research in 2021 and 2022 correspond with Dr. Zhang's performance during those years.

The committee has reached agreement on the following points of note:

- The hearing panel would like to acknowledge that Dr. Zhang faced personal and family hardships as his son was born with a disability. Subsequently, Dr. Zhang's family had to move to Brandon, Mississippi, so his son could receive the necessary medical care. Dr.

MSU260815



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Zhang was separated from his family and had to commute to Brandon to visit them periodically. This likely resulted in physical and emotional hardships for Dr. Zhang and his family.

- Dr. Zhang failed to follow direct instructions from the department head and college dean to remove the traffic count field assignment from the CE 4143 (Traffic Engineering) course he taught in the spring semester of 2022. The instruction to remove the traffic count assignment was based on concerns about student safety; it was vetted and approved by Dr. Shaw, the Provost and Vice President, who is the chief academic officer at Mississippi State University. The project description provided by the University (MSU054309-054316) indicated the deployment of detectors at major intersections and the collection of traffic and pedestrian counts at minor intersections. Dr. Zhang had numerous opportunities to develop alternative approaches to implementing the traffic count assignment that would satisfy the university's concerns regarding student safety. Dr. Zhang's concerns about a breach of academic freedom and assertions that such traffic counts are a standard textbook homework assignment should have been addressed through proper administrative and academic channels. This willful disregard of instructions from supervisors was a clear case of contumacious conduct.

- The panel believes that the student email received by Dr. Howard on April 5, 2022, was a clear example of highly unprofessional conduct by Dr. Zhang (University Exhibit 18). The student reported that Dr. Zhang confronted and threatened his students regarding their complaints about the traffic count assignment. He implied that some of the students probably had wealthy parents, but they should be aware that bribing the department with money could lead to jail time. Once again, any grievance regarding the traffic count assignment should be resolved through the administrative channels.

- On December 18, 2021, Dr. Zhang sent an email to students regarding the grade change, implying that the grades were changed by Drs. Howard and Keith. Dr. Zhang also raised other aspects related to this course. The hearing panel believes that the email to students was inappropriate and unprofessional, and that this issue should be resolved through the appropriate administrative channels. Despite repeated requests, Dr. Zhang did not provide all final exam materials so the exam could be conducted and graded on his behalf to accommodate his surgery. He provided the initial exam version before the exam date, but also informed the department that he would simplify it. The simplified final exam version was emailed in the morning on the day of the final exam. There was also no communication between Dr. Zhang and the department regarding the calculation of the final grades. While Dr. Zhang was on medical leave, he had time to prepare the required final exam materials in advance and inform his administration how to proceed with final grades.

**MSU260816**



DEPARTMENT OF FORESTRY
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

- Dr. Zhang requested clarification and was informed that the Federal Aviation Administration (FAA) contract had specified that materials from a completed project (A22) should not be discussed or used in a subsequent project (A36). Moreover, Dr. Zhang was notified on numerous occasions by the FAA Indefinite Delivery/Indefinite Quality (IDIQ) contract officials that work completed under the contract was not to be discussed after the project ended. However, Dr. Zhang did not follow these instructions and continued to discuss this work during the A36 meetings. Subsequently, he was removed from the project, and the remaining funds were allocated to other FAA work. The hearing panel's opinion is that this behavior constitutes disregard for the PI's and the funding agency's instructions and contractual obligations.

- Zhang was officially reprimanded by Dr. Jordan, Vice President for ORED, for refusing a direct order not to seek support from the Mississippi Congressional Delegation for the Department of Transportation's University Transportation Center (UTC) proposal (University Exhibit 27). He was informed before the reprimand that only the leadership of Mississippi State University had the authority to take such action per the university's practice. However, documents provided by both parties do not indicate that Dr. Zhang sought such support or instructed his Co-PIs to seek it after Dr. Jordan's email notification to stand down on this effort was sent to him on September 14, 2022, at 1:26 p.m. The only documented activity related to seeking support from the Mississippi Congressional Delegation by the Co-PI from Mississippi's university was email communication (October 13, 2022) between the Co-PI from the University of Southern Mississippi (USM) and Dr. Kelly Lucas, USM's Vice President for Research, where the Co-PI requested a support letter from the Mississippi Congressional Delegation (MSU203440).

- Dr. Zhang received a reprimand from the MSU's ORED Vice President, and this reprimand was factored into the evaluation of his research performance for that year, per his department head's testimony. However, in the hearing panel's opinion, the reprimand for not following direct instructions was not related to Dr. Zhang's research productivity.

- Dr. Zhang's annual evaluations for the years 2021 and 2022 were not conducted until the fall of 2023. Both evaluations were conducted on the same day. As a result, Dr. Zhang did not have an opportunity to implement positive adjustments to his teaching and research prior to this evaluation. Additionally, Dr. Zhang did not have teaching assignments after 2022. Moreover, Dr. Zhang was on sabbatical during the fall of 2022 and the spring of 2023 (MSU219831).

- It appears that AOP 13.24 (Annual Faculty Review Process) was not followed. Per policy, annual reviews should be completed by March 15. Dr Zhang's annual reviews for the years 2021 and 2022 were completed on the same day (performed on Oct 18, 2023)

MSU260817



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

and digitally signed by Dr. Zhang on November 6, 2023. Dr. Zhang provided a rebuttal to both evaluations (University Exhibits 23 and 24). Moreover, the policy stipulates that a copy of the annual evaluation signed by all parties should be returned to the faculty. Dr. Zhang reported that he had never received a copy of the annual evaluations (for years 2021 and 2022) signed by his department head and dean. Per request, the hearing panel received copies of 2021 and 2022 annual evaluations signed by the department head; however, copies of 2021 and 2022 annual evaluations signed by the dean could not be located. There was, however, email communication indicating that they were potentially sent to MSU's Human Resources Management. The summary requested by the hearing panel and provided by the University indicated that, among all Civil and Environmental Engineering faculty, Dr. Zhang's annual review for the year 2021 was the only one that remained unsigned by all parties, whereas for the year 2022, it was one of the two unsigned reviews.

- Several weeks prior to Dr. Zhang's annual review for the years 2021 and 2022 (performed on Oct 18, 2023), Dr. Howard consulted with Dr. Keith on how to evaluate Dr. Zhang's performance. This appears to undermine the independence of the annual review and the subsequent dean's review when the annual review was challenged by Dr. Zhang.

- Dr. Howard testified that he had changed the evaluation expectations and disagreed with the higher evaluations of the previous department head. According to AOP 13.24, "Any changes in the annual review process or in the evaluation standards proposed by the department head must be provided in both hardcopy and electronic format to all department faculty. Solicitation of comments from and majority approval by the department faculty of all proposed changes must be in accordance with MSU Principles of University Governance guidelines and occur prior to January 1st of the year under review." Therefore, the changes in the evaluation standard instituted by Dr. Howard may not have followed the AOP 13.24. The annual review reports prior to 2021 indicate no significant changes in documented metrics such as student evaluations or research productivity in the years 2021 and 2022. However, there was a significant shift in the department head's assessment of Dr. Zhang's performance following the change of the department head.

- Dr. Zhang's course evaluations for CE 4143 01 (Traffic Engineering), instructed in the spring of 2022, were relatively low (28 responses out of a possible 38; University Exhibit 17). While there were some positive comments, most comments were negative or suggested numerous instructional changes. Course evaluations for CE 8113 501 (Traffic Flow Theory) in the spring of 2022 received relatively high evaluation scores, but there was only one response out of a possible two. However, course evaluations for CE 3113 01 (Transportation Engineering), instructed in the fall of 2021, were relatively higher than those for CE 4413 01 in spring of 2022 (University Exhibit 13). While there were negative comments and suggestions for improvement, there were also positive comments.

**MSU260818**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Course ratings for CE 4413 01 in the fall of 2021 were higher than those in the spring of 2022; however, they were relatively low.

- University Exhibits 8 and 14 illustrate various verbal and email negative comments about Dr. Zhang's course instructions. However, Dr. Zhang indicated those were not conveyed to him in either form. This prevented him from implementing instruction improvement and addressing student concerns.

- Dr. Zhang's conduct during the visit by the Accreditation Board for Engineering and Technology, Inc. (ABET) program evaluator (PEV) was inappropriate. The PEV requested a schedule change by aggregating the pre-scheduled 20-minute meetings with individual faculty into one 30-minute group meeting with all faculty. In his email to Ms. Laura Dunn, Dr. Zhang indicated it was not enough time to evaluate the program and requested reverting to the original schedule (University Exhibit 34). He subsequently sent an email to Drs. Keith and Howard and requested a 30-minute meeting with the ABET PEV. He also suggested individual 30-minute meetings for each faculty member. Dr. Keith indicated that the PEV had requested a specific meeting schedule and that they needed to accommodate that request. Dr. Keith also responded, "I am sorry we cannot do this" (University Exhibit 34). Dr. Zhang was the only faculty member who met with ABET PEV individually. Then, Dr. Zhang informed Drs. Howard and Keith via email that the departmental staff member had asked him to meet with the ABET PEV, and he did so. Subsequently, Dr. Howard sent an email to Dr. Keith and other university administrators, informing them that Dr. Zhang's email was misleading. He explained that it was Dr. Zhang who approached ABET PEV with a request for additional time, despite being asked not to do so. The ABET PEV informed Dr. Howard about this request, which contradicted Dr. Zhang's statement that he had been asked to meet with the ABET PEV by a departmental staff member.

The University Committee on P&T appreciates the opportunity to provide feedback on this case. Please let us know if the committee can be of further assistance.

On behalf of the hearing panel,
Sincerely,


Robert K. Grala
Chair, University Committee on Promotion and Tenure
George L. Switzer Professor of Forestry, Department of Forestry, College of Forest Resources

**MSU260819**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

| **Hearing Panel Member:** | **Signature:** |
|---|---|

Ms. Kelli Anthony
Instructor II
Department of Communication
College of Arts and Sciences

Dr. Melody Dale
Associate Professor
Mississippi State University Libraries

Dr. Dipangkar Dutta
Professor
Department of Physics and Astronomy
College of Arts and Sciences

Dr. Santanu Kundu
Professor and Southern Ionics Chair
Dave C. Swalm School of Chemical Engineering
James Worth Bagley College of Engineering

Dr. Shien Lu
Professor
Department of Agricultural Science and Plant Protection
College of Agriculture and Life Sciences

Dr. Robert Moore
Professor and Hunter Henry Fellow
Department of Marketing Quantitative Analysis, and
Business Law
College of Business

*Ms. Kelli Anthony authorized Robert Grala via email to sign the letter electronically on her behalf.

**MSU260820**

**From:** Shaw, David [david.shaw@msstate.edu]
**Sent:** Friday, June 20, 2025 9:53 AM
**To:** President-Email [President-Email@pres.msstate.edu]
**CC:** Shaw, David [david.shaw@msstate.edu]; Grala, Robert [rkg55@msstate.edu]; lizhang3@gmail.com; Lucas, Joan [JLucas@legal.msstate.edu]
**Subject:** Li Zhang Letter and Findings
**Attachments:** Zhang letter with findings.pdf; University Committee on P&T - Dr. Li Zhang's Hearing - Letter to Dr. Shaw 06 19 2025.pdf

President Keenum,

Please see attached.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**MSU260821**



**OFFICE OF THE PROVOST AND
EXECUTIVE VICE PRESIDENT**

P.O. Box BQ
3500 Lee Hall
Mississippi State, MS 39762
P. 662.325.3742

June 20, 2025

Dr. Keenum:

Attached are the findings of fact and recommendation of the University Committee on Promotion and Tenure.  While I disagree with some of their factual findings, I concur with their recommendation to terminate Dr. Zhang.

Sincerely,

David Shaw
Provost and Executive Vice President

cc:　　Dr. Li Zhang
　　　　Dr. Robert Grala
　　　　Ms. Joan Lucas

**MSU260822**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Dr. David Shaw
Provost and Executive Vice President
Office of the Provost and Executive Vice President
Mississippi State University
3501 Lee Hall
Box BQ
Mississippi State, MS 39762

June 19, 2025

Dr. Robert K. Grala
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762

RE: Hearing requested by Dr. Li Zhang

Dr. Shaw,

The University Committee on Promotion and Tenure (P&T) conducted the hearing requested by Dr. Li Zhang, who received the Notice of Termination of Employment as stipulated in the University Policy HRM 60.113. The notice was based on Dr. Zhang's failure to teach in accordance with the University's standards since 2021, unsatisfactory research performance, and involvement in conduct deemed contumacious. The hearing schedule was coordinated by the University General Counsel's office. The hearing panel was established based on the availability of committee members and constituted the majority of the committee membership. Each panel member reviewed materials provided by Dr. Zhang and the University. The hearing took place from June 3 to 5, 2025. Dr. Zhang presented on his behalf and had an attorney as an advisor. The University was represented by Dr. Tabor Mullen, who was accompanied by an attorney as an advisor.

Dr. Zhang called two witnesses:

- Dr. Vijaya (VJ) K.A. Gopu, Professor, Department of Civil Engineering, University of Louisiana at Lafayette, and Associate Director of Louisiana Transportation Research Center.
- Dr. Dennis Truax, former department head of the Department of Civil and Environmental Engineering, Mississippi State University.

**MSU260823**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

The University called five witnesses:

- Dr. Robert A. Green, Associate Dean of Academics, James Worth Bagley College of Engineering, Mississippi State University.
- Dr. Isaac L. Howard, Professor, James T. White Endowed Chair, and Director, Richard A. Rula School of Civil and Environmental Engineering, Mississippi State University.
- Dr. Julia Morrison, Sr. Human Resources Business Partner in Human Resource Management, Mississippi State University.
- Dr. Julie Jordan, Vice President for Research and Economic Development, Office of Research and Economic Development, Mississippi State University.
- Dr. David Shaw, Provost and Executive Vice President, Office of the Provost and Executive Vice President, Mississippi State University.

The hearing panel called one witness:

- Dr. Patrick Sherry, Professor and Director, National Center for Intermodal Transportation, University of Denver.

The hearing panel took a short recess after Dr. Zhang and each witness testified to summarize findings and prepare questions. The panel also met at the end of each hearing day to summarize the findings. The hearing panel reviewed exhibits provided by Dr. Zhang and the University, as well as the testimonies of Dr. Zhang, the witnesses, and additional documents requested by the hearing panel. Subsequently, the hearing panel held online meetings on June 5, 8, 12, and 16, 2025, to discuss the documents and exhibits provided by both parties, as well as the testimonies and documents requested by the hearing panel.

**While the committee has not reached an agreement on each of the particular reasons for termination, it finds, by a majority vote, that the University had cause to terminate Dr. Zhang due to conduct.** Four panel members voted in favor of this recommendation, three voted against, and none abstained. The hearing panel has identified several irregularities related to Dr. Zhang's annual evaluations for the years 2021 and 2022; however, the panel did not evaluate Dr. Zhang's performance during that period. Thus, the **panel recommends** establishing the other faculty panel, as stipulated in University Policy HRM 60.113, consisting of faculty with experience in Dr. Zhang's academic area and/or closely related fields, to determine if the rankings for teaching and research in 2021 and 2022 correspond with Dr. Zhang's performance during those years.

The committee has reached agreement on the following points of note:

- The hearing panel would like to acknowledge that Dr. Zhang faced personal and family hardships as his son was born with a disability. Subsequently, Dr. Zhang's family had to move to Brandon, Mississippi, so his son could receive the necessary medical care. Dr.

**MSU260824**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Zhang was separated from his family and had to commute to Brandon to visit them periodically. This likely resulted in physical and emotional hardships for Dr. Zhang and his family.

- Dr. Zhang failed to follow direct instructions from the department head and college dean to remove the traffic count field assignment from the CE 4143 (Traffic Engineering) course he taught in the spring semester of 2022. The instruction to remove the traffic count assignment was based on concerns about student safety; it was vetted and approved by Dr. Shaw, the Provost and Vice President, who is the chief academic officer at Mississippi State University. The project description provided by the University (MSU054309-054316) indicated the deployment of detectors at major intersections and the collection of traffic and pedestrian counts at minor intersections. Dr. Zhang had numerous opportunities to develop alternative approaches to implementing the traffic count assignment that would satisfy the university's concerns regarding student safety. Dr. Zhang's concerns about a breach of academic freedom and assertions that such traffic counts are a standard textbook homework assignment should have been addressed through proper administrative and academic channels. This willful disregard of instructions from supervisors was a clear case of contumacious conduct.

- The panel believes that the student email received by Dr. Howard on April 5, 2022, was a clear example of highly unprofessional conduct by Dr. Zhang (University Exhibit 18). The student reported that Dr. Zhang confronted and threatened his students regarding their complaints about the traffic count assignment. He implied that some of the students probably had wealthy parents, but they should be aware that bribing the department with money could lead to jail time. Once again, any grievance regarding the traffic count assignment should be resolved through the administrative channels.

- On December 18, 2021, Dr. Zhang sent an email to students regarding the grade change, implying that the grades were changed by Drs. Howard and Keith. Dr. Zhang also raised other aspects related to this course. The hearing panel believes that the email to students was inappropriate and unprofessional, and that this issue should be resolved through the appropriate administrative channels. Despite repeated requests, Dr. Zhang did not provide all final exam materials so the exam could be conducted and graded on his behalf to accommodate his surgery. He provided the initial exam version before the exam date, but also informed the department that he would simplify it. The simplified final exam version was emailed in the morning on the day of the final exam. There was also no communication between Dr. Zhang and the department regarding the calculation of the final grades. While Dr. Zhang was on medical leave, he had time to prepare the required final exam materials in advance and inform his administration how to proceed with final grades.

**MSU260825**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

- Dr. Zhang requested clarification and was informed that the Federal Aviation Administration (FAA) contract had specified that materials from a completed project (A22) should not be discussed or used in a subsequent project (A36). Moreover, Dr. Zhang was notified on numerous occasions by the FAA Indefinite Delivery/Indefinite Quality (IDIQ) contract officials that work completed under the contract was not to be discussed after the project ended. However, Dr. Zhang did not follow these instructions and continued to discuss this work during the A36 meetings. Subsequently, he was removed from the project, and the remaining funds were allocated to other FAA work. The hearing panel's opinion is that this behavior constitutes disregard for the PI's and the funding agency's instructions and contractual obligations.

- Zhang was officially reprimanded by Dr. Jordan, Vice President for ORED, for refusing a direct order not to seek support from the Mississippi Congressional Delegation for the Department of Transportation's University Transportation Center (UTC) proposal (University Exhibit 27). He was informed before the reprimand that only the leadership of Mississippi State University had the authority to take such action per the university's practice. However, documents provided by both parties do not indicate that Dr. Zhang sought such support or instructed his Co-PIs to seek it after Dr. Jordan's email notification to stand down on this effort was sent to him on September 14, 2022, at 1:26 p.m. The only documented activity related to seeking support from the Mississippi Congressional Delegation by the Co-PI from Mississippi's university was email communication (October 13, 2022) between the Co-PI from the University of Southern Mississippi (USM) and Dr. Kelly Lucas, USM's Vice President for Research, where the Co-PI requested a support letter from the Mississippi Congressional Delegation (MSU203440).

- Dr. Zhang received a reprimand from the MSU's ORED Vice President, and this reprimand was factored into the evaluation of his research performance for that year, per his department head's testimony. However, in the hearing panel's opinion, the reprimand for not following direct instructions was not related to Dr. Zhang's research productivity.

- Dr. Zhang's annual evaluations for the years 2021 and 2022 were not conducted until the fall of 2023. Both evaluations were conducted on the same day. As a result, Dr. Zhang did not have an opportunity to implement positive adjustments to his teaching and research prior to this evaluation. Additionally, Dr. Zhang did not have teaching assignments after 2022. Moreover, Dr. Zhang was on sabbatical during the fall of 2022 and the spring of 2023 (MSU219831).

- It appears that AOP 13.24 (Annual Faculty Review Process) was not followed. Per policy, annual reviews should be completed by March 15. Dr Zhang's annual reviews for the years 2021 and 2022 were completed on the same day (performed on Oct 18, 2023)

**MSU260826**



and digitally signed by Dr. Zhang on November 6, 2023. Dr. Zhang provided a rebuttal to both evaluations (University Exhibits 23 and 24). Moreover, the policy stipulates that a copy of the annual evaluation signed by all parties should be returned to the faculty. Dr. Zhang reported that he had never received a copy of the annual evaluations (for years 2021 and 2022) signed by his department head and dean. Per request, the hearing panel received copies of 2021 and 2022 annual evaluations signed by the department head; however, copies of 2021 and 2022 annual evaluations signed by the dean could not be located. There was, however, email communication indicating that they were potentially sent to MSU's Human Resources Management. The summary requested by the hearing panel and provided by the University indicated that, among all Civil and Environmental Engineering faculty, Dr. Zhang's annual review for the year 2021 was the only one that remained unsigned by all parties, whereas for the year 2022, it was one of the two unsigned reviews.

- Several weeks prior to Dr. Zhang's annual review for the years 2021 and 2022 (performed on Oct 18, 2023), Dr. Howard consulted with Dr. Keith on how to evaluate Dr. Zhang's performance. This appears to undermine the independence of the annual review and the subsequent dean's review when the annual review was challenged by Dr. Zhang.

- Dr. Howard testified that he had changed the evaluation expectations and disagreed with the higher evaluations of the previous department head. According to AOP 13.24, "Any changes in the annual review process or in the evaluation standards proposed by the department head must be provided in both hardcopy and electronic format to all department faculty. Solicitation of comments from and majority approval by the department faculty of all proposed changes must be in accordance with MSU Principles of University Governance guidelines and occur prior to January 1st of the year under review." Therefore, the changes in the evaluation standard instituted by Dr. Howard may not have followed the AOP 13.24. The annual review reports prior to 2021 indicate no significant changes in documented metrics such as student evaluations or research productivity in the years 2021 and 2022. However, there was a significant shift in the department head's assessment of Dr. Zhang's performance following the change of the department head.

- Dr. Zhang's course evaluations for CE 4143 01 (Traffic Engineering), instructed in the spring of 2022, were relatively low (28 responses out of a possible 38; University Exhibit 17). While there were some positive comments, most comments were negative or suggested numerous instructional changes. Course evaluations for CE 8113 501 (Traffic Flow Theory) in the spring of 2022 received relatively high evaluation scores, but there was only one response out of a possible two. However, course evaluations for CE 3113 01 (Transportation Engineering), instructed in the fall of 2021, were relatively higher than those for CE 4413 01 in spring of 2022 (University Exhibit 13). While there were negative comments and suggestions for improvement, there were also positive comments.

**MSU260827**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Course ratings for CE 4413 01 in the fall of 2021 were higher than those in the spring of 2022; however, they were relatively low.

- University Exhibits 8 and 14 illustrate various verbal and email negative comments about Dr. Zhang's course instructions. However, Dr. Zhang indicated those were not conveyed to him in either form. This prevented him from implementing instruction improvement and addressing student concerns.

- Dr. Zhang's conduct during the visit by the Accreditation Board for Engineering and Technology, Inc. (ABET) program evaluator (PEV) was inappropriate. The PEV requested a schedule change by aggregating the pre-scheduled 20-minute meetings with individual faculty into one 30-minute group meeting with all faculty. In his email to Ms. Laura Dunn, Dr. Zhang indicated it was not enough time to evaluate the program and requested reverting to the original schedule (University Exhibit 34). He subsequently sent an email to Drs. Keith and Howard and requested a 30-minute meeting with the ABET PEV. He also suggested individual 30-minute meetings for each faculty member. Dr. Keith indicated that the PEV had requested a specific meeting schedule and that they needed to accommodate that request. Dr. Keith also responded, "I am sorry we cannot do this" (University Exhibit 34). Dr. Zhang was the only faculty member who met with ABET PEV individually. Then, Dr. Zhang informed Drs. Howard and Keith via email that the departmental staff member had asked him to meet with the ABET PEV, and he did so. Subsequently, Dr. Howard sent an email to Dr. Keith and other university administrators, informing them that Dr. Zhang's email was misleading. He explained that it was Dr. Zhang who approached ABET PEV with a request for additional time, despite being asked not to do so. The ABET PEV informed Dr. Howard about this request, which contradicted Dr. Zhang's statement that he had been asked to meet with the ABET PEV by a departmental staff member.

The University Committee on P&T appreciates the opportunity to provide feedback on this case. Please let us know if the committee can be of further assistance.

On behalf of the hearing panel,
Sincerely,

Robert K. Grala
Chair, University Committee on Promotion and Tenure
George L. Switzer Professor of Forestry, Department of Forestry, College of Forest Resources

**MSU260828**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

**Hearing Panel Member:**                    **Signature:**

Ms. Kelli Anthony
Instructor II
Department of Communication
College of Arts and Sciences

Dr. Melody Dale
Associate Professor
Mississippi State University Libraries

Dr. Dipangkar Dutta
Professor
Department of Physics and Astronomy
College of Arts and Sciences

Dr. Santanu Kundu
Professor and Southern Ionics Chair
Dave C. Swalm School of Chemical Engineering
James Worth Bagley College of Engineering

Dr. Shien Lu
Professor
Department of Agricultural Science and Plant Protection
College of Agriculture and Life Sciences

Dr. Robert Moore
Professor and Hunter Henry Fellow
Department of Marketing Quantitative Analysis, and
Business Law
College of Business

*Ms. Kelli Anthony authorized Robert Grala via email to sign the letter electronically on her behalf.

MSU260829

**From:** Lucas, Joan [JLucas@legal.msstate.edu]
**Sent:** Monday, June 23, 2025 12:18 PM
**To:** Charlie Winfield [cwinfield@winfieldlawfirm.com]; Grafton Bragg [grafton@graftonbragglaw.com]
**Subject:** Fw: Letter from Dr. Mark Keenum
**Attachments:** Letter from Dr. Mark Keenum.pdf


Charlie and Grafton, please see Dr Keenum's letter that was emailed to Dr. Zhang this morning.

Thanks,

Joan

Get [Outlook for iOS](#)

---

**From:** President-Email <President-Email@pres.msstate.edu>
**Sent:** Monday, June 23, 2025 10:10:25 AM
**To:** lizhang@gmail.com <lizhang@gmail.com>
**Cc:** Shaw, David <david.shaw@msstate.edu>; Grala, Robert <rkg55@msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** Letter from Dr. Mark Keenum

Please see the attached letter.

**MSU260830**



# MISSISSIPPI STATE
## U N I V E R S I T Y®

June 23, 2025

**SENT VIA ELECTRONIC MAIL**

Dr. Li Zhang
lizhang3@gmail.com

Dr. Li Zhang:

After careful consideration, I accept the recommendations from the University Committee on Promotion and Tenure and the Provost and Executive Vice President David Shaw. Your employment at Mississippi State University is terminated.

You have the right to appeal this decision to the Board of Trustees of State Institutions of Higher Learning in accordance with applicable IHL Board policy.

Sincerely,

Mark E. Keenum
President

cc:    Dr. David Shaw
        Dr. Robert Grala
        Ms. Joan Lucas

---

**Office of the President**

4000 Lee Hall • P. O. Box 6018 • Mississippi State, MS 39762-6018 • Phone: 662-325-3221 • president@msstate.edu

**MSU260831**

**From:** Sharon Smith [shsmith@ihl.state.ms.us]
**Sent:** Monday, September 22, 2025 11:01 AM
**To:** grafton@graftonbragglaw.com
**CC:** Keenum, Mark [mark.keenum@pres.msstate.edu]; Harold Pizzetta [hpizzetta@ihl.state.ms.us]
**Subject:** IHL Board Decision - Dr. Li Zhang
**Attachments:** IHL Board decision.Li Zhang 9.22.25.pdf

Please see attached correspondence.



**Sharon J. Smith**
Legal Executive Assistant
Mississippi Institutions of Higher Learning
3825 Ridgewood Road
Jackson, MS 39211
(601)432-6289 (office)
(601)573-2544 (cell)

MSU260832



**MISSISSIPPI INSTITUTIONS OF HIGHER LEARNING**
**OFFICE OF THE ASSOCIATE COMMISSIONER FOR LEGAL AFFAIRS AND RISK MANAGEMENT**

September 22, 2025

Dr. Li Zhang                                          Via e-mail and USPS
c/o Mr. Grafton Bragg                                 grafton@graftonbragglaw.com
Bragg|Law, PLLC
1060 East County Line Road, Suite 3A-120
Ridgeland, MS 39157

Dear Dr. Zhang,

Pursuant to IHL Board Policy 403.0105, the Board of Trustees of the State Institutions of Higher Learning (IHL Board) met on September 18, 2025, and considered your appeal of Mississippi State University's decision to terminate your employment for cause. After consideration, the IHL Board voted to affirm the University's decision.

Respectfully,

Harold E. Pizzetta III
Associate Commissioner for Legal Affairs and
Risk Management

cc:     Dr. Mark E. Keenum, President
        Mississippi State University

MSU260833