# EXHIBIT 43



**OFFICE OF RESEARCH AND
ECONOMIC DEVELOPMENT**

P.O. Box 6343
262 Lee Boulevard
Mississippi State, MS 39762

P. 662.325.3570
www.research.msstate.edu

Date:     October 21, 2022

From:     Julie Jordan, PhD
          Vice President, Research & Economic Development

To:       Dr. Li Zhang, Department Civil and Environmental Engineering

Cc:       Dr. David Shaw, Provost and Executive Vice President
          Dr. Jason Keith, Dean, Bagley College of Engineering
          Dr. Isaac Howard, Head, Department of Civil and Environmental Engineering
          Leslie Corey, Chief Human Resources Officer
          HRM personnel file

Dr. Zhang,

This letter serves as an official written reprimand for refusing to follow a direct order to not engage with anyone outside of MSU leadership in seeking Congressional support for the Department of Transportation University Transportation Center (UTC) proposal submitted. In an email on Wednesday, September 14, I informed you that you were out of line and not following MSU protocol for requesting Congressional support. I asked you to stand down and not have further conversations with anyone regarding Congressional support for this project. That has not happened. There have been efforts by the project team to talk with MS Congressional offices and to secure written support from other institutions targeting the Congressional offices on behalf of this project. You are the PI and lead for this effort and as such, you are responsible.

I consider this clear insubordination and a violation of MSU Policy HRM 60.401 establishing guidelines for employee conduct. Consequences are as follows.

- I have authorized our Office of Sponsored Projects to contact the sponsor and withdraw the pending UTC proposal. You will not be allowed to lead a UTC for MSU.
- ALL future efforts by you to secure external funding or support of any kind must be approved by the Office of Research and Economic Development prior to seeking the support. This includes support in the form of grants, contracts, in-kind, gifts, support letters or any other form of financial or non-financial support. This also includes projects, no matter your role in the project, where you use any MSU resources to conduct the work.

I strongly request that you comply and follow all policies and procedures. Further non-compliance will result in no future approval for you to use MSU resources to conduct externally supported research.

Julie Jordan, PhD
Vice President, Research and Economic Development
Julie.Jordan@research.msstate.edu

**MSU001043**