# EXHIBIT 44

**Li Zhang**

Attachment 2022_Z01

**From:**      Zhang, Li
**Sent:**      Wednesday, December 28, 2022 9:13 AM
**To:**      Jordan, Julie
**Cc:**      Keith, Jason; Reeves, Kari
**Subject:**      RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Jordan,

I will try, it will be hard on me.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu
```

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Monday, December 19, 2022 8:59 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

Yes. I would like to you finish the report by January 31. If you need to contact MDOT for information needed to complete the report, you may do so and CC me so I can stay in the loop.

I am communicating regularly with Cindy Smith so I'm sure she will keep me informed as well.

Julie

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, December 19, 2022 8:36:59 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>

1

**MSU012871**

**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Jordan,
Thanks for your instruction, can I get clarifications:
1. Do you require me finishing the project by January 31?
2. Do you suggest me just warp the project up with what we have done, I just finish the report?
3. It seems to me I am not allowed to contact MDOT in this project, would you clarify that? I will need to contact them for information and data regarding a variety of reasons.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Friday, December 16, 2022 1:57 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

If you can make a presentation to them, then it seems you have enough information to write a report. Please, write the report and submit so the contract might close. We need this to come to a close as soon as possible.

Julie

**MSU012872**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Friday, December 16, 2022 at 8:00 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

I had a discussion with MDOT before sabbatical  and they were oked. I would suggest I would discuss with MDOT State Traffic Engineer James Sullivan and Research Engineer Cindy, to show them what we have and what they will need. I will work on the gaps under MDOT schedule. Anyone here are welcome to join us.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Thursday, December 15, 2022 1:38 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

From my perspective, you should have planned to complete your contract deliverables prior to taking the sabbatical whether that was you or someone else. The fact you did not plan to complete the work and you have postponed this effort multiple times does not give me confidence that you would complete later. It is a priority that we meet the sponsor's expectations in a timely manner.

I ask that you present a solutions other than more delays.

Dr. Jordan.

3

MSU012873

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Thursday, December 15, 2022 at 9:56 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Jordan,
Thanks for your instructions.

1. I would like to ask you consideration of the extension of the MDOT project report one or two month after my sabbatical leave. Your approval will be greatly appreciated.
   a. I have been specifically instructed NOT working on MSU research project during the sabbatical leave. I would like you to clarify that.
   b. Processing millions of data record, running AI algorithm to train model will need time. I don't have any other graduate student support.
   c. I have tried to start the work, my laptop could not turn on yesterday. After consulting with COE technical support, I am bring the laptop to BestBuy for repair. Giving holidays, I am not optimistic I can get it back before MSU close the campus.
   d. Holiday is coming, I believe even I would not take sabbatical leave and my laptop would be good, all staff and faculty will be in holiday break soon. The time resource in December is very limited.
2. I believe you were on Dr. Howard's email distribution list about admitting Ph.D. students, I need research account even during the sabbatical leave to provide RA for graduate students to come after my sabbatical leave. You know, without RA, virtually no Ph.D. students will come. Your consideration of removing any research restrictions on me will be greatly appreciated, including communicating with MDOT, (that might be the quickest one), FHWA and other sponsors freely, will be greatly appreciated. That will not only help the admission of graduate students, but also benefit MSU in any term.

Thank you!

4

**MSU012874**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Friday, December 9, 2022 9:46 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

1. MDOT is well aware that you are on sabbatical. You were on sabbatical at the time the last project extension was granted. The last of the project funds were expended while you were on sabbatical indicating work was continuing.  MSU submitted the final invoice while you were on sabbatical, also indicating you completed the work.  It is not fair to the sponsor to postpone the report for an effort that began in 2018.  Thus, I ask that you **complete the report as soon as possible and no later than the end of January, 2023**. Please copy me when you submit. I will explain to the sponsor.
2. When you return to work from sabbatical you can request future work.

Last, you may NOT communicate with MDOT. The multiple extensions on this effort causing delay after delay in completing work for MDOT is not the quality effort that I hope to see from MSU when we do work for state agencies or any sponsor. When you return to work from sabbatical and are fully active and available to do research, you may submit white papers for project ideas to me and Dr. Keith. We will coordinate with MDOT on ways MSU can help them address research needs.

Julie

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Wednesday, November 30, 2022 at 1:49 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

5

MSU012875

Dr. Jordan,

Thank you so much for your time and attention.

1. For **MSU Fund: 361897, you informed MDOT that I have been on sabbatical leave. I will work on the final report as soon as possible.**

2. **For the project in the April email, would you pass me more information about your talk with MDOT about the project? Any information you could pass me would help the future project.**

**I am requesting permission to start communicating MDOT with several offices about future projects. Usually, I visited their office and talk to them about what I am doing and what they need, we usually will come up with a scope of work. Your approval of my communications with the MDOT divisions will be greatly appreciated.**

**Thank you!**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Tuesday, November 29, 2022 12:41 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

I want to update and close out your recent requests related to 2 MDOT projects.

**CURRENT CONTRACT: Project: Development and Evaluation of a Wi-Fi Highway Performance Eval System**
**MSU Fund: 361897**

- On Nov 18, I noted to you that the fund was over spent. Subsequently, I was informed that MSU sent the final invoice for payment to MDOT of around $56k on or around November 14. This is the final payment due. This request from MSU for final payment will close-out the project that is scheduled to end in December 2022.
- To confirm there was no need for an extension, I talked with the sponsor last week and they are ready to close the project and anxious to get the final report from you. Please expedite submission of the final report.
- Given the current status, there is no need to follow through on an extension for this project. This project has ended.

**Proposed Project: Radar Proposal from April 12, 2022.**
- From the email you sent me, the communication you had with the MDOT department was apparently in April. Time has passed. In my communication with MDOT last week, it doesn't seem likely this project will get funded in the near future. Thus, there is no need to submit this proposal at this time.

6

MSU012876

Moving forward, I request that if you have communication with MDOT that you include Dr. Keith or myself for awareness. Your department is not the only MSU department doing work for MDOT and it is important that we coordinate and maintain awareness. This is very typical of how we work with all state agencies.

Julie

--------------------

**Julie Jordan, PhD**
Vice President for Research and Economic Development
662.325.3570 (office)
662.574.1193 (mobile)
Julie.jordan@research.msstate.edu
www.msstate.edu

MSU012877

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, May 16, 2023 9:20 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Jordan, Julie [julie.jordan@msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: 293 Report


I don't see any issues with this one. I was with MDOT today and they didn't say anything about this so I think all is good here.
Isaac

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Saturday, May 13, 2023 4:57 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: 293 Report

Julie, I browsed through his report and it looks okay. Plus, the comments from Cindy Smith were relatively minor. I see no issues in closing this out. Let me know if you'd like us to look more closely. Have a great day!

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Saturday, May 13, 2023 4:56 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: 293 Report

Hi, Li, I noticed that the email address you put in for Dr. Jordan was incorrect. I'm cc'ing her on this message so she can see what you meant to send to her.

Have a good weekend,

Regards,
Jason

**MSU012204**

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Saturday, May 13, 2023 8:13 AM
**To:** julius.codjoe@la.gov
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: 293 Report

Dr. Jordan,
I chatted with Cindy for a few minutes about this and she would like me to finalize the report soon. I would like to check with you that will be what you want me to do so as well.

Thank you

Li Zhang, Ph.D., P.E., F. ASCE. F. IT.
Professor of Transportation Engineering

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Tuesday, May 9, 2023 7:48 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** FW: 293 Report

Li, touching base on these revisions.  We need to get the final report delivered, posted, and distributed.

Thanks
Cindy

---

**From:** Smith, Cindy
**Sent:** Monday, March 6, 2023 7:29 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: 293 Report

Sounds good, thank you!

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Saturday, March 4, 2023 2:39 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Subject:** Re: 293 Report

Cindy

MSU012205

Thanks. Will get you back soon.

Get Outlook for iOS

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Friday, March 3, 2023 12:16:32 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** FW: 293 Report

Li, attached is the final report with Traffic Engineering Division's comments.  Please do any corrections/edits, and resubmit to me in both Word and PDF format so I can post and distribute the report.

Thanks
Cindy

---

**From:** Sullivan, James S <jssullivan@mdot.ms.gov>
**Sent:** Friday, March 3, 2023 12:12 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Cc:** Raymond, Edward <jraymond@mdot.ms.gov>; Renick, Jacob <jrenick@mdot.ms.gov>; Singh, Amrik <asingh@mdot.ms.gov>
**Subject:** RE: 293 Report

Cindy,

Edward and I have reviewed the Wi-Fi Project completed by Dr. Li & Dr. Zhang.

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Wednesday, February 15, 2023 1:52 PM
**To:** Sullivan, James S <jssullivan@mdot.ms.gov>
**Subject:** FW: 293 Report

James, just touching base back on this one.  Have you and/or any of your staff reviewed this report (if y'all want to)?  We have time, but was just checking to see where we are.

Thanks
Cindy

---

**From:** Smith, Cindy
**Sent:** Friday, February 3, 2023 12:30 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Sullivan, James S <jssullivan@mdot.ms.gov>
**Subject:** RE: 293 Report

**MSU012206**

Li, I have completed my review of this report, which does not include any technical review. I have the following formatting comments that apply to the entire document:

1. All table and figure captions should be in bold font.
2. Table and figure captions should either be in sentence or title case—just pick one and be consistent. We used to have them all in title case, but apparently, this has changed in recent years.
3. Same with headings throughout the report—pick a case and be consistent.
4. There are some images that are not captioned or labelled as figures. I will leave it to you as to whether or not to do this.
5. Of course, if you add figures/tables, the numbering scheme and therefore the table of contents will obviously change.

I made other small changes, such as putting visual space between sometimes paragraphs, sections of the report, or an image and following text, just to clean things up. There are more than I changed, so just be mindful of that as well.

James, please feel free to any of your staff review this.

Thanks and have a good weekend,
Cindy

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, February 2, 2023 9:30 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Cc:** Sullivan, James S <jssullivan@mdot.ms.gov>
**Subject:** RE: 293 Report

Cindy,
My apology for sending the email to someone else. I saw your comments already and will make changes.

Li

MSU012207

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Thursday, February 2, 2023 9:35 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Sullivan, James S <jssullivan@mdot.ms.gov>
**Subject:** RE: 293 Report

Li, Robbie forwarded me the link as it went to someone else with my common last name 😊 I am in the document and reviewing it now.

Thanks
Cindy

---

**From:** Vance, Robbie <rvance@mdot.ms.gov>
**Sent:** Thursday, February 2, 2023 8:03 AM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Subject:** FW: 293 Report

Robbie

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, February 1, 2023 8:47 AM
**To:** Smith, Coly S <csmith@MDOT.MS.GOV>; Sullivan, James S <jssullivan@mdot.ms.gov>; Vance, Robbie <rvance@mdot.ms.gov>
**Subject:** FW: 293 Report

MSU012208

Cindy and James,
My email to you after the middle night returned to me, may be the file is too big (18m) and/or MDOT server does not accept doc file. I sent this link for you to download. I will appreciate it if Robby could download it and send to Cindy and James. As an alternative, I can drop by your office in a thumb driver. Please let me know if you have hard time to download. I am also open a meeting to show you and discuss the report. Please let me know what time is good for you.

https://mstate-my.sharepoint.com/:w:/g/personal/lz75_msstate_edu/EbVFIc-l01pEtgjDJLr3WjIB9Ac6PFOk0XbqblKvQhuf3Q?e=aiyChj

Li

---

**From:** Zhang, Li
**Sent:** Wednesday, February 1, 2023 1:58 AM
**To:** csmith@mdot.ms.gov; Sullivan, James S <jssullivan@mdot.ms.gov>
**Cc:** Taylor.Li@uta.edu; Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** 293 Report

Cindy and James,

Thank you so much for the extension of project to the end of this year.

Dr. Jordan instructed me to complete the report by January. I have spend most of my Decembers and January for the report. Please review it and I would like to get your comments to make changes. Since the extension, please take your time in review the report.

Dr. Li, since you were the original PI, any comments and suggestions will be greatly appreciated.

Thanks

Li

MSU012209