# EXHIBIT 45

**From:** Smith, Cindy
**Sent:** Monday, August 28, 2023 3:24 PM
**To:** Jordan, Julie; Stubbs, Josh; Wright, Evan
**CC:** Middleton, Alex
**Subject:** RE: Another proposal to MDOT

I meant to say Evan and Josh rather than Mark

---

**From:** Smith, Cindy
**Sent:** Monday, August 28, 2023 3:22 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>; Stubbs, Josh <jstubbs@mdot.ms.gov>; Wright, Evan <ewright@mdot.ms.gov>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** RE: Another proposal to MDOT

Julie, our research budget for federal FY2024 is already spoken for.  We don't accept unsolicited proposals as we have limited funding.

I don't know about Planning and Safety and will let Evan and Mark answer about their work programs.

Thanks
Cindy

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Monday, August 28, 2023 3:08 PM
**To:** Stubbs, Josh <jstubbs@mdot.ms.gov>; Wright, Evan <ewright@mdot.ms.gov>; Smith, Cindy <cjsmith@mdot.ms.gov>
**Subject:** Fwd: Another proposal to MDOT

Hello Josh, Evan, CIndy,

Josh, I don't think we've met, but I have had past conversations that included CIndy and Evan. Since Dr. Zhang mentioned both Josh and Evan in this message, I wanted to confirm with you all that I am still closely monitoring Dr. Zhang's proposals and efforts to secure funding from MDOT, especially when he is sending you proposals which seem sometimes unsolicited.

He has recently asked me to see if you are interested in either of the proposals attached. I'm sorry to be handling this in this manner, but while he knows we've asked him to use his department leadership in the relationship with MDOT, he doesn't always seem to do that. I want to take any concerns you may have off your plate and manage how much you would like to consider Dr. Zhang's proposals.

If you have interests in either of the attached proposals, please let me know.

Thank you for the patience and ongoing partnership with MSU.

**MSU002337**

Julie

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, August 22, 2023 8:27 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Another proposal to MDOT

Dear Dr. Jordan,

Please find the attached white paper for a MDOT potential proposal. Around the end of 2021 or at the beginning of 2022, both prior Aeronautics Division engineer and MDOT chief engineer concurred there should be a study on UAM/UAS in MS. With the new Aeronautic Devision engineer Josh Stubbs on board, I have talked to State Planning Engineer Evan Wright and Josh as well. No conclusion has been reached yet.

Would you or your office reach out to Aeronautic Devision and Planning Division to see if the brief white paper fits into their objectives and get me feedback to develop a full proposal? As an alternative, you could remove the restriction and allow me to speak with both divisions directly. Your help is greatly appreciated.

Incorporating Urban Air Mobility and UAS Deliveries into MDOT Transportation Planning.docx

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU002338