# EXHIBIT 46

## Howard, Isaac

| | |
|---|---|
| **From:** | Keith, Jason |
| **Sent:** | Wednesday, May 31, 2023 6:22 AM |
| **To:** | Jordan, Julie; Reeves, Kari; Howard, Isaac |
| **Cc:** | Keith, Jason |
| **Subject:** | RE: A problem statement for FHWA mobility center |

Thanks Julie and I agree. This could have been avoided. He reached out on May 8th and the white paper was sent just this week. He could have participated if he was more organized and timely.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Wednesday, May 31, 2023 4:58 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Fwd: A problem statement for FHWA mobility center

When I return from travel, I am going to draft a stronger letter to Li. The way he approached this is not acceptable.

Julie

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

**From:** V Gopu <V.Gopu@LA.GOV>
**Sent:** Wednesday, May 31, 2023 6:50:22 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: A problem statement for FHWA mobility center

Dear Li,

Thanks for your email and interest in participating in the FHWA proposal.  Unfortunately, it is a bit too late to include MSU in the proposal since the proposal is being submitted this morning for review and approval by UL-Lafayette

1

MSU001081

Research Office and for submission to FHWA no later than Monday, June 5th.  It will be extremely challenging for me to add another partner in the completed proposal at this late stage.  However, if the proposal is funded, we will explore the possibility of providing a sub-award to MSU after seeking approval of FHWA and the project steering committee.

Best wishes.
VJ
--------------------------------------
Vijaya (VJ) Gopu, Ph.D., P.E.
Associate Director, External Programs
Louisiana Transportation Research Center (LTRC)
Stuller Settings -Matthew Stuller/LEQSF Regents Professor,  UL-Lafayette
Formosa Plastics Distinguished Professor Emeritus, LSU
Member, LAPELS Board
4101 Gourrier Avenue
Baton Rouge, LA 70808
Tel: 225-767-9102
Fax: 225-767-9108
Email: v.gopu@la.gov

 

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 30, 2023 8:11 PM
**To:** V Gopu <V.Gopu@LA.GOV>; Zhang, Yunlong <yzhang@civil.tamu.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Jordan, Julie <julie.jordan@msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** A problem statement for FHWA mobility center

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Dear Dr. Gopu and Dr. Zhang,

Thanks for the invitation for MSU to participate in the proposal and hope this email would not be late. I attached the problem state and also list Dr. Howard, Dr. Keith, and Dr. Julie's requests for the participation of the consortium:

Dr. Howard's request:
1.  Dr. Howard would not object to the submission of the one-page statement.
2.  CEE would not committee and resources including any match at this stage.
3.  CEE may or may not commit any resources including any match after the award.
Dr. Julie's request:
1.  MSU would not provide any matching.
2.  IBI will be needed for the proposed statement.
There is a survey proposed in the statement and I will request IBI approval according to MSU policies later if we will have a chance to go forward.

MSU001082

Dr. Keith requests emails to be cc'd to Dr. Keith, Dr. Howard, and Dr. Julie.

Please consider if all requests above and the statement attached fit the consortium's requirements and RFP requirements. Let me know if you have any questions.


Li

Thank you!



Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering

**MSU001083**