# EXHIBIT 48

**From:** cee-faculty-request@lists.msstate.edu on behalf of Howard, Isaac [ilhoward@cee.msstate.edu]
**Sent:** Monday, February 13, 2023 8:02 AM
**To:** CEE-Faculty [CEE-Faculty@lists.msstate.edu]; CEE-Staff [CEE-Staff@lists.msstate.edu]
**Subject:** [cee-faculty] Annual Review Meetings

Faculty and Staff,

You should have seen this year's annual review documents sent around over the past few weeks and should have your publications uploaded into digital measures by now. This year, I would like to do annual reviews for 2021 and 2022 at the same time given most annual reviews did not get done last year. This is mostly my fault; my apologies for not getting this fit into the schedule. I would like for each of you to schedule a time to meet with me and have your annual review documents to me at least 3 days before the date you pick. Please pick a time that you feel is needed to have the conversation you would like to have. A general suggestion is 30 minutes being the shortest amount of time booked (if we finish before 30 minutes, no harm done) and if you feel more time is needed, book more (e.g. 1 hour). At present I suggest the day/time combinations below. If you are not available on any of these times, please suggest some day/time combinations where you are available. Please send your desired times to me as soon as you can – time slots will be first to ask gets their time slot if it is still open in my schedule.

Thank you all for your work and for your patience with me.

Regards,
Isaac

Feb 16 – 8 to 9 am, 1 to 6 PM
March 1 – 7 am to 6 pm
March 10 – 7 am to 130 pm, 330 pm to 6 pm
March 20 – 7 am to 6 pm
March 21 – 8 to 9 am, 1 to 6 pm
March 31 – 10 am to 5 pm
Note: if you want to try and meet over spring break, we can try that too. I will be working all week, though we have the BAMI utilities school on campus that week, and I may need to take a work trip(s) during that week – my schedule that week is very up in the air.

**Isaac L. Howard, PhD, PE**
Professor and Director
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
www.cee.msstate.edu

**MSU208797**

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Wednesday, September 20, 2023 11:38 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Morrison, Julia [jmorrison@hrm.msstate.edu]
**Subject:** RE: Dr. Zhang Annual Reviews

Dr Howard,

I would like to making the following request to our meeting:

1. Add faculty senators to the meeting
2. Add my lawyer to the meeting, or allow us to record the meeting. Understand MSU's lawyer might be in the meeting too.
3. I would like to request the following documentations, I don't have any of those mentioned in the reviews to my knowledge. Without them, we will not have an effective meeting

   a) 2021, "Teaching continued, with the number of student credit hours (SCH's) increasing from 96 to 328. Teaching quality did not improve; CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory"

   Record of "being removed from this course as instructor of record" in 2021.
   b) 2021, Please response the questions to the email I sent on Saturday, December 18, 2021 12:00:23 AM, you attached to the review.
   c) 2022, Record of "adding another PhD student may or may not be in Dr. Zhang or the school's best interest at this time."
   d) 2022 reviews, Evidences of "largely for the education and best interests of our students" by removing me as instruct
   e) Evidences of "Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce."
      e-1, Documentations about my "collegiality"
      e-2, documentations about my activities "harmful to students"
   f) Original student complains and evidences of "evidenced by very large numbers of student complaints and interactions"
   g) Evidence of "jeopardy of violation of accreditation"
   h) Documentation about "Workplace bullying"
   i) In table, how the "Yearly Adjusted Funding Responsible" was adjusted.
   j) Workplace bullying documentations like official complains registered at department Hr. etc.

Once you have the documents ready and let me know your available time, I will contact my lawyer and faculty senators.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838

**MSU216402**

Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, September 20, 2023 10:04 AM
**To:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: Dr. Zhang Annual Reviews

Thank you Julia. I do not have any updates.

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Wednesday, September 20, 2023 9:39 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: Dr. Zhang Annual Reviews

Hi all,

I might have missed an update, but I can't find where we scheduled this meeting. Like you, my days fill up quickly. Let's try to get something scheduled later this week or next week if we can find an agreeable time. Dr. Zhang, could you provide your availability to assist with scheduling?

Thanks,
Julia

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, September 14, 2023 12:12 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Subject:** RE: Dr. Zhang Annual Reviews

I am looking into it and will get you back.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, September 14, 2023 11:33 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>

**MSU216403**

**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Dr. Zhang Annual Reviews

Dear Dr. Zhang,

I hope this message finds you well. I wanted to inform you that your annual faculty reviews for 2021 and 2022 have been assembled and they are attached for your review. We are doing two years of annual reviews this year for faculty as reviews were not conducted in 2021 due to a variety of factors including COVID-19, moving buildings, and an Interim Director. As part of the review process, Julia Morrison, our Human Resources representative will be present during the meeting. She will be there to ensure objectivity, compliance with university policies, and a constructive outcome. Your participation in this review is mandatory.

We are willing to have this review in person or virtually.  The list below provides times where we are both available.  Please consider your schedule and let us know a 30 to 60 minute time slot you would like for your annual review, and whether you would prefer to meet in person or virtually.

September 22nd –8 am to noon

September 25th – 8 to 9 am, 10 am to 330 pm

September 26th – 1230 pm to 5 pm

October 2nd – 8 to 9 am, 10 am to 5 PM

October 3rd – 8 to 930 am, noon to 5 pm

October 4th – 8 am to 5 pm

If you have any questions or require any additional information prior to the review, please feel free to reach out to me or Julia directly.

We look forward to a productive faculty review.

Best regards,

Isaac

**Isaac L. Howard, PhD, PE**
Professor and Director
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
www.cee.msstate.edu

**MSU216404**

**From:** Keith, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D806FEF91494263BD129D86BB1C6F84-JMK210]
**Sent:** Monday, May 15, 2023 4:53 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Mallett, Jeanett [jmallett@bagley.msstate.edu]; Kilpatrick, Merri [kilpatrick@cee.msstate.edu]
**BCC:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** Re: Zhang Eval 2018

Ok thanks for looking. There were some years when dennis didn't do them

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On May 14, 2023, at 9:26 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:
>
> I have looked for a couple of hours and haven't found anything for 2018 – the files I received were not well organized.
>
> **From:** Mallett, Jeanett <jmallett@bagley.msstate.edu>
> **Sent:** Thursday, May 11, 2023 10:00 AM
> **To:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
> **Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
> **Subject:** RE: Zhang Eval 2018
> I'll ask Dr. Howard if he has them.
>
> *Jeanett Mallett*
> Administrative Assistant to the Dean
> James Worth Bagley College of Engineering
> Mississippi State University
> 250 McCain Hall
> Campus Mailstop 9544
> 479-2 Hardy Rd., MS State, MS 39762
> Office (662)325-7183
> Fax (662)325-8573
>
> **From:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
> **Sent:** Thursday, May 11, 2023 9:58 AM
> **To:** Mallett, Jeanett <jmallett@bagley.msstate.edu>
> **Subject:** RE: Zhang Eval 2018
> Jeanett,

MSU237889

I don't. I never received any of the evaluations back prior to this year. I am not sure if Dr. Howard has them.

Merri

**Merri Kilpatrick**
**Business Manager**
Mississippi State University
Richard A. Rula School of Civil and Environmental Engineering
250 Hardy Road, 1043 Rula Hall
P.O. Box 9546
Mississippi State, MS 39762
662-325-6944
662-325-7189 (fax)
http://www.cee.msstate.edu

**From:** Mallett, Jeanett
**Sent:** Thursday, May 11, 2023 9:57 AM
**To:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Zhang Eval 2018

Hello Merri,

Do you have a copy of Dr. Zhang's 2018 annual eval? The one I have is missing some information.

*Jeanett Mallett*

Administrative Assistant to the Dean
James Worth Bagley College of Engineering
Mississippi State University
250 McCain Hall
Campus Mailstop 9544
479-2 Hardy Rd., MS State, MS 39762
Office (662)325-7183
Fax (662)325-8573

**MSU237890**