# EXHIBIT 49

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Friday, December 22, 2023 3:51 PM
**To:** Zhang, Li [lzhang@cee.msstate.edu]
**CC:** Morrison, Julia [jmorrison@hrm.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Follow up
**Attachments:** 12222023 final Annual Review Appeal of Li Zhang.pdf

Hi, Li, here is my summary evaluation. I appreciate you giving me extra time to work through this carefully.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, December 21, 2023 8:42 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Subject:** Re: Follow up

Dr. Keith,
Thanks! These are just holiday pressures I have never experienced before.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

**MSU222745**

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, December 18, 2023 4:14 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Follow up

Thank you, Li. I am working on my summary from our meeting and my assessment of your performance. I know you told me I could take time but I also want to be respectful to your request.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, December 15, 2023 4:08 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Subject:** Re: Follow up

Dr. Keith,

I hope you and your family have a wonderful holiday.

I sincerely appreciate your efforts in providing follow-ups and updates on my annual reviews. Over the years, I have built a resilient mindset to navigate the psychological pressures inherent in my work. However, I must express that the annual reviews conducted by Dr. Howard have introduced a new and significant psychological toll on my overall well-being. Since the middle of this semester, I've observed adverse effects on my health, including disruptions to my sleep patterns and the emergence of heart problems.

MSU222746

As the holiday season approaches, the mounting pressure has become increasingly challenging to bear. The uncertainty surrounding the reviews and the lack of clarity regarding when I can expect your feedback are taking a toll not only on my personal health but also on the well-being of my family. The stress is particularly amplified by the fact that I have special needs children who require my constant attention and care.

I fully understand the need for a comprehensive review process and respect the time required for a thorough evaluation. The facts seem clear from my perspective, and a month should suffice for the review process. I am more than willing to provide any additional information or clarification you may require to expedite the process.

Given the approaching holidays, I kindly request your understanding of the impact this situation is having on my family life and overall well-being. I am hopeful for a fair and timely review from you, ideally before the holidays, which would greatly alleviate the current stress and uncertainty.

Thank you for your understanding and consideration.

Sincerely,

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

MSU222747

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, November 15, 2023 3:19 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Follow up

Thank you

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

-----Original Message-----
From: Zhang, Li <lzhang@cee.msstate.edu>
Sent: Wednesday, November 15, 2023 2:09 PM
To: Keith, Jason <keith@bagley.msstate.edu>
Cc: Reeves, Kari <kari@bagley.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>
Subject: RE: Follow up

Dr. Keith,

Thank you. I just forwarded the UTC review. In this morning, I may not fully capture Dr. Jordan's reasons for reprimand in our meeting.
Here is the exact words in the letter:
" reprimand for refusing to follow a direct order to not engage with anyone outside of MSU leadership in seeking Congressional support for the Department of Transportation University Transportation Center (UTC) proposal submitted."

Please use her words if you type.

My responses in the morning were right.

**MSU222748**

You and your family have a great Thanksgiving!

Li


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite) Box 9546 Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

-----Original Message-----
From: Keith, Jason <keith@bagley.msstate.edu>
Sent: Wednesday, November 15, 2023 1:30 PM
To: Zhang, Li <lzhang@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Morrison, Julia <jmorrison@hrm.msstate.edu>
Subject: Follow up

Li, thank you for meeting me earlier today to discuss your thoughts on your annual review.  Please give me some time to read and summarize my notes b fore responding officially.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**MSU222749**

**Annual Review Appeal of Li Zhang, Civil & Environmental Engineering**

**Introduction:** The 2021 and 2022 annual faculty reviews for Dr. Li Zhang were performed by School Director Isaac Howard. Observing the meeting was Ms. Julia Morrison, HRM Generalist. Following the meeting, Dr. Zhang filed an appeal for each year. I believe that his rationale is that, citing AOP 13.24: Annual Faculty Review Form, that: *[T]he process and/or review was unfair, not objective, and/or reflects personal bias.* As such, I met with Dr. Zhang on Wednesday, November 15th, 2023. I asked Associate Dean Dr. Kari Babski-Reeves to sit in and observe this meeting.

**Zhang Meeting Summary:** I explained to Dr. Zhang how I would like to conduct the meeting. I planned to ask Dr. Zhang a series of questions, and tabulate his answers. I would then visit with School Director, Dr. Isaac Howard, and then provide brief summaries of these questions, Dr. Zhang's answers, Dr. Howard's responses (if different than the review he recently performed). The results are below.

- **2021:**

- **For 2021, what do you think your teaching evaluation should be?** Zhang responded with "excellent, or at least between satisfactory and excellent." Zhang's rationale is summarized below:
    - Fairly good job given conditions
    - Not enough help – had surgery and an absence
    - Cited "policy" to take care of the entire class
    - When prompted about areas to improve, he did speak to peers in the CEE department, who advised him to "give the student everything they are asking for."
    - Zhang did not speak with anyone outside of the CEE department
    - Zhang also cited needing to "still have minimum standards" for his students
    - Zhang cited organization and that a class of 70 students should have a GTA
        - There may be a need for more tutorials, if he gave them after hours, students would complain
    - Zhang recognized a barrier due to language
    - Zhang requested that reviewers look at the EIT transportation test – but he does not have the data
    - Zhang cited an issue with being removed from the course – felt it was not justifiable. Furthermore, Zhang felt that the grade changes were not justifiable.
    - Zhang also did not have any "documents" when he was removed from the class
    - Zhang and I discussed a need for an AOP regarding on when a faculty is to be removed from class

- **For 2021, what do you think your research evaluation should be?** Zhang responded with "should be excellent." Zhang's rationale is summarized below:
    - Zhang claimed he had the highest overhead return in the department
    - Zhang also cited a 32-33% release in the fall, and thus should have had only one course if EOP37 (which was proposed by the college in summer 2023) was in force
    - Page 3 of his rebuttal lists the grants Zhang was funded on
    - Zhang referred me to Table 1 to "compare with other faculty"
    - Zhang completed an ASSURE $1.2MM project and an MDOT research project at $149k

**MSU222750**

- o  Zhang had two publications, in Transportation Res E & TRB

- **For 2021, what do you think your service evaluation should be?** Zhang responded with "okay with satisfactory or excellent". Zhang's rationale is summarized below:
  - o  Zhang cited "regular level" of service
  - o  Zhang cited being associate editor
  - o  Zhang cited having "not much on my side too"

- **For 2021, what do you think your overall evaluation should be?** Zhang responded with "should be excellent, given what he had done."
  - o  Zhang would have liked to have verbal / written 'recognition' of his contribution to the department

I reviewed all this with him, and he was satisfied with my notes.

- **2022:**

- **For 2022, what do you think your teaching evaluation should be?** Zhang responded with "at least satisfactory." Zhang's rationale is summarized below:
  - o  First of all, Zhang felt that the traffic count survey was the reason he was given an unsatisfactory rating
  - o  Zhang was not convinced that he should have been told to not conduct traffic count exercises in his class
  - o  Secondly, Zhang felt that he was removed from the class "after it was over," that this removal was unnecessary, and that it was not a fair grade. In fact, he has never seen the student grades
  - o  Zhang cited a typical example from CE 4143 where the time space diagram was taught, that students did not understand it. I asked a question and sketched a sample plot, and Zhang concurred this was the type of analysis that he was referring to
  - o  Zhang said that homework was hard to grade
  - o  Zhang cited a "secret meeting" that School Director Howard had with students on or about April 14th and referred to a meeting that Howard, Zhang and I had afterwards
  - o  Zhang felt he did not have an opportunity to address student issues one by one
  - o  Zhang felt that he had addressed the complaints of the students in his class broadly
  - o  Zhang also acknowledged that he had little attendance at his office hours
  - o  Zhang once again cited a need to have an AOP about removing faculty from class
  - o  Zhang once again asked me to review the EIT exam, and that his students do well on the transportation portion of the exam

- **For 2022, what do you think your research evaluation should be?** Zhang responded with "should be excellent." Zhang's rationale is summarized below:
  - o  Zhang cited a reprimand letter from Vice President for Research and Economic Development, Dr. Julie Jordan, that arouse after a proposal submission for a University Transportation Center, which Zhang was the lead PI.

**MSU222751**

- Zhang cited a meeting held including Drs. Jordan, Zhang, Ombudsperson Dr. Hart Bailey, and myself. The reprimand letter cited getting the congressional delegation involved with the proposal.
- Zhang contends that this reprimand was based on false pretense, that another university had initiated contact with their congressional delegation, who had then contacted the Mississippi delegation, who then contacted Dr. Jordan. Thus, Zhang feels "accused of something he did not do," and that he has never contacted congressional delegations on his own.
  - Zhang also cited that he only had 5 months to perform research due to his sabbatical, that he had no summer salary
  - Zhang cited three active grants
  - Zhang emailed me the peer reviews of the proposal
  - Zhang informed me that he had a conference presentation, a TRB journal submission, a research report, and a TRB poster (that was presented in January 2023).
  - Zhang and I discussed some recommendations for future UTC proposal submissions from MSU, that MSU needed to be better prepared on timing and organization.

- **For 2022, what do you think your service evaluation should be?** Zhang responded with "ok with satisfactory." Zhang's rationale is summarized below:
  - Zhang cited his sabbatical, and suggested it be considered service, and if so then he felt that a rating of excellent would be justifiable, due to a positive impact on economic development.
  - We discussed some activities regarding this, and that Dr. Zhang's company submitted a proposal with Washington State University as a subcontract.

- **For 2022, what do you think your overall evaluation should be?** Zhang responded with "overall satisfactory to excellent."

**Howard Meeting Summary:** I also met with and discussed the evaluations with Dr. Zhang's supervisor. He further explained his rationale behind each of these points and did not offer any changes.

**Follow-up and Evaluation:** I then re-read Dr. Zhang's materials that he submitted for 2021 and 2022, his supervisors' comments and evaluation, and Dr. Zhang's rebuttal materials. Based on all of this, here are my comments.

- Zhang contends that the 2021 evaluation should be discarded. In discussions with the Provost and Executive Vice President, Human Resources Management and Legal Counsel, it was deemed acceptable to conduct the 2021 evaluations. It is noted that the 2021 evaluations were done for the entire CEE faculty and not just for Zhang.
- In my review, following AOP 13.24, I will give my summary evaluations and, if appropriate, *[o]ffer specifics on what was deemed inadequate or on how to overcome the points where the performance is below standards.*
- 2021 Evaluation:
  - Teaching: As noted in the documents, Zhang was removed from his course CE 3113 in the fall semester of 2021. There was considerable discussion between the department

**MSU222752**

head / school director, the college dean's office, and the provost's office prior to making this decision. This has only happened to one faculty (which is Dr. Zhang) during my tenure in the dean's office. I rate Zhang's teaching as unsatisfactory, with immediate corrective action being imperative. Moving forward, I offer the following recommendations:

- Zhang is encouraged to review his course evaluations. For example, question 1.11, *[O]verall, I would recommend this instructor to other students if they wanted to learn this subject*. There were 25.8% strongly disagrees, 22.6% disagrees, 41.9% agree, and 9.7% strongly agree. The weighted average was 2.35, tending slightly towards disagree. It is noted that nearly half of the students would not recommend his course. The written comments, 1.13, *[w]hat changes could improve this class and 1.14, [P]lease feel free to say more about your response to any items above or provide any additional feedback.*
- I further recommend that Dr. Zhang meet with the Center for Teaching and Learning and develop a list of workshops and/or modules that he can complete to be a more effective classroom instructor.
- Upon satisfactory completion of these workshops, I will discuss this with Dr. Zhang's department head and with the provost, to decide an appropriate course of action for the future.
  - o Research: Dr. Zhang had active grants during 2021. He also published a journal article and a conference paper.
    - Regarding his providing release salary, there were a series of emails between Dr. Zhang and School Director Howard where Dr. Howard asked Dr. Zhang to provide information on release by a particular deadline in the summer, and if not he would assign Dr. Zhang's courses. The release was not provided until well after this date. This release should 'carry over' to a future semester. This may have been used by the School Director to release Dr. Zhang from a course in the 2022 calendar year or later. It is noted that Zhang had no courses in fall 2023 and his classroom teaching is currently on hold.
    - Overall, I rate Zhang's research during 2021 as satisfactory.
  - o Service: Dr. Zhang was active in service to MSU and to the external community. I rate this as satisfactory.
- 2022 Evaluation:
  - o Teaching: As noted in the documents, Zhang was removed from his course CE 4143 in the spring semester of 2022. Once again, there was considerable discussion between the department head / school director, the college dean's office, and the provost's office prior to making this decision. This has only happened to one faculty (which is Dr. Zhang) during my tenure in the dean's office, and is unacceptable. Moving forward, I offer the following recommendations:
    - Zhang is encouraged to review his course evaluations. For example, question 1.11, *[O]verall, I would recommend this instructor to other students if they wanted to learn this subject*. There were 89.3% strongly disagrees, 10.7% disagrees, 0.0% agree, and 0.0% strongly agree. The weighted average was 1.11, tending heavily towards strongly disagree. It is noted that all of the students

**MSU222753**

would not recommend his course. The written comments, 1.13, *[w]hat changes could improve this class and 1.14, [P]lease feel free to say more about your response to any items above or provide any additional feedback.*

- I further recommend that Dr. Zhang meet with the Center for Teaching and Learning and develop a list of workshops and/or modules that he can complete to be a more effective classroom instructor.
- Upon satisfactory completion of these workshops, I will discuss this with Dr. Zhang's department head and with the provost, to decide an appropriate course of action for the future.

o Research: Dr. Zhang had active grants during 2022. He also had a conference presentation, a TRB journal submission and a research report published. Although not present in his review materials that he prepared, Zhang sent me an email after our meeting with the text below:

- *[D]r. Keith,*

  *Thanks for including me. Please take your time.*
  *BTW, my formal student Di and I published a paper about connected vehicle safety in ASCE transportation conference and forgot to add the paper in annual review. She just completed her Data Senesce Ph.D. at JSU, and I was her Ph.D. committee member.*

  *Wu, D., Zhang, L., Whalin, R.W., & Tu, S. (2022). Conflict Identification Using Speed Distance Profile on Basic Safety Messages. Proceedings of the International Conference on Transportation and Development 2022 (pp. 241-251). ASCE, Seatle, WA.*

o Stemming from unapproved interactions from a proposal team of which Dr. Zhang was PI with the Mississippi Congressional Delegation, there was dialogue delivered from the Office of Research and Economic Development in the form of several emails, a meeting in the ORED office and an official memorandum where the VPR, Dr. Julie Jordan, informed Dr. Zhang of specific instructions that he would need to follow for future interactions with ORED. It is noted that no other such memoranda have been issued to any other faculty in engineering during the past decade (or perhaps ever). This is the basis for the unsatisfactory research evaluation by Dr. Zhang's supervisor, and is justified in this circumstance. I offer the following suggestions for Dr. Zhang moving forward:

- To reiterate, any congressional interaction needs to occur from ORED or only when authorized by ORED.
- Dr. Zhang is encouraged to be more timely in requesting permission to submit research proposals and in providing the information needed for the Office of Sponsored Programs to be able to evaluate and submit proposals to funding agencies. Zhang has good research ideas, and improving organization and timeliness will benefit his efforts in the future.

o Service: Dr. Zhang was active in service to MSU and to the external community. I rate this as satisfactory.

**MSU222754**

- In conclusion, I feel that:
    - <u>The department head/supervisor did not</u> *[i]mpose standards that are inconsistent with or exceed; [i] standards of the department's promotion and tenure documents; [ii] standards for an individual/specific academic discipline; [iii] availability of necessary resources; [iv] respective FTE assignment; [v] finite opportunities existing within a given academic field; or a [vi] realistic level of expectation.*
    - *[E]ach year the faculty member and the head/supervisor shall identify goals and objectives for the coming year. These goals and objectives should be consistent with the faculty member's efforts towards tenure, promotion, and fulfilling the faculty member's career goals.* Although there is disagreement on whether these goals were met, these goals do seem appropriate in the eyes of the faculty and the supervisor.
    - For 2021, I give the following ratings for Dr. Li Zhang:
        - Teaching: Unsatisfactory
        - Research / Creative activities: Satisfactory
        - Service (on campus / off campus): Satisfactory
        - Overall Rating: Needs Improvement
    - For 2022, I agree with the following ratings for Dr. Li Zhang:
        - Teaching: Unsatisfactory
        - Research / Creative activities: Unsatisfactory
        - Service (on campus / off campus): Satisfactory
        - Overall Rating: Unsatisfactory
    - In my discussions with Dr. Zhang's school director and with both the Provost and Executive Vice President and with the Vice President for Research and Economic Development, everyone wants to see Dr. Zhang be a successful faculty at Mississippi State University. He needs to carefully review the recommendations given to him from these offices, and take actions to improve his interaction with students and the campus community as a whole.

**MSU222755**