# EXHIBIT 55

*CONFIDENTIAL*

To:    Promotion and Tenure Committee
        Dr. Li Zhang

Date:  January 22, 2025

Re:    Supplement to Notice of Intent to Terminate

---

## I.
## BACKGROUND

Dr. Li Zhang ("Dr. Zhang") is a tenured professor in the Richard A. Rula School of Civil and Environmental Engineering at Mississippi State University ("MSU"). On February 14, 2024, MSU Provost and Executive Vice President Dr. David R. Shaw ("Dr. Shaw") wrote to Dr. Zhang and informed him of the intent to terminate his employment with MSU. On that same date, Dr. Zhang was relieved of all work duties at MSU, including teaching, research, and service responsibilities, and he was notified that he was being placed on paid administrative leave. He remains on administrative leave with full pay and benefits at this time.

In his letter, Dr. Shaw informed Dr. Zhang that he had the right to request a hearing with respect to the intended termination, which Dr. Zhang has done. Termination proceedings have been postponed by agreement between Dr. Zhang and MSU, but the matter is now brought before this committee for consideration. This document is being submitted for the purpose of providing a more detailed description of the actions, conduct, and other cause that formed the basis of the recommendation to terminate Dr. Zhang's employment with MSU.

Out of respect for the privacy of Dr. Zhang and the individuals identified herein, this document is intended to serve as a confidential submission to the Promotion and Tenure Committee in connection with its hearing. It is not intended for public disclosure.

## II.
## THE APPLICABLE POLICIES

### A.    Policies Regarding Termination of Tenured Faculty

The MSU Faculty Handbook (Exhibit 1: MSU Faculty Handbook), MSU Operating Policy 60.113 (Exhibit 2: Policy 60.113 – Termination of Employment), and IHL Board Policy 403.0104 (Exhibit 3: IHL Board of Trustees Policies and Bylaws) apply to proposed terminations of tenured faculty members. These policies, which largely mirror each other in their essential terms, provide that a tenured faculty member may be terminated for the following reasons:

        a.    Financial exigencies as declared by the IHL Board;

        b.    Termination or reduction of programs, academic or administrative units as approved by the IHL Board;

        c.    Malfeasance, inefficiency or contumacious conduct; or

**MSU259082**

*CONFIDENTIAL*

      d.      For cause[1].

The policies further provide that, in the event of a proposed termination, the faculty member at issue is to be informed in writing, first, of the proposed action against him and, second, of the opportunity to be heard in his own defense. The faculty member then has ten calendar days to state in writing his desire to have a hearing. Each of these prerequisites to a hearing has been met. Dr. Shaw provided the appropriate written notice to Dr. Zhang on February 14, 2024, and Dr. Zhang provided a timely notice of his request for a hearing on February 15, 2024. <u>Exhibit 4</u>: February 14, 2024 Letter from Dr. Shaw to Dr. Zhang and HRM Memorandum Regarding Separation from Employment, and <u>Exhibit 5</u>: February 15, 2024 Letter from Dr. Zhang to Dr. Shaw.

## B.      MSU POLICIES REGARDING CONDUCT AND RESPONSIBILITIES

    1.      <u>MSU Policy HRM 60.401: Guidelines for Employee Conduct</u>

MSU's Policy HRM 60.401 (<u>Exhibit 6</u>) provides general guidelines for employee conduct, including a non-exhaustive list of examples of inappropriate conduct. A few such examples are the following:

      1.      Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance.

            * * *

      7.      Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.

            * * *

      9.      Insubordination, including refusal to accept instructions from supervisors, police officers, civil defense personnel, or other proper authorities.

            * * *

    21.      Any other action, behavior, or communication that, as perceived by University officials, adversely affects the University or any sub-unit thereof.

---

[1] The MSU Faculty Handbook specifies that termination may occur for "legitimate and justifiable cause." <u>Exhibit 1</u>, MSU Faculty Handbook, p. 54, V. D.

**MSU259083**

*CONFIDENTIAL*

2. <u>MSU Policy AOP 13.03: Responsibilities in Instruction and Curriculum, and Attendance at Classes</u>

MSU's Policy AOP 13.03 (<u>Exhibit 7</u>) addresses the responsibilities of instructors of record in the context of course instruction and curriculum. Relevant to this matter are the following obligations owed to students:

2. Meet all assigned classes, unless hindered by a reason beyond one's control. When instructors of record cannot meet occasional or individual classes, *they, or a departmental representative, will make timely announcements of their absence and will arrange equivalent and / or alternate instruction.* In cases where the instructor is absent and has not been able to notify class ahead of time, students are expected to remain in the classroom ten minutes after the beginning of the period, unless otherwise indicated by the instructor of record. (emphasis added)

* * *

7. Demonstrate respect for the student and treat the faculty-student relationship in a professional manner.

* * *

10. Follow university procedures concerning examinations, academic dishonesty, accommodating students with disabilities, grade submission, and other regulations related to instruction.

**III.**
**THE BASIS FOR THE INTENDED RECOMMENDATION**

The intended recommendation for Dr. Zhang's termination is based upon the third and fourth grounds established by the MSU Handbook, MSU Operating Policy 60.113, and IHL Board Policy, namely contumacious conduct, malfeasance, and other "for cause" reasons, such as failure to teach in accordance with MSU standards and unsatisfactory performance in research. Dr. Zhang's original Notice of Intent to Terminate lists the following reasons for his proposed termination:

a. Failure to teach in accordance with University standards as evidenced in part by [his] unsatisfactory rating in teaching since 2021;

b. Unsatisfactory performance in research; and

c. Contumacious conduct and malfeasance including, but not limited to, constant and willful disregard for the directions of [his] Department Head, Dean, and the Vice President for Research and Economic Development.

<u>Exhibit 4</u>: February 14, 2024 Letter from Dr. Shaw to Dr. Zhang.

3

**MSU259084**

*CONFIDENTIAL*

For years, Dr. Zhang has exhibited a pattern of disregarding directives from his superiors and refusing to fulfill basic job responsibilities. In summer 2021, when longtime department head / Director of CEE, Dr. Dennis Truax, retired, and Dr. Isaac Howard became the Director of CEE (first in an interim capacity and now in a permanent capacity), Dr. Zhang's outward disdain for those in positions of authority over him became even more pervasive. In recent years, his contemptuous approach to nearly every aspect of his job has spilled over into his interactions with students, alienated colleagues and potential partners in research, and compromised MSU's relationships with research sponsors. His teaching performance has also declined significantly, as reflected in unsatisfactory evaluation ratings and an outpouring of more acute complaints from students.

Ultimately, Dr. Zhang has exhibited a severe lack of collegiality, affecting not only his own work, but also the work of those who are required to interact with him professionally. His insubordination, poor performance, bullying tactics, and generally inappropriate conduct has repeatedly violated MSU's Policy 60.401. Moreover, he has repeatedly failed to meet his obligations under MSU's Policy 13.03 by, for example, failing to demonstrate respect for students and treat the faculty-student relationship in a professional manner. For these reasons, it is recommended that Dr. Zhang's employment with MSU be terminated.

## A. FAILURE TO TEACH IN ACCORDANCE WITH MSU STANDARDS

Spring 2022 was the last semester in which Dr. Zhang was the instructor of record for an MSU course. He did not teach in summer 2022, and he was on sabbatical leave from fall 2022 until fall 2023. When Dr. Zhang returned in fall 2023, he was not assigned to teach any courses; his assignment, rather, was to focus on the areas of research and service in addition to his graduate students. It was during the spring 2024 semester that Dr. Zhang received notice of the intention to terminate his employment and was placed on administrative leave.

### 1. Dr. Zhang's 2021 Courses

#### a. *Spring 2021*

In the spring 2021 semester, Dr. Zhang was the instructor of record for CE 4143 – Traffic Engineering.

Near the end of the semester, administrators in the College of Engineering were contacted by students in Dr. Zhang's class. The students raised concerns about Dr. Zhang's grading plan and assignments to be completed after the final exam that put students' eligibility for graduation at risk. Because the administration in the College of Engineering considered the complaints credible enough that grade appeals were likely to be resolved in favor of the complaining students, administration was forced to step in to correct Dr. Zhang's missteps. Exhibit 8, Spring 2021 Emails Regarding CE 4143.

#### b. *Fall 2021*

In the fall 2021 semester, Dr. Zhang was the instructor of record for two courses: (1) CE 3113 – Transportation Engineering and (2) CE 4133/6133 – Geometric Design.

**MSU259085**

Due to the large number of students registered for CE 3113[2] and its scheduled meeting days[3], Dr. Zhang was not happy with the assignment, and he made his displeasure known. For context, it was a challenging period for all of MSU due to the lingering impact of COVID-19, but the challenges were heightened within CEE, as it was navigating the semester while being short on faculty and preparing for a move to a new building on campus, all while under the leadership of a new interim director. CEE faculty, therefore, were asked to remain flexible and supportive in the circumstances, particularly those who were already fully promoted.[4] Adjustments to the original fall 2021 schedule were necessary due to a change in available faculty. In June 2021, Dr. Zhang was asked to adjust his teaching load to cover CE 3113 in the fall semester.[5] Dr. Zhang expressed his displeasure with the change, and while he urged the CEE Director to hire an adjunct to teach the course in his place, he never followed through with releasing a portion of his salary to help cover that cost and lighten his own teaching load.[6] Exhibit 9, E-mails Regarding Fall 2021 Scheduling.

At the end of the semester, little more than a week before his first final exam was to take place, Dr. Zhang informed the CEE Director and Dean of the College of Engineering that he was having surgery in the days before those exams were set to occur and, as a result, would need assistance with proctoring and grading. Dr. Zhang was asked to provide a plan to have final grades entered by the University's deadline[7], including a specific list of resources he would need to carry out the plan. Dr. Zhang failed to provide a detailed plan as requested, and a chaotic series of events unfolded. For example, the calculation of final grades proved to be extremely challenging. As Dr. Zhang was submitting his final grade calculations, complaints from students revealed additional issues from the semester, including Dr. Zhang's general grading methodology as well as grades missing from the calculations. Exhibit 10, Documentation of Grading and Planning Issues in Fall 2021 CE 3113.

While a team of administrators worked to correct Dr. Zhang's proffered grades, Dr. Zhang sent a deeply improper and unprofessional e-mail to his students to claim unauthorized grade changes had occurred and suggest a potential "hacking" of the system. The e-mail further included disparaging remarks about his department and dean and directed the students to contact him at his personal Gmail account to discuss the situation further. Exhibit 11, "Darkest Day" Email. Dr. Zhang was asked not to have any further communication with his students, and he was required to participate in a meeting with the CEE Director, Dean, and Provost to discuss what led to the need to adjust grades. Exhibit 12, E-mails Regarding Fall 2021 CE3113 Meeting.

---

[2] Seventy-nine students were registered at the time that the change was made.

[3] Dr. Zhang has complained that, by placing CE 3113 on his schedule, the days he needed to be on campus changed from only Tuesdays and Thursdays to Monday through Friday. This is undesirable for Dr. Zhang because he lives in Brandon.

[4] Dr. Zhang was fully promoted to professor during the spring 2021 semester, effective in fall 2021.

[5] His originally planned teaching load for the semester included CE 4133/6133 and an additional course for which very few students had registered (CE 8133) and, therefore, was to be canceled.

[6] It was explained to Dr. Zhang that, because of budgetary constraints, a release of funds would be necessary to hire an adjunct to teach the class.

[7] Extending the deadline was not an option, as some of Dr. Zhang's students were degree candidates.

**MSU259086**

*CONFIDENTIAL*

There was hope that the intervention would cause Dr. Zhang to correct his conduct. Instead, he escalated further.

Copies of Dr. Zhang's Student Course Surveys for fall 2021 are provided as <u>Exhibit 13</u>.

2.    <u>Dr. Zhang's 2022 Course</u>

Dr. Zhang taught only one course in 2022, and that was CE 4143/6143 – Traffic Engineering in the spring semester

During the semester, Dr. Zhang's students contacted administration in the College of Engineering, including the Dean and CEE Director, with numerous complaints about the class. The complaints included, but were not limited to, poor communication about assignments, unfair and unreasonable classroom practices and expectations, threats of honor code reporting and the like, and scheduling required assignments at the last minute. Upon receiving the complaints from Dr. Zhang's students, administrators, including the CEE Director and Associate Deans of the College of Engineering, met with the students to hear their concerns. Aiming to gain a complete understanding of the students' experiences, the Dean also sent an email to the enrolled students and invited them to share their experiences, both positive and negative. The response was overwhelmingly negative. <u>Exhibit 14</u>, Spring 2022 Student Complaints.[8]

Moreover, even though it was meant to be a traditional lecture course, Dr. Zhang included a lab component with the class, couched as a traffic study project. The "project" had students collecting data on roads using traffic instruments. Not only did Dr. Zhang's poor management of the assignment contribute to the overwhelmingly negative student experience, his "project" also created liability and accreditation issues. Dr. Zhang was instructed by the CEE Director, the College of Engineering Dean, and the Provost to modify the "project" so that it was not, in practice, an unauthorized lab being conducted in a lecture course.[9] Dr. Zhang refused to make adjustments as directed. <u>Exhibit 15</u>, Correspondence Regarding CE 4143 Project.

After significant discussion and consideration, Dr. Zhang was removed as the instructor of record for the course approximately one week before its final exam. <u>Exhibit 16</u>, E-mails Regarding Removal from Spring 2022 Course.

Copies of Dr. Zhang's Student Course Surveys for spring 2022 are provided as <u>Exhibit 17</u>.

3.    <u>Dr. Zhang's Student Interactions and Communications</u>

Unfortunately, Dr. Zhang's "darkest day" e-mail is only one example of his inappropriate and unprofessional communications with students. In connection with his spring 2022 course, students reported that Dr. Zhang said, "he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail

---

[8] The exhibit is not represented to contain all complaints that were received.

[9] Significant deviations from the approved method of instruction without approval form the UCCC would be considered a violation of accreditation.

**MSU259087**

*CONFIDENTIAL*

time." He has also inappropriately involved students in his personal conflicts and disputes with administration. Examples of Dr. Zhang's inappropriate student interactions are provided in Exhibit 18, Dr. Zhang Student Interactions.

### 4. Dr. Zhang's Annual Faculty Reviews on Teaching

Although the magnitude of Dr. Zhang's issues in the classroom have not always been reflected in his Annual Faculty Reviews[10], communications among administration provide some insight into Dr. Zhang's history of recurring problems. Exhibit 21, April 2021 Email from Dr. Reeves Summarizing History of Problems; Exhibit 22, Summary of 2020 Course Issues. As already described, in 2021 and 2022, Dr. Zhang's behavior and shortcomings in the classroom escalated, and his evaluations reflected the seriousness of his conduct.[11]

In his 2021 review, it was aptly noted by Dr. Howard that Dr. Zhang's "[t]eaching quality did not improve," and the goal of improving his teaching evaluations was deemed "not met" and "unsatisfactory." His overall rating was "needs improvement." Exhibit 23, 2021 Annual Review with Dr. Zhang Rebuttal and Appeal Findings from Dr. Keith. Similarly, Dr. Zhang's teaching was rated as "unsatisfactory" for 2022, and he did not meet his goal of improving teaching evaluations. His overall rating was "unsatisfactory." Exhibit 24, 2022 Annual Review.

In an additional review by the Dean of the College of Engineering (Dr. Jason Keith, at the time), it was agreed that Dr. Zhang's teaching was unsatisfactory in 2021 and 2022.[12] Dr. Keith additionally offered some recommendations to Dr. Zhang to improve his teaching. His recommendations included meeting with the Center for Teaching and Learning to identify workshops and / or modules he can complete to be more effective in the classroom.

### B. UNSATISFACTORY PERFORMANCE IN RESEARCH

Dr. Zhang's chronic disorganization and failure to meet deadlines has severely impacted his own research efforts as well as the efforts of his collaborators. While, in a general sense, Dr. Zhang's research productivity has been in recent decline, there are specific instances of unacceptably poor conduct and deficient project management that underscore the unsatisfactory nature of his research.

### 1. The University Transportation Center Proposal

In 2022, Dr. Zhang was given the opportunity to lead a proposal for a Tier 1 Grant from the United States Department of Transportation for a University Transportation Center ("UTC"). Despite receiving the go-ahead months before the deadline to submit letters of intent, Dr. Zhang

---

[10] Even Dr. Zhang's Annual Faculty Reviews, however, have historically included goals to improve the quality of his teaching. Exhibit 19, 2020 Annual Review at p. 4, 5; Exhibit 20, 2019 Annual Review at p. 5.

[11] CEE faculty reviews for 2021 and 2022 were both completed in 2023.

[12] Dr. Zhang requested additional review of his 2021 and 2022 Annual Faculty Reviews pursuant to AOP 13.24. Dr. Zhang thereafter met with Dr. Jason Keith, who was, at the time, serving as the Dean of the College of Engineering, to discuss his 2021 and 2022 review documents. Dr. Keith provided a summary of the meeting as well as his findings, which were in agreement with the original evaluations. Exhibit 25, 2021 and 2022 Annual Reviews Appeal Summary and Findings.

**MSU259088**

*CONFIDENTIAL*

delayed beginning his effort to develop a team and start on the proposal. Administration in the College of Engineering, however, made significant efforts to help Dr. Zhang put together a team and prepare his team's budget for the proposal. His delays, along with his disorganized approach and difficulty effectively navigating the proposal process, placed a significant burden on everyone working to support him. A copy of detailed notes from the UTC proposal process is provided as Exhibit 26.

As a general practice, MSU does not allow faculty to reach out directly for congressional support in connection with research proposals. The protocol, rather, is to utilize the university liaison for such matters, if it is deemed appropriate. Following the submission of the UTC proposal, Dr Jordan learned that Dr. Zhang's collaborators had acted in violation of specific requests not to seek support from the Congressional delegation. As a result of his team's failure to follow a direct order not to engage with anyone outside of MSU leadership in seeking Congressional support, Dr. Zhang received a written reprimand from Dr. Jordan in October 2022.[13] The act was noted to be "clear insubordination and a violation of MSU Policy HRM 60.401." Exhibit 27, October 2022 Letter of Reprimand.

As a result of Dr. Zhang's gross mishandling of the UTC effort, as well as other research projects, it has become necessary for MSU to provide closer oversight and support to Dr. Zhang in any research effort he wants to undertake. In his letter of reprimand, therefore, he was told that any future efforts to secure external funding or support of any kind would have to be approved by the Office of Research and Economic Development prior to seeking the support. However, he still fails to meet critical deadlines to advance research efforts. Exhibit 28, E-mails Regarding 2023 FHWA Mobility Center Proposal.

2.    Dr. Zhang's MDOT Contract

Dr. Zhang began working on a research project sponsored by the Mississippi Department of Transportation ("MDOT") in 2018. The project is referred to as "Development and Evaluation of a Wi-Fi Highway Performance Eval System." Dr. Zhang repeatedly delayed the project by seeking multiple extensions, even after his work was represented to be complete. Finally, in December 2022, after discussions with a representative at MDOT, Dr. Jordan issued a deadline of January 31, 2023 to deliver his final report. Even after it was submitted, it took two months for Dr. Zhang to apply MDOT's requested edits and provide the final version of the report. Exhibit 29, Correspondence Regarding MDOT WiFi Project.

Dr. Zhang's delayed effort for MDOT does not align with the quality of work expected of MSU's researchers, and there has been some indication that MDOT is hesitant to work with Dr. Zhang again in the future. Dr. Zhang's communications with MDOT have since been subject to close monitoring. Exhibit 30, E-mails Regarding August 2023 MDOT Proposal.

---

[13] Dr. Zhang disputes the appropriateness of the reprimand, since he did not individually engage with anyone to seek Congressional support. However, as the PI for the effort, he is accountable for the actions of his team.

**MSU259089**

*CONFIDENTIAL*

3.      Removal from ASSURE Project

In the past, Dr. Zhang has been tasked with providing support for projects through the ASSURE FAA Center of Excellence ("ASSURE").[14]  In February 2022, Dr. Zhang was removed from a project (often referred to as ASSURE Project A-36, Urban Air Mobility) that was being led by another university, Embry-Riddle.  Dr. Zhang was removed from the project in part because he repeatedly violated express directions not to discuss FAA proprietary research in meetings for the Urban Air Mobility project.  Exhibit 31, Correspondence Regarding ASSURE Project.  Dr. Zhang's inability to follow clear and repeated instructions threatens to harm MSU's collaborative relationships with other universities and research sponsors.

4.      Dr. Zhang's Annual Faculty Reviews on Research

In his 2021 Annual Faculty Review, Dr. Zhang's research was rated as "satisfactory."  In 2022, his research was rated as "unsatisfactory."  For both 2021 and 2022, he was noted to have experienced a decline in external funding and no new projects added during those years.  Exhibit 23, 2021 Annual Review with Dr. Zhang Rebuttal; Exhibit 24, 2022 Annual Review with Dr. Zhang Rebuttal.  Dr. Zhang's performance and conduct in connection with the USDOT proposal is noted to be the primary reason for his unsatisfactory rating in 2022.

## C.     CONTUMACIOUS CONDUCT AND MALFEASANCE

Each instance of insubordination and contumacious conduct on the part of Dr. Zhang would be impossible to include here.  Indeed, his conduct has significantly contributed to his unsatisfactory performance in teaching and research, as already described above.  There are, however, a few additional occurrences that stand out.

Over the course of his employment, when Dr. Zhang needed to miss class or take leave, he sought to place the burden on others to find a teaching replacement.  His typical practice has been to inform the CEE Director that he cannot make it to class and expect arrangements to be made on his behalf.  Despite being informed multiple times throughout his time at MSU that the standard expectation is for him to make alternative arrangements for classes he is unable to attend, he has repeatedly expressed his reluctance, and often outright contempt, for doing so.  He has gone so far as to tell previous CEE Director, Dr. Truax, "I don't have to help you."  When he has undertaken the task of arranging a makeup class or other alternative, he has often done it in a way that created unnecessary and avoidable issues that served to derail the work and productivity of those in his path. [15]  Exhibit 32, Correspondence Regarding Alternative Arrangements for Classes.

---

[14] ASSURE (an acronym for Alliance for System Safety of UAS through Research Excellence) is a coalition of research institutions and industry and government partners that provide research support for the integration of unmanned aircraft systems ("UAS") into national and international infrastructure.  MSU is the lead institution for ASSURE.

[15] It is not meant to suggest that Dr. Zhang's reasons for missing class or taking leave have been inappropriate or unnecessary.  To be clear—the issue is not with Dr. Zhang taking leave; rather, it is with his failure to make alternative arrangements for his classes ahead of his leave time when he is able to do so.

**MSU259090**

*CONFIDENTIAL*

Dr. Zhang also has a history of making unfounded accusatory and intimidating or threatening remarks to his colleagues. For example, when he missed a summer pay period due to his own failure to provide the information necessary to process the distribution, Dr. Zhang turned his anger towards CEE's Director and its Business Manager, claiming, "You are not taking care of your faculty, which you are paid to do, or even worse . . .." More recently, in an annual review meeting that took place in 2023, Dr. Zhang called his current CEE Director, Dr. Howard, a "nazi." Exhibit 33, Dr. Zhang Interactions with Colleagues.

Dr. Zhang's extreme lack of collegiality is further demonstrated by his unwillingness to assist with CEE's move to a new building without receiving additional hourly pay for doing so, since the move took place in the summer. Similarly, after asking to lead the UTC proposal described above, Dr. Zhang submitted hourly timecards for his work on the proposal during summer 2022. Just as for all MSU faculty, Dr. Zhang is employed through a series of nine-month contracts, and while summer appointments for additional pay are sometimes available, they are not guaranteed. Dr. Zhang was informed that he would not receive additional compensation for working on the proposal over the summer, which is common for faculty. Dr. Zhang responded with unfounded accusatory remarks and a refusal to stop working on the proposal, while still insisting that he be given additional compensation. Exhibit 33, Dr. Zhang Interactions with Colleagues.

As already described above, Dr. Zhang has flatly refused repeated instructions to make changes to a "project" that, as designed, posed safety and liability issues and risked accreditation. Exhibit 15, E-mails Regarding CE 4143 Project.

In October 2023, a program evaluator from ABET was visiting CEE for accreditation purposes. The visit was meticulously planned and scheduled to accommodate the requests of the evaluator, and it included a time for the evaluator to meet with tenured faculty. Despite being specifically instructed by the College of Engineering Dean not to approach the ABET evaluator outside of the scheduled time for doing so, Dr. Zhang asked the evaluator for more time to meet individually, and he thereafter misrepresented the circumstances that led to his individual meeting. Exhibit 34, ABET Meeting Correspondence.

### IV.
### SUMMARY

Dr. Zhang's insubordination and clear lack of respect for university procedures or, for that matter, his colleagues, merit termination of his employment for cause. His unsatisfactory performance in teaching and research further supports a finding that termination is appropriate. Perhaps most importantly, it would be, at best, a disservice to MSU students to allow Dr. Zhang back into the classroom in any meaningful capacity. Accordingly, the proposed termination recommendation should be supported by this Committee.

**MSU259091**