# EXHIBIT 57

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Tuesday, May 5, 2020 1:23 PM
**To:** Truax, Dennis [truax@cee.msstate.edu]; Easley, Jennifer [jeasley@bagley.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Summer Distributions

Thanks! Let us look into this. about the grad students, if there is money in the budget shouldn't they be on assistantships? Maybe I am missing something.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

---

**From:** Truax, Dennis
**Sent:** Tuesday, May 5, 2020 1:08 PM
**To:** Easley, Jennifer <jeasley@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Summer Distributions

*Jennifer,*

*Just to be on page with the Dean's office (noting the others were removed but Jason and Kari were added…*

*Once we answer Dr. Zhang, either way we answer, if he does not get what he wants he will jump right to your office. I don't say this to add pressure to help someone who plainly missed the deadline given to him by over a month, but just to be sure that what answer comes is clearly justifiable.*

*I asked Merri to write you as she had been taking the brunt of his abuse on this. I have backed her up in what she had told him but that has done little to stop it. So, we just need to know what options we have, if any.*

*Thanks.*

*Dennis*

---

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Tuesday, 5 May, 2020 12:08
**To:** Easley, Jennifer <jeasley@bagley.msstate.edu>; Beatty, Natalie <natalie@bagley.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** FW: Summer Distributions

**MSU003120**

We have a faculty member that was clearly late with this distribution. I told him he has missed the first pay period and would need to adjust his distribution accordingly. You can read through all the emails below but Dr. Truax wanted me to ask is it possible to submit the first pay period (May 31st). I had set a deadline and he missed it as well as missing the deans office deadline. We also know he will make a big deal out of this even though he was clearly wrong. Is it possible? If not we will be glad to send that answer to him as well.

If you need to talk it out please call my phone: 662-769-7589.

Thanks,

Merri

**From:** Zhang, Li
**Sent:** Tuesday, May 5, 2020 10:29 AM
**To:** Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** RE: Summer Distributions

Regarding not paying faculty, there got to be a policy. There are also labor law and standards as well. Merri used to walk to my office to ask for distribution or remind me in the hallway, with current working environment, you and Merri both know I have enough funding and need to work on the project to make significant progress. You are not taking care of your faculty, which you are paid to do, or even worse…

Also, Merri did not hesitate to make my Spring FAA eCommerce project distribution from 5% to 55%, with my objection, Merri could do a distribution with/without my approval too, since my objection will not matter.

BTW, that 55% need to be changed back to 5%. Crisler and Dallas just approved my new spending plan and we are asking FAA reviews as well. That is another reason I have not submit my distribution until I got approved.

Without the first pay, I have to reduce my ecommerce distribution. Other project will keep the same. Please submit my first pay as well. Let me know who and why that will be rejected and I will work with the system all the way up.

Thank you!

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Monday, May 4, 2020 6:24 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Re: Summer Distributions

We don't have the policy in writing. It's just with the University asked us to do. As far as being late, we have been late and the outcome has always been the same. The person doesn't get paid until the next

MSU003121

pay cycle after the paperwork is filed. This has been the standard operating policy for two decades if not longer

Dr. Dennis D. Truax, PE, DEE, DWRE, FASCE, FNSPE
White Endowed Chair, Head & Prof.
Civil & Environmental Engineering
Mississippi State University

Sent using my iPhone

On May 4, 2020, at 6:15 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

Dennis and Merri,
Can you send me the exact policy? Can you confirm we have never done that in which the distribution paper work was late and get paid late but do get paid?

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Monday, May 4, 2020 5:09 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Summer Distributions

No this has been the policy.  I asked for summer distribution on April 1st with a due date to me by April 17th.  Because the due date for the first summer pay period was April 24th.  The dean's office doesn't accept them once the due date has passed.  That is why we send out emails so early asking for the information.

Merri

**From:** Zhang, Li
**Sent:** Monday, May 4, 2020 5:03 PM

**MSU003122**

**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Summer Distributions

So that means I will lose half month pay, it does not matter if I work for the project? Is this something new? I think in the past, if we are some days later to submit, we can still work for project and get the pay later. I would lose my payment while working for the project.

Have MSU changed policy sometime in past 12 months?

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Monday, May 4, 2020 4:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: Summer Distributions

No.  You are a 9 month employee.  So therefore do not have to be paid in the summer.  So your summer pay will just need to include one less pay period I just need to know how you want the rest of your summer distributed.  I can guess but then I am not doing the work so don't know have to accurately distribute the funds.

Merri

**From:** Zhang, Li
**Sent:** Monday, May 4, 2020 4:02 PM
**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

I will have to take vacation or something like that?

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
```

**MSU003123**

```
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Monday, May 4, 2020 4:00 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

No it doesn't.  I need to have you rework the numbers for the distribution for two less weeks.  You missed the first pay period and won't receive a paycheck.

Merri

**From:** Zhang, Li
**Sent:** Monday, May 4, 2020 3:31 PM
**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

Merri,
Thanks!
I don't mind to get late payment, Does that answer your question?

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Monday, May 4, 2020 3:29 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

Dr. Zhang,

In order for me to work on your summer distribution I need to know what you would like to adjust by 2 weeks.  Since you missed the first pay period.

**MSU003124**

Also the next SARF is due on Monday so I need this information or you will miss the second pay period as well.

Thanks,

Merri

**From:** Zhang, Li
**Sent:** Sunday, May 3, 2020 8:49 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

They could be part of it and we will have new students as well. I am interviewing them the early next week.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Sunday, May 3, 2020 8:47 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

*Ok. So the notice I had the college send out was for them, not new students.*

*Merri will have to do what she can to pull it back, if possible.*

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Sunday, 3 May, 2020 20:35
**To:** Truax, Dennis <truax@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

Dennis,
That was my point. They could work as intern, as we have advertised. I can not deny their choice.
Thanks

MSU003125

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Saturday, May 2, 2020 7:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

*The only summer internship Robert and I sent out was yours.  Was there another one?*

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, 1 May, 2020 21:13
**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

Merri,
Thanks. Of course there are many benefits to students. The summer work is like a internship. I don't think I will need to justify the importance of summer internship. If this justification will not work, they might just pply summer internship positions Dennis and Roberts sent to all COE students.

Please let me know which way we should go.

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

MSU003126

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Friday, May 1, 2020 4:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

So you are changing them from an assistantship to a student worker because you have shortages? That doesn't really justify the change. Are you planning on paying them on the FAA project or MDOT? I am confused. Do you plan to convert them back on assistantship in the Fall?

Merri

**From:** Zhang, Li
**Sent:** Friday, May 1, 2020 4:21 PM
**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

Merri,
Please see my justifications:

**Summary, I have significant graduate student shortages in my research projects (see below for details), with the eager willingness from two graduate students, I am requesting to convert them to student workers.**

1.FAA Project
We proposed to hire a research professor and have done our due diligence to hire a research professor. We had a research professor in the first two-three month working on the project part time. After he quit his job unexpectedly and without prior notice, we have tried to hire a research professor twice, each time the candidate backed off within one month of start date. With another professor in project team moved to different university, there has been significant lags in the labor and spending. I also have another two FAA projects with some budget graduate student hours (less than a full graduate student in combine ).

On the graduate student side, we proposed to two hire two graduate students from start of the project to the end of the project, we don't have meaningful graduate students on board until the January 2020, one is 100% work on FAA p0roject and 50% time work on MDOT project. That was almost 10 months after the project starts.

2. Two MDOT projects
We have two MDOT projects budgeted one graduate student each, we have one graduate student work (50% of time) and one student worker work with variable hours (less than 20 hours per week).

**MSU003127**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Sent:** Friday, May 1, 2020 10:41 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** RE: Summer Distributions

I was unaware of you changing ████ and █████ for the summer.  However since they are on assistantship I cannot just change them without justification.  You will need to provide that ASAP.

I will process your SARF for the summer.  However you have already missed the deadline for the May 30th paycheck and there is nothing I can do about it.  But will process the remainder of the summer.  Let me know if any of the numbers will change based on two less weeks.

Merri

**From:** Zhang, Li
**Sent:** Thursday, April 30, 2020 10:40 PM
**To:** Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>; Herndon, Crisler <cherndon@raspet.msstate.edu>
**Subject:** Summer Distributions

Merri,

Here is my summer distributions:

FAA ASIAS 0.6 months
FAA  361933 2 month
MDOT projects, each 0.2 month, total 0.4 month
Total 100% for 3 month.

As I have requested before, I would like to change █████████ (███████ and █████████ ████ (████████ as student workers in summer. Please let me know what paper work I will need to do.

MSU003128

We are in the process of hiring more student workers and will let you more in the next week.

Thank you!


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**MSU003129**

| | |
|---|---|
| **From:** | Howard, Isaac |
| **Sent:** | Thursday, October 14, 2021 10:16:30 PM |
| **To:** | Keith, Jason |
| **CC:** | Reeves, Kari |
| **Subject:** | RE: Homework 6 sessions and Friday class |

Thank you.

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, October 14, 2021 7:17 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Homework 6 sessions and Friday class

Li – thanks for passing this note to me. A few comments:

- The parts in yellow are inappropriate and should not be told to students. That needs to stop.
- Have you actually called by phone or spoken directly in person with Ali to see if he can teach the classes that you will miss? We didn't see anything after the discussion we had recently about this. But Isaac told you it was your responsibility to find a substitute. He told you this in September and then in October both Isaac, Kari, and I all recently gave you that same advice.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____

**From:** Zhang, Li
**Sent:** Thursday, October 14, 2021 5:54 PM
**To:** ce3113-01.fall2021@courses.msstate.edu
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Homework 6 sessions and Friday class

Dear all,
Tomorrow's class is conflicting with my caregiver's duty and I have approved by MSU to take a few hours family medical leave tomorrow. I have waited for Dr. Howard to assign one of other teachers to teach Friday's homework session and I have not got any word yet. I assumed that would not happen. So I am going to have a homework session from 9-950 tonight and will record the session. If you can and like to

**MSU009373**

join me in live, that will be great. If not, at the class time tomorrow, please view the video. I will allocate one office hour tomorrow from 4-5PM just in case you will have questions for session.

Please use tomorrow's class WebEx link to join me in life and watch video.

It seems this conflict will last the entire semester on Fridays. <mark>I will let you know if department would not have other options.</mark>

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

MSU009374

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Sunday, October 17, 2021 4:23 PM
**To:** ██████████ [██████msstate.edu]
**Subject:** RE: Advising

████████ the short answer right now is I don't know if and to what extent I will be able to advise students this semester.  I will spare you most details, but we just moved into this building and I am spending lots of time preparing for a late October ribbon cutting ceremony alongside several other items that are very time sensitive from now through around Nov 10.  I sympathize with any challenges you are having getting advised.

**From:** ██████████ <██████msstate.edu>
**Sent:** Friday, October 15, 2021 5:39 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Advising

Dr. Howard

I have a question about the advising this semester. I'm supposed to graduate next semester and was told that the department head is supposed to be my advisor. Right now, it is showing that it changed to dr. Zhang. I've had Mr. Zhang in a previous semester and it was a major headache trying to communicate with him about anything. It became such a hassle that Dr. Truax had to change my advisor for me, and he understood that it was very difficult to get any questions answered by Mr. Zhang. I was told by another faculty member to email you to get it changed or see if you would be willing to advise me since I'm a senior. Not trying to be rude towards anyone or anything like that, I just do not want to have to fight that battle again just for advising.

Thank you,
Have a good weekend!

MSU009378

Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Follow Up

I wasn't surprised at all. The only thing that surprised me was him taking the phrase "Dr. Zhang is a good engineer" and finding multiple ways to criticize me for saying it. That was the point where I laughed in the meeting – he found a way to surprise me.

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Tuesday, October 24, 2023 5:55 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Follow Up

Thanks, Isaac. I was floored during the annual review process when he referred to you as a Nazi! I thought he and I had developed a cordial rapport only to find his notes from the meeting to be to the contrary. I'm learning this is not your typical case.

Thanks,
Julia


Get Outlook for iOS

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, October 24, 2023 5:51:57 PM
**To:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Follow Up

Julia, you are likely to get several first experiences as this process unfolds – I have had several of them myself over the past couple of years – I had never been referred to as a Nazi until the annual review meeting last week.
Thanks for your help with this situation.
Isaac

---

**From:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Sent:** Monday, October 23, 2023 12:55 PM
**To:** Lucas, Joan <JLucas@legal.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** RE: Follow Up

Thanks,
Julia

MSU238174

## Corey, Leslie

| | |
|---|---|
| **From:** | Keith, Jason |
| **Sent:** | Saturday, December 11, 2021 9:04 AM |
| **To:** | Howard, Isaac; Corey, Leslie |
| **Cc:** | Keith, Jason |
| **Subject:** | Re: Leave form |



**EXHIBIT**

**15**

Good morning!

This is the leave policy:
https://www.policies.msstate.edu/sites/www.policies.msstate.edu/files/60201.pdf

On page 4, under major medical leave with pay, part F says nine month faculty may use major medical leave for the first eight hours of absence due to illness.

I'm not sure if the rationale explained to Li is correct.

Aside from that, this is another example of an unprofessional email from Li.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University


On Dec 10, 2021, at 10:48 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

Dr. Howard,
Your hustle resubmission request in disapproving my medical leave made my pains even more painful. I have to stop my work on grading the final to respond to your email.
1.     For December 1, I followed Dr. Keith's written instruction "no help on medical/family leaves". I completed at least 8 hour's work for December 1, for example, making fanls and solutions, recording videos, rendering videos, and posting videos. Among them, at least 3 hours are from middle night to 3 AM on December 1, and before my surgery. Therefore, I emailed you and Dr. Keith I would not take December 1 as leave since I completed that day's 8 hour work before my surgery. I would like you, Dr. Keith, and Director Leslie to decide how many hours I will need to request leave on December 1, if any.
2.     Even I have to apply for leave hours on December 1 as PLSI, you can still approve my 32 hours MMDM first.
3.     This is the second time my submissions were rejected. I am counting how many emails and how many submissions I will have to do before the leave can be approved.
4.     I also like to ask for more leave hours and delay the final submission due to my pains. Due to what happened to me now, I would not do so.

On a separate note for Director Leslie, Dr. Howard 's not helping one of my requests in an email in about two weeks ago in helping my grading in against Dr.'s medical certification suggestion of "no work until Jan. 17" is hustle and crude.  He asked me not to burden everyone.

1

MSU001651

1. Extend my final grade submission time
2. Add resources to help me grade so the grade can submit on time
3. Approve undergraduate grader to help me grade final

I have to reduce pain management medicine to keep my mind clear. That results in my surgery wound pain while I am writing the email and grading finals.

Dr. Howard might be right, I don't have to burden everyone. Dr. Howard and Dr. Keith can grade the final, to have a taste of how it looks like if you still have pains in your heart for the hustle treatment and body in wounds. With both of you half a day or even a day, COE and CEE will still run. If you think without you, COE and CEE will not run, you can also work on weekends as well! Remember, your salary is 2-3 times mine. You can still help me even you read the email now.

I am hoping director Leslie stops the hustle treatment on this approving process and ask Dr. Howard to approve one of my three requests made about two weeks ago as well.

There are many occasions as hustle as happened to me above. If Director Leslie would not stop this, there is no need to report anything else.

<C:\Users\lz75.CEE-PF1ZFY5H\OneDrive%20-
%20Mississippi%20State%20University\MSU\Li_zhang.JPG>
[X]

---

From: Howard, Isaac <ilhoward@cee.msstate.edu>
Sent: Friday, December 10, 2021 5:04 PM
To: Keith, Jason <keith@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
Cc: Merhundrew, Mirraca <MMerhundrew@hrm.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
Subject: RE: Leave form

Dr. Zhang,

Your most current leave eForm has been returned to you for the reasons below.

"As per consultation with Mirrca Merhundrew in HRM, this eForm has been returned. The first 8 hours should have been PLSI leave and have been on December 01. There should then be 32 hours of MMED leave going through December 07. This is a different medical situation than those where a medical certification is already on file, and as such, the first 8 hours are PLSI leave time."

Regards,
Isaac

---

From: Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Sent: Wednesday, December 8, 2021 10:13 PM

2

MSU001652

To: Zhang, Li <lzhang@cee.msstate.edu<mailto:lzhang@cee.msstate.edu>>; Howard, Isaac <ilhoward@cee.msstate.edu<mailto:ilhoward@cee.msstate.edu>>
Cc: Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Subject: RE: Leave form

Thanks, I spoke with him and he will review it soon. I know he was in touch with you about revising your original submission a week ago – see attached. << Message: FW: Leave Request - 677373 sent to Isaac Howard by Li Zhang for approval >>

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

From: Zhang, Li
Sent: Wednesday, December 8, 2021 10:00 PM
To: Howard, Isaac <ilhoward@cee.msstate.edu<mailto:ilhoward@cee.msstate.edu>>; Keith, Jason <keith@bagley.msstate.edu<mailto:keith@bagley.msstate.edu>>
Subject: Leave form

Dr. Howard,
Please process my leave form, 679164, either approval or disapproval. Dr. Jason, please remind Dr. Howard to act.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

<Picture (Device Independent Bitmap)>

3

MSU001653

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Tuesday, October 15, 2019 2:48 PM
**To:** Truax, Dennis
**Subject:** RE: Rest of classes

Yes, I agreed to help. I am still agreeing to help, provided you will ask me. We agreed I will take family first and research second. Anything else is depending on my family situation. May be I can help more or may be nothing else than those two items. Will give you grade book and permission later.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Truax, Dennis
**Sent:** Tuesday, October 15, 2019 2:23 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; ce4133-01.fall2019@courses.msstate.edu; S███████ R█████████ ██████@msstate.edu>; C██████████ M███ ████████@msstate.edu>
**Subject:** RE: Rest of classes

*Li*

*You will have to give me permission to email the class in Banner, and let me know which email address you use in doing that.*

*You will have to give me your grade book.*

*Again, this is NOT what we agreed to do, but I will take care of it is that is what you want.*

*Dennis*

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, 15 October, 2019 12:36
**To:** ce4133-01.fall2019@courses.msstate.edu; S███████ R█████████ <█████@msstate.edu>; C██████████ M███ <███████@msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Subject:** Rest of classes

Dear all,

MSU000211

We have talked about this briefly in class, here are the rest of items I will help the next instructor(s). Other than those two items, Dr. Truax is taking charge of the class or Dr. Truax will assign someone take care of the class, for the rest of the semester.

1.  Grade your test 1
2.  Grade your HW4.

In the meantime, feel free to call me and/or email me any questions about any transportation. I may not be able to reply instantly, I will definitely reply you.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**MSU000212**

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Friday, June 17, 2022 8:18 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Ivy, Joe <JIvy@cee.msstate.edu>; Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Arrangement of Rula Hall Room 2150 (Transportation Lab)


Dr. Howard,

Would you let me know many lockers you have to be moved to the transportation lab? A picture of the locker will be great. Building cabinets at the end of the room will be great. If the cabinets can be finished first and you can just ask me to come in one day, that will be great since you just need to pay my summer salary for one day instead of coming multiple days and you need to pay multiple days.

Please confirm if you still want me to come on June 23, I have no problem coming.

Thank you!

MSU010447

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (20
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/



---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, June 16, 2022 6:16 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Ivy, Joe <JIvy@cee.msstate.edu>; Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Arrangement of Rula Hall Room 2150 (Transportation Lab)

Dr. Zhang, June 24 is booked at this point. We are getting close enough to June 21 that I am hesitant to ask Sullivan's or facilities to come on another day/time. Perhaps we move the boxes out of the lab and store them in a second floor room, upgrade the furniture, and then you come to campus on June 23 with the furniture in place and a plan be discussed for unpacking the boxes as that does not require MSU facilities or Sullivans. Please let me know your thoughts on this approach as soon as your schedule allows.

Regards,
Isaac

---

**From:** Howard, Isaac
**Sent:** Wednesday, June 15, 2022 4:28 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Ivy, Joe <JIvy@cee.msstate.edu>; Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>

**MSU010448**

**Subject:** RE: Arrangement of Rula Hall Room 2150 (Transportation Lab)

Dr. Zhang,

We have some lockers in the high bay that should work nicely to store the majority of the boxed items. The remainder can be stored on shelving we can build in the closet in the back of the room. If you have alternative suggestions, please let me know soon. I can see if Sullivans and MSU facilities can move to June 23 or 24 if you would like, but this needs to get moving so moving later isn't ideal. Please let me know if you want me to try and re-arrange Sullivan's and MSU facilities schedules.

Thanks,
Isaac

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, June 14, 2022 2:00 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Ivy, Joe <JIvy@cee.msstate.edu>; Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Arrangement of Rula Hall Room 2150 (Transportation Lab)

Dr. Howard,
I have asked for cabinets and bookshelves since Fall. Without that cabinets and bookshelves, I don't know where we can store items in the boxes. Please instruct me where we can store items in the boxes.

I will not be available on June 21. I will be available on June 23, June 24, or later will be better.

**MSU010449**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2(
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, June 13, 2022 9:53 PM
**To:** Ivy, Joe <JIvy@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Ermagun, Alireza <AErmagun@CEE.MsState.Edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Arrangement of Rula Hall Room 2150 (Transportation Lab)
**Importance:** High

Hello All,

Room 2150 (i.e. Transportation Lab) has yet to be unboxed and arranged in a way that allows effective use of the space. To move forward in this effort, I would like to call a meeting on the morning of June 21 beginning at 8:30 AM in room 2150 to get the arrangement process going. MSU facilities and Sullivan's Office Supply will be present to help with moving and incidental items. The purpose of meeting as a group in the space is for everyone to have a final opportunity for input on how this space gets arranged. There is some furniture in the high bay that is believed to have value in this space, and it would be desirable to use as much of this existing furniture as possible. With input received, space arrangement is expected to begin on the morning of June 21 and the hope is to have the space arranged fairly soon. During the arrangement, any items that do not appear useful are to be discarded

MSU010450

unless they have been spoken for by someone – excessive amounts of outdated or similar items are not expected to be kept in this new and state of the art building.  In the event someone is not available on June 21, please let me know and also let me know how you would like to provide input for this space re-arrangement.  Ample time has been available to assess needs in this space.

Please let me know if you have questions, verify with me your attendance plans, and I hope to see you on the morning of June 21.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

MSU010451