# EXHIBIT 58

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Monday, September 11, 2023 7:35 AM
**To:** Dunn, Laura [ldunn@cee.msstate.edu]
**Subject:** FW: ABET CE Visit Preparation - Questions on CE SSR

---

**From:** Howard, Isaac
**Sent:** Monday, September 11, 2023 7:35 AM
**To:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Questions on CE SSR

Rupa, thank you for the clarification – we will work on this list of meetings as you have described below and follow up with updates or questions.
Regards,
Isaac

---

**From:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Sent:** Sunday, September 10, 2023 9:58 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Questions on CE SSR

Isaac:
 Thanks for your email.
I was only asking for group meetings ( except with the Program Head, School Advisor, and the TT faculty member.) I am certainly open to yr suggestions. How about the following?

List of interviews/interviewees I would like to have on Monday of the visit
    1. Students: Please suggest a senior-required class to talk to students in the instructor's absence. ( 45 mins)
    2. The school's academic advisor who advises the CE students ( 30 mins)
    3.  TT faculty member  ( Wang) ( 20 mins)
    4.  Non-tenure track faculty members as a group. (30 mins)
    5.  All Tenured faculty members as a group (30 mins)
    6.  CE Program Head Howard ( 45 mins)

    7.  CE Advisory Board ( 30 mins). This is in addition to meeting them at lunch.

**MSU250546**

Above for a total ==of 3 hrs and 50 mins.==
8.  I would also like to meet CE capstone design instructors as a group. Maybe ==for 30 mins== or so. All the above ==4 hrs and 20 mins.==

Regards,
Rupa

 Rupa Purasinghe, Ph.D., P.E.
Chair, Department of Technology and
Professor of Civil Engineering
College of Engineering, Computer Science, and
Technology
**California State University, Los Angeles**
www.calstatela.edu Email: rpurasi@calstatela.edu
Tel: 323-343-4459

*"ENGAGEMENT, SERVICE, AND THE PUBLIC GOOD"*

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, September 10, 2023 7:18 PM
**To:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Questions on CE SSR

Rupa,

Your email has been received and we are working on responses.  Also, we are working to schedule the October 23 meetings.  Given there is only 4 hours and 40 minutes of total meeting time with departments on October 23, I don't see how we can make all of the meetings individual with the time requests you have provided.  Are you ok with us putting a proposal together for meeting groups and times and sending it to you for review and adjustment as needed?

Were you able to access the culminating design project data sent a few days ago?

Regards,
Isaac

---

**From:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Sent:** Thursday, September 7, 2023 8:25 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert

**MSU250547**

<green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Questions on CE SSR

Hello Isaac:

    i)    Attached are some questions based on the review of the CE Self-Study report, for you to respond to.

    ii)    Your suggestion to meet with the IAB members is a good one if there is time.
How about we have meetings with students for an hour, with TT faculty member and IAB for 20 minutes each, and the rest of the meetings for 30 mins each?
Regards,
Rupa



Rupa Purasinghe, Ph.D., P.E.
Chair, Department of Technology and
Professor of Civil Engineering
College of Engineering, Computer Science, and
Technology
**California State University, Los Angeles**
www.calstatela.edu Email: rpurasi@calstatela.edu
Tel: 323-343-4459

*"ENGAGEMENT, SERVICE, AND THE PUBLIC GOOD"*

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Monday, September 4, 2023 7:10 PM
**To:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Sunday and Monday Activities

Rupa,

Thank you for your answers! We will begin to make these arrangements tomorrow.

I will be working on getting your culminating design project data together to you soon and will follow up with you.

One more question: what interest do you have in meeting a member or members of our advisory board?

Regards,
Isaac

**MSU250548**

**From:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Sent:** Monday, September 4, 2023 3:07 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Sunday and Monday Activities

Isaac:
Thanks for your prompt reply.

    i)      Please see below in red for the answers to your questions.
    ii)     Review of Design projects:  List of 4 culminating design projects (CE4903) that I would like to review in detail is given below.

Can you arrange to give access to these documents?
• *Enid Bridge Design* (6 teams; sponsored by the United States Army Corps of Engineers
• *Starkville Road and Hospital Road Extension – Roadway Design* (3 teams; data support from Neel-Schaffer)
• *Allen Land Development – Mobile Homes Design* (1 team; data support from Calvert Spradling Engineers)
• *Garywood Pump Station Assessment* (1 team; sponsored by Hazen & Sawyer)

       Regards,
       Rupa



Rupa Purasinghe, Ph.D., P.E.
Chair, Department of Technology and
Professor of Civil Engineering
College of Engineering, Computer Science, and
Technology
**California State University, Los Angeles**
www.calstatela.edu Email: rpurasi@calstatela.edu
Tel: 323-343-4459

*"ENGAGEMENT, SERVICE, AND THE PUBLIC GOOD"*

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, September 3, 2023 10:55 AM
**To:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>

**MSU250549**

**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Sunday and Monday Activities

Dr. Purasinghe,

Thank you for reaching out.  We will get to work making the needed arrangements for your requests.  I have listed a few questions below in bold blue text.  No hurry at all as we can be working on several of these items until you have time to respond.

Regards,
Isaac

---

**From:** Purasinghe, Rupa <rpurasi@exchange.calstatela.edu>
**Sent:** Sunday, September 3, 2023 11:02 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Walid Metwally <wametwally@gmail.com>; mg_norton@wsu.edu; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: ABET CE Visit Preparation - Sunday and Monday Activities

Hello Dr. Howard:
I hope this email finds you well. This is my request for Sunday and Monday of the visit.
I will send you a separate email with preliminary questions on the SSR and transcripts

A) List of facilities I would like to visit on Sunday.
1. CE undergraduate instructional lab facilities

**We have five laboratory experiences within CE courses. In addition, students do laboratories in non-CE courses such as chemistry.  Are you only interested in visiting the five CE laboratory spaces, or are you asking to see laboratory spaces outside of CE that are part of an undergraduate CE degree?  We are happy to work toward either.**
Five CE Lab spaces are good enough.
2. Rula complex classrooms
3. Open-access computer labs
4. Student study/meeting facilities outside the class time

**We are very fortunate to have the Rula complex within our program; therein are several student study/meeting spaces outside of class.  Students also use, for example, the library, student union….for these activities.  Do you want to see facilities outside of the Rula complex?**
 Facilities within Rula complex is fine.
B) List of interviews/interviewees I would like to have on Monday of the visit
1. Students: Please suggest a senior-required class to talk to students in the absence of the instructor.
2. The school's academic coordinator who advises the CE students
3. All  Junior TT faculty members  ( I see only one; Wang)

**MSU250550**

**You are correct – Dr. Wang is our only current TT Assistant Professor**

4.  Non-tenure track faculty members (Aleithawe, Cook, Lynn, Ortega, Pettway, Stache,  and any other NTT instructors who teach CE program courses.)

    **A few of the non-tenure track people who taught undergraduate courses over this ABET cycle are not full-time MSU employees.  For example. Dr. Jackie Pettway is a full-time employee of the US Army Corps of Engineers and her office is roughly three hours from campus.  We are happy to work to do all we can to get these individuals to campus if that is what you are requesting.  Are you asking to meet with this group all at once?**
    Yes, to meet all at once. You can invite only those currently at  MSU.

5.  All Tenured faculty members( Freyne, Gullett, Howard, Magbanua Jr., Ramirez-Avila, Vahedifard, Zhang )

    **Dr. Vahedifard has left MSU to join Tufts University.  Are you still interested in speaking with him? If so, would a virtual meeting be sufficient given he is currently in the Boston area.**
    Speaking to current Tenured faculty is sufficient.

6.  CE Program Head Howard


Regards,
Rupa
ABET CE PEV




Rupa Purasinghe, Ph.D., P.E.
Chair, Department of Technology and
Professor of Civil Engineering
College of Engineering, Computer Science, and
Technology
**California State University, Los Angeles**
www.calstatela.edu Email: rpurasi@calstatela.edu
Tel: 323-343-4459

*"ENGAGEMENT, SERVICE, AND THE PUBLIC GOOD"*

**MSU250551**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, October 24, 2023 1:27 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]; Morrison, Julia [jmorrison@hrm.msstate.edu]; Shaw, David [david.shaw@msstate.edu]
**Subject:** FW: Discussion with PEV Dr. Rupa Purasinghe
**Attachments:** RE: ABET Tenure Faculty Meeting

A few items:

1) His email is misleading at best – no surprise to me, but wanted to clarify.  Dr. Zhang, not Laura (Lura as he typed) approached the ABET PEV asking for more time to meet with him even though Jason specifically told him not to do so (see attached email).
2) The ABET PEV mentioned to me he would meet with Dr. Zhang at his request.  I then asked Laura to go get Dr. Zhang and we escorted the PEV back to conference room for this meeting. All Laura did was go find Dr. Zhang because he asked for a meeting.
3) I was told by faculty in the ABET PEV meeting that Dr. Zhang repeatedly mentioned the ongoing legal matters/lawsuits…

This is crystal clear insubordination, and doing so during an accreditation visit.

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, October 24, 2023 12:06 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Discussion with PEV Dr. Rupa Purasinghe

Dr. Keith and Dr. Howard,

We discussed CEE program strengths and weaknesses with Dr. Purasinghe yesterday (Lura also asked me to meet him for several more minutes in addition to the half-hour public meeting). I read the self-studies carefully and shared a small portion of my comments with Dr. Purasinghe. I think I should let you know.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU012747

**MSU012748**

**From:** Keith, Jason
**Sent:** Thursday, October 12, 2023 3:40 PM
**To:** Zhang, Li; Howard, Isaac
**CC:** Keith, Jason; Reeves, Kari; Green, Robert
**Subject:** RE: ABET Tenure Faculty Meeting

Hi, Li, thanks for the note. The program evaluator asked for a very specific meeting schedule and we needed to accommodate that request. Each program is different. I am sorry we cannot do this.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, October 12, 2023 3:03 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Fw: ABET Tenure Faculty Meeting

Dr. Keith and Dr. Howard,

I am requesting a 30-minute meeting with ABET evaluator. I believe it will be worthwhile to have individual meetings with each faculty member as well.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

**MSU012749**

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Zhang, Li
**Sent:** Thursday, September 14, 2023 10:11 AM
**To:** Dunn, Laura <ldunn@cee.msstate.edu>; Freyne, Seamus <Freyne@cee.msstate.edu>; Gullett, Phil <pmgullett@cee.msstate.edu>; Magbanua, Ben <magbanua@cee.msstate.edu>; Ramirez Avila, John <jramirez@cee.msstate.edu>
**Subject:** RE: ABET Tenure Faculty Meeting

Laran,
Unfortunately, that is not the best way and enough time for ABET to evaluate the program. I hope you can pursued whoever made the decision to change back the original plan. 30 minutes for each of us, not all together in 30 minutes.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Dunn, Laura <ldunn@cee.msstate.edu>
**Sent:** Wednesday, September 13, 2023 4:29 PM
**To:** Freyne, Seamus <Freyne@cee.msstate.edu>; Gullett, Phil <pmgullett@cee.msstate.edu>; Magbanua, Ben <magbanua@cee.msstate.edu>; Ramirez Avila, John <jramirez@cee.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** ABET Tenure Faculty Meeting

Hey Everyone,

Thank you all, VERY much for working so hard, and so quickly to fill out my last poll.  Of course, the moment I get it all together he changed his mind… Instead of 20 minutes with everyone individually, he now wants ONE meeting with everyone for 30 minutes.

Second verse, same as the first…. Please fill out the below doodle poll and pick ALL the times that will work for you.  Please be willing to choose times outside of your typical schedule as we need everyone in attendance.

**MSU012750**

https://doodle.com/meeting/participate/id/dLJKxOga

Thank you!


**Laura Dunn**
Academic Coordinator
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University

**MSU012751**