# EXHIBIT 59

**From:** Howard, Isaac
**Sent:** Thursday, October 14, 2021 11:09:58 PM
**To:** Keith, Jason
**Subject:** RE: CE 3113 Grader

I am copying people on more emails from him so a clearer picture of how much energy he takes and how difficult everything is with him can be formed.    He is a daily challenge,

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, October 14, 2021 11:08 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: CE 3113 Grader


thx

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____

**From:** Howard, Isaac
**Sent:** Thursday, October 14, 2021 10:47 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CE 3113 Grader


Dr. Zhang, you can have one grader for CE 3113 – if you want that to change, please work with Merri to get the new grader approved to work.


_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, October 14, 2021 1:34 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>; ▇▇▇▇▇▇▇▇▇▇▇ <▇▇▇▇▇msstate.edu>; ▇▇▇▇▇▇▇ <▇▇▇▇▇msstate.edu>
**Subject:** CE 3113 Grader


Dr. Howard,

**MSU009375**

███ informed me that he would take time in participating FE exam before he graduate and he would not be able to grade for the rest of homework. I talked to ██████ and she would help CE3113 grading. I would greatly appreciate you very much for approaching her as a major contributor to grading CE 3113 homework 6 and therefore after. I expect we will have 13 homework in total. ████ might be able to help me some others like keeping his office hours.

Thank you!


<< OLE Object: Picture (Device Independent Bitmap) >>

MSU009376