# EXHIBIT 60

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, November 6, 2023 7:23 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Morrison, Julia [jmorrison@hrm.msstate.edu]
**Subject:** Re: Dr. Zhang Annual Reviews
**Attachments:** 2021 L. Zhang Annual Review with Attachments_Rebuttals.pdf

Dr. Howard and Ms. Morrison,

I have signed and attached rebuttals in the 2021 annual review. I am reading and changing 2022 one and will send you in an hour or so.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, September 14, 2023 11:33 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Dr. Zhang Annual Reviews

Dear Dr. Zhang,
I hope this message finds you well. I wanted to inform you that your annual faculty reviews for 2021 and 2022 have been assembled and they are attached for your review. We are doing two years of annual reviews this year for faculty as reviews were not conducted in 2021 due to a variety of factors including COVID-19, moving buildings, and an Interim Director. As part of the review process, Julia Morrison, our Human Resources representative will be present during the meeting. She will be there to ensure objectivity, compliance with university policies, and a constructive outcome. Your participation in this review is mandatory.
We are willing to have this review in person or virtually.  The list below provides times where we are both available.  Please consider your schedule and let us know a 30 to 60 minute time slot you would like for your annual review, and whether you would prefer to meet in person or virtually.
September 22nd –8 am to noon
September 25th – 8 to 9 am, 10 am to 330 pm

**MSU219763**

September 26th – 1230 pm to 5 pm
October 2nd – 8 to 9 am, 10 am to 5 PM
October 3rd – 8 to 930 am, noon to 5 pm
October 4th – 8 am to 5 pm
If you have any questions or require any additional information prior to the review, please feel free to reach out to me or Julia directly.
We look forward to a productive faculty review.
Best regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor and Director
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
www.cee.msstate.edu

**MSU219764**

**MISSISSIPPI STATE UNIVERSITY**


**ANNUAL FACULTY REVIEW**
(Format and Instruction, revised for Engineering 12/2011)

For the Period January 01, 2021 to December 31, 2021

Name:  Zhang, Li                        Title and Rank:  Associate Professor to Aug 15, Professor post Aug 15

Department / Unit:  Civil and Environmental   School / College / Division:  College of Engineering
Eng

The annual review will consist of a combination of the assessment of how well the faculty member met the annual goals for the review period and an assessment of the overall accomplishments of the faculty member. The faculty member must first complete Item I, Parts A-D and Item II, Goals and Objectives. The supervisor must then complete Item III, Parts A-D and Item IV, Parts 1-2. Copies of the Review are to be filed in the office of the head/supervisor and the dean or director.   Item IV, Overall Assessments, must be reported to the appropriate Vice President.   The confidentiality of these papers must be maintained by all parties involved.   (See *Faculty Handbook*)


**I.  SUMMARY OF ACTIVITIES**

(To be prepared by faculty member)


**A.  Teaching (see Faculty Handbook)**

| Semester/Year | Course Number | Credit Hrs | Enrollment | SCH |
|---|---|---|---|---|
| **On Campus** | | | | |
| **Fall 2021** | CE 4133 – 01 | 3 | 9 | 27 |
| | CE 9000 – 11 | 1 | 1 | 1 |
| | CE 9000 – 511 | 3.5 | 2 | 7 |
| | CME 8000 – 03 | 3 | 1 | 3 |
| | CE 3113 – 01 | 3 | 69 | 207 |
| **Spring 2021** | CE 7000 – 504 | 3 | 1 | 3 |
| | CE 9000 – 12 | 1 | 1 | 1 |
| | CE 9000 – 511 | 1 | 1 | 1 |
| | CME 8000 – 02 | 6 | 1 | 6 |
| | CE 4143 – 01 | 3 | 21 | 63 |
| | CE 6143 – 01 | 3 | 1 | 3 |
| **Summer 2021** | CME 8000 – 101 | 6 | 1 | 6 |

1.  Evidence of quality of instruction (check items submitted)

The faculty member is expected to provide material describing his/her teaching activities and documentation supporting effectiveness.   This material could include any of the following, or any other items deemed appropriate (check those included):
student evaluations  _3_, measures of student success _0_, peer reviews _0_, department head review _0_, recognition of outstanding teaching _0_, developmental activities _0_, self-evaluation of each course taught _0_, instructional materials used:   course outlines _1_, test materials _6_, other 0_____.


2.  Academic Advisement


2021 Annual Faculty Evaluation                                                         Page   1


**MSU219765**

Master's students:   major professor <u>2</u>; minor professor <u>0</u>; comm. chair <u>2</u>; comm. member <u>0</u>
Specialist students:   major professor <u>0</u>; minor professor <u>0</u>; comm. chair <u>0</u>; comm. member <u>0</u>
Doctoral students:   major professor <u>3</u>; minor professor 2; comm. chair 3; comm. member <u>0</u>
Other:

3. <u>Courses initiated / innovations instituted / other teaching contributions</u>
   (include new courses initiated, special lectures in other courses, generation of teaching aids, activities supportive of teaching, student achievements, other)
   - Completely Redesign CE 3113 Course Notes
   - Completely Redesign Three Tests to align with FE Format for CE 3113
   - Create Two Test Help Videos for CE 3113

4. <u>Other</u> (including professional development and international activities)

B. **<u>Research / creative activities</u>** (See *Faculty Handbook*)

1. Publications, performances or creative activities (note stage of development):
   (For books, indicate date of publication and publisher; for articles, indicate refereed journals; for art shows, indicate judged competition; for musical shows, attach copies of programs; for reports, indicate those done for in-house use.)

   (Note: Include information from the Bagley College of Engineering Publication Database for this section.)

*Published:*

      Yazdekhasti, A., Wang, J., Zhang, L., Ma, J. (2021). A Multi-Period Multi-Modal Stochastic Supply Chain Model under COVID Pandemic: A Poultry Industry Case Study in Mississippi. *Transportation Research Part E: Logistics and Transportation Review*, 102463.

      Zhang, Li, Amin Aghalarietc, Jun Wag, etc. 2021 "Modeling and Designing the Highway-in-the-Sky Network". TRBAM-21-02016. (Submitted for journal publication and conference in August 2020 and Published in January 2021). Accepted for a poster session.

*Submitted:*

      Zhang, Li, L. Zhang, Park, B., Taylor, R. Distributed Traffic Signal Timing Optimization at Connected Vehicles Corridors. Submitted to *IEEE Transactions on Intelligent Transportation Systems* for publications. Study in Mississippi. Summited on Jun 27, 2021

*Submitted (Report will not be published to public per contract with FAA):*

      Tom Brooks, Jun Wang, Li Zhang. eCommerce, emerging UAS network and implications on NAS integration: Interim task report III. Report Submitted to FAA/ASSURE. September 10, 2021. (Contributed about 128 pages out of 230 pages)

2. Professional papers read; indicate whether invited, refereed, or volunteered.   Cite organization, date, and title:

**MSU219766**

3. Grants for research or study; submitted or awarded (cite source, title of project, role [PI, etc.], $ amount, dates):

| CONTINUING 3 | | INITIATED | | COMPLETED 2 |
|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) |
| FAA ASSURE, Center of Excellence | $1,200,000 | 2019 | 2021 | eCommerce, Emerging UAS Network and Implications on NAS Integration, CO-PI, 50% funding responsibilities |
| FAA ASSURE, Center of Excellence | $300,000* | 2019 | 2022 | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI |
| Mississippi Department of Transportation | $149,992 | 2018 | 2021 | Performance Measures for Traffic Signal Systems, PI |
| Mississippi Department of Transportation | $201,964 | 2018 | 2019 | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward |
| | | 2019 | 2021 | PI, 100% responsibilities |

\* 50% matching included

4. Intellectual property developed (patents, copyrights, licenses):
   Initial talked to Office of Technology Transfer about UAS and Connected Vehicle-related IPs

5. Other (including professional development and international activities):

## C. Service (See *Faculty Handbook*)

1. Public service, as lectures, short courses, workshops (dates, organizations and places):
   (Off campus/on campus/extension projects)

2. Professional association service (offices held, journals edited, etc.):
   (Indicate only associations in which you performed tasks)
   - *Editorial Board,* Journal of Traffic and Transportation Engineering.

3. University service (committees, administrative accomplishments, etc.):
   - Unofficial mental for two assistant professors on research
   - Campus football game traffic studies (will completed before the coming session)

4. School/departmental service/committees, etc.:
   - College Promotion Committee
   - Dean's computer specification committee

5. Other (including professional development and international activities):
   - Volunteer service to FHWA's Opensource software project:   ETFOMM and SSAM

## D. Relevant activities and accomplishments not reported elsewhere (Cite title, organization, and brief description)

1. Awards and distinctions:
2. Memberships in learned and professional societies
   - ITE, Fellow
   - ASCE, Fellow
   - IEEE, Member

MSU219767

3.   Consulting activities:
None
4.   Other:

## II.   GOALS AND OBJECTIVES

(To be prepared by faculty member)

Please list specific goals and objectives including areas in which improvement will be sought in the next calendar year. These will be evaluated in the next review cycle.

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities and expectations.

Objectives set in 2022 (Sabbatical leave Fall 2022 and Spring 2023)
•        Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student
•        Submit two quality journal articles
•        Apply for external funding and perform significant research on existing projects
•        Continue teaching with a focus on improving teaching evaluations (Spring 2022).
•        Prepare Traffic Safety course materials
•        Mentor other faculty members in applying for external funding

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities, and expectations.


**Agreement:**

_____
Faculty Member

_____
Head / Supervisor


2021 Annual Faculty Evaluation                                                                        Page   4


**MSU219768**

### III.   EVALUATION BY HEAD/SUPERVISOR, DEAN OR DIRECTOR

(To be prepared by faculty member)

The annual performance review is based upon the agreement concerning goals and objectives, responsibilities, expectations, and achievements of the faculty.   A faculty member would normally be expected to have an assignment in teaching, research and service.   Indicate assignments below:

A.   **Assignment:**   Teaching: 40%; Research: 55%; Service: 5% = 100%.
(for review period, see p. 1)

B.   **Goals and Objectives:** Narrative assessment of how the faculty member performed in achieving the previous year's goals and objectives. State whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below. (Attach listing of goals from the previous year's review.)

2021 was an extremely difficult year for CEE given a building move and COVID-19 occurred in the same year.

- Work with distant students making progress to their Ph.D. dissertations and recruit one new Ph.D. students.

   Table 1 in the following section shows an increase of one PhD student. The amount of work performed with existing students is not easily quantified, but overall this goal seems satisfactorily achieved.

- Submit at least three quality journal articles.

   Three manuscripts are shown in this annual review at a submission stage, so this goal was satisfactorily achieved.

- Add external funding and perform significant research on existing projects.

   Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Table 1 shows a slight decline in external funding and no new projects added in 2021. Although satisfactory, this may become an area needing improvement, if no external funds are awarded, based on the wording of this goal.

- Continue teaching with a focus on improving teaching evaluations.

   Teaching continued, with the number of student credit hours (SCH's) increasing from 96 to 328. Teaching quality did not improve; CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory.

- Work on improvement of Traffic Safety course materials

   This annual review does not provide evidence of these course materials, but there is no reason to doubt this activity was performed to a satisfactory level.

- Mentor the new faculty member who will secure external funding.

   This annual review does not provide evidence of these mentoring activities.

MSU219769

**C.** **Accomplishments:** Narrative assessment of how the faculty member performed in achieving the previous year's accomplishments. Rate the performance of the faculty member in each category listed and state whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below.

|  |  |  |  |
|---|---|---|---|
| (I) | a. | Teaching (Undergraduate): | Unsatisfactory |
|  | b. | Teaching (Graduate): | Satisfactory |
|  | c. | Advising: | Satisfactory |
| (II) |  | Research/creative activities: | Satisfactory |
| (III) |  | Service (on campus/off campus): | Satisfactory |

**D.** **Progress:** If the faculty member is an assistant or associate professor, there must be a statement about his or her progress toward tenure and/or promotion.

*Unsatisfactory***:**   Quality and quantity of work totally unsatisfactory.   Immediate corrective action is imperative.

*Needs Improvement***:**   Work is unsatisfactory in quantity and quality. Individual is not performing at an adequate level.   Corrective action required.

*Satisfactory***:**   Individual performing at "satisfactory" level.   Tasks and goals are being accomplished in a timely and competent manner.

*Excellent***:**   Quality and quantity of work consistently meritorious; goals regularly exceeded, highly productive; individual recognized beyond the unit.

*Superior***:**   Preeminent distinction resulting from consistent outstanding meritorious accomplishments.

*N/A***:**  Not Applicable

Dr. Zhang was promoted to Professor during this calendar year.

2021 Annual Faculty Evaluation                                                                                     Page   6

MSU219770

**IV.   OVERALL ASSESSMENT OF PAST PERFORMANCE/
GOALS/OBJECTIVES/RESPONSIBILITIES/EXPECTATIONS**

(See *Faculty Handbook*)

1.  **Overall Rating by Head/Supervisor, Dean or Director:** Rate the overall performance and achievement of the faculty member as Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard listed in Item III.

     Needs Improvement

2.  **Written Comments by Head/Supervisor, Dean or Director**
    To be completed following the annual review meeting with the faculty member, <u>but made available to the faculty member for review before signing by both parties.</u>   (Include specific strengths, needs for improvement, responsibilities, and expectations for next year.   Summary of progress toward tenure and/or promotion, if applicable, will also be indicated here.)

    2021 was an extremely difficult year for CEE given a building move and COVID-19 occurred in the same year. Progress was difficult across all of CEE during 2021. Table 1 summarizes Dr. Zhang's metrics as documented in his 2020 and 2021 annual reviews. Also attached by the CEE Director are Attachments 1 to 3 related to the CE 3113 course. In addition, Dr. Zhang provided two pages of student evaluation content.

    Dr. Zhang's collegiality needs to improve in future years, and activities that can be harmful to students need to be reduced (e.g. Attachment 3). During the move from Walker to Rula Hall, the Transportation laboratory organization lagged meaningfully behind the remainder of the facility. Dr. Zhang supplied numerous complaints, but his assistance with the space did not match the amount of complaints.

    During the summer of 2021, discussions were held with Dr. Zhang about adjusting his teaching schedule and the possibility of teaching release from research grant funding. These conversations did not materialize to anything justifying the teaching schedule ultimately assigned to Dr. Zhang (CE 3113 – 79 students at the time of assignment and CE 4133/6133 – 14 students) to be altered. On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory. Over the course of the semester, Dr. Zhang, on multiple occasions, did not want to make his own arrangements when he needed to miss class. By the later part of November, this course became much more challenging. Dr. Zhang needed surgery and a very challenging set of circumstances unfolded. The result of this entire semester was a less than desirable student experience as evidence by the attached student evaluations, and Dr. Zhang's removal from this class being necessary with the two attached emails providing information in this regard. Teaching improvement that avoids circumstances of this nature is, by far, the largest improvement needed going forward. A total of 69 students (207 SCH) completed CE 3113, meaning roughly 60% of the students Dr. Zhang was responsible for teaching during 2021 were in less than ideal circumstances.

    Table 1 shows scholarly output and graduate student advisement, neither of which changed a great deal relative to 2020 or were outstanding outputs.

    Dr. Zhang is a talented engineer, and his talents could benefit any civil engineering program is they are properly utilized.

**MSU219771**

**Table 1. Summary Information From Annual Reviews**

| Annual Review Year | 2020 | 2021 |
|---|---|---|
| Total SCH | 96 | 328 |
| Undergraduate SCH | 75 | 297[c] |
| Graduate SCH | 12 | 6 |
| Thesis/Dissertation SCH | 9 | 25 |
| MP – Master's Students Advised | 2 | 2 |
| MP – Doctoral Students Advised | 2 | 3 |
| Journal Publications | 2 | 1 |
| Other Referenceable Documents | 0 | 1[a] |
| Total Yearly Adjusted Funding Responsible | $360,985 | $317,156 |
| Grant 1 Total Funding (Non-Matching) | $1,200,000 | $1,200,000 |
| Grant 1 Years | 3 | 3 |
| Grant 1 Role | CO-PI (50%) | CO-PI (50%) |
| Grant 1 Yearly Adjusted Funding Responsible | $200,000 | $200,000 |
| Grant 2 Total Funding (Non-Matching) | $150,000 | $150,000 |
| Grant 2 Years | 3 | 4 |
| Grant 2 Role | CO-PI (50% Est) | CO-PI (50% Est) |
| Grant 2 Yearly Adjusted Funding Responsible | $25,000 | $18,750 |
| Grant 3 Total Funding (Non-Matching) | $100,000 | --- |
| Grant 3 Years | 3 | --- |
| Grant 3 Role | CO-PI (56%) | --- |
| Grant 3 Yearly Adjusted Funding Responsible | $18,667 | --- |
| Grant 4 Total Funding (Non-Matching) | $149,992 | $149,992 |
| Grant 4 Years | 3 | 4 |
| Grant 4 Role | PI | PI |
| Grant 4 Yearly Adjusted Funding Responsible | $49,997 | $37,498 |
| Grant 5 Total Funding (Non-Matching) | $201,964 | $201,964 |
| Grant 5 Years | 3 | 4 |
| Grant 5 Role | PI | PI |
| Grant 5 Yearly Adjusted Funding Responsible | $67,321 | $50,491 |
| Grant 6 Total Funding (Non-Matching)[b] | --- | $312,500 |
| Grant 6 Years | --- | 12 |
| Grant 6 Role | --- | CO-PI (40%) |
| Grant 6 Yearly Adjusted Funding Responsible | --- | $10,417 |

SCH = student credit hours      MP = major professor            Est = estimated
Only publications/referenceable documents completed in a given year are shown
Some grants appear to have received no-cost extensions
a: Paper TRBAM-21-02016 was not located in TRB's TRID database
b: This grant shows a duration from 2011 to 2022, but was not on 2020 annual review
c: Of these 297 SCH, 207 were from CE 3113 (fall 2021)

MSU219772

**THE SIGNATURES LISTED BELOW\* MUST BE OBTAINED**

**\* Faculty Member:**
I have met with the head/supervisor and acknowledge discussion of this appraisal.  The meeting discussed Dr. Zhang's questions
and had not discussed the annual review contents. See attached notes.

Li Zhang — Digitally signed by Li Zhang                                  11/6/2023
Faculty Member Signature     Date: 2023.11.06 07:17:58 -06'00'        Date

I agree with the annual review.
    Faculty Signature: _____          See addenda [ ]

I disagree with the annual review. Li Zhang        Digitally signed by Li Zhang
    Faculty Signature: _____        Date: 2023.11.06 07:18:28 -06'00'        See addenda [X ]

    **Comments attached:**

        Additional Information:   Meeting note, Q/A in meeting and Rebuttals
        Li Zhang        Digitally signed by Li Zhang          11/6/2023
        Faculty Member Signature   Date: 2023.11.06 07:18:58 -06'00'   Date

        Appeal Requested:   Request independent and external review
        Li Zhang        Digitally signed by Li Zhang
        Faculty Member Signature   Date: 2023.11.06 07:19:21 -06'00'   Date

**\* Head/Supervisor:**

_____          _____
Signature                                                            Date

**\* Director or Dean:**

_____          _____
Signature                                                            Date

The faculty member will be provided with a copy of the final review, including all signatures and
comments/recommendations/assessments. The faculty member reserves the right to respond to any comments and to
have all of those responses included in the final version of the Faculty Annual Review/Evaluation.

If disagreement is indicated, the faculty member must state the objection on the following page, otherwise the page
should be left blank. The disagreement statement should be completed before the Dean signs above.

2021 Annual Faculty Evaluation                                                  Page   9

**MSU219773**

**Disagreement Statement**: **To be completed by the faculty member if applicable.**

If the faculty member disagrees with the evaluation of the head/supervisor, an explanation of the disagreement should be detailed below by the faculty member. This page should be left blank if there is agreement with the head/supervisors assessment.

A.        In this rebuttal, grade cheating refers to academic misconduct, conspiracy, facilitation, and misrepresentation actions to boost many students' grades. Specifically, in 2021, Dr. Howard, Dr. Keith, and Dr. Reese secretly conspired on a "contingency plan" during my medical leave behind and got Dr. Shaw's approval (16c)). After a few weeks, the conditions of the "contingency plan" did not happen. They abolished the grade appealing process promised to Dr. Shaw in the "contingency plan" and violated the MSU faculty manual V Authority b (19). The approval by Dr. Shaw shown to me was almost totally different from what they had done. The grade cheating was based on the "large number of complaints" and several unsubstantiated allegations in Dr. Howard's Attachment 2 and were rebuttal in (17). "Large number of complaints" turned out to be disclosed to me as just one student complaint (18), which was analyzed, that it is unlikely the grade appeal would be approved. With/without Dr. Shaw's approval, their grade cheating violated MSU's faculty manual (19).

B.        Like timelines of many allegations in the review, the timeline of this annual review has expired, and the annual review should be tossed out according to MSU Consultation "timely" policy in faculty manual. The 2021 annual review should be conducted in Spring 2021. Since I filed EEOC/court complaints, Dr. Howard deliberately delayed the review until before the first court hearing. Dr. Howard has created the narratives for court judges and juries in the annual review and tried to affect the outcome of the court complaints.

C.        Many of Dr. Howard's unsubstantiated allegations in the annual review were the coverups of administrative actions not justifiable. The timeline of the administrative action happened first, and then allegations followed. Also, the due process was not observed in those unsubstantiated allegations. Most, if not all, allegations are baseless and demonstratable false. This type of actions will be indicated in the rebuttals.

D.        Violation of faculty manual and laws/regulations
a.        Violation of "Consultation" term in Faculty Manual (p4)
b.        There are many violations of MSU policies and procedures. MSU should investigate those violations before it is too late. A report of violation will be . submitted to MSU internal mechanize to be provided by HRM seperatedly.
c.        Discrimination described in EEOC's "Unlawful Disparate Treatment of Workers with Caregiving Responsibilities"
d.        Violation of FMLA and ADA.

E.        Partial annual review. Dr. Howard was appointed on July 1, 2021. Since my review was unsatisfactory, the formal department head, Dr. Truax, should be consulted between January 1 and June 30.

F.        My lawsuits, complaints, and requests for my rights have nothing to do with my annual review. Dr. Howard repeatedly uses them to retaliate against me in this annual review. In addition, by discrediting my complaints in the annual review, Dr. Howard has created the narratives for court judges and juries and tried to affect the outcome of the court complaints.

G.        All unsubstantiated allegations without details, such as name, time, interview, original document, record, how the meeting is called, who has been talked before leading the meeting, and due process to have a face-to-face discussion, etc., should be considered irrelevant. Primarily based on unsubstantiated allegations, this annual review should be thrown out.  Even a criminal deserves to have a open and due process.
,
H.        From what happened to this review and the meeting on October 18 without a fair external review, I was unlikely to get a fair review. Specifics in 2021 Review on Page 5

See rebuttals for details

2021 Annual Faculty Evaluation                                                                                          Page   10

**MSU219774**

## Li Zhang
### FA21
### CE-3113-01 Transportation Engr
### No. of responses = 33

---

## Survey Results

### 1. Student Course Survey

Mississippi State University welcomes student feedback that can be used to help improve teaching and learning in this course. Meaningful self-reflection on your experience in the course and a focus on your own learning (rather than general critiques or things you have heard) will provide the most useful and constructive feedback. Thank you for your participation.

Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.

1.1) I knew what was expected of me in this class.
Strongly Disagree — 6.1% | 21.2% | 48.5% | 24.2% — Strongly Agree
n=33 md=3

1.2) I understood how the assignments and/or exams connected with the learning objectives of the class.
Strongly Disagree — 6.1% | 27.3% | 48.5% | 18.2% — Strongly Agree
n=33 md=3

1.3) Instructional activities and assignments (such as lectures, discussions, demonstrations, tests and exams, papers, field studies, homework, projects, etc.) accomplished inside and outside of class helped me to learn.
Strongly Disagree — 12.9% | 22.6% | 41.9% | 22.6% — Strongly Agree
n=31 md=3 ab.=2

1.4) My participation in class was welcomed and respected by the instructor.
Strongly Disagree — 3.1% | 6.3% | 34.4% | 56.3% — Strongly Agree
n=32 md=4 ab.=1

1.5) If I had questions or needed help, the instructor or teaching assistant was available and responsive inside of class or during posted office hours and/or normal University operating hours.
Strongly Disagree — 0% | 3.1% | 43.8% | 53.1% — Strongly Agree
n=32 md=4 ab.=1

1.6) Feedback and grades on tests and assignments helped me to improve.
Strongly Disagree — 6.1% | 15.2% | 51.5% | 27.3% — Strongly Agree
n=33 md=3

1.7) In this class, I have gained knowledge and skills that I can use in future classes, a prospective career, or other contexts in my life.
Strongly Disagree — 10% | 23.3% | 36.7% | 30% — Strongly Agree
n=30 md=3 ab.=3

1.8) Outside of class time, approximately how much time each week did you spend engaging with the course content (reading, studying, completing assignments, etc.)? (hours)

| Hours | Percentage |
|---|---|
| 2 | 3.4% |
| 3 | 3.4% |
| 4 | 24.1% |
| 5 | 17.2% |
| 6 | 20.7% |
| 7 | 3.4% |
| 8 | 13.8% |
| 10 | 6.9% |
| 11 | 3.4% |
| 12 | 3.4% |

n=29

1.9) I felt that the instructor presented and explained the course material clearly.
Strongly Disagree — 26.7% | 36.7% | 30% | 6.7% — Strongly Agree
n=30 md=2 ab.=2

1.10) I felt that the instructor wanted all of us to succeed.
Strongly Disagree — 0% | 3.1% | 28.1% | 68.8% — Strongly Agree
n=32 md=4 ab.=1

1.11) Overall, I would recommend this instructor to other students if they wanted to learn this subject.
Strongly Disagree — 25.8% | 22.6% | 41.9% | 9.7% — Strongly Agree
n=31 md=3 ab.=2

MSU219775

**Li Zhang**
FA21
CE-4133-01 Geo Design Of Hwys
No. of responses = 5

## Survey Results

### 1. Student Course Survey

Mississippi State University welcomes student feedback that can be used to help improve teaching and learning in this course. Meaningful self-reflection on your experience in the course and a focus on your own learning (rather than general critiques or things you have heard) will provide the most useful and constructive feedback. Thank you for your participation.

Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.

1.1) I knew what was expected of me in this class.
Strongly Disagree — 20% / 60% / 0% / 20% — Strongly Agree — n=5, md=2

1.2) I understood how the assignments and/or exams connected with the learning objectives of the class.
Strongly Disagree — 40% / 40% / 0% / 20% — Strongly Agree — n=5, md=2

1.3) Instructional activities and assignments (such as lectures, discussions, demonstrations, tests and exams, papers, field studies, homework, projects, etc.) accomplished inside and outside of class helped me to learn.
Strongly Disagree — 40% / 20% / 20% / 20% — Strongly Agree — n=5, md=2

1.4) My participation in class was welcomed and respected by the instructor.
Strongly Disagree — 20% / 0% / 40% / 40% — Strongly Agree — n=5, md=3

1.5) If I had questions or needed help, the instructor or teaching assistant was available and responsive inside of class or during posted office hours and/or normal University operating hours.
Strongly Disagree — 25% / 0% / 50% / 25% — Strongly Agree — n=4, md=3, ab.=1

1.6) Feedback and grades on tests and assignments helped me to improve.
Strongly Disagree — 40% / 20% / 20% / 20% — Strongly Agree — n=5, md=2

1.7) In this class, I have gained knowledge and skills that I can use in future classes, a prospective career, or other contexts in my life.
Strongly Disagree — 40% / 0% / 20% / 40% — Strongly Agree — n=5, md=3

1.8) Outside of class time, approximately how much time each week did you spend engaging with the course content (reading, studying, completing assignments, etc.)? (hours)
3 — 25%
4 — 25%
5 — 25%
12 — 25%
n=4

1.9) I felt that the instructor presented and explained the course material clearly.
Strongly Disagree — 60% / 20% / 0% / 20% — Strongly Agree — n=5, md=1

1.10) I felt that the instructor wanted all of us to succeed.
Strongly Disagree — 33.3% / 33.3% / 0% / 33.3% — Strongly Agree — n=3, md=2, ab.=2

1.11) Overall, I would recommend this instructor to other students if they wanted to learn this subject.
Strongly Disagree — 40% / 40% / 0% / 20% — Strongly Agree — n=5, md=2

2021 Annual Faculty Evaluation                                                                 Page

**MSU219776**



# Li Zhang
### FA21
### CE-3113-01 Transportation Engr
### No. of responses = 33

## Survey Results

## 1. Student Course Survey

Mississippi State University welcomes student feedback that can be used to help improve teaching and learning in this course. Meaningful self-reflection on your experience in the course and a focus on your own learning (rather than general critiques or things you have heard) will provide the most useful and constructive feedback. Thank you for your participation.

Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.

**1.1) I knew what was expected of me in this class.**
Strongly Disagree — 6.1% | 21.2% | 48.5% | 24.2% — Strongly Agree
n=33, md=3

**1.2) I understood how the assignments and/or exams connected with the learning objectives of the class.**
Strongly Disagree — 6.1% | 27.3% | 48.5% | 18.2% — Strongly Agree
n=33, md=3

**1.3) Instructional activities and assignments (such as lectures, discussions, demonstrations, tests and exams, papers, field studies, homework, projects, etc.) accomplished inside and outside of class helped me to learn.**
Strongly Disagree — 12.9% | 22.6% | 41.9% | 22.6% — Strongly Agree
n=31, md=3, ab.=2

**1.4) My participation in class was welcomed and respected by the instructor.**
Strongly Disagree — 3.1% | 6.3% | 34.4% | 56.3% — Strongly Agree
n=32, md=4, ab.=1

**1.5) If I had questions or needed help, the instructor or teaching assistant was available and responsive inside of class or during posted office hours and/or normal University operating hours.**
Strongly Disagree — 0% | 3.1% | 43.8% | 53.1% — Strongly Agree
n=32, md=4, ab.=1

**1.6) Feedback and grades on tests and assignments helped me to improve.**
Strongly Disagree — 6.1% | 15.2% | 51.5% | 27.3% — Strongly Agree
n=33, md=3

**1.7) In this class, I have gained knowledge and skills that I can use in future classes, a prospective career, or other contexts in my life.**
Strongly Disagree — 10% | 23.3% | 36.7% | 30% — Strongly Agree
n=30, md=3, ab.=3

**1.8) Outside of class time, approximately how much time each week did you spend engaging with the course content (reading, studying, completing assignments, etc.)? (hours)**
n=29

| Hours | Percentage |
| --- | --- |
| 2 | 3.4% |
| 3 | 3.4% |
| 4 | 24.1% |
| 5 | 17.2% |
| 6 | 20.7% |
| 7 | 3.4% |
| 8 | 13.8% |
| 10 | 6.9% |
| 11 | 3.4% |
| 12 | 3.4% |

MSU219777



Li Zhang, CE-3113-01 Transportation Engr

1.9) I felt that the instructor presented and explained the course material clearly.

Strongly Disagree    26.7%    36.7%    30%    6.7%    Strongly Agree    n=30 md=2 ab.=2

1.10) I felt that the instructor wanted all of us to succeed.

Strongly Disagree    0%    3.1%    28.1%    68.8%    Strongly Agree    n=32 md=4 ab.=1

1.11) Overall, I would recommend this instructor to other students if they wanted to learn this subject.

Strongly Disagree    25.8%    22.6%    41.9%    9.7%    Strongly Agree    n=31 md=3 ab.=2

MSU219778

# Comments Report

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## 1. Student Course Survey

1.12) What worked well in this class?

- Bonus points and curves were nice and the sample tests were helpful.

- Dr Zhang was very passionate about the material and wanting his students to succeed.

- Dr. Zhang cares about his students and wants everyone to succeed.

- Dr. Zhang is a descent teacher. He provided curves for test where needed and gave us all test reviews before tests. Those were beneficial in helping me get through this class.

- Dr. Zhang was very good at making sure to listen to the students and adapting the class accordingly. The review tests/sessions were very helpful.

- He would allow us to go to his office hours and ask for more partial credit on tests. He also had a lot of office hours for us to go and ask him questions. He posted a test review that we could use to study for the exams.

- Homework helped

- Not much.

- Studying the homeworks and the test reviews were very beneficial.

- Test reviews

- The home work helped, but the lectures didn't always align with the assignments given.

- The instructor went out of his way to help us out. He was available at any time we wanted to talk to him. Even outside his office hours, he was available.

- The only thing that worked for this class were the test review sessions.

- The professor lead study sessions.

- The review sessions helped me the most to actually understand the material.

- The reviews before each exam were extremely helpful for the tests.

- The reviews helped a lot with this class for the test, unlike other classes.

- The tests where fair

- n/a

1.13) What changes could improve this class? (Specific suggestions will be the most useful.)

- Communication was not clear at all. Sometimes instructions for assignments and test made no sense. With this being said, it was hard to know what was expected of me. Emails were horribly written. Broken English and poor grammar led to even more confusion about assignments and test information. In class lectures were very spotty sometimes. It seemed we were going down rabbit holes most of the time and not working enough examples.

- Do more examples in class. Explain variables and where they come from. Use real life examples (show images/ videos). Have a TA that can help teach/ explain/ hold study sessions.

- Don't make everything so confusing.

- Dr. Zhang's lectures are hard to understand and they don't relate to the test at times. The homework assignments were also extremely long and I found myself having to learn how to complete the homework on my own many times.

- Fully working examples in class with prepared answers to make sure there are no small errors. The errors made in class are extremely confusing as the students do not know the correct answer so we cannot recognize errors.

- He was a really harsh grader. I did a problem right on the test but didn't round it to what he wanted so he counted the whole problem wrong. He didn't state on the test question either how he wanted us to round it. His lectures have very little to do with what the questions on the homework ask. A group of us worked on a project for this class and the instructions were not clear through out the whole assignment.

- I think Dr. Zhang is a great person, I just feel the course could be portrayed better. We did homework assignments, and the homework would be useless most the time because they would not reflect what would be on the test. I feel he could change the homework assignments to reflect the test or vice versa. Instead, I feel all confused because I am trying to understand the homework problems only for them to not even show up on tests. The reviews he does before test do not display any similarities from the homework for the most part. I just feel it is useless to do the homework since it does not reflect test(the majority of our grade percentage in this class). I would take Dr. Zhang again if this problem could be resolved.

- Literally everything else. Dr. Zhang barely showed up for our class and had "guest lectures" at least once a week that didn't teach me anything related to what I would be tested on. Also he showed up for only ONE of the four tests (including the final on Friday - he said he won't be there) which were riddled with typos, confusion, and appeared as though no one had proofread them. -10/10 class would not recommend Dr. Zhang to anyone.

- More information about the assignments and exams and better schedules.

- Probably fewer homework assignments and homework that are more related to the exams. We had homework every week and sometimes twice a week. The homework would take 8-9 hours and considering the fact that being an engineering student with 5 other classes this class was taking most of the time.

- TEaching what each formula is and the applications of it

**MSU219779**

Li Zhang, CE-3113-01 Transportation Engr

- The homeworks were very long and tedious. More review sessions would be desired.

- The lecture notes/slides are confusing and the lecture could have more time spent on real problems, and less on just a PowerPoint presentation. Also, ensuring that scratch work and written notes are legible.

- The professor should slow down during lectures and explain the process behind each scenario better

- The structure

- Way less homework or just make the homework less problems.

- making sure the information in the class is better explained

1.14) Please feel free to say more about your response to any items above or provide any additional feedback.

- Dr. Zhang was by far the most challenging professor I've ever had and not in a good way. Attending his class was the biggest waste of my time every week but showed up because it was part of my grade. His homework was unreasonably lengthy and consumed more time than I had available every week and occasionally more than one homework assignment was given in a single week. He does not speak English and if you can't effectively teach your students, it doesn't matter how intelligent you are because that gets lost in translation (his emails alone were enough to make me question dropping the class because I couldn't understand them). Overall, I think Dr. Zhang should not be teaching because I couldn't tell you a single thing I learned that wasn't self taught this semester.

- Good teacher

- He is very nice and knows his stuff, however he is not a very good teacher. He cares about the students though which is good.

- I know Dr. Zhang is passionate about his students, but he lacks some key attributes of being a clear, helpful teacher.

- Schedule tests on days where I already had 2 other tests

- The instructor for this class is great as far as caring about his students and wanting us all to succeed. However, the class falls short due to the numerous typos, grammatical errors, etc. that make it hard to understand what is asked of us.

- There was too much information based on deriving equations that didn't play into understanding a problem.
  Big language barrier that lead to extra confusion.

MSU219780

| **From:** | Keith, Jason |
|---|---|
| **To:** | Zhang, Li; Dickerson, John; Shaw, David |
| **Cc:** | Howard, Isaac; Reeves, Kari; Keith, Jason; Green, Robert |
| **Subject:** | RE: Report of Potential Unauthorized Changes of Student Grades |
| **Date:** | Friday, December 17, 2021 4:49:31 PM |

Li – I know you are planning on sending in several grade change forms regarding your classes. We have also received a large number of student complaints about your course, grading methodology, and final exams. Based on our knowledge of the history of the grade appeal process, and the inaccuracies and inconsistencies within your course (not providing your department head or college a detailed plan of completing the course when we asked you, arbitrarily assigning project grades to all students with a score of 50%, providing confusing communications with the students, potential inaccuracies in class attendance due to damaged card readers, giving 0's to students who had taken exams with disability services, etc.) they would win their appeals. Therefore, we are denying any grade changes that would reduce a student's grade. The letter grades for this course have been calculated from information available before the final exam, and have been finalized and posted, under the approval of CEE, BCoE, and Dr. Shaw.

This also led to additional work by the department, college, and registrar's office regarding forced drops and potential for a student to not graduate in December.

You may be upset about this, but this was a very rare and unusual situation and I expect that it is one that will never happen again. On a somewhat related note, I would like to schedule an in-person meeting with you and Dr. Howard in January. Given your medical leave dates, please let us know your availability the week of January 17th.

Regards,

Jason

Jason M. Keith

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

Mississippi State University

**MSU219781**

**From:** Zhang, Li
**Sent:** Friday, December 17, 2021 3:27 PM
**To:** Dickerson, John <JDickerson@registrar.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; ssalter@opa.msstate.edu.
**Subject:** Report of Potential Unauthorized Changes of Student Grades

Dear Registrar Dickenson and Provost Dr. Shaw,

I am emailing to report a serious incident about Potential Unauthorized Changes of Student Grades. I attached two files, the file A is the PDF print after I submitted the final grade on December 13. File B is the grade shown on the student's enrollment queries today. Many grades are different, and they are artificially boosted. One student reported the change was made on December 16. I don't have any privilege to change banner grade at all the only thing I can do after 10 AM December 13 is to file an eform to petition the changes of grade, which I have not done so. I am reporting this so the back doors to potential unauthorized changes of student grades can be prevented in the future. Furthermore, it is possible MSU database was hacked as well. As an instructor, I believe I have been obligated to report this incident.

There is a long story about how I find the grades have been changed. I had a backspin surgery on December 1 and I have submitted my medical certificate to Dr. Keith and Dr. Howard that Dr. my surgery doctors recommend me DO NOT work until January 17.  Under Dr. Keith and Dr. Howard's advice, without any help, I completed two classes' grades with very strong pain management medicines and pains. There are 69 students in one course. In the 69 courses, I feel the grade before the submission deadline is less than perfect, I informed students that some of their grades might be changed. I have spent a couple of past days trying to figure out the student grade changes both students feel fair and I am comfortable. I have emailed all students the grading plan and the appearing process, and I also take their feedback (Dr. Howard and Dr. Keith were CCed in those emails too). I have communicated with about half of the students individually to make sure the grade is fair. I have succeeded in that 68 out of 69 students have no objections, and most of them felt satisfied with the new grade. One student expressed his dissatisfaction, Dr. Keith encouraged him to file grade appears, and I encouraged him to do so too. I am confident my grade is fair and thoughtful.

Just at the time when I was about to request the changes through eForm, I found one grade is different from what I entered on my record. I thought that was the error I made. Then I queried the class roster and found out most of the student's grades had been changed, totally different from what I submitted.

**MSU219782**

Please let me know if I can provide more information about the investigation. I am hoping the investigation could help MSU to prevent something like this happen again and close the backdoor of grade changes.

I am cc Mr. Salter I think that might help MSU media understand how MSU makes sure grades are fair and the grade database is secured.  << File: A. CE 3113 Enter Final Grades.pdf >>  << File: B. CE_3113_Class Roster.pdf >>

Thank you for your attention!


<< OLE Object: Picture (Device Independent Bitmap) >>

**MSU219783**

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | ce3113-01.fall2021@courses.msstate.edu |
| **Cc:** | Keith, Jason; Howard, Isaac; Shaw, David |
| **Subject:** | Darkest day and your grade |
| **Date:** | Saturday, December 18, 2021 12:00:23 AM |

Dear all,

Today is the darkest day in my almost 17 years of transportation teaching career. I know I am not perfect and you may not like me and like the way I am teaching, you know how hard I have been working with you, especially in the last few days and weeks, under my extraordinary health and family conditions, without little help from the department in December.

Today, as I am keeping my promise to change your grade, I found out many grades are different from what I have submitted. I reported to Provost Shaw some of, not all of your, grades have been changed, potentially unauthorized changes, and even hacked. One of you reported the change was made on December 16. As an instructor, I believe I have been obligated to report the incident to the Provost and the registrar. I also have the obligation to inform you that your grade has been given by someone else other than the instructor, who is instructed not to make changes according to the grade on Canvas flowing the syllabus. I am hoping you have got an explanation of how your grade is calculated and posted already.

Here is what I know of and some of my thoughts:

1.     Your grade has been posted in Banner, a few of you asked me to boost to the next letter grade by rounding up which I did not approve since that was in the syllabus.

2.     We have left the door open for you to come to see your final exam. That will demonstrate the openness and fairness of your finals. As someone did in tests and homework, I always take your feedback, as some students indicates to a greater length than most professors do.

3.     I feel one student VERY disappointed his grade in Banner.

4.     I have emailed almost half of you about your participation grade, almost everyone believes the participation grade is fair. We have worked many hours for that together.

5.     In most, if not all my emails to you, I have CCed Dr. Keith and Dr. Howard, there is not a single word to discuss with you and me about the process and raised one question, all of sudden, they decided your grade.

6.     Dr. Keith was a big fan of MSU Academic Operational Policy (AOP), I have not been provided any AOP or any MSU policy for what happed today. I hope you will be provided.

MSU219784

7.     I appreciate you have spent time preparing for tests, taking finals, doing homework, participating in the classes. Now things have changed since you are not evaluated not by everything you have done, just by an undisclosed person. I challenge that person to pass the CE EIT test in January. In other words, your grade is determined by someone who could not even pass the CE EIT test within January.

8.     Your grade is most likely be boosted, you may be happy for now. In the long run, you should worry about the value of a CEE degree. Remember the stories I told you in classes? CEE engineers have ethical and legal responsibilities to build roads and bridges for years to come, if you want to go shortcut every time, you might not be fulfilling your responsibilities all the time. I am sure one or more of you will remember the words and stories somedays.

9.     What scare me is the attack on the university system. All of this was done because of a "large number of complains". You guys know better about that how many of you actually made any "complain", again, I have not received any complaints except a few dissatisfactory about grades. I have never been offered any chances to discuss those "large number of complaints", or address them, or even show those complaints.

10.    Here are the questions you may want to think.

> How many number of complaints?
>
> What are the complaints?
>
> Are those complaints reasonable?
>
> Have those complaints been resolved with the instructor?
>
> Are those "large number of complaints" been used as a cover-up to provide "favoritism" to someone, or a couple of powerful families?
>
> Who benefits most? Do all of you benefit the same from the decision? Why someone benefits more than others?
>
> Why the normal-appearing process is not used, instead, someone other than the instructor uses a secret process /person which/who has not been disclosed to you and not discussed with the instructor decided your grade?

11.    What scares me most is the democrat and openness process have been attached. You may think this is too far away. If an authoritarian power can be used to benefit a few of you most, the flood gate is open now. Will the process be used to benefit just a small number of selected people or just for one or two people? Will the process be used to harm a few people or one person? So far, the instructor has not been shown the safeguard of policy to prevent those. Hope you has been shown.

MSU219785

You may not think of all those issues now and may not agree with me, I would encourage you to keep this email and read it again when you need it in the future.

I believe there are more questions than answers now.  If you are not been informed, you may ask questions, especially, if you have graduated in December, not to me this time.

If you would like to discuss with me or email me about this, you may use [lizhang3@gmail.com](mailto:lizhang3@gmail.com).

Thank you for your time in reading this email.

MSU219786

Rebuttals to Dr. Howard's 2021 Annual Review

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Rula School of Civil and Environmental Engineering
Mississippi State, MS 39762
November 5, 2023

## Summary

A. In this rebuttal, grade cheating refers to academic misconduct, conspiracy, facilitation, and misrepresentation actions to boost many students' grades. Specifically, in 2021, Dr. Howard, Dr. Keith, and Dr. Reese secretly conspired on a "contingency plan" during my medical leave behind and got Dr. Shaw's approval (16c)). After a few weeks, the conditions of the "contingency plan" did not happen. They abolished the grade appealing process promised to Dr. Shaw in the "contingency plan" and violated the MSU faculty manual V Authority b (19). The approval by Dr. Shaw shown to me was almost totally different from what they had done. The grade cheating was based on the "large number of complaints" and several unsubstantiated allegations in Dr. Howard's Attachment 2 and were rebuttal in (17). "Large number of complaints" turned out to be disclosed to me as just one student complaint (18), which was analyzed, that it is unlikely the grade appeal would be approved. With/without Dr. Shaw's approval, their grade cheating violated MSU's faculty manual (19).

B. Like timelines of many allegations in the review, the timeline of this annual review has expired, and the annual review should be tossed out according to MSU Consultation "timely" policy in faculty manual. The 2021 annual review should be conducted in Spring 2021. Since I filed EEOC/court complaints, Dr. Howard deliberately delayed the review until before the first court hearing. Dr. Howard has created the narratives for court judges and juries in the annual review and tried to affect the outcome of the court complaints.

C. Many of Dr. Howard's unsubstantiated allegations in the annual review were the coverups of administrative actions not justifiable. The timeline of the administrative action happened first, and then allegations followed. Also, the due process was not observed in those unsubstantiated allegations. Most, if not all, allegations are baseless and demonstrable false. This type of actions will be indicated in the rebuttals.

D. Violation of faculty manual and laws/regulations
   a. Violation of "Consultation" term in Faculty Manual (p4)
   b. There are many violations of MSU policies and procedures. MSU should investigate those violations before it is too late. A report of violation will be . submitted to MSU internal mechanize to be provided by HRM seperatedly.
   c. Discrimination described in EEOC's "Unlawful Disparate Treatment of Workers with Caregiving Responsibilities"
   d. Violation of FMLA and ADA.

MSU219787

E.  Partial annual review. Dr. Howard was appointed on July 1, 2021. Since my review was unsatisfactory, the formal department head, Dr. Truax, should be consulted between January 1 and June 30.

F.  My lawsuits, complaints, and requests for my rights have nothing to do with my annual review. Dr. Howard repeatedly uses them to retaliate against me in this annual review. In addition, by discrediting my complaints in the annual review, Dr. Howard has created the narratives for court judges and juries and tried to affect the outcome of the court complaints.

G.  All unsubstantiated allegations without details, such as name, time, interview, original document, record, how the meeting is called, who has been talked before leading the meeting, and due process to have a face-to-face discussion, etc., should be considered irrelevant. Primarily based on unsubstantiated allegations, this annual review should be thrown out.  Even a criminal deserves to have a open and due process.

,

H.  From what happened to this review and the meeting on October 18 without a fair external review, I was unlikely to get a fair review. Specifics in 2021 Review on Page 5

Specifics in 2021 Review on Page 5

1.  Table 1 in the following section shows an increase of one PhD student. The amount of work performed with existing students is not easily quantified, but overall, this goal seems satisfactorily achieved.

Dr. Howard canceled my graduate courses and poached one of my grade students to take his course without discussing it with me. Then he said, "The amount of work performed with existing students is not easily quantified." I have made myself available to graduate students even late in the night. My work with grade students is excellent.

2.  Add external fund
Dr. Howard secretly and deliberately changed my goal, "Apply for External Funding," on page 4, to "Add external fund" in order to discredit and retaliate against me. I provided Dr. Howard with "Annual Review" in a Word document; it is impossible when he copied and pasted it, the word "Apply for" would have been mysteriously changed to "Add."

3.  Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Table 1 shows a slight decline in external funding and no new projects added in 2021.
My research productivity is the best of the entire department, period. In the 10/18/2023 annual review meeting, Dr. Howard would not provide Table 1 with all faculty to compare external funding, among others. Dr. Howard also indicated he did not add new funds every year. From one of his and Dr. Truax's emails, the Table below shows all faculty's overhead from external research funds, which is linearly proportion to the total research fund spent in 2021. My contributions and research productivity were the highest among all professors: 4.3 times of all professors and 2.3 times of full professors, including Dr. Howard. Actually, the productivity in terms of research funding increased from 1.66 times for all professors to 2.3 times for all

MSU219788

professors from 2020 to 2021. Besides, as indicated in the two years' data, some faculty did not have meaningful external project releases at all.

In the two years of 2020 and 2021, my research performance in terms of external fund release ranks the highest, as he indicated as high as $317,156 "Total Yearly Adjusted Funding Responsible," even more than Dr. Howard and anyone in the department. Instead of acknowledging my contribution, his negative statement is disappointing, discriminatory, and retaliatory.

| tenure track and tenured faculty | 2021 | 2020 |
|---|---|---|
| Ermagun | 14.78 | 2758.06 |
| Freyne | 3,835.99 | 985.56 |
| Gude | 225.59 | 4486.39 |
| Gullett | 353.24 | 582.23 |
| Howard | 10,095.50 | 11,272.04 |
| Magbanua | | |
| Ramirez | 33.42 | 2146.59 |
| Vahedifard | 4,941.66 | 3503.17 |
| Wang | 3,012.28 | 6135.18 |
| Zhang | 12,489.84 | 17,112.37 |
| Totals | 35,002.30 | 48,981.59 |
| Other Average | 2,814.06 | 3,983.65 |
| other Professor average | 7,518.58 | 7,387.61 |
| Zhang: average | 4.438374 | 4.295648 |
| zhang: professor's average | 1.661197 | 2.316362 |

4. "Although satisfactory, this may become an area needing improvement, if no external funds are awarded, based on the wording of this goal."
   According to the above data and the prior department head's data, my research funding ranks number 1, as discussed above. Again, "based on the wording of this goal.". My goal was to "apply for" funding, and Dr. Howard altered "wording" to "add" funding; he repeatedly and deliberately lied about my wording and then accused me of not reaching the goal he altered. Copy and paste of a sentence will not change a word from "apply for" to "add".

5. "Teaching continued, with the number of student credit hours (SCHs) increasing from 96 to 328.
   Hidden behind this simple sentence, Dr. Howard created the worst hardship for my job, health, and family in the Fall of 2021, massively changing my teaching schedule in Fall 2021 and assignment in terms SCH hours without reasonable justification and schedule.
   a) As he admitted, he has increased my teaching load three times in terms of SCHs. Remarkably, he massively changed my undergrad's SCH hours from 75 to 297, with an approximate four times increase.
   b) More importantly, he massively changed my class schedule from T/TH to M/T/W/R/F.
   c) Dr. Howard refused to provide GTA and class schedule changes.
   d) The schedule purposely created a trap for me to have to take (family) medical leave for my special needs kid and my deteriorating health.

3

MSU219789

e) He then delayed or disapproved of some of my medical and family medical leaves.

f) He deliberately created racial-based course assignments, as indicated in his email capture below. In the entire department in the cited semester, only the workload of one Asian American (me) was hiked to reduce a white teaching faculty's workload.

g) Asian America was only scapegoated to bear the administrator's decision to fire Dr. Truax from his department head position.

h) Not to mention instructing my undergraduate Grader NOT to work with me after my back surgery.

Hello All,

I would like to make the following changes to CEE's fall teaching schedule. I waited as long as possible for as much information as possible to be available prior to these decisions. Thank you all for the support during this very challenging time while we transition buildings and deal with COVID.

| Course and Section(s) | New Instructor | Old Instructor | Notes |
|---|---|---|---|
| CE 3113-01 | Dr. Li Zhang | Dr. Thomas Lynn | --- |
| CE 4903-01 | Dr. Thomas Lynn | Dr. Dennis Truax | --- |
| CE 8133-01 AND 501 | Cancel Course – Both Sections | Dr. Zhang | Low enrollment – 2 on campus, 2 off campus |

*Figure 1 Dr. Howard's Departmental Course Reassignments After he was Appointed as Interim*

i) Dr. Howard retracted his promise to assign CE 3113 to my formal student despite my release of research time.

j) I had 80% research release time before October 1 and two courses with 50% teaching workload. I had to endure a 140% workload with just a few hours of sleep at night, even working overnight. Even with an average research workload for the entire semester, I still have 32% research release, sufficient to justify one-course reduction and be assigned one course only. Instead of reducing my course load, Dr. Howard hiked my undergraduate teaching four times, as he indicated in Table 1. My email was captured below to show the truth.

4

**MSU219790**

**Zhang, Li**

| From: | Zhang, Li |
|---|---|
| Sent: | Wednesday, August 11, 2021 6:50 AM |
| To: | Howard, Isaac |
| Cc: | Shaw, David; Keith, Jason |
| Subject: | RE: Complain about Dr. Howard Isaac/ RE: CEE Course and Teaching Updates - Fall 2021 |

Issac,

I have written two pages of complaints and decided not to send them out. Here are my %s for now.

| | 8/15-9/30 | 10/1-12/31 |
|---|---|---|
| Urban Air Mobility 362361 | 1 | 2 |
| UAS eCommerce 361933 | 80 | 0 |
| MDOT Wifi 361897 | 2 | 3 |
| UAS Safety 361957 | 1 | 1 |
| Total | 84 | 6 |

I would like to make the following requests and I believe you could do them:

1. Provide me one GTA and one undergraduate grader for my courses. I have one of my graduate students and undergraduate student in mind if you don't have better students. My salary release is good enough to pay for that, if not good to pay for Case to teach 3113.
2. Reschedule all my courses in two days. The evening after 5 and early morning before 8 are ok, if you have to do that

Thanks

*Figure 2 My research Workload in Fall 2021*

k) According to COE's standard practice, COE's new EOP 37, and CEE's self-study submitted to ABET, a 32% research load deserved a one-course reduction instead of a dramatic course load increase.

l) Dean Dr. Keith and Provost Dr. Shaw took no consideration of my complaints. Dr. Howard's increasingly reckless behaviors and retaliations, including his unjustified in this annual review, are the results of the upper lever administrator's failure.

6. Teaching quality did not improve. CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory."

a) According to the MSU academic calendar, I taught the class from day 1 to the last day and submitted the final grade. Dr. Howard could not change the sequence of events. Here is what happened in the "numerous problems." A few days after I submitted the final grade, I found grades had been irregularly and secretly changed. Dr. Howard and other MSU administrators conspired and facilitated cheating by massively, secretly, and irregularly boosting many students' grades, giving all students free passes, even for students sanctioned by the MSU honor code office. My ethics and professional responsibilities forced me to report the massive grade cheating to the registrar and the provost. Dr. Howard and others started smear champions and unsubstantiated allegations to cover MSU policy violations in grade cheating.

b) Two and half years after I submitted the final grade and found Dr. Howard's grade cheating by massively and irregularly changing the grades, Dr. Howard "removed (me) from this

5

MSU219791

course as instructor of record." in September 2023 in the annual review for my 2021 teaching. Dr. Howard's removal of me from the 2021 Fall class in September 2023 can only be explained by his retaliations against my EEOC, federal, and state court complaints and when the court was about to address the complaints.

c) MSU's civil rights director assured EEOC on April 29, 2022, "Zhang has suffered no adverse consequences in his employment" and "Despite all this, Zhang has suffered no adverse consequences in his employment. He continues to teach and research just as before ". Dr. Howard's claim of "being removed from this course as an instructor of record" contracted those statements to EEOC. The MSU civil rights director's assurance or Dr. Howard's statement is demonstrably false.

d) Dr. Howard would not provide information at the October 18 meeting about "Teaching quality did not improve" except for unsubstantiated allegations. Analysis of EIT test transportation scores for students taking 3113 taught by me and by other professors, the average EIT scores will prove my teaching is effective. Furthermore, the final grade and 100% passing rate of CE 3113, altered by the administrators, is the best in the department across years and professors.

e) The above evidence indicates that "removed (me) from this course as instructor of record." In this annual review is discriminatory and retaliatory. My performance is excellent because the course outcome is excellent. I did have student complaints; those complaints could have been largely avoided if the MSU administrator had provided support such as GTA and better class schedules.

7. This annual review does not provide evidence of these mentoring activities.
Jun Wang and Junfeng Ma

On Page 7
8. Dr. Zhang's collegiality needs to improve in future years.
   - At the October 18 meeting, Dr. Howard would not provide any information about my collegiality in the past and now and how and what to improve in future years.
   - Dr. Howard can not help him to use the collegiality passed in April 2022 by IHL to judge my "collegiality retroactively." There are two collaborations I have demonstrated to him. When he joined the department, I invited him to be a CO-PI of one of my FHWA proposals. I bought a van from my research funding for the entire department's use. Some faculty thanked me for supporting their research for using the van. Dr. Howard and his students have used the van extensively, and Dr. Howard said no words to me. He is welcome to add back how he has shown his collegiality towards me: none.

9. Activities that can be harmful to students need to be reduced (e.g., Attachment 3).
a) At the October 18 meeting, Dr. Howard initially had trouble remembering he used the word "harmful." Then H.R. repetitive Ms. Morrison answered the question that was in Attachment 3. Dr. Howard and Ms. Morrison still failed in short to describe who was harmed. What (part of the body) was harmed? What action(s) I have taken to harm someone? And when the action happened. Any allegations from someone who got harmed? attachment 3 is an

6

MSU219792

example of "one activity." When Dr. Howard decided I had no "harmful activities"? How did he investigate those activities? When, how, and where had he addressed my "harmful activities"? What are the rest of the examples of harmful activities?

b) Dr. Howard had attachment 3 for almost two years. If attachment 3 is harmful to the students, why Dr. Howard allowed those activities for nearly two years. The question can only be answered before my federal and state court complaints are started soon.

c) Dr. Howard could not change the fact. After I submitted the final grade, a few days I found grades had been irregularly and secretly changed. My ethics and professional responsibilities forced me to report the massive grade cheating. I filed EEOC and federal and state court complaints. After those events and when the court was about to address the complaints, Dr. Howard used unsubstantiated allegations and smear champions to justify the cheating and the retaliations, creating narratives to interfere with the court and juries before the jury trial.

d) For any "activities that can be harmful" (similarly, collegiality above), investigations should be conducted immediately to collect information about my harmful activities, signed by the victims, and due process needs to be undertaken. Even a criminal deserves to have this open and due process. In this regard, Dr. Howard has repeated his unsubstantiated allegations throughout the entire review documents.

e) The baseless allegation is a clear violation of Page four of MSU's faculty handbook about "Consultation" in University Governance in multiple ways, as highlighted below:
"To facilitate open communication and effective university governance, the president and other administrative officers of the university will exercise due diligence in consulting with the faculty, professional and support staff, students, and external constituents on issues affecting them. Consultation is characterized by early discussions with the affected constituencies, jointly formulated procedures for consultation, reasonable deadlines within the constraints of the academic calendar, access to appropriate information, adequate feedback, and timely communication of decisions to the affected constituencies.

e) MSU's administrators secretly cheated on students' grades and gave all students a free pass to anyone in the CE 3113 class I taught, even if the honor code office had sanctioned a few of them. Dr. Howard has harmed the fundamentals of U.S. democracy, freedom of speech, academic freedom, and MSU policies. It opens the floodgate that college graduations might be achieved through secret grade changes by complaining instructors instead of studying hard. Dr. Howard has changed the normal and open process in grade appealing to secretly cheating with more benefits for a selected proportion of students.

f) Fundamentally, MSU's administrator's cheating might harm the safety of Mississippians. Those students are supposed to design, build, and maintain highways. Mississippi's highway safety is at the bottom of the nation. Giving a student who failed the course a pass potentially jeopardizes Mississippi highway safety, opening the lawsuit's floodgate to individuals, the state department of transportation, and MSU for years to come.

g) The administrator's cheating might harm other universities in Mississippi and around states for their students' job applications and new students' recruitment.

10. During the move from Walker to Rula Hall, the Transportation laboratory organization lagged meaningfully behind the remainder of the facility. Dr. Zhang supplied numerous complaints, but his assistance with the space did not match the number of complaints.

MSU219793

a) Instead of resolving my complaints, Dr. Howard clearly states in this sentence that complaints were my annual review issues, and he would not hide his intention to weaponize the annual review to retaliate against my complaints. He repeatedly retaliated against me in the same way for my complaints about him in both 2021 and 2022 annual reviews.

b) Dr. Howard has repeatedly indicated my complaints as my performance issues. This is the first one of them. He has demonstrated repeatedly in the annual review that once there are any complaints, even internal ones, my annual review will have problems, at least for "complaining him." The EEOC, federal, and state court complaints were also be my performance issues. He has created a harsh working environment that no one dares to challenge and "complain" him within the department.

c) Does my complaint relate to teaching, research, and service performance? The answer is no relations. Has Dr. Howard resolved any of those complaints at all? The simplest one, buying cabinets to store items and equipment, was not approved. Dean has also failed to keep his promise to move everything to the new building. With the number of students increasing dramatically, MSU stopped updating equipment and software instead of investing in labs. And this is called the best for the students. The relocation of the lab caused me to lose space and equipment, making my research and teaching even harder. When I try to come to help to move, Dr. Howard adamantly reject my request.

11. During the summer of 2021, discussions were held with Dr. Zhang about adjusting his teaching schedule and the possibility of teaching release from research grant funding. These conversations did not materialize anything justifying the teaching schedule ultimately assigned to Dr. Zhang (CE 3113 – 79 students at the time of assignment and CE 4133/6133 – 14 students) to be altered. On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory.

a) First of all, this paragraph is literally retaliations. For the second time in this annual review, Dr. Howard indicated my complaints as annual review issues. "On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory." He has made it clear to me that, once again, my annual review will have issues if there are any complaints, even internal ones. The EEOC, federal, and state court complaints would also be my annual review issues, as discussed later. He has created a harsh working environment that no one dares to challenge and "complain" him.

b) Again, my complaints of discrimination have nothing to do with my annual review. If the complaints have to be here, we will need to add the EEOC filing, MSU rejection of EEOC mediations, and I have defended my rights in the State and federal courts. MSU is creating narratives for and interfering with the court and juries in the annual review.

c) As discussed in Rebuttal # 5, Dr. Howard massively changed my work assignment regarding SCH and my classes from T/TH to M/T/W/TH/F.

d) Dr. Howard's action amounted to discrimination according to EEOC's document of "Unlawful Disparate Treatment of Workers with Caregiving Responsibilities" described in this link:
Enforcement Guidance: Unlawful Disparate Treatment of Workers with Caregiving Responsibilities | U.S. Equal Employment Opportunity Commission (eeoc.gov)

8

**MSU219794**

e) Dr. Howard tried to shift the blame to Dr. Keith, saying he did not know I was a caregiver in the October 18, 2023 meeting.

f) On the October 18, 2023 meeting, Dr. Howard showed no regret and no collegiality for his actions in the discrimination. He bullied and forced me to answer Y/N questions to legitimate his five-day assignments.

g) "Tom is correct that we are looking to get him out of CE 3113 this fall so he can teach CE 4903 with Dennis retiring". Figure 1 was his email to me; he clearly said he would replace Tom's CE3113 with 4903 to reduce Tom's teaching load for a teaching faculty without research. I have no problem with Tom's workload reduction. Using that as an excuse to discriminate against me is unacceptable. Dr. Howard has been paid to make a fair work assignment and to adjust his reassignment from Dr. Truax's assignment. Ultimately, he asked me to "justifying the teaching schedule ultimately assigned to Dr. Zhang." Why do I have to bear the administrative action about Dennis's firing alone?

h) During the meeting, Dr. Howard deliberately omitted his promise to assign 3113 to Case Fulcher. I told Dr. Howard and Dr. Keith I would have a heavy research load to complete an FAA 1.2 million project for which I was responsible for 600K. The conversation concluded that Case Fulcher would teach the class, and I was tasked to contact him. Dr. Howard retracted his promise later.

i) As Dr. Howard shows in his Table in the annual review, he has all the information to decide, and he blames me for not providing all his information in the meeting.

j) While I was trying to figure out the "possibility of teaching release from research grant funding," he decided on an 8/6 email. He canceled my graduate courses (my graduate courses are the only ones canceled), talked to my graduate students behind my back, and poached and pressured one graduate student into his class. Then, blame my graduate teaching.

k) I was the only faculty asked to provide "teaching release from research grant funding" to justify Dr. Howard's massive change in my teaching load and five-day classes. I was the only professor who was assigned to five-day teaching.

l) I sent a distribution in Figure 2 to Dr. Howard and Dr. Keith; no surprise, no changes were made, not even the class schedule change, so I could take care of my special needs kid—no GTA. None of them are granted. This evidence indicated that "anything justifying the teaching schedule ultimately assigned to Dr. Zhang" was just a coverup. Dr. Howard had decided to change my class assignments massively no matter what. I would be the person to be blamed and the scapegoated for the administrator's decision to fire the department head and relieve a white teaching professor's workload.

m) Dr. Howard repeatedly said the course schedule could not be changed. When I asked him to show at least his effort in changing the class schedule for my special needs kid on the October 18 meeting, he could not provide any.

12. Over the course of the semester, Dr. Zhang, on multiple occasions, did not want to make his own arrangements when he needed to miss class. By the latter part of November, this course became much more challenging. Dr. Zhang needed surgery, and a very challenging set of circumstances unfolded.

9

MSU219795

a) Dr. Howard consistently delayed, denied, and disapproved my right to leave. Then my requests to Dr. Howard to take responsibility for arranging class became annual review issues "on multiple occasions, he did not want to make his own arrangements when he needed to miss class." My requests for him to take on his responsibilities have nothing to do with my teaching, research, and services.

b) My medical leave and family leave right became "when he needed to miss class", instead of his responsibility to arrange for other professors to teach the class, including himself.

c) FMLA, ADA, amendment, and MSU AOP 13.03 require MSU administrators to make accommodations during my leave. Administrators violate ADA and FMLA and need faculty to make arrangements themself, "similar to travel." Even in September 2023, Dean Keith re-iterated the policies since 2021, "Again, in situations where there is short-term leave, a faculty is expected to find a guest lecturer or make other arrangements to teach their course. In some situations, a faculty has an extended leave, and arrangements are made with the department head to change the % effort for teaching, research, and service.". That is crude and inhumane policy to faculty who request FMLA and ADA accommodations and contradict FMLA and ADA amendments.

d) The heart of the dispute would be if MSU is obligated by FMLA and ADA and amended for me and my special needs kid to provide me reasonable accommodations during leave hours. MSU's response is "No". Until today, MSU still insists on the disheartening arguments for violating MSU's own AOP 13.03.
In AOP 13.03: "In cases where a tenured, or tenure-track faculty member finds themselves prevented from meeting some or all of instructional responsibilities for class delivery in Fall or Spring semesters for any number of reasons (personal or medical, etc.), faculty should work with their Department Head/School Director to arrange a temporary reduced or modified teaching load as appropriate."

e) Even under the extreme hardship Dr. Howard deliberately imposed upon me, I have never missed class delivery. I understand the faculty's responsibilities; I have made up all hours no matter what, except the class hours, which is a small part of my leave hours to accommodate my special needs kids. There are four adjunct/tenure track/teaching faculty the department head could help me (including himself; according to his self-assurance, he could do anything on any CEE courses). He occasionally asked one "international faculty" (one associated dean called me internal faculty) to help me. He never asked other who were white to help me.

f) On the big picture, the fundamental question, in this case, is whether I have the human right to get medical treatment for my back pain, which led me to a miserable life of not being able to walk several hundred feet in Fall 2021. Apparently, getting medical treatment is one of the fundamental rights of every human being, as defined by WHO:" "The enjoyment of the highest attainable standard of health is one of the fundamental rights of every human being without distinction of race, religion, political belief, economic or social condition."

g) Dr. Howard does not think I deserve to take FMLA and get ADA accommodations. Dr. Howard used several tactics, making me suffer sometimes; sometimes he disapproved and delayed the approvals. For example, he delayed approval of my back surgery for 45 days, forcing me to grade finals during my back pains. In another example, I had to wait for my eye surgery since he did not approve it at the time of surgery. While the MSU civil rights director (no medical expertise) described my pack surgery as optional, Dr.

MSU219796

Howard disapproved of my travel after my Doctor provided medical notes I could travel and recover from the back pain.

h) Dr. Howard's deprivations of my human right to get timely and proper medical care as defined by WHO are consistent with MSU's other administrator's similar actions, even MSU's director of civil rights. In the director's EEOC letter in 4 different places, MSU unilaterally declares that my surgery was "elective" or "non-emergency" without demonstrating any medical assessment. In reality, I had been struggling with debilitating back pain for years, sometimes being unable to get up from bed to stand up. My physician at MSU Health Center recommended my surgery. When there was finally a scheduling opening, I had to take the opportunity to improve his life, including my abilities to care for my special needs son and carry out my long-term teaching and research responsibilities. I had no control over the surgeon's schedule, and he let MSU know as soon as he found out about the scheduled surgery.

i) Dr. Howard weaponized disapproval of my medical leave to force me to work against my health and Doctor's leave notice. I should have never worked after my surgery until January. Dr. Howard held the approval of the two weeks' leave as leavage for me to taking more leaves after two weeks; I was so afraid to request additional leave days. Ultimately, two weeks after my surgery, my professional responsibilities, fear of the discriminating leave approval process, and his holding approval of my leave by Dr. Howard compiled me back to work. Even for two weeks of medical leave, Dr. Howard took more than 45 days after my leave was complete to approval. If I would have requested additional leave after two weeks leave, I would have to conclude the approval process would be much worse. Also, Dr. Keith made it clear that even if I took any leave, it did not matter how serious my medical condition; if I am still alive, I would still be responsible for everything, including grading and final grade post.

j) MSU is hypocritical about my leave in a few ways. They gave me 69 student exams to grade 2 weeks after my surgery and asked me to figure out all grades when I was still in pain and under recovery. Second, administrators secretly worked on a so-called "contingency plan" parallel to my efforts under extreme hardship. Finally, after my Doctor examined me, medicinally ended my leave, and approved my travel, MSU still does not approve my business travel. After I returned from travel, Dr. Howard refused to reimburse my travel cost.

13. The result of this entire semester was a less than desirable student experience as evidenced by the attached student evaluations… Teaching improvement that avoids circumstances of this nature is, by far, the largest improvement needed going forward. 69 students (207 SCH) completed CE 3113, meaning roughly 60% of the students Dr. Zhang was responsible for teaching during 2021 were in less-than-ideal circumstances.

a) Dr. Howard would not provide information on the October 18 meeting about "Teaching quality did not improve" except for the student evaluation. Analysis of EIT test transportation scores for students taking 3113 taught by me and by other professors, the average EIT scores, and the passing rates will prove my teaching is effective. Furthermore, the final grade and 100% passing rate, altered by the administrators, is the best in the department across years and across professors.

b) Dr. Howard could not change the fact. A few days after I submitted the final grade, I found grades had been irregularly and secretly changed. My ethics and professional

11

MSU219797

responsibilities forced me to report the massive grade cheating. I filed EEOC and federal and state court complaints. After those events and when the court was about to address the complaints, Dr. Howard used unsubstantiated allegations and smear champions to justify the cheating and the retaliations, creating narratives to interfere with the court and juries before the jury trial.

c) There are many questions on grade cheating in CE 3113. First, as Dean Keith indicated, there were parents involved. Who were those parents? Are there any influencers (politicians, government officials, etc.) among those parents? Have those parents used their leverage (funding/influence) to boost their child's grade?

d) Dr. Howard would not provide information about "the less than ideal circumstances" and/or the ideal circumstances he expects.

14. Table 1 shows scholarly output and graduate student advisement, neither of which changed a great deal relative to 2020 or were outstanding outputs.

Dr. Howard would not provide detailed information about the other faculty in his Table. However, with the data from him and Dr. Triuax in the past, the highest research release, the overloaded working load (4 times of undergraduate teaching of the previous year), virtually no help from the department, and I maintained the same output in scholarly output and graduate student advisement, my performance was excellent in teaching and research.

15. Dr. Zhang is a talented engineer.

a) I have been stripped out of faculty without any duo-process, and that re-classification of my position as an "engineer" in 2011 in my 2023 annual review. This is a contract violation without informing me in two and a half years.

b) When we had an October 18 meeting, Dr. Howard laughed at me for his actions. It appeared to me he laughed at this because he enjoyed watching my pain by his actions. Dr. Howard's work is consistent with his regard for me as "engineering." For example, Dr. Howard has repeatedly rejected my request to be an instructor and recruit new graduate students.

16. Attachment 2

Dr. Howard made no specific reference in his annual review about Attachment 2. However, the mysteries in Attachment 2 have to be resolved. Several requests have been made to get the student's complaints claimed to be the reason for grade cheating.

a) Before the surgeries, I requested assistance on November 23, listed below:
1. Extend my final grade submission time
2. Add resources to help me grade so the grade can be submitted on time
3. Approve undergraduate Grader to help me grade final
4. Or any other things you think the department and the college could help.

Dr. Howard rejected my extension requeston in Nover 23 email. Instead of offering help, Dr. Howard and my undergraduate Grader had a secret meeting behind me. After the secret meeting, the Grader stopped working on her assignment. For example, the Grader kept student's class roll sheets until January 2022. The class participation grade was the most significant factor for several students' grades needing changes after December 16.

12

MSU219798

- Please prepare all your exams before your surgery, along with grading keys, so someone can grade them if necessary.
- A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.
- Regardless of the method chosen, grades are due December 13- extensions are not an option. There are going to be some students who are degree candidates.
- If grades are not submitted by 12/13, eforms are needed to change the missing grades.
- A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list- e.g., you need a grader.do you have someone in mind.

I followed Dr. Howard's instructions and submitted all grades on December 13 before the deadline (my email to students, the Dean, and the school director). In the end, the cheating grades were posted late as well, supposed to be on December 16, which is three days after the grade change deadlines. That contradicted Dr. Howard's disapproval of my "extension, not an option" extension.
After I submitted the final grades, I worked with students individually to get a fair participation grade due to the absence of the roll sheets after I figured them out with students and was ready to submit the eform per Dr. Howard's instructions.

b) There was a blame game against me since Dr. Howard did not place exams of students who took tests at the disability resource center (DRC) with everyone else. Dr. Keith promised, "Li said he would pick up the exams, and Isaac put the exams in Li's mailbox. So far, we have not seen that he has picked". There are a few points I would make. The administrator knew I could not drive due to my back surgery. At least they could FedEx to me the next day or ask someone to deliver to my home. I have to wait until conditions improve to be ride by someone I have to wait. Second, the exams were placed on my desk instead of putting the test from DRC to my mailbox. Those exams did not include students in DRC. When you have painkillers, your did not function 100%. Those three students' final exam grades were "a grade in your final exam according to how you performed and how other students performed in the final" and posted on December 13; before that, I took my responsibilities and apologies to the student personally and promised to post actual final grade as soon as my conditions permitted. However, Dr. Howard, who was responsible for collecting all exams, said zero words about his responsibilities. Instead, Asian American is scapegoated to everything that happened. Dr. Keith and the Civil rights director alleged that I gave those students "zero" grades is knowingly false. Each student, Dean, and Dr. Howard had my email. They were assigned a temporary grade according to their average grade.

c) As disclosed in MSU's EEOC response (Exabit 10, April 29, 2022), the conspiracy started on December 8, and Dean Keith summarizes the plan as follows. The plan has been kept secretly from students even today and would have been held privately by the instructor (me) if I had not filed EEOC complaints. The heightened texts were the conditions for the administrator's reason to intervene. That did not happen since I had done all those painful situations. The sentences crossed out describe the natural process and are unimportant. The text in red was the MSU's policy. "If a student feels the grade is wrong, we will get information from the students and try to resolve it before the grade deadline." I worked tirelessly with students for a few days before I found cheating grades posted.
- ~~We'll calculate the student's grades so far from the gradebook in CANVAS.~~

13

MSU219799

- There are some missing items (ungraded homework) that we will ignore and not count for or against the student.
- There are some attendances *I* participation and bonus points. We have nothing in the gradebook and intend to give full credit for these, giving the student the benefit of the doubt.
- If Li does not grade the exams, we will not use this towards the grade for or against the student.
- We will increase grades by half a letter grade (5%) to estimate curving and intangibles in the class. We asked multiple times for his internal grade books and he has not shared them with us.
- ~~We will assign grades from this.~~
- If a student feels the grade is wrong, we will get information from the students and try to resolve prior to the grade deadline.
- If this does not occur, the students will be encouraged to submit a grade appeal.
- ~~We feel this process will reduce issues and calls to Dr. Keenum's and your office by a factor of 5 1Ox.~~

d) Dean Keith and Dr. Howard went rogue and departed from the above outline he promised to Provost Dr. Shaw. The outlines in red were abandoned. There was no disclosure he got approval from Dr. Shaw about his rouge plan, of which the grade assignment is a mystery to me until today.

e) MSU's EEOC response contradicted the above reasons in green and procedures in red, attached as Exabit 10 (April 29, 2022). MSU's civil rights director indicated the cheating grades resulted from "Many students complained, resulting in college administration having to throw out the final exams and assign grades based on prior scores." The director showed no approval from the provost about the basis of grade changes. Instead, the above process contradicted the appealing process Dr. Keith promised to keep to Dr. Shaw.

17. My responses to attachment 2 were missing, which was left out by Dr. Howard conveniently. Since this is the base of unsubstantiated allegations, they are detailed here:

a) Many student complaints about your course, grading methodology, and final exams. This will be discussed in the next item in detail in rebuttal 18.

b) Based on our knowledge of the history of the grade appeal process, ( … etc.) they would win their appeals. See details below in rebuttal 19.

c) not providing your department head or college a detailed plan of completing the course when we asked you.
  - I did send Dr. Howard all he wanted.
  - On the other hand, the college and department provide zero help in grading. See 17, not even my Grader, after Dr. Howard had a secret meeting behind me.
  - Dr. Keith asked me to complete all work, ill or healthy, and I met and submitted the final grade. Dr. Keith got all the emails I sent to students and was aware of everything I had done. Dr. Keith made no suggestions/instructions about what I had done. All of a sudden, everything I had done was wrong and worthless. All the work was done under the pains on my back.

d) Providing confusing communications with the students:

14

- All emails were sent to Dr. Howard, Dr. Keith, and the H.R. Director; no one reminded me of any confusing communications.

e) Potential inaccuracies in class attendance due to damaged card readers.
- First, I don't know where Dr. Keith's inaccurate come from. That was MSU's official policy to use the reader. Second, I communicated with half of students individually, making sure they agreed that my class participation grade was fair. Those student's letter grades might be affected by participation grades. None of them disagreed with my counts of their absences.

f) Giving 0's to students who had taken exams with disability services:
- False allegations. As I indicated before, three of them were assigned "a grade in your final exam according to how you performed and how other students performed in the final" temporarily. Also, as I discussed before, Dr. Howard would be responsible for not giving their exams to me as well.

g) arbitrarily assigning project grades to all students with a score of 50%
false allegations. I graded the project according to their performance.

h) The letter grades for this course have been calculated from information available before the final exam and finalized and posted under the approval of CEE, BCoE, and Dr. Shaw. That dramatically differed from Dr. Shaw's approval, which the MSU Civil right director disclosed.

18. I have requested the details of "a large number of complaints," and I have never given direct access to the large number of complaints. However, MSU's Civil Rights director provides EEOC with only ONE complaint (Attachment 12 in EEOC letter).
   a) The student did not comply with the pre-requisite and should not be allowed in class.
   b) The student had a hard time catching up in the middle.
   c) Fortunately, the student took the bonus point project. She got some bonus points.
   d) The student had a poor record of class participation and got 3/5 points. She concurred with that in an email.
   e) She agreed with her homework, test, quiz, and final grades.
   f) I have spent my time working with her.
   g) She demanded a "C". The calculations of all grades summarized a "D" grade. She should file an appeal.
   h) I treated all students the same as her in the way documented above.

19. Grade Appeal Process
Dr. Keith created cheating grades by secretly changing the rates. His reasons do not matter since MSU's policy in V. Authority is highlighted in red below.
C. Should there occur a conflict between a policy and any other written or statement developed by any operating unit at the university, the policy will prevail.

Dr. Keith's cheating grade conflicts with "AOP 13.14: GRADE APPEAL AND ACADEMIC REVIEW BOARD". Therefore, AOP 13.14 should prevail, and Dr. Keith, Dr. Howard, and Dr. Reese's grades were cheating and invalid. Besides, Dr. Keith violated his promise to Dr. Shaw, who did not provide his cheating grades based on ONE student complaint; at least, that was the only one available to me. Dr. Shaw does not have the Authority to approve the cheating in any way since that violates his Authority as defined in the MSU handbook highlighted. No one has

15

MSU219801

shown me that Dr. Shaw approved such a plan, too. That student's grade should be resolved through an appealing process. As I described above for one student, this is unlikely to get approved.

MSU219802

Summary of annual review meeting

Disclaimer: not in chronological order; from the best of my memory

Time 830-10 AM October 18, 2023

Attendee:

Dr. Issac Howard, CEE Scholl Director

Ms. Julia Marrison, HR representative

Dr. Li Zhang, a CEE Professor

1. Requested 4 hours and 1.5 hours are granted. Apparently, this is just a cover-up for MSU to state a review process was followed.
2. I have not had time to discuss the annual review at all. All we have done has barely (not) answered my questions. The question and answer are summarized in a separate file.
3. First, I have requested you to give me changes to answer questions from either Dr. Howard or Ms. Morrison before another asked me questions. There are several cases in which this has not been completely honored.
4. I was allowed to choose how to proceed with the meeting. I decided to understand the 2021 and 2022 annual reviews and get answers to my questions. Then, discuss the details of the annual review. Due to the 1.5 time limit on the meeting, we have had any chance to discuss the annual review in detail yet.
5. Most of the time, Dr. Howard would not provide information for his review or the source of the review. A lot of the time, he said he did not know. In the end, Julia Morrison, a representative from HR, spoke the most. It seems she was the school director of civil and engineering contracting. Dr. Howard told me she was there to ensure policies were followed, and she affirmed that she was there to ensure guidelines were followed.
6. When I indicated Dr. Howard violated several policies (see details below), Ms. Morrison defended Dr. Howard's actions. It looks to me Ms. Morrison was there to protect Dr. Howard instead of being on neutral ground. Ms. Morrison also affirmed several accusations against me. It seems to me she was the author of the review, at least part of the author.
7. At one time, Dr. Howard bullied me and asked me to answer Yes or no. It looks like he was the prosecutor in the criminal county asking a Y/N question for a criminal. He once laughed at me since he made me an Engineer instead of a faculty. That is logic and his consistency in rejecting assigning classes to me.
8. Ms. Morrison has prepared all the documents for me not to agree with the review. Apparently, she knew the review and was not objective in the meeting, and I would not agree to the review.
9. Dr. Howard tended to shift his responsibilities to others. For example, he said he did not know I was a caregiver with a special needs kid when he did the massive assignment changes on schedule from classes on T/TH to M/T/W/TH/F and rejected my request to change the class schedule. I also made myself available to earlier classes and late-night class schedules as well. I doubted Dr. Howard knew I was a caregiver since I believe all other CEE faculty know about it. That shifted the responsibility to Dr. Jason Keith since Dr. Keith and Dr. Howard altered my assignments and rejected my course schedule change together. Dr. Howard disagreed that it was

MSU219803

a massive schedule change. Dr. Howard has repeatedly asked me to answer a "Yes or no" for this question or a similar "Does a faculty should be assigned to teach anytime during M-F"? I reminded him that the EEOC's document indicated changing the caregiver's schedule could be discrimination and retaliation against caregivers. When I asked Ms. Morrison, she said she was there for MSU policy only and did not know the EEOC policy.

I also asked Dr. Howard why he changed his mind when he agreed Case Fulcher taught CE3113 in the cited meeting in the review. (of course, he did not mention this in the review document.) Dr. Howard did not answer the question.

10. It looks very unusual to me that Dr. Howard did not know reviews very well. He repeatedly asked me where they were when I asked him about a sentence in the study. For example, he did not even realize he used the words "bully," "harmful," and the exact what I was accused of in, "including failure to follow instructions, failure to maintain established standards of work or productivity or any other unsatisfactory performance." Ms. Morrison positively identified "failure to follow instructions" as the case here. When asked about the details of bullying, she positively identified what I said in the class as bullying, and it appeared to me Dr. Howard did not know what the bully in the review referred to.

11. Ms. Morrison further indicated that any "failure to follow instructions" or similar would result in an unsatisfactory annual review.

12. I also asked Dr. Howard why he changed his mind when he agreed Case Fulcher taught CE3113 in the cited meeting in the review. (of course, he did not mention this in the review document.) Dr. Howard did not answer the question.

**MSU219804**

Li Zhang's 2021 and 2022 Annual Review Questions and Answers.

Disclaimer: from the best of my memory,

Time 830-10 AM October 19, 2023

Attendee:

Dr. Issac Howard, CEE Scholl Director

Ms. Julia Marrison, HR representative

Dr. Li Zhang, a CEE Professor

Here are my memories about Dr. Howard and Ms. Morrison's answers to clear my questions in the 2021/2022 review. Those answers are from the best of my memories. Please add/change if you would.

Blue: text from the annual review
Green: answers

    A.   Specifics in 2021 Review

1.  Teaching quality did not improve. "
evidence of the teaching quality, for example, comparing students' transportation EIT scores. Compare with what/who/when to improve?
Appear to me Dr. Howard did not answer my questions.

2.  CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory."
Please show me the document removed from this course as instructor of record in 2021.
Dr. Howard said the Provost's office should provide the document. I would ask Dr. Howard to follow up on this and give me the document.

numerous problems: what are the exact problems?
Appear to me Dr. Howard did not answer my questions.

3.  "Although satisfactory, this may become an area needing improvement, if no external funds are awarded, based on the wording of this goal"
Request department-wide records of external funds. My understanding was there were not many professors with research funding. According to the prior department head's data, my research funding ranks number 1.
It appeared to me Dr. Howard would not answer my questions.
Dr. Howard admitted he did not add the research project all year since he had worked at MSU.

    B.   On Page 7

4.  Dr. Zhang's collegiality needs to improve in future years
a)   Please show me the document. I have never heard about this collegiality been in evaluation.
b)   Who/when/how/where/environmental?
c)   Improved? How? What do I need to do?

MSU219805

d) Separate categories of evaluation, collegiality, does everyone including Dr. Howard, beeneveluated for collegiality?

Appear to me Dr. Howard did not answer my questions.

5. During the move from Walker to Rula Hall, the Transportation laboratory organization lagged meaningfully behind the remainder of the facility. Dr. Zhang supplied numerous complaints, but his assistance with the space did not match the number of complaints.

How is this related to my annual review? If so, have you resolved any of those complains at all?

Appear to me Dr. Howard did not answer my questions.

6. During the summer of 2021, discussions were held with Dr. Zhang about adjusting his teaching schedule and the possibility of teaching release from research grant funding. These conversations did not materialize to anything justifying the teaching schedule ultimately assigned to Dr. Zhang (CE 3113 – 79 students at the time of assignment and CE 4133/6133 – 14 students) to be altered. On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory.

Here is EEOC's description of discrimination and retaliation to caregivers; we are not talking about "massive change", instead of "a little change" in EEOC's description here. https://www.eeoc.gov/laws/guidance/enforcement-guidance-unlawful-disparate-treatment-workers-caregiving-responsibilities#discrmale

As the Supreme Court noted in a 2006 decision, "A schedule change in an employee's work schedule may make little difference to many workers, but may matter enormously to a young mother with school-age children."[89] Thus, the EEO statutes would prohibit such a retaliatory schedule change or any other act that would be reasonably likely to deter a working mother or other caregiver from engaging in protected activity.

Dr. Howard's justifications, not min justifications. Because Dr. Howard changed classes from T/TH to M-F.

Appear to me Dr. Howard did not DIRECTLY answer my questions.

Dr. Howard said he did not know I was a caregiver with a special needs kid. The changes were massive when changes were made to the schedule for classes on T/TH to M/T/W/TH/F, and he rejected my request to adjust the schedule. I doubted Dr. Howard knew I was a caregiver since I believe all other CEE faculty know about it. That shifted the responsibility to Dr. Jason Keith since Dr. Keith and Dr. Howard altered my assignments and rejected my course schedule change together. Dr. Howard disagreed that it was a massive schedule change. Dr. Howard has repeatedly asked me to answer a "Yes or no" for this question or a similar "Does a faculty should be assigned to teach anytime during M-F"? I reminded him that the EEOC's document indicated changing a caregiver's schedule could be discrimination and retaliation against caregivers. When I asked Ms. Morrison, she said she was there for MSU policy only and did not know the EEOC policy. In another case, Dr. Howard wrote I was removed from the instructor in 3113 in Fall 2021. I asked him for the document, and he didn't have it and said the Provost had the document, implying the Provost should be responsible for the document, or for that statement, or similar.

MSU219806

7. Over the course of the semester, Dr. Zhang, on multiple occasions, did not want to make his own arrangements when he needed to miss class. By the later part of November, this course became much more challenging. Dr. Zhang needed surgery and a very challenging set of circumstances unfolded., and Dr. Zhang's removal from this class being necessary with the two attached emails providing information in this regard. Teaching improvement that avoids circumstances of this nature is, by far, the largest improvement needed going forward.

a) document " Zhang's removal from this class."

b) Show me the document I have missed any class.
Appear to me Dr. Howard did not answer my questions.

8. The result of this entire semester was a less than desirable student experience as evidence by the attached student evaluations. A total of 69 students (207 SCH) completed CE 3113, meaning roughly 60% of the students Dr. Zhang was responsible for teaching during 2021 were in less than ideal circumstances.

a) EIT Transportation passing rate and average scores between students in my classes and those not taking my class.

b) Show average grades and passing rates compared with other courses in the same year or past.
Appear to me Dr. Howard did not DIRECTLY answer my questions and would not use those performance measures.

9. Table 1 shows scholarly output and graduate student advisement, neither of which changed a great deal relative to 2020 or were outstanding outputs.
I am requesting the same data from all faculty. I am sure my performance is excellent!
Appear to me Dr. Howard would not share that information.

10. Dr. Zhang is a talented engineer,
Stripped out of the faculty without any duo-process, and that re-classification of my position as an "engineer" in 2011. Please show me the document when I was de-promoted and why.
Dr. Howard laughed at me for what he had done. It appeared to me he laughed at this because what he had done so far was logical. For example, Dr. Howard has repeatedly rejected my request to be an instructor. Dr. Howard said he would make the changes. Ms. Morrison assured me Dr. Howard could not reclassify me as an "engineer."

MSU219807

C.  2022 Review

1.  Conspired and facilitated two secret meetings with students to get "meat," to cheat grades, and to retaliate against me.
Who/when/how/where/environmental/relationships with you, with donors, parent's involvement
Appear to me Dr. Howard would not share that information.
Dr. Howard also questioned me "secretly." I could not answer that question at those moments. I recall I was surprised to know about two meetings since the MSU civil rights director's rebuttals of my EEOC complaints mentioned those two meetings.

2.  Performing significant research on existing projects is difficult to quantify,
How and why?
Appear to me Dr. Howard would not share that information.

3.   though external funding addition is not evidenced by Table 1. Rather, Table 1 shows a very sharp decline in external funding and no new projects added in 2022. Table 1 suggests the funding used in 2022 was extensions of existing projects.
List all other faculty in the same table.

Appear to me Dr. Howard would not share that information.

4.  External funding was applied for by way of a University Transportation Center (UTC), but as noted in a reprimand letter appended to this review, there were some less than optimal activities associated with this UTC proposal
a)  were some less than optimal activities?
Ms. Morrisons (I am not 100% sure, or Dr. Howard) mentioned that was in Dr. Jordan's letter.
b)  Activities you and other administrators supported and not supported (disrupted)
Dr. Howard said he provided matching. I indicated MSU (or He) disrupted the proposal by not allowing professors to participate in the proposal. Dr. Howard asked me who told me. I replied to Dr. Maruf from ISE originally participated in the proposal writing and was the case.
c)  Activities past administrators (usually missed)  supported.
Appear to me Dr. Howard would not share that information.

5.   As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory, though research as a whole was unsatisfactory.
a)  List of other things unsatisfactory though research as a whole was unsatisfactory.
b)  List all other faculty's evaluations in comparison with mine.

Ms. Morrison indicated that if one was unsatisfactory, then the entire thing was not satisfied.

Appear to me Dr. Howard did not answer the questions.

6.  Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section
•  Please show me the evidence I was not in the classroom. When? Where is the record I was removed from classes two semesters in a row?
Appear to me Dr. Howard did not answer the questions.

MSU219808

7. Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce. Student experiences in CE 4143 were likely worse than CE 3113 (taught in the fall of 2021) as evidenced by very large numbers of student complaints and interactions between Dr. Zhang and university administrators.

Who/how/when/where is harmed?
Appear to me Dr. Howard did not answer the questions.

8. Dr. Zhang's performance in CE 4143 was a major factor in an unsatisfactory rating for this calendar year. Dr. Zhang was instructed verbally and in emails by the Interim School Director, Dr. Isaac Howard, by Provost & Executive Vice President Dr. David Shaw, and by the BCoE Dean Dr. Jason Keith, that he could not require students in CE 4143 to perform experiments for the course project.

What are the performance measures? EIT and final grades?
Again, show me EIT with/without my classes.
Show me the average grades crossing all CEE senior classes.
Appear to me Dr. Howard would not use those performance measures.

9. It took multiple attempts to tell Dr. Zhang that the course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom). Failure to follow such guidance from the supervisory chain of command places the university in jeopardy of violation of accreditation. Your failure to follow these instructions is unacceptable.

a) Where are the guidelines come from? When you give me the guidelines? Even so, why and how do traffic counts fall outside the guidelines?
Ms. Morrison indicated the chain of command is guidance. Failing to follow the chain of command resulted in the not satisfactory.

b) List ABET penalizes departments for accreditations for traffic counts.
Dr. Howard indicated accreditations included all accreditations. I replied would that be ABET. Dr. Howard did not name other accreditations. ABET was the only one mentioned. I asked why other universities could be able to do traffic counts, and Dr. Howard said MSU is unique.
Dr. Howard did not explain why MSU could do traffic counts before 2022.

10. Additionally, Dr. Zhang made unprofessional comments to students in CE 4143. Students reported that Dr. Zhang said, "he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past." It was verified by university administrators with several students that this, or words to that effect, were made in class on Monday, April 4, 2022. Your comments are unprofessional and unacceptable.

Please list any names based on spying on me, their associations with you, their association, and their family's association with the university.
Appear to me Dr. Howard would not share the information requested.

11. Actions documented in the previous paragraph are in violation of HRM Policy 60-401, as follows:
Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance

**MSU219809**

a) Poor performance: Students from my class have better EIT in transportation and better average grades.
Appear to me Dr. Howard would not share the information requested.

b) follow instructions: who's and what?

Ms. Morrison indicated the chain of command.

c) failure to maintain established standards of work or productivity: What is "established standards of work or productivity."

Appear to me Ms. Morrison excluded this.

d) Any other unsatisfactory performance: EIT performance is all performance.
e) Appear to me Ms. Morrison excluded this.

12. Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.
How/where/ who/when/consequences?

It seems Dr. Howard did not know where the word was used. Ms. Morrison indicated that bullying here was the comments I made in class.

13. The university administration allowed Dr. Zhang to be the lead in a proposal to the USDOT for a Tier 1 Grant as noted on page 3 of this annual review. Overall, this was a very unorganized proposal. Dr. Zhang even submitted hour wage style timecards to attempt to be paid during part of this time. Dr. Zhang's performance in this capacity played a major role in his receiving a reprimand from the Office of Research and Economic Development as shown in Attachment 3 of this review. Dr. Zhang's performance relative to this proposal was a major factor in an unsatisfactory rating for this calendar year. This is a primary rationale behind an unsatisfactory rating in research/creative activities.
   a) very unorganized proposal

Appear to me Dr. Howard did not answer this question.

   b) Dr. Zhang's performance

Appear to me Dr. Howard did not answer this question.

   c) Dr. Howard has had to answer my question: have you made any assistance to my proposal? Have you implied directed another professor to help me? Or not help me? How the prior department head would answer the questions?

Dr. Howard said he made the matching fund. He repeatedly asked me which professor said he would not allow/encourage to help. I replied to Dr. Maruf from ISE.

MSU219810

14. It is my sincere hope that sabbatical leave allows re-focusing and refreshing to a level that Dr. Zhang can be a collegial and effective member of the CEE School, that his classroom performance can make jor improvements, and that his research operations can align with university expectations and requirements.

    Please detail the requirements:

    - Collegial and effective member of the CEE School
    - Appear to me Dr. Howard did not answer this question.

    - classroom performance

    Dr. Howard mentioned teaching all classes and submitting the final grade.

    - University expectations and requirements
    - Appear to me Dr. Howard did not answer this question.

MSU219811