# EXHIBIT 61

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, November 6, 2023 9:56 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]
**CC:** Morrison, Julia [jmorrison@hrm.msstate.edu]
**Subject:** Re: Dr. Zhang Annual Reviews
**Attachments:** 2022 L. Zhang Annual Review with AttachmentsRebuttals.pdf

Dr. Howard and Ms. Morrison,
Please see the 2022 annual reviews.

Thanks for both of your's patients.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Professor of Transportation Engineering

250 Hardy Road, 2041 Rula Hall (within 2040 Suite)

Box 9546

Mississippi State, MS 39762

Tel.: 662-325-9838

Fax: 662-325-7189

Email: lzhang@cee.msstate.edu

https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, November 6, 2023 7:22 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>
**Subject:** Re: Dr. Zhang Annual Reviews

Dr. Howard and Ms. Morrison,

**MSU219825**

I have signed and attached rebuttals in the 2021 annual review. I am reading and changing 2022 one and will send you in an hour or so.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Thursday, September 14, 2023 11:33 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Morrison, Julia <jmorrison@hrm.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Dr. Zhang Annual Reviews

Dear Dr. Zhang,

I hope this message finds you well. I wanted to inform you that your annual faculty reviews for 2021 and 2022 have been assembled and they are attached for your review. We are doing two years of annual reviews this year for faculty as reviews were not conducted in 2021 due to a variety of factors including COVID-19, moving buildings, and an Interim Director. As part of the review process, Julia Morrison, our Human Resources representative will be present during the meeting. She will be there to ensure objectivity, compliance with university policies, and a constructive outcome. Your participation in this review is mandatory.

We are willing to have this review in person or virtually. The list below provides times where we are both available. Please consider your schedule and let us know a 30 to 60 minute time slot you would like for your annual review, and whether you would prefer to meet in person or virtually.

September 22nd –8 am to noon

September 25th – 8 to 9 am, 10 am to 330 pm

September 26th – 1230 pm to 5 pm

October 2nd – 8 to 9 am, 10 am to 5 PM

October 3rd – 8 to 930 am, noon to 5 pm

October 4th – 8 am to 5 pm

If you have any questions or require any additional information prior to the review, please feel free to reach out to me or Julia directly.

We look forward to a productive faculty review.

Best regards,

Isaac

**Isaac L. Howard, PhD, PE**

MSU219826

Professor and Director
Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
www.cee.msstate.edu

MSU219827

**MISSISSIPPI STATE UNIVERSITY**


**ANNUAL FACULTY REVIEW**
(Format and Instruction, revised for Engineering 12/2011)

For the Period January 01, 2022 to December 31, 2022

Name:  Zhang, Li                                    Title and Rank:  Professor

Department / Unit:  Civil and Environmental   School / College / Division:  College of Engineering
                            Eng

The annual review will consist of a combination of the assessment of how well the faculty member met the annual goals for the review period and an assessment of the overall accomplishments of the faculty member. The faculty member must first complete Item I, Parts A-D and Item II, Goals and Objectives. The supervisor must then complete Item III, Parts A-D and Item IV, Parts 1-2. Copies of the Review are to be filed in the office of the head/supervisor and the dean or director.   Item IV, Overall Assessments, must be reported to the appropriate Vice President.   The confidentiality of these papers must be maintained by all parties involved.   (See *Faculty Handbook*)


## I.  SUMMARY OF ACTIVITIES

(To be prepared by faculty member)


**A.  Teaching (see Faculty Handbook)**

| Semester/Year | Course Number | Credit Hrs | Enrollment | SCH |
|---|---|---|---|---|
| **On Campus** | | | | |
| **Fall 2022** | CE 9000 – 511 | 2.67 | 3 | 8 |
| **Spring 2022[1]** | CE 9000 – 511 | 1 | 2 | 2 |
| | CE 8133 – 501 | 3 | 2 | 6 |

    1.  Evidence of quality of instruction (check items submitted)

        The faculty member is expected to provide material describing his/her teaching activities and documentation supporting effectiveness.   This material could include any of the following, or any other items deemed appropriate (check those included):
student evaluations _____, measures of student success _____, peer reviews _____, department head review _____, recognition of outstanding teaching _____, developmental activities _____, self-evaluation of each course taught _____, instructional materials used:   course outlines _2____, test materials   4_____, other _____.


    2.  Academic Advisement

        Master's students:   major professor 2; minor professor 1 comm. Chair 2; comm. member 1
Specialist students:    major professor 0; minor professor 0; comm. chair 0; comm. member 0
Doctoral students:   major professor 3; minor professor 0; comm. chair ; comm. member 2
Other:

    3.  Courses initiated / innovations instituted / other teaching contributions
        (include new courses initiated, special lectures in other courses, generation of teaching aids, activities

---

[1]  I taught CE 4143 classes for Spring 2022, the class roster on 2/22/2022 was 39 students. MSU digital measure does not display the class on my account.

2022 Annual Faculty Evaluation                                                                 Page   1


**MSU219828**

supportive of teaching, student achievements, other)

       Spend time in making sure software and hardware working and support students' uses of them in CE 4143 class computer and transportation labs were moved from Walker to Rula.

4. <u>Other</u> (including professional development and international activities)

**MSU219829**

**B.** **Research / creative activities** (See *Faculty Handbook*)

1. Publications, performances or creative activities (note stage of development):
(For books, indicate date of publication and publisher; for articles, indicate refereed journals; for art shows, indicate judged competition; for musical shows, attach copies of programs; for reports, indicate those done for in-house use.)

   (Note: Include information from the Bagley College of Engineering Publication Database for this section.)

   Submitted.

   Amin Aghalarietc, Zhang, Li, Jun Wag, etc. 2022 "Multimodal Delivery Optimization with Unmanned Aerial and Electronic Automated Vehicles". TRBAM-23-02658. (Submitted for journal publication and TRB conference Accepted for a poster session.

   Li Zhang, etc. Performance Measures of Traffic Signal Control Systems. Report number. MS-DOT-RD-17-283. Submitted to Mississippi Department of Transportation.

2. Professional papers read; indicate whether invited, refereed, or volunteered.   Cite organization, date, and title:

   Li Zhang, "Traffic Signal Performance, travel time, and. Reliability." 2022 Winter Meeting, Deep south ITE. February 10, 2022. https://www.deepsouthite.org/2022-winter-meeting/#!event-register/2022/2/17/2022-winter-meeting

3. Grants for research or study; submitted or awarded (cite source, title of project, role [PI, etc.], $ amount, dates):


CONTINUING   3                    INITIATED     1                    COMPLETED     2

**Continuing**

| | | | | |
|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) |
| FAA ASSURE, Center of Excellence | *$300,000* | *2019* | *2022* | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI |
| *Mississippi Department of Transportation* | *$201,964* | *2018* | *2023* | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward |
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) |
| FAA ASSURE, Center of Excellence | *$300,000* | *2019* | *2022* | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI |
| *Mississippi Department of Transportation* | *$201,964* | *2018* | *2023* | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward |

   Submitted
   USDOT, UTC Tier I Grant, "Center of Preserving Equitable Accessible Transportation Systems', PI and Director,100% proposal credit, $10,000,000, submitted on 8/27/2022

4. Intellectual property developed (patents, copyrights, licenses):

5. Other (including professional development and international activities):

**MSU219830**

C.  **Service** (See *Faculty Handbook*)

   1.  Public service, as lectures, short courses, workshops (dates, organizations and places):
       (Off campus/on campus/extension projects)

   2.  Professional association service (offices held, journals edited, etc.):
       (Indicate only associations in which you performed tasks)
       - *Editorial Board,* Journal of Traffic and Transportation Engineering.

   3.  University service (committees, administrative accomplishments, etc.):
   - Unofficial mental for two assistant professors on research
   4.  School/departmental service/committees, etc.:
       - College Promotion Committee
       - Dean's computer specification committee

   5.  Other (including professional development and international activities):
       - Volunteer service to FHWA's Opensource software project:   ETFOMM and SSAM
       - Advised twos students about their writing about Starkville Transportation Issues


D.  **Relevant activities and accomplishments not reported elsewhere (Cite title, organization, and brief description)**

   1.  Awards and distinctions:

   2.  Memberships in learned and professional societies
       - ITE, Fellow
       - ASCE, Fellow
       - IEEE, Member

   3.  Consulting activities:
   Sabbatical leave at New Global Systems (8/16/2022-5/15-2023)

   4.  Other:
   Adjunct Professor at Washington State University



2022 Annual Faculty Evaluation                                                    Page   4


**MSU219831**

## II.  GOALS AND OBJECTIVES

(To be prepared by faculty member)

Please list specific goals and objectives including areas in which improvement will be sought in the next calendar year. These will be evaluated in the next review cycle.

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities and expectations.

Objectives set in 2023 (Sabbatical leave Fall 2022 and Spring 2023)
- Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student
- Submit one quality journal article
- Apply for external funding
- Continue teaching with a focus on improving teaching evaluations (Summer 2023 and Fall 2023).
- Prepare Traffic Safety course materials
- Mentor other faculty members in applying for external funding

**Agreement:**

_____
Faculty Member

_____
Head / Supervisor

MSU219832

### III.  EVALUATION BY HEAD/SUPERVISOR, DEAN OR DIRECTOR

(To be prepared by faculty member)

The annual performance review is based upon the agreement concerning goals and objectives, responsibilities, expectations, and achievements of the faculty.   A faculty member would normally be expected to have an assignment in teaching, research and service.   Indicate assignments below:

A.  **Assignment:**   Teaching: <u>40%</u>; Research: <u>40%</u>; Service: <u>20%</u> = 100%.
(for review period, see p. 1)

Note that this review period is primarily January 1 to August 15 as Sabbatical leave began August 16.

B.  **Goals and Objectives:** Narrative assessment of how the faculty member performed in achieving the previous year's goals and objectives. State whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below. (Attach listing of goals from the previous year's review.)

Note that effectively all of these goals are repeated from the prior year.

- Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student

Table 1 in the following section does not show an increase of a PhD student; Dr. Zhang reported graduating an MS student in Computer Engineering (Ankith Thodupunoori 902289738 – Computational Engineering). As worded, this objective would need improvement, though realistically adding another PhD student may or may not be in Dr. Zhang or the school's best interest at this time.

- Submit two quality journal articles

This goal was not satisfactorily met as Dr. Zhang only submitted one journal article.

- Apply for external funding and perform significant research on existing projects

Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Rather, Table 1 shows a very sharp decline in external funding and no new projects added in 2022. Table 1 suggests the funding used in 2022 was extensions of existing projects. External funding was applied for by way of a University Transportation Center (UTC), but as noted in a reprimand letter appended to this review, there were some less than optimal activities associated with this UTC proposal. As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory for the year.

- Continue teaching with a focus on improving teaching evaluations (Spring 2022).

This goal was not met; unsatisfactory. Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section.

- Prepare Traffic Safety course materials

This annual review does not provide evidence of these course materials, but there is no reason to doubt this activity was performed to a satisfactory level.

- Mentor other faculty members in applying for external funding

This annual review does not provide evidence of these mentoring activities.

MSU219833

**C.** <u>**Accomplishments:**</u> Narrative assessment of how the faculty member performed in achieving the previous year's accomplishments. Rate the performance of the faculty member in each category listed and state whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below.

| | | | |
|---|---|---|---|
| (I) | a. | Teaching (Undergraduate): | Unsatisfactory |
| | b. | Teaching (Graduate): | Satisfactory |
| | c. | Advising: | Satisfactory |
| (II) | | Research/creative activities: | Unsatisfactory |
| (III) | | Service (on campus/off campus): | Satisfactory |

**D.** <u>**Progress:**</u> If the faculty member is an assistant or associate professor, there must be a statement about his or her progress toward tenure and/or promotion.

*Unsatisfactory***:** Quality and quantity of work totally unsatisfactory. Immediate corrective action is imperative.

*Needs Improvement***:** Work is unsatisfactory in quantity and quality. Individual is not performing at an adequate level. Corrective action required.

*Satisfactory***:** Individual performing at "satisfactory" level. Tasks and goals are being accomplished in a timely and competent manner.

*Excellent***:** Quality and quantity of work consistently meritorious; goals regularly exceeded, highly productive; individual recognized beyond the unit.

*Superior***:** Preeminent distinction resulting from consistent outstanding meritorious accomplishments.

*N/A***:** Not Applicable

Dr. Zhang was promoted to Professor in 2021.

2022 Annual Faculty Evaluation                                                                 Page   7

**MSU219834**

## IV.   OVERALL ASSESSMENT OF PAST PERFORMANCE/<br>GOALS/OBJECTIVES/RESPONSIBILITIES/EXPECTATIONS

(See *Faculty Handbook*)

1. **Overall Rating by Head/Supervisor, Dean or Director:** Rate the overall performance and achievement of the faculty member as Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard listed in Item III.

   Unsatisfactory

2. **Written Comments by Head/Supervisor, Dean or Director**
   To be completed following the annual review meeting with the faculty member, <u>but made available to the faculty member for review before signing by both parties.</u>   (Include specific strengths, needs for improvement, responsibilities, and expectations for next year.   Summary of progress toward tenure and/or promotion, if applicable, will also be indicated here.)

   Note these comments consider that Dr. Zhang was on sabbatical from August 16 to December 31 and that he did not charge any time to research in the fall of 2022.

   Table 1 summarizes Dr. Zhang's metrics as documented in his 2020 to 2022 annual reviews. Also provided by the CEE Director are Attachments 1 to 3. In addition, Dr. Zhang provided one page of student evaluation content. Attachment 1 contains Dr. Zhang's CE 4143 teaching evaluations and Attachment 2 is an email dialogue describing Dr. Zhang being removed from CE 4143 in the spring of 2022. This was the second consecutive semester that Dr. Zhang had to be administratively removed from an undergraduate class, largely for the education and best interests of our students.

   Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce. Student experiences in CE 4143 were likely worse than CE 3113 (taught in the fall of 2021) as evidenced by very large numbers of student complaints and interactions between Dr. Zhang and university administrators. Dr. Zhang's performance in CE 4143 was a major factor in an unsatisfactory rating for this calendar year. Dr. Zhang was instructed verbally and in emails by the Interim School Director, Dr. Isaac Howard, by Provost & Executive Vice President Dr. David Shaw, and by the BCoE Dean Dr. Jason Keith, that he could not require students in CE 4143 to perform experiments for the course project. It took multiple attempts to tell Dr. Zhang that the course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom). Failure to follow such guidance from the supervisory chain of command places the university in jeopardy of violation of accreditation. Your failure to follow these instructions is unacceptable. Additionally, Dr. Zhang made unprofessional comments to students in CE 4143. Students reported that Dr. Zhang said, "he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past." It was verified by university administrators with several students that this, or words to that effect, were made in class on Monday, April 4, 2022. Your comments are unprofessional and unacceptable.

   Actions documented in the previous paragraph are in violation of HRM Policy 60-401, as follows:
   1. Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance
   7. Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.
   9. Insubordination, including refusal to accept instructions from supervisors, police officers, civil defense personnel, or other proper authorities.

MSU219835

Table 1 shows, in general, declining research productivity and scholarly output over time. Table 1 also shows very few student credit hours (SCHs) delivered effectively during the year since of the 133 SCHs Dr. Zhang was originally responsible for, 117 of them were CE 4143. For reference, in the spring of 2022, CE 8133 only had two students enrolled, but this was allowed to be taught in an under enrolled state to support two of Dr. Zhang's graduate students.

The university administration allowed Dr. Zhang to be the lead in a proposal to the USDOT for a Tier 1 Grant as noted on page 3 of this annual review. Overall, this was a very unorganized proposal. Dr. Zhang even submitted hour wage style time cards to attempt to be paid during part of this time. Dr. Zhang's performance in this capacity played a major role in his receiving a reprimand from the Office of Research and Economic Development as shown in Attachment 3 of this review. Dr. Zhang's performance relative to this proposal was a major factor in an unsatisfactory rating for this calendar year. This is a primary rationale behind an unsatisfactory rating in research/creative activities.

It is my sincere hope that sabbatical leave allows re-focusing and refreshing to a level that Dr. Zhang can be a collegial and effective member of the CEE School, that his classroom performance can make major improvements, and that his research operations can align with university expectations and requirements.

MSU219836

**Table 1. Summary Information From Annual Reviews**

| Annual Review Year | 2020 | 2021 | 2022 |
|---|---|---|---|
| Total SCH | 96 | 328 | 133 |
| Undergraduate SCH | 75 | 297[c] | 117[d] |
| Graduate SCH | 12 | 6 | 10 |
| Thesis/Dissertation SCH | 9 | 25 | 6 |
| MP – Master's Students Advised | 2 | 2 | 2 |
| MP – Doctoral Students Advised | 2 | 3 | 3 |
| Journal Publications | 2 | 1 | 0 |
| Other Referenceable Documents | 0 | 1[a] | 0 |
| Total Yearly Adjusted Funding Responsible | $360,985 | $317,156 | $69,560 |
| Grant 1 Total Funding (Non-Matching) | $1,200,000 | $1,200,000 | --- |
| Grant 1 Years | 3 | 3 | --- |
| Grant 1 Role | CO-PI (50%) | CO-PI (50%) | --- |
| Grant 1 Yearly Adjusted Funding Responsible | $200,000 | $200,000 | --- |
| Grant 2 Total Funding (Non-Matching) | $150,000 | $150,000 | $150,000 |
| Grant 2 Years | 3 | 4 | 4 |
| Grant 2 Role | CO-PI (50% Est) | CO-PI (50% Est) | CO-PI (50% Est) |
| Grant 2 Yearly Adjusted Funding Responsible | $25,000 | $18,750 | $18,750 |
| Grant 3 Total Funding (Non-Matching) | $100,000 | --- | --- |
| Grant 3 Years | 3 | --- | --- |
| Grant 3 Role | CO-PI (56%) | --- | --- |
| Grant 3 Yearly Adjusted Funding Responsible | $18,667 | --- | --- |
| Grant 4 Total Funding (Non-Matching) | $149,992 | $149,992 | --- |
| Grant 4 Years | 3 | 4 | --- |
| Grant 4 Role | PI | PI | --- |
| Grant 4 Yearly Adjusted Funding Responsible | $49,997 | $37,498 | --- |
| Grant 5 Total Funding (Non-Matching) | $201,964 | $201,964 | $201,964 |
| Grant 5 Years | 3 | 4 | 5 |
| Grant 5 Role | PI | PI | PI |
| Grant 5 Yearly Adjusted Funding Responsible | $67,321 | $50,491 | $40,393 |
| Grant 6 Total Funding (Non-Matching)[b] | --- | $312,500 | $312,500 |
| Grant 6 Years | --- | 12 | 12 |
| Grant 6 Role | --- | CO-PI (40%) | CO-PI (40%) |
| Grant 6 Yearly Adjusted Funding Responsible | --- | $10,417 | $10,417 |

SCH = student credit hours     MP = major professor     Est = estimated

Only publications/referenceable documents completed in a given year are shown

a: Paper TRBAM-21-02016 was not located in TRB's TRID database

b: This grant shows a duration from 2011 to 2022, but was not on 2020 annual review

c: Of these 297 SCH, 207 were from CE 3113 (fall 2021)

d: These 117 SCH are for CE 4143 (spring 2022)

MSU219837

**THE SIGNATURES LISTED BELOW\* MUST BE OBTAINED**

**\* Faculty Member:**                                  The meeting discussed Dr. Zhang's questions
                                                        and had not discussed the annual review
I have met with the head/supervisor and acknowledge discussion of this appraisal. contents. See attached notes.

_____          11/6/2023
Faculty Member Signature                            Date


I agree with the annual review.
    Faculty Signature: _____          See addenda [ ]


I disagree with the annual review.
    Faculty Signature: _____          See addenda [x]

    **Comments attached:**

        Additional Information:

                                               11/6/2023
        _____          _____
        Faculty Member Signature          Date


        Appeal Requested:

                                               11/6/2023
        _____          _____
        Faculty Member Signature          Date


**\* Head/Supervisor:**

_____          _____
Signature                                  Date


**\* Director or Dean:**

_____          _____
Signature                                  Date


The faculty member will be provided with a copy of the final review, including all signatures and comments/recommendations/assessments. The faculty member reserves the right to respond to any comments and to have all of those responses included in the final version of the Faculty Annual Review/Evaluation.

If disagreement is indicated, the faculty member must state the objection on the following page, otherwise the page should be left blank. The disagreement statement should be completed before the Dean signs above.


2022 Annual Faculty Evaluation                                              Page   11

MSU219838

**<u>Disagreement Statement</u>: To be completed by the faculty member if applicable.**

If the faculty member disagrees with the evaluation of the head/supervisor, an explanation of the disagreement should be detailed below by the faculty member. This page should be left blank if there is agreement with the head/supervisors assessment.

A. In this rebuttal, grade cheating refers to academic misconduct, conspiracy, facilitation, and misrepresentation actions to boost many students' grades. Specifically, in the Spring of 2022, Dr. Howard and Dr. Keith secretly conspired the multiple solicitations of "concerns" from students (10 and 12). They facilitated precursor events of the so-called "(no) experiment" (13). They created a trap to ask me to give all students 20/20 points indiscriminately on traffic counts (13). They retroactively removed me from class assignments after the class was over and whitewashed the course with Dr. Kari Reese as instructor. Administrators erased my teaching record of CE 4143 from the electronic record of the university course schedule (7 and 10), which ultimately enabled them to evade inconsistency in the grade database when different persons performed course instruction and grade submissions. Two critical questions remained: under what policy was I retroactively removed from class, AND under what policy the course instructor was changed after the class ended? Not to mention, Dr. Reese is not qualified to teach the class, grade any coursework, and assign grades.

B. Dr. Howard's actions are harmful to Mississippi State University's mission and values. He repeatedly violated MSU handbooks, IHL policies, freedom of speech, and academic freedoms. Those actions include secretly soliciting "concerns" without sharing details with accusers, no due processes, administrative cheating grades, retaliations, and discrimination.

C. Like timelines of many allegations in the review, the timeline of this annual review has expired, and the annual review should be tossed out according to MSU Consultation "timely" policy in the faculty handbook. The 2022 annual review should be conducted in Spring 2022. Since I filed EEOC/court complaints, Dr. Howard deliberately delayed the review until before the court hearing. Dr. Howard has created the narratives for court judges in the annual review and juries and tried to affect the outcome of the court complaints.

D. Many of Dr. Howard's unsubstantiated allegations in the annual review were coverups of administrative actions not justifiable. The timeline of the administrative action happened first, and then the allegation followed. Also, due process was not observed in those processes. Most, if not all, allegations are baseless and demonstratable false. This type of allegation will be indicated in the rebuttal.

E. My lawsuits, complaints, and requests for my rights have nothing to do with my annual review. Dr. Howard repeatedly uses them to retaliate against me in this annual review. In addition, by discrediting my complaints in the annual review, Dr. Howard has created the narratives for court judges and juries and tried to affect the outcome of the court complaints.

F. All unsubstantiated allegations without details, such as name, time, interview, original document, record, how the meeting is called, who has been talked before leading the meeting, and due process to have a face-to-face discussion, etc., should be considered irrelevant. Primarily based on unsubstantiated allegations, this annual review should be thrown out. Even a criminal has the right to know the details of charges (complaints) timely and have due process to respond to the complaints/complainers. I have not been offered any chances that are even provided to a criminal.

,

G. From what happened to this review and the meeting on October 18 without a fair external review, I was unlikely to get a fair review.

See details on rebuttals

2022 Annual Faculty Evaluation                                                                                    Page   12

**MSU219839**

## Li Zhang
SP22
CE-8133-501 Traffic Flow Theory
No. of responses = 1
Response Rate = 1 out of 2

### Survey Results

### 1. Student Course Survey

Mississippi State University welcomes student feedback that can be used to help improve teaching and learning in this course. Meaningful self-reflection on your experience in the course and a focus on your own learning (rather than general critiques or things you have heard) will provide the most useful and constructive feedback. Thank you for your participation.

Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.

1.1) I knew what was expected of me in this class.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.2) I understood how the assignments and/or exams connected with the learning objectives of the class.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.3) Instructional activities and assignments (such as lectures, discussions, demonstrations, tests and exams, papers, field studies, homework, projects, etc.) accomplished inside and outside of class helped me to learn.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.4) My participation in class was welcomed and respected by the instructor.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.5) If I had questions or needed help, the instructor or teaching assistant was available and responsive inside of class or during posted office hours and/or normal University operating hours.
Strongly Disagree 0% 0% 100% 0% Strongly Agree | n=1 md=3 cf=100.00%

1.6) Feedback and grades on tests and assignments helped me to improve.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.7) In this class, I have gained knowledge and skills that I can use in future classes, a prospective career, or other contexts in my life.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.8) Outside of class time, approximately how much time each week did you spend engaging with the course content (reading, studying, completing assignments, etc.)? (hours)
6 | 100% | n=1

1.9) I felt that the instructor presented and explained the course material clearly.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

1.10) I felt that the instructor wanted all of us to succeed.
Strongly Disagree 0% 0% 0% 100% Strongly Agree | n=1 md=4 cf=100.00%

MSU219840



## Li Zhang
### SP22
### CE-4143-01 Traffic Engineering
### No. of responses = 28
### Response Rate = 28 out of 38

---

## Survey Results

---

## 1. Student Course Survey

Mississippi State University welcomes student feedback that can be used to help improve teaching and learning in this course. Meaningful self-reflection on your experience in the course and a focus on your own learning (rather than general critiques or things you have heard) will provide the most useful and constructive feedback. Thank you for your participation.

Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.

**1.1)** I knew what was expected of me in this class.

Strongly Disagree | 75% | 21.4% | 3.6% | 0% | Strongly Agree
n=28 md=1 cf=3.57%

**1.2)** I understood how the assignments and/or exams connected with the learning objectives of the class.

Strongly Disagree | 60.7% | 10.7% | 28.6% | 0% | Strongly Agree
n=28 md=1 cf=28.57%

**1.3)** Instructional activities and assignments (such as lectures, discussions, demonstrations, tests and exams, papers, field studies, homework, projects, etc.) accomplished inside and outside of class helped me to learn.

Strongly Disagree | 67.9% | 28.6% | 3.6% | 0% | Strongly Agree
n=28 md=1 cf=3.57%

**1.4)** My participation in class was welcomed and respected by the instructor.

Strongly Disagree | 25.9% | 14.8% | 44.4% | 14.8% | Strongly Agree
n=27 md=3 ab.=1 cf=59.26%

**1.5)** If I had questions or needed help, the instructor or teaching assistant was available and responsive inside of class or during posted office hours and/or normal University operating hours.

Strongly Disagree | 35.7% | 25% | 35.7% | 3.6% | Strongly Agree
n=28 md=2 cf=39.29%

**1.6)** Feedback and grades on tests and assignments helped me to improve.

Strongly Disagree | 71.4% | 28.6% | 0% | 0% | Strongly Agree
n=28 md=1 cf=0.00%

**1.7)** In this class, I have gained knowledge and skills that I can use in future classes, a prospective career, or other contexts in my life.

Strongly Disagree | 64.3% | 21.4% | 14.3% | 0% | Strongly Agree
n=28 md=1 cf=14.29%

**1.8)** Outside of class time, approximately how much time each week did you spend engaging with the course content (reading, studying, completing assignments, etc.)? **(hours)**

n=25

| Hours | Percentage |
|-------|-----------|
| 5 | 12% |
| 6 | 8% |
| 7 | 4% |
| 8 | 4% |
| 10 | 24% |
| 12 | 24% |
| 13 | 4% |
| 14 | 4% |
| 15 | 4% |
| 20 | 12% |

MSU219841



| 1.9) I felt that the instructor presented and explained the course material clearly. | Strongly Disagree | 85.7% | 14.3% | 0% | 0% | Strongly Agree | n=28 md=1 cf=0.00% |

| 1.10) I felt that the instructor wanted all of us to succeed. | Strongly Disagree | 39.3% | 17.9% | 35.7% | 7.1% | Strongly Agree | n=28 md=2 cf=42.86% |

| 1.11) Overall, I would recommend this instructor to other students if they wanted to learn this subject. | Strongly Disagree | 89.3% | 10.7% | 0% | 0% | Strongly Agree | n=28 md=1 cf=0.00% |

## 2. Instructor Optional Questions

**Choose 'Abstain/N.A.' if you do not wish to express an opinion or if the question does not apply to this course.**

**MSU219842**

# Comments Report

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## 1. Student Course Survey

1.12) What worked well in this class?

■ Absolutely nothing

■ Absolutely nothing. Nothing done in this class was beneficial to the learning process, my education, or my career.

■ Almost nothing.

■ Changing many homework and project due dates.

■ Dr. Zhang truly wants his students to succeed in this class. He is readily available to help his students, and will regularly stay late hours in order to hold office hours or Teams Meetings.

■ Dr. Zhang was very accommodating when it came to due dates and was willing to work with us.

■ He does his best to try and help us when we have questions.

■ Honestly nothing at all. Dr. Zhang would help if you went to his office, but a lot of times it was questions that should've been explained better in class. I know that Dr. Zhang means well, but his teaching methods are the worst overall methods I have ever had to deal with. You can not understand him, his hand writing is really bad, and he requires more than any other professor I have had at my time at State. He covered way too much material in class, without working out multiple problems. He would just show us an example once from the book and move on to a different type of question. This made the time spent on homework alone insanely long. Per homework, it probably took 6-8 hours per homework, and we had about 1 a week. This also really effected the time it took to study for tests. A lot time time it felt as if Dr. Zhang thought his class was the only one we were in. I put most of my study time per week in to his class and yet it is still my worst grade - by far. This is not okay. Like I said earlier, Dr. Zhang means well, but that does not mean he can just teach completely different than all of his colleagues. I am a 3.0 student, am supposed to graduate this Spring, and already have a job lined up. I should not be frightful for my future because of one professor. I have done what I am supposed to do, and I have put the work in to get to thus point. In the Fall I was on internship. If I had known even remotely how hard this class would be, I would have not accepted that internship, just so I Could have taken a different CEE elective rather than this one. That is not something the department should be proud of.

■ How much effort he put in to try and help us.

■ Not much. Dr. Zhang would go on tangents about investigations from the previous class and would constantly accuse students of cheating if even two numbers were similar but off by a tenth. The only thing that really worked well was the availability of samples need to work the homework.

■ Nothing (2 Counts)

■ Nothing really. Only good thing I can say was if you needed extra help, he was normally helpful in that case. Not always. But sometimes.

■ Nothing went well in the class.

■ Nothing worked well in this class I felt like we were practically expected to teach this material to ourselves.

■ Nothing worked well in this class.

■ Nothing, and I am being serious. I try to give professors the benefit of the doubt, but I quickly lost that with Dr. Zhang. He had little respect for us, as he gave us homework that he did not explain, gave us tests that were unfair, and gave very vague, if any, answers to our questions.

■ Nothing. Absolutely Nothing.

■ Nothing. I couldn't understand the instructor, grading and assignments were unfair and took up all of my time.

■ Only thing that worked well in this class was the instructor was available outside of class times to help with knowledge and understanding of the course

■ Really nothing in this classes worked. It was a complete disaster from start to finish. The lectures are impossible to understand and this is by far the most unorganized professor I've ever seen. Professor does not know how to use canvas. All of the solutions provided had errors but yet, this professor demands perfection on test.

■ There is not one thing about this course that I could honestly say worked well for this class.

■ There is nothing that worked well in this class. The professor did not handle this class very well. Test averages were in the 50s for every test. No proper instruction or resources were provided to complete project assigned.

■ every thing was bad

1.13) What changes could improve this class? (Specific suggestions will be the most useful.)

■ -Instructor should work actual examples during class.
-Instructor should have legible and readable notes.
-Instructor should not cover multiple chapters in one class period.
-Instructor should actually spend class time explaining what he wants from students on project.
-Instructor should provide instruction on how to use the software.
-Instructor should not change what is expected on the project 2 weeks before the end of classes.

■ A better instructor.

■ A different instructor, seriously.

■ A lot of things. In order from how the class started. The syllabus was not nearly as informative as it should have been. I'm not sure how our homework are weighted within its respective 20% of the grade. For instance, one homework took me 12 hours to complete and another one only took me 2 hours to complete. These should not be weighed the same. Dr. Zhang needs to slow down and not worry about covering so much material in class. He asks us if we have questions. Normally when a teacher asks that there may be one or two questions. When Dr. Zhang asks that, I feel like no one asks any because there are just too many that it is overwhelming. He offers to record lectures to explain stuff outside of class, but fails to realize that this requires more time from us. This is not fair, especially considering I already put 10-15 hours a week in to this class. Which is exponentially more than any of my other classes, which I still have better grades in. His tests were not fair at all. For test 2, some one asked him before the day of the test what we needed to study, and he said "Homeworks, Homeworks, Homeworks"

MSU219843

and there was stuff on the test that was not covered in the homeworks. This was misleading and not fair. There is a lot of things I would change about this course. Dr. Zhang's handwriting is very sloppy. The way he titles files is very inconsistent, making it hard to find stuff. His typos in his notes and homework solutions makes sit impossible to learn and solve problems. His grading is unfair. I feel as if he arbitrarily decides grades. I know for a fact that on a few instances, I would have a very similar submission as any other student and I would get a 30 and they would get a 70, without any justification.

- A more inept instructor for this course would greatly improve this class. It is clear that the instructor is very competent in the subject matter; however, it is also clear that the instructor is not able to teach the course effectively for the majority of the students to understand.

- A new instructor would be nice. I tried to ask questions and they were not welcomed. If I had questions about my test then he would not give me a clear answer. Most frustrating thing is he is never available during university hours. Only after hours. Most of the time he doesn't hold his one office hour. Not responsive to emails. And the overall structure of the class was sloppy. He has terrible handwriting and drawing skills.

- Better teaching method

- Clear guidelines of what is expected.
  Legibile notes.
  Better organization.

- Don't even know where to begin. Probably need a different professor.

- Everything needs to be changed in this class

- Get rid of the semester-long project. Honestly let someone else teach the class. It is an elective and should be treated as such within reason. Everything needed for the FE is covered in CE 3113 (Traffic Engineering).

- I cannot begin to explain the amount of complications and problems with this class and Dr. Zhang.

  I'll start by explaining Dr. Zhang's personal problems. For starters, he is very short tempered and can become overly aggresive when he is asked certain questions which he feels are simple. Along with this he is extremely hard to understand as his English can become very broken. His way of commuicating through email is even worse. Most of his emails make no sense and have tons of gramatical errors which cause even more confusion. It also seems as if Dr. Zhang finds pleasure in sending students to the honor board or threatening them with some sort of honor code punishment. He has actually been known to blackmail students by making them sign papers admitting to cheating or working with other students when some of the students never cheated in the first place. He has also made several threats to students about the most outlandish claims such as bribery to the department. A huge There are much more problems that I could list, but these are the main ones.

  Now to talk about the actual class. First and foremost, there is a project included in the rubric which could be its' own class if needed. This project requires more than 5 hours a week. Dr. Zhang made students take manual traffic counts at intersecctions across campus for hours at a time. There was absolutely no safety breifing either, just a half page picture of a person standing in the road with the words saying, "Leave the equipment if a car is coming at you." After the super time consuming data collection process, we were given little guidance on how to take this data and compute traffic characteristics. The project guidline was useless and provided no information on how to correctly use the required software. There are much more problems with this project, but these are the main points.

  Dr Zhang's notes were another issue. I have downloaded a plethora of notes that look like complete chicken scratch. These notes are poorly written and provide little to no help on assignments and quizzes. We actually ended up having a quiz over one of these notes sections that looked completely jumbled. I do not understand how a teacher can expect us to learn whenever his notes are so misleading and look pathetic.

  Again there are plenty of other reasons as to why I believe this class is such a mess. I have met with the Civil Engineering department several times about all of these issues. I also want to make it known that I tried my absolute hardest not to take this class because I know the reputation that Dr. Zhang holds. However, I was forced to take it in order to complete the requirements of my flowchart. Never in a million years would I recommend Dr. Zhang or this class to anyone. I hate to see Mississippi State's reputation be so contaminated by this one man.

- It was an absolute mess from the very beginning. First off we don't even have lab, yet we have tons of work for a project that should of been taught in a lab. We are expected to know who to do everything. The outlines for the project are very bland, and the project has changed numerous times throughout the year. We had to go outside of class to do work for the project. We aren't allocated that time for a project, so it is our own personal time. Which I'm pretty sure goes against state's codes.
  Gives absolutely no partial credit or curve. ( no it is not a required aspect of a class, but when you grade something so hard, the class average is around 50, and you struggle as a teacher to improve that, then there should be one or both of those happening.) this class was a living hell, homework was back to back to back. They would take anywhere from 5-15 hours to complete and that's too much. When someone has 3-5 other class that's too much time being consumed just for hw. Not including studying for tests and doing the project (lab).

- New teacher

- Posting the lecture notes without writing on them. The writing was hard to read on its own but being on top of the silde made it difficult to understand any of it.
  Pace was too fast. I had difficulty taking notes in class because i would look down to write something and when i would look back up he would be two slides past where he just was. Homework took too much time to complete because we did not have knowledge needed to complete it in a timely manner. We were hardly given examples of how of how to solve problems. I feel that all of my knowledge ive gained in this course is because of the time i put in after class to teach myself.

- TA that speaks English and can relay the information better so students can understand what is expected of them.

- Test reviews and updated notes for better understanding of the subject,

- Tests were too hard, if the average is in the 50s it might not be fair. Establish final project requirements on day one and do not change them. Also, final project groups should not be half the class.

- The amount of work required outside of the class far exceeded what I expected. Each homework could easily take 8 hours, and the projects were severely misguided. Moving forward, I would consider reducing the length of each homework assignment. I would much rather complete 10 shorter homework assignments in a semester than 6 long assignments that take an entire day to complete.

  In addition, there was only 2 class periods between Test 2 and Test 3 (really 1 if you don't consider the the MDOT guest speaker). I think that this should be avoided moving forward.

- The main overall change that could improve this course is hiring a new professor.

- The professor should make his notes more clear and his explanations more understandable. He teaches in a way that is impossible to follow because he lectures as if he has no idea what he is talking about. When asked a question, he will answer your question with a question. Once you answer his question, he will repeat to you what you just said whether it be the correct answer to your question or not. His lecture slides are literally chaos. The homework assignments are atrocious and take on average 6 hours per week to complete, and along with that comes a project that requires time outside of the scheduled class time. This project has also been the biggest fiasco because we have not been equipped with the proper equipment or knowledge to complete the project effectively. With the project, the class was told that if we did not participate that we would not pass his class.

- There are many changes that could be made in this class. The slides were horrible there were always mistakes in them and they were extremely hard to follow. The professors handwriting was nearly illegible. Also, the project that we are required to do for this class was poorly put together and it felt as though guidelines were being made up for it as we went. The requirements were ridiculous for this project as well. It required many hours of us counting traffic during the day that could have been spent doing something else related to our other classes. Also, the Homeworks take a solid 8 hours to work regardless of if you know what is going on in the class or not. With that being said all of these mentioned issues need addressing.

- replace the professor

MSU219844

1.14) Please feel free to say more about your response to any items above or provide any additional feedback.

- -Instructor lost student's quizzes and homework and made them redo them even though he was at fault.
-Instructor made students stand outside in the rain and cold weather to count traffic on major roads on campus. He did not provide students with proper protective gear violating safety protocols.
-Instructor reported students to honor court for using formulas from the book he assigned because he didn't remember that the formulas were in the book.
-Instructor kept changing what he expected on the project from the students with no clear direction on what he wanted students to do.
-Instructor provided students with incorrect solutions to the homework and expected students to perform it correctly on the test.
-Instructor told students to watch a youtube video and figure out how to do a problem instead of explaining it himself and he put this problem on the test.
-Instructor did not provide legible, readable notes leading to confusion and poor testing averages.
-Instructor had typos on all of his exams and led to providing students with extra information for each of the problems for students to be able to complete the problems.
-Testing averages for each of the tests was in the 50s showing instructors shortcomings.
-Instructor did not provide students with solutions when the software needed for the project did not work on there computers. He was able to get the software working on a singular computer in the computer lab the day before the project was due.
-Instructor made empty promises to stay in Rula all day with students the few days before the project was due. He was not in his office at all during this time nor did he answer students emails.
-Instructor assigned a homework on the second to last day of class which requires at least 12+ hours to complete.
-Instructor had unrealistic workload expectations for students with little to no instruction on how to complete the work.
-Instructor had a test with only one full class day in between the last test. Students were expected to learn all material for this test in one day.

  No other student should ever have to endure what this semesters students endured. This instructor should no longer be able to teach a course of this caliber due to the many reasons stated up above. Thank you

- -instructor did not provide accurate or legible solutions
-instructor was not available when he said he would be
-instuctor provided a time to meet in the form of "after lunch"
-instructor asked students to complete a project using a software that was faulty and then blamed students
-instructor did not provide the proper equipment needed to complete an assignment before the due date
-instructor would stop the webex recording and then answer the student's questions in an outrage
-instructor was not clear on what he wanted you to complete for a certain assignment
-instructor asked students to count traffic in the rain
-instructor asked students to count traffic over spring break
-class average for all three test never exceeded 57%
-when interviewing for a future position my possible future employer even made a comment about how horrible the instructor was when he/she attended the university
-instructor was determined to catch people cheating and threating to send them to honor board when there was no evidence of it
-instructor lost assignments then blamed the students
-instructor assigned a hw on the second to last day of class and it requires at least 10-20 hrs to complete
-instructor told students to watch a youtube video for a solution to a homework problem that was given on a test and would not provide any additional help
-instructor had typos on literally every set of classroom notes, homework solutions, and test solutions
Overall, this course is nearly impossible to pass with this instructor.

- Dr. Zhang is a nice person, but a horrible professor. He needs to be a researcher because he is clearly knowledgeable on the subject of traffic engineering, but please get him far away from any classroom. We pay a lot of money to learn skills we will need in our career, and this course was only a HUGE waste of money.

- Dr. Zhang made this class miserable. We had more work and assignments due than all of my other senior level classes combined. The test averages were never above a 55 for the class.

- Dr. Zhang's English skills are not up to par for him being able to teach any class. There were constant grammatical errors in every assignment he gave us. The workload for the class was far too much for the topics that needed to be covered. In the last 2 weeks of class, the material was rushed through. Dr. Zhang treated the class like it was the only one we were taking. He also was constantly changing what was on assignments and when assignments were due. There was very little consistency in the class.

- Everything in the class was confusing. Notes were arranged in canvas in a way that made it impossible to find what you were looking for. The class was difficult, not because the material was hard, but because we had no idea what we were being asked to do.

- I could go on for hours about how I felt we were not treated fairly in this class. I tried the hardest in this class and it will still be my worst grade. This is not fair. I know that every single student feels the same way as I do. They may have seen things a different way as me, but that just means that there is a lot more than what I have outlined here.

- I like him as a person, but he is not a good teacher. He does not care whether we succeed or not, and he has told us that before to our faces.

- I never felt like Dr. Zhang cared about my education or my success. I truly feel as though Dr. Zhang wants all of us to fail in his class and in our careers. His class alone has made my final semester of college a living hell, and I regret taking this class every single day. Best wishes Dr. Zhang, and I hope to never see you again.

- I would include more, but I have voiced most of my opinions to the department. Also, I do not feel like writing a 10 page paper on the impurities of this class and teacher.

- I would tell every student to avoid this professor at all cost.

- In all my years of school, this is by far one of the worst classes I have taken. I can tell he cares about teaching the subject but he leaves a lot to be desired. The notes are usually sloppy and unclear. Explanations are unclear usually. Does the absolute most when it comes to homework and jumps to the conclusion that people are "cheating".

- Overall this class was terrible. There's just no way to sugarcoat it.

- This class has been the most stressful and time consuming class I have ever had. The fact he makes us do a project that requires us to spend at least 3 hours a week outside of class time collecting manual count traffic data as well as homework's that take 10 hours to do, it's unrealistic expectations of students. It would be different if it was a summer class then I would understand the time commitment. I would never recommend this professor to anyone. Ever.

- This is my second time taking this course and the from the last time that I took it. The only improvement I saw was a better test formatting, which was good; however the class notes were still at various times difficult to read and understand, the class structure and organization still seemed very lacking as well. I think  the only thing that has helped for me is that since the classes are now in person I can somewhat get a better understanding but it the improvement is very little.

- This was the one class that has taken the most time out of my other 5 classes and that is including the senior comp class. This is the worst class I have ever taken at MSU and I really hope that something can be done to fix this because I do not think that for this class, I should have to completely teach myself how to do something I have no knowledge about. This class single handedly made this the worst semester of my college experience.

- This was the worst class I have ever taken in my life. Would not recommend him to anyone. The instructors teaching method and expectations were absolutely horrific

- hard to understand

MSU219845

| From: | Howard, Isaac |
|---|---|
| To: | Zhang, Li; Keith, Jason |
| Cc: | Shaw, David; Reeves, Kari; Green, Robert; Lucas, Joan; Corey, Leslie |
| Subject: | RE: CE 4143 COURSE UPDATE & ACTION |
| Date: | Wednesday, May 4, 2022 6:38:00 PM |
| Attachments: | image002.png |

Dr. Zhang, I am fully supportive of the decision to remove you as instructor of record from CE 4143 for the remainder of the Spring 2022 semester.

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, May 4, 2022 9:48 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Dr. Keith and Dr. Howard,

I spent a sleepless night last night, and thinking about your decision. I have many questions. First of all, I would like to know if this was Dr. Howard's decision. If it is not, Dr. Howard would have to address me, do HGoward support your decision or not. Basically, Dr. Keith is not my direct chain of command. I would expect Dr. Howard to protect me first.

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU219846

<div style="border:1px solid #000; width:40%; height:80px;"></div>

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 3, 2022 3:05 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Li – the answer is no – this course is very unorganized and we need this information by the deadline given.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 3, 2022 8:55 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: CE 4143 COURSE UPDATE & ACTION

Dr. Keith,
Can I request to extend the time and send everything to you that you have requested by COB this Friday?

Thanks

**MSU219847**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, May 3, 2022 5:17 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** CE 4143 COURSE UPDATE & ACTION

Dr. Zhang,

As you know, the university had to take action regarding your CE 3113 course in fall 2021. It was our sincere hope that you would use that feedback to improve the teaching in CE4143. Unfortunately, it appears to have had the opposite effect. Over the past week, my office has received more complaints than before from students in your class who are almost all sharing the same concerns. Accordingly, and effective immediately, you are removed as instructor of record from CE 4143 for the remainder of the Spring 2022 semester.

The complaints received recently, which have intensified over the course of the semester include, but are not limited to, poor communication with students and the class as a whole about assignments, unfair/unreasonable classroom practices and expectations, threats of honor code reporting and telling students they can be punished for bribery, and scheduling additional required assignments at the last minute. Furthermore, you were instructed by the Bagley College of Engineering Deans' office and the Provost Office to modify your course project, but it appears that this order was ignored.

The following items are needed from you no later than 48 hours after receiving this email. Please

**MSU219848**

provide these to Dr. Jason Keith.

1. A copy of any paper or electronic grade books you have that are not in canvas
2. A review of the CANVAS course for any missing course documentation
3. Update any missing grades in CANVAS
4. For any assignments not due or graded, provide a status update.  For example, provide the title and a copy of the assignment, assignment date, due date, and grade keys.

At the conclusion of the semester, I would like to arrange a meeting including you, Dr. Shaw, and myself to discuss this course and your actions towards students and administration.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU219849**



**OFFICE OF RESEARCH AND ECONOMIC DEVELOPMENT**

P.O. Box 6343
262 Lee Boulevard
Mississippi State, MS 39762

P. 662.325.3570
www.research.msstate.edu

Date:     October 21, 2022

From:    Julie Jordan, PhD
            Vice President, Research & Economic Development

To:       Dr. Li Zhang, Department Civil and Environmental Engineering

Cc:      Dr. David Shaw, Provost and Executive Vice President
            Dr. Jason Keith, Dean, Bagley College of Engineering
            Dr. Isaac Howard, Head, Department of Civil and Environmental Engineering
            Leslie Corey, Chief Human Resources Officer
            HRM personnel file

Dr. Zhang,

This letter serves as an official written reprimand for refusing to follow a direct order to not engage with anyone outside of MSU leadership in seeking Congressional support for the Department of Transportation University Transportation Center (UTC) proposal submitted. In an email on Wednesday, September 14, I informed you that you were out of line and not following MSU protocol for requesting Congressional support. I asked you to stand down and not have further conversations with anyone regarding Congressional support for this project. That has not happened. There have been efforts by the project team to talk with MS Congressional offices and to secure written support from other institutions targeting the Congressional offices on behalf of this project. You are the PI and lead for this effort and as such, you are responsible.

I consider this clear insubordination and a violation of MSU Policy HRM 60.401 establishing guidelines for employee conduct. Consequences are as follows.

- I have authorized our Office of Sponsored Projects to contact the sponsor and withdraw the pending UTC proposal. You will not be allowed to lead a UTC for MSU.
- ALL future efforts by you to secure external funding or support of any kind must be approved by the Office of Research and Economic Development prior to seeking the support. This includes support in the form of grants, contracts, in-kind, gifts, support letters or any other form of financial or non-financial support. This also includes projects, no matter your role in the project, where you use any MSU resources to conduct the work.

I strongly request that you comply and follow all policies and procedures. Further non-compliance will result in no future approval for you to use MSU resources to conduct externally supported research.

Julie Jordan, PhD
Vice President, Research and Economic Development
Julie.Jordan@research.msstate.edu

**MSU219850**

Rebuttals to Dr. Howard's 2022 Annual Review

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Rula School of Civil and Environmental Engineering
Mississippi State, MS 39762
November 5, 2023

## Summaries

A. In this rebuttal, grade cheating refers to academic misconduct, conspiracy, facilitation, and misrepresentation actions to boost many students' grades. Specifically, in the Spring of 2022, Dr. Howard and Dr. Keith secretly conspired the multiple solicitations of "concerns" from students (10 and 12). They facilitated precursor events of the so-called "(no) experiment" (13). They created a trap to ask me to give all students 20/20 points indiscriminately on traffic counts (13). They retroactively removed me from class assignments after the class was over and whitewashed the course with Dr. Kari Reese as instructor. Administrators erased my teaching record of CE 4143 from the electronic record of the university course schedule (7 and 10), which ultimately enabled them to evade inconsistency in the grade database when different persons performed course instruction and grade submissions. Two critical questions remained: under what policy was I retroactively removed from class, AND under what policy the course instructor was changed after the class ended? Not to mention, Dr. Reese is not qualified to teach the class, grade any coursework, and assign grades.

B. Dr. Howard's actions are harmful to Mississippi State University's mission and values. He repeatedly violated MSU handbooks, IHL policies, freedom of speech, and academic freedoms. Those actions include secretly soliciting "concerns" without sharing details with accusers, no due processes, administrative cheating grades, retaliations, and discrimination.

C. Like timelines of many allegations in the review, the timeline of this annual review has expired, and the annual review should be tossed out according to MSU Consultation "timely" policy in the faculty handbook. The 2022 annual review should be conducted in Spring 2022. Since I filed EEOC/court complaints, Dr. Howard deliberately delayed the review until before the court hearing. Dr. Howard has created the narratives for court judges in the annual review and juries and tried to affect the outcome of the court complaints.

D. Many of Dr. Howard's unsubstantiated allegations in the annual review were coverups of administrative actions not justifiable. The timeline of the administrative action happened first, and then the allegation followed. Also, due process was not observed in those processes. Most, if not all, allegations are baseless and demonstrable false. This type of allegation will be indicated in the rebuttal.

MSU219851

E.  My lawsuits, complaints, and requests for my rights have nothing to do with my annual review. Dr. Howard repeatedly uses them to retaliate against me in this annual review. In addition, by discrediting my complaints in the annual review, Dr. Howard has created the narratives for court judges and juries and tried to affect the outcome of the court complaints.

F.  All unsubstantiated allegations without details, such as name, time, interview, original document, record, how the meeting is called, who has been talked before leading the meeting, and due process to have a face-to-face discussion, etc., should be considered irrelevant. Primarily based on unsubstantiated allegations, this annual review should be thrown out. Even a criminal has the right to know the details of charges (complaints) timely and have due process to respond to the complaints/complainers. I have not been offered any chances that are even provided to a criminal.

,

G.  From what happened to this review and the meeting on October 18 without a fair external review, I was unlikely to get a fair review.

2

MSU219852

Page 6 2022 Review

1. Note that this review period is primarily from January 1 to August 15, as sabbatical leave began August 16.

January 1 to August 15 does not comply with MSU/IHL policy about annual review and sabbatical leave, which are considered part of the academic activities. An MSU administrator asked me to work on an MDOT research project (see attachment 2022_Z01).

2. Table 1 in the following section does not show an increase in PhD students; Dr. Zhang reported graduating as an M.S. student in Computer Engineering (Ankith Thodupunoori 902289738 – Computational Engineering). As worded, this objective would need improvement, though realistically, adding Ph.D. students may or may not be in Dr. Zhang's or the school's best interest at this time.

   a) Dr. Howard did not dispute I had reached the objective well. Dr. Howard criticized my objective, which was set in the 2021 annual review, and he has had no problem until September 2023. Dr. Howard provided no information about the improvement of the objective.

   b) Dr. Howard provided zero information about why "Adding another Ph.D. student may or may not be in Dr. Zhang or the school's best interest at this time"

   c) Again, Dr. Howard changed my contract and removed me from admitting graduate students. He trapped me and then blamed my graduate teaching and publications.

   d) As confirmed by H.R. representative Mr. Morrison, Dr. Howard has no authority to remove me from the faculty and assign me an "engineer" as he did in the 2021 review. He has done it anyway and continues to do so, restricting my research, abolishing my admissions to graduate students, and not assigning me any teaching without justifications and due process.

3. Submit two quality journal articles.

This goal was not satisfactorily met as Dr. Zhang only submitted one journal article.

- FAA does not allow us to submit papers.
- Submitted one 10-million-dollar grant with professors with zero help from MSU, including Dr. Howard.
- As said above, it is a part of a trap.  It does not allow me to admit graduate students, remove me from the existing research project, assign new projects to others, and then blame my research productivity and scholarly activities.
- Create barriers, block my access to grant applications, and assign grants working for years to other researchers.

4. Performing significant research on existing projects is difficult to quantify,

That was evidenced by my two MDOT reports and hours spent on research, even departing from past practices and requiring me to do MSU research during my sabbatical leave and the Christmas/New Year holidays (see attachment 2022_Z01). I was asked to complete an MDOT project on February 1, 2023. The date is arbitrary, and the project is due December 2023. That

3

MSU219853

left me working on holidays in 2022. Despite my significant contributions to research and overtime work, my research is still "unsatisfied."

5. Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Rather, Table 1 shows a very sharp decline in external funding and no new projects added in 2022. Table 1 suggests the funding used in 2022 was extensions of existing projects.…(UTC is discussed separately in 6). As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory

   a) Dr Howard lied in the annual reviews for the second year in a row. In the 2021 review, he changed my objective of "apply for" external funding to "add" external funding. In the 2022 review, Dr. Howard changed my "Apply for external funding" objective to "external funding addition."

   b) I was only allowed to take a sabbatical leave by completing all my research projects before the sabbatical, and no tangible research funding left. (See attachment 2022_ Z02). Of course, when I started sabbatical leave, there was the case of no new research funding.

   c) MSU's discriminatory and retaliatory activities to impede, remove, and reassign my research funding should be investigated.

   d) The research funding level fluctuated, as discussed and evidenced in 4; Some, if most of, professors have no new research funding every year. Not even Dr. Howard! I have averaged research funding as one of the highest in CEE, if not the highest.

   e) As Dr. Howard showed in Table 1, I had a "Total Yearly Adjusted Funding Responsible" of $69,560, significantly higher than some faculty. A noticeable number of faculty in CEE (and COE) have little or zero research funding. Dr. Howard admitted he did not add research funding every year as well. Because I am Asian American and filed EEOC complaints, instead of recognizing my significant research contributions in CEE, Dr. Howard unfairly takes the fluctuation of research funding as leverage to justify his discriminations and retaliations.

6. External funding was applied for by way of a University Transportation Center (UTC), but as noted in a reprimand letter appended to this review, there were some less than optimal activities associated with this UTC proposal. As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory

   a) MSU's reckless behavior is disturbing and disruptive in UTC grant applications. Instead of helping, UTC applications outraged eight universities, four of which were in Mississippi. MSU's behavior made my future collaboration in transportation research outside of MSU almost impossible., including:
   a.    Delaying the start of the proposal for nearly half a year made it impossible to have an optimal team member. See attachment (2022_Z03)
   b.    The created budget does not conform with NOFO. See attachment (2022_Z9)
   c.    MSU threatened to withdraw the project unilaterally, without consulting eight other consortium universities, removed me from Director of UTC, and sanctioned my research until now. (2022_Z010)

MSU219854

     d.     No university believed I was involved in their letter of support if they had sought it.

     e.     After MSU got the above information from 8 other universities and kowning the allegations in Dr. Howard's attachment 3 were not true, MSU still kept sanctions of my research until this day, as Dr. Howard attached, "ALL future efforts by you to secure external funding or support of any kind must be approved by the Office of Research and Economic Development prior to seeking the support. This also includes projects, no matter your role in the project, where you use any MSU resources to conduct the work." The reason for that is the retaliation for my EEOC complaints.

b) MSU created various barriers to impede my research funding applications and should be investigated. In addition to UTC funding applications, MSU weaponized federal research funding as retaliation, removing me from the contract without changing the contract. One research funding I have worked for ten years with Jeff Altman, Jeff Elly, and Evan Wright at MDOT Planning Divisions was assigned to another white researcher (See Attachment 2022_Z04). Blocking my applications for NSF resilience funds that I have prepared for years (See attachment 2022_Z05).

7. Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section.

a) Dr. Howard retroactively in September 2023 removed me from the classroom for my classes in Fall 2021 and Spring 2022 to justify his cheating on grades in two classes. The first class is over two years old, and the second class is one and a half years old.

b) Dr. Howard and Dr. Keith secretly conspired the multiple solicitations of "concerns" from students (10 and 12). They facilitated precursor events of the so-called "(no) experiment" (13). They created a trap to ask me to give all students 20/20 points indiscriminately on traffic counts (13). They retroactively removed me from class assignments after the class was over and whitewashed the course with Dr. Kari Reese as instructor (see Attachment 2022 Z06). My teaching record of CE 4143 was erased from the electronic record of my course schedule.

c) Two critical questions remained: under what policy was I retroactively removed from class, AND under what policy the course instructor was changed after the class ended? I had taught the class until after the class ended. That is, I taught the class from the first day to the last day of class. Not to mention, Dr. Reese is not qualified to teach the class, grade any coursework, and assign grades. I have never been provided with any explanations. I have not shown any policy regarding the "removal" (s).

d) There are several contradictions in the timing in removing me from traffic engineering courses in Spring 2022 by various MSU administrators. Who (Dr. Howard/Dr. Keith/Civil Rights Director) lied should be investigated.

     a.  MSU civil rights director promised to EEOC on April 29, "Zhang has suffered no adverse consequences in his employment. He continues to teach and research just as before". That was just one business day away from the class end of the semester.

     b.  On MSU's reply to EEOC on September 16, "In April 2022, Zhang was removed from teaching duties for a Traffic Engineering Course". There is no way before and on April 29 since "He continues to teach and research just as before," I can't be

**MSU219855**

      removed on April 30 since April 30 was a weekend. MSU civil rights director may have lied to EEOC.

    c.  I assume Dr. Howard's statement, "Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section," is true. Dr. Howard had a long retroactive action back to remove me more than one and a half years ago.

    d.  If my assumption is incorrect, Dr. Howard may also lie in this review.

    e.  After the class ended on May 2, Dr. Keith emailed me on May 3, "Effective immediately, you are removed as an instructor of record from CE 4143 for the remainder of the Spring 2022 semester". That contradicts Dr. Howard's statement above and the Civil Rights director's statement on September 29. There is no trace I was the course instructor before and on May 2 in MSU's class schedule and student's transcript accordingly.

    f.  I asked Dr. Howard for the document about when I was removed, and he would not provide it. Although the exact date when I was removed needs investigation, all the information I have above indicates at least Dr. Howard, Dr. Keith, or the Director of Civil Rights might lie, even all of them may lied.

e)  Dr. Howard's description of removing events is dramatized: "Dr. Zhang was removed from the classroom for a second semester in a row." Since I read it the first time, I cannot get rid of the horror imaging that when I was lecturing in the classroom, Dr. Howard came in and forcefully removed me from the classroom with violence. That image affects my sleep and my dreams.

f)  It does not matter when I was removed as the class instructor for Spring 2022; I lectured the courses from the first day to the last day on the MSU Fall 2021 and Spring 2022 academic calendar, two semesters in a row. I had never been removed from the classroom like Dr. Howard imagined. I also submitted my Fall 2021 final grades on time. That is a fact any retroactive removal will not be able to change.

g)  Dr. Howard again "removed me from the classroom for a second semester in a row" in September 2023 and punished me for my EEOC and court complaints. He also sets that as an example to intimidate other faculty who object to his director appointment. That was one of the reasons three faculty (Two full professors) left MSU after he had been appointed.

8.  Mentor other faculty members in applying for external funding.
This annual review does not provide evidence of these mentoring activities.

Junfeng Ma and Jun Wang

6

**MSU219856**

Page 8 2022 Review

9. Table 1 summarizes Dr. Zhang's metrics as documented in his 2020 to 2022 annual reviews. Also provided by the CEE Director are Attachments 1 to 3. In addition, Dr. Zhang provided one page of student evaluation content. Attachment 1 contains Dr. Zhang's CE 4143 teaching evaluations, and Attachment 2 is an email dialogue describing Dr. Zhang being removed from CE 4143 in the spring of 2022. This was the second consecutive semester that Dr. Zhang had to be administratively removed from an undergraduate class, largely for the education and best interests of our students.

a) I was "removed from CE 4143 in the spring of 2022" and Dr. Reese was installed as the instructor on MSU's record. Since Dr. Reese received all credit as the course instructor without teaching the class a minute, one Asian American who did the work was blamed for the teaching evaluation. This racial discrimination fits Dr. Howard well.

b) As discussed below, the student evaluation through MSU in Attachment 2 is contaminated and should be investigated. The only trustworthy and objective evaluations are F.E. outcomes. Students in the classes I have taught have demonstratively achieved higher average F.E. scores.

c) It does not matter what Dr. Howard said; I had taught CE 4143 in the classroom from the first day to the last day on the MSU academic calendar. Removing me from my teaching assignment from my record is an attempt to conspire a grade cheating scheme. I had worked hard in teaching. Crediting my semester of work to someone who did not teach at all violates fair labor practice. What policy enabled Dr. Reese to submit course grades in a class she did not conduct a minute should be investigated. When the class schedule was changed to Dr. Reese, Dr. Reese covered the fact that the grades were not assigned by the instructor who taught the class from day one to the end of class, and she was not qualified. This should be further investigated.

d) If grade cheating boosts student grades and giving everyone a free "pass" grade is "largely for the education and best interests of our students.". That is just so wrong; I don't even need to have written to rebuttal the statement. Unfortunately, that was what Dr. Howard was doing, and the only thing he did after I was "removed from CE 4143 in the spring of 2022".

e) "This was the second consecutive semester that Dr. Zhang had to be administratively removed from an undergraduate class, largely for the education and best interests of our students." This is Dr. Howard's second time retroactively, in September 2023, removing me from Fall 2021 and Spring 2022 courses, as discussed in 7. Regarding the "best interest of the students," please see the rebuttal 11 below.

10. In Attachment 2, Dr. Keith sent me an email at 5:17 AM, Tuesday, May 3, 2022, after the class ended: "Over the past week, my office has received more complaints than before from students in your class who are almost all sharing the same concerns."

a) For More than one and half years, Dr. Howard hid the secret solicitations of concerns/complaints from students. I have repeatedly asked for the details of the secret meetings and emails, which Dr. Howard would not provide me, including October 18, 2023 (see meeting notes and Q/A), and in the attachment (last page in 2022_Z07). That makes it impossible for me to respond to the complaints effectively and timely for the

7

**MSU219857**

"best interest of the students". There are so many questions about Dr. Howard's solicitations and complaints resulting from the solicitations.

b) One faculty member asked me to be careful since Dr. Howard was spying on me on my back. Dr. Howard also talked to my graduate student, soliciting him to take his course and removing my course. After he spoke to my grader, the grader stopped working on my assignment. Dr. Howard's reckless behaviors like this should be investigated.

c) Exactly one week after I filed an EEOC complaint, Dr. Howard started affirmative steps in retaliation by secretly soliciting "meat" from selected students. "Meat" was used by Dr. Keith. Portraying me as "meat," implying hunting the animal, is a vicious, racist, and insulting word in my culture. MSU has created narratives without any information about who attended the meeting, who provided what complaints in the meeting, confirmed those individuals' complaints with me, and gave me a chance to respond to the students one by one. Dr. Howard deliberately hid those details, giving me no due process to discuss students' complaints/questions and resolve those questions/complaints one by one and timely.

d) What he has done is not something a person in a civil and democratic society would do.

e) Unsurprisingly, the solicitations of students' "concerns" in teaching evaluations resulted from the solicited complaints.

f) Even criminals have the right to know the details of charges (complaints) timely and have due process to respond to the complaints/complainers. I have not been offered any chances that are even provided to a criminal.

## 11. Best Interest of Students

Dr. Howard blames everything on instructors, especially the "International Faculty" (I was referred to as international faculty by an associate Dean); Asia Americans were especially scapegoated among them. Here is what is best for the students. There were emails back with all the issues below.

a) I don't need to justify the senior class with almost 40 students. A GTA will be required since that was one of the deficiencies of the CEE program audited by the C.E. Department Head at the University of Kentucky. With my almost 20 years at MSU, Dr. Howard pushed the number of faculty in the entire department to a dangerous edge while providing no GTA support to them, including me. With the student enrolment at least tripled (compared to when I was hired), the number of tenured and tenured faculty is less than half. On the other hand, I saw that the staff in the Dean's office has increased, and CEE staff increased from two to three.

b) Dr. Howard also successfully ousted all professors, except he is working in the process on me. The unjustified 2021 and 2022 annual reviews were the firm steps he is working on. With stripping out most of my faculty functions, as he called me an engineer, he is the only professor in the department. He will be the only person to control everything in CEE, from promotion to buying office supplies. Dr. Howard would not be satisfied until he ousts me through unjustified actions.

c) For the simplest thing, I have to beg Dr. Howard. For example, for essential Highway Capacity Software for CE 4143, I have had more than ten emails with Dr. Howard and Dr. Keith. The software was not installed until almost the end of March, even though I started requesting it in the middle of January.

8

**MSU219858**

d) When the Computer Lab "moved" from Walker to the new building, software on the computer lab was not migrated. Dr. Howard should at least remind the faculty to request the software to be installed. I did not find that out until the last minute when students needed them. What made things worse was Dr. Howard's ignorance. When I need the software, ITS will not be able to install it until the following month when re-imaging was scheduled. Based on my experience in b), Dr. Howard would not agree to pay for the re-image in the middle of the month; I had to do a workaround: put one computer with software directly installed in the computer lab. Also, the database server for software in CE 4143 has shut down a few times.

e) All those I.T. issues were out of the instructor's control, and I know there were some student complaints. Dr. Howard had never explained those to students. Instead, he encouraged students to complain and showed no interest in the "student's best interest.": to improve those processes. Moreover, he hid all the details of the complaints from me and blamed me; I had no way to identify the issues and resolve the problems timely and in the future for the best interest of the students.

12. Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce. Student experiences in CE 4143 were likely worse than CE 3113 (taught in the fall of 2021) as evidenced by very large numbers of student complaints and interactions between Dr. Zhang and university administrators.

a) Dr. Howard cannot help him to use collegiality passed in April 2022 by IHL that secretly added to the policy to judge my "collegiality" in this annual review retroactively. First of all, how can I improve collegiality if Dr. Howard does not show me the 2021 review until September 2023 compared to 2021? What is the baseline of "collegiality"? Upon request in the October 18 meeting, Dr. Howard did not show me any specific collegiality. When I requested him more information about my collegiality, he provided none.

b) I demonstrated to him how collegiality worked in my rebuttal in the 2021 annual review, and he could not show any collegiality towards me. I have demonstrated my collegiality to other faculty. I invited everyone in CEE and COE as co-PI for the US DOT project, during which process he offered no help. When we had two school director candidate interviews in which he was not even a qualified candidate, he was so jealous that he was not on the candidate list, he did not even offer water or speak one word to any candidate. Unsurprised, I provided them with bottled water and tea bought by myself. I also provided snacks to faculty and staff from time to time. Dr. Howard did nothing to show his collegiality. He had been given the opportunities to demonstrate his leadership, including his collegiality, CEE tenured faculty and CEE search committee faculty members unanimously objected to his appointment.

c) At the October 18 meeting, Dr. Howard initially had trouble remembering he used the word "harmful." Then H.R. repetitive Ms. Morrison answered. Dr. Howard and Ms. Morrison still failed to describe who was harmed, what, and where harmful activities were in detail. What (part of the body) was harmed? What action(s) I have taken to harm someone? And when the harmful action happened. Any allegations from someone who got harmed? When Dr.

9

MSU219859

Howard decided I had "harmful activities"? How did he investigate those activities? When, how, and where had he addressed my "harmful activities"?

d) Why my "harmful" activities had not been addressed in more than one and half years.

e) Dr. Howard would not provide details of the "very large numbers of student complaints" solicited from students, as discussed above.

f) For any "activities that can be harmful" (similarly, collegiality above), investigations should be conducted immediately to collect information about my harmful activities, signed by the victims, and due process needs to be undertaken. In this regard, Dr. Howard has repeated his unsubstantiated allegations throughout the entire review documents.

g) The baseless allegations are a clear violation of Page four of MSU's faculty handbook about "Consultation" in University Governance in multiple ways, as highlighted below:
"To facilitate open communication and effective university governance, the president and other administrative officers of the university will exercise due diligence in consulting with the faculty, professional and support staff, students, and external constituents on issues affecting them. Consultation is characterized by early discussions with the affected constituencies, jointly formulated procedures for consultation, reasonable deadlines within the constraints of the academic calendar, access to appropriate information, adequate feedback, and timely communication of decisions to the affected constituencies.

e) MSU's administrators conspired and cheated on students' grades. Most likely, all students were given a free pass for CE 4133 classes, even those who failed to participate in the tests and those with significant class absences. Dr. Howard has harmed the fundamentals of U.S. democracy, freedom of speech, academic freedom, and MSU policies. It opens the floodgate that college graduations might be achieved through secret grade changes by complaining instructors instead of studying hard.

f) Fundamentally, MSU's administrator's cheating might harm the safety of Mississippians. Those students are supposed to design, build, and maintain highways. Mississippi's highway safety is at the bottom of the nation. Giving a student who failed the course a pass potentially jeopardizes Mississippi highway safety, opening the lawsuit's floodgate to individuals, the state department of transportation, and MSU for years to come.

g) The administrator's cheating might harm other universities in Mississippi and around states for their students' job applications and new students' recruitment.

13. Dr. Zhang's performance in CE 4143 was a major factor in an unsatisfactory rating for this calendar year. Dr. Zhang was instructed verbally and in emails by the Interim School Director, Dr. Isaac Howard, by Provost & Executive Vice President Dr. David Shaw, and by the BCoE Dean Dr. Jason Keith, that he could not require students in CE 4143 to perform experiments for the course project.

a) As I indicated before, the performance can only be objectively measured through the objective EIT test scores.

10

MSU219860

b) My academic freedom is guaranteed in my contract, IHL policy, MSU handbook, U.S. Constitution, and professional ethics to do professional teaching free from any pressure and anyone, including the administrators.

c) Dr. Howard changed the word "guidance," as he detailed below as "instructed" in the statement above. That change was discussed in detail below as well.

d) Just a few months before Spring 2022, some Fall 2021 CE 3113 students used the portable detector and completed "traffic counts" or "experiments." After a few months, the same traffic counts had been so adamantly opposed. The only noticeable event in those months was the EEOC filing, and he retaliated against my EEOC filing.

e) Dr. Howard also forgets the academic freedom in the IHL and MSU faculty manual, which is an instructor's privilege a civil society would honor. Usually, repeated violations of academic freedom would not happen in a democratic environment. The reasons for asking me to give students 20/20 points from an administrator were unethical and against academic freedom.

14. It took multiple attempts to tell Dr. Zhang that the course is 3 hour lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom). Failure to follow such guidance from the supervisory chain of command places the university in jeopardy of violation of accreditation. Your failure to follow these instructions is unacceptable.

a) In the CE 4133 class, Spring 2022, I designed and conducted "3 hours lecture" in which "students receive structured units of information and accompanying material through direct contact with the instructor" in "the traditional classroom" in all sessions, no more and no less, from the first day until the last day according to MSU academic calendar. I don't know what problems Dr. Howard had with my lectures.

b) I am confused about what Dr. Howard wanted me to do in lectures or what guidelines I did or did not follow. For his guidelines, as common sense, I might or might not have to follow. He first accused me of "failure to follow such guidance," which should not be a big deal since it was guidance anyway. Then, he changed the subject from "following guidance" to "follow instructions." As he stated, I was given guidance rather than instructions. So "Your failure to follow these instructions is unacceptable." should be tossed out since he gave me only "guidance."

c) Even for guidance, where do the guidelines come from? When did Dr. Howard give me the guidelines? Even so, why and how do my lectures fall outside the guidelines?

d) Dr. Howard's claim contradicted my knowledge of accreditation. It has never been an issue in the past ABET accreditation about lectures, nor has it been an issue in other universities' accreditation. It is a pure misrepresentation of ABET's accreditation policy. Discussion with ABED PEV has not been an issue for violation of accreditation. Instead, the poor management of MSU administrators, including insufficient tenure and tenured track

11

**MSU219861**

professors (which Dr. Howard have had two and half year to resolve) and the replacement of the most qualified instructor with less qualified or not qualified instructors would create the major ABET's accreditation concerns, if CEE disclosed the information to ABET.

e) Dr. Howard also forgets the academic freedom on the IHL and MSU faculty manual, an instructor's privilege a civil society would honor in lecturing students. Usually, repeated violations of academic freedom would not happen in a democratic society.

f) I have asked to discuss the "experiment further." Dr. Shaw, Dr. Howard, and Dr. Keith are not interested in that and have not even replied to my email (see attachment 2022_Z07).

15. Additionally, Dr. Zhang made unprofessional comments to students in CE 4143. Students reported that Dr. Zhang said, "he knew some of us probably had rich parents, and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past." It was verified by university administrators with several students that this, or words to that effect, were made in class on Monday, April 4, 2022. Your comments are unprofessional and unacceptable.

a) After I filed EEOC complaints, Dr. Howard started spying on me. I would not accept any claims after one and half years without any names based on spying on me, without listing the student's name, their associations with Dr. Howard, and their family's association with the university.

b) Like all professors, I did remind students cheating is not tolerated in the class, although I don't recall the exact words. Cheating has been an issue in CEE, and Dr. Howard failed to address it. Addressing them to prevent cheating from happening benefits students.
   a. Dr. Truax mentioned a big online cheating ring of over 100 students, including some of the best students in CEE.
   b. Some students in the classes were in CE 3113 Classes; the honor code office sanctioned six students. (If needed, I can send you the sanction letters)
   c. A couple of students admitted to collaborating on homework, which is not allowed by course policies (See attachment 2022 Z08).
   d. Prevention is the best strategy to prevent student cheating.

c) Regarding the cheating scheme in 2021 CE 3113, Dr. Howard put himself into this "cheating" box in the above paragraph. I am not a legal expert, but by reading the document below, I believe using donations or something else valuable in exchange for a boosted grade is cheating and bribery. Of course, it has happened before, and if someone bribes to cheat on grades, it will lead to jail time, as reported below.

d) I have reasonably believed there should be a fair and independent investigation of the cheating in CE 3113 and 4133. Dr. Howard can only clean himself out through an independent investigation. As a matter of fact, in Mississippi, MS DOE has disciplined schoolteachers and administrators in grade cheating schemes from time to time. School

MSU219862

administrators and teachers in Atlanta schools cheating were charged and convicted of racketeering.

    a.  Dr. Keith said in an email and the meeting the parents were involved.

    b.  Once, in a meeting, Dr. Keith advocated better grades for students just in case they would donate funding for transportation research instead of their performance in class.

    c.  Dr. Howard mentioned someone(s) donated funds to pavement and transportation.

    d.  Here are some cases:

Actresses, Business Leaders and Other Wealthy Parents Charged in U.S. College Entry Fraud - The New York Times (nytimes.com)

There's a far bigger scandal on campus than parent bribes | The Hill

Atlanta school cheating scandal: 11 of 12 defendants convicted | CNN

16. Actions documented in the previous paragraph are in violation of HRM Policy 60-401, as follows:

1. Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance

7. Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.

9. Insubordination, including refusal to accept instructions from supervisors, police officers, civil defense personnel, or other proper authorities.

Dr. Howard made those ambiguous and wild allegations with unsubstantiated evidence. In the October 18 meeting, Ms. Morrison offered a few details, and I was charged with.

1.  Failure follow instructions: That was documented above. First, Dr. Howard stated I was offered guidance. Instead of "fail to follow guidance," I was charged with "failure to follow instructions." There is more than just Dr. Howard's changed wording. There are more. Please see 13 above.

7. Workplace bullying –

According to Ms. Morrison, Workplace bullying referred to what I said in the classroom in 14. Again, the administrators failed to address student honor code violations and left instructors alone. Then, an Asian American became the scapegoat for student cheating.

9. Insubordination.

According to the October 18, 2023, meeting, my understanding was referring to the "experiment," same as 1. Regarding the charge, according to research, https://harbert.auburn.edu/news/research-employees-often-insubordinate-in-reaction-to-supervisor-actions.html, "Employee insubordination often a reaction to abusive or non-productive supervisors." It cannot be more accurate than in this case. Besides, please refer to 13 above to debacle the mystery around "experiments" or "traffic counts."

Just a few months before Spring 2022, some Fall 2021 CE 3113 students used the portable detector and completed "traffic counts" or "experiments." After a few months, the same traffic

13

MSU219863

counts had been so adamantly opposed. The only noticeable event in those months was the EEOC filing, and he retaliated against my EEOC filing.

17. Table 1 shows, in general, declining research productivity and scholarly output over time. Table 1 also shows very few student credit hours (SCHs) delivered effectively during the year since of the 133 SCHs Dr. Zhang was originally responsible for, 117 of them were CE 4143. For reference, in the spring of 2022, CE 8133 only had two students enrolled, but this was allowed to be taught in an under-enrolled state to support two of Dr. Zhang's graduate students.

   a)  This is another trap. Dr. Howard assigned the classes, and I have no control. When I asked to teach summer courses and Fall courses, Dr. Howard did even reply to my email. As he stated in 2021, he changed my appointment from faculty to engineer; now, I am accused of insufficient SCHs, the responsibilities of which have been stripped out by himself.

   b)  There were four students in Fall 2021, and Dr. Howard canceled the class and poached one student into his class without informing me. This was the course moved from Fall 2021.

   c)  For research, I have said enough. Please see rebuttals 5 and 6

18. The university administration allowed Dr. Zhang to be the lead in a proposal to the USDOT for a Tier 1 Grant as noted on page 3 of this annual review. Overall, this was a very unorganized proposal. Dr. Zhang even submitted hour wage style time cards to attempt to be paid during part of this time. Dr. Zhang's performance in this capacity played a major role in his receiving a reprimand from the Office of Research and Economic Development as shown in Attachment 3 of this review. Dr. Zhang's performance relative to this proposal was a major factor in an unsatisfactory rating for this calendar year. This is a primary rationale behind an unsatisfactory rating in research/creative activities.

a)  very unorganized proposal
   •  See discussion in Rebutall #6. It is proof again the reasons in Dr. Howard's annual review were just the coverup for MSU's retaliation of my EEOC complaints.

b)  "Wage style time cards to attempt to be paid during part of this time"
   Again, Dr. Howard retaliated against me since I tried to protect myself under U.S. laws and regulations to get a fair payment for my months of work. Even making requests itself becomes an issue in the annual review.

c)  Dr. Zhang's performance

Also, it is not up to Dr. Howard's discriminatory comments; the project review is very positive from multiple reviewers in US DOT. We had the best ranking from the US DOT compared to past UTC proposals led by department heads. My performance in the proposal is superior.

14

MSU219864

d) Dr. Howard has had to answer my question: have you given any assistance to my proposal? Have you implied directed another professor to help me? Or not help me? How would the prior department head answer the questions? Dr. Howard had no courage even to lead the proposal and department.

MSU219865

## Li Zhang

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Wednesday, December 28, 2022 9:13 AM |
| **To:** | Jordan, Julie |
| **Cc:** | Keith, Jason; Reeves, Kari |
| **Subject:** | RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system |

Dr. Jordan,

I will try, it will be hard on me.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Monday, December 19, 2022 8:59 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

Yes. I would like to you finish the report by January 31. If you need to contact MDOT for information needed to complete the report, you may do so and CC me so I can stay in the loop.

I am communicating regularly with Cindy Smith so I'm sure she will keep me informed as well.

Julie

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Monday, December 19, 2022 8:36:59 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>

1

**MSU219866**

Cc: Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
Subject: RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Jordan,
Thanks for your instruction, can I get clarifications:

1. Do you require me finishing the project by January 31?
2. Do you suggest me just warp the project up with what we have done, I just finish the report?
3. It seems to me I am not allowed to contact MDOT in this project, would you clarify that? I will need to contact them for information and data regarding a variety of reasons.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

From: Jordan, Julie <julie.jordan@msstate.edu>
Sent: Friday, December 16, 2022 1:57 PM
To: Zhang, Li <lzhang@cee.msstate.edu>
Cc: Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
Subject: Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

If you can make a presentation to them, then it seems you have enough information to write a report. Please, write the report and submit so the contract might close. We need this to come to a close as soon as possible.

Julie

2

MSU219867

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Friday, December 16, 2022 at 8:00 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

I had a discussion with MDOT before sabbatical and they were oked. I would suggest I would discuss with MDOT State Traffic Engineer James Sullivan and Research Engineer Cindy, to show them what we have and what they will need. I will work on the gaps under MDOT schedule. Anyone here are welcome to join us.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Thursday, December 15, 2022 1:38 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

From my perspective, you should have planned to complete your contract deliverables prior to taking the sabbatical whether that was you or someone else. The fact you did not plan to complete the work and you have postponed this effort multiple times does not give me confidence that you would complete later. It is a priority that we meet the sponsor's expectations in a timely manner.

I ask that you present a solutions other than more delays.

Dr. Jordan.

3

MSU219868

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Thursday, December 15, 2022 at 9:56 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Jordan,
Thanks for your instructions.

1. I would like to ask you consideration of the extension of the MDOT project report one or two month after my sabbatical leave. Your approval will be greatly appreciated.
    a. I have been specifically instructed NOT working on MSU research project during the sabbatical leave. I would like you to clarify that.
    b. Processing millions of data record, running AI algorithm to train model will need time. I don't have any other graduate student support.
    c. I have tried to start the work, my laptop could not turn on yesterday. After consulting with COE technical support, I am bring the laptop to BestBuy for repair. Giving holidays, I am not optimistic I can get it back before MSU close the campus.
    d. Holiday is coming, I believe even I would not take sabbatical leave and my laptop would be good, all staff and faculty will be in holiday break soon. The time resource in December is very limited.
2. I believe you were on Dr. Howard's email distribution list about admitting Ph.D. students, I need research account even during the sabbatical leave to provide RA for graduate students to come after my sabbatical leave. You know, without RA, virtually no Ph.D. students will come. Your consideration of removing any research restrictions on me will be greatly appreciated, including communicating with MDOT, (that might be the quickest one), FHWA and other sponsors freely, will be greatly appreciated. That will not only help the admission of graduate students, but also benefit MSU in any term.

Thank you!

**MSU219869**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Friday, December 9, 2022 9:46 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

1. MDOT is well aware that you are on sabbatical. You were on sabbatical at the time the last project extension was granted. The last of the project funds were expended while you were on sabbatical indicating work was continuing.  MSU submitted the final invoice while you were on sabbatical, also indicating you completed the work.  It is not fair to the sponsor to postpone the report for an effort that began in 2018.  Thus, I ask that you **complete the report as soon as possible and no later than the end of January, 2023**. Please copy me when you submit. I will explain to the sponsor.
2. When you return to work from sabbatical you can request future work.

Last, you may NOT communicate with MDOT. The multiple extensions on this effort causing delay after delay in completing work for MDOT is not the quality effort that I hope to see from MSU when we do work for state agencies or any sponsor. When you return to work from sabbatical and are fully active and available to do research, you may submit white papers for project ideas to me and Dr. Keith. We will coordinate with MDOT on ways MSU can help them address research needs.

Julie

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Wednesday, November 30, 2022 at 1:49 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>, Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

5

MSU219870

Dr. Jordan,

Thank you so much for your time and attention.

1. For **MSU Fund: 361897, you informed MDOT that I have been on sabbatical leave. I will work on the final report as soon as possible.**
2. **For the project in the April email, would you pass me more information about your talk with MDOT about the project? Any information you could pass me would help the future project.**

**I am requesting permission to start communicating MDOT with several offices about future projects. Usually, I visited their office and talk to them about what I am doing and what they need, we usually will come up with a scope of work. Your approval of my communications with the MDOT divisions will be greatly appreciated.**

**Thank you!**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Tuesday, November 29, 2022 12:41 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Zhang - (1) MDOT contract for Wi-Fi Eval System AND (2) new proposal for radar traffic system

Dr. Zhang,

I want to update and close out your recent requests related to 2 MDOT projects.

**CURRENT CONTRACT: Project: Development and Evaluation of a Wi-Fi Highway Performance Eval System**
**MSU Fund: 361897**

- On Nov 18, I noted to you that the fund was over spent. Subsequently, I was informed that MSU sent the final invoice for payment to MDOT of around $56k on or around November 14.  This is the final payment due. This request from MSU for final payment will close-out the project that is scheduled to end in December 2022.
- To confirm there was no need for an extension, I talked with the sponsor last week and they are ready to close the project and anxious to get the final report from you. Please expedite submission of the final report.
- Given the current status, there is no need to follow through on an extension for this project. This project has ended.

**Proposed Project: Radar Proposal from April 12, 2022.**
- From the email you sent me, the communication you had with the MDOT department was apparently in April. Time has passed. In my communication with MDOT last week, it doesn't seem likely this project will get funded in the near future. Thus, there is no need to submit this proposal at this time.

**MSU219871**

Moving forward, I request that if you have communication with MDOT that you include Dr. Keith or myself for awareness. Your department is not the only MSU department doing work for MDOT and it is important that we coordinate and maintain awareness. This is very typical of how we work with all state agencies.

Julie

--------------------

**Julie Jordan, PhD**
Vice President for Research and Economic Development
662.325.3570 (office)
662.574.1193 (mobile)
Julie.jordan@research.msstate.edu
www.msstate.edu

MSU219872

| | |
|---|---|
| **From:** | Truax, Dennis |
| **To:** | Zhang, Li |
| **Cc:** | Reeves, Kari; Keith, Jason |
| **Subject:** | RE: Sabbatical Leave Request 2021 - Dr. Li Zhang |
| **Date:** | Monday, October 26, 2020 12:49:18 PM |
| **Attachments:** | image003.png |

No problem. Let me know if I can help. I would hate for something get to be an issue while you were gone for a year.

---

**From:** Zhang, Li
**Sent:** Monday, October 26, 2020 12:48 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Dennis,
Sure, thanks for your clarifications. I understand I would not to be able to charge any amount to MSU research project during sabbatical leave. Thanks for your reminder.

Li

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

---

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Monday, October 26, 2020 12:44 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Li

Rule 5 says that the only compensation beyond your 50% salary would be for educational or professional development grants one might have, as that aligns with the mission of sabbaticals. It is my understanding that when you are on sabbatical, you are to focus on the activities related to the sabbatical, as we have discussed previously with your first sabbatical and when we talked about this second sabbatical.

I would assume that if you take the time to write papers, or even reports, it might be ok, but you will

MSU219873

be off any project support during that period.

Dennis

**From:** Zhang, Li
**Sent:** Monday, October 26, 2020 12:21 PM
**To:** Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Dennis,
Thank you for your quick respond!

I understand my responsibilities before/after sabbatical leave, however, "and the need to have your current research responsibilities concluded prior to the beginning of the fall 2021 semester". I did not see any words in the link you provided about "research responsibilities concluded". Can you indicate the specific language in the AOP document? "research responsibilities concluded" meant I should complete all research projects at MSU before I start sabbatical leave. I believe we have lengthy discussions in March about my research commitment and I believe both of us have agreed, for the research projects I currently have, and the arrangement I have made, we have clered your concerns.

If you still have concerns, I am open to have another discussion with you, I would like to make sure I understand about "research responsibilities concluded".

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Truax, Dennis <truax@cee.msstate.edu>
**Sent:** Monday, October 26, 2020 11:55 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Li

MSU219874

Though I suspect you have reviewed the policy regarding sabbatical leave, I am forwarding this link to the AOP to be sure:

https://www.policies.msstate.edu/sites/www.policies.msstate.edu/files/1306.pdf

I would point your attention to Rule 5. Regarding compensation while on sabbatical leave. This is of particular importance in your discussions with Dr. McHale at FHWA and the need to have your current research responsibilities concluded prior to the beginning of the fall 2021 semester.

Good luck with the application.

Dennis

**From:** Zhang, Li
**Sent:** Sunday, October 25, 2020 11:27 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Dr. Truax and Dr. Keith,

Please see the attachment. Once I get approval from Dean, I will work with FHWA to start paperwork, hopefully, we will have time to complete the paperwork before it starts in August.

Thanks!

Li

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, March 6, 2020 7:40 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

MSU219875

Li – this sounds like a great opportunity and we would be glad to review an application for you to serve on sabbatical with FHWA. I've attached last year's memo about sabbaticals. Please note that within BCoE we had an internal deadline of December 16th for us to review and send to the provost office. it sounds like MSU will not be involved in any contracts which sounds ok.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li
**Sent:** Wednesday, March 4, 2020 7:26 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Dr. Keith and Dr. Kari,
Will you support the sabbatical leave?

Thanks

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
```

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, March 4, 2020 11:08 AM
**To:** Truax, Dennis <truax@cee.msstate.edu>
**Cc:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Sabbatical Leave Request 2021 - Dr. Li Zhang

Thank you, Dr. Truax.

Regards,
Jason

MSU219876

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**From:** Truax, Dennis
**Sent:** Wednesday, March 4, 2020 1:06 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Zhang, Li <lzhang@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Kilpatrick, Merri <mgk16@cee.msstate.edu>
**Subject:** Sabbatical Leave Request 2021 - Dr. Li Zhang

Dean Keith,

I am writing to document that Dr. Li Zhang and I met recently to discuss a cadre of issues; one of which was his desire to request a Sabbatical Leave from the academic year 2021-22. During this meeting we reviewed his current research obligations, our instructional needs, and other issues which might impact his success at the university and in taking such leave. Ms. Kilpatrick, the CEE Business Manager was present for this meeting to assure we had correct information about research obligations.

As a result of that meeting, and at the request of Dr. Zhang, I am writing at this time to inform you that all of the issues have been worked out and that it appears at this time that we will be able to support his application for Sabbatical Leave starting fall 2021. It is understood that the process will be announced this fall, and that no application is needed or possible at this time. However, given my concerns as expressed previously in writing and in our meeting with Dr. Zhang on this issue, I wanted to document this at this time.

Thank you for your consideration and support of our faculty,

Dennis

DENNIS D. TRUAX, PH.D., P.E., DEE, D.WRE, F.ASCE, F.NSPE
JAMES T. WHITE ENDOWED CHAIR, DEPARTMENT HEAD, AND PROFESSOR
DEPARTMENT OF CIVIL AND ENVIRONMENTAL ENGINEERING
DIRECTOR - MISSISSIPPI TRANSPORTATION RESEARCH CENTER

 **MISSISSIPPI STATE UNIVERSITY**™
CIVIL & ENVIRONMENTAL
ENGINEERING

*"Civil and Environmental Engineers .... helping make a world of difference."*

**PO Box 9546, 501 Hardy Road, 235 Walker Hall**
**Mississippi State, MS 39762-9546**
Ph: 662.325.7187; Fax: 662.325.7189
Truax@CEE.MsState.Edu
http://www.cee.msstate.edu/people/faculty/dennis-truax/

🖪 Please consider the environment before printing this e-mail

**MSU219877**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Thursday, May 12, 2022 10:46 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: UTC proposal

Li,
You have been encouraged by several people verbally and in emails to develop a team and a proposal for a UTC – as PI or Director or whatever leadership role is specified in the RFP. Please let us know how we can assist with the proposal development.
Regards
Kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, May 11, 2022 3:27 PM

2

**MSU219878**

## Li Zhang

| | |
|---|---|
| **From:** | Reeves, Kari |
| **Sent:** | Thursday, May 12, 2022 12:50 PM |
| **To:** | Zhang, Li; Gammill, Teresa |
| **Cc:** | Keith, Jason; Green, Robert; Marufuzzaman, Mohammad |
| **Subject:** | RE: UTC proposal |

Li

It would depend on the direction that the UTC takes and the common research theme(s) that the center will address.  Maruf would be a good initial interface.  Once the direction is clearer, then he would know who else might make sense to include.

Regards

kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, May 12, 2022 12:49 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: UTC proposal

Kari,

Thanks. Do you have any recomednation from your department as Co-pi(s)?

1

MSU219879

To: Gammill, Teresa <TGammill@research.msstate.edu>
Cc: Reeves, Kari <kari@bagley.msstate.edu>
Subject: RE: UTC proposal

Dr. Ganmill,
I have asked the Deans and the department head since the year started. We are already late. The first thing is to appoint a director and PI so that he/she could reach out to organize the team within/outside MSU. The RFP is coming in days!

The RFP is for creating a university transportation research center, that's why it needs university support and to appoint a director. https://www.transportation.gov/utc/current-competition. RFP was rumored to be out in March in TRB conference in January. Now it is in May, and it is coming.

I assure you and the Deans if I will be appointed, I will do my best to submit a proposal to the best of my abilities, to work with other MSU units and other universities, given the timing and resources I will have.


Thanks

Li


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

From: Gammill, Teresa <TGammill@research.msstate.edu>
Sent: Wednesday, May 11, 2022 2:24 PM
To: Zhang, Li <lzhang@cee.msstate.edu>
Cc: Reeves, Kari <kari@bagley.msstate.edu>
Subject: RE: UTC proposal

Hi Dr. Zhang:

MSU219880

I hope all is well with you. Can you please tell me if you have or will submit a proposal for the DOT UTC this funding cycle. I try to keep a watch on these funding opps when it is a center funding request.

Best,

Teresa

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:35 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: UTC proposal

Li - Would you like to submit a proposal to this? Last time Dennis was PI and It didn't get submitted. I'd say move forward.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Jan 26, 2022, at 8:17 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:
>
> Dr. Keith
>
> Last summer we talked about writing quality UTC proposal and placed me as UTC director to lead the proposal. Before Jan 14 meeting with Dr. Shaw, we talked about that briefly, that was already late. During TRB there was a session in which US DOT UTC director to talk about UTC upcoming RFP. I am emailing you to make sure MSU makes decision as soon as possible.
>
> Thank you!

4

**MSU219881**

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Shaw, David; Keith, Jason; Howard, Isaac; Corey, Leslie; Lucas, Joan; Nicholson, Elizabeth; Jordan, Julie |
| **Cc:** | Patrick Sherry |
| **Bcc:** | Yunlong Zhang (yzhang@civil.tamu.edu); Robert Whalin; Shuang Z. Tu; Yang, Hong; Yuanyuan Zhang; V.Gopu; Amir Mehrara Molan; mwkang@southalabama.edu |
| **Subject:** | UTC Letterer of Support Issues |
| **Date:** | Friday, October 28, 2022 1:20:00 PM |
| **Attachments:** | Dear Li - final.pdf<br>image001.png<br>image002.png |

Dear Dr. Jordan

All 8 university responded my email. Here is summary:

1. Patrick at DU sent me the attached letter
2. One university PI contacted VP for research and asked congressional letter of support, no action from the university.
3. Other 6 universities took no actions in seeking congressional letter of support on MSU UTC proposal.
4. No university though I have involvement in their letter of support, if they had sought the support.

Let me know if you will need individual university's replies.

I think you may have enough information to conclude I did not asked any support after your order.

Thanks

Li

---

**From:** Patrick Sherry <patrick.sherry01@gmail.com>
**Sent:** Friday, October 28, 2022 11:03 AM

**MSU219882**

**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Clarification of Activity

Li - Please forward as you see fit.

-------------------------------------------------------------------------------------------------------------

Dear Dr. Jordan -

I wrote the attached letter of clarification to Dr. Zhang a couple of days ago.  He asked me to forward it to you.

I apologize if my actions have created problems for Dr. Zhang and MSU.  It was not my intention to do so.  I was simply following our standard operating procedure when pursuing federal funding as I explained in my letter.
If there is anything that I can do to help resolve this situation, please let me know.

Please let me know if you have any further questions.

Sincerely,


Patrick Sherry
(303) 503-5772



MSU219883

Dear Li –

I am sorry to hear about the disappointing developments at MSU.  You have not asked me to write this, but, I feel the need to clarify my actions and intent regarding this issue and for the UTC application for our universities.
In the course of my normal activities, I visited DC to speak with the **Colorado** delegation about a letter of support for our various grant activities.  Just so you know, we are seeking funding on several different fronts and are listed as partners with other UTC applications.  Seeking a congressional letter of support has been standard in our efforts with these proposals.

In the course of describing our activities I informed our delegation representatives that we were also partners on a grant application with Mississippi State University.  This was offered in full transparency and clarification and to avoid confusion for the Colorado Congressional staffers.  I also discussed the history of how our UTC was originally formed based on the collaboration between MSU and DU and then Senator Trent Lott (MS) and Senator Wayne Allard (CO).  During our discussions one of the staffers mentioned that he knew one of the aides in the MS delegation and offered to introduce me to them to keep them informed. I was literally escorted over to meet with Mr. Andrew Bichlmeier (Wicker-MS) and also Rep. Thompson (I never met or spoke to anyone from Rep Thompsons office).  I informed Mr. Bichlmeier that I was seeking support from the Colorado delegation, and that they had suggested that I inform him as well. I described in detail the history of our collaboration with Mississippi. I did not represent myself as a representative of Mississippi State University or that I was acting on their behalf. *He indicated that he would "speak to Mississippi State to see if they were interested in a letter of support."* He also asked me to write a follow up email describing the purpose and goals of the UTC which I later sent.  I thanked him and went on my way. It was clear to me that he intended to check with Mississippi State U officials to see if they indeed were interested.  It appeared to me that this was the normal process.

I apologize if my actions have given the impression that you directed me to pursue a letter of support.  You did not. I was acting on my own. I did not intend to deliberately disregard MSU wishes.  It was my understanding that MSU was simply not seeking a letter. However, it was not my understanding that I was being asked to curtail all of my activities designed to seek support.  If I had known this I would not have visited with Mr. Bichlmeier.  My apologies to MSU and Dr. Jordan if this was the case.

My previous experience has been that such letters will play an important role in the final decision. Assuming we meet the technical requirements of the request for proposals, the process becomes political and the Secretary makes the final decisions based on his judgement.  As background, it is widely believed among UTC researchers, that several UTCs were awarded in the last competition to one or two states apparently on the basis of political connections alone and connections with the then secretary of transportation.  We will never know for sure.  In any event, one University team that we know of had their congressional letters of support included with their submission packets.  Currently, several other universities have been pursuing letters of support from their delegations for the current competition.  Lastly, Gil Carmichael, (former Mississippi political figure), our founder, specifically coached me, years ago, to be sure to seek such letters when pursuing federal funds.  Following his advice has always been helpful.  I should also note that Mr. Bichlmeier wrote to me and noted that "unfortunately, the university does not want our support."  I take this to mean that he liked what he heard about our proposal.

Obviously, I would like to see the proposal we submitted go through the full process.  My colleagues and I have devoted considerable effort to make this the best proposal it could be.  In addition, it was well received by congressional delegates and others who have taken the time to review it. If Mississippi State University is no longer interested in taking the administrative lead, I am sure that the other partners would be happy to consider taking on the administrative leadership role.  Perhaps other MSU staff or faculty could be involved in leading the UTC.  It is also possible that if we are awarded the grant, we could renegotiate the leadership role once the award is made. Please let me know how it turns out.

Best regards,

Patrick Sherry

MSU219884

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Keith, Jason; Howard, Isaac; Reeves, Kari |
| **Cc:** | Gammill, Teresa |
| **Subject:** | RE: Request budget change |
| **Date:** | Sunday, August 21, 2022 9:42:00 PM |

Please have the unused amount ready when we will discuss that amount in an emergency meeting and distribute it to other universities.

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>

**Sent:** Sunday, August 21, 2022 8:10 PM

**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>

**Cc:** Gammill, Teresa <TGammill@research.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>

**Subject:** RE: Request budget change

Li, there are some errors in your budget. It also needs to be one large budget that combines the MSU research and the MSU administrative piece. Given the email I just sent in reply to Patrick, we'll have to make some adjustments. I don't think it will be *perfect* but we will get to something that we can make work. It may mean we need to reduce the request below the maximum amount.

Regards,

Jason

Jason M. Keith

Dean and Professor

Earnest W. and Mary Ann Deavenport, Jr. Chair

Bagley College of Engineering

MSU219885

Mississippi State University

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Sunday, August 21, 2022 7:59 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Gammill, Teresa <TGammill@research.msstate.edu>
**Subject:** RE: Request budget change

Dr. Howard,

Thanks for looking NOFO. Do you support my budget plan?

_____

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Sunday, August 21, 2022 3:25 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Cc:** Gammill, Teresa <TGammill@research.msstate.edu>
**Subject:** RE: Request budget change

Dr. Zhang, I have looked at NOFO and I don't have any ideas beyond those that are being discussed already.

Regards,

Isaac

_____

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Sunday, August 21, 2022 12:56 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>

**MSU219886**

**Cc:** Gammill, Teresa <TGammill@research.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Request budget change

Dear Dr. Keith and Dr. Reeves,

Thank both for your' s efforts and commitment to getting the budget matched on Friday.  << File: UTC  DoT Zhang_MSU only.xlsm >>  << File: CPEATS Center Budget Justifications.docx >> << File: CPEATS_UTC_Operation only.xlsm >>

Only when I compare the budget and understand the difference between you sent me on Friday 1030 and the versions, I have worked on with your budget Staff Teressa did I realize the seriousness of the budget. I have to go back to NOFO and proposal a few times to make sure I could fully capture the impact of the new budget on Friday.

The new budget would kill the proposal because the budget is an AV purchase budget proposal. MSU use's center management fund $380k (arguably +180k for MSU research) to purchase $250k major equipment is inconsistent with my understanding of NOFO. I found no word in NOFO about US DOT 's seeking a major AV purchase in the proposal. We have identified AVs in TAMU already as a platform to conduct the proposed research priorities in the proposal. That budget is not consistent with a few other requirements in NOFO as well.

To protect MSU and consortium university's interests, I had to call an emergency meeting with the three most senior associate directors on Saturday morning, Dr. Sherry from DU, Dr. Y. Zhang from TAMU, and Dr. Gopu from ULL to express my concerns on the budget. After all, $380k is not the MSU budget, it is the center's operating budget for all consortia universities, and I am obligated to inform them. They have worked with MSU for around 20 years, and they will value MSU and consortium university's best interests as well. I believe they will send you a letter Sunday, independent of this email.

In short, I am requesting a complete change of budget Dr. Reese sent me yesterday. Dr. Reese indicated the budget staff would not work during the weekend, so I made two budgets for US DOT's funding part for you to review. Please read NOFO and approve the two budgets tomorrow. I am open to having a meeting to discuss the budget with you and I believe three of the senior professors are ready to join the meeting too if you need all of us tomorrow for a discussion. I will appreciate it if Teresa could match the two budgets on Monday. When Teressa do the matching, please consider using 25% of my time in matching.  Please only look at the column highlighted.

In the meantime, I am scheduling a full emergency meeting with all consortium members, if Dean Keith would think the equipment purchase budget proposal would help the award,

**MSU219887**

instead of killing the proposal. If Dr. Keith and Dr. Reese would rather talk to all of the university associate directors and their deans, please make yourself available 1PM or around that time Monday. Since we are out of time, I have to schedule a meeting for Sunday afternoon. I'll cancel the meeting if I got everything, including DOT fund, matching fund and document below before the meeting.

Going forward, I need a few things in the proposal:

1.     Short Bios of all four-supporting staff

2.     Budget submission documents: l nine budget from 9 universities (including MSU), Center operating budget and combined all budget.

3.     Two required forms fill in

4.     Supporting documents to the budget.

5.     Conformation email that they are aware of the budget and would stay in the projects until after the first year.

       I may have one or more items but my mind is fuzzy now.

I am requesting my department head, Dr. Howard, to read NOFO and support me.


Hope you don't take this email personally.



**Li Zhang, Ph.D., P.E., F. ASCE. F. ITE**

**Professor of Transportation Engineering**

**Director, Center for Preserving Equitable Accessible Transportation Systems**

**250 Hardy Road, 2041 Rula Hall (within 2040 Suite)**

**Box 9546**

**Mississippi State, MS 39762**

**Tel.: 662-325-9838**

**Fax: 662-325-7189**

**MSU219888**

Search the CEE Department 🔍

(https://www.cee.msstate.edu)

Home (http://www.cee.msstate.edu) | Mississippi Transportation Research Center



# Mississippi Transportation Research Center

**Dr. Jun Wang - Director**

The Mississippi Transportation Research Center (MTRC) functions to conduct scholarly research designed to advance current transportation-related technologies in the State of Mississippi. It serves to support educational opportunities for the Mississippi Department of Transportation (MDOT) personnel, and others associated with the MDOT, to strengthening of their professional expertise, enhancement their work-related effectiveness, and advance their professional careers. MTRC also engages as a basis for information exchange with peer transportation centers and other identified organizations and corporate entities as deemed appropriate by MDOT. Finally, this center strives to develop, execute, and administer work assignments under a Master Agreement which expedites research efforts at Mississippi's universities in support of the missions and research needs of MDOT.

When MDOT identifies a problem or subject area for a research project, the appropriate MDOT Division prepares a draft scope of work for the project. The MTRC assists in preparation of the draft as needed. With MTRC working in a supporting role, the MDOT division defines the research team at the various State Institution of Higher Learning universities to provide the needed work. The MTRC then assists the principal investigator(s) in developing a detailed scope of work, task list, progress schedule, and cost estimate for Work Assignments under the Master Agreement.

The MTRC provides credit and non-credit instructional programs as requested by the MDOT. Overall the MTRC and the Division of Academic Outreach and Continuing Education (AOCE) at Mississippi State University would provide administration of credit instructional programs. Both university and

**Mississippi Transportation Research Center** (https://www.cee.msstate.edu/research/mtrc/)

**Mississippi 2019 Official State Highway Map** (https://www.ms.gov/mdot/shopping_cart/Details.aspx?productId=71)

**MSTI – Mississippi Summer Transportation Institute** (https://www.cee.msstate.edu/msti/)

**MTRC Media** (https://www.cee.msstate.ed

MSU219889

u/research/mtrc/mtrc-media/)

MDOT Research Division (https://mdot.ms.gov/portal/research)

MDOT Public Accountability Transportation Hub (PATH) provides transportation system infrastructure transparency! (https://path.mdot.ms.gov/)

non-university personnel would provide the course instruction as needed, and the center, as supported by CEE and the Bagley College of Engineering, would maintain equipment and facilities as required for providing courses. Courses shall be selected by MDOT in coordination with the MTRC and executed through Work Assignments. A single Work Assignment may provide for more than one course.

A number of states support Transportation Research Centers. These peer centers communicate and exchange information on activities and research. The MTRC will participate in these exchanges as approved by MDOT. This exchange can take several forms and activities will be defined, approved, and reviewed by MDOT, as appropriate, on a regular basis. For example, representative of MTRC will attend technical and professional meetings deemed appropriate by MDOT.

## Projects Approved and Funded by MDOT

| Project Title | PI | University | Performance Period |
|---|---|---|---|
| Soil Cement Manual of Practice: Interconnected Framework for Pavement Design, Laboratory Mixture Design, and Construction Quality/Assurance | I. Howard | MSU | 2016-2023 |
| MDOT Specific Materials, Design, and Construction Procedures for Chip and Scrub Seals | I. Howard | MSU | 2017-2024 |
| Use of Artificial Neural Networks (ANN) to Predict Pavement Management Data Attributes | H. Yasarer | UM | 2019-2023 |

**MSU219890**

| Project Title | PI | University | Performance Period |
|---|---|---|---|
| Characterization of Paving Materials for Combined Environmental Effects or Time Dependent Usage Patterns | I. Howard | MSU | 2019-2024 |
| Durability Improvement by Way of a Holistic Assessment of the Mississippi Department of Transportation's Asphalt Practices | I. Howard | MSU | 2021-2025 |
| Assessing the Effectiveness of Blue Lights on Work Zone Safety | J. Wang, I. Howard | MSU | 2021-2024 |
| MDOT Virtual Reality Safety Training Study | J. Wang, J. Ma, I. Howard | MSU | 2022-2024 |
| Integrated Technology-Based Design, Inspection, and Maintenance for More Resilient Bridges | C. Mullen, E. Ervin, L. Yarbrough | UM | 2022-2024 |
| Innovative Soil Improvement through Bio-Cementitious Materials to Mitigate Bridge Scour | K. Wen, F. Amini | JSU | 2022-2025 |
| Traffic Count Program Audit | J. Warren | MSU | 2022-2023 |
| Gap Analysis of MDOT's Safety Program and Roadmap Development | J. Wang | MSU | 2023-2025 |
| Green Landslide Repair Using Deep Rooted Vetiver Grass for Mississippi | S. Khan | JSU | 2023-2025 |

MSU219891

| From: | Jordan, Julie |
|---|---|
| To: | Zhang, Li |
| Cc: | Gammill, Teresa; Keith, Jason |
| Subject: | Re: Permission to submit: NSF EPSCoR Track 2 |
| Date: | Wednesday, November 2, 2022 7:30:42 AM |

Dr. Zhang,

Until we have a chance to talk and clarify operating processes and appropriate behaviors going forward, ORED will not consider a proposal.

Julie

--------------------

**Julie Jordan, PhD**
Vice President for Research and Economic Development
662.325.3570 (office)
662.574.1193 (mobile)
Julie.jordan@research.msstate.edu
www.msstate.edu

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Date:** Tuesday, November 1, 2022 at 10:54 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Subject:** Permission to submit: NSF EPSCoR Track 2

Dear Dr. Jordan,

In your reprimand letter, I has been asked to get your office approval before I apply any research funding. Would you office grant me permission for this NSF proposal? If I am grant the permission, I will follow Dr. Gammill's instruction to submit a abstract to her first.

Thank you!

Li

MSU219892

**From:** engr-faculty-request@lists.msstate.edu <engr-faculty-request@lists.msstate.edu> **On Behalf Of** Reeves, Kari
**Sent:** Tuesday, September 20, 2022 10:13 AM
**To:** Engr-Faculty <Engr-Faculty@lists.msstate.edu>
**Subject:** [cee-faculty] [engr-faculty] FW: LIMITED SUB: NSF EPSCoR Track 2

FYI

Kari Babski-Reeves, PhD, CPE
Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)



All,
Please help me distribute the information attached to the appropriate faculty/researchers.

I have attached the RFP and the Call for Preproposals for the *National Science Foundation's FY 2023 Established Program to Stimulate Competitive Research (EPSCoR) Research Infrastructure Improvement (RII) Track-2FEC.*
***Please note that the topic has changed this year and will be Advancing Climate Change Research and Resilience Capacity to Expand Opportunities for Disproportionately Affected Communities.***
RII Track-2 FEC proposals are expected to be STEM-driven collaborations and the PI and co-PIs should all be active researchers in the associated focus area of the proposal. Proposals should clearly explain how the proposed research, education and workforce development activities will create or increase the capacity for the jurisdictions involved to participate in climate change and resilience research, especially how it pertains to vulnerable populations. Proposals must include a timetable or strategic plan for achieving those goals, and/or a logic model with a clearly articulated theory of change that identifies appropriate indicators of progress towards the desired outcomes.

**DEADLINES:**
**Friday, Nov. 4, 2022**      MSU preproposals due to ORED
**Friday, December 2, 2022**      Notification to PI of preproposal going forward to represent MSU
**Tuesday, December 20, 2022**      Letter of Intent (required) due to NSF
**Tuesday, January 24, 2023**      Full Proposal Due to NSF

MSU219893

Attachment 2022_Z06

Li Zhang

**Enrollment Counts By Department**　　**Filter Again**　　**Results**

- Cross Listed sections are denoted with a 'Y' in the cross list column.
- Seats available for cross listed sections are based on the totals for ALL cross listed sections.
- Click on the 'Y' to view the enrollment details for the cross listed sections.

**Selected Filters**

| | |
|---|---|
| **Term:** | Spring Semester 2022 |
| **Part of Term:** | All Parts Of Term |
| **Campus:** | Starkville |
| **Department:** | Civil and Environmental Eng |

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10809 | CE 2213 | 01 | Surveying | C | F | 90 | 89 | 1 | 267 | N | M W F | 08:00AM - 08:50AM | SIMRAL 100 (https://map.msstate.edu/?id=233#!m/54613) | James Cook , Jr. |
| | CE 2213 | | | C | **Course Totals** | **90** | **89** | **1** | **267** | | | | | |
| 10810 | CE 2213 | 02 | Surveying | K | F | 30 | 29 | 1 | 0 | N | M | 02:00PM - 05:50PM | RULA 1050 (https://map.msstate.edu/?id=233#!m/374133) | James Cook , Jr. |
| 10811 | CE 2213 | 03 | Surveying | K | F | 30 | 31 | 0 | 0 | N | T | 02:00PM - 05:50PM | RULA 1050 (https://map.msstate.edu/?id=233#!m/374133) | James Cook , Jr. |

**MSU219894**

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10812 | CE 2213 | 04 | Surveying | K | F | 30 | 29 | 1 | 0 | N | R | 02:00PM - 05:50PM | RULA 1050 (https://map.msstate.edu/?id=233#!m/374133) | James Cook , Jr. |
| | CE 2213 | | | K | **Course Totals** | **90** | **89** | **2** | **0** | | | | | |
| 10813 | CE 2803 | 01 | Environ Engr Issues | C | F | 68 | 56 | 12 | 168 | N | M W F | 11:00AM - 11:50AM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Benjamin Magbanua , Jr. |
| | CE 2803 | | | C | **Course Totals** | **68** | **56** | **12** | **168** | | | | | |
| 10815 | CE 3113 | 01 | Transportation Engr | C | F | 80 | 80 | 0 | 240 | N | T R | 08:00AM - 09:15AM | OLMAIN 1200 (https://map.msstate.edu/?id=233#!m/73896) | Alireza Ermagun |
| | CE 3113 | | | C | **Course Totals** | **80** | **80** | **0** | **240** | | | | | |
| 10816 | CE 3311 | 01 | Construction Matls Lab | L | F | 35 | 37 | 0 | 37 | N | T | 02:00PM - 05:50PM | TBA | Lana Grayson Sisung |
| 10817 | CE 3311 | 02 | Construction Matls Lab | L | F | 35 | 35 | 0 | 35 | N | W | 02:00PM - 05:50PM | TBA | Lana Grayson Sisung |
| 10818 | CE 3311 | 03 | Construction Matls Lab | L | F | 35 | 32 | 3 | 32 | N | R | 02:00PM - 05:50PM | TBA | Lana Grayson Sisung |
| | CE 3311 | | | L | **Course Totals** | **105** | **104** | **3** | **104** | | | | | |

**MSU219895**

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10820 | CE 3313 | 01 | Construction Materials | C | F | 105 | 104 | 1 | 312 | N | T R | 11:00AM - 12:15PM | OLMAIN 3320 (https://map.msstate.edu/?id=233#!m/73896) | Isaac Howard |
| | CE 3313 | | | C | **Course Totals** | **105** | **104** | **1** | **312** | | | | | |
| 10822 | CE 3501 | 01 | Water Res. Engr Lab | L | F | 24 | 24 | 0 | 24 | N | M | 02:00PM - 05:50PM | RULA 1140 (https://map.msstate.edu/?id=233#!m/374133) | Sandra Ortega Achury |
| 10823 | CE 3501 | 02 | Water Res. Engr Lab | L | F | 24 | 24 | 0 | 24 | N | T | 02:00PM - 05:50PM | RULA 1140 (https://map.msstate.edu/?id=233#!m/374133) | Sandra Ortega Achury |
| 10824 | CE 3501 | 03 | Water Res. Engr Lab | L | F | 24 | 24 | 0 | 24 | N | W | 02:00PM - 05:50PM | RULA 1140 (https://map.msstate.edu/?id=233#!m/374133) | Sandra Ortega Achury |
| 10825 | CE 3501 | 04 | Water Res. Engr Lab | L | F | 24 | 24 | 0 | 24 | N | R | 02:00PM - 05:50PM | RULA 1140 (https://map.msstate.edu/?id=233#!m/374133) | Sandra Ortega Achury |
| | CE 3501 | | | L | **Course Totals** | **96** | **96** | **0** | **96** | | | | | |
| 10826 | CE 3503 | 01 | Water Resource Engr. | C | F | 105 | 114 | 0 | 342 | N | M W F | 09:00AM - 09:50AM | SIMRAL 100 (https://map.msstate.edu/?id=233#!m/54613) | Thomas Lynn |
| | CE 3503 | | | C | **Course Totals** | **105** | **114** | **0** | **342** | | | | | |
| 10827 | CE 3603 | 01 | Structural Mech | C | F | 65 | 64 | 1 | 192 | N | M W F | 11:00AM - 11:50AM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | Philip Gullett |

MSU219896

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CE 3603 | | | C | Course Totals | 65 | 64 | 1 | 192 | | | | | |
| 16847 | CE 4000 | 01 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17177 | CE 4000 | 02 | Directed Indiv Study | I | F | 0 | 1 | 0 | 6 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17178 | CE 4000 | 03 | Directed Indiv Study | I | F | 0 | 1 | 0 | 6 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17179 | CE 4000 | 04 | Directed Indiv Study | I | F | 0 | 1 | 0 | 6 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17180 | CE 4000 | 05 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17268 | CE 4000 | 06 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17403 | CE 4000 | 07 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Veera Gude |
| 17630 | CE 4000 | 08 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Alireza Ermagun |
| 17887 | CE 4000 | 09 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Veera Gude |
| 17888 | CE 4000 | 10 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Veera Gude |
| 17897 | CE 4000 | 11 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Alireza Ermagun |

MSU219897

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17960 | CE 4000 | 13 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | Seamus Freyne |
|  | CE 4000 |  |  | I | **Course Totals** | **0** | **12** | **0** | **45** |  |  |  |  |  |
| 10828 | CE 4143 | 01 | Traffic Engineering | C | F | 40 | 38 | 2 | 114 | Y | M W | 02:00PM - 03:15PM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | Kari Reeves |
|  | CE 4143 |  |  | C | **Course Totals** | **40** | **38** | **2** | **114** |  |  |  |  |  |
| 10830 | CE 4243 | 01 | Land Surveys | C | F | 24 | 20 | 4 | 60 | N | M W F | 09:00AM - 09:50AM | RULA 1050 (https://map.msstate.edu/?id=233#!m/374133) | James Cook , Jr. |
|  | CE 4243 |  |  | C | **Course Totals** | **24** | **20** | **4** | **60** |  |  |  |  |  |
| 10831 | CE 4433 | 01 | Foundations | C | F | 75 | 74 | 1 | 222 | Y | T R | 09:30AM - 10:45AM | MCCOOL 128 (https://map.msstate.edu/?id=233#!m/54483) | Farshid Vahedifard |
|  | CE 4433 |  |  | C | **Course Totals** | **75** | **74** | **1** | **222** |  |  |  |  |  |
| 10832 | CE 4513 | 01 | Engr. Hydrology | C | F | 40 | 12 | 24 | 36 | Y | T R | 08:00AM - 09:15AM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | John Ramirez Avila |
|  | CE 4513 |  |  | C | **Course Totals** | **40** | **12** | **24** | **36** |  |  |  |  |  |
| 15480 | CE 4563 | 01 | Sedimentation Engr | C | F | 40 | 4 | 31 | 12 | Y | T R | 11:00AM - 12:15PM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | John Ramirez Avila |
|  | CE |  |  |  | **Course** |  |  |  |  |  |  |  |  |  |

**MSU219898**

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CE 4563 | | | C | Course Totals | 40 | 4 | 31 | 12 | | | | | |
| 10837 | CE 4863 | 01 | Water & Waste Engr. | C | F | 68 | 65 | 3 | 195 | Y | T R | 08:00AM - 09:15AM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Veera Gude |
| | CE 4863 | | | C | Course Totals | 68 | 65 | 3 | 195 | | | | | |
| 10838 | CE 4903 | 01 | Civil Engr Comp | C | F | 68 | 62 | 6 | 186 | N | T R | 12:30PM - 01:45PM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Thomas Lynn |
| | CE 4903 | | | C | Course Totals | 68 | 62 | 6 | 186 | | | | | |
| 10839 | CE 4973 | 01 | Concrete Structures I | C | F | 65 | 64 | 3 | 192 | Y | M W F | 10:00AM - 10:50AM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Seamus Freyne |
| | CE 4973 | | | C | Course Totals | 65 | 64 | 3 | 192 | | | | | |
| 10840 | CE 6143 | 01 | Traffic Engineering | C | F | 10 | 0 | 2 | 0 | Y | M W | 02:00PM - 03:15PM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | Kari Reeves |
| | CE 6143 | | | C | Course Totals | 10 | 0 | 2 | 0 | | | | | |
| 10842 | CE 6433 | 01 | Foundations | C | F | 5 | 0 | 1 | 0 | Y | T R | 09:30AM - 10:45AM | MCCOOL 128 (https://map.msstate.edu/?id=233#!m/54483) | Farshid Vahedifard |
| | CE 6433 | | | C | Course Totals | 5 | 0 | 1 | 0 | | | | | |

MSU219899

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10843 | CE 6513 | 01 | Engr. Hydrology | C | F | 5 | 4 | 24 | 12 | Y | T R | 08:00AM - 09:15AM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | John Ramirez Avila |
| | CE 6513 | | | C | **Course Totals** | **5** | **4** | **24** | **12** | | | | | |
| 15481 | CE 6563 | 01 | Sedimentation Engr | C | F | 10 | 5 | 31 | 15 | Y | T R | 11:00AM - 12:15PM | RULA 2080 (https://map.msstate.edu/?id=233#!m/374133) | John Ramirez Avila |
| | CE 6563 | | | C | **Course Totals** | **10** | **5** | **31** | **15** | | | | | |
| 10845 | CE 6863 | 01 | Water & Waste Engr. | C | F | 5 | 0 | 3 | 0 | Y | T R | 08:00AM - 09:15AM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Veera Gude |
| | CE 6863 | | | C | **Course Totals** | **5** | **0** | **3** | **0** | | | | | |
| 10846 | CE 6973 | 01 | Concrete Structures | C | F | 5 | 1 | 3 | 3 | Y | M W F | 10:00AM - 10:50AM | RULA 3080 (https://map.msstate.edu/?id=233#!m/374133) | Seamus Freyne |
| | CE 6973 | | | C | **Course Totals** | **5** | **1** | **3** | **3** | | | | | |
| 17297 | CE 7000 | 01 | Directed Indiv Study | I | F | 0 | 0 | 0 | 0 | N | TBA | TBA | TBA | Jun Wang |
| 17753 | CE 7000 | 02 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | John Ramirez Avila |

**MSU219900**

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17754 | CE 7000 | 03 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | John Ramirez Avila |
| 17756 | CE 7000 | 04 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | John Ramirez Avila |
| 17796 | CE 7000 | 05 | Directed Indiv Study | I | F | 0 | 1 | 0 | 6 | N | TBA | TBA | TBA | Isaac Howard |
| 17963 | CE 7000 | 06 | Directed Indiv Study | I | F | 0 | 1 | 0 | 3 | N | TBA | TBA | TBA | John Ramirez Avila |
| | CE 7000 | | | I | **Course Totals** | **0** | **5** | **0** | **18** | | | | | |
| 17173 | CE 8000 | 01 | Research / Thesis | D | F | 10 | 2 | 8 | 9 | N | TBA | TBA | TBA | John Ramirez Avila |
| | CE 8000 | | | D | **Course Totals** | **10** | **2** | **8** | **9** | | | | | |
| 16787 | CE 8133 | 01 | Traffic Flow Theory | C | F | 30 | 0 | 30 | 0 | N | M W | 03:30PM - 04:45PM | RULA 3030 (https://map.msstate.edu/?id=233#!m/374133) | Li Zhang |
| | CE 8133 | | | C | **Course Totals** | **30** | **0** | **30** | **0** | | | | | |
| 15482 | CE 8313 | 01 | Concrete Materials | C | F | 20 | 5 | 15 | 15 | N | T R | 12:30PM - 01:45PM | RULA 2030 (https://map.msstate.edu/?id=233#!m/374133) | Stephanie Wood (P) Tamra Swann |

**MSU219901**

Swann

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CE 8313 | | | C | **Course Totals** | **20** | **5** | **15** | **15** | | | | | |
| 16785 | CE 8463 | 01 | Slopes & Embankments | C | I | 30 | 1 | 29 | 3 | N | T R | 05:00PM - 06:15PM | SWALM 100 (https://map.msstate.edu/?id=233#!m/54607) | Jeremiah Stache |
| | CE 8463 | | | C | **Course Totals** | **30** | **1** | **29** | **3** | | | | | |
| 10849 | CE 8503 | 01 | Data Analysis for CEE | C | F | 25 | 7 | 18 | 21 | N | T R | 08:00AM - 09:15AM | RULA 2030 (https://map.msstate.edu/?id=233#!m/374133) | Seamus Freyne |
| | CE 8503 | | | C | **Course Totals** | **25** | **7** | **18** | **21** | | | | | |
| 10852 | CE 8823 | 01 | Un Pro-Op Env Eng II | C | F | 20 | 1 | 19 | 3 | N | M W F | 09:00AM - 09:50AM | RULA 2030 (https://map.msstate.edu/?id=233#!m/374133) | Benjamin Magbanua, Jr. |
| | CE 8823 | | | C | **Course Totals** | **20** | **1** | **19** | **3** | | | | | |
| 15483 | CE 8923 | 01 | Surf Wat Qual Mod | C | F | 20 | 5 | 15 | 15 | N | T R | 02:00PM - 03:15PM | RULA 2030 (https://map.msstate.edu/?id=233#!m/374133) | James Martin |
| | CE 8923 | | | C | **Course Totals** | **20** | **5** | **15** | **15** | | | | | |
| 16975 | CE 9000 | 01 | Research / Diss | D | F | 10 | 2 | 8 | 9 | N | TBA | TBA | TBA | Jun Wang |
| 17174 | CE | 02 | Research / | D | F | 10 | 2 | 8 | 4 | N | TBA | TBA | TBA | John Ramirez |

MSU219902

| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17174 | 9000 | 02 | Diss | D | F | 10 | 2 | 8 | 4 | N | TBA | TBA | TBA | Ramirez Avila |
| CRN | Course | SC | Title | Type | Delivery Method | Total Seats | Actual Enrl | Seats Avail | Credit Hours | Cross List | Days | Times | Location | Instructor |
| 17344 | CE 9000 | 03 | Research / Diss | D | F | 10 | 1 | 9 | 1 | N | TBA | TBA | TBA | Isaac Howard |
| 17395 | CE 9000 | 04 | Research / Diss | D | F | 10 | 3 | 7 | 13 | N | TBA | TBA | TBA | Farshid Vahedifard |
| 17404 | CE 9000 | 05 | Research / Diss | D | F | 10 | 1 | 9 | 1 | N | TBA | TBA | TBA | Veera Gude |
| 17779 | CE 9000 | 06 | Research / Diss | D | F | 10 | 2 | 8 | 7 | N | TBA | TBA | TBA | Alireza Ermagun |
| | CE 9000 | | | D | Course Totals | 60 | 11 | 49 | 35 | | | | | |
| Department Totals | | | | | | 1479 | 1194 | 341 | 2932 | | | | | |

MSU219903

## Attachment 2022_Z07

**Zhang, Li**

---

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Friday, April 8, 2022 8:57 PM |
| **To:** | Shaw, David; Keith, Jason; Howard, Isaac |
| **Subject:** | RE: Complains, Couse Project and Meeting |

Dr. Shaw and Dr. Keith,

Thank you so much for your time in this matter. I would like to make an appointment with three of you to explain what is traffic counts, or traffic data collection in a broader term. In my view, traffic count is different from an experiment, which is defined in Oxford Language Dictionary as "e$wgnirxmg$wgihyvi$rhivsso$s$ eoi$e$nwgsziv}$xiwx$e$ l}tsxliww$sv$hiq srwxexi$e$srs{ r$egx"

## Dictionary

Definitions from Oxford Languages · Learn more

Search for a word

## ex·per·i·ment

*noun*

/ikˈsperəmənt/

a scientific procedure undertaken to make a discovery, test a hypothesis, or demonstrate a known fact.
"I have tested this by experiment"

Similar:  test   investigation   trial   inquiry   demonstration   examination  ⌄

*verb*

/ikˈsperəmənt/

perform a scientific procedure, especially in a laboratory, to determine something.
"she **experimented on** chickens as well as mice"

Similar:  conduct experiments   carry out trials/tests   conduct research   test   trial  ⌄

It is ok for us to have a disagreement to classify traffic counts as an experiment or not. Traffic counts are widely conducted in transportation engineering and/or traffic engineering course worldwide. I would expect support from Provost Shaw, Dean Keith, and Interim Director Howard to support traffic counts to be conducted by students, as part of transportation engineering and/or traffic engineering class. If needed, we can have a debate/survey with other universities, Deep South Institute of Transporation Engineers (DSITE, Louisiana and Mississippi), and South District of Institute of Transportation Engineers (9 SITE states). There will be two annual meetings with DSITE and SITE meetings in Starkville the next year. I would expect their strong support for transportation education. MSU can sponsor a lunch and have a survey/debate about traffic counts. I will follow the outcomes of the debates/surveys and make necessary changes in the future, to include, or not include traffic counts in a future class.

For the project itself, I asked students after I assigned students, they also thought it was an interesting and good project, which directly tied with their daily driving. For traffic counts, I don't recall a written complaint to me about doing traffic

1

MSU219904

counts. I have graded the traffic data study report yesterday and only 2 out of 39 students would like to discuss their reports with me. I believe it is too late to make any changes to the course syllabus at this point.

In any case, I am keeping my mind open and would like to have an appointment with the three of you, if we don't agree on this email.

BTW, I would appreciate it if Dr. Keith and Dr. Howard allocates funding to buy bookshelves, cabinets, tables, projectors, etc, to restore the transportation lab at least to the same level as we have in Walker. Although Dr. Keith and Dr. Howard told me no funding to do that. Now all boxes have to be pilled up on the floor. I also suggested alternatives to move everything from the Walker transportation lab to the new lab, if COE/CEE does not have a few thousand dollars. I believe Dr. Keith supported the furniture move sometime last year.

Thank you!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Wednesday, April 6, 2022 1:36 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Complains, Couse Project and Meeting


Dean Keith is correct in his interpretation of this being the university's policy. Significant deviations without approval from the UCCC would be considered a violation of our accreditation.


David R. Shaw
Provost and Executive Vice President

2

MSU219905

Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

_____

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Tuesday, April 5, 2022 4:21 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Subject:** RE: Complains, Couse Project and Meeting


Thanks for the message, Li, and for keeping an open mind about how to best deliver the transportation class. Under Dr. Shaw's leadership we are pursuing methods to enhance student success and I appreciate your willingness to support our students.

When we met last week, we talked about how you have students collecting experimental data in a lecture only delivery mode. I told you the following in italics below, but you have told me this is not an official MSU policy.

*Regarding your question about policies, the best thing I am aware of is page 19 of the pdf UCCC policies (listed as page 9 since there are some pages before page 1) which detail the methods of instruction:*
*https://www.uccc.msstate.edu/sites/www.uccc.msstate.edu/files/2021-08/2021-2022-UCCC-Guide.pdf*

*Your course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom.).*

This needs to be followed in CE4143. I would advise that it is acceptable to show students how to set up traffic sensors and how to use software to collect data, give the students a data set, and ask them to analyze it. It is not acceptable to ask them to perform experiments or do manual traffic counts.

Dr. Shaw, can you provide your thoughts on the UCCC guide in relevance to official MSU policy?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____

**From:** Zhang, Li
**Sent:** Monday, April 4, 2022 10:00 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Complains, Couse Project and Meeting

**MSU219906**

Dear Dr. Keith and Dr. Issac:

Thank you so much for your time in meeting with me on April 1. I understand you have to leave the meeting for another meeting before we finish our discussions. After carefully reviewing my meeting notes, here is the summary:

1. Both you and Dr. Howard's accusations of student complaints have been already been addressed, resolved, or been baseless. However, I am open my mind and would like to discuss this with you in more detail. I would like Dr. Howard and you to show me the student's original complaints in their emails or Dr. Howard's notes in the coming meeting so I can better address the complaints and/or improve the class.

2. About Dr. Keith's instructions to me give every student 20 traffic counts points. I believe I can not do that indiscriminately, per MSU policies and my commitment to my professional engineer's conduct, together with many other things. I am open my mind to meeting with you to discuss a better solution to be fair to everyone.

3. I am not convinced and not aware of any MSU policy that does not allow student traffic counts, as many professors in the US and other nations have done in their traffic/transportation engineering classes. Even though that was done by prior transportation professors at MSU, I have done that for the past 15+ years. Your insight into the policies will be greatly appreciated. Again, I keep my mind open and will like to have a follow-up meeting with you.

My schedule is open for next Tuesday (4/19), Thursday (4/21), and Friday (4/22).

Thank your time!

<< OLE Object: Picture (Device Independent Bitmap) >>

4

**MSU219907**

I ~~asked~~ asked someone what the name of FVS ✗ CF is and I was told it was daccel. I will not ast any one for a formula any more, I promise, Thant you Dr. Zhang.

Attachment 2022_Z08

MSU219908

I admit to collaborating and it won't happen again! Question 11-3

X ⬛

MSU219909

I collabrated with another student on homework 2 problem 9. This is against the syllabus and will not happen again

MSU219910

**Attachment 2022_Z09**

| | |
|---|---|
| **From:** | Patrick Sherry |
| **To:** | Keith, Jason |
| **Cc:** | Zhang, Li; Zhang, Yunlong; V.Gopu |
| **Subject:** | Questions about MSU proposal for US DOT UTC |
| **Date:** | Sunday, August 21, 2022 6:06:37 PM |
| **Attachments:** | Letter to the Dean - Final.pdf |
| | UL Lafayette Budget for Yr 1 (1).xlsx |

August 20, 2022

Jason Keith, Ph.D.
Dean of the Bagley College of Engineering
Professor of Chemical Engineering
Earnest W. and Mary Ann Deavenport, Jr. Chair
479-2 Hardy Road
250 McCain Hall
Mississippi State, MS 39762

Dear Dean Keith,

We are addressing this letter with deep concern about the Mississippi State University budget for the TIER 1 UTC proposal for which your campus is the lead.

Mississippi State and the University of Denver have been partners in the US DOT University Transportation Research Centers (UTC) program since 1998 when they were jointly named as "a partnership" and signed a formal agreement with US DOT under TEA-21. Funding was renewed again in 2005 through 2010 under SAFETEA-LU. MSU/DU competed again and became TIER 1 UTC for Intermodal Transportation and Economic Competitiveness (NCITEC) in the 2012 competition and funded until 2016 along with partners from Louisiana, Ole Miss, and Hampton University.

As the three most senior UTC site directors in the proposal, we feel it is our responsibility to let you know how and why the MSU budget as prepared severely damages the prospect of the proposal getting a fair review. The nine members of the consortium have devoted considerable time and effort, not to mention funding for travel to our planning meeting in late June, in preparing the proposal. It would be shame to have a flawed budget undermine our efforts. Together, our team has over 30 years of experience managing UTC sites— literally since the very inception of the UTC program--and are very knowledgeable about the UTC program as structured by USDOT. The following are the various budget items that are of concern and which need your support and approval to correct them.

- The UTC program is not designed for major research equipment acquisition and, as such, budgeting a significant amount of funds for AV equipment in Year 1 would be totally unacceptable to the reviewers. We recommend that no more than $4 thousand be sought for equipment since any amount over $5 thousand needs prior approval of

**MSU219911**

the UTC program officials and a strong justification.

- The lack of partial summer salary for faculty in the federal funds column is a serious flaw since the faculty time committed to the project cannot be entirely match time.  We recommend that the faculty salary charged to the federal funds column be close to or more than the salary that is being matched.  Please see the attached budget submitted by University of Louisiana at Lafayette for Year 1 as an example.

We sincerely feel that if these important changes are made to the Mississippi State University budget, the proposal will receive a fair review and will not be declined/rejected because of glaring flaws in the budget of the lead institution.

Please do not hesitate to call any one of us to discuss this matter if you have any questions. Thanks for your assistance and cooperation.

Best wishes.

Vijaya (VJ) Gopu, Ph.D., P.E. , Associate Director, External Programs
Louisiana Transportation Research Center (LTRC)
Stuller Settings -Matthew Stuller/LEQSF Regents Professor, UL-Lafayette
Formosa Plastics Distinguished Professor Emeritus, LSU
vijaya.gopu@louisiana.edu
Cell: 225-802-8778


Yunlong Zhang, Ph.D., P.E.
Professor, Texas A&M University
Peter C. Forster Professor &amp; Associate Head
Zachry Department of Civil &amp; Environmental Engineering
Texas A&M University
yzhang@civil.tamu.edu
Cell: 979-739-1882



**Patrick Sherry, Ph.D., A.B.P.P**.

Research Professor  & Executive Director
Center for Intermodal Transportation (UTC)
Denver Transportation and Supply Chain Institute
University of Denver
2400 S. Gaylord, Suite 232
Denver, CO  80208
303-503-5772 (cell)
303-871-2495
patrick.sherry@du.edu
www.linkedin.com/in/patricksherryphd
@Patrick_Sherry

**MSU219912**

### Attachment 2022_Z10

| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Shaw, David; Keith, Jason; Howard, Isaac; Corey, Leslie; Lucas, Joan; Nicholson, Elizabeth; Jordan, Julie |
| **Cc:** | Patrick Sherry |
| **Bcc:** | Yunlong Zhang (yzhang@civil.tamu.edu); Robert Whalin; Shuang Z. Tu; Yang, Hong; Yuanyuan Zhang; V.Gopu; Amir Mehrara Molan; mwkang@southalabama.edu |
| **Subject:** | UTC Letterer of Support Issues |
| **Date:** | Friday, October 28, 2022 1:20:00 PM |
| **Attachments:** | Dear Li - final.pdf<br>image001.png<br>image002.png |

Dear Dr. Jordan

All 8 university responded my email. Here is summary:

1. Patrick at DU sent me the attached letter
2. One university PI contacted VP for research and asked congressional letter of support, no action from the university.
3. Other 6 universities took no actions in seeking congressional letter of support on MSU UTC proposal.
4. No university though I have involvement in their letter of support, if they had sought the support.

Let me know if you will need individual university's replies.

I think you may have enough information to conclude I did not asked any support after your order.

Thanks

Li



**From:** Patrick Sherry <patrick.sherry01@gmail.com>
**Sent:** Friday, October 28, 2022 11:03 AM

**MSU219913**

Dear Li –

I am sorry to hear about the disappointing developments at MSU.  You have not asked me to write this, but, I feel the need to clarify my actions and intent regarding this issue and for the UTC application for our universities. In the course of my normal activities, I visited DC to speak with the **Colorado** delegation about a letter of support for our various grant activities.  Just so you know, we are seeking funding on several different fronts and are listed as partners with other UTC applications.  Seeking a congressional letter of support has been standard in our efforts with these proposals.

In the course of describing our activities I informed our delegation representatives that we were also partners on a grant application with Mississippi State University.  This was offered in full transparency and clarification and to avoid confusion for the Colorado Congressional staffers.  I also discussed the history of how our UTC was originally formed based on the collaboration between MSU and DU and then Senator Trent Lott (MS) and Senator Wayne Allard (CO).  During our discussions one of the staffers mentioned that he knew one of the aides in the MS delegation and offered to introduce me to them to keep them informed. I was literally escorted over to meet with Mr. Andrew Bichlmeier (Wicker-MS) and also Rep. Thompson (I never met or spoke to anyone from Rep Thompsons office).  I informed Mr. Bichlmeier that I was seeking support from the Colorado delegation, and that they had suggested that I inform him as well. I described in detail the history of our collaboration with Mississippi. I did not represent myself as a representative of Mississippi State University or that I was acting on their behalf. *He indicated that he would "speak to Mississippi State to see if they were interested in a letter of support."* He also asked me to write a follow up email describing the purpose and goals of the UTC which I later sent.  I thanked him and went on my way. It was clear to me that he intended to check with Mississippi State U officials to see if they indeed were interested.  It appeared to me that this was the normal process.

I apologize if my actions have given the impression that you directed me to pursue a letter of support.  You did not. I was acting on my own. I did not intend to deliberately disregard MSU wishes.  It was my understanding that MSU was simply not seeking a letter. However, it was not my understanding that I was being asked to curtail all of my activities designed to seek support.  If I had known this I would not have visited with Mr. Bichlmeier.  My apologies to MSU and Dr. Jordan if this was the case.

My previous experience has been that such letters will play an important role in the final decision. Assuming we meet the technical requirements of the request for proposals, the process becomes political and the Secretary makes the final decisions based on his judgement.  As background, it is widely believed among UTC researchers, that several UTCs were awarded in the last competition to one or two states apparently on the basis of political connections alone and connections with the then secretary of transportation.  We will never know for sure.  In any event, one University team that we know of had their congressional letters of support included with their submission packets.  Currently, several other universities have been pursuing letters of support from their delegations for the current competition.  Lastly, Gil Carmichael, (former Mississippi political figure), our founder, specifically coached me, years ago, to be sure to seek such letters when pursuing federal funds.  Following his advice has always been helpful.  I should also note that Mr. Bichlmeier wrote to me and noted that "unfortunately, the university does not want our support."  I take this to mean that he liked what he heard about our proposal.

Obviously, I would like to see the proposal we submitted go through the full process.  My colleagues and I have devoted considerable effort to make this the best proposal it could be.  In addition, it was well received by congressional delegates and others who have taken the time to review it. If Mississippi State University is no longer interested in taking the administrative lead, I am sure that the other partners would be happy to consider taking on the administrative leadership role.  Perhaps other MSU staff or faculty could be involved in leading the UTC.  It is also possible that if we are awarded the grant, we could renegotiate the leadership role once the award is made. Please let me know how it turns out.

Best regards,

Patrick Sherry

**MSU219914**

**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Clarification of Activity

Li - Please forward as you see fit.

--------------------------------------------------------------------------------------------------------------

Dear Dr. Jordan -

I wrote the attached letter of clarification to Dr. Zhang a couple of days ago.  He asked me to forward it to you.

I apologize if my actions have created problems for Dr. Zhang and MSU.  It was not my intention to do so.  I was simply following our standard operating procedure when pursuing federal funding as I explained in my letter.
If there is anything that I can do to help resolve this situation, please let me know.

Please let me know if you have any further questions.

Sincerely,


Patrick Sherry
(303) 503-5772



**MSU219915**

Summary of annual review meeting

Disclaimer: not in chronological order; from the best of my memory

Time 830-10 AM October 18, 2023

Attendee:

Dr. Issac Howard, CEE Scholl Director

Ms. Julia Marrison, HR representative

Dr. Li Zhang, a CEE Professor

1. Requested 4 hours and 1.5 hours are granted. Apparently, this is just a cover-up for MSU to state a review process was followed.
2. I have not had time to discuss the annual review at all. All we have done has barely (not) answered my questions. The question and answer are summarized in a separate file.
3. First, I have requested you to give me changes to answer questions from either Dr. Howard or Ms. Morrison before another asked me questions. There are several cases in which this has not been completely honored.
4. I was allowed to choose how to proceed with the meeting. I decided to understand the 2021 and 2022 annual reviews and get answers to my questions. Then, discuss the details of the annual review. Due to the 1.5 time limit on the meeting, we have had any chance to discuss the annual review in detail yet.
5. Most of the time, Dr. Howard would not provide information for his review or the source of the review. A lot of the time, he said he did not know. In the end, Julia Morrison, a representative from HR, spoke the most. It seems she was the school director of civil and engineering contracting. Dr. Howard told me she was there to ensure policies were followed, and she affirmed that she was there to ensure guidelines were followed.
6. When I indicated Dr. Howard violated several policies (see details below), Ms. Morrison defended Dr. Howard's actions. It looks to me Ms. Morrison was there to protect Dr. Howard instead of being on neutral ground. Ms. Morrison also affirmed several accusations against me. It seems to me she was the author of the review, at least part of the author.
7. At one time, Dr. Howard bullied me and asked me to answer Yes or no. It looks like he was the prosecutor in the criminal county asking a Y/N question for a criminal. He once laughed at me since he made me an Engineer instead of a faculty. That is logic and his consistency in rejecting assigning classes to me.
8. Ms. Morrison has prepared all the documents for me not to agree with the review. Apparently, she knew the review and was not objective in the meeting, and I would not agree to the review.
9. Dr. Howard tended to shift his responsibilities to others. For example, he said he did not know I was a caregiver with a special needs kid when he did the massive assignment changes on schedule from classes on T/TH to M/T/W/TH/F and rejected my request to change the class schedule. I also made myself available to earlier classes and late-night class schedules as well. I doubted Dr. Howard knew I was a caregiver since I believe all other CEE faculty know about it. That shifted the responsibility to Dr. Jason Keith since Dr. Keith and Dr. Howard altered my assignments and rejected my course schedule change together. Dr. Howard disagreed that it was

MSU219916

a massive schedule change. Dr. Howard has repeatedly asked me to answer a "Yes or no" for this question or a similar "Does a faculty should be assigned to teach anytime during M-F"? I reminded him that the EEOC's document indicated changing the caregiver's schedule could be discrimination and retaliation against caregivers. When I asked Ms. Morrison, she said she was there for MSU policy only and did not know the EEOC policy.

I also asked Dr. Howard why he changed his mind when he agreed Case Fulcher taught CE3113 in the cited meeting in the review. (of course, he did not mention this in the review document.) Dr. Howard did not answer the question.

10. It looks very unusual to me that Dr. Howard did not know reviews very well. He repeatedly asked me where they were when I asked him about a sentence in the study. For example, he did not even realize he used the words "bully," "harmful," and the exact what I was accused of in, "including failure to follow instructions, failure to maintain established standards of work or productivity or any other unsatisfactory performance." Ms. Morrison positively identified "failure to follow instructions" as the case here. When asked about the details of bullying, she positively identified what I said in the class as bullying, and it appeared to me Dr. Howard did not know what the bully in the review referred to.

11. Ms. Morrison further indicated that any "failure to follow instructions" or similar would result in an unsatisfactory annual review.

12. I also asked Dr. Howard why he changed his mind when he agreed Case Fulcher taught CE3113 in the cited meeting in the review. (of course, he did not mention this in the review document.) Dr. Howard did not answer the question.

**MSU219917**

Li Zhang's 2021 and 2022 Annual Review Questions and Answers.

Disclaimer: from the best of my memory,

Time 830-10 AM October 19, 2023

Attendee:

Dr. Issac Howard, CEE Scholl Director

Ms. Julia Marrison, HR representative

Dr. Li Zhang, a CEE Professor

Here are my memories about Dr. Howard and Ms. Morrison's answers to clear my questions in the 2021/2022 review. Those answers are from the best of my memories. Please add/change if you would.

Blue: text from the annual review
Green: answers

    A.   Specifics in 2021 Review

1.  Teaching quality did not improve. "
evidence of the teaching quality, for example, comparing students' transportation EIT scores. Compare with what/who/when to improve?
Appear to me Dr. Howard did not answer my questions.

2.  CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory."
Please show me the document removed from this course as instructor of record in 2021.
Dr. Howard said the Provost's office should provide the document. I would ask Dr. Howard to follow up on this and give me the document.

numerous problems: what are the exact problems?
Appear to me Dr. Howard did not answer my questions.

3.  "Although satisfactory, this may become an area needing improvement, if no external funds are awarded, based on the wording of this goal"
Request department-wide records of external funds. My understanding was there were not many professors with research funding. According to the prior department head's data, my research funding ranks number 1.
It appeared to me Dr. Howard would not answer my questions.
Dr. Howard admitted he did not add the research project all year since he had worked at MSU.

    B.   On Page 7

4.  Dr. Zhang's collegiality needs to improve in future years
a)   Please show me the document. I have never heard about this collegiality been in evaluation.
b)   Who/when/how/where/environmental?
c)   Improved? How? What do I need to do?

**MSU219918**

d) Separate categories of evaluation, collegiality, does everyone including Dr. Howard, beeneveluated for collegiality?
==Appear to me Dr. Howard did not answer my questions.==

5. During the move from Walker to Rula Hall, the Transportation laboratory organization lagged meaningfully behind the remainder of the facility. Dr. Zhang supplied numerous complaints, but his assistance with the space did not match the number of complaints.

How is this related to my annual review? If so, have you resolved any of those complains at all?
==Appear to me Dr. Howard did not answer my questions.==

6. During the summer of 2021, discussions were held with Dr. Zhang about adjusting his teaching schedule and the possibility of teaching release from research grant funding. These conversations did not materialize to anything justifying the teaching schedule ultimately assigned to Dr. Zhang (CE 3113 – 79 students at the time of assignment and CE 4133/6133 – 14 students) to be altered. On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory.

Here is EEOC's description of discrimination and retaliation to caregivers; we are not talking about "massive change", instead of "a little change" in EEOC's description here. https://www.eeoc.gov/laws/guidance/enforcement-guidance-unlawful-disparate-treatment-workers-caregiving-responsibilities#discrmale

As the Supreme Court noted in a 2006 decision, "A schedule change in an employee's work schedule may make little difference to many workers, but may matter enormously to a young mother with school-age children."[89] Thus, the EEO statutes would prohibit such a retaliatory schedule change or any other act that would be reasonably likely to deter a working mother or other caregiver from engaging in protected activity.

Dr. Howard's justifications, not min justifications. Because Dr. Howard changed classes from T/TH to M-F.

==Appear to me Dr. Howard did not DIRECTLY answer my questions.==

Dr. Howard said he did not know I was a caregiver with a special needs kid. The changes were massive when changes were made to the schedule for classes on T/TH to M/T/W/TH/F, and he rejected my request to adjust the schedule. I doubted Dr. Howard knew I was a caregiver since I believe all other CEE faculty know about it. That shifted the responsibility to Dr. Jason Keith since Dr. Keith and Dr. Howard altered my assignments and rejected my course schedule change together. Dr. Howard disagreed that it was a massive schedule change. Dr. Howard has repeatedly asked me to answer a "Yes or no" for this question or a similar "Does a faculty should be assigned to teach anytime during M-F"? I reminded him that the EEOC's document indicated changing a caregiver's schedule could be discrimination and retaliation against caregivers. When I asked Ms. Morrison, she said she was there for MSU policy only and did not know the EEOC policy. In another case, Dr. Howard wrote I was removed from the instructor in 3113 in Fall 2021. I asked him for the document, and he didn't have it and said the Provost had the document, implying the Provost should be responsible for the document, or for that statement, or similar.

MSU219919

7. Over the course of the semester, Dr. Zhang, on multiple occasions, did not want to make his own arrangements when he needed to miss class. By the later part of November, this course became much more challenging. Dr. Zhang needed surgery and a very challenging set of circumstances unfolded., and Dr. Zhang's removal from this class being necessary with the two attached emails providing information in this regard. Teaching improvement that avoids circumstances of this nature is, by far, the largest improvement needed going forward.

a) document " Zhang's removal from this class."

b) Show me the document I have missed any class.
Appear to me Dr. Howard did not answer my questions.

8. The result of this entire semester was a less than desirable student experience as evidence by the attached student evaluations. A total of 69 students (207 SCH) completed CE 3113, meaning roughly 60% of the students Dr. Zhang was responsible for teaching during 2021 were in less than ideal circumstances.

a) EIT Transportation passing rate and average scores between students in my classes and those not taking my class.

b) Show average grades and passing rates compared with other courses in the same year or past.
Appear to me Dr. Howard did not DIRECTLY answer my questions and would not use those performance measures.

9. Table 1 shows scholarly output and graduate student advisement, neither of which changed a great deal relative to 2020 or were outstanding outputs.
I am requesting the same data from all faculty. I am sure my performance is excellent!
Appear to me Dr. Howard would not share that information.

10. Dr. Zhang is a talented engineer,
Stripped out of the faculty without any duo-process, and that re-classification of my position as an "engineer" in 2011. Please show me the document when I was de-promoted and why.
Dr. Howard laughed at me for what he had done. It appeared to me he laughed at this because what he had done so far was logical. For example, Dr. Howard has repeatedly rejected my request to be an instructor. Dr. Howard said he would make the changes. Ms. Morrison assured me Dr. Howard could not reclassify me as an "engineer."

**MSU219920**

### C.  2022 Review

1.  Conspired and facilitated two secret meetings with students to get "meat," to cheat grades, and to retaliate against me.

Who/when/how/where/environmental/relationships with you, with donors, parent's involvement

==Appear to me Dr. Howard would not share that information.==

Dr. Howard also questioned me "secretly." I could not answer that question at those moments. I recall I was surprised to know about two meetings since the MSU civil rights director's rebuttals of my EEOC complaints mentioned those two meetings.

2.  Performing significant research on existing projects is difficult to quantify,

How and why?

==Appear to me Dr. Howard would not share that information.==

3.   though external funding addition is not evidenced by Table 1. Rather, Table 1 shows a very sharp decline in external funding and no new projects added in 2022. Table 1 suggests the funding used in 2022 was extensions of existing projects.

List all other faculty in the same table.

==Appear to me Dr. Howard would not share that information.==

4.  External funding was applied for by way of a University Transportation Center (UTC), but as noted in a reprimand letter appended to this review, there were some less than optimal activities associated with this UTC proposal

   a)  were some less than optimal activities?

   ==Ms. Morrisons (I am not 100% sure, or Dr. Howard) mentioned that was in Dr. Jordan's letter.==

   b)  Activities you and other administrators supported and not supported (disrupted)

   ==Dr. Howard said he provided matching.== I indicated MSU (or He) disrupted the proposal by not allowing professors to participate in the proposal. Dr. Howard asked me who told me. I replied to Dr. Maruf from ISE originally participated in the proposal writing and was the case.

   c)  Activities past administrators (usually missed)  supported.

   ==Appear to me Dr. Howard would not share that information.==

5.   As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory, though research as a whole was unsatisfactory.

   a)  List of other things unsatisfactory though research as a whole was unsatisfactory.

   b)  List all other faculty's evaluations in comparison with mine.

   ==Ms. Morrison indicated that if one was unsatisfactory, then the entire thing was not satisfied.==

   ==Appear to me Dr. Howard did not answer the questions.==

6.  Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section

   •  Please show me the evidence I was not in the classroom. When? Where is the record I was removed from classes two semesters in a row?

   ==Appear to me Dr. Howard did not answer the questions.==

**MSU219921**

7. Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce. Student experiences in CE 4143 were likely worse than CE 3113 (taught in the fall of 2021) as evidenced by very large numbers of student complaints and interactions between Dr. Zhang and university administrators.

Who/how/when/where is harmed?

Appear to me Dr. Howard did not answer the questions.

8. Dr. Zhang's performance in CE 4143 was a major factor in an unsatisfactory rating for this calendar year. Dr. Zhang was instructed verbally and in emails by the Interim School Director, Dr. Isaac Howard, by Provost & Executive Vice President Dr. David Shaw, and by the BCoE Dean Dr. Jason Keith, that he could not require students in CE 4143 to perform experiments for the course project.

What are the performance measures? EIT and final grades?

Again, show me EIT with/without my classes.

Show me the average grades crossing all CEE senior classes.

Appear to me Dr. Howard would not use those performance measures.

9. It took multiple attempts to tell Dr. Zhang that the course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom). Failure to follow such guidance from the supervisory chain of command places the university in jeopardy of violation of accreditation. Your failure to follow these instructions is unacceptable.

a) Where are the guidelines come from? When you give me the guidelines? Even so, why and how do traffic counts fall outside the guidelines?

Ms. Morrison indicated the chain of command is guidance. Failing to follow the chain of command resulted in the not satisfactory.

b) List ABET penalizes departments for accreditations for traffic counts.

Dr. Howard indicated accreditations included all accreditations. I replied would that be ABET. Dr. Howard did not name other accreditations. ABET was the only one mentioned. I asked why other universities could be able to do traffic counts, and Dr. Howard said MSU is unique.

Dr. Howard did not explain why MSU could do traffic counts before 2022.

10. Additionally, Dr. Zhang made unprofessional comments to students in CE 4143. Students reported that Dr. Zhang said, "he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past." It was verified by university administrators with several students that this, or words to that effect, were made in class on Monday, April 4, 2022. Your comments are unprofessional and unacceptable.

Please list any names based on spying on me, their associations with you, their association, and their family's association with the university.

Appear to me Dr. Howard would not share the information requested.

11. Actions documented in the previous paragraph are in violation of HRM Policy 60-401, as follows: Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance

**MSU219922**

a) Poor performance: Students from my class have better EIT in transportation and better average grades.
Appear to me Dr. Howard would not share the information requested.

b) follow instructions: who's and what?

Ms. Morrison indicated the chain of command.

c) failure to maintain established standards of work or productivity: What is "established standards of work or productivity."

Appear to me Ms. Morrison excluded this.

d) Any other unsatisfactory performance: EIT performance is all performance.
e) Appear to me Ms. Morrison excluded this.

12. Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.
How/where/ who/when/consequences?

It seems Dr. Howard did not know where the word was used. Ms. Morrison indicated that bullying here was the comments I made in class.

13. The university administration allowed Dr. Zhang to be the lead in a proposal to the USDOT for a Tier 1 Grant as noted on page 3 of this annual review. Overall, this was a very unorganized proposal. Dr. Zhang even submitted hour wage style timecards to attempt to be paid during part of this time. Dr. Zhang's performance in this capacity played a major role in his receiving a reprimand from the Office of Research and Economic Development as shown in Attachment 3 of this review. Dr. Zhang's performance relative to this proposal was a major factor in an unsatisfactory rating for this calendar year. This is a primary rationale behind an unsatisfactory rating in research/creative activities.
    a) very unorganized proposal

Appear to me Dr. Howard did not answer this question.

b) Dr. Zhang's performance

Appear to me Dr. Howard did not answer this question.

c) Dr. Howard has had to answer my question: have you made any assistance to my proposal? Have you implied directed another professor to help me? Or not help me? How the prior department head would answer the questions?

Dr. Howard said he made the matching fund. He repeatedly asked me which professor said he would not allow/encourage to help. I replied to Dr. Maruf from ISE.

**MSU219923**

14. It is my sincere hope that sabbatical leave allows re-focusing and refreshing to a level that Dr. Zhang can be a collegial and effective member of the CEE School, that his classroom performance can make jor improvements, and that his research operations can align with university expectations and requirements.

Please detail the requirements:
- Collegial and effective member of the CEE School
- Appear to me Dr. Howard did not answer this question.

- classroom performance

Dr. Howard mentioned teaching all classes and submitting the final grade.
- University expectations and requirements
- Appear to me Dr. Howard did not answer this question.

**MSU219924**