# EXHIBIT 62

**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Tuesday, September 26, 2023 6:38 AM
**To:** Howard, Isaac [ilhoward@cee.msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]
**Subject:** RE: Zhang Flexwork Agreement-Thank you


Dr. Keith and Dr. Howard

Thank you very much!

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Saturday, September 23, 2023 3:42 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Zhang Flexwork Agreement

Dr. Zhang, please see attached.
Regards,
Isaac

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, September 21, 2023 9:28 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Blaylock, Courtney <blaylock@bagley.msstate.edu>
**Subject:** FW: Zhang Flexwork Agreement

FYI – for your records in the CEE school. Please also give Dr. Zhang a copy of this.

Regards,
Jason

Jason M. Keith
Dean and Professor

**MSU216601**

Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Heath, Susan <susan.heath@provost.msstate.edu>
**Sent:** Thursday, September 21, 2023 9:10 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Zhang Flexwork Agreement

Dr. Keith,

I have attached the flexwork agreement for Li Zhang. It is fully executed with all of the necessary signatures and is on record with HRM. It will need to be renewed/reviewed in March of 2024.

Please let me know if you have any questions.

Thanks,
Susan

*Susan Heath*
*Executive Director, Academic Fiscal Affairs*
*PO BOX BQ*
*3500 Lee Hall*
*Mississippi State, MS 39762*

*662-325-0731*
*Susan.heath@provost.msstate.edu*

**MSU216602**

**From:** Heath, Susan [susan.heath@provost.msstate.edu]
**Sent:** Thursday, September 21, 2023 9:10 AM
**To:** Keith, Jason [keith@bagley.msstate.edu]
**Subject:** Zhang Flexwork Agreement
**Attachments:** Zhang, Li_9.20.23.pdf


Dr. Keith,

I have attached the flexwork agreement for Li Zhang. It is fully executed with all of the necessary signatures and is on record with HRM. It will need to be renewed/reviewed in March of 2024.

Please let me know if you have any questions.

Thanks,
Susan

*Susan Heath*
*Executive Director, Academic Fiscal Affairs*
*PO BOX BQ*
*3500 Lee Hall*
*Mississippi State, MS 39762*

*662-325-0731*
*Susan.heath@provost.msstate.edu*

**MSU236030**

# Mississippi State University
# FLEXWORK ARRANGEMENT FORM

## Introduction

The Flexwork Arrangement Form is an important tool to define the details of an approved flexwork arrangement, including specifics about how, where, and when work will be performed.

The following information must be agreed upon by the employee and the employee's immediate supervisor and must be approved up the chain of command to include the approval of the Vice President of the Division. All requests to work outside of the State of Mississippi must also include the approval of HRM and the Office of General Counsel. See Policy 60.324 for further information.

## Employee Information:

| | |
|---|---|
| **Employee Name:** Li Zhang | **MSU ID:** 904138878 |
| **Email:** lzhang@cee.msstate.edu | **Job Title:** Professor |
| **Department/Unit:** Civil and Environmental Engineering | **Exempt** | ☐ |
| **Supervisor/Manager:** Isaac Howard | **Overtime-Eligible** | ☐ |

## Type of Flexwork Arrangement (select one):

| | | |
|---|---|---|
| ☒ | **Hybrid/Flex Telework** | An arrangement in which an employee works at a Flexible Work Location for 1-3 days per week. This is the most common telework arrangement. |
| ☐ | **Fixed In/Out** | Employees have an assigned number of days per month to be in the office with the remainder of the days to be worked at a Flexible Work |
| ☐ | **Flex Around Core Obligations** | Individuals chose to either work at their university assigned location or their Flexible Work Location based on the work they need to perform (no predetermined days on-site) |
| ☐ | **Remote Work (Fully Off-Site)** | Individuals are expected to work off-campus or away from university operated sites at an approved Flexible Work Location almost entirely with minimal expectations of working at a university assigned location. |

## Flexible Work Location:

Please provide the address at which you will perform your job while not at your university assigned location.

Home:
95 Woodlands Green Dr.
Brandon, MS 39047

Mississippi Library Commission
3881 Eastwood Dr
Jackson, MS 39211

The Library location is selected due to its proximity to my special need kid's therapy location. That save me one hour driving time per therapy without returning home to work. The network at the Library (a state agency) is stable and good.

4/20/2023

MSU236031

## Schedule and Location Details:

| | Start Time | End Time | Start Time *(split schd)* | End Time *(split schd)* | Work Location – Campus, MSU controlled site or Flexible Work Location Defined Above |
|---|---|---|---|---|---|
| **Monday** | 910AM | 800PM | | | Campus |
| **Tuesday** | 630AM | 800PM | | | Campus |
| **Wednesday** | 630AM | 245PM | | | Campus |
| **Thursday** | 720AM | 1220PM | 210PM | 450PM | Home in morning and Library in Afternoon |
| **Friday** | 720AM | 1220PM | 110PM | 450PM | Home in morning and Library in Afternoon |
| **Saturday** | | | | | |
| **Sunday** | | | | | |

## Security Measures:

Please describe security measures you will take for the flexible work location to ensure University documents and computers are protected.

At my home and Mississippi Library commission, will follow MSU computer security policy .

## Considerations for Flexwork Arrangements

Please confirm the following:

| | | |
|---|---|---|
| I have discussed the pros and cons of Remote or Telework with my supervisor. | Yes | ☒ |
| I have reviewed MSU's **Information Security Policy**, and **IT Security Tools**, resource for advice on protecting MSU's information at various data levels. I understand that these policies apply to my flexible work location as well. | Yes | ☒ |
| I understand that non-MSU activities such as full-time dependent care or work on a personal project are a significant distraction and not appropriate during scheduled work time. | Yes | ☒ |
| If Non-Exempt (overtime eligible), I understand that all hours worked must be reported and that ANY overtime requires supervisor pre-approval when a flexwork arrangement exists. | Yes | ☐ |
| I understand that I may not work outside of the state of Mississippi without approval from HRM and the Office of General Counsel. | Yes | ☒ |
| I understand the potential disadvantage of Remote/Telework, including but not limited to:<br>• Less access to colleagues impacts camaraderie, brainstorming, and shared experiences important to typical office culture and more readily available when working in-person.<br>• Decreased visibility within the organization and access to leaders and potential mentors.<br>• Fewer defined boundaries required for work/life balance.<br>• Distractions at home (spouse, children, pets, personal chores) all increasing the potential for reduced productivity and performance. | Yes | ☒ |
| If your current state of residence has an income tax, you are REQUIRED to withhold state income tax for that state. As a result, you no longer have to withhold MS income tax.<br><br>I acknowledge it is my responsibility to inform Payroll to change my state withholding from MS to my state of residence. Failure to do this may result in PENALTIES AND INTEREST owed to my state of residence. To inform Payroll of any changes to your state income tax, please email yl231@msstate.edu | Yes | ☐ |

4/20/2023                                                                                                          Page 2

MSU236032

This arrangement will next be reviewed on the following schedule: *Flexwork arrangements should be formally reviewed no less than every 6 month and during annual performance review.*

Before Spring classes starts, will work with Dr. Howard make changes according to teaching, research and service assignments.

## Communication Schedule:

Please define your anticipated communication schedule and method with your Supervisor, team, students, campus clients etc. For example, each Monday at 9:00 a.m. there will be a weekly Teams video chat with the Supervisor, each Wednesday at 4:00 p.m. there will be a weekly Teams video chat with the team, and so on.

1. 40 hours per week will be performed. The work hours are mostly on campus (>30 hours, M-W). Another 10 hours will be conducted in the morning on Thursday and Friday at home. If there is additional hours needed for 40 hours or more, will work at Mississippi library commission on Thursday and Friday afternoon.
2. I will try to schedule my caregiver's responsibilities such as various trainings, meetings, doctor's visits on Thursday and Friday afternoon. If that not be possible, try to schedule Thursday and Friday morning. I will try to maintain the work hours on M/T/W and minimize the changes due to my caregiver responsibilities.
3. Documentation will be provided if there is any change on my scheduled work hours above.
4. Have scheduled weekly meetings with all graduate students. Will meeting collaborators in person or virtually.

## Supplies needed from the University:

If working under flexwork arrangement, please confirm you have set up your Flexible Work Location or provide information regarding what equipment, tools or resources you need to be successful. For security purposes, all employees who will be working remotely on computers, will generally be issued and work only on a University owned computer. Remote work from personally owned equipment is expected to be done by connecting to a University owned computer protected by two-factor remote desktop technology.

N/A

**Note: Individuals working remotely must comply with all provisions of the University's Policy on Information Security: https://www.policies.msstate.edu/policy/0110**

MSU236033

# ACKNOWLEDGEMENT

Flexible work arrangements are subject to ongoing review and may be terminated at any time based on performance concerns, organizational needs, or team structural changes. Generally, the employee or supervisor/manager should give at least 2 weeks' notice in advance of ending or changing an arrangement, business needs permitting. In some specific instances, such as when an employee changes to a part-time schedule, it may not be possible to return to the original schedule and alternatives may need to be explored.

**Approval Chain**
*(Supervisor will identify appropriate approval chain and signatures needed. The chain should end with the appropriate Vice President. If the employee will work out of state, prior approval must be obtained from HRM and the Office of General Counsel. To do so, the VP's office will forward this form to both offices prior to VP approval. If approved, the VP's office will return form to the employee/supervisor and HRM.)*

Employee Signature & Date: Li Zhang Digitally signed by Li Zhang Date: 2023.08.31 21:57:59 -05'00'

Supervisor/Manager Signature & Date: Isaac L. Howard Digitally signed by Isaac L. Howard Date: 2023.09.06 21:28:19 -05'00'

Approved ☒          Denied ☐

Additional Comments:

*Approver:* Jason Keith Digitally signed by Jason Keith Date: 2023.09.07 08:37:14 -05'00'

*Approver:* _____

*VP(office):* _____

*HRM:* _____ 9/19/23

*Office of General Counsel:* _____

4/20/2023

Page 4

MSU236034