# EXHIBIT 63

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Sunday, October 17, 2021 4:23 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ [▮▮▮▮▮▮msstate.edu]
**Subject:** RE: Advising

▮▮▮▮▮▮ the short answer right now is I don't know if and to what extent I will be able to advise students this semester. I will spare you most details, but we just moved into this building and I am spending lots of time preparing for a late October ribbon cutting ceremony alongside several other items that are very time sensitive from now through around Nov 10. I sympathize with any challenges you are having getting advised.

**From:** ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮msstate.edu>
**Sent:** Friday, October 15, 2021 5:39 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Advising

Dr. Howard

I have a question about the advising this semester. I'm supposed to graduate next semester and was told that the department head is supposed to be my advisor. Right now, it is showing that it changed to dr. Zhang. I've had Mr. Zhang in a previous semester and it was a major headache trying to communicate with him about anything. It became such a hassle that Dr. Truax had to change my advisor for me, and he understood that it was very difficult to get any questions answered by Mr. Zhang. I was told by another faculty member to email you to get it changed or see if you would be willing to advise me since I'm a senior. Not trying to be rude towards anyone or anything like that, I just do not want to have to fight that battle again just for advising.

Thank you,
Have a good weekend!

MSU009378

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Tuesday, April 5, 2022 6:08 PM
**To:** ▮▮▮▮▮▮▮▮▮ [▮▮▮▮▮msstate.edu]
**CC:** ▮▮▮▮▮▮▮▮▮▮▮ [▮▮▮▮▮msstate.edu]
**Subject:** Re: CE 4143 Update

Thank you for letting me know.

Sent from my iPhone

> On Apr 5, 2022, at 1:21 PM, ▮▮▮▮▮▮▮▮ <▮▮▮▮▮msstate.edu> wrote:

Good Afternoon Dr. Howard,

It is very obvious that Dr. Zhang has been spoken to by the department as of yesterdays class (4/4/2022).  He basically said regardless of the departments suggestions he will not be changing the project.  He also has come across threatening us in a way.  For example, he told us that he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time.  He mentioned it had happened in the past.  Also, he will not allow the department to change grades this semester so if that is what we are hoping for then he will make sure he doesn't get hacked again.  He then proceeded to talk about he didn't understand why we didn't like him, but it was obvious.  Additionally, he stated again he would not be changing anything.  This is just a brief description of the 30 minute lecture we received about the issue being anything other than himself.  Also, I have CC'd someone on this email that can authenticate what happened in class.  I am sure the other 21 people besides us two can authenticate the story as well.  I just felt the need to let the department know that this speech he gave sounded very much like a threat, which is very uncomfortable.  Thank you for your time.

Kind Regards,

▮▮▮▮▮▮▮▮▮
▮▮▮

Sent from Mail for Windows

MSU010265

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, November 4, 2019 6:24 PM
**To:** Keith, Jason
**CC:** Reeves, Kari; Truax, Dennis
**Subject:** RE: Help for Research Project

Dr. Jason,

I was judged by my country of origin, even unintentionally, that is still classic discrimination. Standing up to biased  even an discriminatory view is not pleasure to me too.

Hope you understand my point.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** Keith, Jason
**Sent:** Friday, October 18, 2019 11:20 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis <truax@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Help for Research Project

Li, I think you sent J████ a rude email and you should apologize to him. In introducing him to you, I was just trying to help a student who was new to Mississippi State University have a chance to speak with someone who was knowledgeable in transportation.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

**From:** Zhang, Li
**Sent:** Friday, October 18, 2019 10:51 AM
**To:** J████ K█████████ <██████@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Truax, Dennis

MSU000238

<truax@cee.msstate.edu>
**Subject:** RE: Help for Research Project

,
Thanks dean's recommendation for asking me for China's plan.

You are right. I know nothing about China's plan but I am pointing you the best sources you could find within COE. Dr. Truax is the director of Mississippi Transportation Institute and a promotor of better and more transportation infrastructure. Dr. Reeves, associate dean of research, also department head of ISE, host an university transportation center and professors with expertise in transportation logistics, freight, warehouse, operations research, could also provide you inside information about how that that plan could affect those issues.

Your persistence on pressuring me providing you my personal options which I don't have any research on is alerting, somewhat insulting as well. Very similar to the assumption African Americas in MSU is athlete. Your assumption "you are from China and an expert in transportation" then "you could not have helped me" is flat wrong. You could easily find if I can help you from my CEE page about my research topics. If you ask me this weekend's LSU/MSU game traffic, I have report for you. For China's transportation plan, I am sorry, I don't have any research on that.

If you are a freshmen at MSU, I hope you take this is the first lesson: don't make assumption first in any research.

Please let me know if you have any other questions you think I can be of assistance.

Good luck for your studies at MSU.


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189

**From:** J████ K████████ ████████@msstate.edu>
**Sent:** Tuesday, October 15, 2019 3:07 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Help for Research Project

Dear Dr. Zhang,
obviously you could not have helped me with the research, but that essay is now turned in. Towards the end of the semester, however, we will write an argument, and there any knowledge you have of the topic could prove very useful to setting it up perfectly. I want to address the question whether other countries should participate in the initiative, especially European countries, as they seem the most

**MSU000239**

unsure about this, and in general about how they should deal with China. Maybe you can get back to me. Thanks in advance.
Sincerely,


On Mon, Sep 30, 2019 at 5:08 PM J█████ K█████████ <██████@msstate.edu> wrote:

Dear Dr. Zhang,
Thank you for answering so quickly. I am interested in the topic, because I want to be able to understand China's geopolitical ambitions as good as possible to make predictions about their future global influence (for myself, not for the project). I am worried and amazed at the same time, and I need as much information as possible, because at some point I will have to form my own opinion about concerns regarding this country. As the research project should be about something we honestly want to know more about, this seemed like a good opportunity.
My main research question shall be something like "Why is China building BRI?", or "What does China hope for by building BRI?", and later I could argue about whether these hopes and goals might be justified. I know that you will not be able to serve as source material, but I would still be interested in just talking about it. Tuesday does not work for me, Monday after 3pm or Friday (basically all day) would work, IF you have time.
However, as you might already know some answers, maybe you have a better main question in mind that will provide me with the best findings possible. As I need to hand in a proposal tomorrow, maybe you could write me that via email. If you have no idea that is no problem, the ones I listed will probably work as well.
Thank you for your help,



On Mon, Sep 30, 2019 at 4:31 PM Zhang, Li <lzhang@cee.msstate.edu> wrote:

,

Thank you for contacting me about transportation. Due to my family hardship, I have not be able to travel to China for a few years. I guess there are a lot of internet resource about China's plan, official or unofficial. If you are talking to me about a research project, source based on personal opinion might not be the best source for your research project. Having said those, I welcome student to come to talk to me, if you think I can be of any assistance. I should be available Thursday around 2PM, if that work for you.

BTW, if you don't mind to talk a little of your research project so I might be able to assist you better.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE

Associate Professor

MSU000240

Box 9546

220 Walker Engineering Building

Department of Civil and Environmental Engineering

Mississippi State, MS 39762

Email: lzhang@cee.msstate.edu

Tel.: 662-325-9838

Fax: 662-325-7189

**From:** J████ K███████████ <██████@msstate.edu>
**Sent:** Monday, September 30, 2019 4:03 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Help for Research Project

Dear Dr. Zhang,

I am J████ K███████████, currently a freshman. In English Composition we will soon start our research project, and I decided to write about China's Belt and Road Initiative. I asked someone if there is someone who could help me sorting out my ideas about the topic. I got redirected to you by the Dean of Engineering. Since you are from China and an expert in transportation there is a good chance you know about this topic.

If so, it would be incredible to just talk to you, and get new insights. It would be great if you could get back to me and provide some help or just knowledge. Thank you for your time.

Sincerely,



**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Monday, November 6, 2017 7:08 PM
**To:** ce4133-01.fall2017@courses.msstate.edu[ce4133-01.fall2017@courses.msstate.edu]; S▮▮▮ W▮▮ W▮▮▮▮▮▮▮ @msstate.edu]; F▮▮▮▮ C▮▮▮▮▮▮▮▮ @msstate.edu]
**CC:** Truax, Dennis
**Subject:** My absence from work for next two weeks

Dear all,

I am sorry my absence due to my pains put you in this situation. I will discuss with Dr. Truax about how I can help you in next two weeks. Please follow Dr. Truax's instructions about the classes in the two weeks.

You may want to take my suggestions in my previous email below.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

---

**From:** Truax, Dennis
**Sent:** Monday, October 23, 2017 1:06 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: No classes for next two weeks (update)

*You really shouldn't have said that last paragraph. And thanks for throwing me under the bus with everyone else…again.*

---

**From:** Zhang, Li
**Sent:** Monday, 23 October, 2017 12:19
**To:** ce4133-01.fall2017@courses.msstate.edu; S▮▮▮ W▮▮ W▮▮▮ <▮▮▮▮▮@msstate.edu>; F▮▮▮▮ C▮▮▮▮▮▮▮ <▮▮▮▮@msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** RE: No classes for next two weeks (update)

After talk to Dr. Truax, he want you to use the two week time to do project. So your next due will be the project progress report on 10 % progress report Due on Oct. 26, as we announced several weeks ago.

**MSU000110**

One more thing, for those you think we are 80% complete. I will have to remind you your homework is 80% complete after you submitted your HW6 the next week. You are expecting to spend time in class learning, another 20% of homework and most important your final project.

You may want to get Bentley Geopack online trainings and the rest of course videos on myCourse to help your project.

I would like to ask you take this opportunity to speak out to President Keenum, the provost, the dean, advisory board and Dr. Truax about the concerns we need more CEE faculty. I had voiced my concern to them whenever I get a chance. I believe they listen to your concerns but not faculty's voices. Unfortunately, this case demonstrated the perfect case for the urgent need.

Feel free to ask Dr. Truax questions.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu
```

**From:** Zhang, Li
**Sent:** Sunday, October 22, 2017 9:12 PM
**To:** 'ce4133-01.fall2017@courses.msstate.edu' <ce4133-01.fall2017@courses.msstate.edu>; 'S▮▮ W▮▮ W▮▮▮' ▮▮▮▮▮@msstate.edu>; 'F▮▮▮▮ C▮▮▮▮▮▮' ▮▮▮▮@msstate.edu>
**Cc:** Truax, Dennis <truax@cee.msstate.edu>
**Subject:** No classes for next two weeks (At least)

Dear all,

I am sorry for any inconvenience this could cause. I am sure Dr. Truax will find solution and I will do my best to assist him.

Due to my pains in my leg and back. I will not be able to teach classes at least for two weeks and there is no guarantee I can teach this semester due to my pain and my family hardship. Please contact Dr. Truax if you have any questions.

```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
```

**MSU000111**

Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu

**MSU000112**

**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Thursday, October 26, 2017 3:07 PM
**To:** Truax, Dennis; ████████ @msstate.edu[████████ @msstate.edu];
████████ @msstate.edu[████████ @msstate.edu]; ████████ @msstate.edu[████████ @msstate.edu];
████████ @msstate.edu[████████ @msstate.edu]; ████████ @msstate.edu[████████ @msstate.edu];
████████ @msstate.edu████████ @msstate.edu]; ████████ @msstate.edu[████████ @msstate.edu];
████████ @msstate.edu[████████ @msstate.edu]; ████████ @msstate.edu[████████ @msstate.edu];
████████ @msstate.edu████████ @msstate.edu]; ce4133-01.fall2017@courses.msstate.edu[ce4133-01.fall2017@courses.msstate.edu]
**Subject:** RE: Geometric Design


Dr. Truax and I have difference. Personal I can help everyone in class, entire class have my phone number. I will reply to phone call and text quicker than replying email. I have doctors' excuse, I will check my email whenever I can.

Dr. Truax is not correct. You have everything you will need for the project. You could go through Bentley's Geopack training and complete the project. I have uploaded videos that can help you. Plus you also did the horizontal Geopack design in your homework. My video is made exactly for the project. It can save your time in comparing watching Bentley's tutorials. Dr. Truax need to find out someone (or himself) that can show you how to start the project. I don't think MSU are in short of people claiming they are transportation experts.

Here is the suggestion, if Dr. Truax could not find someone to do that:
1. Watch the Horizontal video, following the steps. BUT, don't use the way shown in the video to determine the tangent and alignment. You will use the way close to what you have done in homework.
2. Continue watch and follow vertical and plan$ and profile video. Generate the plan and profile sheet. That is all the progress report required.




```
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building(<-Room number changed!)
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
Tel.: 662-325-9838
Fax: 662-325-7189
http://mtrc.msstate.edu
```

**From:** Truax, Dennis
**Sent:** Wednesday, October 25, 2017 1:56 PM
**To:** ████████ @msstate.edu; ████████ @msstate.edu; ████████ @msstate.edu; ████████ @msstate.edu;

MSU000106

████@msstate.edu; ████@msstate.edu; ████@msstate.edu; ████@msstate.edu; ████@msstate.edu; ████@msstate.edu
**Cc:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Geometric Design

*Geometric Design Class*

*As you know, Dr. Zhang has a problem that is preventing him from continuing with the class for at least this week and next. The Dr. will assess his condition in the coming week and he will be able to better assess the next steps for reaching a satisfactory completion of the course requirements.*

*I am writing at this time as I have been told by a student that he is giving you a one-week extension on the assignment due tomorrow. I understand you have key information missing and he will presumably either extend the due date further, or devise a way of giving you the resources needed. I don't know which at this time.*

*Also, I have inquired as to how to submit that work and the homework that is coming due. I understand that you usually submit hard copies un class, but online submission might be in order. I don't know his desire at this time.*

*I wish I had more information for you, and hopefully it is forthcoming once he is able to respond. I am sorry for this situation, but faculty are human and that means sometimes human issues get in the way of normal activities, like teaching class.*

*Thanks for your understanding,*

*Dr. Truax*

DENNIS D. TRUAX, PH.D., P.E., BCEE, F.ASCE, F.NSPE
JAMES T. WHITE ENDOWED CHAIR, DEPARTMENT HEAD, AND PROFESSOR
 DEPARTMENT OF CIVIL AND ENVIRONMENTAL ENGINEERING
DIRECTOR - MISSISSIPPI TRANSPORTATION RESEARCH CENTER

 

*"Civil and Environmental Engineers .... helping make a world of difference."*

**PO Box 9546, 501 Hardy Road, 235 Walker Hall**
**Mississippi State, MS  39762-9546**
Ph: 662.325.7187; Fax: 662.325.7189
Truax@CEE.MsState.Edu
http://www.cee.msstate.edu/people/faculty/dennis-truax/

🌲 **Please consider the environment before printing this e-mail**

MSU000107