# EXHIBIT 64

**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Monday, September 12, 2022 5:32 PM
**To:** Reeves, Kari [kari@bagley.msstate.edu]
**CC:** Bryan-Watts, Teresa [bryan-watts@bagley.msstate.edu]; Watts, Casey [watts@bagley.msstate.edu]
**Subject:** Re: Li Zhang UTC proposal prep summary
**Attachments:** image001.jpg; image001.jpg; image001.jpg; image001.jpg; Accounting of the Submission_kbr.docx

I'll check it out - thanks!

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Sep 12, 2022, at 5:14 PM, Reeves, Kari <kari@bagley.msstate.edu> wrote:

Teresa,
I made a few grammatical edits and a couple of comments. I have some to add and then an overall summary of the last min changes. This is great. Jason and Casey, anything else you want to see?
Regards
kari
Kari Babski-Reeves, PhD, CPE
Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)

**From:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Sent:** Monday, September 12, 2022 12:59 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary
I know most of this you have but since there were some email you were on or Dr. Keith was on, I just thought I would include everything that involved me. I summarized as much as I could and pasted text where I thought it was better to include the exact conversation. Let me know if you need anymore (or less).
Best,
Teresa

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Saturday, September 10, 2022 7:27 AM

MSU234892

**To:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Subject:** Re: Li Zhang UTC proposal prep summary
No worries! Thank you!
Get Outlook for iOS

---

**From:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Sent:** Friday, September 9, 2022 4:51:20 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary
Ok I underestimated how much I had, you were right. I got all the way to 8/3 and realized it would take me at least another hour to get it all down. I will have you something Monday.

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Friday, September 9, 2022 12:39 PM
**To:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary
Wow! Quick! It would take me a couple or three days. 😉
Kari Babski-Reeves, PhD, CPE
Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)

---

**From:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Sent:** Friday, September 9, 2022 12:38 PM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary
I am working on it now. Should have it done today.

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Friday, September 9, 2022 12:21 PM
**To:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary
Yes eventually but the timeline at the moment is more important.
Kari Babski-Reeves, PhD, CPE
Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)

---

**From:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Sent:** Friday, September 9, 2022 11:00 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: Li Zhang UTC proposal prep summary

MSU234893

Yes, I will pull all of my emails so I can put together a timeline of what happened and when. Would you like copies of the emails too?

Best,

Teresa

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Thursday, September 8, 2022 5:39 PM
**To:** Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Watts, Casey <watts@bagley.msstate.edu>
**Subject:** Li Zhang UTC proposal prep summary

Teresa

Can you take a stab at summarizing everything that happened (timelines) with the development of this proposal? I'm trying to document what happened and will add to it, but you had some interactions that I will not be aware of. Happy to chat about this when you have a min.

Thanks,

kari

Kari Babski-Reeves, PhD, CPE

Larry G Brown Endowed Professor and Head, Department of Industrial and Systems Engineering

Associate Dean, Bagley College of Engineering

Mississippi State University

662.325.7624 (office)

662.694.1286 (cell)

MSU234894



**MSU234895**



**MSU234896**



MSU234897



MSU234898

| 5/26 | Copied on email to Gammill, Reeves, and Howard requesting help. He requested a list of resources. |
|---|---|
| 5/27 | Response from Dr. Reeves and Gammill |
| 5/27 | I reached out to him directly and offered assistance |
| 5/27 | He replies with the RFP (from the year before) and expresses his concern is with the matching and mentions possibly getting match from "endowment and alumni donations".  He mentions 4 of his subs and requesting match from MDOT. |
| 5/27 | I explain that I will ask what might be available at the College level for matching and recommend how we might find other faculty of interest for the subs and ask about dollar amounts for the MSU and possible sub budgets. |
| 5/27 | He expresses that he would like ORED to get in touch with "Senator Wicker's transportation staff" for recommendations on other subs and senators that would "stand behind the proposal".  He says we will have a 10 mill budget with MSU getting half.  2.5 mill of match with MSU having 500k of that match. |
| 5/30 | Emails me official RFP |
| 5/30 | Request travel approval from Dr. Howard.  I am not copied on previous emails so I do not know any details other than the subject "UTC Update and resources request" |
| 5/31 | Emails me and Dr. Gammill asking for a meeting with someone from our office "who work with our congressional delegates indirectly or directly, to see what realistic support we might have and to which university we are encouraged to collaborate" |
| 5/31 | I call Dr. Gammill for clarification on MSU lobbying policy.  I relay the previous conversations I had with Dr. Zhang about his intentions and the support he had hoped to get from MDOT and the information I had taken from emails I had been previous copied on.  She tells me she will respond to his email. |
| 5/31 | Dr. Gammill responds copying Dr. Reeves where she states he will need to identify other universities that would like to collaborate that fit within the research themes that have been identified for the UTC.  She goes on to say that since the UTC is a funded program, MSU will not seek additional congressional support for this effort. |
| 5/31 | He replies saying "Dr. Garmmill, Thanks for letting us know no additional congressional support" |
| 6/8 | Dr. Zhang sends second email to Dr. Howard requesting approval of travel, this time, identifying it as travel to a CUTC meeting. |

**MSU234899**

| | |
|---|---|
| 6/8 | Dr. Howard responds saying the College had already "generously provided $1500 of travel and proposal development" |
| 6/9 | He emails Sean Jacobs and Hong Yang of Old Dominion University and introduces me as his collaborator in the ORED to work with them on the budget. I do not correct the anyone on the office I work for at MSU. |
| 6/10 | Sean Jacobs emails me and says he will provide a letter of commitment and proposes some dates for when they will send me other items. |
| 6/15 | Sean Jacobs copies me on an email on letterhead conveying their interest in being on the proposal (the letter of interest was necessary on the part of MSU and I believe they sent this as documentation ahead of that letter) |
| 6/16 | I had a phone call with Dr. Zhang. He asked if someone at SPA should be on the call and I did not think this was an appropriate office to add at this point. Also, at this point, I had been given the impression by his correspondence with administration that he was unsatisfied with the support he was offered. I felt it necessary to have a witness to our call and asked Natalie to join me. I added her to the invite and communicated with him by email the day before that she would be on the call. I introduced her on the call so he would know she was present. |
| 6/16 | Contacts Dr. Reeves about additional travel funds for travel to subs. |
| 6/16 | I put in a Samanage ticket and email him the link to Samanage and getting access to that portal. I also include the direct link to the ticket, 19613. I also gave him instructions for Cayuse registration and navigation. |
| 6/16 | Dr. Keith replies to travel request email sent to Dr. Reeves. He recommends online meetings. |
| 6/17 | Dr. Zhang has trouble getting into Samanage. I deduce that he did not set up and account before trying to access the link. |
| 6/23 | Email back to Dr. Keith "Thanks for you letting me know. We are going to let the other 8 other consortia universities know we will participate remotely.<br><br>As for Dr. Howard's reply to my email, I found it in the deleted folder this morning, still with a word "yes" and "no". I am hoping Dr. Howard is more straightforward in the future. " |
| 6/27 | Dr. Zhang: "Who is the best person in ORED to sign the letter, Dr. Jordan or Dr. Teressa?" He includes a link to the letter. |
| 6/27 | My response concerning the letter: "This looks fine to me but after reviewing the RFP, I believe this letter needs to come from you, signed by you. I think you should copy Becky Bassett at OSP and myself on the email just so we can be kept in the loop, should they have any questions. Typically OSP signs letters where dollars are being |

MSU234900

| | |
|---|---|
| | promised, but since this one does not have this requirement there no reason for them to sign." |
| 6/27 | He agrees and sends the letter to DOT. |
| 6/29 | 2 emails from Dr. Zhang to Cindy Smith at MDOT and 2 emails back from her. Dr. Zhang: "We are writing US DOT grant proposal which is due on August 25. You may be aware that traditionally, we get a letter of support from MDOT. Would you be available may be after July 4 holidays, we brief you our progress and get the letter? This round, we have major State Universities in MS backing us: USM, OLEMiss and JSU. Let me know if any particular day and time be good for you. I am flexible." <br><br> Cindy Smith: "Li, I will be out of the office visiting out-of-state family all next week, but can look at it this week or the week of 7/11-15." <br><br> Dr. Zhang: "Cindy, sure. The week of July 11-15 will work for us. Thanks" <br><br> Cindy Smith: "Great, thanks!" |
| 6/29 | He had indicated in 2 previous emails that he would like to request support from MDOT. He also had indicated he wanted a letter of support from them with specific information included. I email Dr. Gammill after speaking with Casey. I copy Casey, and Drs. Reeves, Keith and Howard. <br><br> "I wanted to forward this to you to ask how you would recommend I proceed. I copied your message to Dr. Zhang below so that you could see your correspondence with him from last month. <br><br> After his initial email, I spoke with you to clarify the rules of requesting research support funds from state agencies. This month I have spoken with Dr. Zhang and helped him put together a preliminary budget for his project. During our call, he reiterated that he would like to request MDOT contribute the cost share (1:1) that was required for this DOT grant. I told him that the language for the letter of support should go to you and that project support was not a request he could make directly. I am not aware of any correspondence he may have had with your office, but believed I should touch base to ensure we are going through the correct University channels. For context, I searched and found that Cindy Smith is a State Research Engineer with MDOT." <br><br> After some discussion from Drs. Keith Reeves and Gammill, Dr. Gammill emails him and reiterates her office would speak to MDOT to secure the letter of support and asks him to draft the letter. |

MSU234901

| | |
|---|---|
| 6/29 | Submits letter of intent with myself and Becky Bassett of OSP copied.  UTCgrants confirms receipt the same day. |
| 6/30 -7/1 | Drs. Zhang, Reeves, Gammill and Keith on Documentation on past UTC projects at MSU.  Dr. Zhang requested documentation including reports for prior awards.  The only documentation that I could contribute the most recent application packet.  I provided information for the RFP to Drs. Keith and Reeves showing that only a discussion of past experiences the institution has had with UTC programs was required in the proposal summary along with the confirmation that the University was timely with activities, reports and was able to provide the required matching funds. |
| 7-14 | Email from Sean Jacobs on behalf of Hong Yang at Old Dominion University to Dr. Zhang and I.  Dr. Zhang answered the email about questions about what he wanted on the budget. |
| 7-14 | Dr. Zhang requested I provide a budget template to the other institutions.  I provide our Excel template explaining they could change the rates to match theirs and that the budget that DOT requested was a simple table that could be found in the appendix of the RFP. |
| 7/15 | Copied on additional correspondence from Old Dominion University about sending a draft budget. |
| 7/15 | Dr. Zhang asks Amir Mehrara Molan from Ole Miss to send the budget to me. |
| 7/15 | Dr. Zhang forwards the copy of University of Denver's budget to me. |
| 7/15 | I email Dr. Zhang for clarification on his subs including the match.  At this point I had not received any feedback on the budget I had posted in the Samange ticket for his review 6/22 |
| 7/15 | I email Dr. Zhang to ask if he is getting notification from the poral.  He had not responded to OSP. |
| 7/15 | Emails between me and Dr. Zhang about particular budgeted items.  I subsequently updated the budget in Samanage |
| 7/16 | Emails I am copied on to Dr. Zhang from Amir Mehrara Molan from Ole Miss about budget. |
| 7/18 | I email Dr. Zhang with a copy of the budget and ask for clarification on cost share. |
| 7/18 - 7/21 | Email between myself, Drs. Keith, Reeves and Howard on the budget.  I indicate that I have been unable to have Dr. Zhang review the budget.  I am directed by Dr. Reeves to add staff and faculty to the budget detailed with effort amounts in email. |

**MSU234902**

| | |
|---|---|
| 7/18 | Meeting in person in Dunn Conference at the request of Dr. Zhang. I included Natalie and Casey. I printed the budget for his review. At this point he had not given me any feedback since I had first worked on a month before. We talk about matching funds and after a question to the sponsor make changes to reflect the cost share of 1: 0.5 |
| 7/22 | We have emails back and forth discussing budget formats. I indicate that any format from the other institutions if fine for us. |
| 7/25 | After receiving a budget from Ole Miss that was not for the amount we had previously discussed, I emailed Dr. Zhang asking that he please look at our working budget and make the necessary edits or communicate to me or Ole Miss what their total budget should be. |
| 7/25 | Emails between myself, Dr. Keith, Dr. Reeves, and Casey about only receiving 2 of the sub budgets and no input from Dr. Zhang on the overall budget. |
| 7/28 | Dr. Zhang starts proposal in Cayuse and gives me permissions. |
| 7/28 | He has problems with Samanage. He was trying to access without registering with OSP. |
| 7/28 -7- 29 | **Dr. Zhang** asks me and Dr. Keith for a faculty member to put on the budget to run the MSU project piece and requests a separate budget for the 180k part of this budget (MSU does not allow 2 MSU budgets for a project).<br><br>**Dr. Keith** then requests to see the most recent full budget. Dr. Reeves Copied.<br><br>**Dr. Keith** sends out information on UTC to all Engineering faculty who may like to be part of the project.<br><br>I explain to Dr. Zhang that I can add a faculty member and their percentage of time but it cannot be on a separate budget. The justification is the place to delineate between what resources are supporting the unit and which are supporting the center.<br><br>More discussion between **Drs. Keith, Reeves, Howard and myself** about cost share commitments.<br><br>**Dr. Zhang** attempts to increase time of support staff not previously agreed upon by Drs. Howard and Keith. He wants to meet to justify his calculations and need for office space in the research park to Dr. Keith.<br><br>**Dr. Keith** requests a meeting with Dr. Zhang for the next week. |

**MSU234903**

| | |
|---|---|
| 7/31 | Dr. Zhang emails me with questions about submission through Cayuse and if he must also use grants.gov.   I explain that the University uses Cayuse for all grants.gov submissions. |
| 7/31 | Dr. Zhang forwards me information from South Alabama for proposal |
| 8/1 | Yue Yang from University of Louisiana contacts me about proposal documents needed. |
| 8/2 | Dr. Zhang gets contact information from Dr. Gammill to contact Marc McGee about office space.  Mr. McGee indicates the rate but that not space is available. |
| 8/2-8/3 | Discussions with **Drs. Keith, Reeves, Howard and myself** about "where to house the center". <br><br>I email Dr. Keith and Dr. Reeves the following: <br>" There is room in the budget for this expense, but I was not sure what was appropriate.  Typically indirect is intended to cover office space, utilities and janitorial services.  Also, it could be difficult for us to justify charging office space when all of the faculty/staff with time on the budget already occupy offices.  It could be that I do not completely understand what the Center does but since this award would have a significant amount of overhead charged, I would like you to advise.  Maybe he is meaning more of a meeting area designated for collaboration with the outside institutions? " <br><br>**Dr. Keith** requests justification from him for this space. <br><br>**Dr. Zhang** replies: <br><br>"Thanks for your asking! <br>I would suggest the square footage about the same as transportation lab in Rula. I believe it is around 550 square feet (not sure). <br><br>The biggest justification is to show DOT about MSU's commitment in UTC funding and project administration. The center is managing $2+$1 funding, a reasonable arrangement would have staff and administrators,  although may not be full time. If no professional administrative staff from COE and CEE available, then one or more graduate/student workers will be expected  around  most time, if not all hours between 9-5. <br><br>The second reason is the project management and documentation storage. I believe we can be better off if we can store all project final reports and proposals not only in electronic space, but also as printed copies. I would also like to have at least one hardcopy for project final report and proposals be stored. For project management, I |

MSU234904

am proposing monthly project progress meeting with 9 universities. I would schedule 9 days in a month between 1-3 hours,  a dedicated conference room will make sense.

With transportation lab moving from Walker to Rula, transportation lab is only 50% or less than the original space in Walker. I believe the total square footage for CEE in Rula is more than those in walker, and there are unused spaces or spaces allocated to the names not in CEE faculty list. The point is we have space available in Rula. "

After input from Drs. Reeves and Gammill, Dr. Keith replies:

"Thank you, Li. Since the personnel involved at MSU already have office spaces, and the graduate students could find space in their departments (including the Rula Hall transportation lab), it seems like additional space is really not needed. Further the staff affiliated with the UTC will have other responsibilities and would need to maintain a presence in their current locations(s).  I know that you are working on descriptions of laboratory spaces for those involved in the center.  As such I'd suggest you say "Space for the Xyz University Transportation Center to be located on the Mississippi State University campus, will be housed in the PIs department primarily within the Rula School of Civil and Environmental Engineering. Laboratory and office spaces described in ABD will house graduate students and affiliated faculty and be used to support the UTC activities.  The Bagley College of Engineering will assist with scheduling and hosting UTC group meetings using various conference room facilities.  Should additional space be needed, we will either secure space from the university or in the local community. This would be covered with other funds."

With respect to hardcopy storage facilities, the university is moving (and likely has) to paperless systems.  We have ample space on the college servers to host any repository needed, you will be required to provide the university repository with documentation given that this is a federal grant, and the university one-drive system provides a 3rd level of redundancy."

**Dr. Zhang** replies:

"Can I add "no dedicated space for the center" at the begging of your statement?"
**Dr. Keith** replies:

"No you should not. Space for the Xyz University Transportation Center to be located on the Mississippi State University campus, will be housed in the PIs department primarily within the Rula School of Civil and Environmental Engineering."

A discussion between **Drs. Keith Reeves, Howard and Gammill** on he proposals theme being lacking.

**MSU234905**

| | |
|---|---|
| 8/8 | Dr. Zhang forwards Yunlong Zhang's email from Texas A&M University giving my contact information. |
| 8/9 | Yuanyuan Zhang from University of Southern Miss sent a budget for their project. |
| 8/9 | Sean Jacobs from Old Dominon University asks for information on the budget to which I say that their 270k budget was what I was told would be the ceiling for the subs and that since we had not finalized our budget, I would get back with him if needed. |
| 8/10 | I email Dr. Keith with an update about the proposal:<br><br>"My last communication with him directly was the 1st. He will not use Samanage but I was finally able to get him a Cayuse account and application started on there. I have attached the last time I sent his budget for review. I have not received a reply to this budget so that means I he has not looked at since our meeting on the 28th I believe."<br><br>He responds copying Dr. Reeves and asked what cost share on the proposal was approved by the appropriate department head.<br><br>My response:<br><br>"An email on 7/29 from Dr. Howard said that the proposed by Zhang amount of 50% was too high (he was agreeing with you after you said so the same day). My email that he was copied on from 7/28 stated I had raised everyone (faculty and staff) from 10 to 20% did not get a response from Howard or Zhang.<br>I said the following with that budget attached.<br><br>*I can add another faculty member and percentage of their time when I know who the faculty is and what their salary is. I cannot separate the 180 on the budget per se. You will have to delineate between what resources that are supporting the unit at MSU (270k in resources) and the center budget in the Justification.*<br><br>*Please see the attached budget. You have space for more faculty but please note, I bumped up the others on the project to 20% but I have not yet confirmed if they have this time available.*<br><br>I have also uploaded the budget in the portal. When we met weeks ago, I told Dr. Zhang that once I altered the budget again it was imperative that he review and let me know where he would like to spend the rest of the money so I could finalize and send to you and Howard for cost share approval. I have since deleted Dr. Wang after finding out through your correspondence with her that she told Dr. Zhang she would not be on the project. Also, a banner effort report would only show us the past, not the current or future effort |

MSU234906

| | |
|---|---|
| | commitments faculty have.  So once we hammered out how and how much, I had planned to reach out to the business managers to get a picture if these amounts were plausible.<br><br>I have not really had any way to move forward.  I have answered and received budgets from sub award institutions that he has contacted.  Some have the 180/90 split for a 270k budget and some have more.  I have hesitated to correct them yet since I do not know where we stand.<br><br>I am more than happy to do whatever is needed;  I am not sure how to help right now." |
| 8/10 | I receive an email from Tyler White of Texas A&M asking me for documents needed. I respond with the information that I had but said that I was not part of previous conversations with them but that I would need their budget. |
| 8/11 - 8/12 | **Dr. Zhang** asks Dr. Keith for information on staffing and cost share.  He raises the effort of Admin staff without approval and adds office space back to his requests.  Dr. Howard corrects the increase in Merri's time and states he had previously approved 10%, not 25%.<br><br>I send the following to Dr. Keith:<br><br>"I understand what he is trying to do but there cannot be 2 MSU budgets.  It does not have to be this complicated; for the submission, he needs to show the total percentage of effort from each faculty/staff.  He can then use his justification to breakdown the distribution of this time between the site and center.  He will still need to add more faculty time to meet the cost share using salary/fringe.  In this email from yesterday he tried to sneak Merri up to 35% from 20% and still tried to add the 18k for office space that last I saw, you explicitly said was not appropriate.<br><br>I wanted to point these things out ahead of your meeting. "<br><br>**Dr. Keith** responds to Dr. Zhang asking about faculty commitment on those that are in the budget and references past emails about staff time and office space.<br><br>Both **Drs. Howard and Keith** state the will not be co-pis or have time to contribute to the project. |
| 8/15 | Dr. Keith asks Dr. Reeves if she would approve 10% of Alisha's time to the project and Dr. Reeves agrees. |
| 8/16 | **Dr. Zhang emails Dr. Keith** for more information on cost share with Drs. Gammill, Reeves, Howard copied along with myself and Casey.  He again references separate amounts of matching for the center and the MSU project. At this point, I have explained that these are on the same budget several times.  He is concerned there will not be enough matching. |

**MSU234907**

**Dr. Keith** request to see the latest budget and says there will be enough cost share support. He also sends an emails showing 10% of Merri's time and 10% of Alisha's and commits 10% of Casey's time

**Dr. Zhang**: " I just have myself matched. Clay emailed me back and said he does not have any matching. Steve at CAVS extension and I had meeting in the morning, he said he would get me back. Given Clay said so, I don't know the chances he would take something out of $180. Given 4 out of budget, we need to get another 4 in, with 25% matching each.
So we will need $90K +(190-my match)=$90+(190-30*1.45*1.46)=$90+$131 or about $140K match. If we convert $140 to salary, that would be 140/1.46/1.35=71k, a salary of 75k should be able to cover. If you have faculty names, Teressa from your office and I would be able to give you exact number.
I also need the name and short writing of one accounting and one adm staff, around 25% working load. With their name, Teresa from your office and I could work on details of budget."

Another from **Dr. Zhang** on the same day: "Dr. Keith, I replied your other email first and thanks for the add two more staff.

Would you arrange business staff and Merri's workload around, we have one person with 20% workload, instead of two business manage persons with each 10%? Kari, would you arrange around so we use 20% of Alicia Bennett (administrative staff, I guess)'s time. Although that would be close to $25% min I would suggest.

So there are only two questions:
1. Your staff (I need a name a short bio) or Merri
2. Faculty names (need to be firm, not like last around, if someone withdraw next Monday, then Monday might be the last day we need ORED and SPA's approval for everything) to be part of $75k. For example, if you commit your salary of 75K, that will be a solid commitment."

**Dr. Reeves** replies that he should "stick with what was approved"
**Dr. Zhang** replies" "I don't need 10% of your staff. The 10% workload does not look good to me."
**Dr. Howard** replies: "Merri Kilpatrick can be 0% or 10%."
**Dr. Reeves** replies: "Same for Alisha. You can utilize the resource I've approved or we can remove her contribution entirely."
**Dr. Keith** replies: "For question 1, as Kari already mentioned, we have committed 10% each of Merri, Alicia, and someone from BCoE. This adds up to 30% which is closer to what you asked for. We will need to evaluate who from our team is best suited for this, but if you need a name now, use Casey Watts as she is the esteemed leader of our college business office.

Our departmental and college staff are busy and a single person cannot be devoted to one project at 30%.

I do not understand question 2."

MSU234908

|  |  |
|---|---|
|  | **Dr. Zhang** replies: "For question 2, I need faculty names and percentage contributions for each. I hope there will be no change once a name is added.<br><br>Casey, thanks for your help. May I have one or two paragraphs of your Bio?<br>Can we day something like this in the propsoal: Casey is overseeing business/accounting for consortia universities<br>Merri is overseeing account/business within MSU, including UTC management.<br>For Alice, I prefer not to use. "<br><br>**Dr. Zhang** requests bio from Merri.<br><br>**Dr. Keith** replies: "Thank you for your email, Li.<br><br>As of now, I haven't seen an updated budget file like I mentioned earlier today.<br><br>I just dug through all the emails about this proposal. The personnel listed on a very old budget were these folks:<br>• Li Zhang – we need to discuss an updated percentage for the project budget and the administrative budget (what should total budget be for him?)<br>• Junfeng Ma – cannot participate<br>• Haifeng Wang – listed on project budget (what should total budget be fore him?)<br>• Yu Luo – listed on project budget (what should total budget be fore him?)<br>• Jun Wang – cannot participate<br>• Merri Kilpatrick – listed on project budget, 10% total effort<br><br>From the last day or so, there may be some additions:<br>• I am not sure about Steve Puryear or anyone at CAVS-E.<br>• We also added someone from BCoE at 10%, for now I asked you to use Casey Watts.<br>• We wanted to add Alicia from ISE at 10%, but you declined that. I don't know why, since we are trying to get cost share, but that's your choice.<br><br>As you know this budget has changed daily, and I need to figure out the total cost share of all of the above and then will know how much BCoE needs to add." |
| 8/16 | Sean Jacobs from Old Dominion University sends me documents. |
| 8/17 | Email from Yue Yang of Louisiana telling me the information he will be providing. |
| 8/17 | Dr. Reeves indicates that Dr. Haifeng Wang will not be a Co-Pi. |

**MSU234909**

| | |
|---|---|
| 8/17 | Dr. Keith requests an updated budget from me. Dr. Reeves and Casey copied. |
| 8/17 | **Dr. Zhang** to Drs. Keith and Reeves with Drs. Gammill and Howard copied and myself and Casey.  "Thank you for your email, Li.<br><br>As of now, I haven't seen an updated budget file like I mentioned earlier today.<br><br>I just dug through all the emails about this proposal. The personnel listed on a very old budget were these folks:<br>• Li Zhang – we need to discuss an updated percentage for the project budget and the administrative budget (what should total budget be for him?)<br>• Junfeng Ma – cannot participate<br>• Haifeng Wang – listed on project budget (what should total budget be fore him?)<br>• Yu Luo – listed on project budget (what should total budget be fore him?)<br>• Jun Wang – cannot participate<br>• Merri Kilpatrick – listed on project budget, 10% total effort<br><br>From the last day or so, there may be some additions:<br>• I am not sure about Steve Puryear or anyone at CAVS-E.<br>• We also added someone from BCoE at 10%, for now I asked you to use Casey Watts.<br>• We wanted to add Alicia from ISE at 10%, but you declined that. I don't know why, since we are trying to get cost share, but that's your choice.<br><br>As you know this budget has changed daily, and I need to figure out the total cost share of all of the above and then will know how much BCoE needs to add."<br><br>**Dr. Zhang**: "Dr. Reese and Dr. Jason,<br><br>Writing the proposal to the best ability is something I cannot. I don't want to talk about the painful process of working on the other aspect of the proposal and how many hours I have been distracted from writing the proposal.  I also don't want to waste everyone's time arguing how those names were added and withdrawn later. Assume everything you talked about was right, we need solutions:<br>As far as the budget file, I give you a rough estimation. I thought I was not assigned the task of doing the budget. If you changed your mind and you want to assign me to do the budget, please confirm that.<br>It does not matter who is doing the budget, please give us the name of the faculty and their distribution. For example, 25% of Dr. Keith's salary should cover all matching. That will be the easiest and simplest way to move forward. With information like that, I am sure several of your staff should be able to give you a budget. I don't mind doing that too if you assign me to do so."<br><br>**Dr. Keith**: "I've asked Teresa Bryan-Watts to update the budget. These are the people in last night's email. Kari and I chatted and Haifeng is ok to add. |

**MSU234910**

The personnel listed on a very old budget were these folks:
- Li Zhang – we need to discuss an updated percentage for the project budget and the administrative budget (what should total budget be for him?)
- Junfeng Ma – cannot participate
- Haifeng Wang – listed on project budget (what should total budget be fore him?)
- Yu Luo – listed on project budget (what should total budget be fore him?)
- Jun Wang – cannot participate
- Merri Kilpatrick – listed on project budget, 10% total effort

From the last day or so, there may be some additions:
- I am not sure about Steve Puryear or anyone at CAVS-E.
- We also added someone from BCoE at 10%, for now I asked you to use Casey Watts.
- We wanted to add Alicia from ISE at 10%, but you declined that. I don't know why, since we are trying to get cost share, but that's your choice."

**Dr. Zhang**: "Dr. Keith and Teresa, I just want to make sure it be ok to add Haifeng and Yu to the budget because they said no already. I assume they will not withdraw too, if added now, for example, a few hours before the deadline, leaving no chances to make changes.

- Li Zhang – we need to discuss an updated percentage for the project budget and the administrative budget (what should total budget be for him?)

I would prefer to keep what have in the existing budget

- Haifeng Wang – listed on project budget (what should the total budget be before him?)

I would suggest 5-10% DOT funding, match the highest % as he agrees and possible. First to the project $90k. If there is a room left over, matching the $190 center budget.
- Yu Luo – listed on project budget (what should total budget be fore him?)

Same as Haifeng, I would suggest 5-10% DOT funding, match the highest % as he agrees and possible. First to the project $90k. If there is a room left over, matching the $190 center budget.

The rest of $180K goes to graduate students and student work, maybe some travel for TRB for Yu and Haifeng (2X$3000). Please make sure at we budget at least two graduate students, first.

- Merri Kilpatrick – listed on project budget, 10% total effort
- I am not sure about Steve Puryear or anyone at CAVS-E.

I would say probably say not, since Clay said no matching. I will email him to confirm before COB today.
- We also added someone from BCoE at 10%, for now I asked you to use Casey Watts.

Should we budget 10% Casey Watts?

**MSU234911**

- We wanted to add Alicia from ISE at 10%, but you declined that. I don't know why, since we are trying to get cost share, but that's your choice.

Simple, 10% is not sufficient. I will have to hire a graduate student. We don't want to create two layers of work, then, in the end, no one completes the work. Either she will be at least 20% or no rule at all.

For $380k DOT funding for center, please update the labor for me, Merri, Casey, 1-2 graduate students, may be rental from the research park or somewhere in town (a quote may be needed), in one plan, I listed $18,000.

I believe even with Haifeng and Yu's full commitment, the matching would not be enough. Unless Dr. Keith, the department head, and Haifeng and Yu ALL agree to have only a 25% teaching load, excluding their existing research(assume 20%). So theoretically, 100%-20%(existing)-10% (DOT)-25%(taching)=55%.
If they can have around 50% matching, we are covered. For two course teaching, that would be 30% matching, we will need a third faculty. Also my assumption 20% might not be correct.

Teressa, please let me know if I can provide any additional information."

**Dr. Zhang** sends an email requesting I and Casey call him with Drs. Keith and Gammill copied. We do not call him. We wanted to ensure that all discussions were in writing and that Dr. Keith or Dr. Reeves were involved in the discussion. We knew we did not have the authority to agree to anything he wanted on the budget.

**Dr. Zhang**: "I will need an email from Yu and Haifeng each since you like to add them to the budget while they said no. I like to get their assurance from them that you and their department head will agree with the budget and they will NOT withdraw again. I will not check my email until Friday morning. "
I email Dr. Keith of the budget I currently have with an explanation of the match we have. I indicate I still have not received a reply from him on his budget and that I have found his email hard to follow.

Subsequent email with Drs. Keith and Reeves about moving items to sponsor or cost share lines with Casey copied.

**Casey** sends her bio to Dr. Zhang.

**Dr. Keith** said he will confirm with the other faculty named on the project. Both Drs. Luo and Wang reply and decline to be part of the project.

**Dr. Reeves** speaks to Dr. Wang and he aggress to be on the MSU project piece.

Dr Reeves asks if there are 2 MSU budgets or 1. **I respond**: "There is 1 budget. He will need to delineate what is for the center and what is for the site in his justification.

The attached update showing the adding of Haifeng at 20% we are now at $227,521 of the $280k required cost share. The 280k represents the amount that would need to be shared if

**MSU234912**

| | |
|---|---|
| | the budget comes in at 3 million.  Right now it is at $2,588,389.  If it stays here, we only need ~79k for match for the MSU part.<br><br>If it is acceptable to not do the full 3 million,  I can add back the student and the travel and maybe even some more salary/fringe to make it hit 2:1.  Dr. Zhang has not given me any more items that need to be added to the budget other than staff time that was not approved and office space, also not approved." |
| 8/18 | Yue Yang of University of Louisiana sends me documents |
| 8/18 | Tyler White of Texas A&M wants to know if any additional documents are needed. |
| 8/18 – 8/21 | **Dr. Reeves** asks me to add Dr. Jenfeng Ma to the proposal at 5-10%.<br><br>**Dr. Keith** asks me for information on adding graduate students to the project.<br><br>**Drs. Keith and Zhang** discuss adding an AV connected vehicle to the proposal.<br><br>**Dr. Reeves** coordinates with me to send a budget to Dr. Zhang with Drs. Keith, Howard, Gammill and myself and Casey copied.<br><br>**Dr. Zhang**: "Dr. Reese,<br><br>Thanks for your effort! It seems there is good progress. Here is my take.<br><br>1. There is about $250k matching, Iso we should be able to spend $500k, which is still in short of $190+$90-$250=$30k. My salary matched about $116k<br>2. However, I have explained there is a follow-up call for Resilience with $5 million dollars per year coming, much higher than $2 million we are submitting now. So if I can just leave 25% room for that grant, it will be MSU and my interest in utilizing my expertise. If I contribute 25% my time matching, the matching is $208,225 in total. Or need additional $380000-208,225=<br>3. If those are all the matching we can have for now, we can request $208,255*2=$410,500 UDT fund, the center will have $380+$180-$410.5=$143,500KUS DOT fund left<br><br>Please advise me how I do with the following options:<br><br>1. Distribute =$143,500 to other universities, they could provide a POS Doc or graduate student to support center<br>2. You find other faculty to match with F&A&Finge including $280000-208,225=$71,746 which is $35,252.69 faculty salary. |

**MSU234913**

3. Or $48,973.04 with F&A& after (for example, a commitment to by 50% AV, DOT funding buy another 50% AV, I am not sure if we need a new quote or use the quote I sent to you and Dr. Jason), or committee one or two graduate students

If Dr. Gamill and ORED could do a rescue, that would be great to do either 2 or 3, if COE could not do $35k match.

If you would like we do 1, I need Dr. Howard, Dr. Keith and Dr. Gammill all agree. If I would not get advice about options, I will have to distributed $143,500+50% match.

Now we only requested 200000- **$1,640,892=$359,108. We at least can spend $400k.**

I will work with Teresa to maximize the DOT fund, once we decide which way to go.

**Teressa, please let me know if my calculations are correct. We can have a team meeting if needed.**


Thank you again and looking forward to your decision soon. I would suggest we have a quick Team/WebEX call so we can make decisions and move forward in a 20 mins or so, instead of emailing back and forth."

**Dr. Zhang** later sends an attachment of a budget. It is the budget I made with changes that I do no understand. I am also unclear what he means in the text of his email.

**Dr. Reeves**: "I am not seeing any difference between your version and what I sent. To clarify, I know we need to get to $3M total from DOT and we will so there is not a need for us to request another university to take on any deficiency regardless of how we move forward.

I'm not really following the rest of your email. Your quotes where from 2020 so there is no doubt that they are not representative of what a true cost would be today for an AV. We have not ruled out providing funding towards an AV, we were starting with faculty and staff time, a graduate student, and travel. I am free now if you'd like to have a Webex to clarify your email. I have class tomorrow but could also meet with you at 1015 or so to talk through this also. Let me know your preference."

**Dr. Zhang**: "Sure. I am ok for a 1010 WebEx meeting. The version I have I just divide my matching by half, so that is 25% matching from me. That is the only difference. The bottom line from my side is we need to get $35k salary match, either by one or two faculty, to get full $380+$180k US DOT fund.

If Terresa form your office do a 25% match for my salary, we should get the same conclusion. Now in your version I am doing 50%"

**Dr. Reeves** asks me to add another graduate student and make some adjustments to budget formatting. I do so with some explanation. Dr. Reeves and I meet to discuss and I send the budget to her, Dr. Keith and Casey.

**MSU234914**

**Dr. Zhang** tells Dr. Reeves that he is on sabbatical for a year and cannot match in Spring of 2023.

**Drs. Keith and Reeves** discuss how to proceed. Casey collects more information on the limits of his sabbatical and they come to the conclusion that he is 50% with no prior commitments to prevent him from using that 50% of effort towards this project.

**Dr. Reeves**: "I'm sorry for the delay in responding. You are still paid 50% by MSU during your sabbatical. We checked and you can be on this grant up to the full 50%. For you to be PI you will have to provide some match for spring 2023. We looked and do not see that you have any other projects in which you are claiming time during spring. What level of match for spring do you propose? Also, note that we don't develop budgets for semesters but for years so I'm not sure how this will be reflected in the budget."

**Dr. Keith:** "Thanks Li. We can look this over and get back to you. It would have been good to learn about this concern before or at a minimum at the same time as when you reached out to the other universities.

At any rate, I'm not sure of all the changes you've made. A few observations from me:
- Since this equipment was coming only out of the sponsor side, it will easy to remove we just need something to replace it with.
- It looks at a glance like the yellow parts are what you are proposing.
- I see in cell J362 of the CPEATS spreadsheet an entry for 8*25000. What is that for? That seems to be a very significant change and that alone may rectify this situation.

I'm not worried about making the deadlines as Kari and Teresa Gammill have been working together on this. I'm forwarding to Teresa Bryan-Watts in BCoE for her to review.

I've got an appointments with the other deans Monday afternoon so I can't make a call, but I really do not think the call is needed, either.

I'll let Kari add other thoughts to this."

**Dr. Zhang's** response in highlight: "At any rate, I'm not sure of all the changes you've made. A few observations from me:
- Since this equipment was coming only out of the sponsor side, it will be easy to remove we just need something to replace it with.

I appreciate you would look at the budget and remove the equipment.
- It looks at a glance like the yellow parts are what you are proposing.

Yes, for the matching part, since Dr. Reese's version is balanced, I would think Teresa should be able to split the matching into two separate. I would hope She can change some percentages and reduce mine to a 25% match. Now it is 50%.
- I see in cell J362 of the CPEATS spreadsheet an entry for 8*25000. What is that for? That seems to be a very significant change and that alone may rectify this situation.

No change, it was there budgeted differently. there were buried in adjusted in "MODIFIED TOTAL DIRECT COSTS (MTDC)". There is the indirect charge for the first $25000 for any subcontract. 8 is the number of consortium universities, or number of subcontracts.

MSU234915

| | | |
|---|---|---|
| | I'm not worried about making the deadlines as Kari and Teresa Gammill have been working together on this. I'm forwarding it to Teresa Bryan-Watts in BCoE for her to review.<br><br>I've got an appointments with the other deans Monday afternoon so I can't make a call, but I really do not think the call is needed, either.<br>==If we can resolve this internally, I agree. I feel like I have not been supported and I have been stripped out of the budget process, at least on Friday's version. I hope I was wrong."==<br><br>**Dr. Keith:** "Thanks. It may be impossible to reduce the time since there aren't very many other msu pi's. Having to cost share so much is really hard for us to do which always makes these difficult. Thanks for your understanding."<br><br>**Dr. Zhang**: "Ok, I am ok with the MSU matching plan, and would like to work with Teresa to look at the entire center matching plan. Once the center is matched, we are covered." | |
| 8/19 | Webex with Drs. Zhang, Keith and Reeves.  Casey and I are invited and decline. | |
| 8/21 | Email with me copied to Sean Jacobs and Dr. Yang of Old Dominion University about tech transfer commitment. | |
| 8/21 | Drs. Reeves and Keith continue discuss cost share contributions with Dr.s Gammill and Howard and Casey and I copied. | |
| 8/21 | **Patrick Sherry** from University of Denver contacts Dr. Keith about the budget and **Dr. Keith** responds with UD and MSU stakeholders copied.<br><br>**Dr. Zhang**: "The AV was promised in 2020 and it was supported by college funding.  The previous versions I have worked on all have faculty supports."<br><br>**Dr. Keith**: "Li - What are you talking about ? Where was this "promise" ? "<br><br>**Dr. Zhang**: "Ok, if "promise" is not a good word, "suggest" should be a good word. In 2020, we worked together to get a quote from Hexagon. I worked many hours to cut the price down to a limited amount of $100,000. That suggested an AV for the transportation lab from the COE fund. You are the Dean and very busy, you may forget about that. When Clay, you, and I brought that up, in my mind, we were going back to COE AV purchase plan in 2020, to help transportation to buy an AV using the COE fund.<br> In any case, allocating the majority of the fund to buy a $200k AV with $0 faculty support was never been in my mind.<br>I am looking forward to working with you to get the budget done and put the AV behind us I will never mention anything about AV unless COE would specifically ask me to look at it.," | |

**MSU234916**

| | |
|---|---|
| 8/22 – 8/23 | Continued emailing between Drs. Reeves and Keith and myself about possible budget modifications.  I meet with Dr. Reeves about the budget, revise and send a draft to her.<br><br>**Dr. Zhang** request a final copy at noon on 8/23.  Natalie, Dr. Reeves and I meet several times to alter the budget.  I send him a copy on 8/23 at 11:39 A.M.<br><br>**Dr. Zhang**: "Dr. Reeves and Teresa,<br><br>Thank you so much! The overall budget looks great to me. One thing I thought Teresa should already take care of, the first $25,000 is subjected to an indirect charge.<br><br>On the practical side, in addition to the overall budget, we need an individual institute budget, would anyone from your office change the budget format to US DOT's Attachment A budget (which also answers Teressa's question about where to submit the budget).  That would be an appendix to the proposal. We need 10 budgets (one center+9 institutes) per NOFO.<br><br>In addition to the overall Center Budget Plan, provide individual budget plans for each consortium member and the lead institution. Amounts shown for each budget category in these individual budget plans must roll up to the amount shown for that budget category on the overall Center Budget Plan."<br><br>Altered Budget after more offline meetings between myself, Natalie and Dr. Reeves.<br><br>**Dr. Reeves**: "The indirect on the subs was already included in what I sent you.  We did find a small error with your fringe rates not aligning with where your salary was being charged so this version should be what you should use.  Yes. Please send me attachment A so we can create that based on the budgets in the files. We do not have TAMUs.  As of about 30 min ago Teresa had not yet received it but I know they were in discussion with TAMU to get it." |
| 8/22 / 8/23 | Dr. Zhang continues to have trouble getting into Samanage.  He also does not know how to complete the 3 day waiver that OSP would require at this date.  I guide him on how to submit.  He begins an IAS that I edit and begin to circulate for signatures. There is conversation between Drs. Keith, Reeves and Howard on faculty credit on the IAS. |
| 8/23 | Dr. Zhang makes a onedrive folder with documents.  I add those that I have that are missing.  I begin the process of recovering missing documents from subs. This required finding emails for several institutions and contacting.  Most were only missing our internal subcontract form.  I receive many emails from support staff at the other institutions. |

**MSU234917**

| | |
|---|---|
| 8/23 | Dr. Zhang requests that someone put the MSU budget and the 8 sub budgets in the format found in the RFP appendix.  Dr. Reeves and I coordinate and begin to do so over the next day. |
| 8/24 | **Dr. Zhang**: "This is the version under professional editing now and will return to us before lunch. The Department of Civil and Environmental Engineering at TAMU will pay the cost. So, everything should be thee except some editorial changes.<br><br>[W] https://mstate-my.sharepoint.com/:w:/g/personal/lz75_msstate_edu/EfR4j_IUmfFNm0af7T4fpl8BB2E0VoK48cdMbtIB9CJmqQ?e=Aob6OR<br><br>Thank you so much for your support."<br><br>**Dr. Reeves**: "We will need to also remove the other faculty and staff. Recall they declined to be coPIs so you will receive 100% credit for this submission, which reflects your effort on the development of the proposal.  We need to leave them as part of the cost share reporting on the latter pages of the IAS, but you will be the only faculty listed for credit.<br><br>Headed to class then will work on the budgets."<br><br>**Dr. Zhang**: "Dr. Kari and Dr. Howard,<br>I hope any last-minute change would not undermine the proposal."<br><br>**Dr. Reeves**: "DU is now cost sharing only the 90k. We will have to redo MSUs budget and cost share to make up the difference.  Heads up, AY time for you will be moved to cost share. This is consistent with all previous UTC submissions by MSU. We will see what else we can do but this will change everything on MSUs side."<br><br>**Dr. Zhang**: "Hold on, Patrick talked to me he had a backup plan before he is onboard the flight. He got a drawing letter for MSU to keep. The official letter is coming. See the attachment.<br><br>He thinks Jason Davis at CSX railroad's letter should work as an external match. If you think that will work, so we have 30k in short, 30/1.465/1.3892=14.74k. Since I still have room, I don't mind to contribute more. I believe that is the best for now.<br><br>Pat has a warm heart and he has tried to help.<br><br>I have been nervous about seeing any changes at the last minute. That was one of them.<br><br>Please let me know what you think." |

**MSU234918**

| | |
|---|---|
| | There is discussion between Drs. Keith and Reeves about the cost share and the Jason Davis contribution with Dr. Gammill, Casey and myself copied.  I include text from the RFP about letters of commitment.<br><br>Dr. Reeves and I continue to manipulate the budget offline. |
| 8/24 | Jeremy Clay confirms that tech transfer looks fine. |
| 8/25 | I send, again, final  budgets and IAS. |
| 8/25 | **Dr. Reeves** to Dr. Zhang with Drs. Keith, Howard, Gammill and Merri and myself copied. "Per the RFP, and your email yesterday, tech transfer must be 5% of the total amount to be awarded, $3M. Therefore, total tech transfer in year 1 must total $150k.  Your proposal below doesn't get us to that number.  Ideally each of the subs would have included $13.5k (5% of their allotted budget) for a total of $108k, but this didn't happen.  According to the multi-budget that Teresa put together, the subs have only contributed $49,500.  We can't ask them to edit anything at this point, so the center then has to make up the different of $68,500 (which is better than the $81,500 I calculated last night).  As I mentioned this would impact students.  I was able to remove two student workers and reduce time on the other to account for this.<br><br>As you know we were short yesterday $30k total in cost share after DU revised their budget (reduction of $90k in cost share—already reflected in the budget yesterday) and after including the consultant ($60k—already reflected in the budget but we moved it to make it clearer—he is now in the contractual section and is source 3).  We cannot increase other personnel time to make up this $30k as the values included are what were approved by the supervisors of those individuals.  As I mentioned in the email yesterday, the split of your time is the only place we have to make up the loss of $30k from DU.  You are still devoting the same amount of time to the project (your effort is not changed—you are still devoting 50% in the AY (4.5 months) and 2 summer months, for a total of 6.5 months over the year).  The only change is the split of where those funds come from (how much from the sponsor and how much from MSU).<br><br>Attached is your final budget (pending OSP approval) and the revised tables that you will need to include in your proposal."<br><br>**Dr. Zhang**: "The technology transfer does not satisfy NOFO requirement, please instruct me."<br><br>Dr. Reeves and I alter the budget again to increase tech transfer amounts.<br><br>I submit the final at 11:01 A.M.  I subsequently commit to printing and mailing the package. |

**MSU234919**

| 8/27 | It is discovered the FedEx package was never picked up from the drop-off.  Jeanette picks it up and I make a new slip to drop off at the FedEx distribution center in Columbus. |
|---|---|
| 8/28 | FedEx mailer with proposal is received by DoT. |

MSU234920