IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                                    PLAINTIFF

v.                                                          CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY, et al.                                      DEFENDANTS

UNOPPOSED MOTION FOR LEAVE TO
FILE SUBJECT TO RESTRICTED ACCESS

This day, Dr. Li Zhang is filing a summary-judgment response in a case that has been pending for years, involves significant facts, and involves sensitive information.

Some exhibits (out of the 69) contain sensitive medical information about Dr. Zhang's special needs child or other sensitive information about grades. Dr. Zhang therefore asks to file the following materials with the clerk in a way that they will be restricted from public viewing, to court users and case participants only:

    a.  Exhibit 2 – Declaration of Li Zhang with Exhibits A and B

    b.  Exhibit 6 – Deposition of Ying Zhang

    c.  Exhibit 17 – Grade Changes

    d.  Exhibit 21 – Emails Regarding Grade Changes

    e.  Exhibit 22 – Deposition of B.T.

    f.  Exhibit 67 – Zhang's Response to Interrogatory No. 1

    g.  Exhibit 68 – Leave Request Documents

Dated: March 5, 2026

2

_/s/ *Grafton E. Bragg*_
GRAFTON E. BRAGG (MSB #104821)
Attorney for Plaintiff

BraggLaw, PLLC
965 Madison Avenue
Suite 2C
Madison, MS 39110
601.624.1153
grafton@graftonbragglaw.com