IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                                      PLAINTIFF

v.                                                        CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY, et al.                          DEFENDANTS

RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Dr. Li Zhang files this response opposing Defendants' motion for summary judgment. In support, Dr. Zhang relies on the materials of record, the memorandum being filed this day, and the following exhibits:

| | |
|---|---|
| Exhibit 1 | Deposition of Li Zhang |
| Exhibit 2 | Declaration of Li Zhang |
| Exhibit 3 | 5.10.21 Email from D. Truax |
| Exhibit 4 | 5.1.22 Faculty Email from I. Howard |
| Exhibit 5 | Transcript of Dennis Truax Testimony |
| Exhibit 6 | Deposition of Ying Zhang |
| Exhibit 7 | 11.23.21 Email from Zhang w/ Post-Op Instructions |
| Exhibit 8 | Transcript of Isaac Howard Testimony |
| Exhibit 9 | Transcript of David Shaw Testimony |
| Exhibit 10 | Deposition of Robert Grala |
| Exhibit 11 | Deposition of Teresa Gammill |
| Exhibit 12 | eForm Request |
| Exhibit 13 | Transcript of Julia Morrison Testimony |
| Exhibit 14 | Emails Regarding Grade Change Plan |
| Exhibit 15 | Transcript of Robert Green Testimony |
| Exhibit 16 | Emails Confirming Grade Changes |
| Exhibit 17 | Grade Changes |
| Exhibit 18 | Deposition of Kari Babski-Reeves |
| Exhibit 19 | University's Responses to Second Set of Interrogatories |
| Exhibit 20 | Deposition of Billy Swort |
| Exhibit 21 | Email Exchange Regarding Student Complaints |
| Exhibit 22 | Deposition of B.T. |
| Exhibit 23 | Emails Regarding Traffic Counts |
| Exhibit 24 | 4.28.22 Email from J. Keith to Entire Class |
| Exhibit 25 | 5.3.22 Email from J. Keith to Zhang |

| | |
|---|---|
| Exhibit 26 | Emails Regarding UTC PI Selection |
| Exhibit 27 | Deposition of VJ Gopu |
| Exhibit 28 | Transcript of Patrick Sherry Testimony |
| Exhibit 29 | "Let Him Fail" Email Exchange |
| Exhibit 30 | Emails Regarding Congressional Support |
| Exhibit 31 | "Stand Down" Email |
| Exhibit 32 | Zhang's Email Cancelling Call |
| Exhibit 33 | Post-Reprimand Emails from Gammill to Reeves |
| Exhibit 34 | Emails Regarding MDOT Extension |
| Exhibit 35 | Hearing Panel's Recommendation |
| Exhibit 36 | 2021 and 2022 Annual Reviews |
| Exhibit 37 | AOP 13.24 |
| Exhibit 38 | Emails Regarding Annual Review Signatures |
| Exhibit 39 | Termination Letter |
| Exhibit 40 | Counsel Email Requesting Extension |
| Exhibit 41 | Counsel Letter Regarding Hearing Procedures |
| Exhibit 43 | Deposition of Kelli Anthony |
| Exhibit 44 | Deposition of Shein Lu |
| Exhibit 45 | Annual Review Consultation Emails |
| Exhibit 46 | Deposition of Dipankar Dutta |
| Exhibit 47 | Deposition of Santana Kundu |
| Exhibit 48 | HRM 60.113 |
| Exhibit 49 | University's Response to Interrogatory No. 19 |
| Exhibit 50 | Dr. Zhang's Contracts |
| Exhibit 51 | IHL Policies |
| Exhibit 52 | Faculty Handbook |
| Exhibit 53 | Supplemental Notice of Intent |
| Exhibit 54 | AOP 13.14 |
| Exhibit 55 | 12.3.21 Leave Form and Email |
| Exhibit 56 | Excerpts from 2019 Dossier |
| Exhibit 57 | Medical Records |
| Exhibit 58 | November 2021 Emails |
| Exhibit 59 | November 19, 2021 Emails |
| Exhibit 60 | "Zi" Email |
| Exhibit 61 | Email from W. Moller to J. Lucas |
| Exhibit 62 | Transcript of Julie Jordan Testimony |
| Exhibit 63 | Congressional Support Clarification |
| Exhibit 64 | Formal Reprimand |
| Exhibit 65 | First EEOC Charge and Amendment Charge |
| Exhibit 66 | 6.20.25 Letter from David Shaw to Mark Keenum |
| Exhibit 67 | Zhang Response to Interrogatory No. 1 |
| Exhibit 68 | Leave Request Documents |
| Exhibit 69 | Dr. Keenum's Final Termination Letter |

Dated:  March 5, 2026

                 _/s/ *Grafton E. Bragg*_____
                 GRAFTON E. BRAGG (MSB #104821)
                 Attorney for Plaintiff

BraggLaw, PLLC
965 Madison Avenue
Suite 2C
Madison, MS 39110
601.624.1153
grafton@graftonbragglaw.com