| | |
|---|---|
| **From:** | cee-faculty-request@lists.msstate.edu on behalf of Truax, Dennis |
| **To:** | CEE-Faculty |
| **Cc:** | Kilpatrick, Merri |
| **Subject:** | [cee-faculty] Faculty Distribution to Discretionary Account |
| **Date:** | Monday, May 10, 2021 8:49:35 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | CEE Faculty Distribution 2020 (Final).pdf |

*I received today the final accounting of the fall 2020 distance classes. Using that, and the results of summer and spring 2020 along with the overhead return to the department, I have calculated the distribution of return revenues. The attached pdf of the spreadsheet summarizes what will be put in your discretionary account in the coming weeks.*

*Thanks for your support of the distance program, and the school's research program.*

*Dennis*

DENNIS D. TRUAX, PH.D., P.E., DEE, D.WRE, F.ASCE, F.NSPE
JAMES T. WHITE ENDOWED CHAIR, SCHOOL DIRECTOR, AND PROFESSOR
RICHARD A. RULA SCHOOL OF CIVIL AND ENVIRONMENTAL ENGINEERING
2021 ASCE PRESIDENT-ELECT
DIRECTOR - MISSISSIPPI TRANSPORTATION RESEARCH CENTER

 MISSISSIPPI STATE UNIVERSITY™
CIVIL & ENVIRONMENTAL
ENGINEERING

*"Civil and Environmental Engineers .... helping make a world of difference."*

**PO Box 9546, 501 Hardy Road, 235 Walker Hall**
**Mississippi State, MS 39762-9546**
Ph: 662.325.7187; Fax: 662.325.7189
Truax@CEE.MsState.Edu
http://www.cee.msstate.edu/people/faculty/dennis-truax/

 MISSISSIPPI STATE UNIVERSITY™

      

| Wear a face covering | Clean your hands often | Observe physical distancing | Stay home if you feel sick | Sanitize surfaces | Practice self care | Complete the daily screening |

🌲 **Please consider the environment before printing this e-mail**

**EXHIBIT**
**3**

| | | | Spring | | | Summer | | | Fall | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Faculty Member** | **Total OH (F&A) Generated** | **20% of OH** | **Class SCH Produced** | **Research Hours** | **Fees Returned\*** | **Class SCH Produced** | **Research Hours** | **Fees Returned\*** | **Class SCH Produced** | **Research Hours** | **Fees Returned\*** | **SubTotal** | **Other Returns#** | **To be Returned** |

| Faculty Member | Total OH (F&A) Generated | 20% of OH | Class SCH Produced | Research Hours | Fees Returned* | Class SCH Produced | Research Hours | Fees Returned* | Class SCH Produced | Research Hours | Fees Returned* | SubTotal | Other Returns# | To be Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cook | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Ermagun | $ 14.78 | $ 2.96 | 3 | 3 | $ 375.00 | 3 | 3 | $ 375.00 | 15 | 3 | $ 975.00 | $ 1,727.96 | $ 500.00 | $ 2,227.96 |
| Freyne | $ 3,835.99 | $ 767.20 | 12 | 5 | $ 975.00 | 0 | 2 | $ 150.00 | 30 | 4 | $ 1,800.00 | $ 3,692.20 | $ 500.00 | $ 4,192.20 |
| Gude | $ 225.59 | $ 45.12 | 0 | 5 | $ 375.00 | 0 | 0 | $ - | 0 | 3 | $ 225.00 | $ 645.12 | $ 500.00 | $ 1,145.12 |
| Gullett | $ 353.24 | $ 70.65 | 18 | 1 | $ 975.00 | 0 | 0 | $ - | 21 | 2 | $ 1,200.00 | $ 2,245.65 | $ 500.00 | $ 2,745.65 |
| Howard | $ 10,095.50 | $ 2,019.10 | 0 | 10 | $ 750.00 | 0 | 14 | $ 1,050.00 | 0 | 0 | $ - | $ 3,819.10 | $ 500.00 | $ 4,319.10 |
| Kilpatrick | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Lynn | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Magbanua | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 9 | 0 | $ 450.00 | $ 450.00 | $ 500.00 | $ 950.00 |
| Ramirez | $ 33.42 | $ 6.68 | 18 | 14 | $ 1,950.00 | 6 | 7 | $ 825.00 | 21 | 9 | $ 1,725.00 | $ 4,506.68 | $ 500.00 | $ 5,006.68 |
| Vahedifard | $ 4,941.66 | $ 988.33 | 27 | 12 | $ 2,250.00 | 3 | 8 | $ 750.00 | 33 | 9 | $ 2,325.00 | $ 6,313.33 | $ 500.00 | $ 6,813.33 |
| Wang | $ 3,012.28 | $ 602.46 | 0 | 9 | $ 675.00 | 0 | 4 | $ 300.00 | 9 | 7 | $ 975.00 | $ 2,552.46 | $ 500.00 | $ 3,052.46 |
| Zhang | $ 12,489.84 | $ 2,497.97 | 3 | 1 | $ 225.00 | 0 | 0 | $ - | 6 | 1 | $ 375.00 | $ 3,097.97 | $ 500.00 | $ 3,597.97 |
| **Totals** | **$ 35,002.30** | **$ 7,000.46** | **81** | **60** | **$ 8,550.00** | **12** | **38** | **$ 3,450.00** | **144** | **38** | **$ 10,050.00** | **$ 29,050.46** | **$ 6,500.00** | **$ 35,550.46** |

**CEE Redistribution of OH (F&A) and Distance Instruction Revenues**
**Spring, Summer and Fall, 2020**

\* - Return Formula: $50 for each distance SCH Produced From Instruction (including DIS courses)
$75 for each distance graduate research hour

# - Other Returns: $500 Nominal Annual Discretionary Infusion