| From: | cee-faculty-request@lists.msstate.edu on behalf of Howard, Isaac |
|---|---|
| To: | CEE-Faculty |
| Subject: | [cee-faculty] 2021 Overhead Return |
| Date: | Sunday, May 1, 2022 6:52:45 PM |
| Attachments: | CEE Faculty Distribution 2021.xlsx |

Faculty, attached are the 2021 overhead return numbers – they are calculated same as they have been for the past few years. Merri will be getting these into your discretionary account as time permits.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**
Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of Civil & Environmental Engineering
Mississippi State University
250 Hardy Road-1041 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/

EXHIBIT
4

**CEE Redistribution of OH (F&A) and Distance Instruction Revenues**
**Spring, Summer and Fall, 2021**

| Faculty Member | Total OH (F&A) Generated | 20% of OH | Spring Class SCH Produced | Spring Research Hours | Spring Fees Returned* | Summer Class SCH Produced | Summer Research Hours | Summer Fees Returned* | Fall Class SCH Produced | Fall Research Hours | Fall Fees Returned* | SubTotal | Other Returns# | To be Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cook | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Ermagun | $ 2,758.06 | $ 551.61 | 3 | 8 | $ 750.00 | 0 | 0 | $ - | 15 | 6 | $ 1,200.00 | $ 2,501.61 | $ 500.00 | $ 3,001.61 |
| Freyne | $ 985.56 | $ 197.11 | 60 | 2 | $ 3,150.00 | 0 | 1 | $ 75.00 | 12 | 3 | $ 825.00 | $ 4,247.11 | $ 500.00 | $ 4,747.11 |
| Gude | $ 4,486.39 | $ 897.28 | 0 | 1 | $ 75.00 | 0 | 3 | $ 225.00 | 18 | 4 | $ 1,200.00 | $ 2,397.28 | $ 500.00 | $ 2,897.28 |
| Gullett | $ 582.23 | $ 116.45 | 0 | 3 | $ 225.00 | 0 | 0 | $ - | 39 | 2 | $ 2,100.00 | $ 2,441.45 | $ 500.00 | $ 2,941.45 |
| Howard | $ 11,272.04 | $ 2,254.41 | 33 | 2 | $ 1,800.00 | 18 | 4 | $ 1,200.00 | 45 | 2 | $ 2,400.00 | $ 7,654.41 | $ 500.00 | $ 8,154.41 |
| Kilpatrick | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Lynn | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | $ - | $ - | $ 500.00 | $ 500.00 |
| Magbanua | $ - | $ - | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 3 | $ 225.00 | $ 225.00 | $ 500.00 | $ 725.00 |
| Ramirez | $ 2,146.59 | $ 429.32 | 21 | 6 | $ 1,500.00 | 0 | 3 | $ 225.00 | 54 | 9 | $ 3,375.00 | $ 5,529.32 | $ 500.00 | $ 6,029.32 |
| Vahedifard | $ 3,503.17 | $ 700.63 | 0 | 9 | $ 675.00 | 0 | 8 | $ 600.00 | 0 | 6 | $ 450.00 | $ 2,425.63 | $ 500.00 | $ 2,925.63 |
| Wang | $ 6,135.18 | $ 1,227.04 | 15 | 7 | $ 1,275.00 | 0 | 6 | $ 450.00 | 18 | 3 | $ 1,125.00 | $ 4,077.04 | $ 500.00 | $ 4,577.04 |
| Zhang | $ 17,112.37 | $ 3,422.47 | 0 | 1 | $ 75.00 | 0 | 0 | $ - | 0 | 7 | $ 525.00 | $ 4,022.47 | $ 500.00 | $ 4,522.47 |
| Totals | $ 48,981.59 | $ 9,796.32 | 132 | 39 | $ 9,525.00 | 18 | 25 | $ 2,775.00 | 201 | 45 | $ 13,425.00 | $ 35,521.32 | $ 6,000.00 | $ 41,521.32 |

\* - Return Formula: $40 for each distance SCH Produced From Instruction (including DIS courses)
$75 for each distance graduate research hour

# - Other Returns: $500 Nominal Annual Discretionary Infusion