## Li Zhang

**From:** Zhang, Li
**Sent:** Tuesday, November 23, 2021 12:35 AM
**To:** Keith;Jason;Howard;Isaac
**Subject:** Spin surgery on December 1
**Attachments:** Image (38).jpg

Dr. Keith and Dr. Howard,

Thanks Dr. Keith's nice word.
My surgery will be on December 1. Here are a few things I can do by following your instruction that I will need to take care of classes, ill or well.

1. I will record the class for December 1.
2. I will try to have final questions ready.

By looking at the attached instruction, looks like I may not be able to proctor December 3 and December 6's finals. It might affect my grading all homework, projects, final for 4133 and grading final for 3113. There are a few days for me to know for sure after the surgery

I know you have given me instructions, ill or well, I should complete the semester. If you think this is the same case, please reaffirm that. You don't need to consider the options below.

If you think I can have options to, that should be really helpful to avoid the complications after the surgery

1. Extend my final grade submission time
2. Add resources to help me grading so the grade can submit on time
3. Approve undergraduate grader to help me grade final
4. Or any other things you think the department and the college could help.

Thank you for your consideration!

**EXHIBIT**

**7**

1



DIVISION OF PAIN MANAGEMENT

JEFF LASETER, MD
JEFF SUMMERS, MD

DIVISION OF PHYSICAL MEDICINE

DAVID COLLIPP, MD
RAHUL VOHRA, MD
MICHAEL WINKELMANN, MD

**NewSouth NEUROSPINE**

DIVISION OF SURGERY

ERIC AMUNDSON, MD
PHILIP AZORDEGAN, MD
JOHN D. DAVIS, IV, MD
JACK MORIARITY, MD
JOHN NEILL, MD
W. LYNN STRINGER, MD
E. GREG WOOD, II, MD

## POST–OPERATIVE INSTRUCTIONS
## LUMBAR SPINE SURGERY

### Dr. Lynn Stringer

1.  Begin walking the day you arrive home from the hospital. Walk frequently each day and gradually increase the distance up to 2 miles per day as you are able to tolerate.
2.  Begin straight leg raises in bed, on your back, morning and night, 10 times each leg alternating.
3.  No strenuous activity, overhead work, lifting any object heavier than 10 pounds or bending at the waist until you are seen in clinic 6-8 weeks after surgery.
4.  No swimming or tub baths for 2 weeks after surgery.
5.  If you have a dressing over your incision, you may remove the dressing (but leave butterfly strips in place) and shower 2 days after surgery. Avoid allowing the shower to directly hit the incision for 2 weeks after surgery. You may remove butterfly strips 2 weeks after surgery.
    If you have a band-aid over your incision, you may shower 1 day after surgery. Leave band-aid in place until it falls off.
6.  No work for 2 weeks following surgery or as discussed with your doctor.
7.  No driving for 1 week following surgery. However, if any of the following are true, you should not drive: 1) your ability to drive is impaired by the pain medication; 2) your back is too stiff to allow safe and comfortable driving.
8.  Intermittent pain or numbness/tingling in your back and/or legs are not unusual after surgery. These symptoms will slowly resolve but may require several weeks to do so.
9.  Sexual activity is O.K. but you should remain on your back for sex until 4 weeks after surgery.
10. If you smoke tobacco, use smokeless tobacco, or use nicotine containing substances (gum, patches) please stop. Continued use can prevent or slow recovery and healing after surgery.
11. Your follow up appointment is _Monday 1/17/22 at 9:30am_
12. **Please do not go to the Emergency Room.** Call Newsouth (601-936-0400) or 877-554-4257. Speak with Dr. Stringer or the On-Call Surgeon prior to any emergency room visit.