## Leave Request ❓

| | |
|---|---|
| **Doc Nbr :** | **677373** |
| **Status :** | **DISAPPROVED** |
| **Initiator :** | **lz75** |
| **Created :** | **01:57 AM 12/01/2021** |

### Document and Routing Help

**Document Overview  +**

**Leave Request  —**

**Name**
LI Zhang

**MSU ID**
904-138-878

**Department**
Civil and Environmental Engineering

**Leave Request Type and Time Periods  —**

Policies and Procedures:   LEAVE/LEAVE WITHOUT PAY (HRM 60-201)

**1**

| | |
|---|---|
| **Type** | MMED |
| **Maj. Med. For** | Self |
| **LWOP For** | |
| **Hours** | 24 |
| **Beg. Time** | 12/02/2021 08:00 AM |
| **End Time** | 12/06/2021 05:00 PM |

**Notes and Attachments  —**

**Add:**

**\* Note Text:**

**Attach File:**

[Browse...] No file selected.

[ **Cancel Attachment** ]

[ **Add** ]

**1**
**Time:**
12/01/2021 02:04 AM
**Author:**
Zhang, Li
**Note Text:**
My spin surgery on low back starts 730AM 12/1 (Now it is 2AM, just less than 4.5 hours away), I have been working day and night many hours on Monday and Tuesday following instructions from my department head and the dean, so my leave starts from Thursday, Friday and Monday. The time would be adjusted according to the outcome from my surgery.
**Attached File:**

**Send To:**
[ ] 🔍

[ **Send** ]

**2**
**Time:**
12/01/2021 04:11 PM

**EXHIBIT**
**12**

**Author:**
Howard, Isaac
**Note Text:**
Disapproval reason - Leave should have been submitted for Dec 1, 2, 3, and 6, which is 32 hours. MSU policy states for each absence due to illness after 32 consecutive working hours (combined personal/compensatory and major medical leave), a department/unit head must require that the illness be certified in writing by a doctor of medicine, osteopathy, dental medicine, podiatry, or chiropractic on the Universityâs required medical certification form. HRM Policy 60-201.
**Attached File:**

**Send To:**

[          ] 🔍

[ **Send** ]

---

**3**
**Time:**
12/06/2021 02:57 PM
**Author:**
Zhang, Li
**Note Text:**
I attached the form with on 12/2/21, I did not understand why was shown here. I added it at here again
**Attached File:**
Medical Certifciate.pdf

true 📄 Medical Certifciate.pdf    (85 KB, application/pdf)
**Send To:**

[          ] 🔍

[ **Send** ]

---

**Route Log** —

| Title | Leave Request - Application for Leave | Doc Id | 677373 |
|---|---|---|---|
| Type | Leave Request | Created | 01:57 AM 12/01/2021 |
| Initiator | Zhang, Li | Last Modified | 04:11 PM 12/01/2021 |
| Route Status | DISAPPROVED | Last Approved | |
| Node(s) | Adhoc Routing | Finalized | 04:11 PM 12/01/2021 |

**Actions Taken**

| Taken By | Time/Date | Action |
|---|---|---|
| Zhang, Li | 02:04 AM 12/01/2021 | 1 Initiated |
| Howard, Isaac | 04:11 PM 12/01/2021 | Disapproval reason - Leave should have been submitted for Dec 1, 2, 3, and 6, which is 32 hours. MSU policy states for each absence due to illness after 32 consecutive working hours (combined personal/compensatory and major medical leave), a department/unit head must require that the illness be certified in writing by a doctor of medicine, osteopathy, dental medicine, podiatry, or chiropractic on the Universityâs required medical certification form. HRM Policy 60-201. |
| Zhang, Li | 02:32 PM 12/03/2021 | Acknowledged Disapproval |
| Howard, Isaac | 04:59 PM 12/10/2021 | Acknowledged FYI |

[ **Close** ]