**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Thursday, December 9, 2021 7:16 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: concerns in Li Zhang's classes

FYI, I have a dentist appointment at 815 am on Dec 13.

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 6:52 PM
**To:** Green, Robert <green@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: concerns in Li Zhang's classes

Ok. Kari and I chatted about going in the last hour if needed

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Dec 9, 2021, at 4:39 PM, Green, Robert <green@bagley.msstate.edu> wrote:

I think holding off would be wise. We know that we can enter them if needed, we know what we think they should be, and the Registrar will let us know in time to get any changed if need be before they close grade entry. Li may be nice/lenient and actually give grades better than we think. But, I also believe in Santa Clause and the Tooth Fairy, so you probably shouldn't trust me. 😊

Robert

Robert A. Green, Ph.D., PE, F.NSPE
Assistant Dean
James Worth Bagley College of Engineering

---

**From:** "Howard, Isaac" <ilhoward@cee.msstate.edu>
**Date:** Thursday, 09 December 2021 at 16:36

EXHIBIT

**14**

MSU009614

**To:** Kari Babski-Reeves <kari@bagley.msstate.edu>, Jason Keith <keith@bagley.msstate.edu>, Robert Green <green@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

This all sounds great to me. With Li having the final exams I am not sure what that does to the process.  With grades this good, should we hold off for a couple of days and see what he does before entering the grades? At this point we could have them entered within an hour or two if needed.
Thanks,
Isaac

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 10:40 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Yes indeed. Do I need to upload grades for the +4 column or wait to see if Li uploads grades?  I can always put something in the gradebook but if we are waiting to see what he does I don't want to do that.

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 9:43 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Thanks Kari for doing this. it is a relatively small number of students who are doing poorly in this class.

Regards,
Jason

Jason M. Keith
Dean and Professor

**MSU009615**

Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Reeves, Kari
**Sent:** Thursday, December 9, 2021 8:42 AM
**To:** Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Ok, not a huge difference but here you go.  Just using what we have in the system there are 34 As, 21 Bs, 11 Cs, 2 Ds, and 2 Fs.  Adding the 4 pts we have 44 As, 16 Bs, 8 Cs, 0 Ds and 2 Fs.  If you see another error let me know.


Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

---

**From:** Reeves, Kari
**Sent:** Thursday, December 9, 2021 8:11 AM
**To:** Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Hang tight. Jason found a small error and I'm fixing it.


Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

---

**From:** Green, Robert <green@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 8:09 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>

MSU009616

**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Re: concerns in Li Zhang's classes

It looks good to me, Kari. I continue to be amazed at how little students really tell their parents. Of course the student would argue that since "Dr. Zhang spoke no English" there was no use in going to class.

Robert

Robert A. Green, Ph.D., PE, F.NSPE
Assistant Dean
James Worth Bagley College of Engineering

---

**From:** Kari Babski-Reeves <kari@bagley.msstate.edu>
**Date:** Thursday, 09 December 2021 at 08:04
**To:** Jason Keith <keith@bagley.msstate.edu>
**Cc:** "Howard, Isaac" <ilhoward@cee.msstate.edu>, Robert Green <green@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Ok here is the grade spreadsheet. It appears that Li has been putting in bonus throughout (for example one student made a 122 out of 100 on exam 3). Regardless, I used what is here to compute grades. Without the .5 letter grade the grade distribution is (out of 72 students in the gradebook) 35 As, 20 Bs, 9 Cs, 1 D and 5 Fs. Adding ½ a letter grade (4 points) the distribution shifts to 48 As, 15 Bs, 3 Cs, 0 Ds and 4 Fs. Take a look and let me know your thoughts. I can input grades if you'd like.

On a related note, for the father that has called and emailed ISE, the student did not turn in 4 of 6 HWs, did not take exam 3, and made a 2 on exam 2. He's also missed 18 classes. This appears to be less a function of Li and more a result of the student's engagement in the class. I will email the student to see if he has graded documents to share back with me to modify his grade.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image002.jpg>

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 8, 2021 6:33 PM

MSU009617

**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** concerns in Li Zhang's classes

David – thanks for the phone call earlier today about Li Zhang's classes. Isaac Howard and I have had a challenging time to get a plan on his course from him. He did give us the final exam, and an answer key, but no guidance on giving out partial credit. We discussed with Kari Babski-Reeves and Robert Green and feel that we need to be prepared to take action to prevent the class from having no grades submitted. This is especially important as there are several students who are degree candidates. Coincidentally we have also had one parent complaint already about Li's courses.

Li said he would pick up the exams and Isaac put the exams in Li's mailbox. So far, we have not seen that he has picked them up.

Here is a summary of what I outlined on the phone. We appreciate your support.
- We'll calculate the students grades so far from the gradebook in CANVAS.
- There are some missing items (ungraded homework) which we will just ignore and not count for or against the student.
- There are some attendance / participation and bonus points. We have nothing in the gradebook and intend to give full credit for these, giving the student the benefit of the doubt.
- If Li does not grade the exams, we will not use this towards the grade for or against the student.
- We will increase grades by half a letter grade (5%) to estimate curving and intangibles in the class. We asked multiple times for his internal grade books and he has not shared them with us.
- We will assign grades from this.
- If a student feels the grade is wrong, we will get information from the students and try to resolve prior to the grade deadline.
- If this does not occur, the students will be encouraged to submit a grade appeal.
- We feel this process will reduce issues and calls to Dr. Keenum's and your office by a factor of 5-10x.

Please let us know if you have any concerns or would like to discuss further. Since we discussed Li's performance with Leslie, I am copying her as well.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU009618**

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Thursday, December 9, 2021 7:40 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]
**Subject:** RE: concerns in Li Zhang's classes

A few quick updates – some have these updates, some don't, so I sent to everyone for completeness.

- Jason, Kari, Robert, and I met yesterday and the decision from that meeting was to scan every one of his student exams in case they are needed at a future date, which we immediately performed prior to taking the exams to Li Zhang's office. He was not in his office, but door was open, so I put the exams in a chair in his office and emailed him about the location of the exams.
- I went by his office today around noon and he was not there, but the exams were not in the chair where I left them.
- One or more people on this email has talked to his graders, looked at syllabi, evaluated grades in CANVAS to the extent possible, discussed about every way we can think of to be fair to these students …. Kari has a set of grades that can be entered that are as fair as possible, and at this point, the feeling is to wait until close to the due date to see what Li does grade entry wise.

Thank you all for helping – this is an extremely difficult situation inherited from years of build up to this point – if we can get Li to do his work in a more reasonable way, my productivity will go up instantly.

Regards,
Isaac

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Thursday, December 9, 2021 5:27 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Jason,

Per our discussion, I think you've devised a very good contingency plan, and fully support what you describe below.

David

David R. Shaw
Provost and Executive Vice President

MSU009619

Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 8, 2021 6:33 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** concerns in Li Zhang's classes

David – thanks for the phone call earlier today about Li Zhang's classes. Isaac Howard and I have had a challenging time to get a plan on his course from him. He did give us the final exam, and an answer key, but no guidance on giving out partial credit. We discussed with Kari Babski-Reeves and Robert Green and feel that we need to be prepared to take action to prevent the class from having no grades submitted. This is especially important as there are several students who are degree candidates. Coincidentally we have also had one parent complaint already about Li's courses.

Li said he would pick up the exams and Isaac put the exams in Li's mailbox. So far, we have not seen that he has picked them up.

Here is a summary of what I outlined on the phone. We appreciate your support.
- We'll calculate the students grades so far from the gradebook in CANVAS.
- There are some missing items (ungraded homework) which we will just ignore and not count for or against the student.
- There are some attendance / participation and bonus points. We have nothing in the gradebook and intend to give full credit for these, giving the student the benefit of the doubt.
- If Li does not grade the exams, we will not use this towards the grade for or against the student.
- We will increase grades by half a letter grade (5%) to estimate curving and intangibles in the class. We asked multiple times for his internal grade books and he has not shared them with us.
- We will assign grades from this.
- If a student feels the grade is wrong, we will get information from the students and try to resolve prior to the grade deadline.
- If this does not occur, the students will be encouraged to submit a grade appeal.
- We feel this process will reduce issues and calls to Dr. Keenum's and your office by a factor of 5-10x.

Please let us know if you have any concerns or would like to discuss further. Since we discussed Li's performance with Leslie, I am copying her as well.

Regards,
Jason

**MSU009620**

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

MSU009621

**From:** Howard, Isaac [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=741DBDC378E04FD0BE3FAC190C9495AC-IH16]
**Sent:** Thursday, December 9, 2021 7:41 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]
**CC:** Green, Robert [green@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: concerns in Li Zhang's classes

I would rather go to the dentist than deal with this

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 7:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Green, Robert <green@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: concerns in Li Zhang's classes

It is like pulling teeth !

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Dec 9, 2021, at 7:16 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:
>
> FYI, I have a dentist appointment at 815 am on Dec 13.
>
> > **From:** Keith, Jason <keith@bagley.msstate.edu>
> > **Sent:** Thursday, December 9, 2021 6:52 PM
> > **To:** Green, Robert <green@bagley.msstate.edu>
> > **Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
> > **Subject:** Re: concerns in Li Zhang's classes
> >
> > Ok. Kari and I chatted about going in the last hour if needed
> >
> > Regards,
> > Jason
> >
> > Jason M. Keith

MSU009622

Dean and Professor
Bagley College of Engineering
Mississippi State University

On Dec 9, 2021, at 4:39 PM, Green, Robert <green@bagley.msstate.edu> wrote:

I think holding off would be wise. We know that we can enter them if needed, we know what we think they should be, and the Registrar will let us know in time to get any changed if need be before they close grade entry. Li may be nice/lenient and actually give grades better than we think. But, I also believe in Santa Clause and the Tooth Fairy, so you probably shouldn't trust me. 😊

Robert

Robert A. Green, Ph.D., PE, F.NSPE
Assistant Dean
James Worth Bagley College of Engineering

---

**From:** "Howard, Isaac" <ilhoward@cee.msstate.edu>
**Date:** Thursday, 09 December 2021 at 16:36
**To:** Kari Babski-Reeves <kari@bagley.msstate.edu>, Jason Keith <keith@bagley.msstate.edu>, Robert Green <green@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

This all sounds great to me. With Li having the final exams I am not sure what that does to the process.  With grades this good, should we hold off for a couple of days and see what he does before entering the grades? At this point we could have them entered within an hour or two if needed.
Thanks,
Isaac

---

**From:** Reeves, Kari <kari@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 10:40 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

**MSU009623**

Yes indeed. Do I need to upload grades for the +4 column or wait to see if Li uploads grades? I can always put something in the gradebook but if we are waiting to see what he does I don't want to do that.

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 9:43 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Thanks Kari for doing this. it is a relatively small number of students who are doing poorly in this class.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Reeves, Kari
**Sent:** Thursday, December 9, 2021 8:42 AM
**To:** Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Ok, not a huge difference but here you go. Just using what we have in the system there are 34 As, 21 Bs, 11 Cs, 2 Ds, and 2 Fs. Adding the 4 pts we have 44 As, 16 Bs, 8 Cs, 0 Ds and 2 Fs. If you see another error let me know.

Kari Babski-Reeves, PhD, CPE

MSU009624

Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

---

**From:** Reeves, Kari
**Sent:** Thursday, December 9, 2021 8:11 AM
**To:** Green, Robert <green@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Hang tight. Jason found a small error and I'm fixing it.

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image001.jpg>

---

**From:** Green, Robert <green@bagley.msstate.edu>
**Sent:** Thursday, December 9, 2021 8:09 AM
**To:** Reeves, Kari <kari@bagley.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Re: concerns in Li Zhang's classes

It looks good to me, Kari. I continue to be amazed at how little students really tell their parents. Of course the student would argue that since "Dr. Zhang spoke no English" there was no use in going to class.

Robert

Robert A. Green, Ph.D., PE, F.NSPE
Assistant Dean
James Worth Bagley College of Engineering

MSU009625

**From:** Kari Babski-Reeves <kari@bagley.msstate.edu>
**Date:** Thursday, 09 December 2021 at 08:04
**To:** Jason Keith <keith@bagley.msstate.edu>
**Cc:** "Howard, Isaac" <ilhoward@cee.msstate.edu>, Robert Green <green@bagley.msstate.edu>
**Subject:** RE: concerns in Li Zhang's classes

Ok here is the grade spreadsheet. It appears that Li has been putting in bonus throughout (for example one student made a 122 out of 100 on exam 3).  Regardless, I used what is here to compute grades.  Without the .5 letter grade the grade distribution is (out of 72 students in the gradebook) 35 As, 20 Bs, 9 Cs, 1 D and 5 Fs.  Adding ½ a letter grade (4 points) the distribution shifts to 48 As, 15 Bs, 3 Cs, 0 Ds and 4 Fs.  Take a look and let me know your thoughts. I can input grades if you'd like.

On a related note, for the father that has called and emailed ISE, the student did not turn in 4 of 6 HWs, did not take exam 3, and made a 2 on exam 2. He's also missed 18 classes.  This appears to be less a function of Li and more a result of the student's engagement in the class.  I will email the student to see if he has graded documents to share back with me to modify his grade.
Regards
kari

Kari Babski-Reeves, PhD, CPE
Professor and Head, Department of Industrial and Systems Engineering
Larry G Brown Endowed Professor
Associate Dean, Bagley College of Engineering
Mississippi State University
662.325.7624 (office)
662.694.1286 (cell)
<image002.jpg>

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, December 8, 2021 6:33 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>
**Subject:** concerns in Li Zhang's classes

David – thanks for the phone call earlier today about Li Zhang's classes. Isaac Howard and I have had a challenging time to get a plan on his course from him. He did give us the final exam, and an answer key, but no guidance on giving out partial credit. We discussed with Kari Babski-Reeves and Robert Green and feel that we need to be prepared to take

MSU009626

action to prevent the class from having no grades submitted. This is especially important as there are several students who are degree candidates. Coincidentally we have also had one parent complaint already about Li's courses.

Li said he would pick up the exams and Isaac put the exams in Li's mailbox. So far, we have not seen that he has picked them up.

Here is a summary of what I outlined on the phone. We appreciate your support.
- We'll calculate the students grades so far from the gradebook in CANVAS.
- There are some missing items (ungraded homework) which we will just ignore and not count for or against the student.
- There are some attendance / participation and bonus points. We have nothing in the gradebook and intend to give full credit for these, giving the student the benefit of the doubt.
- If Li does not grade the exams, we will not use this towards the grade for or against the student.
- We will increase grades by half a letter grade (5%) to estimate curving and intangibles in the class. We asked multiple times for his internal grade books and he has not shared them with us.
- We will assign grades from this.
- If a student feels the grade is wrong, we will get information from the students and try to resolve prior to the grade deadline.
- If this does not occur, the students will be encouraged to submit a grade appeal.
- We feel this process will reduce issues and calls to Dr. Keenum's and your office by a factor of 5-10x.

Please let us know if you have any concerns or would like to discuss further. Since we discussed Li's performance with Leslie, I am copying her as well.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU009627**