ROBERT GREEN
JUNE 04, 2025

BEFORE THE MISSISSIPPI STATE UNIVERSITY
PROMOTION AND TENURE COMMITTEE

RE:  LI ZHANG

_____

TRANSCRIPT OF HEARING TESTIMONY OF

ROBERT GREEN
_____

Had on June 4, 2025

at Mississippi State University

Transcribed by:  Cathy White

EXHIBIT
15

Cathy M. White, CCR

cathywhitecsr@gmail.com                                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

APPEARANCES

COMMITTEE MEMBERS:

    DR. ROBERT GRALA, CHAIR
    MS. KELLI ANTHONY
    DR. MELODY DALE
    DR. DIPANGKAR DUTTA
    DR. SANTANU KUNDU
    DR. SHIEL LU
    DR. ROBERT MOORE

MISSISSIPPI STATE UNIVERSITY REPRESENTATIVE:

    DR. TABOR MULLEN

LEGAL ADVISORS FOR MISSISSIPPI STATE UNIVERSITY:

    CHARLIE WINFIELD, ESQUIRE
    ASHLYN MATTHEWS, ESQUIRE

LEGAL ADVISOR FOR DR. LI ZHANG:

    GRAFTON BRAGG, ESQUIRE

ROBERT GREEN
JUNE 04, 2025

INDEX

Style  . . . . . . . . . . . . . . . . . . . .     1

Appearances  . . . . . . . . . . . . . . . . .     2

Index  . . . . . . . . . . . . . . . . . . . .     3

Robert Green

    BY DR. MULLEN . . . . . . . . . . . . . . .     4

    BY DR. ZHANG  . . . . . . . . . . . . . .    25

    BY THE COMMITTEE  . . . . . . . . . . . . .    42

Certificate of Transcription . . . . . . . . .    65

ROBERT GREEN
JUNE 04, 2025

ROBERT GREEN,

EXAMINATION

BY DR. MULLEN:

Q. Dr. Green, I appreciate you being here for the Promotion and Tenure Committee. I really -- we have an hour.

A. Okay.

Q. Okay? I frankly think we can do it faster than that.

A. Ten minutes?

Q. You are a former interim dean, and I'm sure there should be some level of deference to how much time you give, but I'm going to need a little more than 10.

A. Okay.

Q. I want to focus -- and if I ever have to do this again, I will make sure that you have a timeline to follow the events. But I want to really focus, this particular first set of questions is really about the fall of '21.

A. Okay.

Q. Okay? And so the class -- the class in particular. Okay? The fall of '21, in November. Okay? Dr. Zhang informs the department head and the dean that he has to have spinal surgery in early

ROBERT GREEN
JUNE 04, 2025

December, and he will be in need of assistance in the final exams and the potential for impacting the grade. Okay?  Dr. Howard asked Dr. Zhang for information on how to complete that class.  Okay?  And I know there's an email back and forth for that, for the difference of time.

DR. MULLEN:  Will you just find that for me?

BY DR. MULLEN:

Q.  And I'll point that out.

At that point, the dean's office and the department are kind of on notice that they've got to do something to get grades in.

A.  Right.

Q.  Okay.  Is that enough stage set for you to tell us what happened to the best of your recollection at that time?

A.  I think so.

Q.  Okay.

A.  Okay.  So if I recall, at that time, we were going back and forth.  It was starting to look like Dr. Zhang was not going to be able to get grades in by the grade deadline.  We were getting questions from students wondering about their grades, graduating seniors.  We -- I believe this was the time we learned Dr. Zhang had proposed giving some assignments after

ROBERT GREEN
JUNE 04, 2025

the semester had ended to help make up for some of that. I may be confusing that with another semester. And then there were some questions regarding the grading of the final exam as well as the project. I believe Dr. Zhang said he would give everyone a 50 on the project, calculate grades, and then deal with grade changes after the fact.

We determined that was not acceptable, particularly given graduating seniors and having job offers and not being able to delay those, plus concern about numerous grade appeals; that based on what we had been told, my advice, all of our estimations was they would most likely prevail given the circumstances. At that point, we started requesting access from -- we requested at least some information from Dr. Zhang, then we gained access to Canvas, Canvas gradebook.

Q. Okay. When you say "we got access," who?

A. Dr. Babski-Reeves was --

Q. She ran point --

A. Yes.

Q. -- on that? And there's been a lot of determination about is she qualified to do this. And I'll concede, she's an endowed professor and a department head and an associate dean in another department.

A. Correct.

Q. But the dean's office rationale was?

ROBERT GREEN
JUNE 04, 2025

A.   The rationale was we had to do something.  I mean, the semester was over.  We had an obligation, ethical, moral, if not contractual, to these students to provide the grades that were accurate and in keeping with University policy, and it did not look like that was happening.

So to be clear, no one, no one graded any work in the dean's office, did not happen.  Dr. Babski-Reeves' involvement in this along with us was merely in calculating grades based on information we had available to us in the gradebook, Canvas gradebook, work that had been graded by Dr. Zhang.  So no one in the dean's office and, as far as I know, nor did Dr. Howard go back and change any graded assignments or anything.  We did the best we could working with the grades we had available as well as the syllabus.

And I would say, in large part, we were also sort of looking at, well, what is the policy somewhat with our veteran students.

Q.   Uh-huh.

A.   And we -- I forgot that AOP, but if we have veterans, students who are mobilized, and they've completed a certain percentage of the course, they have the option of taking the grade at that point.  That was somewhat what we were looking at and sort of came to the

ROBERT GREEN
JUNE 04, 2025

idea that this looks like maybe we've got enough of that. And so, basically, we went through -- I believe we may have ignored the project grade because nothing was there. I can't remember exactly what we did the finals. But anyway, we worked with the grades available that we had in the syllabus, basically trying to recalculate percentages. So no transportation expertise was required in what we did.

Q. So if I were to look at Exhibit 10 -- and I'm just going to pull out one sentence. Okay? So you read it in its entirety. He has told students that submitted an original project that he has had not time to grade the project and assigned them all a 50 percent credit.

DR. MOORE: What page is that?

DR. MULLEN: I'm on page 2.

MS. ANTHONY: Of their documents.

DR. MOORE: Thank you.

BY DR. MULLEN:

Q. Fifty percent seems fairly arbitrary.

A. Completely arbitrary. Not only that, it's an F.

Q. Okay.

A. I mean, a 50 on any assignment is an F. So basically we looked at that and he's saying all the students have failed the exam, or failed the project.

Q. And as, you know, the associate dean of

ROBERT GREEN
JUNE 04, 2025

student -- excuse me -- the associate dean of the college, I mean, are you are effectively in charge of undergraduate affairs of the Bagley College of Engineering, and you're well aware of the processes of how grade appeals work --

A. Uh-huh.

Q. -- the amount of time that they would take, that, frankly, how one grade appeal begets another, begets another.

A. Uh-huh.

Q. So it was a consensus decision at the college level to rectify this.

A. Correct. In consultation with the department and the provost.

Q. Okay. And you did use a long-term practice affected with veterans, but that practice also is, in times of extreme need, for students?

A. Yeah, yeah.

Q. Okay. We often call that the 75 percent rule.

A. Right.

Q. Okay. Would you explain kind of what the 75 percent rule is in cases toward the end of a semester?

A. Towards the end of the semester, I mean, it's particularly in terms of veteran students. If a student has completed essentially 75 percent of the work in the course, some ambiguity as to how you may actually

ROBERT GREEN
JUNE 04, 2025

calculate that, and all that is remaining is a final exam, maybe another major piece of work, and the student has -- and they are, in this case, mobilized for military service, they are given a couple of options.  One is they can take an incomplete in the course and then complete that when they return, and the other option is they can take the grade that they would have earned at that point or the point -- the grade they had in the class at that point as their final grade.

Q.  And, look.  We talk a lot about policies.  We have -- every vice president has OPs.  The provost has AOPs.  Not everything we do at this university is written down.

A.  Correct.

Q.  I mean, there is an impossibility for a dean's office to have every particular instance written down.

A.  Absolutely, yeah.  I mean, I've been in the dean's office in this or similar positions for 25 years.  This has only happened this once.

Q.  Well, this once --

A.  This first time here.

Q.  Yes.

A.  Yes.

Q.  And we're going to talk about another time.

A.  Yes.  At this point, this was the first time

Cathy M. White, CCR
cathywhitecsr@gmail.com                                          601.405.3762

ROBERT GREEN
JUNE 04, 2025

anything like this has happened in my 25 years (audio distortion).  It was truly unprecedented.  We had never had to deal with such a thing before.

Q.  You had a faculty member who's now on leave and has given no way to account for the rest of his class.

A.  Right.

Q.  He's gone silent on you.

A.  Right.

Q.  Okay.

A.  (Indiscernible) assigning arbitrary grades.

Q.  Okay.  All right.  Well, I may come back to that, but I'm going to move on.

MR. MULLEN:  Now, Committee, Dr. Zhang, I'm going to move on to the next semester.

BY DR. MULLEN:

Q.  The next semester is a little different.  Back to your time as -- safe to say that you're the chief complaint officer for students?

A.  That's a good way to put it.

Q.  Okay.  All right.

A.  And faculty.

Q.  Faculty.  Okay.  But particularly today, let's just -- I want to put the (audio distortion) on you as chief complaint officer.

A.  Okay.

ROBERT GREEN
JUNE 04, 2025

Q.   How many complaints do you handle?  How many things do you --

A.   Complaints?  A good many.

Q.   Okay.

A.   It's hard to estimate, but it varies.  Student complaints, a couple, usually a couple a semester.

Q.   Okay.  And student complaints, unlike faculty complaints, don't have a perfect AOP or OP to follow.

A.   Correct.

Q.   Okay.  So that could be as simple as an email to you that you look at and say faculty member didn't do anything wrong?

A.   Right.

Q.   Let it go?

A.   Yeah.

Q.   But that's not what happened in the spring of '22.

A.   Correct.

Q.   Okay.  And just in particular, what is the mindset in the college of how y'all handle complaints, like, yeah, take it to the faculty member, you don't get the desire, you take it to the department head.  So y'all work up and down the academic chain fairly well.

A.   Yes.  I mean, usually --

Q.   Yeah.

ROBERT GREEN
JUNE 04, 2025

A.   I mean, I suspect most of you have heard student complaints, you know, and most of them --

Q.   I have.

A.   I know you have, yeah.  You know, and most of them are students who are just unhappy or upset, and those usually just go away.

Q.   Now, I'm going to use a strong word in a little while to describe effectively what happened.

A.   Okay.

Q.   Okay?  But in February, okay, you get an email signed by some 23 students, and that almost amounts to a coup.

A.   Pretty much.  Just about half the class, if I remember.

Q.   Okay.  And they are coming to -- and, in fact, in this particular case, they go to the department --

A.   Right.

Q.   -- head.  So their complaint with is with a faculty member.

A.   Correct.

Q.   And they take the correct course of action.  And what did he do?

A.   The --

Q.   The department head.

A.   The department head.  I'm not sure what did -- I

ROBERT GREEN
JUNE 04, 2025

believe at that point, it came to us.

Q.  Okay.

A.  And we got the email, so talked to the dean.  We read the email, and I believe, at some point, some students had actually come to visit with me in the office.

Q.  Okay.

A.  And at that point, that's when they brought up this traffic project idea, and I know we had had some discussions about that before, asked them some questions about that.  And then when they told me that they had received no direction on it, no safety briefing, nothing like that, at that point, I said this is a safety issue, we have to do something.

Q.  All right.

A.  I mean, I talked to the dean about that.  I believe then we got this email and, at that point, we decided to meet with the students.  So Dr. Howard and I met --

Q.  And now I think we're on Exhibit 14.

A.  Yeah.  We met with -- I can't remember, four or six of those students that were there.

Q.  And when you evaluate complaints, so sometimes a complaint is not worth bothering the faculty member.  Many times --

A.  A lot (indiscernible, two speakers).

ROBERT GREEN
JUNE 04, 2025

Q. Let's say it for what it is. We dismiss a lot of complaints.

A. Absolutely. We just -- I don't want to say we ignore them because we care about the students, but most of them I'm able to discuss with the students, explain what's going on, they're happy, they feel like they've been heard, and they let it drop. Other times, you know, the next step is go to the faculty member and talk about it.

Q. Uh-huh.

A. And if that doesn't work, you know, then we say go to the department head and --

Q. Right.

A. -- sort of work its way up.

Q. Same normal path --

A. Normal path, yeah.

Q. Got it. But when four students come after 23 have complained, we used to call that, in student affairs, scratching the scab.

A. Yeah.

Q. Okay? Where a couple of students come and then, all of a sudden, you explore issues where all of their stories effectively line up. Now, they don't ever perfectly line up and we often vet or -- is this a collaborative effort against a faculty member.

ROBERT GREEN
JUNE 04, 2025

A. Right.

Q. But then it's -- more and more comes out?

A. More and more comes out, and then you know the -- we start looking at who are these students, you know. Are these just poor students unhappy with the grade?

Q. Yeah.

A. Are these good students who are unhappy with the grade? Are these good students who are unhappy with -- not happy with the quality of education they think they should be getting? And that's all what we looked at here, and we quickly determined this is not just a case of a couple of irritated students complaining about --

Q. Uh-huh.

A. -- their grade. In fact, I think some of them said, the way things were going, they would probably end up with a good grade in the class anyway, yet they were still complaining.

Q. And these are students in CE 4143. So when you called that meeting, you sent it to the class roster?

A. The first meeting --

Q. How did you vet it?

A. So I believe the first meeting, we just tried to get a couple of students among the 20 -- the first meeting with Dr. Howard, when Dr. Howard and I met with them, I believe we just tried to get some of the students from

ROBERT GREEN
JUNE 04, 2025

that list, and I believe Dr. Howard just tried to find who was going to be available at a particular time.

Q. Okay.

A. And those are the ones who had signed on to the letter.

Q. Uh-huh.

A. We had that meeting. Later in the semester, we had a larger meeting with Dean Keith, Dr. Babski-Reeves, me. I believe Dr. Howard was there. We had that in a classroom. That went to the entire class, the whole entire class roster.

Q. So, you know, some would say we solicited complaints, but there's really no way to vet what's going on with the class without talking to the class.

A. No. And the ones we met were already signatories to the complaint letter, so they had already made --

Q. Was there ever just sweeping -- any dissenters?

A. I believe the students said there was -- so when Dr. Howard and I met with them, I think one of the first questions I asked with them was why did -- why only 23, you know, why -- you've got 23, why did you not get the whole class. And, you know, they said, well, we thought 23 was enough, but we could have gotten more. And I did say, was everybody in agreement. I think they said, no, there was one person in the class who didn't want to sign

ROBERT GREEN
JUNE 04, 2025

on ultimately.

Q. All right. But this is in late -- and I don't have an actual calendar in front of me, but we could get one. This is in late, late February?

A. I believe so.

Q. Okay. And then, you know, universities move fairly slowly, so y'all probably thought about what to do for another week?

A. Oh, yeah. We had, you know, conversations and tried to schedule the meetings, you know, the meetings with the students.

Q. Okay. And spring break happens.

A. Spring break.

Q. So nothing happens during spring break. And then on March 10th, Dr. Keith tells Dr. Zhang he cannot have students do the traffic project.

A. Correct.

Q. Okay. And then, subsequently, on April 4th, students get into a frenzy again. Now, let's go to -- it looks like to me it's Exhibit 18. I'm going to give you this. Now, it's redacted because we want students -- don't want there to be any question. Can you read through this real quick and then just tell me what your thoughts from the dean's office at that time would have been? The first page is most important.

ROBERT GREEN
JUNE 04, 2025

A.   The first page?

Q.   Yeah, yeah.

A.   (Audio distortion) basically, I believe at this point, it was like Dr. Zhang was ignoring the direction of the dean --

Q.   Okay.

A.   -- to not do the project.  And he was telling the students that I'm doing it, despite the fact that my supervisor has told me not to do it, I'm doing it anyway.

Q.   Uh-huh.  And but it also -- I just felt the need to let the department know that this sounded very much like a threat and which I was very uncomfortable.  That seems like the student believed they were being retaliated against.

A.   Yeah.  I mean, I got that feeling from several of the students.

Q.   These students -- is it safe to say we graduate more students in May than any other time?

A.   Yes.  That's safe, yeah.

Q.   And so y'all made the decision, and it's approved, to relieve him of his teaching responsibilities?

A.   Yes.

Q.   Now, it doesn't matter that it happened in May, May 3rd.  It just happened.  Okay?

A.   Yes.

ROBERT GREEN
JUNE 04, 2025

Q.   So we now no longer have a faculty member in charge of a classroom.  This is unprecedented.

A.   Correct.

Q.   So how did y'all assign grades then?

A.   Same way.  As best I recall, we went with the grades that we had --

Q.   Okay.

A.   -- in the gradebook and went by the syllabus and, again, no work was graded that -- by us.

Q.   Okay.  Same chaos inside of the gradebook?

A.   Correct.

Q.   I mean, it took almost three engineers to figure out what was going on?

A.   Yeah.  And I would say, at some point, we had one student -- I can't remember if it was the first time or the second time.  We had one student come and complain because of the grade he received.  We explained the process.  I believe it must have been the fall semester, because he came in at Christmas --

Q.   I do think the fall semester --

A.   Yeah.

Q.   -- there were more complaints.

A.   More complaints, yeah.  So he came, said he did not think his grade was fair, had a meeting with the dean. He was able to produce copies of graded work that was

ROBERT GREEN
JUNE 04, 2025

recorded as a zero in the Canvas gradebook. The student produced us a copy of the graded work and we went back, recalculated his grade based on what he had submitted, and then we submitted a grade change for him based on the work, the graded work he was able to submit, provide.

Q. You've watched grade distributions in your college for years.

A. Yeah.

Q. So any abnormality in the way these grades --

A. Those -- from what we saw initially, there seemed to be very high failure rates in his class.

Q. Okay.

A. And as we discussed, our engineering students tend to be very intelligent, very bright. You know, our retention issues are freshman to sophomore. By the time they get to be juniors and seniors, these are typically not students who are not performing well in class, particularly not in that grand of a scale.

Q. You know, that's come up, that engineering students in this particular case wanted to learn, not get a grade.

A. Correct.

Q. And they felt cut short?

A. Yes. And I would say that is one of the things that made these complaints different from the others was

ROBERT GREEN
JUNE 04, 2025

it was not I'm not happy with my grade, and I'd say that's one of the most common complaints I get, is I'm not happy with the grade I got on this exam. And my standard answer there is go talk to the faculty member, discuss it, find out why, but there's nothing we can do about your complaint on a specific exam. If, at the end of the term, you are not happy with your final grade, then you can file a grade appeal. Those are the typical complaints I get.

With this, there seemed to be more of a we're just not happy with what we're getting in the class. It wasn't -- it wasn't grades. We had one guy at some point, one person, I think it was a guy, may have been a girl, say they had just taken a job and they had wanted a career doing traffic studies.

Q. Uh-huh.

A. And that, as a result of these classes, they wanted nothing to do with it and they'd accepted a job offer in an unrelated field because of the experiences in this class.

Q. I want to talk about the grade appeal process just very quickly. Okay? Now, I happen to know a little bit about the grade appeal process.

A. You know a thing or two.

Q. Yeah. Yes. Grade appeals in the summer are difficult.

ROBERT GREEN
JUNE 04, 2025

A. Very difficult.

Q. Okay. And we are compressed because moms and dads think their children have graduated, students have jobs. Did y'all think about just saying, hey, go grade appeal these?

A. No. Did we -- yes, that was considered as an option.

Q. Okay. And why?

A. Well, we knew, because the policy is, grades -- grades that are appealed stand until the hearing is held --

Q. Right.

A. -- and has been completed. So we knew we had some graduating seniors in this class who had an F.

Q. Uh-huh.

A. Which meant they would not graduate until the appeal process was complete. And as you said, given the summer and with the lack of -- with the relatively few number of faculty numbers we have on contract during the summer or working during the summer, it's hard to schedule those hearings. So it was very likely that many of these students may not have a hearing until the fall --

Q. Okay.

A. -- or further into the summer. Meanwhile, they had accepted job offers, some of them starting June.

ROBERT GREEN
JUNE 04, 2025

Q. And even in the grade appeal process, a decision can be that the dean's office changes a grade.

A. Correct.

Q. Okay. And but it would ultimately likely go all the way to the (indiscernible, two speakers) --

A. In this case, we deemed, based on the correspondence, the email we had had, the faculty member also has a right to object to that.

Q. Correct.

A. So we --

Q. So we would --

A. If the dean had decided to change the grade, our --

Q. Consensus?

A. -- feeling was it still would have been appealed. And that is still --

Q. And that is the (indiscernible).

A. Okay.

Q. Do you, from a dean's office perspective, you've got hindsight now, would you have done it differently?

A. No.

Q. Okay.

A. I can't think of anything we would have done differently. We were very cautious. We were very reluctant. As I said, in my 25 years or so in the dean's

ROBERT GREEN
JUNE 04, 2025

office, something like this has never happened.  And we were very hesitant to do it, but we just did not see another option at that point, given the timing and given the lack of response of the faculty member, given the ignoring directives from the department head, from the dean, (indiscernible) from the provost, you know.  So you've got a faculty member who is being told no three levels up and they choose to ignore that.

Q.  And so the dean's office did what they feel was in the best interest of everyone involved?

A.  Yes.

DR. MULLEN:  All right.

DR. GRALA:  Thank you very much.

Dr. Zhang, now it is your time to cross-examine.

DR. ZHANG:  Give me one second.

Okay.  I am ready.

DR. GRALA:  Go ahead.

EXAMINATION

BY DR. ZHANG:

Q.  Dr. Green, thank you for your time.  Is it true you accept personal accountability for the truthness and completeness of your testimony and with the questions from here today and is actually will uphold the professional ethics expected of a senior administrator at Mississippi State University (indiscernible) HR policy?

ROBERT GREEN
JUNE 04, 2025

A.  I do.

Q.  Thank you.

DR. MULLEN:  Chair, I've got to switch out attorneys real quick.

DR. GRALA:  Okay.

DR. MULLEN:  If we could pause just momentarily.

DR. GRALA:  Maybe it's a good idea to take a five-minute break in case anyone needs to go to the bathroom.

(Recess.)

BY DR. ZHANG:

Q.  Dr. Green, when I -- just for the record, I did post the grade, final grade for students.  Once I post my grades, students and everybody can see on campus, whether on campus or off campus.

So how many students complained after I post their grade, their final grade?  And I have transparency. I have how their grade was calculated.  And that email was forward to you and everybody.  And once I post the grade, how many students complain, after I post the grade?

DR. MULLEN:  Which semester?

A.  Yeah.  What year are we talking about?

BY DR. ZHANG:

Q.  2021.

MS. ANTHONY:  When he had the surgery.

ROBERT GREEN
JUNE 04, 2025

BY DR. ZHANG:

Q. Yeah, when I had the surgery. Once I post the grade.

A. I don't -- Dr. Zhang, I honestly don't recall. I know we had some students concerned and we said --

Q. (Indiscernible, two speakers).

A. -- we were working on it?

Q. (Indiscernible).

A. I don't know. I don't know because I don't necessarily keep records of phone calls and people coming in my office.

Q. Okay. That's fine. Let's move onto the next questions. So you don't know how many students complained before you made the changes.

So next --

A. Well, to be clear, we had decided to make the changes before you posted --

Q. Okay.

A. -- those final grades --

Q. Okay.

A. -- based on what you told us.

Q. You don't know my final grade. Okay.

DR. ZHANG: Committee, (indiscernible) --

MR. BRAGG: We'll get (indiscernible).

BY DR. ZHANG:

ROBERT GREEN
JUNE 04, 2025

Q.  Dr. Green, when Dr. Reeves mentioned one of the students complain, he almost didn't turn in homework.  He almost didn't participate the class.  He -- we have three tests.  He just got two out of 100 in test two.  He didn't participate in test three.  And you guys still gave him a free pass to the course in fall 2021.  And you said that this is ethic, ethic (indiscernible) of the University policy.

A.  I'm not sure what student you're talking about that did that.  I would have to look at the grades to see which one it was.

Q.  Okay.

A.  So, Dr. Zhang, I will tell you, we did the best we could with the chaos we were facing.

Q.  Okay.  So is that ethic?  Supposed to be.

If you go to Z-23, page 4, that is for Dr. Reeves and maybe one of the students complain.

MR. BRAGG:  You're going to have to (indiscernible) using that.

(Indiscernible, multiple speakers).

MR. BRAGG:  Yeah, right.  It's the fourth page of the (indiscernible).

DR. GREEN:  So 9617?

MR. BRAGG:  That's right.

BY DR. ZHANG:

ROBERT GREEN
JUNE 04, 2025

Q. Fourth page, fourth page. So I'll relate the notes in the middle. I'll relate the notes. They have the official MSU stamp, which is page 009617. Is that an ethic? Is that a formal MSU policy?

DR. MULLEN: Now, look, he's pointing to the 9617.

BY DR. ZHANG:

Q. 9617, yeah.

A. I'm not sure exactly what you're asking, Dr. Zhang. I --

Q. I mean --

A. -- I do not see --

Q. Well, that's (indiscernible) students. Is that ethic? Does that follow MSU policy to give him a free pass?

A. I don't see anywhere in this where we gave him a free pass.

Q. Okay.

A. But I think (indiscernible)? No.

Q. Uh-huh.

A. I don't know what that note is. I would assume this was a father's -- I can tell you that, in my 25 years in the dean's office, I have never had a parent call because they believe their child got a grade that was higher than it was deserved. So I can only assume that

ROBERT GREEN
JUNE 04, 2025

this father called because they were unhappy with his son's grade.

Q. Okay.

A. And I believe what Dr. Babski-Reeves is saying here is the student did not turn in four of six homeworks --

Q. Uh-huh.

A. -- did not take exam three --

Q. Uh-huh.

A. -- made a two on exam two. He missed 18 classes.

Q. Uh-huh.

A. That appears to be less of a function of you and more of a result of the student's engagement in class.

Q. Right.

A. I do not see in any way where this says he got a free pass or had a grade changed.

Q. That grades is in -- on the (indiscernible.) But anyway, we change in -- who is that student, his grades?

A. I don't know who the student is.

Q. We should be able to know that.

Okay. Does anyone fail the class that year when you change the grades from my grades to --

A. Yes. From the fall of '21?

Q. From --

A. I can't remember exactly. I believe, when we

ROBERT GREEN
JUNE 04, 2025

finally got everything done, there were two, three, four Fs, something like that.

Q.   Okay.

A.   Yeah, there were some students who did fail.  One of them came back with graded work and we -- and that was the one we put in a grade appeal for.  He had an F.  He then provided graded work that you had a zero indicated in the gradebook, so it appeared to us that you had graded the work, you just had not recorded it in the gradebook. So we put that grade back in the gradebook and recalculated his grade and gave him (indiscernible).

Q.   Okay.  Are you aware the grades was interpreted by graduate, but then my other project assistant, are you aware my syllabus specifically mentioned, if you have a grade different on the -- than what you get on your paper, you need a time frame to work with me to get it resolved. If the students keep that on (indiscernible), any type of submission, that's not followed syllabus.  Are you aware of that?

A.   Dr. Zhang, the class was over when this happened.

Q.   Right.  So that still does not follow the class syllabus.

Okay.  Let's move onto the next.  Anyway, isn't it find out, you know, later on the entire class was given the free pass?  You can --

ROBERT GREEN
JUNE 04, 2025

A. I disagree, Dr. Zhang, 100 percent. Students did not get a free pass. We did what we had to do.

Q. (Indiscernible, two speakers) to manage all the (audio distortion) --

A. We had to -- no. I'm taking offense at what you're saying. We did not give students a free pass. A free pass would have been the easy thing to do. We, instead, tried to work with the gradebook you had. We did work with the gradebook you had and the syllabus you prepared, and we calculated grades for this. No one got a free pass except on those cases where we had to say we're ignoring the project because you assigned an arbitrary grade of 50, and the final exam.

Q. Okay. Based on that person, Dr. Green, are you aware that project you mentioned is optional? That's the first, are you aware of that? Secondly, are you aware I assigned them 50 percent that eventually I grade their entire work, communicate with students, and that give them the grades according to the entire work, the 50 percent grades still stands, students have no objection? Are you aware of those two?

A. I would not say students had no objection.

Q. For those two, for that particular project you mentioned, the optional.

A. You were told not to give the project the second

ROBERT GREEN
JUNE 04, 2025

semester.

Q. Before 2021, it's not second semester. I'm talking fall 2021, the project is optional.

A. I'm telling you, we did the best we could with what we had in your gradebook in calculating grades as fairly --

Q. Why not phone call to me?

A. Because you were being unresponsive. You had been given multiple emails by Dr. Keith and you were being nonresponsive.

Q. Can you point out a specific email that I'm not responsive with Dr. Keith?

A. It's just delayed, and we are in a tight time frame, and we are trying to make decisions that are fair to the students.

Q. Hold on. Other questions.

Let's just suppose, okay, suppose the students didn't ask for -- specific students, if that happened, if that happened, do you think that violation of MSU policy and ethic?

A. Violation of what policy?

Q. With the -- with policy, or not a policy. The teaching, the instruction of the -- the class instruction. But anyway, that's ethic (indiscernible,) for that particular case?

ROBERT GREEN
JUNE 04, 2025

A.   I'm not sure what you're asking.

Q.   Okay.  Okay.

DR. MULLEN:  This may refresh --

DR. GREEN:  Yeah.

A.   Okay.  Yeah.  So I mean, there's just one email here to you, actually to you, Dr. Howard, from Dr. Keith, Li, nearly a week has gone by since your request 11/23, and you have not provided us with the answers to our questions.  This is really putting the University and your students in a very difficult position.  Behind the scenes, we all have been working to figure out how to best approach this.  In order to be successful, we need your help.  Please send us by noon on Tuesday, November 30, the information we need.  I believe this is the email you came back and asked for an extension, and Dean Keith told you no, you could not have an extension on the time.

DR. GRALA:  What exhibit is that?

DR. MULLEN:  We're at 10.

BY DR. ZHANG:

Q.   No one (indiscernible) asked me exact follow that up?

A.   The dean was asking you for grade information for that course.

Q.   I am reading.  So what's a (indiscernible) to ask the grade information for grading.

ROBERT GREEN
JUNE 04, 2025

A. Dr. Li, we had asked you -- you had (indiscernible) arbitrarily assigning a grade of 50. I believe there's some email in there --

Q. Yes.

A. -- where you're telling the students that their final exam was graded while you were still under the effects of anesthesia and there may have been errors in that. At this point, we had lost confidence that you were going to be able to submit timely grades for these students given the deadlines. We've asked you for this information and you were asking for an extension of it past the deadline. You were still telling students, we were still getting reports from students that you wanted to give them makeup work after the semester had ended.

Q. Where is the email asking to delay for after they passing?

A. That was some email and, again, I may be confusing --

Q. Well (indiscernible, two speakers) fall 2021.

A. Yeah.

Q. We have to -- because I only have certain minutes time frames. We'll have to move on.

Please provide me the emails that I asked students to --

A. That may have been the spring semester.

Cathy M. White, CCR

cathywhitecsr@gmail.com                                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

DR. MULLEN: No. It's in the darkest. Yeah, we'll point that out later.

DR. ZHANG: Okay. Okay.

BY DR. ZHANG:

Q. So, actually, solicitation of the students comments --

A. Dr. Zhang, for the record, comments were not solicited from any student.

Q. Okay. Why --

A. These comments were received unsolicited. We then scheduled the meetings to have students to give them an opportunity to voice their concerns. And the email Dr. Keith sent to the students where he sent to the entire class, he asked for feedback, both positive and negative.

Q. In the -- when you contacted the, you know, monitored meeting with the students, have you or anybody in the dean's office passed that meeting details about students complaint or is it (indiscernible) details I can actionable? Because without a student's name, I cannot just connect the one to say what their complaint is. I have one (indiscernible) I would have to be specific to those (indiscernible) questions. So have you guys passed any other students complaint in details to me --

A. Have we passed --

Q. -- before I was removed from the instructor?

A. We had encouraged students, as is always our practice, to go to you if they had -- to go to any faculty member if they have concerns with specifics grades.

Q. Right.

A. The type of complaints we were getting from these, the students were asking that we not know who they are because they were afraid of retaliation. That is common practice when we deal with many complaints against faculty where possible, particularly while they're still enrolled in the class, still at school. If possible, we communicate -- we may communicate those concerns back to the faculty member if we can in such a way that that particular student is not identified.

Q. Anyway, have you shared the details about the original student complaint with me?

A. I cannot remember if Dr. Keith or Dr. Howard did or not.

Q. But you (indiscernible) students' complaint.

A. How is --

Q. (Indiscernible, two speakers.) students' complaint, original complaints.

DR. GRALA: I would ask to focus on the facts.

BY DR. ZHANG:

Q. Okay. Do you know you (indiscernible) to have students complain, if that timeline is exactly coordinated

ROBERT GREEN
JUNE 04, 2025

with my EEOC complaint?

A.   I did not know that.

Q.   So you --

A.   I heard --

Q.   (Indiscernible, two speakers) until the EEOC complaint?

A.   I learned about that after the fact.

Q.   What time you learn about the EEOC complaint?

A.   This was probably a couple of years ago, but it was well after the fact.

Q.   When we talk about this spring 2022 --

A.   Spring?  I would say even in the spring of 2022, I was not aware that you had done that.

Q.   Okay.

A.   Although Dr. Keith and Dr. Babski-Reeves and I were very open and we shared many things, there were some things that were kept confidential.  And even though I'm (indiscernible) the three of us and that would have been one of those that Dr. Keith never shared with me.

Q.   So I filed that a while back.

A.   I believe he knew about that and I've seen some emails since that he -- we actually corresponded with, I believe it was, University general counsel, and it may have been for the spring grades, where he said, in light of the EEO complaint, we are concerned about this and that

Cathy M. White, CCR

cathywhitecsr@gmail.com                                          601.405.3762

ROBERT GREEN
JUNE 04, 2025

it might be perceived as retaliation.

I can assure you, Dr. Zhang, there was nothing we did that was retaliatory towards you for filing a complaint. This was all based purely on student complaints we had gotten and we handled it the way we would any others with the exception that this was a truly unique situation. We had never encountered a situation with a faculty member like this.

Q. Dr. Green, what language we are speaking right now?

A. English.

Q. Thank you. And so faculty -- so the Committee member notice that we are speaking English.

A. I saw some stuff about that. I'd love -- where is that coming from, Dr. Zhang?

Q. Okay. Dr. -- okay. The Committee say you (indiscernible) --

A. Okay.

Q. Okay. I'm trying to save my 30 minutes.

A. Sorry about that.

Q. Dr. Green --

A. Sure.

Q. -- just one more question. When you have a group meeting with students, are you aware that both (indiscernible) go to complain can result in bias or

ROBERT GREEN
JUNE 04, 2025

doubts because of peer pressure, and do you have a trained facilitator to ensure the neutrality and prevent of the mistreatment (indiscernible,) especially if somebody higher up.  If somebody in the higher-up, like the powerful people together, ask them to make the, you know, comments or whatever that you asked them to?

A.  Do we have a facilitator?  No, I'm not aware of a facilitator to do such a thing on campus.

Q.  Okay.

A.  I would say we frequently have meetings with students.  And we were getting some similar comments.  We were also getting some different comments.  But, yes, Dr. Zhang, we take those things into account.  We do not simply say students are always right.  We're always aware that they may be bias in sharing certain things.  But in this case, it was just an overwhelming preponderance of the evidence.  As I said, I have never received a complaint signed by 23 students.

Q.  I have one more question.  If you turn to Z-20. Dr. Howard testified that no one in the administration, other administrator, trying to deny my medical request. Dr. Howard said no one, period, no one did that.  And if you'll see that email on in that page.  You can see that your name is on that email.  Do you see that?

A.  What page number are you on?

ROBERT GREEN
JUNE 04, 2025

Q. 5970. So do you mind to read the paragraph Dr. Jason Keith has underlined to the Committee?

A. It says, I would like to see if we can deny his request for surgery and ask him to administer the final and submit grades.

DR. ZHANG: Thank you. I think that's all my questions, complying with our 30 minutes.

DR. GRALA: Thank you very much.

Now it will be time for the Committee to ask questions, but we're going to sit in the office here, (indiscernible) here, and we would also like request for 10 minutes and (indiscernible) and aggregate our questions.

One item that came up here repeatedly is the medical leave and I think we can receive from eForm a log for that, for it was submitted (indiscernible.)

DR. MULLEN: I don't doubt that is the case. But we have human resources next, and so why don't I do this. I will go talk to Julia and see if she can pull this, though I know she can -- let me ask the request of the log, and then you'll get to speak to her. But she is our next witness.

DR. GRALA: Okay.

DR. MULLEN: Yep.

DR. GRALA: What do you want to do? Do you want

ROBERT GREEN
JUNE 04, 2025

to do lunch?

DR. MULLEN:  I would love to push on through Dr. Green.

DR. GRALA:  So in that case, we'll do a 10-minute break so we can discuss our questions, and then we will leave some time for Dr. Green.

DR. GREEN:  Thank you.

(Recess.)

EXAMINATION

BY DR. GRALA:

Q.  Dr. Green, thank you so much for being here.

A.  Sure.

Q.  We have several questions.  They may seem insensitive or maybe not proper.  It's not our intention. We just want to establish a pattern, so that's why we're asking those questions.

A.  Okay.

Q.  And so we have talked about those two courses and that, in both cases, the grades had to be done here. Dr. Zhang wasn't involved in those final grade calculations --

A.  Yes.

Q.  -- for different reasons.  Right?

A.  Right.

Q.  In the fall of 2021, when Dr. Zhang had the

ROBERT GREEN
JUNE 04, 2025

surgery and there were (indiscernible) policy on how those grades would be calculated.  Your office, dean's office, went in and calculate final grades for students in the course.

A.  Yes.

Q.  Based on what was provided after the meeting to determine which columns meant what.  How exactly the final grade in that course was calculated and was the final exam -- so we assume that the final exam project wasn't included in the final grade.  Right?  Because it wasn't graded.

A.  As best I recall, Dr. Babski-Reeves did the calculation.  And if I remember, we did exclude the final exam project.  We looked at what was graded as best we could tell, what percentage of the class -- what percentage of the course that -- what percentage of the total grade that constituted.  Basically, we scaled it --

Q.  You scaled it back?

A.  Scaled it based on what we had to work with.  I believe we gave everybody full participation because there were no records or anything to do all that, and we calculated the grades, and I believe in that one, Dr. Reeves may have scaled everything to a 75 or something like that.

Q.  Okay.

Cathy M. White, CCR

cathywhitecsr@gmail.com                                      601.405.3762

ROBERT GREEN
JUNE 04, 2025

A.   Or curved everybody to that.  Yeah.  As best I remember, that's all we did.

Q.   Okay.  That's 50 percent -- actually, there were two criteria, one based on the traffic count?

A.   Right.

Q.   And the other one, that was a 50 percent project.

A.   Right.

Q.   We are trying to determine which one is which.

A.   I believe it was the traffic count.

Q.   The traffic count was the one that was involved in the course that where Dr. Zhang had his surgery or --

A.   No.

Q.   -- vice versa?

Okay.  So the 50 percent was the project involved in the course --

A.   Yes.

Q.   -- that Dr. Zhang taught when he had the surgery?

A.   Right.  So the traffic count was the spring.  The fall was the project where he said he just gave everybody a 50.

Q.   So 50 points?

A.   Right.

Q.   Was that a required component or was that the bonus component?

A.   I cannot recall.

Cathy M. White, CCR
cathywhitecsr@gmail.com                                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

Q.  Okay.  Do you know when that project was supposed to be graded?  Or let's say when your office decided that you have to go in and post the final grades, were the grades for that project entered into Canvas?

A.  I really don't.

Q.  And I understand that may be difficult.

A.  Yeah, because I'm getting -- it's been so long and I've slept a night since then between the two terms. I know that one of the complaints, one of the concerns we were getting from the students was not a lot of direction on what they were doing.

Q.  Okay.

A.  So I can't remember if that may have been part of this project or not.

Q.  Dr. Green, is it appropriate to require students to complete any projects, assignments, after the last day of classes, required or bonus work?

A.  I would say probably not except in the cases of an incomplete grade.

Q.  Okay.

A.  I mean, you know, the syllabus should be followed and, you know, grades should be done.  Now, if -- we are not opposed to, you know, if there's a special circumstance with the student, in working it out with the faculty member where something is late, but in terms of

ROBERT GREEN
JUNE 04, 2025

requiring an entire class to do that, I would say that is inappropriate.

Q. Okay. And after your office posted the final grade for that course, Dr. Zhang's surgery, did you receive any complaints about the grades?

A. We -- again, I want to make sure I'm not getting -- we did have one complaint and that was a student who had gotten an F.

Q. Okay.

A. Yeah. So it was the fall, because I remember it was over Christmas holidays. We said we'd talk, we'd meet with him after we got back in January. He had gotten an F, complained about the F. When he came in, he produced graded work that had not been recorded in Canvas gradebook, and that was the one where we recalculated the grade and submitted a grade change.

DR. KUNDU: Can I ask?

DR. GRALA: Go ahead.

BY DR. KUNDU:

Q. So, Dr. Green, thank you. So that incomplete, that was the final exam or do you remember about that? What was incomplete could not be added, because finals exams are considered to be a final --

A. No, no. This was an assignment. I can't remember exactly. I believe it was an assignment that the

ROBERT GREEN
JUNE 04, 2025

student had received that had been marked up and graded, but the grade was not recorded in the Canvas gradebook.

Q. That changed the incomplete?

A. And that changed the grade, yeah.

BY DR. GRALA:

Q. In the Canvas gradebook, where definite assignments or components that were graded will have a separate column, were the columns -- so, typically, when the assignment is graded, you would assume that all students would have some grade to it as a good grade or a zero. Were there some columns where the grades were not posted for certain assignments?

A. Yeah, I believe so.

Q. Okay. When your office decided to calculate a final grade for each student in that course, was that done in Canvas or have you downloaded the grades into Excel and calculate in Excel and then post it -- send those to the registrar?

A. I believe Dr. Babski-Reeves did that in Excel.

Q. Okay. You have (audio distortion,) and that you vetted those (indiscernible,) and one of those, I guess, the fact that (indiscernible) is that you have received many student complaints and from different students with having different grades. That's why it seemed to be legitimate. Student concerns, did they communicate it to

Dr. Zhang, let's say in general, for the way Dr. Zhang (audio distortion) have the major things, you know, could we address those, or how would you -- how do you respond to those complaints?

A. I don't know that I did anything. I'm not sure whether Dr. Howard or Dean Keith did.

Q. So the fact that that wasn't done, assuming it wasn't done, Dr. Zhang wouldn't have a chance to rectify his actions in that course or (indiscernible) of instruction. I guess what I'm trying to ask you, if that's the situation, how to resolve that between the student complains and the faculty performance of the course and how the course is instructed, what would be your optimal way to resolve that?

A. Normally, we'd probably talk to the professor about it and try to work it out. Of course, in this case for the fall, Dr. Zhang was -- after recovering from surgery and on leave, so that was not an option. I would say that the majority of the complaints -- I didn't go compare one by one, but the majority of the complaints we got from the students were also reflected in the student evaluation of teaching, particularly in the comments.

Q. Were there any complaints about Dr. Zhang's instruction of that course, I mean, before he went, he had surgery, in the semester or...

ROBERT GREEN
JUNE 04, 2025

A.   For that course, I don't believe so.  I believe it was right near the end of the semester when the students were getting -- the students were concerned about the grade.  They were concerned about what was going to happen because they had not been given a lot of information.  I mean, even up until (audio distortion) about the traffic study.

BY MS. ANTHONY:

Q.   So just to clarify, in the fall when he had surgery, really the concern around (audio distortion) and that 50 percent grade that was put in Canvas for the optional project and them not knowing how all of that was going to affect their grade?

A.   Yes.

Q.   Okay.

A.   And if I remember, there were some student concerns about not getting responses from Dr. Zhang, not faulting him --

Q.   Sure.

A.   -- surgery and all, but just student concerns of we're asking questions, we're not getting answers.

Q.   Right.

A.   I can't remember if that was the semester, you know, we were going through -- you know, a student complained he covered, like, four chapters in one lecture

ROBERT GREEN
JUNE 04, 2025

or something.

BY DR. GRALA:

Q. You mentioned about the (audio distortion). When you got those initial complaints, more than 20 of them, was it verified that those students were actually enrolled in that course?

A. I don't think so. We could easily go back and do that.

Q. Now, I would like to talk about the other course where Dr. Zhang was eventually removed from instruction. Do you remember the date when Dr. Zhang was removed from the course?

A. I do not. Was it March? Something March, April, around in there.

(Indiscernible, multiple speakers).

DR. MULLEN: May 3rd.

DR. GREEN: May 3rd?

A. I know we had had a complaint.

(Audio distortion).

BY DR. GRALA:

Q. Dr. Green, do you remember perhaps when Dr. Babski-Reeves (audio distortion) course?

A. That would have -- that would have been towards the end when we were requesting gradebook access.

Q. Okay. Was it before or after Dr. Zhang was

Cathy M. White, CCR

ROBERT GREEN
JUNE 04, 2025

removed from that course?

A. Oh, it would have been after he was removed, yeah. She was -- so to be clear, and I don't -- I don't want you to think that this was the normal process of where we take one professor in a department and assign them to a different course. This was, you've been relieved, this is strictly for gradebook access and grading, not instruction.

Q. Yeah, I understand. We are just trying to establish in the Committee there was a (audio distortion) with access to grades and how those grades were posted, which takes me to the first course when Dr. Zhang had the surgery. And that was also a situation where Dr. Babski-Reeves downloaded the grades and then recalculated those grades so they could be posted by the due date.

A. Right.

Q. At that point, was Dr. Zhang informed that she's taking the action and that the grades will be calculated on his behalf?

A. In the fall or the spring?

Q. The fall, that --

A. The fall, I don't believe so.

Q. Okay.

A. Because he had been removed from the course and,

ROBERT GREEN
JUNE 04, 2025

if I recall, was on medical leave at the time.

Q. So when he was on the medical leave, he wasn't removed from the course. He was removed on that second course. So this one where he took the medical leave --

A. (Audio distortion) was when he had undergone surgery, but was on medical leave, and we were (audio distortion) recovering from surgery, no, he's -- we're doing this --

Q. (Audio distortion) calculating, how she (audio distortion) later send those to the registrar, and Dr. Zhang was also grading his final exams and he wasn't grading the final grades on Canvas.

A. No.

Q. Okay.

A. As the email points out, he was not being responsive, timely responsive.

Q. Okay. Was Dr. Zhang ever informed in the first case, first course where he had the surgery, that someone else had access to his Canvas scores?

A. I don't know.

Q. Okay. And we are coming back in back again to that situation where Dr. Zhang had the surgery and then the grades were calculated in between time. But he did post the grades eventually on Canvas and --

MS. ANTHONY: (Indiscernible).

ROBERT GREEN
JUNE 04, 2025

BY DR. GRALA:

Q. And did he post the grades in time?

A. I don't know.

Q. Our assumption (indiscernible) is that he did post the grades and were those grades changed after Dr. Babski-Reeves or was it -- or did Dr. Zhang change again back Dr. Babski-Reeves' grades?

A. I honestly don't remember. I mean, I believe we just sent the spreadsheet to the registrar to do the grades.

Q. Dr. Green, could you (audio distortion) Dr. Zhang was removed as the instructor on that second incident course that the classes ended, or what was benefit for students or otherwise by removing Dr. Zhang as instructor at that point and not letting him finish the final exam and enter the grades?

A. Because -- we're talking about the fall?

Q. The spring.

A. The spring? Because he was ignoring us. I mean, he had been told not to conduct a traffic study and he went into his class and, as I recall, he'd been told by both his department head, the dean, and the provost not to do the traffic study. Then he goes into his class and tells them we're doing it, I don't care what anybody says, they can fire me if they want to.

Cathy M. White, CCR

cathywhitecsr@gmail.com                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

Q. So would it be fair to summarize that you went -- that your office went to calculate the grades because you found the traffic credit shouldn't be included and the grades were calculated by Dr. Zhang using those grades wouldn't be proper because they were included?

A. Yes. For the spring, the project, and again, there was just general lack of (audio distortion) concern by the students of how things were done.

Q. Now, I would like to point you out to Exhibit Z-23. That's going to be at page 9617.

A. What number was that?

Q. Z-23. And we're going to be looking at page 9617. And there's a comment about English. But we just want to clarify, you are not saying that Dr. Zhang doesn't speak English. You're saying that English (indiscernible) in the case that the student was performing poorly. Correct?

A. Let me read this again. Yeah, yeah. This was not a comment directed at Dr. Zhang in any way. This is just -- I mean --

Q. It just --

A. If you've been in administration here long enough, any time a student has an international professor, the comment or complaint, at least from the parents, is, well, we know the student (audio distortion) speak

ROBERT GREEN
JUNE 04, 2025

English.

Q.   Yes.

A.   When I first started, one of my first times in the dean's office, I got a -- I got a phone call from a parent who said, my son's not happy with his grade, his professor can't speak English.  And I said, have you talked to the professor.  No, I don't have to.  I know, with a last name like that, he's a foreigner.  And I said, well, you know, I'll tell you, you're correct that professor does not do a very good job of speaking Southern, but he does speak the queen's English and, you know, if you would talk to him, you'd realize that. That's a common thing.

Q.   (Audio distortion) making the case that, really, the result or the grade that the student received is based on his performance or her performance in that skill, not on Dr. Zhang's ability to, you know, teach in English.

A.   Absolutely.

Q.   So now I would like you to look at Exhibit Z-36, and that's going to be page 6144.  There's an email not from you but from Dr. Keith, and there's a line commenting on his English.  I wonder if you could comment on that statement, Doctor.

A.   I mean, I can't.  I don't -- I mean, I'm not even sure what the context is there.  Looks like this is

ROBERT GREEN
JUNE 04, 2025

dealing with a purchase order.  Yeah.  No, I can't.

Q.  That's fair.  Yeah, yeah.

Dr. Green, do you perhaps know when the course that involves the traffic -- involved the traffic study, when the syllabus for that course was approved most recently?

A.  No.

Q.  Was there a traffic study or traffic project included in that course syllabus?

A.  I mean, we'd have to go back and look at UCCC documentation for that.  Our argument there was that this was a three-hour lecture course, not a lab course, and that this project was atypical of most engineering projects in lecture courses.  So, typically, in an engineering course, when we'd have a project and it is a lecture, the students would typically be given a day to set.  So our concern here was not the traffic study project itself.  It was sending students out to collect this data in a lecture course.  And my personal concern was that they are being told to do this with no safety briefings, no road guards.

It came up we found out later in talking to one student, in a previous semester when they did this, the MSU police came up and asked them what they were doing, and a student basically said we're doing a traffic study,

ROBERT GREEN
JUNE 04, 2025

but we don't really know what we're doing, and the MSU police officer said this is unsafe, and I believe the police officer sat there for a couple of hours with his blue lights on while the students did their study to keep them safe.

Q. Had the provisions for safety been provided to students, (indiscernible) standards or standards in (indiscernible,) would that project be acceptable as --

A. I'd say, in this case, it would need to be -- the course would probably need to go back to UCCC and be attached to a lecture lab course rather than just a lecture course.

Q. But since that was the only one project of this type there, how different would that be from the homework assignment where the students may be given the data, but they may also have to collect the data from other sources and so on?

A. I think it was going out during -- setting aside time outside of class to actually go gather the data, basically a laboratory component of a course, and some of these students were being told they had to do it over spring break, they had -- there were some weather issues. I think there were some delays somewhere due to traffic changes on campus, restructuring things.

Q. However, if that was the -- even if the data was

ROBERT GREEN
JUNE 04, 2025

given to students to do homework, that would be done outside of the class.

A. Right.

Q. Right? That could take two hours, could take 15 hours to complete that with the due date being set on when the homework would have to be submitted back to the instructor.

A. Yes. Again, had the data set been presented to the students to do this project, there would not have been an issue.

Q. I think also in your previous -- in your testimony, you've mentioned that that traffic project when Dr. Zhang was specifically instructed by Dean Keith to not include that and I think Provost Dr. David Shaw was also mentioned at the time. Was Dr. Zhang aware of that and -- because I think it was said that the instructions came also from the provost's office to remove that component.

A. I believe there was one email where it went all the way up and Dr. Shaw said something like I agree with this or something along those lines.

Q. So were the reason that this issue was escalated to the provost's office because Dr. Zhang (indiscernible) and the component was not on the books for the course?

A. Yeah. And I'd say this case, for the spring, it was -- we definitely kept the provost involved because of

Cathy M. White, CCR

cathywhitecsr@gmail.com                                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

what had happened in the fall.

Q. Okay. Now, when Dr. Zhang testified on Tuesday, he mentioned academic freedom. Obviously, he was hired as an expert in his area. He's teaching that course. He has expertise to determine what should be instructed in that course. Dean have a different opinion. What is the process where that supervisors of an instructor disagree with the content as being instructed? What is done in situations like that?

A. So in this case, I would argue it was not the content.

Q. Okay.

A. So we were not -- it was not an attempt to interfere with his academic freedom. As I said, had they -- had the students been provided a data set from a traffic study, the project was acceptable. In this case, it was actually going out and gathering that data, which, according to us, from what we read from the UCCC formatting guidelines, was converting this from a lecture lab course into -- or from a lecture course to a lecture lab course. It was adding a lab component to this. And it had not gone through the proper channels for that, including the civil engineering departmental faculty, college course and curricula committee, the University committee.

Cathy M. White, CCR

cathywhitecsr@gmail.com                                    601.405.3762

ROBERT GREEN
JUNE 04, 2025

Q. For this type of a study -- and he mentioned that students can be provided with the data and they could analyze that at home. Is there any simulation software or anything like that that they could actually simulate the traffic patterns, you know, set up the monitor, see the traffic counts, count the cars that are passing by that would actually mimic that real life experience that they will have to be exposed to potential road hazards?

A. I'm sure there are. I mean, you know, if nothing else, you know -- and I'm not a traffic expert, but, you know, we've all seen webcams where you can log on and just look at a webcam, you know, monitoring traffic. I'm sure there's -- I've seen simulation software where that has been done. I know there were issues. Some of the complaints from the students were that some of the software was not working and that they had not been given adequate training on how to use it. And then when they did try to use it -- in fact, I think one student said we were asked to come by Dr. Zhang's office one at a time to do our simulation on his computer.

Q. So just to summarize that, in this particular case, the traffic -- it wasn't a problem with the traffic study content. It was the safety issue concern?

A. It was the safety and having the students actually collect this data themselves. And again, had

this gone through the process, been turned into a lecture lab, and had they been given safety briefings, even that would have been okay.  It's just it was a violation of all the policies of how we go about approving courses here.

DR. GRALA:  Other members, do you have any follow-up questions?

BY DR. LU:

Q.  One short question.  (Audio distortion.)  The traffic project was started in spring 2022 or at each -- this project was done in the past?

A.  It may well have been done in the past.  This is when we started to get complaints.

BY DR. GRALA:

Q.  So that issue was addressed just because -- not just because the students were beginning to complain --

A.  Right.

Q.  -- (indiscernible)?  And if it was done previously, perhaps you didn't have knowledge that it was done?

A.  Right, correct.  Yeah.  That would (audio distortion.)  as you all know, we don't all know everything that goes on.

DR. GRALA:  Any other questions from panel?

Dr. Green, thank you.  One thing that came up here (audio distortion.)

(Audio distortion) (indiscernible, multiple speakers.)

(Discussion had off the record.)

BY DR. DUTTA:

Q. I do have a question about the timeline. So you mentioned that Dr. Reeves was given access to the spring course for grading purposes after Dr. Zhang had been taken off as instructor. It looks like, from the record, it was report on April 28th, which is before the May 3rd removal of instructor. Let me check. 29, page P-6735.

A. So Z-29?

Q. Yeah. Dr. Green, you had the correct binder.

A. Oh, I had the right one?

Q. Yeah.

A. Maybe one bigger binder, too.

Q. Z-29, 3735, that's the ticket from a service request.

(Indiscernible, multiple speakers).

A. Okay. I stand corrected. Yeah.

BY DR. DUTTA:

Q. So does that change anything or -- so it seems to be there was access granted before he was -- Dr. Zhang was asked to leave the course or taken off as an instructor.

A. By just looking at the ITST kit, you know, it just points out the situation has arisen where

ROBERT GREEN
JUNE 04, 2025

Dr. Babski-Reeves (audio distortion) attributing it to.

BY DR. KUNDU:

Q.    At that point, did the dean's office make the (audio distortion)?

A.    I would have to agree with Dr. Babski-Reeves on April 28th when she says, I do not know if he knows I've been granted access or if we should inform him that I have.  So the answer is, I don't know.

DR. KUNDU:  Okay.

DR. GRALA:  Any other questions from the panel?

DR. GREEN:  I would say, looking at the email from Dr. Babski-Reeves, I would -- I would guess access was probably granted because we were still getting complaints about (audio distortion,) which is pointed out in her email.  Only 50 percent is being graded, the average homework, you know, not all quizzes were in, missing values.  So I would say this was likely in response to continuing complaints we're getting from students about not knowing where they stood in the class.

BY DR. GRALA:

Q.    So, Dr. Green, in that situation, if that's the case, let's say students complaining about grades missing and so on, what would be the process of verifying that? Would you ask -- would you ask the faculty to (audio distortion) gradebook given the situation (audio

ROBERT GREEN
JUNE 04, 2025

distortion) grant access to another instructor to be able to verify that there is --

A.   I would say, for most instructors, we'd probably go to the instructor if it was one or two.  But given the history, we (audio distortion) that we received then and the comments we had heard.

DR. GRALA:  With that, thank you very much.  We really appreciate your time, Doctor.

DR. GREEN:  Thank you.

ROBERT GREEN
JUNE 04, 2025

CERTIFICATE OF TRANSCRIPTION

I, Catherine M. White, hereby certify that the foregoing pages contain a transcript of the testimony of said witness transcribed from Microsoft Meetings recordings TO THE BEST OF MY ABILITY.

I further certify that I am not in the employ of or related to any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

Witness my signature this the 11th day of August, 2025.

_____
CATHERINE M. WHITE