**From:**      Keith, Jason
**Sent:**      Friday, December 17, 2021 4:49:28 PM
**To:**      Zhang, Li;Dickerson, John;Shaw, David
**CC:**      Howard, Isaac;Reeves, Kari;Keith, Jason;Green, Robert
**Subject:**      RE: Report of Potential Unauthorized Changes of Student Grades

Li – I know you are planning on sending in several grade change forms regarding your classes. We have also received a large number of student complaints about your course, grading methodology, and final exams. Based on our knowledge of the history of the grade appeal process, and the inaccuracies and inconsistencies within your course (not providing your department head or college a detailed plan of completing the course when we asked you, arbitrarily assigning project grades to all students with a score of 50%, providing confusing communications with the students, potential inaccuracies in class attendance due to damaged card readers, giving 0's to students who had taken exams with disability services, etc.) they would win their appeals. Therefore, we are denying any grade changes that would reduce a student's grade. The letter grades for this course have been calculated from information available before the final exam, and have been finalized and posted, under the approval of CEE, BCoE, and Dr. Shaw.

This also led to additional work by the department, college, and registrar's office regarding forced drops and potential for a student to not graduate in December.

You may be upset about this, but this was a very rare and unusual situation and I expect that it is one that will never happen again. On a somewhat related note, I would like to schedule an in-person meeting with you and Dr. Howard in January. Given your medical leave dates, please let us know your availability the week of January 17th.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

_____
**From:** Zhang, Li
**Sent:** Friday, December 17, 2021 3:27 PM
**To:** Dickerson, John <JDickerson@registrar.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; ssalter@opa.msstate.edu.
**Subject:** Report of Potential Unauthorized Changes of Student Grades

Dear Registrar Dickenson and Provost Dr. Shaw,

> EXHIBIT
> **16**

**MSU173273**

I am emailing to report a serious incident about Potential Unauthorized Changes of Student Grades. I attached two files, the file A is the PDF print after I submitted the final grade on December 13. File B is the grade shown on the student's enrollment queries today. Many grades are different, and they are artificially boosted. One student reported the change was made on December 16. I don't have any privilege to change banner grade at all the only thing I can do after 10 AM December 13 is to file an eform to petition the changes of grade, which I have not done so. I am reporting this so the back doors to potential unauthorized changes of student grades can be prevented in the future. Furthermore, it is possible MSU database was hacked as well. As an instructor, I believe I have been obligated to report this incident.

There is a long story about how I find the grades have been changed. I had a backspin surgery on December 1 and I have submitted my medical certificate to Dr. Keith and Dr. Howard that Dr. my surgery doctors recommend me DO NOT work until January 17.    Under Dr. Keith and Dr. Howard's advice, without any help, I completed two classes' grades with very strong pain management medicines and pains. There are 69 students in one course. In the 69 courses, I feel the grade before the submission deadline is less than perfect, I informed students that some of their grades might be changed. I have spent a couple of past days trying to figure out the student grade changes both students feel fair and I am comfortable. I have emailed all students the grading plan and the appearing process, and I also take their feedback (Dr. Howard and Dr. Keith were CCed in those emails too). I have communicated with about half of the students individually to make sure the grade is fair. I have succeeded in that 68 out of 69 students have no objections, and most of them felt satisfied with the new grade. One student expressed his dissatisfaction, Dr. Keith encouraged him to file grade appears, and I encouraged him to do so too. I am confident my grade is fair and thoughtful.

Just at the time when I was about to request the changes through eForm, I found one grade is different from what I entered on my record. I thought that was the error I made. Then I queried the class roster and found out most of the student's grades had been changed, totally different from what I submitted.

Please let me know if I can provide more information about the investigation. I am hoping the investigation could help MSU to prevent something like this happen again and close the backdoor of grade changes.

I am cc Mr. Salter I think that might help MSU media understand how MSU makes sure grades are fair and the grade database is secured.    << File: A. CE 3113 Enter Final Grades.pdf >>    << File: B. CE_3113_Class Roster.pdf >>

Thank you for your attention!

  << OLE Object: Picture (Device Independent Bitmap) >>

**MSU173274**