# William Dale Schimmel ``Billy`` Swort

## Li Zhang
### vs.
## Mississippi State University

## January 23, 2026



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

**EXHIBIT**

**20**

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

LI ZHANG                                        PLAINTIFF

VERSUS                            NO. 25CII:23-CV-441-AHW

MISSISSIPPI STATE UNIVERSITY, AND
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING          DEFENDANTS


*************************************************


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
WILLIAM DALE SCHIMMEL "BILLY" SWORT


*************************************************


APPEARANCES NOTED HEREIN


TAKEN VIA ZOOM
ON JANUARY 7, 2026
AT APPROXIMATELY 8:00 A.M.


VIDEOGRAPHER: MATTHEW MAGEE

REPORTED BY:  AMANDA M. WOOTTON, CSR, RPR
              Court Reporter & Notary Public
           Amanda Wootton Reporting, LLC
           eMail: amanda@awreporting.net
             338 Indian Gate Circle
           Ridgeland, Mississippi 39157
                 601.573.0961

2

APPEARANCES:


            Grafton E. Bragg, Esquire
            BraggLaw, PLLC
            1060 East County Line Road, Suite 3A-120
            Ridgeland, Mississippi
            grafton@graftonbragglaw.com


            Charles Elliott Winfield, Esquire
            The Winfield Law Firm, PA
            224 E Main Street
            Starkville, Mississippi 39759
            cwinfield@winfieldlawfirm.com




     Also Present: Dr. Li Zhang

3

* * * * * *

TABLE OF CONTENTS

Appearances                          2

Examination by MR. BRAGG             4

Examination by Mr. Winfield          21

Examination by Mr. Bragg             27

Conclusion of Deposition             28

Certificate of Reporter              29

Certificate of Deponent              30

Correction Sheet                     31

4

* * * * * *

VIDEO REPORTER: Good afternoon. This is the videotape deposition of Mr. Billy Swort taken by counsel in the matter of Zhang versus MSU.

Today's date is January 23rd, 2026. The time is now 2:03 p.m.

Counsel may now introduce themselves on record, and afterwards the court reporter will swear in the witness.

MR. BRAGG: I'm Grafton Bragg on behalf of Li Zhang.

MR. WINFIELD: And I am Charlie Winfield on behalf of Mississippi State and HIL.

* * * * * *

WILLIAM DALE SCHIMMEL "BILLY" SWORT, after having first been duly sworn, was examined and testified under oath as follows, to-wit:

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MR. BRAGG:

Q Please state your full name for the record.

A Yes. My official full name is William Dale Schimmel Swort.

Q Okay. And you go by Billy; is that right?

A Yeah, I go by Billy.

5

Q    Okay.  That's what I'll plan to call you today if that works.

A    Yeah.

Q    Where do you live, Billy?

A    I live in Reston, Virginia.

Q    Okay.  And how long have you lived in Reston?

A    Two and a half, three years.

Q    Do you have a job?

A    Yeah.  I work as an engineering associate at Kittelson & Associates.

Q    Tell me about Kittelson & Associates.  What size?  Is that --

A    Yeah.  So we're just under 400 people, planning and engineering firm that focuses on transportation.

Q    Okay.  Are you a transportation engineer on a day-to-day basis?

A    Yes.  Pretty typical.  Yeah.

Q    Okay.  I want to go through your sort of educational background leading up to the certifications, if any, that you've received.

A    Okay.

Q    Tell me -- I guess where did you go to high school?

A    I went to high school in Florida at a school called Pace High School just outside of Pensacola.

Q    How did you do at Pace?

A    I did really well.  I graduated with National Honor Society and Beta.  I think my GPA was above 4.0.

Q    Above a 4.0.  I didn't even know that's possible.

A    Yeah, they do weighted grades.  Technically I had like 4.2, 4.5, something.  I can't remember.

Q    Did you have a full scholarship to Mississippi State when you came?

A    I did not have a full scholarship, but I did have a scholarship, yes.

Q    Okay.  When did you -- did you go to Mississippi State right after Pace High School?

A    Yeah.  I actually started in the summer of 2017.

Q    What year did you graduate from Mississippi State?

A    2021.

Q    Okay.  What was your GPA, if you remember, at Mississippi State?

A    I don't remember, so I don't even want to really say a number.  It was above 3.0.  I don't

remember the exact number, though.

Q    Did you do well?

A    I did pretty well, yeah.

Q    What was your agree in?

A    Civil and environmental engineering.

Q    I was in the business school, and it was always my thought when I was at Mississippi State that the sciences were a little bit more difficult.  My friends there would be studying more than me.

Would you describe it as a harder degree than average at the University?

A    I would say that was the interpretation that the business degrees were a little bit easier, maybe frowned upon.  But that was just the engineers, you know, messing around.  But, yeah, definitely.

Q    Okay.  So how long have you known Dr. Li Zhang?

A    I have known him since spring of 2021.

Q    Okay.  Tell me about, I guess, the reason you got to know him and sort of your timeline of interactions that you had with Dr. Zhang.

A    Okay.  So, yeah, I took a traffic engineering course with him spring of 2021 and did well.  We got along.  He was always very helpful when you had questions.

8

So after that, I actually was asked -- or the class was asked if we wanted to help with research over the summer and kind of assist as grad students.

So I was living there at the time, and I was staying there over the summer. So I decided, yeah, it sounds like a good idea. Make a little bit of extra money but also get some good experience doing some research. So I did that.

And then I took a geometric design of highway course in fall of 2021. And I also was a TA for a transportation engineering course at the same time. Yeah.

Q    Can you say the name -- I think you coughed a little bit during that answer. Can you say the name of that course you took in the fall of 2021?

A    Yeah. It was geometric design of highway course.

Q    Geometric design of highway?

A    Of highways, yeah. It was CE 4133.

Q    Okay. And you said you were a TA in the fall of 2021?

A    Yes. Assisting, yeah.

Q    And that was for the transportation engineering course?

A    Yes, the one that is like CE 31 something.

I can't remember the exact number.

Q   Were you his TA for the duration of that course or only part of it?

A   Only part of the course.  I think it might have been for the first like one and a half or three-fourths of the course.  And at that time someone else had kind of come on and helped.

So I asked -- you know, my workload is getting, you know, a little bit busier towards the end of my final semester.  If I could delegate the work to them and kind of fall off, that would be kind of the idea.  That's what happened.

Q   So I'll represent to you that there has been a lot of discussion in this case about the grades that were issued at the end of that transportation engineering course.

Did you have any personal involvement when that was all happening?

A   No.  I did not hear about that, or anything like that, so no involvement.

Q   Okay.  All right.  In 20 -- in the 2021 traffic engineering course that you took, was there a course project?

A   Yes.  I don't remember everything about it. There was a course project where we actually got to do

some kind of like real world experiment there to kind of like, you know, see how things go.  So, yes.

Q    Okay.  Tell me what you recall about that project.

A    Yeah.  Again, it has been a minute.  But I know that at one stage we were collecting traffic counts.  I can pull up the exact intersection, if that would be helpful.  But it was just a little north, I think, of Campus Book Mart or maybe a little south of Campus Book Mart there.  Yeah.

And we just sat on the corner, me and my project team, and we collected all of the TMCs.  And then we used those TMCs for further analysis in the course.

Q    What is a TMC?

A    That is a turning movement count.  So, essentially, it is kind of collecting if cars are turning left, right, or through and then keeping track of that either with an instrument or, you know, a notepad.  You can kind of do whatever you want to.

Q    Did you have to go out into the road at any point during that assignment?

A    No, didn't need to go into the road for that one.  We just sat in like a little grass area behind the sidewalk and counted cars.

11

Q    Did you have to cross the road at any point?

A    I don't recall it being a full, like, cross -- like, yeah, there's crosswalks, and everything, and like pet signals, and stuff like that.

But did I cross it?  Maybe we crossed a crosswalk to get to where we were going, but nothing like serious -- like I don't know.

Q    Did it -- did it feel unsafe at any point?

A    No.  It was just like walking.  Like to get there was literally essentially walking around campus, and then we just parked on the corner of the intersection to do the counts.  Yeah.

Q    Okay.  All right.  I want to ask you -- so you've kind of given me some information about what you know.

I want to know were there other students during your time at Mississippi State who you heard complaining about Dr. Zhang's courses or anything about Dr. Zhang?

A    Sure.  Of course, you know, you always hear things in passing.  And when you're sitting behind, in front of people in courses, you'll overhear things.

So, yeah, definitely people would complain about, you know, him and his course, but no more than other courses, like just about the same, to be honest.

12

So yeah.

Q    Okay.  So you heard students complaining about other professors also?

A    Oh, my gosh, all of the time.  Yeah.  This is like an everyday occurrence, oh, you know, I hate this guy.

Q    As long as there has been professors and students there has been complaints about professors by students and probably complaints about students by professors, I guess.

A    Yeah, I would imagine.

Q    Okay.  Tell me about his course.  Tell me about the difficulty level of Dr. Zhang's course.  Did you find them to be difficult, moderate, easy?

A    Considering the courses I took with him were in my senior year and, you know, were fourth level classes, they were slightly harder than, you know, beginning courses, and stuff like that.

Were they significantly harder, if you didn't try, you know, maybe then.  But I would say if you put forth effort and asked questions that it was on par with other courses.

Q    Did Dr. Zhang communicate his expectations for the course well?

A    Yeah.  There was a syllabus.  And then, you

13

know, you got your outline of the course, and it followed a similar protocol as other courses I went to, so, yes.

Q    Is there a time he would put like notes and solutions to problems up on the board?  Is that something he would do?

A    Notes and solutions.  I would say yes.  A lot of times we would go through like a power point or, you know, a SlideX kind of going through a new topic.  And then we would be assigned homework on those topics.

And then if you followed along, the homework was pretty similar, maybe a little different than what you saw.  And, again, there was also like this time to kind of ask questions if -- you know, if you wanted to.

And then after grading the homework, he would typically go over the assignment and -- just to make sure everyone was on the same page.  And if there might have been a certain problem that was harder than others, more time would be spent on that one trying to understand why people didn't get it.  And then, you know, obviously, the push was like to try and understand, like, what we did wrong.  So yeah.

Q    Could you -- did he write on the board like

14

in his handwriting ever?

A    Yeah.  There was definitely a mix of like SlideX and then switching over to like a little tool that would follow your handwriting.  So, yes, I would say yeah.  Absolutely.

Q    Did you have difficulty reading and understanding what he was writing on the board?

A    You know, no more than any other professor.  Sometimes, obviously, people are writing fast, and you just say, "Hey, what was that?"  Nothing that really stood out to me.  So I would say probably no.

Q    All right.  Was Dr. Zhang a organized professor, a disorganized professor?  How would you describe that?

A    Yeah.  If we're just talking about like the course, it was pretty organized in the fact that like you just kind of followed a syllabus, and, you know, you went down on the different modules that you were supposed to touch on.

And then like, obviously, I spent a lot of time in his office.  And he was no more disorganized than any other professor, and I had seen some pretty interesting ones.

Q    You are talking about like office organization?

15

A    Yeah, office organization but like general, like, classroom organization.  And he just felt similar to, like, other courses, you know.

Q    Was the workload heavy?

A    Workload was not as heavy as some, heavier than others.  I would say it leaned on being slightly more heavy than others, though.

Q    Okay.  Did you feel like there was enough information and resources given to you to be able to complete the homework that you were assigned by Dr. Zhang?

A    Yes.  Yeah.  Absolutely.  You just kind of -- like in my experience, I followed along with the slide show, took notes.  And we also, like, had, you know, books and stuff that we were supposed to get for the course.

And a lot of times, like, the formulas you would see on the board were the same formulas coming out of, like, you know, the AASHTO Green Book, for example, which is like what we used for the geometric design highway.  It's also used like a standard in, you know, the industry.  You could find them in there as well.  So, yep.

Q    Okay.  Was there ever a situation where he, like, wrote out solutions on the board that were

16

missing calculations or didn't have accurate calculations?

A   That is not my understanding.  I was able to follow along pretty well to answer the questions and came up with similar solutions as everybody else.

Q   Okay.  When your homework was graded, was there any explanation given for the grades?

A   Yes.  It was -- let's just say I submitted a homework that was like seven or eight pages long.  We did, you know, like actual paper, and, like, we didn't do anything online in those classes.

So it would be marked up, like, you know, pointing like here is wrong, minus five, for example, or it's right and a checkmark, or it's completely wrong, and it is minus 15, you know, stuff like that.  Very typical.

Q   All right.  Thank you.

Pivoting just a little bit, did you ever have a chance to meet Dr. Isaac Howard while you were at Mississippi State?

A   Yes.  I took a construction materials course under his -- yeah, while he was a professor.  So yeah.

Q   Okay.  Was that course similar to the courses you took with Dr. Zhang?

A   In the fact that I think it might have been

17

like a fourth level year, yes.  But as far as like difficulty and like experience with the professor, I would say no.

His course was much bigger.  I would say the ones I took with Dr. Zhang were under 20 people, maybe right around 20.  The one I took with Isaac Howard was between like 150 to 200.  It was in the new, like, McCain building.  It was -- you know, it was massive.

So I never actually talked with him one on one, and there was also like COVID going on at the time.  So it was a weird experience in that course.  And my recollection is that it was a pretty easy A or B for pretty much everybody, as long as you just like, you know, looked at the test example.

Q   Okay.  Did you feel like Dr. Zhang's courses were an easy A or B?

A   I did not feel that way.

Q   Okay.

A   You had to push yourself to get through that course, but it turned out to be for the better.

Q   Which one did you like better, Dr. Isaac's class or Dr. Zhang's class?

A   Well, a little biased.  I did prefer Dr. Zhang.  I, of course, had like a -- you know, we had a relationship just because I worked with him.

18

But also my passion was for transportation, maybe unlike most.

But, yeah, like that course was very hands-on. You got to learn a lot of like real world examples, work with programs that you use in the industry.

I met tons of contacts through, like, professors and, like, other people. Like, you know, he brought in like Jonathan Kyzer. It was just like a transportation professional that actually led to me getting my first job. So, like, lots of cool examples there. So, yeah.

Q Okay. Is there -- being a professional now, like do you look back on things that you learned from Dr. Zhang's classes?

A Slightly, you know, a lot of the fundamentals there. Like, you know, finding, like, sight distance, and stuff like that, was used on -- when I got my FE, which is like, you know, the test you take before the PE, and you need four years of experience.

So -- and when I was studying for the PE, there was like a lot of similarities of the stuff that he was teaching for, like, the traffic engineering, like using HCM, Highway Capacity Manual.

19

And also like with geometric design I used the Green Book all of the time. And that's literally what we used in the course, finding, like, vertical curves and horizontal curves, you know.

Q Okay. You mentioned the FEE. What is that for those of us who don't know as well?

A Yeah. So that is like the fundamental exam, essentially kind of going over everything you learned, like calculus, different engineering classes.

Essentially, it is what you get to become an EI or an EIT, an engineer in training, which you need to then get your PE. So you get that. You get four years of experience. Then you get recommendations. You work under an engineer. And then you get your professional engineering license after you pass the PE test, which is like a harder, more specific test than the FE. It is not as broad.

Q When did you take the FE?

A I took the FE in -- I think I passed it in 2022. Yeah, I believe that's when I got it.

Q Is that right after school, or were you still in school at that time?

A I was not in school, although they did, like, you know, encourage you to take it in school. I decided with my course work to take it after. So I

20

passed it, you know, a few months after I graduated and while I was working.

Q   You did pass it on the first try?

A   I think I passed it on the second try, yeah.

Q   Okay.  I know those type of things that happens a lot.

A   Yeah.  You never know what questions you're going to be asked, you know, and you focused on one thing and -- yeah.

Q   Yeah.  Understood.

Give me your description of Dr. Zhang as a boss.

A   As a boss, he was pretty good to work for, always available for questions, whether you e-mailed him or called him.  He was always like -- he would get to the school early or stay late, or, you know, you could come to his office if he had office hours.  It was very -- like that was highly encouraged.

But other than that, like a lot of the work that he would give would be to the grad students during, like, that summer I worked for him.  And then they would delegate the work to me, and I would help out as needed.

And then as far as when I was helping out as a TA for the transportation engineering course, easy

21

to work for; again, like always there to answer questions and like hey -- somebody would come up, and he would always be there to answer it, so, yeah.

Q    What about as an instructor?  Describe him as an instructor.

A    Kind of a similar feel.  Again, like always there to help, like very, very -- like, you know, kind to give, like, a lot of his time.

And, yeah, like, again, like his courses were a little bit harder.  But I think if you were able to push through and, you know, ask questions as you went along -- you know, some people didn't have to ask questions.  Maybe I just wasn't, you know, as bright as them.

But at the end of the day I think he was very helpful and has been helpful, like, ever since, just like working in the industry.  So yeah.

MR. BRAGG:  Thank you.  I tender the witness.

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MR. WINFIELD:

Q    Mr. Swort, just a few questions for you. Help me because I lost a little bit at the beginning.

You were gone from Mississippi State by when?

22

A     So I graduated December of 2021.

Q     Okay.  Now, in that final semester you were at Mississippi State, do I understand that you were a teaching assistant for some of Dr. -- or at least one of Dr. Zhang's classes?

A     For one of them and -- yeah, it was for, like I said, like the first one half to three-fourths. I can't remember the exact date I stopped helping.

But, like I said, someone else kind of came in, and I kind of delegated the work to them.  And once they kind of got their -- you know, their eyes on that, I kind of backed off and focused more on my course work to finish up my degree.

Q     So you talk about finishing up course work to finish a degree.

When you're down against graduation or up against that deadline, it is important that your grades actually get in the system, isn't it?

A     Yes.  Yes.  I would say yes.

Q     I mean, it is kind of a tight deadline at the end of the semester between classes finishing and graduation, right?

A     Oh, yeah.

Q     And if a professor decides that he is going to wait and keep changing grades all the way into the

AW Reporting
601-573-0961

23

first semester of summer school, that causes a lot of people difficulties, can't it?

MR. BRAGG: Objection.

You can answer, Billy.

THE WITNESS: I can answer?

MR. BRAGG: Yeah. So I didn't say this. If I make an objection, you can go ahead and answer the question.

A Okay. Can you re-ask the question, please?

MR. WINFIELD: (Continuing.)

Q Yeah. So -- well, let me just ask you directly.

Do you -- did you hear of any issues in the fall of 2021 with Dr. Zhang -- excuse me -- the spring of 2021. I get terrible with my spring and fall. My sequencing is off.

But did you hear in the spring of 2021 about people who were having trouble graduating because Dr. Zhang was assigning work after the final?

A I did not hear that at all. I don't know that I was part of that at all. But it would have had to have been fall of 2021 because that's the year that I -- that's the semester I helped as a TA.

Q Okay. So whenever it happened, if it did, you don't know about that?

24

A    No.  I have no recollection, wasn't involved, and I just haven't heard about it at all.

Q    Have you heard about an e-mail that Dr. Zhang sent that was -- and this came in the fall of 2021 that refers to the darkest day in your grade?

Are you familiar with this?

A    No.  I don't -- I'm not sure I know about that, or I'm not sure if I was copied on that.  I don't remember that at all.

Q    Okay.  And do you recall any knowledge of a period where Dr. Zhang decided to assume that people would get 50 percent out of the possible points on a project they did rather than completing the grade?

MR. BRAGG:  Object.

You can answer.

A    Okay.  Yeah, no, not -- not -- I haven't heard of that.  Maybe that's something that happened after I kind of, like, left and wasn't involved anymore.  I'm not sure.

MR. WINFIELD: (Continuing.)

Q    Did you ever get an e-mail from Dr. Zhang where he said he was under pain management medicine, and his mind was not functioning 100 percent?

A    No.

Q    Is that --

AW Reporting
601-573-0961

25

A     Not that I recall.

Q     Is that something you would have expected Dr. Zhang to send to an entire class?

MR. BRAGG:  Objection.

A     Probably -- probably not.  I'm not sure I'm completely following.  But I would say probably not.

MR. WINFIELD: (Continuing.)

Q     You were asked a few questions about this traffic study that you did where you were out by the intersection.

A     Uh-huh.  (Affirmative response.)

Q     Did you consider that to be somewhat of a lab experiment?

A     It was more of a homework assignment where we would actually go out and, you know, get counts and then use those counts for a pretty standard question. You would just plug in kind of your numbers.  That's my recollection of it.

Q     But you were required to do it, right?

A     Yeah.

Q     I mean, normally when somebody is giving homework, they can do it from home, they could do it at the library, they could do it a lot of places, right?

A     I would say yes.

26

Q    And this wasn't homework.  It was fieldwork.

A    Yeah.  I would -- this would probably be considered -- getting counts would be considered in the field, so yeah.

Q    Yeah, which is -- which implies somewhat of a lab component, doesn't it?

MR. BRAGG:  Objection.

A    I would say that it does maybe.  It is a little bit like a lab, if you want to look at it that way, I think, yes.

MR. WINFIELD: (Continuing.)

Q    Okay.  And that class didn't have a lab component as part of the class structure, did it?

A    Not as far as I remember.  I think it was just a -- just a standard course.

Q    Is it fair to say that anything that took place in 2022 you would have no knowledge about?

A    No.  I was -- I graduated and moved on.

Q    Where did you say you are now?

A    I'm in Reston, Virginia.

Q    Okay.  Well, hunker down.  I know it is going to get a lot of snow and ice up there, okay?

A    Oh, yeah, it's coming.

Q    Yeah.  Hopefully it misses us here.

MR. WINFIELD:  But that's all I have,

27

so thank you for your time.

THE WITNESS:  Yeah.

MR. BRAGG:  I've got just a couple of follow-up questions for you.

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MR. BRAGG:

Q    Most lab courses that you take, describe how that works at Mississippi State.  Is there an assigned time every week?  What does a lab course typically look like?

A    Yeah.  So, you know, all are different for every course.  There is also similarities.  It is kind of bringing like what you learned in the class to kind of like a more, like, realistic thing.

For example, chemistry, you would go over, you know, a certain topic, and then you would practice it in the lab.  And the equations, and stuff, are going to be similar, I mean, because it is just a real world, like, example of what you're doing.  So you're just taking theory and then, you know, bringing the reality into experience, so, yeah.

And then like same with survey, you know, you would do something, you know, in the classroom, and then you would go to the survey lab that happened -- you know, I think labs typically happened

once a week, whereas you met three times a week for the course, give or take, maybe, a little bit on that.

But, yeah, that was kind of the expectation.

Q   So did labs meet on a regular basis?

A   Yes.

Q   A scheduled basis?

A   Absolutely.

Q   Okay.  Did they meet in the same physical location every time they were scheduled?

A   Yeah.  You met, and then you would like -- it depends on the class, right?  But sometimes you would meet, and then you would go to different areas. But I would say for most of my labs, we would meet in the same space every single day -- or, you know, every time we met.

Q   Okay.  Has the testimony you've given here today been based on your personal knowledge and what you remember?

A   Yeah.  Absolutely.

Q   Okay.

MR. BRAGG:  Thank you.

VIDEO REPORTER:  This concludes the deposition.  The time is 2:28.

(DEPOSITION ENDED AT APPROXIMATELY 2:28 p.m.)

29

CERTIFICATE OF REPORTER

I, AMANDA WOOTTON, Court Reporter and Notary Public for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings had in the aforenamed case at the time and place indicated, which proceedings were recorded by me to the best of my skill and ability.

I also certify that I placed the witness under oath to tell the truth and that all answers were given under that oath.

I certify that I have no interest, monetary or otherwise, in the outcome of this case.

This the 27th day of January 2026.

*Amanda Wootton*

AMANDA M. WOOTTON

My Commission Expires:
December 15, 2026

AW Reporting
601-573-0961

30

CERTIFICATE OF DEPONENT

I,_____, do hereby certify that the foregoing testimony is true and accurate to the best of my knowledge and belief, as originally transcribed, or with the changes as noted on the attached Correction Sheet.

Subscribed and sworn to before me this the _____ day of _____, 2026.

_____
Notary Public

My Commission Expires:

CORRECTION SHEET


I,_____, do hereby

certify that the following corrections and additions

are true and accurate to the best of my knowledge and

belief.


CORRECTION                PAGE      LINE    REASON
_____

_____

_____

_____

_____

_____

_____

_____

_____



       Subscribed and sworn to before me
this the _____ day of _____, 2026.



                              _____

                              Notary Public
My Commission Expires:

1

**&** 22 5:11,12

**23rd** 4:5

**25cii23cv441ahw** 25

**27th** 29:16

**3a120** 2:1060

**aashto** 15:19

**ability** 29:10

**able** 15:9 16:3 21:11

**about** 5:12 7:19 9:14,19,24 10:3 11:14,18,19,24,25 12:3,8,9,12,13 14:15,24 21:4 22:14 23:17,25 24:2,3,7 25:8 26:17 (27)

**above** 6:6,7,25 29:6 (4)

**absolutely** 14:5 15:12 28:7,19 (4)

**accurate** 16:1 30:6 31:5

**actual** 16:10

**actually** 6:17 8:1 9:25 17:9 18:10 22:18 25:15 (7)

**additions** 31:4

**affirmative** 25:11

**aforenamed** 29:8

**after** 4:16 6:16 8:1 13:17 19:16,21,25 20:1 23:19 24:18 (10)

**afternoon** 4:2

**afterwards** 4:8

**again** 10:5 13:14 21:1,6,9 (5)

**against** 22:16,17

**agree** 7:4

**ahead** 23:7

**along** 7:24 13:12 15:13 16:4 21:12 (5)

**also** 2:11 8:7,10 12:3 13:14 15:14,21 17:10 18:1 19:1 27:12 29:11 (12)

**although** 19:23

**always** 7:7,24 11:20 20:14,15 21:1,3,6 (8)

**am** 17 4:12

**amanda** 22,23 29:4,21 (4)

**amanda@awreportingnet** 23

**analysis** 10:13

**answer** 8:14 16:4 21:1,3 23:4,5,8 24:15 (8)

**answers** 29:12

**anymore** 24:19

**anything** 9:19 11:18 16:11 26:16 (4)

**appearances** 14 2:1 3:3

**approximately** 17 28:24

**are** 5:17 10:17 14:9,24 24:6 26:19 27:11,17 31:5 (9)

**area** 10:24

**areas** 28:12

**around** 7:15 11:10 17:6

**ask** 11:13 13:15 21:11,13 23:11 (5)

**asked** 8:1,2 9:8 12:21 20:8 25:8 (6)

**assigned** 13:10 15:10 27:8

**assigning** 23:19

**assignment** 10:22 13:18 25:14

**assist** 8:3

**assistant** 22:4

**assisting** 8:22

**associate** 5:10

**associates** 5:11,12

**assume** 24:11

**attached** 30:8

**available** 20:14

**average** 7:11

**b** 17:13,16

**back** 18:14

**backed** 22:12

**background** 5:21

**based** 28:17

**basis** 5:18 28:4,6

**because** 17:25 21:23 23:18,22 27:18 (5)

**become** 19:10

**before** 18:20 30:18 31:19

**beginning** 12:18 21:23

**behalf** 4:10,13

**behind** 10:24 11:21

**being** 11:2 15:6 18:13

**belief** 30:6 31:6

**believe** 19:20

**best** 29:9 30:6 31:5

**beta** 6:5

**better** 17:20,21

**between** 17:7 22:21

**biased** 17:23

**bigger** 17:4

**billy** 10 4:3,15,24,25 5:4 23:4 (7)

**bit** 7:8,13 8:6,14 9:9 16:18 21:10,23 26:9 28:2 (10)

**board** 5 13:5,25 14:7 15:18,25 (6)

**book** 10:9,10 15:19 19:2 (4)

**books** 15:15

**boss** 20:12,13

**bragg** 2:2 3:4,6 4:10,10,20 21:18 23:3,6 24:14 25:4 26:7 27:3,6 28:21 (15)

**bragglaw** 2:3

**bright** 21:14

**bringing** 27:13,20

**broad** 19:17

**brought** 18:9

**building** 17:8

**busier** 9:9

**business** 7:6,13

**calculations** 16:1,2

**calculus** 19:9

**call** 5:1

**called** 6:2 20:15

**came** 6:12 16:5 22:9 24:4 (4)

**campus** 10:9,10 11:10

**can** 8:13,14 10:7,20 23:4,5,7,9 24:15 25:22 (10)

**can't** 6:10 9:1 22:8 23:2 (4)

**capacity** 18:25

**cars** 10:17,25

**case** 9:14 29:8,15

**causes** 23:1

**ce** 8:19,25

**certain** 13:20 27:16

**certificate** 3:8,9 29:2 30:1 (4)

**certifications** 5:22

**certify** 29:5,11,14 30:5 31:4 (5)

**chance** 16:19

**changes** 30:7

**changing** 22:25

**charles** 2:6

**charlie** 4:12

**checkmark** 16:14

**chemistry** 27:15

**circle** 24

**circuit** 1

**civil** 7:5

**class** 8:2 17:22,22 25:3 26:12,13 27:13 28:11 (8)

**classes** 12:17 16:11 18:15 19:9 22:5,21 (6)

**classroom** 15:2 27:23

**collected** 10:12

**collecting** 10:6,17

**come** 9:7 20:17 21:2

**coming** 15:18 26:23

**commission** 29:22 30:24 31:24

**communicate** 12:23

**complain** 11:23

**complaining** 11:18 12:2

**complaints** 12:8,9

**complete** 15:10

**completely** 16:14 25:6

**completing** 24:13

**component** 26:6,13

**concludes** 28:22

**conclusion** 3:7

**consider** 25:12

**considered** 26:3,3

**considering** 12:15

**construction** 16:21

**contacts** 18:7

**contain** 29:6

**contents** 3:2

**continuing** 23:10 24:20 25:7 26:11 (4)

**cool** 18:11

**copied** 24:8

**corner** 10:11 11:11

**correct** 29:7

**correction** 3:10 30:8 31:1,7 (4)

**corrections** 31:4

**coughed** 8:13

**could** 9:10 13:25 15:22 20:17 25:22,23 (6)

**counsel** 4:4,7

**count** 10:16

**counted** 10:25

**counts** 10:7 11:12 25:15,16 26:3 (5)

**county** 1 2:1060

**couple** 27:3

**course** 7:23 8:10,11,15,17,24 9:3,4,6,16,22,23,25 10:14 11:20,24 12:12,13,24 13:1 14:16 15:16 16:21,23 17:4,11,20,24 18:3 19:3,25 20:25 22:13,14 26:15 27:9,12 28:2 (38)

**courses** 11:18,22,25 12:15,18,22 13:2 15:3 16:24 17:15 21:9 27:7 (12)

**court** 1,22 4:8 29:4 (4)

**covid** 17:10

**cross** 11:1,3,5

**crossed** 11:5

**crosswalk** 11:6

**crosswalks** 11:3

**csr** 22

**curves** 19:4,4

**cwinfield@winfieldlawfirmco m** 2:8

**dale** 10 4:15,22

**darkest** 24:5

**date** 4:5 22:8

**day** 21:15 24:5 28:14 29:16 30:19 31:20 (6)

**daytoday** 5:18

**deadline** 22:17,20

**december** 22:1

**decided** 8:5 19:25 24:11

**decides** 22:24

**defendants** 5

**definitely** 7:15 11:23 14:2

**degree** 7:10 22:13,15

**degrees** 7:13

**delegate** 9:10 20:22

**delegated** 22:10

**depends** 28:11

**deponent** 3:9 30:1

**deposition** 9 3:7 4:3 28:23,24 (5)

**describe** 7:10 14:14 21:4 27:7 (4)

**description** 20:11

**design** 8:9,16,18 15:21 19:1

(5)

**didn't** 6:7 10:23 12:20 13:22 16:1,10 21:12 23:6 26:12 (9)

**different** 13:13 14:18 19:9 27:11 28:12 (5)

**difficult** 7:8 12:14

**difficulties** 23:2

**difficulty** 12:13 14:6 17:2

**directly** 23:12

**discussion** 9:14

**disorganized** 14:13,21

**distance** 18:18

**district** 1

**does** 26:8 27:9

**doesn't** 26:6

**doing** 8:7 27:19

**down** 14:18 22:16 26:21

**dr** 2:11 7:16,21 11:18,19 12:13,23 14:12 15:11 16:19,24 17:5,15,21,22,24 18:15 20:11 22:4,5 23:14,19 24:4,11,21 25:3 (26)

**duly** 4:16

**duration** 9:2

**during** 8:14 10:22 11:17 20:21 (4)

**e** 2:2,7

**early** 20:16

**easier** 7:13

**east** 2:1060

**easy** 12:14 17:12,16 20:25 (4)

**educational** 5:21

**effort** 12:21

**ei** 19:11

**eight** 16:9

**eit** 19:11

**either** 10:19

**elliott** 2:6

**else** 9:7 16:5 22:9

**email** 23 24:3,21

**emailed** 20:14

**encourage** 19:24

**encouraged** 20:18

**end** 9:9,15 21:15 22:21 (4)

**ended** 28:24

**engineer** 5:17 19:11,14

**engineering** 5:10,15 7:5,23 8:11,24 9:16,22 18:24 19:9,15 20:25 (12)

**engineers** 7:14

**enough** 15:8

**entire** 25:3

**environmental** 7:5

**equations** 27:17

**esquire** 2:2,6

**essentially** 10:17 11:10 19:8,10 (4)

**even** 6:7,24

**ever** 14:1 15:24 16:18 21:16 24:21 (5)

**every** 27:9,12 28:9,14,14 (5)

**everybody** 16:5 17:13

**everyday** 12:5

**everyone** 13:19

**everything** 9:24 11:4 19:8

**exact** 7:1 9:1 10:7 22:8 (4)

**exam** 19:7

**examination** 3:4,5,6 4:19,20 21:20,21 27:5,6 (9)

**examined** 4:17

**example** 15:20 16:13 17:14 27:15,19 (5)

**examples** 18:5,11

**excuse** 23:14

**expectation** 28:3

**expectations** 12:23

**expected** 25:2

**experience** 8:7 15:13 17:2,11 18:21 19:13 27:21 (7)

**experiment** 10:1 25:13

**expires** 29:22 30:24 31:24

**explanation** 16:7

**extra** 8:6

**eyes** 22:11

**fact** 14:16 16:25

**fair** 26:16

**fall** 8:10,15,21 9:11

23:14,15,22 24:4 (8)

**familiar** 24:6

**far** 17:1 20:24 26:14

**fast** 14:9

**fe** 18:19 19:17,18,19 (4)

**fee** 19:5

**feel** 11:8 15:8 17:15,17 21:6 (5)

**felt** 15:2

**few** 20:1 21:22 25:8

**field** 26:4

**fieldwork** 26:1

**final** 9:10 22:2 23:19

**find** 12:14 15:22

**finding** 18:17 19:3

**finish** 22:13,15

**finishing** 22:14,21

**firm** 2:6 5:15

**first** 1 4:16 9:5 18:11 20:3 22:7 23:1 (7)

**five** 16:13

**florida** 6:1

**focused** 20:8 22:12

**focuses** 5:15

**follow** 14:4 16:4

**followed** 13:2,12 14:17 15:13 (4)

**following** 25:6 31:4

**follows** 4:17

**followup** 27:4

**foregoing** 29:6 30:5

**formulas** 15:17,18

**forth** 12:21

**four** 18:20 19:13

**fourth** 12:16 17:1

**friends** 7:9

**front** 11:22

**frowned** 7:14

**full** 4:21,22 6:11,13 11:2 29:6 (6)

**functioning** 24:23

**fundamental** 19:7

**fundamentals** 18:17

**further** 10:13

**gate** 24

**general** 15:1

**geometric** 8:9,16,18 15:20 19:1 (5)

**get** 8:7 11:6,9 13:22 15:15 17:19 19:10,12,12,12,13,15 20:15 22:18 23:15 24:12,21 25:15 26:22 (19)

**getting** 9:9 18:11 26:3

**give** 20:11,20 21:8 28:2 (4)

**given** 11:14 15:9 16:7 28:16 29:12 (5)

**giving** 25:21

**go** 4:24,25 5:20,24 6:15

10:2,21,23 13:8,18 23:7 25:15 27:15,24 28:12 (15)

**going** 11:6 13:9 17:10 19:8 20:8 22:24 26:22 27:18 (8)

**gone** 21:24

**good** 4:2 8:6,7 20:13 (4)

**gosh** 12:4

**got** 7:20,24 9:25 13:1 18:4,19 19:20 22:11 27:3 (9)

**gpa** 6:5,22

**grad** 8:3 20:20

**grade** 24:5,13

**graded** 16:6

**grades** 6:9 9:14 16:7 22:18,25 (5)

**grading** 13:17

**graduate** 6:19

**graduated** 6:4 20:1 22:1 26:18 (4)

**graduating** 23:18

**graduation** 22:16,22

**grafton** 2:2 4:10

**grafton@graftonbragglawco m** 2:4

**grass** 10:24

**green** 15:19 19:2

**guess** 5:24 7:19 12:10

**guy** 12:6

**half** 5:8 9:5 22:7

**handson** 18:4

**handwriting** 14:1,4

**happened** 9:12 23:24 24:17 27:25,25 (5)

**happening** 9:18

**happens** 20:6

**harder** 7:10 12:17,19 13:20 19:16 21:10 (6)

**has** 9:13 10:5 12:7,8 21:16 28:16 (6)

**hate** 12:5

**haven't** 24:2,16

**having** 4:16 23:18

**hcm** 18:25

**he** 7:24 13:4,6,17,25 14:7,21 15:2,24 16:22 18:9,24 20:13,15,15,17,20 21:3,15 22:24 24:22,22 (22)

**hear** 9:19 11:20 23:13,17,20 (5)

**heard** 11:17 12:2 24:2,3,17 (5)

**heavier** 15:5

**heavy** 15:4,5,7

**help** 8:2 20:22 21:7,23 (4)

**helped** 9:7 23:23

**helpful** 7:24 10:8 21:16,16 (4)

**helping** 20:24 22:8

**here** 16:13 26:24 28:16

**hereby** 29:5 30:4 31:3

**herein** 14

**hey** 14:10 21:2

**high** 5:24 6:1,2,16 (4)

**higher** 5

**highly** 20:18

**highway** 8:10,16,18 15:21 18:25 (5)

**highways** 8:19

**hil** 4:13

**him** 7:18,20,23 11:24 12:15 17:9,25 20:15,15,21 21:4 (11)

**hinds** 1

**his** 9:2 11:24 12:12,23 14:1,21 16:22 17:4 20:17 21:8,9 24:23 (12)

**home** 25:22

**homework** 13:10,12,17 15:10 16:6,9 25:14,22 26:1 (9)

**honest** 11:25

**honor** 6:5

**hopefully** 26:24

**horizontal** 19:4

**hours** 20:17

**how** 5:6 6:3 7:16 10:2 14:13 27:7 (6)

**howard** 16:19 17:6

**hunker** 26:21

**i'll** 5:1 9:13

**i'm** 4:10 24:7,8,19 25:5,5 26:20 (7)

**i've** 27:3

**ice** 26:22

**idea** 8:6 9:12

**imagine** 12:11

**implies** 26:5

**important** 22:17

**indian** 24

**indicated** 29:8

**industry** 15:22 18:6 21:17

**information** 11:14 15:9

**institutions** 5

**instructor** 21:4,5

**instrument** 10:19

**interactions** 7:21

**interest** 29:14

**interesting** 14:23

**interpretation** 7:12

**intersection** 10:7 11:12 25:10

**into** 10:21,23 22:25 27:21 (4)

**introduce** 4:7

**involved** 24:2,18

**involvement** 9:17,20

**is** 4:3,5,6,22,24 5:13 8:25 9:8 10:15,16,17 12:5 13:4,5 15:20 16:3,13,15 17:12 18:13,19 19:5,7,10,16,17,21 22:17,20,24 23:16 24:25 25:2,21 26:5,8,16,21 27:8,12,12,18 28:23 30:5 (44)

**isaac** 16:19 17:6

**isaac's** 17:21

**isn't** 22:18

**issued** 9:15

**issues** 23:13

**january** 7 4:5 29:16

**job** 5:9 18:11

**jonathan** 18:9

**judicial** 1

**just** 5:14 6:2 7:14 10:8,11,24 11:9,11,25 13:18 14:10,15,17 15:2,12 16:8,18 17:13,25 18:9 21:13,17,22 23:11 24:2 25:17 26:15,15 27:3,18,20 (31)

**keep** 22:25

**keeping** 10:18

**kind** 8:3 9:7,11,11 10:1,1,17,20 11:14 13:9,15 14:17 15:12 19:8 21:6,7 22:9,10,11,12,20 24:18 25:17 27:12,13 28:3 (26)

**kittelson** 5:11,12

**know** 6:7 7:15,20 9:8,9 10:2,6,19 11:7,15,16,20,24 12:5,16,17,20 13:1,9,15,23 14:8,17 15:3,15,19,22 16:10,12,15 17:8,14,24 18:8,16,17,19 19:4,6,24 20:1,5,7,8,16 21:7,11,12,13 22:11 23:20,25 24:7 25:15 26:21 27:11,16,20,22,23,25 28:14 (62)

**knowledge** 24:10 26:17 28:17 30:6 31:5 (5)

**known** 7:16,18

**kyzer** 18:9

**lab** 25:13 26:6,9,12 27:7,9,17,24 (8)

**labs** 27:25 28:4,13

**late** 20:16

**law** 2:6

**leading** 5:21

**leaned** 15:6

**learn** 18:4

**learned** 18:14 19:8 27:13

**learning** 5

**least** 22:4

**led** 18:10

**left** 10:18 24:18

**let** 23:11

**let's** 16:8

**level** 12:13,16 17:1

**li** 2 2:11 4:11 7:16 (4)

**library** 25:23

**license** 19:15

**like** 6:10 8:6,25 9:5,20 10:1,2,24 11:2,3,4,4,7,7,9,9,25 12:5,18 13:4,8,14,23,24,25 14:2,3,15,16,20,24 15:1,2,3,8,13,14,17,19,20,21,25 16:9,10,10,12,13,15 17:1,1,2,7,7,10,13,15,21,24 18:3,4,7,8,8,9,9,11,14,17,17,18,19,23,24,25 19:1,3,7,9,16,24 20:15,18,19,21 21:1,2,6,7,7,8,9,9,16,17 22:7,7,9 24:18 26:9 27:10,13,14,14,19,22 28:10 (106)

**line** 2:1060 31:7

**literally** 11:10 19:2

**little** 7:8,13 8:6,14 9:9 10:8,9,24 13:13 14:3 16:18

17:23 21:10,23 26:9 28:2 (16)

**live** 5:4,5

**lived** 5:6

**living** 8:4

**llc** 23

**location** 28:9

**long** 5:6 7:16 12:7 16:9 17:13 (5)

**look** 18:14 26:9 27:10

**looked** 17:14

**lost** 21:23

**lot** 9:14 13:8 14:20 15:17 18:4,16,23 20:6,19 21:8 23:1 25:23 26:22 (13)

**lots** 18:11

**m** 22 29:21

**magee** 21

**main** 2:7

**make** 8:6 13:19 23:7

**management** 24:22

**manual** 18:25

**marked** 16:12

**mart** 10:9,10

**massive** 17:8

**materials** 16:21

**matter** 4:4

**matthew** 21

**may** 4:7

**maybe** 7:13 10:9 11:5 12:20 13:13 17:5 18:1 21:13 24:17 26:8 28:2 (11)

**mccain** 17:8

**me** 5:12,24 7:9,19 10:3,11 11:14 12:12,12 14:11 18:10 20:11,22 21:23 23:11,14 29:9 30:18 31:19 (19)

**mean** 22:20 25:21 27:18

**medicine** 24:22

**meet** 16:19 28:4,8,12,13 (5)

**mentioned** 19:5

**messing** 7:15

**met** 18:7 28:1,10,15 (4)

**might** 9:4 13:20 16:25

**mind** 24:23

**minus** 16:13,15

**minute** 10:5

**misses** 26:24

**missing** 16:1

**mississippi** 1,4,5,39157 2:4,39759 4:13 6:12,16,19,23 7:7 11:17 16:20 21:24 22:3 27:8 29:5 (18)

**mix** 14:2

**moderate** 12:14

**modules** 14:18

**monetary** 29:14

**money** 8:7

**months** 20:1

**more** 7:8,9 11:24 13:21

14:8,21 15:7 19:17 22:12 25:14 27:14 (11)

**most** 18:2 27:7 28:13

**moved** 26:18

**movement** 10:16

**msu** 4:4

**much** 17:4,13

**my** 4:22 6:5 7:7,8 9:8,10 10:11 12:4,16 15:13 16:3 17:12 18:1,11,19 19:25 22:12,13 23:15,15 25:18 28:13 29:10,22 30:6,24 31:5,24 (28)

**name** 4:21,22 8:13,14 (4)

**national** 6:5

**need** 10:23 18:20 19:11

**needed** 20:23

**never** 17:9 20:7

**new** 13:9 17:7

**no** 25 9:19,20 10:23 11:9,24 14:8,11,21 17:3 24:1,1,7,16,24 26:17,18 29:14 (18)

**normally** 25:21

**north** 10:8

**notary** 22 29:4 30:22 31:23 (4)

**noted** 14 30:7

**notepad** 10:20

**notes** 13:4,7 15:14

**nothing** 11:6 14:10

**now** 4:6,7 18:13 22:2 26:19 (5)

**number** 6:25 7:1 9:1

**numbers** 25:17

**oath** 4:17 29:12,13

**object** 24:14

**objection** 23:3,7 25:4 26:7 (4)

**obviously** 13:23 14:9,20

**occurrence** 12:5

**off** 9:11 22:12 23:16

**office** 14:21,24 15:1 20:17,17 (5)

**official** 4:22

**oh** 12:4,5 22:23 26:23 (4)

**once** 22:11 28:1

**one** 8:25 9:5 10:6,24 13:21 17:6,9,10,21 20:8 22:4,6,7 (13)

**ones** 14:23 17:5

**online** 16:11

**only** 9:3,4

**organization** 14:25 15:1,2

**organized** 14:12,16

**originally** 30:7

**other** 11:16,25 12:3,22 13:2 14:8,22 15:3 18:8 20:19 (10)

**others** 13:21 15:6,7

**otherwise** 29:15

**out** 10:21 14:11 15:19,25 17:20 20:23,24 24:12 25:9,15 (10)

**outcome** 29:15

**outline** 13:1

**outside** 6:2

**over** 8:3,5 13:18 14:3 19:8 27:15 (6)

**overhear** 11:22

**pa** 2:6

**pace** 6:2,3,16

**page** 13:19 31:7

**pages** 16:9 29:6

**pain** 24:22

**paper** 16:10

**par** 12:22

**parked** 11:11

**part** 9:3,4 23:21 26:13 (4)

**pass** 19:16 20:3

**passed** 19:19 20:1,4

**passing** 11:21

**passion** 18:1

**pe** 18:20,22 19:12,16 (4)

**pensacola** 6:2

**people** 5:14 11:22,23 13:22 14:9 17:5 18:8 21:12 23:2,18 24:11 (11)

**percent** 24:12,23

**period** 24:11

**personal** 9:17 28:17

**pet** 11:4

**physical** 28:8

**pivoting** 16:18

**place** 26:17 29:8

**placed** 29:11

**places** 25:23

**plaintiff** 2

**plan** 5:1

**planning** 5:15

**please** 4:21 23:9

**pllc** 2:3

**plug** 25:17

**pm** 4:6 28:25

**point** 10:22 11:1,8 13:8 (4)

**pointing** 16:13

**points** 24:12

**possible** 6:8 24:12

**power** 13:8

**practice** 27:16

**prefer** 17:23

**present** 2:11

**pretty** 5:19 7:3 13:13 14:16,22 16:4 17:12,13 20:13 25:16 (10)

**probably** 12:9 14:11 25:5,5,6 26:2 (6)

**problem** 13:20

**problems** 13:5

**proceedings** 29:7,9

**professional** 18:10,13 19:15

**professor** 14:8,13,13,22 16:22 17:2 22:24 (7)

**professors** 12:3,7,8,10 18:8 (5)

**programs** 18:5

**project** 9:23,25 10:4,12 24:13 (5)

**protocol** 13:2

**public** 22 29:5 30:22 31:23 (4)

**pull** 10:7

**push** 13:23 17:19 21:11

**put** 12:21 13:4

**question** 23:8,9 25:16

**questions** 7:25 12:21 13:15 16:4 20:7,14 21:2,11,13,22 25:8 27:4 (12)

**rather** 24:13

**reading** 14:6

**real** 10:1 18:4 27:18

**realistic** 27:14

**reality** 27:21

**really** 6:4,25 14:10

**reask** 23:9

**reason** 7:19 31:7

**recall** 10:3 11:2 24:10 25:1 (4)

**received** 5:22

**recollection** 17:12 24:1 25:18

**recommendations** 19:14

**record** 4:8,21

**recorded** 29:9

**refers** 24:5

**regular** 28:4

**relationship** 17:25

**remember** 6:10,22,24 7:1 9:1,24 22:8 24:9 26:14 28:18 (10)

**reported** 22

**reporter** 22 3:8 4:2,8 28:22 29:2,4 (7)

**reporting** 23

**represent** 9:13

**required** 25:19

**research** 8:2,8

**resources** 15:9

**response** 25:11

**reston** 5:5,7 26:20

**ridgeland** 2:4

**right** 4:24 6:16 9:21 10:18 11:13 14:12 16:14,17 17:6 19:21 22:22 25:19,24 28:11 (14)

**road** 2:1060 10:21,23 11:1 (4)

**rpr** 22

**said** 8:20 22:7,9 24:22 (4)

**same** 8:11 11:25 13:19 15:18 27:22 28:8,14 (7)

**sat** 10:11,24

**saw** 13:14

**say** 6:25 7:12 8:13,14 12:20 13:7 14:5,10,11 15:6 16:8 17:3,4 22:19 23:6 25:6,25 26:8,16,19 28:13 (21)

**scheduled** 28:6,9

**schimmel** 10 4:15,23

**scholarship** 6:11,13,14

**school** 5:25 6:1,1,2,16 7:6 19:21,22,23,24 20:16 23:1 (12)

**sciences** 7:8

**second** 20:4

**see** 10:2 15:18

**seen** 14:22

**semester** 9:10 22:2,21 23:1,23 (5)

**send** 25:3

**senior** 12:16

**sent** 24:4

**sequencing** 23:16

**serious** 11:7

**seven** 16:9

**sheet** 3:10 30:8 31:1

**show** 15:14

**sidewalk** 10:25

**sight** 18:18

**signals** 11:4

**signature** 29:20

**significantly** 12:19

**similar** 13:2,13 15:3 16:5,23 21:6 27:18 (7)

**similarities** 18:23 27:12

**since** 7:18 21:16

**single** 28:14

**sitting** 11:21

**situation** 15:24

**size** 5:13

**skill** 29:10

**slide** 15:14

**slidex** 13:9 14:3

**slightly** 12:17 15:6 18:16

**snow** 26:22

**so** 5:14 6:24 7:16,22 8:1,4,5,8 9:8,13,20 10:2,16 11:13,23 12:1,2 13:3,24 14:4,11 15:23 16:12,22 17:9,11 18:11,12,22 19:7,12,25 21:3,17 22:1,14 23:6,11,24 26:4 27:1,11,19,21 28:4 (45)

**society** 6:5

**solutions** 13:5,7 15:25 16:5 (4)

**some** 8:7,7 10:1 11:14 14:22 15:5 21:12 22:4 (8)

**somebody** 21:2 25:21

**someone** 9:6 22:9

**something** 6:10 8:25 13:6 24:17 25:2 27:23 (6)

**sometimes** 14:9 28:11

**somewhat** 25:12 26:5

**sort** 5:20 7:20

**sounds** 8:6

**south** 10:9

**space** 28:14

**specific** 19:17

**spent** 13:21 14:20

**spring** 7:18,23 23:14,15,17 (5)

**stage** 10:6

**standard** 15:21 25:16 26:15

**started** 6:17

**state** 4,5 4:13,21 6:12,16,20,23 7:7 11:17 16:20 21:24 22:3 27:8 29:5 (15)

**stay** 20:16

**staying** 8:5

**still** 19:22

**stood** 14:11

**stopped** 22:8

**street** 2:7

**structure** 26:13

**students** 8:3 11:16 12:2,8,9,9 20:20 (7)

**study** 25:9

**studying** 7:9 18:22

**stuff** 11:4 12:18 15:15 16:15 18:18,23 27:17 (7)

**submitted** 16:8

**subscribed** 30:18 31:19

**suite** 2:1060

**summer** 6:17 8:3,5 20:21 23:1 (5)

**supposed** 14:19 15:15

**sure** 11:20 13:19 24:7,8,19

25:5 (6)

**survey** 27:22,24

**swear** 4:8

**switching** 14:3

**sworn** 4:16 30:18 31:19

**swort** 10 4:3,15,23 21:22 (5)

**syllabus** 12:25 14:17

**system** 22:18

**ta** 8:10,20 9:2 20:25 23:23 (5)

**table** 3:2

**take** 18:20 19:18,24,25 27:7 28:2 (6)

**taken** 16 4:3

**taking** 27:20

**talk** 22:14

**talked** 17:9

**talking** 14:15,24

**teaching** 18:24 22:4

**team** 10:12

**technically** 6:9

**tell** 5:12,24 7:19 10:3 12:12,12 29:12 (7)

**tender** 21:18

**terrible** 23:15

**test** 17:14 18:19 19:16,17 (4)

**testified** 4:17

**testimony** 28:16 30:5

**than** 7:9,11 11:24 12:17

13:13,20 14:8,22 15:6,7 19:17 20:19 24:13 (13)

**thank** 16:17 21:18 27:1 28:21 (4)

**that's** 5:1 6:7 9:12 19:2,20 23:22,23 24:17 25:17 26:25 (10)

**their** 22:11,11

**them** 9:11 12:14 15:22 21:14 22:6,10 (6)

**themselves** 4:7

**theory** 27:20

**there's** 11:3

**thing** 20:9 27:14

**things** 10:2 11:21,22 18:14 20:5 (5)

**think** 6:5 8:13 9:4 10:9 16:25 19:19 20:4 21:10,15 26:10,14 27:25 (12)

**those** 10:13 13:11 16:11 19:6 20:5 25:16 (6)

**though** 7:1 15:7

**thought** 7:7

**three** 5:8 28:1

**threefourths** 9:6 22:7

**through** 5:20 10:18 13:8,9 17:19 18:7 21:11 (7)

**tight** 22:20

**time** 4:6 8:4,12 9:6 11:17 12:4 13:4,14,21 14:21 17:11 19:2,22 21:8 27:1,9 28:9,15,23 29:8 (20)

**timeline** 7:20

**times** 13:8 15:17 28:1

**tmc** 10:15

**tmcs** 10:12,13

**today** 5:2 28:17

**today's** 4:5

**tons** 18:7

**took** 7:22 8:9,15 9:22 12:15 15:14 16:21,24 17:5,6 19:19 26:16 (12)

**tool** 14:3

**topic** 13:10 27:16

**topics** 13:11

**touch** 14:19

**towards** 9:9

**towit** 4:18

**track** 10:18

**traffic** 7:22 9:22 10:6 18:24 25:9 (5)

**training** 19:11

**transcribed** 30:7

**transcript** 29:7

**transportation** 5:16,17 8:11,23 9:15 18:1,10 20:25 (8)

**trouble** 23:18

**true** 29:7 30:5 31:5

**trustees** 5

**truth** 29:12

**try** 12:20 13:23 20:3,4 (4)

**trying** 13:21

**turned** 17:20

**turning** 10:16,18

**two** 5:8

**type** 20:5

**typical** 5:19 16:16

**typically** 13:18 27:9,25

**uhhuh** 25:11

**under** 4:17 5:14 16:22 17:5 19:14 24:22 29:11,13 (8)

**understand** 13:22,24 22:3

**understanding** 14:7 16:3

**understood** 20:10

**university** 4 7:11

**unlike** 18:2

**unsafe** 11:8

**up** 5:21 10:7 13:5 16:5,12 21:2 22:13,14,16 26:22 (10)

**upon** 7:14

**us** 19:6 26:24

**use** 18:5 25:16

**used** 10:13 15:20,21 18:18 19:1,3 (6)

**using** 18:25

**versus** 4:4

**vertical** 19:3

**very** 7:24 16:16 18:3 20:18 21:7,7,16 (7)

**via** 16

**video** 4:2 28:22

**videoconference** 9

**videographer** 21

**videotape** 4:3

**videotaped** 9

**virginia** 5:5 26:20

**wait** 22:25

**walking** 11:9,10

**want** 5:20 6:24 10:20 11:13,16 26:9 (6)

**wanted** 8:2 13:15

**wasn't** 21:13 24:1,18 26:1 (4)

**way** 17:17 22:25 26:10

**we're** 5:14 14:15

**week** 27:9 28:1,1

**weighted** 6:9

**weird** 17:11

**well** 6:4 7:2,3,24 12:24 15:23 16:4 17:23 19:6 23:11 26:21 (11)

**went** 6:1 13:2 14:18 21:12 (4)

**whatever** 10:20

**when** 6:12,15 7:7,24 9:17 11:21 16:6 18:19,22 19:18,20 20:24 21:25 22:16 25:21 (15)

**whenever** 23:24

**where** 5:4,24 9:25 11:6 15:24 24:11,22 25:9,14 26:19 (10)

**whereas** 28:1

**whether** 20:14

**which** 15:20 17:21 18:19

19:11,16 26:5,5 29:9 (8)

**while** 16:19,22 20:2

**who** 11:17 19:6 23:18

**why** 13:22

**will** 4:8

**william** 10 4:15,22

**winfield** 2:6,6 3:5 4:12,13 21:21 23:10 24:20 25:7 26:11,25 (11)

**witness** 4:9 21:19 23:5 27:2 29:11 (5)

**wootton** 22,23 29:4,21 (4)

**work** 5:10 9:10 18:5 19:14,25 20:13,19,22 21:1 22:10,13,14 23:19 (13)

**worked** 17:25 20:21

**working** 20:2 21:17

**workload** 9:8 15:4,5

**works** 5:2 27:8

**world** 10:1 18:4 27:19

**would** 7:9,10,12 9:11 10:8 11:23 12:11,20 13:4,6,7,8,10,18,21 14:4,4,11,13 15:6,18 16:12 17:3,4 20:15,20,20,22,22 21:2,3 22:19 23:21 24:12 25:2,6,15,17,25 26:2,2,3,8,17 27:15,16,23,24 28:10,12,12,13,13 (53)

**write** 13:25

**writing** 14:7,9

**wrong** 13:24 16:13,15

**wrote** 15:25

13

**yeah** 4:25 5:3,10,14,19 6:9,17 7:3,15,22 8:5,12,16,19,22 10:5,10 11:3,12,23 12:1,4,11,25 13:24 14:2,5,15 15:1,12 16:22,22 18:3,12 19:7,20 20:4,7,9,10 21:3,9,17 22:6,23 23:6,11 24:16 25:20 26:2,4,5,23,24 27:2,11,21 28:3,10,19 (60)

**year** 6:19 12:16 17:1 23:22 (4)

**years** 5:8 18:20 19:13

**yep** 15:23

**yes** 4:22 5:19 6:14 8:22,25 9:24 10:2 13:3,7 14:4 15:12 16:8,21 17:1 22:19,19,19 25:25 26:10 28:5 (20)

**you'll** 11:22

**you're** 11:21 20:7 22:16 27:19,19 (5)

**you've** 5:22 11:14 28:16

**your** 4:21 5:20 6:22 7:4,20 11:17 13:1 14:4 16:6 19:12,15 20:11 22:17 24:5 25:17 27:1 28:17 (17)

**yourself** 17:19

**zhang** 2 2:11 4:4,11 7:17,21 11:19 12:23 14:12 15:11 16:24 17:5,24 20:11 23:14,19 24:4,11,21 25:3 (20)

**zhang's** 11:18 12:13 17:15,22 18:15 22:5 (6)

**zoom** 16

**203** 4:6

**224** 2:7

**228** 28:23,24

**338** 24

**400** 5:14

**800** 17

**2017** 6:18

**2021** 6:21 7:18,23 8:10,15,21 9:21 22:1 23:14,15,17,22 24:5 (13)

**2022** 19:20 26:17

**2026** 7 4:5 29:16,15 30:19 31:20 (6)

**4133** 8:19

**39157** 39157

**39759** 2:39759

**6015730961** 25