## Howard, Isaac

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Thursday, March 10, 2022 8:17 AM |
| **To:** | Keith, Jason; Howard, Isaac |
| **Subject:** | RE: Transportation Lab/furniture |

Dr. Keith and Dr. Howard,

Most of my time slots in the week of 21 are allocated to advising. I filled them in a form to Seamus. I will let you know when he sends me the schedule.

For the project, it is my duty and professional responsibility to make sure students can reach the objectives of the course. No more, no less.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 10, 2022 12:33 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture

Li – thanks for this information about the CE4143 project. I'd like to schedule a meeting with you to discuss this and other aspects of your course. I am traveling the next two weeks, so please let me know your availability the week of 3/21.

EXHIBIT

**23**

1

MSU000777

Unfortunately, as Isaac has noted earlier in emails that CE4143 does not have a laboratory component. Therefore, you cannot do the project as is. Students cannot be performing traffic studies due to safety and liability issues.
- I would like to recommend that you pause the project, and simplify it for spring 2022.
- Perform a class demonstration of how to actually collect data.
- Give them some data that you obtained in prior studies and ask them to analyze it.

Thank you – I will follow up about your software request for this class in a separate email.


Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


_____
**From:** Zhang, Li
**Sent:** Friday, March 4, 2022 10:30 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Dr. Keith, I attached my project assignment.  << File: CE 4143 Traffic Engineering Project Traffic Studies.docx >>

 << OLE Object: Picture (Device Independent Bitmap) >>


_____
**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 3, 2022 10:34 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Li - Can you please describe what the CE 4143 course project is?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU000778**

———————————————————————————

**From:** Zhang, Li
**Sent:** Thursday, March 3, 2022 9:53 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Yes, thanks for your reply.

Li

<< OLE Object: Picture (Device Independent Bitmap) >>


———————————————————————————

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, March 3, 2022 7:45 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: Transportation Lab/furniture


Li – what is the CE 4143 course project?

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University


———————————————————————————

**From:** Zhang, Li
**Sent:** Wednesday, March 2, 2022 9:42 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ivy, Joe <JIvy@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Transportation Lab/furniture


Dr. Howard,

I have waited for Dr. Keith's words about moving furniture from Walker and it looks like that would not happen.

As the classes go on, I will need to clean up the space for CE 4143 course project. Here are what I need:

Cabinets and bookshelves to place items in the boxes. Few more tables to place controllers and computers. Some power cables to connect power outlets to the tables.

MSU000779

If there is a funding issue, There is an alternative do-it-yourself and cheap option. I can work with student workers to buy wood boards from Lowes to build the furniture needed. Once you decide on a furniture option or do-it-yourself option, I can work with Joe to give you an estimation.

Thank you!

<< OLE Object: Picture (Device Independent Bitmap) >>

4

**MSU000780**