Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** ██████████ <████@msstate.edu>
**Sent:** Thursday, April 28, 2022 3:53 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: URGENT CE 4143 CONFIDENTIAL

Mr. Keith,

My name is ███████████. I have several concerns regarding the class CE 4143. To begin each time we turn in homework, the instructor calls us directly into his office to ask us how we got each answer and equation. Problem with that his you can't understand what he says or writes during lecture. So, he accuses us of cheating on the homework even if we got formulas out of the book. Not to mention that the sample solutions to homework are often worked wrong. Now the project assigned for the semester is confusing. He wanted us to take counts outside the class hours. I spent 6 hours outside of class time for one week to count cars at an intersection. 6 hours is a lot of time to do for something when I am a student and have a job because I must pay my own rent. I also was not sure what he wanted us to do with that data to form a report. Most everyone failed the report. Most everyone fails the test. I hope my concerns are clear. I'll be interested to hear back from you.

Thank you.

Get Outlook for iOS

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Thursday, April 28, 2022 3:22:25 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** URGENT CE 4143 CONFIDENTIAL

Good afternoon –

My name is Jason Keith and I am the Dean of the Bagley College of Engineering. I have been working with Dr. Isaac Howard, Interim Department Head, Dr. Kari Babski-Reeves, Associate Dean of Engineering, and Dr. Robert Green, Assistant Dean of Engineering on several issues related to CE 4143 Transportation Engineering taught by Dr. Li Zhang. As Dr. Howard has told many of you, we have been looking into this situation and trying to determine a path forward.

I am only aware of some of the concerns and would like to document them. Please email me directly regarding any positive or negative experiences in this course. This will allow us to take further action. I would only reveal your names to my leadership team and my vice president's office.

EXHIBIT
24

MSU231381

I would like to meet with and discuss your concerns about this class in more detail. <u>I have reserved McCain room 120, from 1-2pm, on Reading Day (Wednesday, May 4th).</u>

Thank you for your attention to this matter.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**MSU231382**