**From:** Gammill, Teresa [TGammill@research.msstate.edu]
**Sent:** Wednesday, January 26, 2022 8:50 PM
**To:** Shaw, David [david.shaw@msstate.edu]; Jordan, Julie [Julie.Jordan@research.msstate.edu]
**Subject:** Re: UTC proposal

Agree. Li is going to fight against anyone and everyone. Who is best to approach Issaac to gauge his interest?
T

Get Outlook for iOS

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:47:42 PM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** RE: UTC proposal

I think the question is – do we have someone else legitimate that wants to be the PI?  Isaac Howard would be exceptional, but he may not want to get in yet another fight with Dr. Zhang.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:47 PM
**To:** Shaw, David <david.shaw@msstate.edu>; Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** Re: UTC proposal

I am not aware of anyone else. I remember the history on this so we have a challenge here with Li. Can I help in anyway? Li won't be happy any way we go unless HE is the PI.
T

Get Outlook for iOS

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:43:02 PM
**To:** Jordan, Julie <Julie.Jordan@research.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>
**Subject:** FW: UTC proposal

**EXHIBIT**

**26**

Do we have anyone else planning to submit a proposal? If so we need to get ahead of this asap. I don't know that Li is the best choice for PI.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:37 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: UTC proposal

Yes, this is a fresh start. We only get one chance when new Transportation Bill was passed. We have to wait another five years if we would not win UTC.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, January 26, 2022 8:35 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Howard, Isaac <ilhoward@cee.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** Re: UTC proposal

Li - Would you like to submit a proposal to this? Last time Dennis was PI and It didn't get submitted. I'd say move forward.

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

> On Jan 26, 2022, at 8:17 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:

> Dr. Keith

> Last summer we talked about writing quality UTC proposal and placed me as UTC director to lead the proposal. Before Jan 14 meeting with Dr. Shaw, we talked about that briefly, that was already late. During TRB there was a session in which US DOT UTC director to talk about UTC upcoming RFP. I am emailing you to make sure MSU makes decision as soon as possible.

> Thank you!