BEFORE THE MISSISSIPPI STATE UNIVERSITY
PROMOTION AND TENURE COMMITTEE

RE:  LI ZHANG

_____

TRANSCRIPT OF HEARING TESTIMONY OF

PATRICK SHERRY

_____

Had on June 5, 2025

at Mississippi State University

Transcribed by:  Cathy White

EXHIBIT

**28**

Cathy M. White, CCR

PATRICK SHERRY
JUNE 05, 2025

APPEARANCES


COMMITTEE MEMBERS:

    DR. ROBERT GRALA, CHAIR
    MS. KELLI ANTHONY
    DR. MELODY DALE
    DR. DIPANGKAR DUTTA
    DR. SANTANU KUNDU
    DR. SHIEL LU
    DR. ROBERT MOORE


MISSISSIPPI STATE UNIVERSITY REPRESENTATIVE:

    DR. TABOR MULLEN


LEGAL ADVISORS FOR MISSISSIPPI STATE UNIVERSITY:

    CHARLIE WINFIELD, ESQUIRE
    ASHLYN MATTHEWS, ESQUIRE


LEGAL ADVISOR FOR DR. LI ZHANG:

    GRAFTON BRAGG, ESQUIRE

PATRICK SHERRY
JUNE 05, 2025

```
                        INDEX
```

Style . . . . . . . . . . . . . . . . . . . .    1

Appearances  . . . . . . . . . . . . . . . . .    2

Index  . . . . . . . . . . . . . . . . . . . .    3

Patrick Sherry

    BY THE COMMITTEE  . . . . . . . . . . . . .    4

    BY DR. ZHANG  . . . . . . . . . . . . . .     7

Certificate of Transcription . . . . . . . . .   10

PATRICK SHERRY
JUNE 05, 2025

PATRICK SHERRY

EXAMINATION

BY DR. GRALA:

Q.  Dr. Sherry, my name is Robert Grala, and I serve as the chair of this hearing panel.  This hearing was requested by Dr. Zhang, who received a notice of intention to terminate his employment, and we have some really quick questions for you, which may extend later if anybody has follow-up, regarding your cooperation with Dr. Zhang on a grant proposal.

And has Dr. Zhang communicated to you Mississippi State University policy for not soliciting congressional support from Mississippi delegation?

A.  I wouldn't say that he communicated the official policy.

Q.  But did he tell you that we don't seek congressional support for this specific grant from Mississippi congressional delegation?

A.  He said that he was not going to seek support from his delegation.

Q.  Okay.  Did he ask you not to do it?  I mean, you obviously could seek support from your congressional delegation for Colorado, but did he tell you not to do it with Mississippi delegation?

A.  I sought support from the Colorado delegation.

PATRICK SHERRY
JUNE 05, 2025

Q.  Okay.  Have you ever received any communication, letter, email, or verbal communication, from Dr. Zhang asking you to seek congressional support from Mississippi congressional delegation?

A.  I never received any request, or instruction, or anything directing me or asking me to seek support from the Mississippi delegation.

Q.  Okay.

BY DR. MOORE:

Q.  What about did he ask to seek from your delegation?

A.  We didn't -- he didn't -- he was not in a position to ask me to seek that.  I don't know if you -- just historically, Mississippi was part of the combined joint UTC run by -- first run by the University of Denver and then run by Mississippi State.  So when we began the partnership, Gil Carmichael encouraged us to seek the support of our congressional delegations.  So I sought the support of the Colorado delegation.

BY DR. GRALA:

Q.  Okay.  Great.  And that lead to a question that I'll follow up.  Have you ever received any communication from Dr. Zhang asking you to stand down and not to seek support from Mississippi congressional delegation or from any delegation?

Cathy M. White, CCR
cathywhitecsr@gmail.com                                          601.405.3762

PATRICK SHERRY
JUNE 05, 2025

A.   I -- well, no.  It never came up like that.  I told him I was going to D.C. and I was going to go and talk to my delegation and I asked him if he wanted to come along.  He said no, he couldn't do that.

Q.   Okay.

DR. GRALA:  Any follow-up questions?

BY MS. ANTHONY:

Q.   Can you explain how your conversation or how a conversation did come up with the Mississippi delegation?

A.   Well -- oh, how it came up?

Q.   Uh-huh.

A.   As I described in my letter, the -- I was talking to our delegation and they said, well, would you be expecting that the Mississippi people would become aware of this.  I said, I don't know, eventually, hopefully. And he said, well, if you'd like, I can introduce you to my colleague over in the Mississippi office.  And so he took me over there.

BY DR. GRALA:

Q.   And he, who is "he?"

A.   I don't know.  He's in the letter.

Q.   Okay.

A.   (Indiscernible, two speakers) in 2022.

Q.   That's fine.

A.   But it wasn't like, you know, let's -- it wasn't

Cathy M. White, CCR

cathywhitecsr@gmail.com                                    601.405.3762

PATRICK SHERRY
JUNE 05, 2025

like we were strategizing on how to get, you know,

Mississippi involved and, frankly, I was a little

surprised at what, to me, was like standard operating

procedure.  It wasn't -- when he told me that, you know,

Dr. Jordan was, you know, reprimanding, I was like, what

are you talking about, you know, like, because all of us

were knowledgeable about the need to connect with the --

with our respective congressional delegations.  We were

seeking letters of support for the proposal.  This is --

you know, the UTC proposals, they have to have a letter of

support from some congressional member in order to be --

to make it to the -- through the different levels of

review.

        DR. GRALA:  Okay.  Committee members, any other

questions?

        Professor Zhang, it's now your turn to ask

questions, if you have any.

        DR. ZHANG:  Okay.

                    EXAMINATION

BY DR. ZHANG:

   Q.  Patrick, I -- if you don't mind, can you comment

on my qualifications to be the UTC director briefly?

   A.  Sure.  Yeah.  I mean, Dr. Zhang has been with us

for 15 -- you know, many years.  He was one of the members

of the original UTC.  He had successfully submitted

Cathy M. White, CCR

PATRICK SHERRY
JUNE 05, 2025

proposals and delivered work products.  He's considered to be very knowledgeable in the area that he conducts research in.  I mean, two different UTC directors had included him as part of the team.  There was no doubt in our mind that he was a qualified professional researcher who would represent Mississippi well and add to the overall consortium.

Q.  Thank you.

I'd just like to get your confirmation that you and Mississippi State University first established the UTC in 2021, and that UTC was success, and then got an extension.  Other than that -- 2011.  Sorry.

A.  2011, yes.  Actually, it was prior.

Q.  (Indiscernible, two speakers.)

A.  No, no, no, no.  It was prior to that.

Q.  Yeah, prior to that.  Right.  Yeah, yeah, yeah.

A.  It was like 20 --

Q.  2005 or something like that.

A.  Yes.  Probably 2003 we started together.  I'd have to check my notes.  But the University of Denver and Mississippi State had been together for at least 12 to 15 years before, and Zhang, Professor Zhang, was a member of that consortium.

DR. ZHANG:  I don't have any other questions.  Time is precious.

PATRICK SHERRY
JUNE 05, 2025

Thank you so much.

DR. GRALA:  Dr. Mullen, do you have any further questions?

DR. MULLEN:  I'll let Dr. Julie Jordan's testimony speak for herself and the requested emails that we will provide.

DR. GRALA:  Okay.

Dr. Sherry, we really appreciate your time.

DR. SHERRY:  Sure.

DR. GRALA:  You know, we wanted to just establish a timeline here.  We appreciate your comments, and thank you very much.

DR. SHERRY:  You're welcome.  Good luck with your deliberations.  Thank you.  Bye.

PATRICK SHERRY
JUNE 05, 2025

CERTIFICATE OF TRANSCRIPTION

I, Catherine M. White, hereby certify that the foregoing pages contain a transcript of the testimony of said witness transcribed from Microsoft Meetings recordings TO THE BEST OF MY ABILITY.

I further certify that I am not in the employ of or related to any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

Witness my signature this the 12th day of August, 2025.

_____
CATHERINE M. WHITE

Cathy M. White, CCR

cathywhitecsr@gmail.com                    601.405.3762