**From:** Jordan, Julie [Julie.Jordan@research.msstate.edu]
**Sent:** Monday, June 6, 2022 12:59 PM
**To:** Gammill, Teresa [TGammill@research.msstate.edu]
**Subject:** Re: President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers

So. Did he get the financial support he wanted from someone?

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

---

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Monday, June 6, 2022 1:56:48 PM
**To:** Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** RE: President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers

Kari and Jason have given Li Zhang the green light on this. It would be a major undertaking to tell Zhang he can't be the PI if funded. However… at the rate they are going, they aren't going to submit a proposal.
That's the reason they gave him the green light to let him fail and then they'll be done with having to deal with his tirades every year when this RFP drops.
T

---

**From:** Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Sent:** Monday, June 6, 2022 9:41 AM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>
**Subject:** Fwd: President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers

Any chance we can mandate a different PI? CAVS perhaps?

Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

EXHIBIT
**29**

MSU243524

**From:** Marty Fuller <fuller@fedsolutionsllc.com>
**Sent:** Monday, June 6, 2022 10:36 AM
**To:** Jordan, Julie <Julie.Jordan@research.msstate.edu>
**Subject:** Fwd: FW: President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers

---------- Forwarded message ---------
From: **Moore, Kendall (Hyde-Smith)** <Kendall_Moore@hydesmith.senate.gov>
Date: Mon, Jun 6, 2022 at 9:19 AM
Subject: FW: President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers
To: mfuller@cgagroup.com <mfuller@cgagroup.com>, Marty Fuller <fuller@fedsolutionsllc.com>

Would something like this be a good fit at MSU??

**From:** Department of Transportation <usdot@info.dot.gov>
**Sent:** Thursday, May 26, 2022 9:19 AM
**To:** Moore, Kendall (Hyde-Smith) <Kendall_Moore@hydesmith.senate.gov>
**Subject:** President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers



Having trouble viewing this email? View it as a Web page.

# President Biden and U.S. Department of Transportation Announce $450 Million to Fund up to 35 University Transportation Centers

Thursday, May 26, 2022

**MSU243525**

*President Biden's Bipartisan Infrastructure Law invests in research, workforce development and more through popular partnership with colleges around the U.S.*

WASHINGTON – As part of its University Transportation Centers (UTC) program, the U.S. Department of Transportation (DOT) is seeking applications from universities for up to 35 UTC awards, with total funding of $450 million for the 5-year period from 2022 through 2026.

"I am inspired by the cutting-edge transportation technologies our UTCs are developing," said U.S. Transportation Secretary Pete Buttigieg. "With this investment, we'll be able to support a new generation of visionary leaders and advance research that will help to transform our transportation system with safer, cleaner, more accessible ways for people and goods to move in this country."

"DOT's multimodal UTC program is the bedrock of our innovative, transformative and cohesive transportation future," said Dr. Robert C. Hampshire, Deputy Assistant Secretary for Research and Technology. "These investments will lead to cutting edge transportation research, train a diverse next generation of transportation professionals, and ultimately help the American people get to where they need to go much more quickly and affordably."

President Biden's Bipartisan Infrastructure Law continues the UTC Program, with all 35 authorized grants again open for competition. Through this Notice of Funding Opportunity (NOFO), DOT intends to select up to five National UTCs, 10 Regional UTCs, and up to 20 Tier 1 UTCs, each of which will conduct a combination of research, education, workforce development, and technology transfer and implementation activities.

UTCs must propose a focus area from among the legislation's stated research priorities:

- Improving Mobility of People and Goods;
- Reducing Congestion;
- Promoting Safety;
- Improving the Durability and Extending the Life of Transportation Infrastructure,
- Preserving the Environment;
- Preserving the Existing Transportation System; and,
- Reducing Transportation Cybersecurity Risks.

Only U.S. non-profit institutions of higher education are eligible to apply or to be members of a proposed UTC consortium. Non-profit institutions of higher education may include qualifying two-year institutions. DOT highly encourages Historically Black Colleges and Universities (HBCU), as well as Minority Serving Institutions (MSI) to apply and/or partner in proposed UTC consortiums.

This Notice of Funding Opportunity (NOFO) is open now through 8/25/22 at [www.grants.gov](http://www.grants.gov), search by Funding Opportunity with: "UTCOPENCOMP2022". Letters of Intent are requested by 7/1/22. For more information on the [UTC program](#), contact Nancy Wilochka, (202) 366-5128.

###

**MSU243526**

You are subscribed to DOT email updates.

Subscriber Services: Manage Preferences
Questions for DOT? Contact DOT

STAY CONNECTED



U.S. Department of Transportation | 1200 New Jersey Avenue, SE | Washington DC 20590 | 855-368-4200



**MSU243527**