**From:** Zhang, Li [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBA0A865D2714CB3A80A0D6C6F11DBC6-LZ75]
**Sent:** Tuesday, May 31, 2022 11:30 AM
**To:** Gammill, Teresa [TGammill@research.msstate.edu]
**CC:** Marufuzzaman, Mohammad [maruf@ise.msstate.edu]; Bryan-Watts, Teresa [bryan-watts@bagley.msstate.edu]; Reeves, Kari [kari@bagley.msstate.edu]
**Subject:** RE: UTC and collaborating universities

Dr. Garmmill,
Thanks for letting us know no additional congressional support. We have OLEMiss, USM and JSU responded to us. With the information you just provided, we are going to outreach a few universities around Mississippi accordingly.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Gammill, Teresa <TGammill@research.msstate.edu>
**Sent:** Tuesday, May 31, 2022 11:10 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>
**Subject:** RE: UTC and collaborating universities

Li,

EXHIBIT

**30**

**MSU181697**

I'm copying Dr. Reeves so she is in the loop on your questions below. You will need to identify the other universities that you would like to collaborate that fit within the research themes that have been identified for the UTC. Since the UTC is a funded program, we will not seek additional congressional support for this effort. If you need help in identifying potential contacts at universities we can perhaps help with that aspect, but you will need to tell us the names of those institutions.
Regards
TG

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, May 31, 2022 9:29 AM
**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Cc:** Marufuzzaman, Mohammad <maruf@ise.msstate.edu>
**Subject:** UTC and collaborating universities

Dear Dr. Gamill and Teresa,
Is it possible for us to have a meeting with someone in your office who work with our congressional delegates indirectly or directly, to see what realistic support we might have and to which university we are encouraged to collaborate?
Since the solicitation is out and the priority for me this week is to reach out to collaborating universities.

Thanks

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Zhang, Li
**Sent:** Monday, May 30, 2022 11:15 PM

MSU181698

**To:** Gammill, Teresa <TGammill@research.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Marufuzzaman, Mohammad <maruf@ise.msstate.edu>; Walden, Clay <walden@cavs.msstate.edu>; Brooks, Tom <tbrooks@raspet.msstate.edu>; Grice, Steven <SGrice@nsparc.msstate.edu>; Bryan-Watts, Teresa <bryan-watts@bagley.msstate.edu>
**Subject:** UTC RFP is out

Dear all,
Please see the attached file.

Thanks

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Li Zhang <li.zhang@ngsim.com>
**Sent:** Monday, May 30, 2022 11:08 PM
**To:** Shi, Xianming <xianming.shi@wsu.edu>; Yunlong Zhang <yunlong.zhang1@gmail.com>; Li, Xiaopeng <xiaopengli@usf.edu>; yinhai@uw.edu; Zhang, Li <li.zhang@msstate.edu>
**Subject:** UTC , Including an FAA COE (UTC) call too!

Folks,
There is  UAS center for call too!

See the attachments.

Li Zhang, Ph.D., P.E.
New Glocal Systems

**MSU181699**