**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 14, 2022 11:22:14 AM
**To:** Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; V.Gopu <V.Gopu@LA.GOV>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** UTC and congressional delegates


Dr. Whalin, Dr. Zhang and Dr. Molan,

Per US DOT, there are 169 Tier I proposals submitted for 20 awards, which is historically competitive, even more competitive than NSF funding. There are a lot of background talks, at least most, if all, of university outreaching to our congressional delegates to promote their UTCs. The good news for us is there is only one Lead proposal submitted in the state of Mississippi, that is ours. That is my understanding. Please correct me, if your institute submitted one as lead institute. So it is easier for Mississippi delegates support the only one Lead proposal in their state. One university (at least one) also invited Secretary of Transportation toured their campus.

I talked to Deans Keith and Reese, and Associate VP for research Dr. Gammill, in a hope that MSU would reach out to our congressional delegation.  I am reaching out to you to see if we might be able to have a short call to discuss to see if OleMiss, JSU and USM might be able to move to this direction.

Would any time be good for us to have a short call to discuss this? How about later this afternoon (4PM?) or tomorrow morning or Friday? Please let me know.

Thank you!

Li

**EXHIBIT**
**31**

**MSU249216**