**From:** Zhang, Li [lzhang@cee.msstate.edu]
**Sent:** Wednesday, September 14, 2022 2:12 PM
**To:** Keith, Jason [keith@bagley.msstate.edu]; V.Gopu [V.Gopu@LA.GOV]; Amir Mehrara Molan [amehrara@olemiss.edu]; Yuanyuan Zhang [Yuanyuan.Zhang@usm.edu]; Robert Whalin [robert.w.whalin@jsums.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Gammill, Teresa [TGammill@research.msstate.edu]; Zhang, Yunlong [yzhang@civil.tamu.edu]; Patrick Sherry [Patrick.Sherry@du.edu]; Shaw, David [david.shaw@msstate.edu]; Jordan, Julie [Julie.Jordan@research.msstate.edu]
**Subject:** RE: UTC and congressional delegates

Dear all,
I has been asked to shut down the call. Therefore no phone call regarding this topics.
Sorry about the initiating the call.

Li

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, September 14, 2022 1:59 PM
**To:** V.Gopu <V.Gopu@LA.GOV>; Zhang, Li <lzhang@cee.msstate.edu>; Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; Patrick Sherry <Patrick.Sherry@du.edu>; Keith, Jason

**EXHIBIT**

**32**

MSU249234

<keith@bagley.msstate.edu>
**Subject:** RE: UTC and congressional delegates

Hi, everyone. Per our VPR this proposed telephone call has been canceled.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** V Gopu <V.Gopu@LA.GOV>
**Sent:** Wednesday, September 14, 2022 1:43 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>; Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** RE: UTC and congressional delegates

Hi Li,

I attached a draft of the letter that your President can consider sending to your two U.S. senators and congressman representing the districts where the Mississippi universities in the consortium are located. The President's office can revise the letter as they see fit. I thought this would help in letting your President understand what we need.

Best wishes.

VJ

-----------------------------------
Vijaya (VJ) Gopu, Ph.D., P.E.
Associate Director, External Programs
Louisiana Transportation Research Center (LTRC)
Stuller Settings -Matthew Stuller/LEQSF Regents Professor, UL-Lafayette
Formosa Plastics Distinguished Professor Emeritus, LSU
4101 Gourrier Avenue
Baton Rouge, LA 70808
Tel: 225-767-9102
Fax: 225-767-9108
Email: v.gopu@la.gov

 

**MSU249235**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, September 14, 2022 11:22 AM
**To:** Amir Mehrara Molan <amehrara@olemiss.edu>; Yuanyuan Zhang <Yuanyuan.Zhang@usm.edu>; Robert Whalin <robert.w.whalin@jsums.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Gammill, Teresa <TGammill@research.msstate.edu>; Zhang, Yunlong <yzhang@civil.tamu.edu>; V Gopu <V.Gopu@LA.GOV>; Patrick Sherry <Patrick.Sherry@du.edu>
**Subject:** UTC and congressional delegates

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

Dr. Whalin, Dr. Zhang and Dr. Molan,

Per US DOT, there are 169 Tier I proposals submitted for 20 awards, which is historically competitive, even more competitive than NSF funding. There are a lot of background talks, at least most, if all, of university outreaching to our congressional delegates to promote their UTCs. The good news for us is there is only one Lead proposal submitted in the state of Mississippi, that is ours. That is my understanding. Please correct me, if your institute submitted one as lead institute. So it is easier for Mississippi delegates support the only one Lead proposal in their state. One university (at least one) also invited Secretary of Transportation toured their campus.

I talked to Deans Keith and Reese, and Associate VP for research Dr. Gammill, in a hope that MSU would reach out to our congressional delegation. I am reaching out to you to see if we might be able to have a short call to discuss to see if OleMiss, JSU and USM might be able to move to this direction.

Would any time be good for us to have a short call to discuss this? How about later this afternoon (4PM?) or tomorrow morning or Friday? Please let me know.

Thank you!

Li

MSU249236

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, University Transportation Research Center (2022)
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU249237