**From:** Gammill, Teresa [TGammill@research.msstate.edu]
**Sent:** Tuesday, October 25, 2022 8:37 AM
**To:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:**

Good Morning. Letter went via email to Zhang this morning. Hold on for a bumpy ride I'm afraid. His proposal will be pulled today from DOT as well.

**MSU249328**

**From:** Gammill, Teresa [TGammill@research.msstate.edu]
**Sent:** Tuesday, October 25, 2022 9:13 AM
**To:** Reeves, Kari [kari@bagley.msstate.edu]
**Subject:**

I agree with all the above. Zhang will be furious that we pulled it but even worse that we have made him look bad with the partnering IHLs.

MSU249329