**From:** Smith, Cindy [cjsmith@mdot.ms.gov]
**Sent:** Thursday, December 1, 2022 3:35 PM
**To:** Vance, Robbie [rvance@mdot.ms.gov]; Jordan, Julie [julie.jordan@msstate.edu]
**CC:** Middleton, Alex [amiddleton@mdot.ms.gov]
**Subject:** RE: MDOT Wifi project extension

Thank you!

---

**From:** Vance, Robbie <rvance@mdot.ms.gov>
**Sent:** Thursday, December 1, 2022 3:31 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>; Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** RE: MDOT Wifi project extension

I got an annual report and 1 quarterly report from him. See attached.

Robbie

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Thursday, December 1, 2022 3:27 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>; Vance, Robbie <rvance@mdot.ms.gov>
**Subject:** RE: MDOT Wifi project extension

No, this study didn't require any interim report.

Robbie, did Dr. Zhang send us any quarterly and/or annual progress reports for SS293?  If so, would you send these to Ms. Jordan?

Thanks
Cindy

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Thursday, December 1, 2022 3:25 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** Re: MDOT Wifi project extension

Cindy

Do you have any interim reports that have been submitted that you might share with me?

Julie

Julie Jordan

EXHIBIT
**34**

VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Thursday, December 1, 2022 2:18:44 PM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Middleton, Alex <amiddleton@mdot.ms.gov>
**Subject:** RE: MDOT Wifi project extension

Sounds good, thanks. You'll see another one which sums up our meeting this morning. Good luck climbing Mt. Email!

---

**From:** Jordan, Julie <julie.jordan@msstate.edu>
**Sent:** Thursday, December 1, 2022 2:18 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** Re: MDOT Wifi project extension

Cindy
Thanks. I am catching up on the emails about this. Mostly tied up today. Let me chat with Isaac and group.

Julie


Julie Jordan
VP Research and Economic Development
Julie.Jordan@research.msstate.edu
662-574-1193 (mobile)

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Thursday, December 1, 2022 9:35:56 AM
**To:** Jordan, Julie <julie.jordan@msstate.edu>
**Cc:** Middleton, Alex <amiddleton@mdot.ms.gov>
**Subject:** FW: MDOT Wifi project extension

Julie—FYI, Dr. Zhang apparently went to Dr. Jun Wang and told her he wouldn't need the extension, which leads me to believe he has no intention of producing a final deliverable. Alex and I are meeting with Consultant Services and FHWA this morning to see what our options are and I'll keep you in the loop.

Thanks
Cindy

---

**From:** Smith, Cindy
**Sent:** Tuesday, November 29, 2022 1:01 PM
**To:** Wang, Jun <jwang@cee.msstate.edu>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** RE: MDOT Wifi project extension

Will do, thanks!

---

**From:** Wang, Jun <jwang@cee.msstate.edu>
**Sent:** Tuesday, November 29, 2022 12:59 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Cc:** Middleton, Alex <amiddleton@MDOT.MS.GOV>
**Subject:** RE: MDOT Wifi project extension

Well noted. Thank you, and please let me know if any is needed from my end for MTRC.

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Tuesday, November 29, 2022 12:56 PM
**To:** Wang, Jun <jwang@cee.msstate.edu>
**Cc:** Middleton, Alex <amiddleton@mdot.ms.gov>
**Subject:** RE: MDOT Wifi project extension

Jun,

I talked with Julie Jordan of OSP at MSU last Tuesday.  I get that he will not need an extension; however, there is a problem in that we do not have even a draft final deliverable/report, which is required by FHWA since federal funds are spent.  We are talking with Consultant Services Unit tomorrow morning about how to proceed and will let you know what options we come up with.

Thanks
Cindy

---

**From:** Wang, Jun <jwang@cee.msstate.edu>
**Sent:** Tuesday, November 29, 2022 12:52 PM
**To:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Subject:** RE: MDOT Wifi project extension

Hi Cindy,

Just a quick update: I was just notified that the project below by Dr. Li Zhang will not need an extension. The final invoice has been sent to MDOT. So your end will expect to receive the signed Exhibit 8 for the other two projects (on the way already) but not this one. Thanks.

Sincerely,
Jun

---

**From:** Smith, Cindy <cjsmith@mdot.ms.gov>
**Sent:** Thursday, October 20, 2022 12:30 PM
**To:** Wang, Jun <jwang@cee.msstate.edu>
**Subject:** Re: MDOT Wifi project extension

Yes we've already talked. Since he is on sabbatical, we are extending it a year.

Sent from my iPhone

> On Oct 20, 2022, at 11:58 AM, Wang, Jun <jwang@cee.msstate.edu> wrote:

Cindy,

Please see below. Dr. Li Zhang would like to request an extension for the wifi project SS293.

Thanks.
Jun
_____
**From:** Wang, Jun
**Sent:** Thursday, October 20, 2022 11:54 AM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** RE: MDOT Wifi project extension

Li,

Let me check with Ms. Cindy first. If an extension is approved by MDOT, MDOT and I will help with the paperwork.

Thanks.
Jun

_____
**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Thursday, October 20, 2022 10:58 AM
**To:** Wang, Jun <jwang@cee.msstate.edu>
**Subject:** MDOT Wifi project extension

Jun,
Would you let me know what paperwork is needed from me to December 2024? I want
to do it once and for all.

Thanks

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor of Transportation Engineering
Director, Center for Preserving Equitable Accessible Transportation Systems
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/