

**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Dr. David Shaw
Provost and Executive Vice President
Office of the Provost and Executive Vice President
Mississippi State University
3501 Lee Hall
Box BQ
Mississippi State, MS 39762

June 19, 2025

Dr. Robert K. Grala
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762

RE: Hearing requested by Dr. Li Zhang

Dr. Shaw,

The University Committee on Promotion and Tenure (P&T) conducted the hearing requested by Dr. Li Zhang, who received the Notice of Termination of Employment as stipulated in the University Policy HRM 60.113. The notice was based on Dr. Zhang's failure to teach in accordance with the University's standards since 2021, unsatisfactory research performance, and involvement in conduct deemed contumacious. The hearing schedule was coordinated by the University General Counsel's office. The hearing panel was established based on the availability of committee members and constituted the majority of the committee membership. Each panel member reviewed materials provided by Dr. Zhang and the University. The hearing took place from June 3 to 5, 2025. Dr. Zhang presented on his behalf and had an attorney as an advisor. The University was represented by Dr. Tabor Mullen, who was accompanied by an attorney as an advisor.

Dr. Zhang called two witnesses:

- Dr. Vijaya (VJ) K.A. Gopu, Professor, Department of Civil Engineering, University of Louisiana at Lafayette, and Associate Director of Louisiana Transportation Research Center.
- Dr. Dennis Truax, former department head of the Department of Civil and Environmental Engineering, Mississippi State University.



**EXHIBIT**

**35**



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

The University called five witnesses:

- Dr. Robert A. Green, Associate Dean of Academics, James Worth Bagley College of Engineering, Mississippi State University.
- Dr. Isaac L. Howard, Professor, James T. White Endowed Chair, and Director, Richard A. Rula School of Civil and Environmental Engineering, Mississippi State University.
- Dr. Julia Morrison, Sr. Human Resources Business Partner in Human Resource Management, Mississippi State University.
- Dr. Julie Jordan, Vice President for Research and Economic Development, Office of Research and Economic Development, Mississippi State University.
- Dr. David Shaw, Provost and Executive Vice President, Office of the Provost and Executive Vice President, Mississippi State University.

The hearing panel called one witness:

- Dr. Patrick Sherry, Professor and Director, National Center for Intermodal Transportation, University of Denver.

The hearing panel took a short recess after Dr. Zhang and each witness testified to summarize findings and prepare questions. The panel also met at the end of each hearing day to summarize the findings. The hearing panel reviewed exhibits provided by Dr. Zhang and the University, as well as the testimonies of Dr. Zhang, the witnesses, and additional documents requested by the hearing panel. Subsequently, the hearing panel held online meetings on June 5, 8, 12, and 16, 2025, to discuss the documents and exhibits provided by both parties, as well as the testimonies and documents requested by the hearing panel.

**While the committee has not reached an agreement on each of the particular reasons for termination, it finds, by a majority vote, that the University had cause to terminate Dr. Zhang due to conduct.** Four panel members voted in favor of this recommendation, three voted against, and none abstained. The hearing panel has identified several irregularities related to Dr. Zhang's annual evaluations for the years 2021 and 2022; however, the panel did not evaluate Dr. Zhang's performance during that period. Thus, the **panel recommends** establishing the other faculty panel, as stipulated in University Policy HRM 60.113, consisting of faculty with experience in Dr. Zhang's academic area and/or closely related fields, to determine if the rankings for teaching and research in 2021 and 2022 correspond with Dr. Zhang's performance during those years.

The committee has reached agreement on the following points of note:

- The hearing panel would like to acknowledge that Dr. Zhang faced personal and family hardships as his son was born with a disability. Subsequently, Dr. Zhang's family had to move to Brandon, Mississippi, so his son could receive the necessary medical care. Dr.



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Zhang was separated from his family and had to commute to Brandon to visit them periodically. This likely resulted in physical and emotional hardships for Dr. Zhang and his family.

- Dr. Zhang failed to follow direct instructions from the department head and college dean to remove the traffic count field assignment from the CE 4143 (Traffic Engineering) course he taught in the spring semester of 2022. The instruction to remove the traffic count assignment was based on concerns about student safety; it was vetted and approved by Dr. Shaw, the Provost and Vice President, who is the chief academic officer at Mississippi State University. The project description provided by the University (MSU054309-054316) indicated the deployment of detectors at major intersections and the collection of traffic and pedestrian counts at minor intersections. Dr. Zhang had numerous opportunities to develop alternative approaches to implementing the traffic count assignment that would satisfy the university's concerns regarding student safety. Dr. Zhang's concerns about a breach of academic freedom and assertions that such traffic counts are a standard textbook homework assignment should have been addressed through proper administrative and academic channels. This willful disregard of instructions from supervisors was a clear case of contumacious conduct.

- The panel believes that the student email received by Dr. Howard on April 5, 2022, was a clear example of highly unprofessional conduct by Dr. Zhang (University Exhibit 18). The student reported that Dr. Zhang confronted and threatened his students regarding their complaints about the traffic count assignment. He implied that some of the students probably had wealthy parents, but they should be aware that bribing the department with money could lead to jail time. Once again, any grievance regarding the traffic count assignment should be resolved through the administrative channels.

- On December 18, 2021, Dr. Zhang sent an email to students regarding the grade change, implying that the grades were changed by Drs. Howard and Keith. Dr. Zhang also raised other aspects related to this course. The hearing panel believes that the email to students was inappropriate and unprofessional, and that this issue should be resolved through the appropriate administrative channels. Despite repeated requests, Dr. Zhang did not provide all final exam materials so the exam could be conducted and graded on his behalf to accommodate his surgery. He provided the initial exam version before the exam date, but also informed the department that he would simplify it. The simplified final exam version was emailed in the morning on the day of the final exam. There was also no communication between Dr. Zhang and the department regarding the calculation of the final grades. While Dr. Zhang was on medical leave, he had time to prepare the required final exam materials in advance and inform his administration how to proceed with final grades.



DEPARTMENT OF FORESTRY
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

- Dr. Zhang requested clarification and was informed that the Federal Aviation Administration (FAA) contract had specified that materials from a completed project (A22) should not be discussed or used in a subsequent project (A36). Moreover, Dr. Zhang was notified on numerous occasions by the FAA Indefinite Delivery/Indefinite Quality (IDIQ) contract officials that work completed under the contract was not to be discussed after the project ended. However, Dr. Zhang did not follow these instructions and continued to discuss this work during the A36 meetings. Subsequently, he was removed from the project, and the remaining funds were allocated to other FAA work. The hearing panel's opinion is that this behavior constitutes disregard for the PI's and the funding agency's instructions and contractual obligations.

- Zhang was officially reprimanded by Dr. Jordan, Vice President for ORED, for refusing a direct order not to seek support from the Mississippi Congressional Delegation for the Department of Transportation's University Transportation Center (UTC) proposal (University Exhibit 27). He was informed before the reprimand that only the leadership of Mississippi State University had the authority to take such action per the university's practice. However, documents provided by both parties do not indicate that Dr. Zhang sought such support or instructed his Co-PIs to seek it after Dr. Jordan's email notification to stand down on this effort was sent to him on September 14, 2022, at 1:26 p.m. The only documented activity related to seeking support from the Mississippi Congressional Delegation by the Co-PI from Mississippi's university was email communication (October 13, 2022) between the Co-PI from the University of Southern Mississippi (USM) and Dr. Kelly Lucas, USM's Vice President for Research, where the Co-PI requested a support letter from the Mississippi Congressional Delegation (MSU203440).

- Dr. Zhang received a reprimand from the MSU's ORED Vice President, and this reprimand was factored into the evaluation of his research performance for that year, per his department head's testimony. However, in the hearing panel's opinion, the reprimand for not following direct instructions was not related to Dr. Zhang's research productivity.

- Dr. Zhang's annual evaluations for the years 2021 and 2022 were not conducted until the fall of 2023. Both evaluations were conducted on the same day. As a result, Dr. Zhang did not have an opportunity to implement positive adjustments to his teaching and research prior to this evaluation. Additionally, Dr. Zhang did not have teaching assignments after 2022. Moreover, Dr. Zhang was on sabbatical during the fall of 2022 and the spring of 2023 (MSU219831).

- It appears that AOP 13.24 (Annual Faculty Review Process) was not followed. Per policy, annual reviews should be completed by March 15. Dr Zhang's annual reviews for the years 2021 and 2022 were completed on the same day (performed on Oct 18, 2023)



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

and digitally signed by Dr. Zhang on November 6, 2023. Dr. Zhang provided a rebuttal to both evaluations (University Exhibits 23 and 24). Moreover, the policy stipulates that a copy of the annual evaluation signed by all parties should be returned to the faculty. Dr. Zhang reported that he had never received a copy of the annual evaluations (for years 2021 and 2022) signed by his department head and dean. Per request, the hearing panel received copies of 2021 and 2022 annual evaluations signed by the department head; however, copies of 2021 and 2022 annual evaluations signed by the dean could not be located. There was, however, email communication indicating that they were potentially sent to MSU's Human Resources Management. The summary requested by the hearing panel and provided by the University indicated that, among all Civil and Environmental Engineering faculty, Dr. Zhang's annual review for the year 2021 was the only one that remained unsigned by all parties, whereas for the year 2022, it was one of the two unsigned reviews.

- Several weeks prior to Dr. Zhang's annual review for the years 2021 and 2022 (performed on Oct 18, 2023), Dr. Howard consulted with Dr. Keith on how to evaluate Dr. Zhang's performance. This appears to undermine the independence of the annual review and the subsequent dean's review when the annual review was challenged by Dr. Zhang.

- Dr. Howard testified that he had changed the evaluation expectations and disagreed with the higher evaluations of the previous department head. According to AOP 13.24, "Any changes in the annual review process or in the evaluation standards proposed by the department head must be provided in both hardcopy and electronic format to all department faculty. Solicitation of comments from and majority approval by the department faculty of all proposed changes must be in accordance with MSU Principles of University Governance guidelines and occur prior to January 1st of the year under review." Therefore, the changes in the evaluation standard instituted by Dr. Howard may not have followed the AOP 13.24. The annual review reports prior to 2021 indicate no significant changes in documented metrics such as student evaluations or research productivity in the years 2021 and 2022. However, there was a significant shift in the department head's assessment of Dr. Zhang's performance following the change of the department head.

- Dr. Zhang's course evaluations for CE 4143 01 (Traffic Engineering), instructed in the spring of 2022, were relatively low (28 responses out of a possible 38; University Exhibit 17). While there were some positive comments, most comments were negative or suggested numerous instructional changes. Course evaluations for CE 8113 501 (Traffic Flow Theory) in the spring of 2022 received relatively high evaluation scores, but there was only one response out of a possible two. However, course evaluations for CE 3113 01 (Transportation Engineering), instructed in the fall of 2021, were relatively higher than those for CE 4413 01 in spring of 2022 (University Exhibit 13). While there were negative comments and suggestions for improvement, there were also positive comments.



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

Course ratings for CE 4413 01 in the fall of 2021 were higher than those in the spring of 2022; however, they were relatively low.

- University Exhibits 8 and 14 illustrate various verbal and email negative comments about Dr. Zhang's course instructions. However, Dr. Zhang indicated those were not conveyed to him in either form. This prevented him from implementing instruction improvement and addressing student concerns.

- Dr. Zhang's conduct during the visit by the Accreditation Board for Engineering and Technology, Inc. (ABET) program evaluator (PEV) was inappropriate. The PEV requested a schedule change by aggregating the pre-scheduled 20-minute meetings with individual faculty into one 30-minute group meeting with all faculty. In his email to Ms. Laura Dunn, Dr. Zhang indicated it was not enough time to evaluate the program and requested reverting to the original schedule (University Exhibit 34). He subsequently sent an email to Drs. Keith and Howard and requested a 30-minute meeting with the ABET PEV. He also suggested individual 30-minute meetings for each faculty member. Dr. Keith indicated that the PEV had requested a specific meeting schedule and that they needed to accommodate that request. Dr. Keith also responded, "I am sorry we cannot do this" (University Exhibit 34). Dr. Zhang was the only faculty member who met with ABET PEV individually. Then, Dr. Zhang informed Drs. Howard and Keith via email that the departmental staff member had asked him to meet with the ABET PEV, and he did so. Subsequently, Dr. Howard sent an email to Dr. Keith and other university administrators, informing them that Dr. Zhang's email was misleading. He explained that it was Dr. Zhang who approached ABET PEV with a request for additional time, despite being asked not to do so. The ABET PEV informed Dr. Howard about this request, which contradicted Dr. Zhang's statement that he had been asked to meet with the ABET PEV by a departmental staff member.

The University Committee on P&T appreciates the opportunity to provide feedback on this case. Please let us know if the committee can be of further assistance.

On behalf of the hearing panel,
Sincerely,


Robert K. Grala
Chair, University Committee on Promotion and Tenure
George L. Switzer Professor of Forestry, Department of Forestry, College of Forest Resources

College of Forest Resources ■ Forest and Wildlife Research Center ■ MSU Extension Service



**DEPARTMENT OF FORESTRY**
P. O. Box 9681
Mississippi State, MS 39762
P. 662.325.2949
cfr.msstate.edu

**Hearing Panel Member:**          **Signature:**

Ms. Kelli Anthony
Instructor II
Department of Communication
College of Arts and Sciences

Dr. Melody Dale
Associate Professor
Mississippi State University Libraries

Dr. Dipangkar Dutta
Professor
Department of Physics and Astronomy
College of Arts and Sciences

Dr. Santanu Kundu
Professor and Southern Ionics Chair
Dave C. Swalm School of Chemical Engineering
James Worth Bagley College of Engineering

Dr. Shien Lu
Professor
Department of Agricultural Science and Plant Protection
College of Agriculture and Life Sciences

Dr. Robert Moore
Professor and Hunter Henry Fellow
Department of Marketing Quantitative Analysis, and
Business Law
College of Business

*Ms. Kelli Anthony authorized Robert Grala via email to sign the letter electronically on her behalf.