**MISSISSIPPI STATE UNIVERSITY**

**ANNUAL FACULTY REVIEW**
(Format and Instruction, revised for Engineering 12/2011)

For the Period January 01, 2022 to December 31, 2022

Name:  Zhang, Li                                    Title and Rank:   Professor

Department / Unit:  Civil and Environmental    School / College / Division:  College of Engineering
                    Eng

The annual review will consist of a combination of the assessment of how well the faculty member met the annual goals for the review period and an assessment of the overall accomplishments of the faculty member. The faculty member must first complete Item I, Parts A-D and Item II, Goals and Objectives. The supervisor must then complete Item III, Parts A-D and Item IV, Parts 1-2. Copies of the Review are to be filed in the office of the head/supervisor and the dean or director.   Item IV, Overall Assessments, must be reported to the appropriate Vice President.   The confidentiality of these papers must be maintained by all parties involved.   (See *Faculty Handbook*)

## I.   SUMMARY OF ACTIVITIES

(To be prepared by faculty member)

**A.   Teaching (see Faculty Handbook)**

| Semester/Year | Course Number | Credit Hrs | Enrollment | SCH |
|---|---|---|---|---|
| **On Campus** | | | | |
| **Fall 2022** | CE 9000 – 511 | 2.67 | 3 | 8 |
| **Spring 2022[1]** | CE 9000 – 511 | 1 | 2 | 2 |
| | CE 8133 – 501 | 3 | 2 | 6 |

1. Evidence of quality of instruction (check items submitted)

    The faculty member is expected to provide material describing his/her teaching activities and documentation supporting effectiveness.   This material could include any of the following, or any other items deemed appropriate (check those included):
    student evaluations ____, measures of student success ____, peer reviews ____, department head review _____, recognition of outstanding teaching _____, developmental activities _____, self-evaluation of each course taught ____, instructional materials used:   course outlines _2____, test materials   4____, other ____.

2. Academic Advisement

    Master's students:   major professor 2; minor professor 1 comm. Chair 2; comm. member 1
    Specialist students:   major professor 0; minor professor 0; comm. chair 0; comm. member 0
    Doctoral students:   major professor 3; minor professor 0; comm. chair ; comm. member 2
    Other:

3. Courses initiated / innovations instituted / other teaching contributions
    (include new courses initiated, special lectures in other courses, generation of teaching aids, activities

---

[1]  I taught CE 4143 classes for Spring 2022, the class roster on 2/22/2022 was 39 students. MSU digital measure does not display the class on my account.

2022 Annual Faculty Evaluation                                    Page   1

<div style="border:1px solid black;text-align:center;">

**EXHIBIT**

**36**

</div>

**MSU219828**

supportive of teaching, student achievements, other)
>Spend time in making sure software and hardware working and support students' uses of them in CE 4143 class computer and transportation labs were moved from Walker to Rula.

4. <u>Other</u> (including professional development and international activities)

MSU219829

B. **Research / creative activities** (See *Faculty Handbook*)

1. Publications, performances or creative activities (note stage of development):
   (For books, indicate date of publication and publisher; for articles, indicate refereed journals; for art shows, indicate judged competition; for musical shows, attach copies of programs; for reports, indicate those done for in-house use.)

   (Note: Include information from the Bagley College of Engineering Publication Database for this section.)

   Submitted.

   Amin Aghalarietc, Zhang, Li, Jun Wag, etc. 2022 "Multimodal Delivery Optimization with Unmanned Aerial and Electronic Automated Vehicles". TRBAM-23-02658. (Submitted for journal publication and TRB conference Accepted for a poster session.

   Li Zhang, etc. Performance Measures of Traffic Signal Control Systems. Report number. MS-DOT-RD-17-283. Submitted to Mississippi Department of Transportation.

2. Professional papers read; indicate whether invited, refereed, or volunteered.   Cite organization, date, and title:

   Li Zhang, "Traffic Signal Performance, travel time, and. Reliability." 2022 Winter Meeting, Deep south ITE. February 10, 2022. https://www.deepsouthite.org/2022-winter-meeting/#!event-register/2022/2/17/2022-winter-meeting

3. Grants for research or study; submitted or awarded (cite source, title of project, role [PI, etc.], $ amount, dates):

| CONTINUING | 3 | | INITIATED | 1 | COMPLETED | 2 |
|---|---|---|---|---|---|---|

**Continuing**

| Source | Amount | Initiated | Completed | Title/Role |
|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) |
| FAA ASSURE, Center of Excellence | $300,000* | 2019 | 2022 | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI |
| Mississippi Department of Transportation | $201,964 | 2018 | 2023 | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward |
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) |
| FAA ASSURE, Center of Excellence | $300,000* | 2019 | 2022 | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI |
| Mississippi Department of Transportation | $201,964 | 2018 | 2023 | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward |

   Submitted
   USDOT, UTC Tier I Grant, "Center of Preserving Equitable Accessible Transportation Systems', PI and Director,100% proposal credit, $10,000,000, submitted on 8/27/2022

4. Intellectual property developed (patents, copyrights, licenses):

5. Other (including professional development and international activities):

**MSU219830**

C. **Service** (See *Faculty Handbook*)

1. Public service, as lectures, short courses, workshops (dates, organizations and places):
   (Off campus/on campus/extension projects)

2. Professional association service (offices held, journals edited, etc.):
   (Indicate only associations in which you performed tasks)
   - *Editorial Board,* Journal of Traffic and Transportation Engineering.

3. University service (committees, administrative accomplishments, etc.):
- Unofficial mental for two assistant professors on research
4. School/departmental service/committees, etc.:
   - College Promotion Committee
   - Dean's computer specification committee

5. Other (including professional development and international activities):
   - Volunteer service to FHWA's Opensource software project:   ETFOMM and SSAM
   - Advised twos students about their writing about Starkville Transportation Issues

D. **Relevant activities and accomplishments not reported elsewhere (Cite title, organization, and brief description)**

1. Awards and distinctions:

2. Memberships in learned and professional societies
   - ITE, Fellow
   - ASCE, Fellow
   - IEEE, Member

3. Consulting activities:
Sabbatical leave at New Global Systems (8/16/2022-5/15-2023)

4. Other:
Adjunct Professor at Washington State University

MSU219831

## II. GOALS AND OBJECTIVES

(To be prepared by faculty member)

Please list specific goals and objectives including areas in which improvement will be sought in the next calendar year. These will be evaluated in the next review cycle.

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities and expectations.

Objectives set in 2023 (Sabbatical leave Fall 2022 and Spring 2023)
- Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student
- Submit one quality journal article
- Apply for external funding
- Continue teaching with a focus on improving teaching evaluations (Summer 2023 and Fall 2023).
- Prepare Traffic Safety course materials
- Mentor other faculty members in applying for external funding

**Agreement:**

_____
Faculty Member

_____
Head / Supervisor

MSU219832

### III. EVALUATION BY HEAD/SUPERVISOR, DEAN OR DIRECTOR

(To be prepared by faculty member)

The annual performance review is based upon the agreement concerning goals and objectives, responsibilities, expectations, and achievements of the faculty.   A faculty member would normally be expected to have an assignment in teaching, research and service.   Indicate assignments below:

**A.** <u>**Assignment:**</u>   Teaching: <u>40%</u>; Research: <u>40%</u>; Service: <u>20%</u> = 100%.
(for review period, see p. 1)

Note that this review period is primarily January 1 to August 15 as Sabbatical leave began August 16.

**B.** <u>**Goals and Objectives:**</u> Narrative assessment of how the faculty member performed in achieving the previous year's goals and objectives. State whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below. (Attach listing of goals from the previous year's review.)

Note that effectively all of these goals are repeated from the prior year.

- Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student

   Table 1 in the following section does not show an increase of a PhD student; Dr. Zhang reported graduating an MS student in Computer Engineering (Ankith Thodupunoori 902289738 – Computational Engineering). As worded, this objective would need improvement, though realistically adding another PhD student may or may not be in Dr. Zhang or the school's best interest at this time.

- Submit two quality journal articles

   This goal was not satisfactorily met as Dr. Zhang only submitted one journal article.

- Apply for external funding and perform significant research on existing projects

   Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Rather, Table 1 shows a very sharp decline in external funding and no new projects added in 2022. Table 1 suggests the funding used in 2022 was extensions of existing projects. External funding was applied for by way of a University Transportation Center (UTC), but as noted in a reprimand letter appended to this review, there were some less than optimal activities associated with this UTC proposal. As worded, this goal was satisfactorily met, though research as a whole was unsatisfactory for the year.

- Continue teaching with a focus on improving teaching evaluations (Spring 2022).

   This goal was not met; unsatisfactory. Dr. Zhang was removed from the classroom for a second semester in a row as discussed in the following section.

- Prepare Traffic Safety course materials

   This annual review does not provide evidence of these course materials, but there is no reason to doubt this activity was performed to a satisfactory level.

- Mentor other faculty members in applying for external funding

   This annual review does not provide evidence of these mentoring activities.

**MSU219833**

**C.** **Accomplishments:** Narrative assessment of how the faculty member performed in achieving the previous year's accomplishments. Rate the performance of the faculty member in each category listed and state whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below.

| | | | |
|---|---|---|---|
| (I) | a. | Teaching (Undergraduate): | Unsatisfactory |
| | b. | Teaching (Graduate): | Satisfactory |
| | c. | Advising: | Satisfactory |
| (II) | | Research/creative activities: | Unsatisfactory |
| (III) | | Service (on campus/off campus): | Satisfactory |

**D.** **Progress:** If the faculty member is an assistant or associate professor, there must be a statement about his or her progress toward tenure and/or promotion.

*Unsatisfactory***:** Quality and quantity of work totally unsatisfactory. Immediate corrective action is imperative.

*Needs Improvement***:** Work is unsatisfactory in quantity and quality. Individual is not performing at an adequate level. Corrective action required.

*Satisfactory***:** Individual performing at "satisfactory" level. Tasks and goals are being accomplished in a timely and competent manner.

*Excellent***:** Quality and quantity of work consistently meritorious; goals regularly exceeded, highly productive; individual recognized beyond the unit.

*Superior***:** Preeminent distinction resulting from consistent outstanding meritorious accomplishments.

*N/A***:** Not Applicable

Dr. Zhang was promoted to Professor in 2021.

2022 Annual Faculty Evaluation                                                                                     Page   7

MSU219834

### IV. OVERALL ASSESSMENT OF PAST PERFORMANCE/ GOALS/OBJECTIVES/RESPONSIBILITIES/EXPECTATIONS

(See *Faculty Handbook*)

1.  **Overall Rating by Head/Supervisor, Dean or Director:** Rate the overall performance and achievement of the faculty member as Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard listed in Item III.

    Unsatisfactory

2.  **Written Comments by Head/Supervisor, Dean or Director**
    To be completed following the annual review meeting with the faculty member, but made available to the faculty member for review before signing by both parties. (Include specific strengths, needs for improvement, responsibilities, and expectations for next year. Summary of progress toward tenure and/or promotion, if applicable, will also be indicated here.)

    Note these comments consider that Dr. Zhang was on sabbatical from August 16 to December 31 and that he did not charge any time to research in the fall of 2022.

    Table 1 summarizes Dr. Zhang's metrics as documented in his 2020 to 2022 annual reviews. Also provided by the CEE Director are Attachments 1 to 3. In addition, Dr. Zhang provided one page of student evaluation content. Attachment 1 contains Dr. Zhang's CE 4143 teaching evaluations and Attachment 2 is an email dialogue describing Dr. Zhang being removed from CE 4143 in the spring of 2022. This was the second consecutive semester that Dr. Zhang had to be administratively removed from an undergraduate class, largely for the education and best interests of our students.

    Dr. Zhang's collegiality did not improve between 2021 and 2022, and activities that can be harmful to students did not reduce. Student experiences in CE 4143 were likely worse than CE 3113 (taught in the fall of 2021) as evidenced by very large numbers of student complaints and interactions between Dr. Zhang and university administrators. Dr. Zhang's performance in CE 4143 was a major factor in an unsatisfactory rating for this calendar year. Dr. Zhang was instructed verbally and in emails by the Interim School Director, Dr. Isaac Howard, by Provost & Executive Vice President Dr. David Shaw, and by the BCoE Dean Dr. Jason Keith, that he could not require students in CE 4143 to perform experiments for the course project. It took multiple attempts to tell Dr. Zhang that the course is 3 hours lecture (this is where students receive structured units of information and accompanying material through direct contact with the instructor; typically considered the traditional classroom). Failure to follow such guidance from the supervisory chain of command places the university in jeopardy of violation of accreditation. Your failure to follow these instructions is unacceptable. Additionally, Dr. Zhang made unprofessional comments to students in CE 4143. Students reported that Dr. Zhang said, "he knew some of us probably had rich parents and we should be aware that bribing the department with money to make these changes could lead to jail time. He mentioned it had happened in the past." It was verified by university administrators with several students that this, or words to that effect, were made in class on Monday, April 4, 2022. Your comments are unprofessional and unacceptable.

    Actions documented in the previous paragraph are in violation of HRM Policy 60-401, as follows:
    1.  Poor performance of duties, including failure to follow instructions, failure to maintain established standards of work or productivity, or any other unsatisfactory performance
    7.  Workplace bullying – repeated mistreatment in the workplace; abusive conduct that is threatening, humiliating, or intimidating, work sabotage, or verbal abuse.
    9.  Insubordination, including refusal to accept instructions from supervisors, police officers, civil defense personnel, or other proper authorities.

2022 Annual Faculty Evaluation                                                                            Page   8

**MSU219835**

Table 1 shows, in general, declining research productivity and scholarly output over time. Table 1 also shows very few student credit hours (SCHs) delivered effectively during the year since of the 133 SCHs Dr. Zhang was originally responsible for, 117 of them were CE 4143. For reference, in the spring of 2022, CE 8133 only had two students enrolled, but this was allowed to be taught in an under enrolled state to support two of Dr. Zhang's graduate students.

The university administration allowed Dr. Zhang to be the lead in a proposal to the USDOT for a Tier 1 Grant as noted on page 3 of this annual review. Overall, this was a very unorganized proposal. Dr. Zhang even submitted hour wage style time cards to attempt to be paid during part of this time. Dr. Zhang's performance in this capacity played a major role in his receiving a reprimand from the Office of Research and Economic Development as shown in Attachment 3 of this review. Dr. Zhang's performance relative to this proposal was a major factor in an unsatisfactory rating for this calendar year. This is a primary rationale behind an unsatisfactory rating in research/creative activities.

It is my sincere hope that sabbatical leave allows re-focusing and refreshing to a level that Dr. Zhang can be a collegial and effective member of the CEE School, that his classroom performance can make major improvements, and that his research operations can align with university expectations and requirements.

MSU219836

**Table 1. Summary Information From Annual Reviews**

| Annual Review Year | 2020 | 2021 | 2022 |
|---|---|---|---|
| Total SCH | 96 | 328 | 133 |
| Undergraduate SCH | 75 | 297[c] | 117[d] |
| Graduate SCH | 12 | 6 | 10 |
| Thesis/Dissertation SCH | 9 | 25 | 6 |
| MP – Master's Students Advised | 2 | 2 | 2 |
| MP – Doctoral Students Advised | 2 | 3 | 3 |
| Journal Publications | 2 | 1 | 0 |
| Other Referenceable Documents | 0 | 1[a] | 0 |
| Total Yearly Adjusted Funding Responsible | $360,985 | $317,156 | $69,560 |
| Grant 1 Total Funding (Non-Matching) | $1,200,000 | $1,200,000 | --- |
| Grant 1 Years | 3 | 3 | --- |
| Grant 1 Role | CO-PI (50%) | CO-PI (50%) | --- |
| Grant 1 Yearly Adjusted Funding Responsible | $200,000 | $200,000 | --- |
| Grant 2 Total Funding (Non-Matching) | $150,000 | $150,000 | $150,000 |
| Grant 2 Years | 3 | 4 | 4 |
| Grant 2 Role | CO-PI (50% Est) | CO-PI (50% Est) | CO-PI (50% Est) |
| Grant 2 Yearly Adjusted Funding Responsible | $25,000 | $18,750 | $18,750 |
| Grant 3 Total Funding (Non-Matching) | $100,000 | --- | --- |
| Grant 3 Years | 3 | --- | --- |
| Grant 3 Role | CO-PI (56%) | --- | --- |
| Grant 3 Yearly Adjusted Funding Responsible | $18,667 | --- | --- |
| Grant 4 Total Funding (Non-Matching) | $149,992 | $149,992 | --- |
| Grant 4 Years | 3 | 4 | --- |
| Grant 4 Role | PI | PI | --- |
| Grant 4 Yearly Adjusted Funding Responsible | $49,997 | $37,498 | --- |
| Grant 5 Total Funding (Non-Matching) | $201,964 | $201,964 | $201,964 |
| Grant 5 Years | 3 | 4 | 5 |
| Grant 5 Role | PI | PI | PI |
| Grant 5 Yearly Adjusted Funding Responsible | $67,321 | $50,491 | $40,393 |
| Grant 6 Total Funding (Non-Matching)[b] | --- | $312,500 | $312,500 |
| Grant 6 Years | --- | 12 | 12 |
| Grant 6 Role | --- | CO-PI (40%) | CO-PI (40%) |
| Grant 6 Yearly Adjusted Funding Responsible | --- | $10,417 | $10,417 |

SCH = student credit hours     MP = major professor     Est = estimated

Only publications/referenceable documents completed in a given year are shown

a: Paper TRBAM-21-02016 was not located in TRB's TRID database

b: This grant shows a duration from 2011 to 2022, but was not on 2020 annual review

c: Of these 297 SCH, 207 were from CE 3113 (fall 2021)

d: These 117 SCH are for CE 4143 (spring 2022)

MSU219837

**MISSISSIPPI STATE UNIVERSITY**

**ANNUAL FACULTY REVIEW**
(Format and Instruction, revised for Engineering 12/2011)

For the Period January 01, 2021 to December 31, 2021

Name:  Zhang, Li                                Title and Rank:  Associate Professor to Aug 15, Professor post Aug 15

Department / Unit:  Civil and Environmental  School / College / Division:  College of Engineering
                    Eng

The annual review will consist of a combination of the assessment of how well the faculty member met the annual goals for the review period and an assessment of the overall accomplishments of the faculty member. The faculty member must first complete Item I, Parts A-D and Item II, Goals and Objectives. The supervisor must then complete Item III, Parts A-D and Item IV, Parts 1-2. Copies of the Review are to be filed in the office of the head/supervisor and the dean or director.   Item IV, Overall Assessments, must be reported to the appropriate Vice President.   The confidentiality of these papers must be maintained by all parties involved.   (See *Faculty Handbook*)

## I.   SUMMARY OF ACTIVITIES

(To be prepared by faculty member)

### A.   Teaching (see Faculty Handbook)

| Semester/Year | Course Number | Credit Hrs | Enrollment | SCH |
|---|---|---|---|---|
| **On Campus** | | | | |
| **Fall 2021** | CE 4133 – 01 | 3 | 9 | 27 |
| | CE 9000 – 11 | 1 | 1 | 1 |
| | CE 9000 – 511 | 3.5 | 2 | 7 |
| | CME 8000 – 03 | 3 | 1 | 3 |
| | CE 3113 – 01 | 3 | 69 | 207 |
| **Spring 2021** | CE 7000 – 504 | 3 | 1 | 3 |
| | CE 9000 – 12 | 1 | 1 | 1 |
| | CE 9000 – 511 | 1 | 1 | 1 |
| | CME 8000 – 02 | 6 | 1 | 6 |
| | CE 4143 – 01 | 3 | 21 | 63 |
| | CE 6143 – 01 | 3 | 1 | 3 |
| **Summer 2021** | CME 8000 – 101 | 6 | 1 | 6 |

1.   Evidence of quality of instruction (check items submitted)

The faculty member is expected to provide material describing his/her teaching activities and documentation supporting effectiveness.   This material could include any of the following, or any other items deemed appropriate (check those included):
student evaluations  3, measures of student success 0, peer reviews _0, department head review _0, recognition of outstanding teaching _0, developmental activities _0, self-evaluation of each course taught _0, instructional materials used:   course outlines _1, test materials  6, other 0____.

2.   Academic Advisement

**MSU219765**

Master's students:   major professor <u>2</u>; minor professor <u>0</u>; comm. chair <u>2</u>; comm. member <u>0</u>
Specialist students:   major professor <u>0</u>; minor professor <u>0</u>; comm. chair <u>0</u>; comm. member <u>0</u>
Doctoral students:   major professor <u>3</u>; minor professor 2; comm. chair 3; comm. member <u>0</u>
Other:

3.  <u>Courses initiated / innovations instituted / other teaching contributions</u>
    (include new courses initiated, special lectures in other courses, generation of teaching aids, activities
    supportive of teaching, student achievements, other)
    - Completely Redesign CE 3113 Course Notes
    - Completely Redesign Three Tests to align with FE Format for CE 3113
    - Create Two Test Help Videos for CE 3113

4.  <u>Other</u> (including professional development and international activities)

**B.  <u>Research / creative activities</u> (See *Faculty Handbook*)**

1.  Publications, performances or creative activities (note stage of development):
    (For books, indicate date of publication and publisher; for articles, indicate refereed journals; for art
    shows, indicate judged competition; for musical shows, attach copies of programs; for reports, indicate
    those done for in-house use.)

    (Note: Include information from the Bagley College of Engineering Publication Database for this
    section.)

*Published:*

>   Yazdekhasti, A., Wang, J., Zhang, L., Ma, J. (2021). A Multi-Period Multi-Modal Stochastic
>   Supply Chain Model under COVID Pandemic: A Poultry Industry Case Study in Mississippi.
>   *Transportation Research Part E: Logistics and Transportation Review*, 102463.

>   Zhang, Li, Amin Aghalarietc, Jun Wag, etc. 2021 "Modeling and Designing the
>   Highway-in-the-Sky Network". TRBAM-21-02016. (Submitted for journal publication and
>   conference in August 2020 and Published in January 2021). Accepted for a poster session.

*Submitted:*

>   Zhang, Li, L. Zhang, Park, B., Taylor, R. Distributed Traffic Signal Timing Optimization at
>   Connected Vehicles Corridors. Submitted to *IEEE Transactions on Intelligent Transportation
>   Systems* for publications. Study in Mississippi. Summited on Jun 27, 2021

*Submitted (Report will not be published to public per contract with FAA):*

>   Tom Brooks, Jun Wang, Li Zhang. eCommerce, emerging UAS network and implications on NAS
>   integration: Interim task report III. Report Submitted to FAA/ASSURE. September 10, 2021.
>   (Contributed about 128 pages out of 230 pages)

2.  Professional papers read; indicate whether invited, refereed, or volunteered.   Cite organization, date,
    and title:

**MSU219766**

3. Grants for research or study; submitted or awarded (cite source, title of project, role [PI, etc.], $ amount, dates):

| CONTINUING | 3 | | INITIATED | | COMPLETED | 2 |

| | | | | | |
|---|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | $625,000* | 2011 | 2022 | Urban Air Mobility, CO-PI, 40% proposal credit (highest) | |
| FAA ASSURE, Center of Excellence | $1,200,000 | 2019 | 2021 | eCommerce, Emerging UAS Network and Implications on NAS Integration, CO-PI, 50% funding responsibilities | |
| FAA ASSURE, Center of Excellence | $300,000* | 2019 | 2022 | UAS Safety Case Development, Process Improvement, and Data Collection, CO-PI | |
| Mississippi Department of Transportation | $149,992 | 2018 | 2021 | Performance Measures for Traffic Signal Systems, PI | |
| Mississippi Department of Transportation | $201,964 | 2018 | 2019 | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, PI in Fall 2019 and afterward | |
| | | 2019 | 2021 | PI, 100% responsibilities | |

\* 50% matching included

4. Intellectual property developed (patents, copyrights, licenses):
Initial talked to Office of Technology Transfer about UAS and Connected Vehicle-related IPs

5. Other (including professional development and international activities):

## C. **Service** (See *Faculty Handbook*)

1. Public service, as lectures, short courses, workshops (dates, organizations and places):
(Off campus/on campus/extension projects)

2. Professional association service (offices held, journals edited, etc.):
(Indicate only associations in which you performed tasks)
- *Editorial Board,* Journal of Traffic and Transportation Engineering.

3. University service (committees, administrative accomplishments, etc.):
- Unofficial mental for two assistant professors on research
- Campus football game traffic studies (will completed before the coming session)

4. School/departmental service/committees, etc.:
- College Promotion Committee
- Dean's computer specification committee

5. Other (including professional development and international activities):
- Volunteer service to FHWA's Opensource software project:   ETFOMM and SSAM

## D. **Relevant activities and accomplishments not reported elsewhere (Cite title, organization, and brief description)**

1. Awards and distinctions:
2. Memberships in learned and professional societies
- ITE, Fellow
- ASCE, Fellow
- IEEE, Member

**MSU219767**

3. Consulting activities:
None
4. Other:

## II. GOALS AND OBJECTIVES

(To be prepared by faculty member)

Please list specific goals and objectives including areas in which improvement will be sought in the next calendar year. These will be evaluated in the next review cycle.

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities and expectations.

Objectives set in 2022 (Sabbatical leave Fall 2022 and Spring 2023)
• Work with distant students making progress to their Ph.D. dissertations, and add at least one Ph.D. student
• Submit two quality journal articles
• Apply for external funding and perform significant research on existing projects
• Continue teaching with a focus on improving teaching evaluations (Spring 2022).
• Prepare Traffic Safety course materials
• Mentor other faculty members in applying for external funding

On an annual basis, each faculty member and each head/supervisor will agree in writing to the faculty member's goals, objectives, responsibilities, and expectations.

**Agreement:**

_____
Faculty Member

_____
Head / Supervisor

MSU219768

### III. EVALUATION BY HEAD/SUPERVISOR, DEAN OR DIRECTOR

(To be prepared by faculty member)

The annual performance review is based upon the agreement concerning goals and objectives, responsibilities, expectations, and achievements of the faculty. A faculty member would normally be expected to have an assignment in teaching, research and service. Indicate assignments below:

A. **Assignment:** Teaching: <u>40%</u>; Research: <u>55%</u>; Service: <u>5%</u> = 100%.
(for review period, see p. 1)

B. **Goals and Objectives:** Narrative assessment of how the faculty member performed in achieving the previous year's goals and objectives. State whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below. (Attach listing of goals from the previous year's review.)

2021 was an extremely difficult year for CEE given a building move and COVID-19 occurred in the same year.

- Work with distant students making progress to their Ph.D. dissertations and recruit one new Ph.D. students.

  Table 1 in the following section shows an increase of one PhD student. The amount of work performed with existing students is not easily quantified, but overall this goal seems satisfactorily achieved.

- Submit at least three quality journal articles.

  Three manuscripts are shown in this annual review at a submission stage, so this goal was satisfactorily achieved.

- Add external funding and perform significant research on existing projects.

  Performing significant research on existing projects is difficult to quantify, though external funding addition is not evidenced by Table 1. Table 1 shows a slight decline in external funding and no new projects added in 2021. Although satisfactory, this may become an area needing improvement, if no external funds are awarded, based on the wording of this goal.

- Continue teaching with a focus on improving teaching evaluations.

  Teaching continued, with the number of student credit hours (SCH's) increasing from 96 to 328. Teaching quality did not improve; CE 3113 experienced numerous problems that ultimately led to Dr. Zhang being removed from this course as instructor of record. This goal was not met and is deemed unsatisfactory.

- Work on improvement of Traffic Safety course materials

  This annual review does not provide evidence of these course materials, but there is no reason to doubt this activity was performed to a satisfactory level.

- Mentor the new faculty member who will secure external funding.

  This annual review does not provide evidence of these mentoring activities.

MSU219769

**C.** **Accomplishments:** Narrative assessment of how the faculty member performed in achieving the previous year's accomplishments. Rate the performance of the faculty member in each category listed and state whether the faculty member's achievements were Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard below.

| | | | |
|---|---|---|---|
| (I) | a. | Teaching (Undergraduate): | Unsatisfactory |
| | b. | Teaching (Graduate): | Satisfactory |
| | c. | Advising: | Satisfactory |
| (II) | | Research/creative activities: | Satisfactory |
| (III) | | Service (on campus/off campus): | Satisfactory |

**D.** **Progress:** If the faculty member is an assistant or associate professor, there must be a statement about his or her progress toward tenure and/or promotion.

***Unsatisfactory*:** Quality and quantity of work totally unsatisfactory.   Immediate corrective action is imperative.

***Needs Improvement*:**   Work is unsatisfactory in quantity and quality. Individual is not performing at an adequate level.   Corrective action required.

***Satisfactory*:**   Individual performing at "satisfactory" level.   Tasks and goals are being accomplished in a timely and competent manner.

***Excellent*:**   Quality and quantity of work consistently meritorious; goals regularly exceeded, highly productive; individual recognized beyond the unit.

***Superior*:**   Preeminent distinction resulting from consistent outstanding meritorious accomplishments.

***N/A*:**   Not Applicable

Dr. Zhang was promoted to Professor during this calendar year.

2021 Annual Faculty Evaluation                                                                 Page   6

**MSU219770**

### IV.   OVERALL ASSESSMENT OF PAST PERFORMANCE/ GOALS/OBJECTIVES/RESPONSIBILITIES/EXPECTATIONS

(See *Faculty Handbook*)

1. <u>**Overall Rating by Head/Supervisor, Dean or Director:**</u> Rate the overall performance and achievement of the faculty member as Unsatisfactory, Needs Improvement, Satisfactory, Excellent, or Superior per the rating standard listed in Item III.

     Needs Improvement

2. <u>**Written Comments by Head/Supervisor, Dean or Director**</u>
   To be completed following the annual review meeting with the faculty member, <u>but made available to the faculty member for review before signing by both parties.</u>   (Include specific strengths, needs for improvement, responsibilities, and expectations for next year.   Summary of progress toward tenure and/or promotion, if applicable, will also be indicated here.)

   2021 was an extremely difficult year for CEE given a building move and COVID-19 occurred in the same year. Progress was difficult across all of CEE during 2021. Table 1 summarizes Dr. Zhang's metrics as documented in his 2020 and 2021 annual reviews. Also attached by the CEE Director are Attachments 1 to 3 related to the CE 3113 course. In addition, Dr. Zhang provided two pages of student evaluation content.

   Dr. Zhang's collegiality needs to improve in future years, and activities that can be harmful to students need to be reduced (e.g. Attachment 3). During the move from Walker to Rula Hall, the Transportation laboratory organization lagged meaningfully behind the remainder of the facility. Dr. Zhang supplied numerous complaints, but his assistance with the space did not match the amount of complaints.

   During the summer of 2021, discussions were held with Dr. Zhang about adjusting his teaching schedule and the possibility of teaching release from research grant funding. These conversations did not materialize to anything justifying the teaching schedule ultimately assigned to Dr. Zhang (CE 3113 – 79 students at the time of assignment and CE 4133/6133 – 14 students) to be altered. On August 6, 2021, this teaching assignment was said in an email from Dr. Zhang to Dr. Shaw to be discriminatory. Over the course of the semester, Dr. Zhang, on multiple occasions, did not want to make his own arrangements when he needed to miss class. By the later part of November, this course became much more challenging. Dr. Zhang needed surgery and a very challenging set of circumstances unfolded. The result of this entire semester was a less than desirable student experience as evidence by the attached student evaluations, and Dr. Zhang's removal from this class being necessary with the two attached emails providing information in this regard. Teaching improvement that avoids circumstances of this nature is, by far, the largest improvement needed going forward. A total of 69 students (207 SCH) completed CE 3113, meaning roughly 60% of the students Dr. Zhang was responsible for teaching during 2021 were in less than ideal circumstances.

   Table 1 shows scholarly output and graduate student advisement, neither of which changed a great deal relative to 2020 or were outstanding outputs.

   Dr. Zhang is a talented engineer, and his talents could benefit any civil engineering program is they are properly utilized.

2021 Annual Faculty Evaluation                                                                                   Page   7

MSU219771

**Table 1. Summary Information From Annual Reviews**

| Annual Review Year | 2020 | 2021 |
|---|---|---|
| Total SCH | 96 | 328 |
| Undergraduate SCH | 75 | 297[c] |
| Graduate SCH | 12 | 6 |
| Thesis/Dissertation SCH | 9 | 25 |
| MP – Master's Students Advised | 2 | 2 |
| MP – Doctoral Students Advised | 2 | 3 |
| Journal Publications | 2 | 1 |
| Other Referenceable Documents | 0 | 1[a] |
| Total Yearly Adjusted Funding Responsible | $360,985 | $317,156 |
| Grant 1 Total Funding (Non-Matching) | $1,200,000 | $1,200,000 |
| Grant 1 Years | 3 | 3 |
| Grant 1 Role | CO-PI (50%) | CO-PI (50%) |
| Grant 1 Yearly Adjusted Funding Responsible | $200,000 | $200,000 |
| Grant 2 Total Funding (Non-Matching) | $150,000 | $150,000 |
| Grant 2 Years | 3 | 4 |
| Grant 2 Role | CO-PI (50% Est) | CO-PI (50% Est) |
| Grant 2 Yearly Adjusted Funding Responsible | $25,000 | $18,750 |
| Grant 3 Total Funding (Non-Matching) | $100,000 | --- |
| Grant 3 Years | 3 | --- |
| Grant 3 Role | CO-PI (56%) | --- |
| Grant 3 Yearly Adjusted Funding Responsible | $18,667 | --- |
| Grant 4 Total Funding (Non-Matching) | $149,992 | $149,992 |
| Grant 4 Years | 3 | 4 |
| Grant 4 Role | PI | PI |
| Grant 4 Yearly Adjusted Funding Responsible | $49,997 | $37,498 |
| Grant 5 Total Funding (Non-Matching) | $201,964 | $201,964 |
| Grant 5 Years | 3 | 4 |
| Grant 5 Role | PI | PI |
| Grant 5 Yearly Adjusted Funding Responsible | $67,321 | $50,491 |
| Grant 6 Total Funding (Non-Matching)[b] | --- | $312,500 |
| Grant 6 Years | --- | 12 |
| Grant 6 Role | --- | CO-PI (40%) |
| Grant 6 Yearly Adjusted Funding Responsible | --- | $10,417 |

SCH = student credit hours      MP = major professor            Est = estimated
Only publications/referenceable documents completed in a given year are shown
Some grants appear to have received no-cost extensions
a: Paper TRBAM-21-02016 was not located in TRB's TRID database
b: This grant shows a duration from 2011 to 2022, but was not on 2020 annual review
c: Of these 297 SCH, 207 were from CE 3113 (fall 2021)

MSU219772

**THE SIGNATURES LISTED BELOW\* MUST BE OBTAINED**

**\* Faculty Member:**
I have met with the head/supervisor and acknowledge discussion of this appraisal.  The meeting discussed Dr. Zhang's questions and had not discussed the annual review contents. See attached notes.

Li Zhang                Digitally signed by Li Zhang          11/6/2023
Faculty Member Signature        Date: 2023.11.06 07:17:58 -06'00'        Date

I agree with the annual review.
    Faculty Signature: _____          See addenda [ ]

I disagree with the annual review. Li Zhang        Digitally signed by Li Zhang
    Faculty Signature: _____ Date: 2023.11.06 07:18:28 -06'00'        See addenda [X ]

        **Comments attached:**

                Additional Information:   Meeting note, Q/A in meeting and Rebuttals
                Li Zhang            Digitally signed by Li Zhang          11/6/2023
                Faculty Member Signature        Date: 2023.11.06 07:18:58 -06'00'        Date

                Appeal Requested:   Request independent and external review
                Li Zhang        Digitally signed by Li Zhang
                Faculty Member Signature        Date: 2023.11.06 07:19:21 -06'00'        Date

**\* Head/Supervisor:**

_____          _____
Signature                Date

**\* Director or Dean:**

_____          _____
Signature                Date

The faculty member will be provided with a copy of the final review, including all signatures and comments/recommendations/assessments. The faculty member reserves the right to respond to any comments and to have all of those responses included in the final version of the Faculty Annual Review/Evaluation.

If disagreement is indicated, the faculty member must state the objection on the following page, otherwise the page should be left blank. The disagreement statement should be completed before the Dean signs above.

2021 Annual Faculty Evaluation                Page   9

MSU219773

**Disagreement Statement**: **To be completed by the faculty member if applicable.**

If the faculty member disagrees with the evaluation of the head/supervisor, an explanation of the disagreement should be detailed below by the faculty member. This page should be left blank if there is agreement with the head/supervisors assessment.

A.        In this rebuttal, grade cheating refers to academic misconduct, conspiracy, facilitation, and misrepresentation actions to boost many students' grades. Specifically, in 2021, Dr. Howard, Dr. Keith, and Dr. Reese secretly conspired on a "contingency plan" during my medical leave behind and got Dr. Shaw's approval (16c)). After a few weeks, the conditions of the "contingency plan" did not happen. They abolished the grade appealing process promised to Dr. Shaw in the "contingency plan" and violated the MSU faculty manual V Authority b (19). The approval by Dr. Shaw shown to me was almost totally different from what they had done. The grade cheating was based on the "large number of complaints" and several unsubstantiated allegations in Dr. Howard's Attachment 2 and were rebuttal in (17). "Large number of complaints" turned out to be disclosed to me as just one student complaint (18), which was analyzed, that it is unlikely the grade appeal would be approved. With/without Dr. Shaw's approval, their grade cheating violated MSU's faculty manual (19).

B.        Like timelines of many allegations in the review, the timeline of this annual review has expired, and the annual review should be tossed out according to MSU Consultation "timely" policy in faculty manual. The 2021 annual review should be conducted in Spring 2021. Since I filed EEOC/court complaints, Dr. Howard deliberately delayed the review until before the first court hearing. Dr. Howard has created the narratives for court judges and juries in the annual review and tried to affect the outcome of the court complaints.

C.        Many of Dr. Howard's unsubstantiated allegations in the annual review were the coverups of administrative actions not justifiable. The timeline of the administrative action happened first, and then allegations followed. Also, the due process was not observed in those unsubstantiated allegations. Most, if not all, allegations are baseless and demonstrable false. This type of actions will be indicated in the rebuttals.

D.        Violation of faculty manual and laws/regulations
a.        Violation of "Consultation" term in Faculty Manual (p4)
b.        There are many violations of MSU policies and procedures. MSU should investigate those violations before it is too late. A report of violation will be . submitted to MSU internal mechanize to be provided by HRM seperatedly.
c.        Discrimination described in EEOC's "Unlawful Disparate Treatment of Workers with Caregiving Responsibilities"
d.        Violation of FMLA and ADA.

E.        Partial annual review. Dr. Howard was appointed on July 1, 2021. Since my review was unsatisfactory, the formal department head, Dr. Truax, should be consulted between January 1 and June 30.

F.        My lawsuits, complaints, and requests for my rights have nothing to do with my annual review. Dr. Howard repeatedly uses them to retaliate against me in this annual review. In addition, by discrediting my complaints in the annual review, Dr. Howard has created the narratives for court judges and juries and tried to affect the outcome of the court complaints.

G.        All unsubstantiated allegations without details, such as name, time, interview, original document, record, how the meeting is called, who has been talked before leading the meeting, and due process to have a face-to-face discussion, etc., should be considered irrelevant. Primarily based on unsubstantiated allegations, this annual review should be thrown out.  Even a criminal deserves to have a open and due process.
,
H.        From what happened to this review and the meeting on October 18 without a fair external review, I was unlikely to get a fair review. Specifics in 2021 Review on Page 5

See rebuttals for details

2021 Annual Faculty Evaluation                                                    Page   10

**MSU219774**