| | |
|---|---|
| **From:** | Ford, David |
| **To:** | Mullen, Tabor; Green, Robert |
| **Cc:** | Lucas, Joan; Green, Robert; Ford, David |
| **Subject:** | Re: Request of summary |
| **Date:** | Thursday, June 5, 2025 3:11:38 PM |

Dr. Mullen,

Below is the information I was able to gather regarding your request.
I believe that HRM already provided you with Dr. Zhang's annual reviews from CY2021 and CY2022.
Please let me know if you need anything else.

Thanks,
Dave

**CY2021 reviews**

Personnel total = 11  (3 Prof, 4 Assoc Prof, 3 Asst Prof, 1 Instructor)
Of the 11 personnel, BCoE has on file 10 completed (signed by all parties) reviews.  7 were completed in March 2023, 1 in June 2023, 1 in July 2023, and 1 in December 2023.*

> *All CY2021 reviews were done approximately one year later than normal due to changes in Director and a move of the School to a new building, both of which happened in summer 2021.

BCoE does not have a completed review on file for Prof. Li Zhang from CY2021.  We understand that the review document was given directly to an HRM representative at the conclusion of the in-person review meeting, which took place in October 2023.

**CY2022 reviews**

Personnel total = 10  (3 Prof, 4 Assoc Prof, 2 Asst Prof, 1 Instructor)
Of the 10 personnel, BCoE has on file 8 completed (signed by all parties) reviews.  5 were completed in March 2023, 2 in July 2023, and 1 in December 2023.
BCoE does not have a completed review on file for Prof. Li Zhang from CY2022.  We understand that the review document was given directly to an HRM representative at the conclusion of the in-person review meeting, which took place in October 2023.
BCoE does not have a review on file for Prof. Veera Gude from CY2022.  Prof. Gude left MSU partway through the year (termination date 08/15/2022) and so was not reviewed.

---

**From:** Mullen, Tabor <TMullen@saffairs.msstate.edu>
**Date:** Wednesday, June 4, 2025 at 5:41 PM
**To:** Ford, David <daveford@bagley.msstate.edu>, Green, Robert <green@bagley.msstate.edu>
**Cc:** Lucas, Joan <JLucas@legal.msstate.edu>, Green, Robert

**EXHIBIT**

**38**

&lt;green@bagley.msstate.edu&gt;
**Subject:** RE: Request of summary

Dave,

If possible, it would be nice to have Zhang's signed AR's tomorrow am and then the summary on Friday.

Just let me know and BTW this process does not occur very often at MSU.

TLM

---

**From:** Ford, David &lt;daveford@bagley.msstate.edu&gt;
**Sent:** Wednesday, June 4, 2025 5:38 PM
**To:** Green, Robert &lt;green@bagley.msstate.edu&gt;
**Cc:** Mullen, Tabor &lt;TMullen@saffairs.msstate.edu&gt;; Lucas, Joan &lt;JLucas@legal.msstate.edu&gt;; Green, Robert &lt;green@bagley.msstate.edu&gt;; Ford, David &lt;daveford@bagley.msstate.edu&gt;
**Subject:** Re: Request of summary

I'm happy to do this. I'll need some help locating the records, which I'm sure Brenda Grebner can provide. I can work with her first thing in the morning.

Is there a deadline for having this ready?

Dave

> On Jun 4, 2025, at 5:27 PM, Green, Robert &lt;green@bagley.msstate.edu&gt; wrote:
>
> Dr. Mullen,
>
> Absolutely. I'll. talk with Dr. ford and get his input. I don't want to put him on the hook, but as the dean he would have access to that information, and since he was not at MSU during the time frame, we can argue he is objective. If there is someone else you think would be good to review them, please let me know.
>
>
> Robert
>
> Robert A. Green, Ph.D., PE, F.NSPE
> Associate Dean for Academics
> James Worth Bagley College of Engineering
>
>
>> On Jun 4, 2025, at 17:08, Mullen, Tabor

<TMullen@saffairs.msstate.edu> wrote:

Dr. Green,

Thank you for looking into copies of Dr. Zhang's 2021 and 2022 Annual Reviews signed by all required parties.

The P&T committee would also like to see a summary of CEE annual reviews for the same two years. I would expect an objective person in the college could review those two years to ensure that all faculty were reviewed for both years within the same timeline.

I imagine it could look like this:

15 annual reviews in 2021 all held from in March and April
14 annual reviews signed by all parties
1 annual review signed by all parties but appealed to Dean

15 annual reviews in 2022 all held from in March and April
14 annual reviews signed by all parties
1 annual review signed by all parties but appealed to Dean

I appreciate your patience and assistance as well as your teams in compiling this information for the committee,

TLM

**Tabor L. Mullen, Ph.D**
Interim Associate VP for Strategic Partnerships
Office of the Provost & Executive Vice President
Work: 662.325.1951 | Cell: 662.617.2011