

**OFFICE OF THE PROVOST AND
EXECUTIVE VICE PRESIDENT**

P.O. Box BQ
3500 Lee Hall
Mississippi State, MS 39762

P. 662.325.3742

February 14, 2024

Dr. Li Zhang
Professor
Mississippi State University
Rula School of Civil and Environmental Engineering
2041 Richard A. Rula Engineering and Science Complex
Mississippi State, Mississippi 39762

NOTICE OF INTENT TO TERMINATE

Dr. Zhang,

Pursuant to University Policy 60.113 and IHL Board Policy 403.01, you are hereby notified that your employment with Mississippi State University will be terminated for cause on February 29, 2024. As of today, you are relieved of all work duties.

You have the right to request a hearing. University Policy 60.113 explains what to do if you would like to exercise this right to have a hearing.

The specific for cause reasons for your termination include the following:

- Failure to teach in accordance with University standards as evidenced in part by your unsatisfactory rating in teaching since 2021;
- Unsatisfactory performance in research; and
- Contumacious conduct and malfeasance including, but not limited to, constant and willful disregard for the directions of your Department Head, Dean, and the Vice President for Research and Economic Development.

Sincerely,

David R. Shaw, Ph.D.
Provost and Executive Vice President
Mississippi State University

**EXHIBIT**

**39**

**Official Memorandum**

Date:        February 14, 2024

To:          Li Zhang, MSU ID 904138878

From:        Human Resources Management

CC:          Dr. Jason Keith
             Dr. Isaac Howard

Subject:     Separation from Employment Information

---

You were provided a notice of intent to terminate on February 14, 2024. Below are several items that require your attention and cooperation.

- Effective immediately, you are being placed on paid administrative leave and are relieved of all work duties. This includes all teaching, research, and service responsibilities. You are not required to take leave during this time.
- While you will retain MSU email access for the time being, you should not have any direct contact with students in any official capacity. If a student contacts you, please forward the message to Dr. Howard to handle.
- Since you will have no further business to conduct with MSU, your electronic door access will be shut off immediately. You should not be on campus during this time. This includes both your laboratory and your office space. If you need to obtain your personal items, please coordinate directly with HRM to set up a time to do so.
- You are expected to return all university property prior to your date of termination. This includes all office keys, equipment on hand receipt, computers, software, supplies, MSU IDs, etc.
- Your access to all MSU systems including departmental shared drives, software, etc. will be turned off on the date of your termination.
- Similarly, the department will forward calls to your office phone to the main office. You should not be engaging in phone calls, emails, or other correspondence on behalf of the university.
- Following your termination date, you will receive COBRA election information via email with instructions on how to elect coverage and submit payments to the email address they have on file. We at the university do not administer COBRA for medical insurance so if you have any questions about COBRA coverage you will need to contact Blue Cross Blue Shield of Mississippi directly at 800-709-7881.
- As a member of the Optional Retirement Plan (ORP), a governmental defined contribution plan, you will need to consult with your specific vendor to determine retirement eligibility, plan transferability, etc. Our records indicate your plan is managed by TIAA. Please contact them directly at 1-800-842-2003 for additional information.

We appreciate your cooperation with these things.