**Thursday, May 22, 2025 at 15:05:41 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Extension Request: Dr. Zhang |
| **Date:** | Friday, January 24, 2025 at 4:53:50 PM Central Standard Time |
| **From:** | Grafton Bragg |
| **To:** | Charles Winfield |
| **CC:** | Ashlyn Matthews |
| **Attachments:** | image002.png |

Hi Charlie,

I know we've talked about this, but I wanted to formally put it in writing to make our position clear. We are requesting a brief extension of the administrative hearing for a couple of reasons:

(1) Based on the information we have received, we are not confident that the full Promotions and Tenure Committee is being convened for this hearing, which would be the normal and proper process under the University's policy. My client is naturally concerned about whether a partial committee would be a truly neutral one, especially since the administration that desires to terminate Dr. Zhang has (as far as we know) control over who does and who does not sit on the committee. In our view, the only way to ensure there is no selection bias is to ensure that the full committee convenes for this important hearing. If the University needs a bit more time to ensure this happens, that will be time well spent.

(2)  On Wednesday, we received a supplemental notice of intent. This supplemental notice was roughly 5 times longer than the first one (issued almost a year ago now), and it greatly enlarged the scope of the University's allegations against Dr. Zhang. We need a brief extension so that Dr. Zhang (and his witnesses) can be adequately prepared to fairly meet the substance of those allegations.

Please let us know.

**Grafton Bragg**
*Attorney-at-Law*
_____

**Phone** (601) 624-1153
**Web** graftonbragglaw.com

**EXHIBIT**

**40**

1 of 1