**From:** Grala, Robert [rkg55@msstate.edu]
**Sent:** Thursday, May 29, 2025 7:17 AM
**To:** Aarhus, Craig [CAarhus@colled.msstate.edu]; Altomonte, Jenna [JAltomonte@caad.msstate.edu]; Anthony, Kelli [KAnthony@comm.msstate.edu]; Dale, Melody [MDale@library.msstate.edu]; Dutta, Dipangkar [dd285@msstate.edu]; Kundu, Santanu [santanukundu@che.msstate.edu]; Lu, Shien [slu@plantpath.msstate.edu]; Moore, Robert [RMoore@business.msstate.edu]; Tagert, Mary Love [mltagert@abe.msstate.edu]; Nagel, Athena [athena@geosci.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]
**Subject:** Particpationa and Material for Dr. Zhang's Termination Hering on 6/3/2025

Ms. Lucas,

The University Committee on Promotion and Tenure received the following email from Dr. Zhang regarding the termination hearing. I currently have June 3, 4, and 5, 2025, on hold as requested by your office. Could you confirm when the hearing will take place and when the hearing panel will receive access to all pertinent materials and names of witnesses? Thank you.

Sincerely,
Robert


Dr. Robert K. Grala
George L. Switzer Professor of Forestry
Department of Forestry
College of Forest Resources
Mississippi State University
Box 9681
Mississippi State, MS 39762-9681
Phone: (662) 325-7039
Fax: (662) 325-8726

---

**From:** Li Zhang <lizhang3@gmail.com>
**Sent:** Wednesday, May 28, 2025 11:40 AM
**To:** Aarhus, Craig <CAarhus@colled.msstate.edu>; Altomonte, Jenna <JAltomonte@caad.msstate.edu>; Anthony, Kelli <KAnthony@comm.msstate.edu>; Archer, Todd <tma32@msstate.edu>; Dale, Melody <MDale@library.msstate.edu>; Tagert, Mary Love <mltagert@abe.msstate.edu>; Moore, Robert <RMoore@business.msstate.edu>; Lu, Shien <slu@plantpath.msstate.edu>; Grala, Robert <rkg55@msstate.edu>; Kundu, Santanu <santanukundu@che.msstate.edu>; Nagel, Athena <athena@geosci.msstate.edu>; Dutta, Dipangkar <dd285@msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** Particpationa and Material for Dr. Zhang's Termination Hering on 6/3/2025

Dr. Grala, Dr. Aarhus, Dr. Altomante,, Ms. Anthony, Dr. Archer, Ms. Dale, Dr. Dutta, Dr. Lu, Dr. Kundu, Dr. Tagert, Dr. Moore, Dr. Nagel

**EXHIBIT**

**42**

This is Dr. Li Zhang, a (former) professor at the School of Civil and Environmental Engineering. I am

MSU257998

contacting you directly in anticipation of the upcoming termination hearing related to my case from 6/3/2025-6/5/2025.

As you may be aware, under MSU Operating Policy 60.113, the Promotion and Tenure Committee is responsible for reviewing the matter and making a recommendation regarding the proposed termination. However, despite repeated formal requests made by my legal counsel, we have not received confirmation from the university regarding who will specifically participate in the hearing. Also, we haven't received any information on whether the complete materials I submitted in response to the Notice of Intent to Terminate have been distributed to all committee members with enough time for review.

The hearing is expected to start in less than four working days now. In the interest of transparency and fairness, and to ensure that no delays or omissions affect your ability to carry out your duties, I would like to personally confirm that you have access to the complete set of documents I have submitted. These include:

My Response to the Notice of Intent to Terminate and Supplemental Notice, and
41 exhibits, which are central to understanding the timeline and context of this matter.
Rather than attaching these materials individually, I have uploaded them to a secure folder that you may access at the following link:

https://drive.google.com/drive/folders/1z4UrAvdpbJkzhrxf8Z0vNfDqVcP7Ir1Z?usp=sharing

Please note: MSU's Exhibit Z-2 is marked confidential by the university, so I have not included it in this folder. However, as it is part of MSU's official submission supporting termination, I assume it has been provided to you directly by university counsel.

If you need clarification or assistance accessing any materials, please do not hesitate to contact us through official channels. MSU's General Counsel, Ms. Joan Lucas (jlucas@legal.msstate.edu) will facilitate communication with my legal counsel. To contact me directly, if you prefer, please use lizhang3@gmail.com, as MSU has disabled my MSU email account.

I understand that many of you may have summer research or personal obligations. If you are unable to attend the hearing in person, I respectfully request that you review the documents in advance, submit any questions to the relevant parties, and utilize the hearing recording (as required by university policy).

Your vote in this matter is not only critical to my future and that of my family, but also to the continued integrity and transparency of the university community.

Thank you again for your service. I wish you and your families a safe and productive summer.

Sincerely,
Li Zhang, Ph.D., PE, F. ASCE, F. ITE
(formal) Professor, the School of Civil and Environmental Engineering
Email: lizhang3@gmail.com

**MSU257999**