Case: 1:23-cv-00071-GHD-DAS Doc #: 153-20 Filed: 03/05/26 1 of 66 PageID #: 4090

# Kelli Anthony

## Li Zhang
### vs.
## Mississippi State University, et al.

### January 6, 2026



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

EXHIBIT

43

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT


LI ZHANG                                          PLAINTIFF


V.                           CASE NO. 25CI1:23-cv-441-AHW


MISSISSIPPI STATE UNIVERSITY and
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING          DEFENDANTS



        ************************************************


        VIDEOCONFERENCE DEPOSITION OF KELLI ANTHONY


        ************************************************



                APPEARANCES NOTED WITHIN


        DATE:  TUESDAY, JANUARY 6, 2026
                PLACE:  VIA ZOOM
            DEPONENT APPEARING FROM
            STARKVILLE, MISSISSIPPI
                TIME:  1:33 P.M.




                BETHANY CAMMACK
            Certified Shorthand Reporter
                Mississippi CSR No. 1526

2

APPEARANCES


GRAFTON E. BRAGG
BraggLaw
965 Madison Avenue, Suite 2C
Madison, Mississippi  39110
grafton@graftonbragglaw.com
         Counsel for Plaintiff


ASHLYN BROWN MATTHEWS
The Winfield Law Firm
224 East Main Street
Starkville, Mississippi  39759
amatthews@winfieldlawfirm.com
         Counsel for Defendants


ALSO PRESENT:  DR. LI ZHANG

TABLE OF CONTENTS

PAGE

Title Page.................................. 1

Appearance Page.............................. 2

Table of Contents............................ 3

Exhibit Index................................ 4


EXAMINATION OF KELLI ANTHONY

  By Mr. Bragg............................... 6


Reporter's Certificate...................... 48

Deponent's Errata Sheet..................... 49

4

EXHIBIT INDEX


NUMBER          DESCRIPTION

              (EXHIBITS PREVIOUSLY MARKED)

Exhibit 1     Mississippi State's Answers
              to Interrogatories

Exhibit 2     Recommendation of Committee
              for Brecken Rush Appeal

Exhibit 3     Email Exchange, Signature is
              Needed, MSU 256858-861

Exhibit 4     Email Exchange, Status Update
              MSU 257940-945

Exhibit 5     Email Exchange, Regarding
              Zhang Appeal, MSU 257955-957

Exhibit 6     Email, Extension Request
              Exhibit Z-4

Exhibit 7     Letter, Grafton Bragg
              Exhibit Z-5

Exhibit 8     Email Exchange, Participation
              And Material, MSU 257998-999

Exhibit 9     Email Exchange, Committee
              Members Needed

Exhibit 10    Email Exchange, Time
              Sensitive Request

Exhibit 11    Email with Position
              Statements, MSU 258013-043

Exhibit 12    Email Exchange, Advisor
              MSU 258053-055

Exhibit 13    Email Exchange, Advisor
              MSU 258065-084

Exhibit 14    Email Exchange, Followup on
              Documents, MSU 258578-579


AW Reporting
601-573-0961

5

EXHIBIT INDEX CONTINUED


NUMBER          DESCRIPTION


Exhibit 15      Email Exchange, Request of
                Summary, MSU 258552-554

Exhibit 16      Email Exchange, Expected Date
                MSU 258674-677

Exhibit 17      Email Exchange, Meeting
                Tomorrow, MSU 258655-657

Exhibit 18      Recommendation of Committee
                for Dr. Zhang's Appeal

Exhibit 19      Teams Group Document
                Beginning MSU 258504

Exhibit 20      Policy HRM 60.113
                Termination of Employment

6

KELLI ANTHONY,

having been remotely sworn,

was examined and testified as follows:

EXAMINATION

BY MR. BRAGG:

Q. Please state your full name for the record.

A. Kelli with an I, K-e-l-l-i, McPhail Anthony.

Q. Hey, Kelli. Do you mind if I call you Kelli?

A. Yeah, that's fine.

Q. Okay. I'm Grafton Bragg, and we've met. I represent Dr. Zhang in this case that's been filed against Mississippi State, the IHL, and others. Have you ever given deposition testimony before?

A. Never.

Q. Okay. I'm sure that you've had conversations kind of about how this will go, but I'll give you some preliminary things that I like to cover with every person that I'm deposing, just so we'll all be on the same page.

So one thing is, it's really important in depositions, rather than nods and shakes, to say

verbal yeses and noes.

A.   Okay.

Q.   Okay.  Good.  There's a verbal response right there.  The next thing is, a lot of times if we were, you know, just having a cordial, regular conversation, we might jump in over one another when we were talking, when it's sufficiently obvious what other person is going to say.

And that's -- it would kind of be weird not to in normal conversation.  But in this situation, we have to try our best to let the other person finish before we jump in with our answer or question.  Does that work?

A.   Understood.  Yes.

Q.   Okay.  Good.  I don't think we're going to be terribly long, but if you need a break for any reason, let me know, and you can certainly have one.  I would just ask that you answer a question that I've asked, and you don't ask for a break in the middle of a question.  Is that --

A.   Sounds good.  Yes.

Q.   If you don't understand a question that I ask, I would ask that you please say, "Hey, I don't understand, rephrase that."  Does that work?

A.   Yes.

8

Q. And the reason for that is because if someone was later reading this transcript and you didn't ask for clarification, they're going to assume that you did understand what the question meant.

A. Okay.

Q. Okay. I've got a few exhibits that I'm going to pull up, and when I do that, you'll see them on the screen. And if you need to take a look at the exhibit and look at it -- you know, don't feel rushed on that.

Make sure you're comfortable with what it is and can testify about it and testify if you've seen it and that sort of thing. But I'll ask you questions through a share screen.

A. Okay. Is it possible for me to run in the kitchen and get my readers?

Q. Absolutely. Yeah.

A. Okay. I'll be right back.

Q. Okay. Sounds good.

(OFF THE RECORD.)

MR. BRAGG CONTINUED:

Q. All right. Now that we're all set, how did you prepare for the deposition today? And when I ask you that, I don't want to know about the

content of any conversations you may have had with counsel. But I'd like to know if you had conversations with counsel, documents you reviewed, that sort of thing.

A. Sure. I had a brief conversation with counsel and -- just basically telling me what a deposition is. And then I have not looked at any documents, and I haven't done any other preparation.

Q. Okay. So you obviously reviewed a lot of documentation in the course of this matter during the administrative hearing. When is the last time you reviewed documents pertaining to this matter?

A. The last time I would have reviewed any documents would have been the last day of the hearing. Well, and during deliberation. Once we gave our finding, then I would not have had any access to the documents after that point.

Q. Okay.

A. Except for, you know, what was in email or whatever, but I haven't looked at any of it.

Q. Okay. Understood. Where were you -- I'm going to do a little bit of background. Some of this is just a little bit sensitive, and so trust me, I'm not asking it for any irrelevant purpose, and -- you know, I wouldn't want to do that. But

where were you born?

A.   I was born in Greenwood, Mississippi.

Q.   Okay.  I have a daughter that was born in Greenwood, Mississippi.

A.   Okay.

Q.   Greenwood Leflore?

A.   Greenwood Leflore Hospital, correct.

Q.   And so sort of take me through like where you live, what your educational background is, did you go high school in Greenwood, that kind of thing.

A.   Okay.  So I guess my parents were living, I think, in Winona when I was born.  And then we shortly moved therefore to the very small town of Rolling Fork, Mississippi in the Delta.

And I went -- or I lived there through my seventh grade year and moved to Starkville when I was 13, going into eighth grade.  I went eighth through 12th grade at Starkville Academy and got my high school diploma there at Starkville Academy.

And then went to Mississippi State for three and a half years and got my undergraduate degree there.  And then I have a master's from the University of Alabama that I completed in 2001.

Q.   What year did you finish at Mississippi State?

11

A. Would have been December of '98.

Q. Okay. And then your master's from Alabama -- what was your degree in at Mississippi State?

A. Communication with a concentration in public relations.

Q. And then what is your master's from Alabama in?

A. Communication studies.

Q. Okay. You have any other degrees or certifications, anything like that?

A. No.

Q. Okay. How would you describe your race or ethnicity if you were filling out a questionnaire?

A. Caucasian.

Q. What is your role at the university?

A. I'm currently an Instructor II in the Department of Communication, Media, and Theatre.

Q. Okay. And that means you're not a tenure-track member of faculty --

A. That is --

Q. -- if you're an instructor?

A. -- correct.

Q. Okay. And so is Instructor II the highest level, or is there...

A. No. Instructor II is the second tier, and

then the highest tier is Instructor III.  They just instituted instructor promotion within the last three to four years, and so there are basically no Instructor IIIs at MSU.

Q.   Okay.  Say that again.  What did they...

A.   They implemented an instructor promotion several years ago.  I was in the very first round of people who went up for promotion after being at the university for 20 years.

Q.   Okay.  And so you say there's no Instructor IIIs yet because it just -- nobody has gotten to that level yet?

A.   Correct.

Q.   Are you going to be the first?

A.   I should be in the very first round of people who are up for it, yes.  You have to wait five years between promotion levels.

Q.   Okay.  And talk to me about the process of how a promotion from one level to the next is approved.  So where does it start?

A.   So it starts -- the process has changed a little bit from when I did it to where it is now. It's progressed over the last couple of years.  But when I went through the process -- and I don't know the ins and outs of everything that's changed since

13

I went through.

But when I went through the process, I -- let's see. I had to get outside letters of recommendation. I believe it was three to four outside recommendations. And then I had to put together an entire promotion packet, just like tenured faculty would, except ours -- mine was more geared toward teaching and instruction and service to the university versus research.

And like I said, I had been at the university probably 20 to 21 years when I went up for promotion, and so they allowed -- we mainly focused on the previous five years, but we could really put anything that we had done in those 20 years that was significant in our packet. We had to focus on teaching, service, and what our teaching philosophy and that kind of thing was. Very long document.

Q. Understood. So I don't have to get into all the detailed ins and outs of that, but where -- so is there a recommendation -- I guess who is the person that you directly report to?

A. My department head is my primary boss. That's Terry Likes, Dr. Terry Likes, in the Department of Communication, Media, and Theatre.

14

Q. Terry -- how do you spell Terry's last name?

A. Likes, L-i-k-e-s.

Q. Okay. I thought that's what you said. So Dr. Likes, who is Dr. Likes' direct report?

A. He directly reports to the College of Arts and Sciences dean, who is Rick Travis.

Q. And then Dr. Travis directly reports to the provost, Dr. Shaw?

A. Correct.

Q. Okay. So, now, when you're going through that approval process, does it -- for an instructor promotion, does it sort of travel up to your department head and then all the way up eventually to the provost?

A. So it goes through our Promotion and Tenure Committee first in our department, which is made up of other people who have been promoted in our department, and then -- those are all tenured faculty -- or tenure-track faculty at this point who have been promoted, since there were no instructors at that time who had been promoted.

Then it goes to -- from our P&T Committee, it goes through our department head, I believe, and then to the college P&T Committee. And then from

the college P&T Committee to the dean. And then from the dean to the provost, is my understanding.

Q. Okay. And that has not -- there may be some like committee composition change, but are you aware of any change in the actual sort of chain of decision-making now that was different than it was when you first were promoted?

A. No. The chain of committee is still the same to my knowledge.

Q. Okay. You'll be happy to know I'm skipping over some questions that you've already answered, so...

All right. When did you get on the University Promotion and Tenure Committee?

A. Last year was my first year on the committee.

Q. Do you remember what time of year?

A. I believe that -- honestly, I can't say for sure. I know that one of the first -- I believe it was fall -- would have been fall of '24. Is that right? I'm in '26. Yeah, fall of '24, I believe, would have been my fist round of duties. And I believe I was elected in the spring of '24.

Q. Okay. So, yeah, we're at that time of year where people get -- I'm writing -- submitting

16

things with "January 2025" still.  When you say last year, you're talking about...

A.    Last academic school year, yes.

Q.    Understood.  Okay.  So spring -- if you had been elected around spring of 2024, tell me how that process went.

A.    The only thing I know about that process is that they put out a call in our college for -- we have I guess a certain number of -- like maybe one.  I'm not sure.  One or two people who serve on that committee regularly, and they put out a call for people to be nominated and then voted on by the college.

And I was nominated by someone in my department, and I actually am the first instructor representative on the University P&T Committee.

Q.    You said you were nominated by somebody in your department.  Do you know who that was?

A.    I do not.  Maybe -- probably Karyn Brown, if I had to guess.

Q.    And who is Karyn Brown?

A.    So she is also an Instructor II, but she works in the dean's office now, and she is the Assistant Dean For Communication in the college.

Q.    Okay.  Did you ever serve on a department

level P&T Committee?

A. No.

Q. Did you serve on any other similar -- did you serve on any other departmental committees?

A. Tons of departmental committees, yes.

Q. Okay. That's a sufficient answer. Did you ever -- before you got on the University P&T Committee, did you ever have to consider whether someone should be terminated?

A. No. That would not have been in my -- my, you know, academic ranking level of any kind of decision.

Q. So the first time that you ever had any decision-making authority about an employee of Mississippi State being terminated would have been Dr. Zhang's administrative hearing that we had in June?

A. Correct.

Q. You were not on the committee when Dr. Zhang was also on the committee. Is that correct?

A. That's correct. I was not on the committee then.

Q. Did you have any personal interactions with Dr. Zhang at any time before June of 2025?

18

A. To my knowledge, I have never had any occurrence of meeting him or anything like that before then.

Q. Okay. When did you first learn about his notice of termination?

A. Gosh. It would've been the first time that they were trying to set up the hearing, which I believe was around the beginning of the year 2025. But I can't remember for sure. But whenever the first round of trying to schedule the hearing happened, is the first time I knew anything about it.

Q. Okay. So I think that would have been February -- here, I'll help us out. I'll bring up Exhibit 5 to the depositions. And I'm just showing -- within Exhibit 5 there is an email from Dr. Robert Grala?

A. Uh-huh.

Q. To several folks, and it looks like --

A. I'm included.

Q. You are included?

A. Uh-huh (affirmative response).

Q. And then -- I'm just going to ask you about that one email. If you need me to scroll down, I can. It's the first -- is this email from

19

December 8, 2024 -- do you recall receiving that email?

A.   I mean, I don't recall receiving that email specifically, but my email address is on there, and I do know that around that time we were trying to schedule something for the beginning of the year.  Yes.

Q.   And so it looks like he had relayed that the hearing was going to be during the first or second week of February of 2025.  Is that consistent with your recollection?

A.   Yes.

Q.   And before that communication do you recall knowing anything about the proposed termination of Dr. Zhang?

A.   I have no rec- -- no information about that at all.

Q.   Okay.  Were you contacted about what -- excuse me.  Did anyone contact you to ask what your availability was for that hearing before the dates were set?

A.   Yes.  My recollection is that we were sent an email or some type of correspondence asking us what our availability was.  But I can't -- honestly, I can't be 100 percent certain of that.

20

But my recollection is that, yes, we were asked.

Q. Do you know if that would have included -- like, do you know if when you received that communication that you recall, the date had already been set and you were just asked if you were available, or if the date had not been set and they were trying to set a date?

A. Unfortunately, I do not recall that information.

Q. Okay. That is a -- "I don't recall" is a complete answer, so that's fine.

Do you have any information about why that hearing was rescheduled from February 2025?

A. I don't. All I remember is that it was scheduled, and then the next thing I knew, it was not scheduled. So I don't really -- I was never given any information about why it was canceled or postponed or whatever.

Q. Okay. So the hearing was next scheduled for June 3rd, 2025 through June 5th, 2025, correct?

A. Correct, to my knowledge. Again, dates I would have to look at the --

Q. And you were --

A. -- calendar.

Q. You were going to have to do that before

21

you were going on vacation.  Is that right?

A.    Correct.  I told them this was my window for basically until the middle of July, so...

Q.    When did you learn that the hearing had been scheduled for June 3rd, 2025?

A.    I don't know a specific date.

Q.    Okay.  Let me ask you this.  Okay.  This is Exhibit 8 to the depositions.

A.    Okay.

Q.    I'll represent to you that -- or I'll just let you review the first email in the exhibit, which is from Dr. Zhang to several people, I believe including you there.

A.    Yes.

Q.    Do you recall receiving that email from Dr. Zhang roughly a week before the hearing?  I'm happy to scroll down.

A.    Yeah, if you don't mind scrolling down. And it was from Dr. Zhang?  Is that what you said?

Q.    That's correct.

A.    Yes.  I do remember a correspondence from him prior to, yes.

Q.    Okay.  And you'll see he mentions the upcoming termination hearing related to his case, and then he has the dates there, 6/3/2025 through

22

6/5/2025.

A.    Okay.

Q.    And then if you'll see -- I think you were also copied on Dr. Grala's response, which was not a response to Dr. Zhang, but a forward to everyone else, I think, on the communication.  Do you see that?

A.    I do.

Q.    And he was looking for guidance about confirmation that the hearing was going to take place and whether there would be access to pertinent materials, names, and witnesses.  Do you see that?

A.    I do.

Q.    Okay.  So it looks like before May 29th, 2025, the committee did not have confirmation that the hearing was going to go forward the following week, June 3rd through June 5th.  Is that accurate?

A.    Based on the email, that seems to be the case.  But my recollection of when I knew exactly, you know, I can't say for sure.  But I know that they did ask me for my availability.  I told them my window, and then this may have been the first time that we knew that this was when it would take place.

23

Q. Do you know who asked you for your availability?

A. My best recollection would be Caitlyn Rackley in general counsel's office.

Q. Okay. Do you know --

A. Or someone who works in that office.

Q. Okay. Do you know if that would've been phone call or an email?

A. It was written correspondence. I don't recall whether it was an email or a Teams message or -- it was not a phone call, to my recollection.

Q. Okay. All right. I'm going to pull up another document. I'm going to pull up Exhibit 11.

A. Okay.

Q. And this is a longer email chain, but I'm just going to ask you about the first -- I'm going to start asking you about the first email here at the very top from Joan Lucas to Robert Grala on May 29th, 2025. You were copied on that email, correct?

A. Correct.

Q. And it looks like Joan is sending statements from Dr. Zhang and from the university?

A. Okay.

Q. Do you recall being sent those via Dropbox?

24

A.    I do recall getting some information, yes, via Dropbox.

Q.    Okay.  And the date of that email is May 29th, 2025.

A.    Correct.

Q.    Do you have any recollection of receiving Dr. Zhang's statement or the university's statement before May 29th, 2025?

A.    I have no recollection of that, no.

Q.    Can you definitively say that this email was the first time that you received access to those materials?

A.    I cannot definitively say that, no.

Q.    If you'll look here, do you recognize this as the first page of Dr. Zhang's position statement on page 4?  I'll scroll down a little bit so you can see.

A.    Yes.

Q.    Okay.  And the date of that was May 22nd, 2025, correct?

A.    Yes.  What it says, yes.

Q.    And your name is on here as one of the recipients, but it is care of general counsel, correct?

A.    Correct.

25

Q.   Okay.  And do you know whether you received this position statement at any time -- I think you said this earlier, but you don't know if you received this position statement at any time before May 29th, correct?

A.   Unfortunately, I don't recall.

Q.   Okay.  All right.  I'm going to share with you Exhibit 7.  And you see this is a document that's marked April -- it was dated April 22nd, 2025.

A.   Okay.

Q.   And it was a letter from me -- see my name at the bottom -- to the P&T Committee, again care of general counsel.  See that?

A.   Yes.

Q.   Did you ever receive this letter?

A.   I have -- I don't recall.  I received many, many documents throughout that whole process, and I can't say for sure if I received that particular document.

Q.   Okay.  Well, let's do it this way.  So it's got a Z-5 on here because it was actually a hearing exhibit.

A.   Okay.

Q.   So I guess you would've received it in the

26

binder.

A. That's correct. I know for sure if it was an exhibit in the binder, I would have seen it, yes.

Q. So it looks like you didn't receive a whole lot of other things, you know, far in advance of the hearing, or you may be able to remember what you received or didn't receive in advance of the hearing. Do you remember getting this Z-5 before showing up to the hearing?

A. I don't recall.

Q. I want to take you -- so one of the things that -- we were requesting three things from the P&T Committee, and I'm going to take you down to the third one. And that was -- do you see there where there was a request for Dr. Zhang's Banner, OneDrive, and MSU email account access?

A. Yes.

Q. Do you know whether Dr. Zhang was ever given access to those things?

A. I do not know.

Q. Was there ever a discussion within the P&T Committee or among any of its members about whether Dr. Zhang should or should not have access to those materials?

A. I remember there being a brief discussion

about it at some point during the process of the hearing. I don't recall many details at all about what was said.

Q. Do you -- does it strike you as fair that Mississippi State would have unfettered access to all of its systems, while Dr. Zhang would not be able to access Banner, OneDrive, or his MSU email account?

MS. MATTHEWS: I'll object to the form of that, but you can answer to the extent you can, I guess, give your opinion.

MR. BRAGG CONTINUED:

Q. You can answer.

MS. MATTHEWS: I'm not sure if we've established access or lack of. Can you repeat your question?

MR. BRAGG CONTINUED:

Q. Yeah. Do you know -- as a member of the P&T Committee, did the P&T Committee ever make a decision to give Dr. Zhang access to Banner, OneDrive, and his MSU email account?

A. I don't think we ever made a decision on that because we felt like it was out of our hands. It wasn't something we had the ability to give or take away from him. That was really something

28

above our committee's ability.

Q.    Okay.  As far as you understand, did Mississippi State have the ability to go pull documents from its own system?

A.    I don't have direct knowledge of that.

Q.    I guess you do have knowledge that throughout the hearing Mississippi State was asked for various documents and was able to go and pull and provide them for the panel?

A.    Yes, I do recall that, us asking for specific documents and them providing them, yes.

Q.    So in your opinion, does it seem like an uneven playing field, that Mississippi State would have that access, but Dr. Zhang would not have access to his Banner or OneDrive or his email account?

MS. MATTHEWS:  I'm still going to object just because it asks -- it calls for her to speculate and give an opinion on something that's...

MR. BRAGG:  Yeah.  Your objection is noted.

MR. BRAGG CONTINUED:

Q.    You can answer, if you have an opinion.

A.    So just to clarify your question, you're

29

asking me what my -- if it's my opinion that there was an unfair advantage by the university since they had access to his information and documents that he did not have access to?

Q.  Yes.

A.  Broadly speaking, I would say from the outside looking in, it would seem that maybe that was unfair.  However, I know that there are policies by the university in how they take steps when things happen with employees.

So I don't know, unfortunately, what all the policies are, so it's very possible that the university has policies in place that actually speak to being able to do that.  So that's my answer, I guess.

Q.  Thank you.  No, that's fair.  Thanks. Okay.  Before the termination hearing did you have any conversations with David Shaw?

A.  I have never spoken to David Shaw individually.

Q.  Okay.  What about with Joan Lucas?

A.  Did I have conversations with her about this case?

Q.  Yeah.

A.  No, I did not.

30

Q. Did you otherwise have personal interactions with Joan?

A. I'm sorry. Can you repeat that?

Q. Did you have interactions with Joan unrelated to this case?

MS. MATTHEWS: In what timeframe? Sorry. In what timeframe?

MR. BRAGG CONTINUED:

Q. I'm really just curious if you had personal -- like you said never had any -- I'm not going to be asking any followups, but you said you never had any personal conversation with Dr. Shaw. Did you have personal conversations with Joan before this case?

A. Yes. I've had personal conversations with her or social conversations with her.

Q. Okay. Understood. Have you ever spoken at all with Jason Keith?

A. No. I've never had any interaction with Dr. Keith.

Q. Okay. Have you -- before this hearing, had you ever spoken with any of the witnesses that testified at the hearing? You want to know who those were?

A. Yeah. I might need a list of those.

31

Q. Okay. One second. So before this hearing, had you ever spoken with Dr. Dennis Truax?

A. Never.

Q. Dr. Robert Green?

A. Not to my knowledge.

Q. Dr. Isaac Howard?

A. No.

Q. Dr. Julia Morrison?

A. She was in another hearing that I took part of. I had never -- I have never spoken to her directly, but she -- I sat on the committee when she was a part of another hearing.

Q. Okay. What about Dr. -- I think you testified about David Shaw. Tell me a little bit about that other hearing. Was that part of the P&T Committee?

A. It was.

Q. Was that regarding an individual who couldn't work at Mississippi State because of visa status?

A. It was. So I might need to amend my earlier statement about not having taken part of anyone's termination. I had totally forgotten about that. That was my very first thing that I did on the committee. So, yes, I was a part of

32

that hearing about visa status, yes.

Q.   Okay.

A.   Please forgive me.

Q.   No, that's understandable.  Thank you for correcting.

Okay.  So we sat there together through three days of administrative hearing, right?

A.   Correct.

Q.   And then I want to know a little bit about after the hearing and how the -- how you guys came to a decision on the case.

A.   Okay.

Q.   So what do you recall about that?

A.   I recall that we met multiple times after the hearing was over.  There was a lot of discussion back and forth, weighing each part -- I think it was a twofold question, if I remember correctly, on what we were answering from the hearing or what our determination was to be.

So we went through each of those and discussed back and forth with the information that we had.  I think we still had a lot of questions, and we asked for more documentation throughout the hearing and maybe even after.  I wouldn't remember what documents we asked for, but it may have been

33

that we asked for a few things.

I do specifically remember one was that we were still waiting on a document or something from the university, and maybe that's what it was, that they provided us something we had asked for during the hearing that we didn't get until the hearing was over. But I don't recall what that document was.

And then we took multiple votes, and then we kind of came to a conclusion. And then after that conclusion, my recollection is, there was actually a little more discussion. And then we took another vote, and that was the final decision.

Q. Okay. So you took multiple votes.

A. Correct.

Q. Were they all in the same meeting?

A. No.

Q. Okay. So the final vote happened at the final meeting that you guys had?

A. I don't know that it was a meeting. Well, I take that back. Yes. In the final discussion that we had, that is when the final vote took place.

Q. Okay. So you said something about a twofold question of what you were answering. Talk to me about that.

34

A.    Well, I believe that the university was asking us to answer -- and, again, I have not looked at these documents at all.  But it was basically whether he had -- whether he was to be terminated based on X, Y, Z.  And, honestly, I can't remember what the twofold things were, but there were basically two questions we were asked to answer, based on why he was being terminated, is my understanding.

Q.    Okay.  So do you recall the phase "contumacious conduct"?

A.    Yes, I do.

Q.    Did you know that phrase before you were part of this hearing?

A.    Absolutely not.

Q.    Okay.  And then are you aware of the phrase "good cause" or "for cause"?

A.    Yes.

Q.    Were you aware of that phrase before this hearing?

A.    I was, yes.

Q.    Okay.  I'm going to tell you what I understand, and you can let me know if that's consistent with what you understand.

A.    Okay.

35

Q. It's my understanding that there was a disagreement about whether Dr. Zhang had engaged in contumacious conduct, and there was also -- at some point there was a compromise to find that the university had cause for terminating him for conduct, but not based on contumacious conduct necessarily. Is that accurate?

A. You're talking about in our committee, that was the discussion?

Q. That's right.

A. Okay. Can you -- if you can, say that one more time, just so I'm sure what you're saying.

Q. Yeah. Let me break it down, because what I don't want to do is just -- if you don't recall exactly, I'd rather hear it from you, what you do recall. So what was the discussion that you remember around contumacious conduct?

A. And can you provide a definition for me again of what contumacious means? I looked it up multiple times.

Q. I think at some point did the committee consult a dictionary?

A. Yes, absolutely. We wanted to make sure that we knew exactly what that meant, and we took it very seriously, so yes.

36

Q.   Well, let me go -- let me move to a different kind of way of asking this.  So you said there were multiple votes.  Did what you guys -- did the subject of what you were voting on change?

A.   The subject of what we were voting on?

Q.   Right.  So it's like maybe in one -- maybe the first time you voted on, was there contumacious conduct, and then there was a pivot, and the next time you voted on, well, do we have cause.  That's an example.  I don't know.

A.   Yeah, I don't recall there being a change in what we were voting on specifically.  I don't recall that.

Q.   Do you believe that you voted on the same thing each time you voted?

A.   That's my recollection, yes.

Q.   And do you know what exactly was being voted on?

A.   At the time, I did.  Today I don't recall specifically, but at the time, yes, I knew exactly what we were voting on.

Q.   Okay.  Understood.  All right.  Let's pull up Exhibit 18.

A.   Okay.

Q.   I'll let you take as long as you need to

37

look at this, but I believe this is the final recommendation by the P&T Committee regarding Dr. Zhang.

A.    Uh-huh (affirmative response).

Q.    At the bottom it says, "Robert Grala for Kelli Anthony."

A.    Correct.

Q.    So tell me how that went.

A.    So I had told the committee and told the people who scheduled the hearing this was my window.  I was leaving to go out of the country X date, and would be able to communicate with the committee via text or email, but not probably video or anything like that.

Prior to my leaving we had taken a vote, and I felt comfortable with where we were on the voting.  And he -- and Robert knew -- Dr. Grala knew my stance at the time, and I gave him written permission, I believe via email, to vote on my behalf.

Q.    Okay.  All right.  Let's just go through.  All right.  So on page 2 we've got a bolded statement.

A.    Okay.

Q.    Before I ask you that, you have reviewed

38

this final document?

A.   Yes.  Not recently, but yes.

Q.   But before you gave Dr. Grala permission to sign it, you reviewed it and approved it?

A.   Yes.

Q.   So this bolded statement here points out that the committee did not reach an agreement on each of the particular reasons for termination.  Do you agree with that assessment?

A.   I do.

Q.   Okay.  But it finds by a majority vote that the university has cause to terminate Dr. Zhang due to conduct.

A.   Yes.

Q.   Okay.  And then it says that four panel members voted in favor of this recommendation, three voted against, and none abstained, correct?

A.   Yes.

Q.   And it's my understanding that you were one of the panel members that voted in favor of the recommendation.

A.   Correct.

Q.   Now, it also says that the hearing panel identified several irregularities relating to 2021 and 2022 annual reviews.

A. Yes.

Q. Do you agree with that assessment?

A. I do agree with that assessment.

Q. Okay. And then it says that "the panel recommends establishing the other faculty panel, consisting of faculty with experience in Dr. Zhang's area, etc., to determine if those rankings were consistent with his performance." In a nutshell, that's what it says, correct?

A. Correct.

Q. Did you agree with that recommendation?

A. I did.

Q. And did you think it was important for there to be an additional review of the 2021 and 2022 annual reviews?

A. Out of everything in the hearing, I felt like that particular item, the annual reviews, was the thing that probably needed the most review and needed to be looked at again by the university.

Q. And why is that?

A. Well, there was a change in department chair, department head. From one year to another there were long periods of time where -- or there was a long period of time before the actual annual review took place. And I'm going off my

40

recollection of what happened --

Q. Let me -- let me jog your memory, so you don't... let's see. I think this paragraph probably speaks to it if you want to read it for a second to refresh your recollection. On page 4. The bullet point that spans from page 4 and 5 of this document.

A. Okay. (Reviewing document.) Yes. So I'm just going to go kind of point by point, if that's okay. We felt like --

Q. I think I can short-circuit for you because -- just to be respectful of your time. So do you agree with everything in that bullet point?

A. Okay. Let me just read the whole thing.

Q. Okay.

A. (Reviewing document.) Yes, I do agree with everything in there.

Q. Okay. Based on your recollection -- and feel free to review anything you need to -- is there anything in this document that you do not agree with?

A. No.

Q. Okay.

A. I think we did a really good job of making sure we were all comfortable with the document

41

before it was submitted.

Q. Okay. So back to this statement here on page 2, four panel members voted in favor, three voted against, and none abstained.

A. Yes.

Q. So as I understand it, the vote was whether -- the positive affirmative vote that passed by majority was this bold here, that the university had cause to terminate Dr. Zhang due to conduct.

A. Okay.

Q. Is that accurate?

A. Yes. That's my understanding, yeah.

Q. And so there never was a majority affirmative vote that Dr. Zhang had engaged in contumacious conduct. Is that right?

A. Again, it would be super helpful to me if I could have a jog of my memory of what the definition of contumacious is.

MR. BRAGG: Ashlyn, are you aware of one in the policies or...

MS. MATTHEWS: I would have to look. Off the top of my head, I don't know.

MR. BRAGG: I tell you what, I think I can -- I think I'm allowed to refresh the

42

witness's recollection. And so I'm just going to Merriam-Webster here. Do you have an objection to me showing her that?

MS. MATTHEWS: No. I mean, we can just acknowledge this is the definition from online Merriam-Webster.

MR. BRAGG: Merriam-Webster, yeah.

MS. MATTHEWS: And not knowing --

MR. BRAGG: Don't want to be rude and not get her a definition if she wants a definition.

THE WITNESS: I feel like I can better answer your questions --

MR. BRAGG: Yeah.

THE WITNESS: -- if I have that.

MR. BRAGG CONTINUED:

Q. So I'm just going to represent you that as far as refreshing your recollection, this is -- I just did a Google search, and this is what came up on merriam-webster.com. Contumacious, looks like -- hang on. Why is the Internet so difficult?

Oh, okay, I think the synonym there is -- it's just like a see below. This is the definition part. All right. Does that...

A. Your screen, I'm not seeing what you're seeing.

43

Q. Where it says "stubbornly disobedient, rebellious"?

A. Your screen is not sharing.

Q. Oh, I'm sorry.

A. That's okay. Okay. Yeah, rebellious, stubbornly disobedient. Yeah, that helps. Okay. If you can also repeat your question now.

Q. Yes. Okay. So let me get back to the document. Okay. So as I understand it, there was no affirmative majority vote that Dr. Zhang had engaged in contumacious conduct. Is that consistent with your understanding?

A. I believe that we did believe -- think that he had been contumacious in his conduct. Whether or not that was a semantics issue with the committee on whether they wanted to use that word in the opinion or not, I don't recall. And -- but my recollection is that the majority of us felt like his conduct was contumacious.

Q. Okay. But --

A. But --

(SIMULTANEOUS SPEAKING.)

COURT REPORTER: Okay, okay, okay. She was not finished with her answer.

MR. BRAGG CONTINUED:

44

Q. I'm sorry. Go ahead.

A. Sorry. I was just saying that I do see -- I do agree that we didn't put that word in our response.

Q. Okay. And I think the word does appear later when we're looking at the traffic counts assignment.

A. Okay, yes.

Q. On bullet point 3?

A. Yes. Yes. "Clear case of contumacious conduct."

Q. Okay. So it looks like the committee reviewed the project description from the syllabus?

A. Yes.

Q. Do you know whether -- in the instance in that semester when the traffic count project was being issued and carried out, do you know whether Dr. Zhang was doing it in the exact way prescribed in the syllabus, or whether he had developed an alternative approach for purposes of safety?

A. Unfortunately, I just don't recall.

Q. Okay. So looks like the committee was really focusing on the syllabus.

A. Uh-huh (affirmative response).

Q. Is that consistent with what you recall?

45

A.   Yes.

Q.   And I think the syllabus is something that was provided after the testimony?

A.   Sounds correct.

Q.   Did anyone ever suggest following up with Dr. Zhang to find out if the assignment was consistent with what was in the syllabus?

A.   I do know that there were questions -- a lot of questions in our committee about whether he did what the syllabus said he was going to do, etc. Now, did we reach out to him or discuss reaching out to him, I feel like we did discuss reaching out to him.  Whether we did or not, I do not -- I don't recall.

Q.   The committee never heard from Dr. Zhang after the final day of the hearing on June 5th.

A.   Okay.

Q.   Is that right?

A.   To my knowledge, I don't remember hearing from him.

Q.   That would be a fairly significant fact if it turned out that Dr. Zhang had modified the project so that it would be a safe project.  That would have been a significant thing to know.  Do you agree with that?

46

A. I see what you're saying. I think what we boiled our decision down to was the fact that he was told not to do it, and he did it anyway. Which resulted in the contumacious behavior.

So whether he followed what was in his syllabus or not was negated -- we felt like it was negated by the fact that they told him not to do it directly, and he did it anyway.

Q. Okay. Hang on one second. Give me about five minutes. I'm going to go off the record, and I think we'll be finished fairly soon.

A. Okay.

(OFF THE RECORD.)

MR. BRAGG CONTINUED:

Q. Okay. Kelli, I wanted to confirm -- earlier you mentioned something about your role not involving research. Is that accurate? Your job description does not have a research component?

A. That is correct.

Q. It's an instruction component?

A. Correct.

Q. A hundred percent instruction.

A. Yes.

Q. Okay.

MR. BRAGG: I think that's all I

have.  Do you have anything, Ashlyn?

MS. MATTHEWS:  Nothing for me.

(DEPOSITION CONCLUDED APPROXIMATELY 2:34 P.M.)

(READING AND SIGNING WAS NOT WAIVED.)

48

CERTIFICATE OF REPORTER

I, BETHANY CAMMACK, Certified Shorthand Reporter and Notary Public for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings, as taken by me at the time and place indicated, and later reduced to typewritten form under my supervision and to the best of my skill and ability.

I further certify that I placed the witness under oath to tell the truth and that all answers were given under that oath. I further certify that the witness has chosen the right to read and sign the deposition.

I further certify that I am not in the employ of or related to any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of this case.

Witness my signature and seal this the 19th day of January, 2026.

BETHANY CAMMACK, CSR
CSR NO. 1526
My Commission Expires May 5, 2027

49

ERRATA SHEET

I, KELLI ANTHONY, do solemnly swear that I have read the foregoing _____ pages and that the same is a true and correct transcript of the testimony given by me at the time and place hereinbefore set forth, with the following corrections:

Page:  Line:  Correction:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
KELLI ANTHONY

NOTARIZATION

I, _____, notary public for the

State of Mississippi, _____ County, do

hereby certify that Kelli Anthony personally

appeared before me this _____ day of _____,

2026, at _____, Mississippi.

My Commission Expires:_____

_____
(NOTARY PUBLIC)

**'24** 15:20,21,23

**'26** 15:21

**'98** 11:1

**12th** 10:18

**19th** 48:20

**22nd** 24:19 25:9

**25ci123cv441ahw** 5

**29th** 22:15 23:19 24:4,8 25:5 (5)

**2c** 2:4

**3rd** 20:20 21:5 22:18

**5th** 20:20 22:18 45:16

**ability** 27:24 28:1,3 48:9 (4)

**able** 26:6 27:7 28:8 29:14 37:12 (5)

**about** 6:20 8:13,25 12:18 16:2,7 17:14 18:4,11,24 19:14,16,18 20:12,17 22:9 23:16,17 26:22 27:1,2 29:21,22 31:13,14,15,22,24 32:1,9,13 33:23,25 35:2,8 45:9 46:9,16 (38)

**above** 28:1 48:4

**absolutely** 8:18 34:15 35:23

**abstained** 38:17 41:4

**academic** 16:3 17:11

**academy** 10:18,19

**access** 9:17 22:11 24:11 26:16,19,23 27:5,7,15,20 28:14,15 29:3,4 (14)

**account** 26:16 27:8,21 28:16 (4)

**accurate** 22:18 35:7 41:12 46:17 (4)

**acknowledge** 42:5

**actual** 15:5 39:24

**actually** 16:15 25:22 29:13 33:12 (4)

**additional** 39:14

**address** 19:4

**administrative** 9:11 17:16 32:7

**advance** 26:5,7

**advantage** 29:2

**advisor** 4:21,13

**affirmative** 18:22 37:4 41:7,15 43:10 44:24 (6)

**after** 9:17 12:8 32:10,14,24 33:10 45:3,16 (8)

**again** 12:5 20:21 25:13 34:2 35:19 39:19 41:17 (7)

**against** 6:15 38:17 41:4

**ago** 12:7

**agree** 38:9 39:2,3,11 40:13,16,21 44:3 45:25 (9)

**agreement** 38:7

**ahead** 44:1

**alabama** 10:23 11:2,7

**allowed** 13:12 41:25

**already** 15:11 20:4

**also** 2:11 16:22 17:20 22:4 35:3 38:23 43:7 (7)

**alternative** 44:20

**am** 16:15 48:15

**amatthews@winfieldlawfirm com** 2:9

**amend** 31:21

**among** 26:22

**annual** 38:25 39:15,17,24 (4)

**another** 7:6 23:13 31:9,12 33:13 39:22 (6)

**answer** 7:12,18 17:6 20:11 27:10,13 28:24 29:15 34:2,8 42:12 43:24 (12)

**answered** 15:12

**answering** 32:18 33:24

**answers** 4:1 48:12

**anthony** 12 3:8 6:1,9 37:6 49:1,16,20 (8)

**anyone** 19:19 45:5

**anyone's** 31:23

**anything** 11:10 13:14 18:2,11 19:14 37:14 40:19,20 47:1 (9)

**anyway** 46:3,8

**appeal** 4:6,11 5:9

**appear** 44:5

**appearances** 16 2:1

**appeared** 49:21

**appearing** 19

**approach** 44:20

**approval** 14:12

**approved** 12:20 38:4

**approximately** 47:3

**april** 25:9,9

**are** 12:3,14,16 14:19 15:4 18:21 29:8,12 34:16 41:20 (10)

**area** 39:7

**around** 16:5 18:8 19:5 35:17 (4)

**arts** 14:6

**ashlyn** 2:7 41:20 47:1

**ask** 7:18,19,23,23 8:3,14,25 18:23 19:19 21:7 22:22 23:16 37:25 (13)

**asked** 7:19 20:1,5 23:1 28:7 32:23,25 33:1,5 34:7 (10)

**asking** 9:24 19:23 23:17 28:10 29:1 30:11 34:2 36:2 (8)

**asks** 28:18

**assessment** 38:9 39:2,3

**assignment** 44:7 45:6

**assistant** 16:24

**assume** 8:4

**authority** 17:14

**availability** 19:20,24 22:22 23:2 (4)

**available** 20:6

**avenue** 2:4

**aware** 15:5 34:16,19 41:20 (4)

**away** 27:25

**back** 8:19 32:16,21 33:21 41:2 43:8 (6)

**background** 9:22 10:9

**banner** 26:15 27:7,20 28:15 (4)

**based** 22:19 34:5,8 35:6 40:18 (5)

**basically** 9:6 12:3 21:3 34:4,7 (5)

**because** 8:1 12:11 25:22 27:23 28:18 31:19 35:13 40:12 (8)

**before** 6:17 7:12 17:7,25 18:3 19:13,20 20:25 21:16 22:15 24:8 25:5 26:8 29:17 30:14,21 31:1 34:13,19 37:25 38:3 39:24 41:1 49:21 (24)

**beginning** 18:8 19:6

**behalf** 37:20

**behavior** 46:4

**being** 12:8 17:15 23:24 26:25 29:14 34:8 36:11,17 44:17 (9)

**believe** 13:4 14:24 15:18,20,22,23 18:8 21:13 34:1 36:14 37:1,19 43:13,13 (14)

**below** 42:22

**best** 7:11 23:3 48:9

**bethany** 24 48:2,24

**better** 42:12

**between** 12:17

**binder** 26:1,3

**bit** 9:22,23 12:22 24:16 31:14 32:9 (6)

**board** 7

**boiled** 46:2

**bold** 41:8

**bolded** 37:22 38:6

**born** 10:1,2,3,12 (4)

**boss** 13:23

**bottom** 25:13 37:5

**bragg** 2:3 3:9 4:7 6:5,13 8:22 27:12,17 28:21,23 30:8 41:20,24 42:7,9,13,15 43:25 46:14,25 (20)

**bragglaw** 2:3

**break** 7:16,19 35:13

**brecken** 4:6

**brief** 9:5 26:25

**bring** 18:14

**broadly** 29:6

**brown** 2:7 16:19,21

**bullet** 40:6,13 44:9

**caitlyn** 23:3

**calendar** 20:24

**call** 6:10 16:8,11 23:8,11 (5)

**calls** 28:18

**came** 32:10 33:10 42:18

**cammack** 24 48:2,24

**can** 7:17 8:13 18:25 24:10,17 27:10,11,13,15 28:24 30:3 34:23 35:11,11,18 40:11 41:25 42:4,11 43:7 (20)

**can't** 15:18 18:9 19:24,25 22:21 25:19 34:6 (7)

**canceled** 20:17

**cannot** 24:13

**care** 24:23 25:13

**carried** 44:17

**case** 5 6:14 21:24 22:20 29:23 30:5,14 32:11 44:10 48:18 (10)

**caucasian** 11:14

**cause** 34:17,17 35:5 36:9 38:12 41:9 (6)

**certain** 16:9 19:25

**certainly** 7:17

**certificate** 3:48 48:1

**certifications** 11:10

**certified** 24 48:2

**certify** 48:4,10,13,15 49:20 (5)

**chain** 15:5,8 23:15

**chair** 39:22

**change** 15:4,5 36:4,11 39:21 (5)

**changed** 12:21,25

**chosen** 48:13

**circuit** 1

**clarification** 8:3

**clarify** 28:25

**clear** 44:10

**college** 14:6,25 15:1 16:8,13,24 (6)

**comfortable** 8:12 37:16 40:25

**commission** 48:25 49:23

**committee** 4:6,9 5:18 14:17,23,25 15:1,4,8,14,16

16:11,16 17:1,8,19,20,23 22:16 25:13 26:13,22 27:19,19 31:11,16,25 35:8,21 37:2,9,13 38:7 43:16 44:12,22 45:9,15 (38)

**committee's** 28:1

**committees** 17:4,5

**communicate** 37:12

**communication** 11:4,8,17 13:25 16:24 19:13 20:4 22:6 (8)

**complete** 20:11

**completed** 10:23

**component** 46:18,20

**composition** 15:4

**compromise** 35:4

**concentration** 11:4

**concluded** 47:3

**conclusion** 33:10,11

**conduct** 34:11 35:3,6,6,17 36:8 38:13 41:10,16 43:11,14,19 44:11 (13)

**confirm** 46:15

**confirmation** 22:10,16

**consider** 17:8

**consistent** 19:11 34:24 39:8 43:12 44:25 45:7 (6)

**consisting** 39:6

**consult** 35:22

**contact** 19:19

**contacted** 19:18

**contain** 48:5

**content** 9:1

**contents** 3:1,3

**continued** 5:1 8:22 27:12,17 28:23 30:8 42:15 43:25 46:14 (9)

**contumacious** 34:11 35:3,6,17,19 36:7 41:16,19 42:19 43:11,14,19 44:10 46:4 (14)

**conversation** 7:6,10 9:5 30:12 (4)

**conversations** 6:20 9:1,3 29:18,22 30:13,15,16 (8)

**copied** 22:4 23:19

**cordial** 7:5

**correct** 10:7 11:22 12:13 14:10 17:18,21,22 20:20,21 21:2,20 23:19,20 24:5,20,24,25 25:5 26:2 32:8 33:15 37:7 38:17,22 39:9,10 45:4 46:19,21 48:5 49:2 (31)

**correcting** 32:5

**correction** 49:4

**corrections** 49:3

**correctly** 32:18

**correspondence** 19:23 21:21 23:9

**could** 13:13 41:18

**couldn't** 31:19

**counsel** 2:5,9 9:2,3,6 24:23 25:14 48:16 (8)

**counsel's** 23:4

**count** 44:16

**country** 37:11

**counts** 44:6

**county** 1 49:19

**couple** 12:23

**course** 9:10

**court** 1 43:23

**cover** 6:22

**csr** 25 48:24

**curious** 30:9

**currently** 11:16

**date** 18 5:16 20:4,6,7 21:6 24:3,19 37:12 (9)

**dated** 25:9

**dates** 19:20 20:21 21:25

**daughter** 10:3

**david** 29:18,19 31:14

**day** 9:14 45:16 48:20 49:21 (4)

**days** 32:7

**dean** 14:7 15:1,2 16:24 (4)

**dean's** 16:23

**december** 11:1 19:1

**decision** 17:12 27:20,22 32:11 33:13 46:2 (6)

**decisionmaking** 15:6 17:14

**defendants** 7 2:9

**definition** 35:18 41:19 42:5,10,10,22 (6)

**definitively** 24:10,13

**degree** 10:22 11:3

**degrees** 11:9

**deliberation** 9:15

**delta** 10:14

**dennis** 31:2

**department** 11:17 13:23,25 14:14,17,19,24 16:15,18,25 39:21,22 (12)

**departmental** 17:4,5

**deponent** 19

**deposing** 6:22

**deposition** 12 6:16 8:24 9:7 47:3 48:14 (6)

**depositions** 6:25 18:15 21:8

**describe** 11:12

**description** 4:2 5:2 44:13 46:18 (4)

**detailed** 13:20

**details** 27:2

**determination** 32:19

**determine** 39:7

**developed** 44:19

**dictionary** 35:22

**didn't** 8:3 26:4,7 33:6 44:3 (5)

**different** 15:6 36:2

**difficult** 42:20

**diploma** 10:19

**direct** 14:5 28:5

**directly** 13:22 14:6,8 31:11

46:8 (5)

**disagreement** 35:2

**discuss** 45:11,12

**discussed** 32:21

**discussion** 26:21,25 32:16 33:12,21 35:9,16 (7)

**disobedient** 43:1,6

**district** 1

**document** 5:10 13:18 23:13 25:8,20 33:3,7 38:1 40:7,8,16,20,25 43:9 (14)

**documentation** 9:10 32:23

**documents** 9:3,8,12,14,17 25:18 28:4,8,11 29:3 32:25 34:3 (12)

**does** 7:13,24 12:20 14:12,13 27:4 28:12 42:23 44:5 46:18 (10)

**doing** 44:18

**done** 9:8 13:14

**down** 18:25 21:17,18 24:16 26:13 35:13 46:2 (7)

**dr** 2:11 5:9 6:14 13:24 14:5,5,8,9 17:16,20,25 18:17 19:15 21:12,16,19 22:4,5 23:22 24:7,15 26:15,18,23 27:6,20 28:14 30:12,20 31:2,4,6,8,13 35:2 37:3,17 38:3,13 39:7 41:9,15 43:10 44:18 45:6,15,22 (47)

**dropbox** 23:25 24:2

**due** 38:13 41:9

**during** 9:10,15 19:9 27:1 33:5 (5)

**duties** 15:22

**e** 2:3

**each** 32:16,20 36:15 38:8 (4)

**earlier** 25:3 31:22 46:16

**east** 2:8

**educational** 10:9

**eighth** 10:17,17

**elected** 15:23 16:5

**else** 22:6

**email**
4:3,9,5,12,15,9,18,11,21,13,24
5:4,16,7 9:19 18:16,24,25
19:2,4,4,23 21:11,15 22:19
23:8,10,15,17,19 24:3,10 26:16
27:7,21 28:15 37:13,19 (38)

**employ** 48:16

**employee** 17:14

**employees** 29:10

**employment** 5:12

**engaged** 35:2 41:15 43:11

**entire** 13:6

**errata** 3:49 49:1

**established** 27:15

**establishing** 39:5

**etc** 39:7 45:10

**ethnicity** 11:13

**even** 32:24

**eventually** 14:14

**ever** 6:16 16:25 17:7,8,13
25:16 26:18,21 27:19,22
30:17,22 31:2 45:5 (14)

**every** 6:22

**everyone** 22:5

**everything** 12:25 39:16
40:13,17 (4)

**exact** 44:18

**exactly** 22:20 35:15,24
36:17,20 (5)

**examination** 3:8 6:4

**examined** 6:3

**example** 36:10

**except** 9:19 13:7

**exchange**
4:3,9,5,15,9,18,21,13,24
5:4,16,7 (12)

**excuse** 19:19

**exhibit**
4:1,6,9,12,14,15,18,21,24
5:1,4,7,10 8:10 18:15,16
21:8,11 23:13 25:8,23 26:3
36:23 (23)

**exhibits** 4:3 8:7

**expected** 5:16

**experience** 39:6

**expires** 48:25 49:23

**extension** 4:12

**extent** 27:10

**fact** 45:21 46:2,7

**faculty** 11:19 13:7 14:20,20
39:5,6 (6)

**fair** 27:4 29:16

**fairly** 45:21 46:11

**fall** 15:20,20,21

**far** 26:5 28:2 42:17

**favor** 38:16,20 41:3

**february** 18:14 19:10 20:13

**feel** 8:11 40:19 42:11 45:12
(4)

**felt** 27:23 37:16 39:16 40:10
43:18 46:6 (6)

**few** 8:7 33:1

**field** 28:13

**filed** 6:15

**filling** 11:13

**final** 33:13,18,19,21,22 37:1
38:1 45:16 48:18 (9)

**find** 35:4 45:6

**finding** 9:16

**finds** 38:11

**fine** 6:12 20:11

**finish** 7:12 10:24

**finished** 43:24 46:11

**firm** 2:7

**first** 1 12:7,14,15 14:17
15:7,15,19 16:15 17:13
18:4,6,10,11,25 19:9 21:11
22:23 23:16,17 24:11,15 31:24
36:7 (24)

**fist** 15:22

**five** 12:17 13:13 46:10

**focus** 13:16

**focused** 13:13

**focusing** 44:23

**folks** 18:19

**followed** 46:5

**following** 22:17 45:5 49:3

**follows** 6:3

**followup** 4:24

**followups** 30:11

**foregoing** 48:5 49:2

**forgive** 32:3

**forgotten** 31:23

**fork** 10:14

**form** 27:10 48:8

**forth** 32:16,21 49:3

**forward** 22:5,17

**four** 12:3 13:4 38:15 41:3 (4)

**free** 40:19

**full** 6:6 48:5

**further** 48:10,12,15

**gave** 9:16 37:18 38:3

**geared** 13:8

**general** 23:4 24:23 25:14

**get** 8:17 13:3,19 15:13,25 33:6 42:10 43:8 (8)

**getting** 24:1 26:8

**give** 6:21 27:11,20,24 28:19 46:9 (6)

**given** 6:16 20:17 26:19 48:12 49:3 (5)

**go** 6:20 10:10 22:17 28:3,8 36:1 37:11,21 40:9 44:1 46:10 (11)

**goes** 14:16,23,24

**going** 7:8,15 8:3,8 9:22 10:17 12:14 14:11 18:23 19:9 20:25 21:1 22:10,17 23:12,13,16,16 25:7 26:13 28:17 30:11 34:22 39:25 40:9 42:1,16 45:10 46:10 (29)

**good** 7:3,15,21 8:20 34:17 40:24 (6)

**google** 42:18

**gosh** 18:6

**got** 8:7 10:18,21 17:7 25:22 37:22 (6)

**gotten** 12:12

**grade** 10:16,17,18

**grafton** 2:3 4:7 6:13

**grafton@graftonbragglawcom** 2:5

**grala** 18:17 23:18 37:5,17 38:3 (5)

**grala's** 22:4

**green** 31:4

**greenwood** 10:2,4,6,7,10 (5)

**group** 5:10

**guess** 10:11 13:21 16:9,20 25:25 27:11 28:6 29:15 (8)

**guidance** 22:9

**guys** 32:10 33:19 36:3

**half** 10:21

**hands** 27:23

**hang** 42:20 46:9

**happen** 29:10

**happened** 18:11 33:18 40:1

**happy** 15:10 21:17

**has** 12:11,21 15:3 21:25 29:13 38:12 48:13 (7)

**haven't** 9:8,20

**having** 6:2 7:5 31:22

**he** 14:6 19:8 21:23,25 22:9 29:4 34:4,4,8 37:17 43:14 44:19 45:9,10 46:2,3,5,8 (18)

**head** 13:23 14:14,24 39:22 41:23 (5)

**hear** 35:15

**heard** 45:15

**hearing** 9:11,15 17:16 18:7,10 19:9,20 20:13,19 21:4,16,24 22:10,17 25:23 26:6,8,9 27:2 28:7 29:17 30:21,23 31:2,9,12,15 32:1,7,10,15,19,24 33:6,6 34:14,20 37:10 38:23 39:16 45:16,19 (42)

**help** 18:14

**helpful** 41:17

**helps** 43:6

**her** 28:18 29:22 30:16,16 31:10 42:3,10 43:24 (8)

**here** 18:14 23:17 24:14,22 25:22 38:6 41:2,8 42:2 (9)

**hereby** 48:4 49:20

**hereinbefore** 49:3

**hey** 6:10 7:23

**high** 10:10,19

**higher** 7

**highest** 11:23 12:1

**him** 18:2 21:22 27:25 35:5 37:18 45:11,12,13,20 46:7 (10)

**hinds** 1

**his** 18:4 21:24 27:7,21 28:15,15 29:3 39:8 43:14,19 46:5 (11)

**honestly** 15:18 19:25 34:5

**hospital** 10:7

**how** 6:20 8:23 11:12 12:19 14:1 16:5 29:9 32:10,10 37:8 (10)

**howard** 31:6

**however** 29:8

**hrm** 5:20

**hundred** 46:22

**i'd** 9:2 35:15

**i'll** 6:21 8:14,19 18:14,14 21:10,10 24:16 27:9 36:25 (10)

**i'm** 6:13,19,22 8:7 9:21,24 11:16 15:10,21,25 16:10 18:15,20,23 21:16 23:12,13,15,16 25:7 26:13 27:14 28:17 30:3,9,10 34:22 35:12 39:25 40:8 41:25 42:1,16,24 43:4 44:1 46:10 (37)

**i've** 7:19 8:7 30:15,19 (4)

**identified** 38:24

**ihl** 6:15

**ii** 11:16,23,25 16:22 (4)

**iii** 12:1

**iiis** 12:4,11

**implemented** 12:6

**important** 6:24 39:13

**included** 18:20,21 20:2

**including** 21:13

**index** 3:4 4:1 5:1

**indicated** 48:7

**individual** 31:18

**individually** 29:20

**information** 19:16 20:9,12,17 24:1 29:3 32:21 (7)

**ins** 12:25 13:20

**instance** 44:15

**instituted** 12:2

**institutions** 7

**instruction** 13:8 46:20,22

**instructor** 11:16,21,23,25 12:1,2,4,6,11 14:12 16:15,22 (12)

**instructors** 14:22

**interaction** 30:19

**interactions** 17:24 30:2,4

**interest** 48:17

**internet** 42:20

**interrogatories** 4:5

**into** 10:17 13:19

**involving** 46:17

**irregularities** 38:24

**irrelevant** 9:24

**is** 4:3 6:24 7:4,8,20 8:1,13,16 9:7,11,23 10:9 11:6,15,20,23,24,25 12:1,19,22 13:21,21,23 14:5,7,17 15:2,8,21 16:8,21,22,23 17:20 18:11,16,25 19:4,10,22 20:1,10,10,14 21:1,8,12,19 22:18 23:15,21 24:3,22,23 25:8 28:21 33:11,22 34:8 35:7,14 37:1 39:20 40:19 41:12,16,19 42:5,17,18,20,21,22 43:3,11,18 44:25 45:2,18 46:17,19 49:2 (83)

**isaac** 31:6

**issue** 43:15

**issued** 44:17

**item** 39:17

**its** 26:22 27:6 28:4

**january** 18 16:1 48:20

**jason** 30:18

**joan** 23:18,21 29:21 30:2,4,13 (6)

**job** 40:24 46:17

**jog** 40:2 41:18

**judicial** 1

**julia** 31:8

**july** 21:3

**jump** 7:6,12

**june** 17:17,25 20:20,20 21:5 22:18,18 45:16 (8)

**just** 6:22 7:5,18 9:6,23 12:1,11 13:6 18:15,23 20:5

21:10 23:16 28:18,25 30:9 35:12,14 37:21 40:9,12,14 42:1,5,16,18,22 44:2,21 (29)

**karyn** 16:19,21

**keith** 30:18,20

**kelli** 12 3:8 6:1,8,8,10,11 37:6 46:15 49:1,16,20 (12)

**kind** 6:20 7:9 10:10 13:17 17:11 33:10 36:2 40:9 (8)

**kitchen** 8:17

**knew** 18:11 20:15 22:20,24 35:24 36:20 37:17,18 (8)

**know** 7:5,17 8:10,25 9:2,19,25 12:24 15:10,19 16:7,18 17:11 19:5 20:2,3 21:6 22:21,21 23:1,5,7 25:1,3 26:2,5,18,20 27:18 29:8,11 30:23 32:9 33:20 34:13,23 36:10,17 41:23 44:15,17 45:8,24 (43)

**knowing** 19:14 42:8

**knowledge** 15:9 18:1 20:21 28:5,6 31:5 45:19 (7)

**lack** 27:15

**last** 9:11,13,14 12:2,23 14:1 15:15 16:2,3 (9)

**later** 8:2 44:6 48:7

**law** 2:7

**learn** 18:4 21:4

**learning** 7

**leaving** 37:11,15

**leflore** 10:6,7

**let** 7:11,17 21:7,11 34:23 35:13 36:1,1,25 40:2,2,14 43:8 (13)

**let's** 13:3 25:21 36:22 37:21 40:3 (5)

**letter** 4:7 25:12,16

**letters** 13:3

**level** 11:24 12:12,19 17:1,11 (5)

**levels** 12:17

**li** 3 2:11

**like** 6:21 9:2 10:8 11:10 13:6,10 15:4 16:9 18:2,19 19:8 20:3 22:15 23:21 26:4 27:23 28:12 30:10 36:6 37:14 39:17 40:10 42:11,19,22 43:19 44:12,22 45:12 46:6 (30)

**likes** 13:24,24 14:3,3,5 (5)

**likes'** 14:5

**line** 49:4

**list** 30:25

**little** 9:22,23 12:22 24:16 31:14 32:9 33:12 (7)

**live** 10:9

**lived** 10:15

**living** 10:11

**long** 7:16 13:18 36:25 39:23,24 (5)

**longer** 23:15

**look** 8:9,10 20:22 24:14 37:1 41:22 (6)

**looked** 9:7,20 34:3 35:19 39:19 (5)

**looking** 22:9 29:7 44:6

**looks** 18:19 19:8 22:15 23:21 26:4 42:19 44:12,22 (8)

**lot** 7:4 9:9 26:5 32:15,22 45:9 (6)

**lucas** 23:18 29:21

**made** 14:18 27:22

**madison** 2:4

**main** 2:8

**mainly** 13:12

**majority** 38:11 41:8,14 43:10,18 (5)

**make** 8:12 27:19 35:23

**making** 40:24

**many** 25:18,18 27:2

**marked** 4:3 25:9

**master's** 10:22 11:2,6

**material** 4:257998

**materials** 22:12 24:12 26:24

**matter** 9:10,12 48:17

**matthews** 2:7 27:9,14 28:17 30:6 41:22 42:4,8 47:2 (9)

**may** 9:1 15:3 22:15,23 23:18 24:3,8,19 25:5 26:6 32:25 48:25 (12)

**maybe** 16:9,19 29:7 32:24 33:4 36:6,6 (7)

**mcphail** 6:8

**me** 7:17 8:16 9:6,24 10:8 12:18 16:5 18:24 19:19 21:7 22:22 25:12 29:1 31:14 32:3 33:25 34:23 35:13,18 36:1,1 37:8 40:2,2,14 41:17 42:3 43:8 46:9 47:2 48:6 49:3,21 (33)

**mean** 19:3 42:4

**means** 11:18 35:19

**meant** 8:5 35:24

**media** 11:17 13:25

**meeting** 5:7 18:2 33:16,19,20 (5)

**member** 11:19 27:18

**members** 4:17 26:22 38:16,20 41:3 (5)

**memory** 40:2 41:18

**mentioned** 46:16

**mentions** 21:23

**merriamwebster** 42:2,6,7

**merriamwebstercom** 42:19

**message** 23:10

**met** 6:13 32:14

**middle** 7:20 21:3

**might** 7:6 30:25 31:21

**mind** 6:10 21:18

**mine** 13:7

**minutes** 46:10

**mississippi** 1,6,7,19,25 2:39110,39759 4:1 6:15 10:2,4,14,20,24 11:3 17:15 27:5 28:3,7,13 31:19 48:4 49:19,22 (24)

**modified** 45:22

**monetary** 48:17

**more** 13:7 32:23 33:12 35:12 (4)

**morrison** 31:8

**most** 39:18

**move** 36:1

**moved** 10:13,16

**ms** 27:9,14 28:17 30:6 41:22 42:4,8 47:2 (8)

**msu** 4:8,11,257998,20,23,258578 5:258552,6,258655,258504 12:4 26:16 27:7,21 (14)

**multiple** 32:14 33:9,14 35:20 36:3 (5)

**my** 8:17 10:11,15,18,21 13:23,23 15:2,9,15,22 16:14 17:10,10 18:1 19:4,22 20:1,21 21:2 22:20,22,23 23:3,11 25:12 29:1,1,14 31:5,21,24 33:11 34:8 35:1 36:16 37:10,15,18,19 38:19 39:25 41:13,18,23 43:18 45:19 48:8,9,19,25 49:23 (52)

**name** 6:6 14:2 24:22 25:12 (4)

**names** 22:12

**necessarily** 35:7

**need** 7:16 8:9 18:24 30:25 31:21 36:25 40:19 (7)

**needed** 4:8,17 39:18,19 (4)

**negated** 46:6,7

**never** 6:18 18:1 20:16 29:19 30:10,12,19 31:3,10,10 41:14 45:15 (12)

**next** 7:4 12:19 20:15,19 36:8 (5)

**no** 5,25 11:11,25 12:3,10 14:21 15:8 17:2,10 19:16,16 24:9,9,13 29:16,25 30:19 31:7 32:4 33:17 40:22 42:4 43:10 48:17,1526 (26)

**nobody** 12:11

**nods** 6:25

**noes** 7:1

**nominated** 16:12,14,17

**none** 38:17 41:4

**normal** 7:10

**notarization** 49:17

**notary** 48:3 49:18,25

**noted** 16 28:22

**nothing** 47:2

**notice** 18:5

**now** 8:23 12:22 14:11 15:6 16:23 38:23 43:7 45:11 (8)

**number** 4:2 5:2 16:9

**nutshell** 39:9

**oath** 48:11,12

**object** 27:9 28:18

**objection** 28:21 42:2

**obvious** 7:8

**obviously** 9:9

**occurrence** 18:2

**off** 8:21 39:25 41:23 46:10,13 (5)

**office** 16:23 23:4,6

**oh** 42:21 43:4

**once** 9:15

**one** 6:24 7:6,18 12:19 15:19 16:10,10 18:24 24:22 26:11,14 31:1 33:2 35:11 36:6 38:20

39:22 41:21 46:9 (19)

**onedrive** 26:16 27:7,21 28:15 (4)

**online** 42:5

**only** 16:7

**opinion** 27:11 28:12,19,24 29:1 43:17 (6)

**other** 7:8,11 9:8 11:9 14:18 17:3,4 26:5 31:15 39:5 (10)

**others** 6:16

**otherwise** 30:1 48:18

**our** 7:11,12 9:16 13:15,16 14:16,17,19,23,24 16:8 19:24 27:23 28:1 32:19 35:8 44:3 45:9 46:2 (19)

**ours** 13:7

**out** 11:13 16:8,11 18:14 27:23 37:11 38:6 39:16 44:17 45:6,11,12,12,22 (14)

**outcome** 48:18

**outs** 12:25 13:20

**outside** 13:3,5 29:7

**over** 7:6 12:23 15:11 32:15 33:7 (5)

**own** 28:4

**p&t** 14:23,25 15:1 16:16 17:1,7 25:13 26:13,21 27:19,19 31:15 37:2 (13)

**packet** 13:6,15

**page** 3:2,1,2 6:23 24:15,16 37:22 40:5,6 41:3 49:4 (11)

**pages** 48:5 49:2

**panel** 28:9 38:15,20,23 39:4,5

41:3 (7)

**paragraph** 40:3

**parents** 10:11

**part** 31:10,12,15,22,25 32:16 34:14 42:23 (8)

**participation** 4:15

**particular** 25:20 38:8 39:17

**party** 48:16

**passed** 41:8

**people** 12:8,16 14:18 15:25 16:10,12 21:12 37:10 (8)

**percent** 19:25 46:22

**performance** 39:8

**period** 39:24

**periods** 39:23

**permission** 37:19 38:3

**person** 6:22 7:8,12 13:22 (4)

**personal** 17:24 30:1,10,12,13,15 (6)

**personally** 49:20

**pertaining** 9:12

**pertinent** 22:12

**phase** 34:10

**philosophy** 13:17

**phone** 23:8,11

**phrase** 34:13,17,19

**pivot** 36:8

**place** 18 22:11,25 29:13 33:22 39:25 48:7 49:3 (8)

**placed** 48:10

**plaintiff** 3 2:5

**playing** 28:13

**please** 6:6 7:23 32:3

**pm** 20 47:3

**point** 9:17 14:20 27:1 35:4,21 40:6,9,9,13 44:9 (10)

**points** 38:6

**policies** 29:9,12,13 41:21 (4)

**policy** 5:20

**position** 4:11 24:15 25:2,4 (4)

**positive** 41:7

**possible** 8:16 29:12

**postponed** 20:18

**preliminary** 6:21

**preparation** 9:8

**prepare** 8:24

**prescribed** 44:18

**present** 2:11

**previous** 13:13

**previously** 4:3

**primary** 13:23

**prior** 21:22 37:15

**probably** 13:11 16:19 37:13 39:18 40:4 (5)

**proceedings** 48:6

**process** 12:18,21,24 13:2 14:12 16:6,7 25:18 27:1 (9)

**progressed** 12:23

**project** 44:13,16 45:23,23 (4)

**promoted** 14:18,21,22 15:7 (4)

**promotion** 12:2,6,8,17,19 13:6,12 14:13,16 15:14 (10)

**proposed** 19:14

**provide** 28:9 35:18

**provided** 33:5 45:3

**providing** 28:11

**provost** 14:9,15 15:2

**public** 11:5 48:3 49:18,25 (4)

**pull** 8:8 23:12,13 28:3,8 36:22 (6)

**purpose** 9:24

**purposes** 44:20

**put** 13:5,14 16:8,11 44:3 (5)

**question** 7:13,18,20,22 8:4 27:16 28:25 32:17 33:24 43:7 (10)

**questionnaire** 11:13

**questions** 8:15 15:11 32:22 34:7 42:12 45:8,9 (7)

**race** 11:12

**rackley** 23:4

**ranking** 17:11

**rankings** 39:8

**rather** 6:25 35:15

**reach** 38:7 45:11

**reaching** 45:11,12

**read** 40:4,14 48:14 49:2 (4)

**readers** 8:17

**reading** 8:2 47:4

**really** 6:24 13:14 20:16 27:25 30:9 40:24 44:23 (7)

**reason** 7:17 8:1

**reasons** 38:8

**rebellious** 43:2,5

**rec** 19:16

**recall** 19:1,3,14 20:4,8,10 21:15 23:10,24 24:1 25:6,17 26:10 27:2 28:10 32:13,14 33:7 34:10 35:14,16 36:11,13,19 43:17 44:21,25 45:14 (28)

**receive** 25:16 26:4,7

**received** 20:3 24:11 25:2,4,17,19,25 26:7 (8)

**receiving** 19:1,3 21:15 24:6 (4)

**recently** 38:2

**recipients** 24:23

**recognize** 24:14

**recollection** 19:11,22 20:1 22:20 23:3,11 24:6,9 33:11 36:16 40:1,5,18 42:1,17 43:18 (16)

**recommendation** 4:6 5:18 13:4,21 37:2 38:16,21 39:11 (8)

**recommendations** 13:5

**recommends** 39:5

**record** 6:7 8:21 46:10,13 (4)

**reduced** 48:7

**refresh** 40:5 41:25

**refreshing** 42:17

**regarding** 4:5 31:18 37:2

**regular** 7:5

**regularly** 16:11

**related** 21:24 48:16

**relating** 38:24

**relations** 11:5

**relayed** 19:8

**remember** 15:17 18:9 20:14 21:21 26:6,8,25 32:17,24 33:2 34:6 35:17 45:19 (13)

**remotely** 6:2

**repeat** 27:15 30:3 43:7

**rephrase** 7:24

**report** 13:22 14:5

**reporter** 24 43:23 48:1,3 (4)

**reports** 14:6,8

**represent** 6:14 21:10 42:16

**representative** 16:16

**request** 4:12,18 5:4 26:15 (4)

**requesting** 26:12

**rescheduled** 20:13

**research** 13:9 46:17,18

**respectful** 40:12

**response** 7:3 18:22 22:4,5 37:4 44:4,24 (7)

**resulted** 46:4

**review** 21:11 39:14,18,25 40:19 (5)

**reviewed** 9:3,9,12,13 37:25 38:4 44:13 (7)

**reviewing** 40:8,16

**reviews** 38:25 39:15,17

**rick** 14:7

**right** 7:4 8:19,23 15:13,21 21:1 23:12 25:7 32:7 35:10 36:6,22 37:21,22 41:16 42:23 45:18 48:13 (18)

**robert** 18:17 23:18 31:4 37:5,17 (5)

**role** 11:15 46:16

**rolling** 10:14

**roughly** 21:16

**round** 12:7,15 15:22 18:10 (4)

**rude** 42:9

**run** 8:16

**rush** 4:6

**rushed** 8:11

**safe** 45:23

**safety** 44:20

**said** 13:10 14:4 16:17 21:19 25:3 27:3 30:10,11 33:23 36:2 45:10 (11)

**same** 6:23 15:9 33:16 36:14 49:2 (5)

**sat** 31:11 32:6

**say** 6:25 7:8,23 12:5,10 15:18

16:1 22:21 24:10,13 25:19 29:6 35:11 (13)

**saying** 35:12 44:2 46:1

**says** 24:21 37:5 38:15,23 39:4,9 43:1 (7)

**schedule** 18:10 19:6

**scheduled** 20:15,16,19 21:5 37:10 (5)

**school** 10:10,19 16:3

**sciences** 14:7

**screen** 8:9,15 42:24 43:3 (4)

**scroll** 18:24 21:17 24:16

**scrolling** 21:18

**seal** 48:19

**search** 42:18

**second** 11:25 19:10 31:1 40:5 46:9 (5)

**see** 8:8 13:3 21:23 22:3,6,13 24:17 25:8,12,14 26:14 40:3 42:22 44:2 46:1 (15)

**seeing** 42:24,25

**seem** 28:12 29:7

**seems** 22:19

**seen** 8:14 26:3

**semantics** 43:15

**semester** 44:16

**sending** 23:21

**sensitive** 4:18 9:23

**sent** 19:22 23:24

**seriously** 35:25

**serve** 16:10,25 17:3,4 (4)

**service** 13:8,16

**set** 8:23 18:7 19:21 20:5,6,7 49:3 (7)

**seventh** 10:16

**several** 12:7 18:19 21:12 38:24 (4)

**shakes** 6:25

**share** 8:15 25:7

**sharing** 43:3

**shaw** 14:9 29:18,19 30:12 31:14 (5)

**she** 16:22,22,23 31:9,11,12 42:10 43:24 (8)

**sheet** 3:49 49:1

**shortcircuit** 40:11

**shorthand** 24 48:2

**shortly** 10:13

**should** 12:15 17:9 26:23,23 (4)

**showing** 18:15 26:9 42:3

**sign** 38:4 48:14

**signature** 4:3 48:19,23

**significant** 13:15 45:21,24

**signing** 47:4

**similar** 17:3

**simultaneous** 43:22

**since** 12:25 14:21 29:2

**situation** 7:11

| | | |
|---|---|---|
| **skill** 48:9 | **specifically** 19:4 33:2 36:12,20 (4) | **sufficiently** 7:7 |
| **skipping** 15:11 | **speculate** 28:19 | **suggest** 45:5 |
| **small** 10:13 | **spell** 14:1 | **suite** 2:4 |
| **so** 6:23,24 9:9,23 10:8,11 11:23 12:3,10,20,21 13:12,19,21 14:4,11,16 15:12,24 16:4,22 17:13 18:13 19:8 20:11,16,19 21:3 22:15 24:16 25:21,25 26:4,11 28:12,25 29:11,12,14 31:1,21,25 32:6,13,20 33:14,18,23 34:10 35:12,16,25 36:2,6 37:8,9,22 38:6 40:2,8,12 41:2,6,14 42:1,16,20 43:8,9 44:12,22 45:23 46:5 (73) | **spoken** 29:19 30:17,22 31:2,10 (5) | **super** 41:17 |
| | **spring** 15:23 16:4,5 | **supervision** 48:8 |
| | **stance** 37:18 | **sure** 6:19 8:12 9:5 15:19 16:10 18:9 22:21 25:19 26:2 27:14 35:12,23 40:25 (13) |
| | **starkville** 19 10:16,18,19 (4) | **swear** 49:1 |
| | **start** 12:20 23:17 | **sworn** 6:2 |
| | **starts** 12:21 | **syllabus** 44:13,19,23 45:2,7,10 46:6 (7) |
| **social** 30:16 | **state** 6,7 6:6,15 10:20,25 11:3 17:15 27:5 28:3,7,13 31:19 48:3 49:19 (15) | **synonym** 42:21 |
| **solemnly** 49:1 | | **system** 28:4 |
| **some** 6:21 9:22 15:4,11 19:23 24:1 27:1 35:3,21 (9) | **state's** 4:1 | **systems** 27:6 |
| | **statement** 24:7,7,15 25:2,4 31:22 37:23 38:6 41:2 (9) | **table** 3:1 |
| **somebody** 16:17 | | |
| **someone** 8:2 16:14 17:9 23:6 (4) | **statements** 4:20 23:22 | **take** 8:9 10:8 22:10,24 26:11,13 27:25 29:9 33:21 36:25 (10) |
| | **status** 4:9 31:20 32:1 | |
| **something** 19:6 27:24,25 28:19 33:3,5,23 45:2 46:16 (9) | **steps** 29:9 | **taken** 31:22 37:15 48:6 |
| **soon** 46:11 | **still** 15:8 16:1 28:17 32:22 33:3 (5) | **talk** 12:18 33:24 |
| **sorry** 30:3,7 43:4 44:1,2 (5) | **street** 2:8 | **talking** 7:7 16:2 35:8 |
| **sort** 8:14 9:4 10:8 14:13 15:5 (5) | **strike** 27:4 | **teaching** 13:8,16,17 |
| | | **teams** 5:10 23:10 |
| **sounds** 7:21 8:20 45:4 | **stubbornly** 43:1,6 | **tell** 16:5 31:14 34:22 37:8 41:24 48:11 (6) |
| **spans** 40:6 | **studies** 11:8 | |
| **speak** 29:14 | **subject** 36:4,5 | **telling** 9:6 |
| **speaking** 29:6 43:22 | **submitted** 41:1 | **tenure** 11:18 14:17 15:14 |
| **speaks** 40:4 | **submitting** 15:25 | **tenured** 13:7 14:19 |
| **specific** 21:6 28:11 | **sufficient** 17:6 | **tenuretrack** 14:20 |

**terminate** 38:12 41:9

**terminated** 17:9,15 34:5,8 (4)

**terminating** 35:5

**termination** 5:12 18:5 19:15 21:24 29:17 31:23 38:8 (7)

**terribly** 7:16

**terry** 13:24,24 14:1

**terry's** 14:1

**testified** 6:3 30:23 31:14

**testify** 8:13,13

**testimony** 6:16 45:3 49:2

**text** 37:13

**than** 6:25 15:6

**thank** 29:16 32:4

**thanks** 29:16

**that's** 6:12,14 7:9 12:25 13:24 14:4 17:6,22 20:11 21:20 25:9 26:2 28:20 29:14,16 32:4 33:4 34:23 35:10 36:9,16 39:9 40:9 41:13 43:5 46:25 (26)

**theatre** 11:17 13:25

**them** 8:9 21:2 22:22 28:9,11,11 (6)

**there's** 7:3 12:10

**therefore** 10:13

**these** 34:3

**they're** 8:3

**thing** 6:24 7:4 8:14 9:4 10:10 13:17 16:7 20:15 31:24 36:15 39:18 40:14 45:24 (13)

**things** 6:21 16:1

26:5,11,12,19 29:10 33:1 34:6 (9)

**think** 7:15 10:12 18:13 22:3,6 25:3 27:22 31:13 32:17,22 35:21 39:13 40:3,11,24 41:24,25 42:21 43:13 44:5 45:2 46:1,11,25 (24)

**third** 26:14

**those** 13:14 14:19 23:24 24:12 26:19,23 30:24,25 32:20 39:7 (10)

**thought** 14:4

**three** 10:21 12:3 13:4 26:12 32:7 38:17 41:3 (7)

**through** 8:15 10:8,15,18 12:24 13:1,2 14:11,16,24 20:20 21:25 22:18 32:6,20 37:21 (16)

**throughout** 25:18 28:7 32:23

**tier** 11:25 12:1

**time** 20 4:18 9:11,13 14:22 15:17,24 17:13,25 18:6,11 19:5 22:24 24:11 25:2,4 35:12 36:7,9,15,19,20 37:18 39:23,24 40:12 48:7 49:3 (28)

**timeframe** 30:6,7

**times** 7:4 32:14 35:20

**today** 8:24 36:19

**together** 13:6 32:6

**told** 21:2 22:22 37:9,9 46:3,7 (6)

**tons** 17:5

**took** 31:9 33:9,13,14,22 35:24 39:25 (7)

**top** 23:18 41:23

**totally** 31:23

**toward** 13:8

**town** 10:13

**track** 11:19

**traffic** 44:6,16

**transcript** 8:2 48:6 49:2

**travel** 14:13

**travis** 14:7,8

**truax** 31:2

**true** 48:5 49:2

**trust** 9:23

**trustees** 7

**truth** 48:11

**try** 7:11

**trying** 18:7,10 19:6 20:7 (4)

**tuesday** 18

**turned** 45:22

**two** 16:10 34:7

**twofold** 32:17 33:24 34:6

**type** 19:23

**typewritten** 48:8

**uhhuh** 18:18,22 37:4 44:24 (4)

**under** 48:8,11,12

**undergraduate** 10:21

**understand** 7:22,24 8:4 28:2 34:23,24 41:6 43:9 (8)

**understandable** 32:4

**understanding** 15:2 34:9 35:1 38:19 41:13 43:12 (6)

**understood** 7:14 9:21 13:19 16:4 30:17 36:22 (6)

**uneven** 28:13

**unfair** 29:2,8

**unfettered** 27:5

**unfortunately** 20:8 25:6 29:11 44:21 (4)

**university** 6 10:23 11:15 12:9 13:9,11 15:14 16:16 17:7 23:22 29:2,9,13 33:4 34:1 35:5 38:12 39:19 41:9 (19)

**university's** 24:7

**unrelated** 30:5

**until** 21:3 33:6

**up** 8:8 12:8,16 13:11 14:13,14,18 18:7,14 23:12,13 26:9 35:19 36:23 42:18 45:5 (16)

**upcoming** 21:24

**update** 4:9

**us** 18:14 19:23 28:10 33:5 34:2 43:18 (6)

**use** 43:16

**v** 5

**vacation** 21:1

**various** 28:8

**verbal** 7:1,3

**versus** 13:9

**very** 10:13 12:7,15 13:18 23:18 29:12 31:24 35:25 (8)

**via** 18 23:24 24:2 37:13,19 (5)

**video** 37:13

**videoconference** 12

**visa** 31:19 32:1

**vote** 33:13,18,22 37:15,19 38:11 41:6,7,15 43:10 (10)

**voted** 16:12 36:7,9,14,15,18 38:16,17,20 41:3,4 (11)

**votes** 33:9,14 36:3

**voting** 36:4,5,12,21 37:17 (5)

**wait** 12:16

**waiting** 33:3

**waived** 47:4

**want** 8:25 9:25 26:11 30:23 32:9 35:14 40:4 42:9 (8)

**wanted** 35:23 43:16 46:15

**wants** 42:10

**wasn't** 27:24

**way** 14:14 25:21 36:2 44:18 (4)

**we'll** 6:23 46:11

**we're** 7:15 8:23 15:24 44:6 (4)

**we've** 6:13 27:14 37:22

**week** 19:10 21:16 22:18

**weighing** 32:16

**weird** 7:9

**well** 9:15 25:21 33:20 34:1 36:1,9 39:21 (7)

**went** 10:15,17,20 12:8,24

13:1,2,11 16:6 32:20 37:8 (11)

**whatever** 9:20 20:18

**when** 7:7,7 8:8,24 9:11 10:12,16 12:22,24 13:2,11 14:11 15:7,13 16:1 17:19 18:4 20:3 21:4 22:20,24 29:10 31:11 33:22 44:6,16 (26)

**whenever** 18:9

**where** 9:21 10:1,8 12:20,22 13:20 15:25 26:15 37:16 39:23 43:1 (11)

**whether** 17:8 22:11 23:10 25:1 26:18,22 34:4,4 35:2 41:7 43:15,16 44:15,17,19 45:9,13 46:5 (18)

**which** 14:17 18:7 21:12 22:4 46:3 (5)

**while** 27:6

**who** 12:8,16 13:21 14:5,7,18,21,22 16:10,18,21 23:1,6 30:23 31:18 37:10 (16)

**whole** 25:18 26:5 40:14

**why** 20:12,17 34:8 39:20 42:20 (5)

**will** 6:20

**window** 21:2 22:23 37:11

**winfield** 2:7

**winona** 10:12

**within** 16 12:2 18:16 26:21 (4)

**witness** 42:11,14 48:11,13,19 (5)

**witness's** 42:1

**witnesses** 22:12 30:22

**word** 43:16 44:3,5

**work** 7:13,24 31:19

**works** 16:23 23:6

**would** 7:9,18,23 9:13,14,16 11:1,12 13:7 15:20,22 17:10,15 18:13 20:2,22 22:11,24 23:3 26:3 27:5,6 28:13,14 29:6,7 37:12 41:17,22 45:21,23,24 (32)

**would've** 18:6 23:7 25:25

**wouldn't** 9:25 32:24

**writing** 15:25

**written** 23:9 37:18

**x** 34:5 37:11

**y** 34:5

**yeah** 6:12 8:18 15:21,24 21:18 27:18 28:21 29:24 30:25 35:13 36:11 41:13 42:7,13 43:5,6 (16)

**year** 10:16,24 15:15,15,17,25 16:2,3 18:8 19:7 39:22 (11)

**years** 10:21 12:3,7,9,17,23 13:11,13,15 (9)

**yes** 7:14,21,25 12:16 16:3 17:5 19:7,12,22 20:1 21:14,21,22 24:1,18,21,21 25:15 26:3,17 28:10,11 29:5 30:15 31:25 32:1 33:21 34:12,18,21 35:23,25 36:16,20 38:2,2,5,14,18 39:1 40:8,16 41:5,13 43:8 44:8,10,10,14 45:1 46:23 (51)

**yeses** 7:1

**yet** 12:11,12

**you'll** 8:8 15:10 21:23 22:3 24:14 (5)

**you're** 8:12 11:18,21 14:11 16:2 28:25 35:8,12 42:24 46:1

(10)

**you've** 6:19 8:13 15:11

**your** 6:6 10:9 11:2,3,6,12,15 14:13 16:18 19:11,19 23:1 24:22 27:11,15 28:12,21,25 40:2,5,12,18 42:12,17,24 43:3,7,12 46:16,17 (30)

**z** 34:5

**z4** 4:4

**z5** 4:14 25:22 26:8

**zhang** 3 2:11 4:11 6:14 17:20,25 19:15 21:12,16,19 22:5 23:22 26:18,23 27:6,20 28:14 35:2 37:3 38:13 41:9,15 43:10 44:18 45:6,15,22 (27)

**zhang's** 5:9 17:16 24:7,15 26:15 39:7 (6)

**zoom** 18

**224** 2:8

**234** 47:3

**965** 2:4

**1526** 25 48:1526

**2001** 10:23

**2021** 38:24 39:14

**2022** 38:25 39:15

**2024** 16:5 19:1

**2025** 16:1 17:25 18:9 19:10 20:13,20,20 21:5 22:16 23:19 24:4,8,20 25:10 (14)

**2026** 18 48:20 49:22

**2027** 48:25

**39110** 2:39110

**39759** 2:39759

**60113** 5:20

**258504** 5:258504

**632025** 21:25

**652025** 22:1

**256858861** 4:8

**257940945** 4:257940

**257955957** 4:11

**257998999** 4:257998

**258013043** 4:20

**258053055** 4:258053

**258065084** 4:23

**258552554** 5:258552

**258578579** 4:258578

**258655657** 5:258655

**258674677** 5:6