# Shien Lu

# Li Zhang
## vs.
## Mississippi State University

## January 8, 2026



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

<table>
<tr><td>EXHIBIT</td></tr>
<tr><td>44</td></tr>
</table>

1

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT


LI ZHANG                                        PLAINTIFF


V.                        CASE NO. 25CI1:23-cv-441-AHW


MISSISSIPPI STATE UNIVERSITY and
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING          DEFENDANTS




\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


VIDEOCONFERENCE DEPOSITION OF SHIEN LU


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



APPEARANCES NOTED WITHIN


DATE:  THURSDAY, JANUARY 8, 2026
PLACE:  VIA ZOOM
DEPONENT APPEARING FROM
STARKVILLE, MISSISSIPPI
TIME:  9:31 A.M.




BETHANY CAMMACK
Certified Shorthand Reporter
Mississippi CSR No. 1526

APPEARANCES


GRAFTON E. BRAGG
BraggLaw
965 Madison Avenue, Suite 2C
Madison, Mississippi   39110
grafton@graftonbragglaw.com
        Counsel for Plaintiff


ASHLYN BROWN MATTHEWS
The Winfield Law Firm
224 East Main Street
Starkville, Mississippi   39759
amatthews@winfieldlawfirm.com
        Counsel for Defendants


ALSO PRESENT:  DR. LI ZHANG

3

TABLE OF CONTENTS

PAGE

Title Page.................................... 1

Appearance Page.............................. 2

Table of Contents............................ 3

Exhibit Index................................ 4


EXAMINATION OF SHIEN LU

  By Mr. Bragg................................ 6


Reporter's Certificate....................... 27

Deponent's Errata Sheet...................... 28

AW Reporting
601-573-0961

4

EXHIBIT INDEX


NUMBER          DESCRIPTION

              (EXHIBITS PREVIOUSLY MARKED)

Exhibit 1     Mississippi State's Answers
              to Interrogatories

Exhibit 2     Recommendation of Committee
              for Brecken Rush Appeal

Exhibit 3     Email Exchange, Signature is
              Needed, MSU 256858-861

Exhibit 4     Email Exchange, Status Update
              MSU 257940-945

Exhibit 5     Email Exchange, Regarding
              Zhang Appeal, MSU 257955-957

Exhibit 6     Email, Extension Request
              Exhibit Z-4

Exhibit 7     Letter, Grafton Bragg
              Exhibit Z-5

Exhibit 8     Email Exchange, Participation
              And Material, MSU 257998-999

Exhibit 9     Email Exchange, Committee
              Members Needed

Exhibit 10    Email Exchange, Time
              Sensitive Request

Exhibit 11    Email with Position
              Statements, MSU 258013-043

Exhibit 12    Email Exchange, Advisor
              MSU 258053-055

Exhibit 13    Email Exchange, Advisor
              MSU 258065-084

Exhibit 14    Email Exchange, Followup on
              Documents, MSU 258578-579


AW Reporting
601-573-0961

5

EXHIBIT INDEX CONTINUED


NUMBER          DESCRIPTION


Exhibit 15      Email Exchange, Request of
                Summary, MSU 258552-554

Exhibit 16      Email Exchange, Expected Date
                MSU 258674-677

Exhibit 17      Email Exchange, Meeting
                Tomorrow, MSU 258655-657

Exhibit 18      Recommendation of Committee
                for Dr. Zhang's Appeal

Exhibit 19      Teams Group Document
                Beginning MSU 258504

Exhibit 20      Policy HRM 60.113
                Termination of Employment

6

SHIEN LU,

having been remotely sworn,

was examined and testified as follows:

EXAMINATION

BY MR. BRAGG:

Q.   Dr. Lu, how are you this morning?

A.   Oh, great.  The semester has not started yet.  Try to get some papers finished and to get teachers ready.

Q.   Understood.  Well, as you know, my name is Grafton Bragg.  I represent Dr. Li Zhang in a matter that's been filed against Mississippi State and others.  Will you please state your full name for the record?

A.   Shien Lu.

Q.   Okay.  Dr. Lu, have you ever given deposition testimony before?

A.   No, no.

Q.   Okay.  I have not either.  I've taken depositions, but fortunately I haven't had to give testimony yet.  Well, today is not going to be a really long deposition.  I expect about half an hour.

A.   Okay.  Great.

Q.   Maybe a little less, maybe a little

longer. So I'll try to be respectful of your time. But I do want to go over just a few of the ground rules that are just helpful.

They're not like absolute rules that, you know, if we break them we're going to get in trouble, but they're just helpful to remember so that we have a clean transcript coming out of this.

A. (Nods head affirmatively.)

Q. So one of the things is, a lot of times -- and you just -- you actually just did it. I mentioned something, and you nodded your head. It was not a question, but when I do ask a question, I would ask that you give verbal responses, not nods and shakes, so that that shows up for the court reporter and the transcript. Does that work?

A. Okay. I will do so.

Q. Okay. Great. One of the things that we do in normal conversation is, a lot of times someone will jump in before the other person has finished when it's sufficiently obvious. And it's just a normal way of human interaction.

But for purposes of the deposition here today, I would ask that you let me finish my question before you jump in with your answer, and I will do my best to return the favor. Does that

work?

A. Yes.

Q. Okay. If you need a break -- again, I don't think we'll be here that long, but if you need a break, just let me know, and I'll be happy to accommodate you.

A. Okay. Thank you.

Q. Okay. So English is not your first language, correct?

A. Yes.

Q. Okay. So if for any reason, whether it's because I've used a word you don't understand, or because it was just a bad question, that even if English was your first language, you wouldn't understand it, if there's something you don't understand, then please ask me to clarify before just giving an answer. Does that work?

A. Yes. But I request you -- when you ask questions, please slow down a little bit. Okay? Give me time to catch up. Okay?

Q. Absolutely. Am I going too fast right now?

A. It's okay. Yeah.

Q. Okay. I will try to slow down. And if at any point you think I need to slow down more, just

9

let me know.

A.   I will.

Q.   Okay.  Us lawyers have a tendency to talk faster than we should sometimes.

Okay.  The other thing, I'm going to share my screen at times throughout the deposition, just to show you some documents.  You'll be able to see them there on your screen.

A.   Okay.

Q.   And I'll have some questions about those documents.

A.   Okay.

Q.   Okay.  Did you review any documents to prepare for the deposition today?

A.   No.  Because all the -- all the documents was turned in to the university office after the hearing was done.

Q.   Okay.  And when you say all the documents were turned in, you're talking about the hearing binder that you were provided by the university?

A.   Yes.  And also the notes, and the notes was destroyed too, yeah.

Q.   Right.  You understand that the notes were destroyed?

A.   Yeah.

10

Q. Okay. Did you take notes in your binder as you went?

A. Not many. As I was listening, but I didn't make many notes.

Q. Okay. But it sounds like you may have made a few notes?

A. A few notes, but -- using my notebook, just the one page. I destroyed it, yeah.

Q. Okay. So you did not save that notebook page?

A. Can you repeat your question?

Q. Yeah. So -- oh, you said that the notebook page that you had was destroyed?

A. Yes. Based on the policy -- based on the request by the university office.

Q. Okay. But did you provide that notebook page to the university?

A. I can't recall. Probably I destroyed it by myself.

Q. Okay. Understood. So it wasn't something that -- it was something that you felt like didn't have to be preserved?

A. No, no. Because that is personal notes and...

Q. I understand. I understand. I was just

11

trying to figure out where it was lost.

A. Okay.

Q. Understood. I want to talk a little bit about your background.

A. Yeah.

Q. So where did you grow up?

A. Okay. I grew up in China.

Q. Okay. Where in China?

A. Shandong Province.

Q. Okay. And can you spell that, the English spelling?

A. S-h-a-n-d-o-n-g.

Q. Okay. Thank you. And do you know that Dr. Zhang also grew up in China?

A. Yeah. Based on -- I think so, yeah.

Q. Okay. And so when you're filling out a questionnaire describing your race or your ethnicity, what would you put in that questionnaire?

A. I say Chinese American.

Q. Chinese American. Okay.

A. Yeah.

Q. All right. Let me do this. I'm going to pull up the first document.

A. Okay.

Q. And this is something I don't think you would have seen before. These are answers that Mississippi State has given to Dr. Zhang to some questions that he asked. You haven't seen this document, have you?

A. I cannot recall. It's been six months ago, so I cannot recall.

Q. Okay. And I'll represent to you that this was a document that was created after the hearing, sometime after the hearing and after the panel's recommendation.

A. Oh, after? Okay. After panel's recommendation we didn't receive any documents.

Q. Okay. Thank you. All right. So there is some information here on page 7 of this document. Can you read -- it's got your name there, and then it's got information under your name. Can you read that?

A. Okay. Read it sentence by sentence?

Q. Well, first of all, I was asking are you physically able to read it. Is the font big enough?

A. Yeah. Okay. I am too close to the screen to look at it. I see that, yeah.

Q. I would make it a little bigger, but --

13

hang on, let me try this.

A. Oh, better. Right now it's better.

Q. Okay. So let's do that.

A. Okay.

Q. And you don't have to read it out loud.

A. I will read it. Okay.

Q. Okay. Let me know when you're finished.

A. Okay. Thank you. (Reviewing document.) Okay. I think most of the facts are true except my bachelor degree.

Q. Okay. So what was your -- let's look at that. So that's --

A. Bachelor of Science is in plant protection.

Q. Okay. So it's -- is it Shandong Agricultural University?

A. Yeah, Shandong, yes.

Q. Okay. And so the Bachelor of Science was not in plant pathology but in plant protection?

A. Yeah. In plant protection.

Q. I guess pathology would be understanding the causes for diseases?

A. Yeah. Pathology is -- it's the study -- the science of plant disease. But when I was at college, not only work on disease, but also insect

14

and weed science.  That is broader discipline than plant pathology.

Q.   So in classical terms, protection would include the art of protecting, not just the science of understanding the --

A.   No, no.  Protection is not only protect from the plant disease but also insect damage and weed damage.

Q.   Oh, okay.  I understand.  So protection from other things other than diseases.  Okay.  All right.  Thank you for that.  I've got a very sad -- my blueberry bush died.  It was very sad.  I'm very broken up about it.  I may have to ask you about it later offline.

A.   Okay.  Later, okay, at no cost.

Q.   Okay.  Good.  I'm sure I couldn't afford you.  Okay.  And so you've been at Mississippi State University since 2004?

A.   Yes.

Q.   Okay.  And you received your tenure promotion to associate professor in 2010?

A.   I believe so.

Q.   Okay.  And then you became full professor in 2016?

A.   Yes.

15

Q.   When did you begin serving on the Promotion and Tenure Committee?

A.   Oh, actually, I cannot remember exactly. Roughly is three years ago.  Three or -- roughly three or four years ago.  I cannot remember exactly.

Q.   Okay.  So I'm aware of three matters that have come before the Promotion and Tenure Committee during that time.  The first one was a Professor Rush Brecken, I think.  An instructor that was appealing a denial of a promotion.  Were you involved in that matter?

A.   Yes.

Q.   Okay.  And it's my understanding that the P&T Committee voted to sustain or accept her appeal?

A.   That we voted to accept such appeal... Okay.  I don't know if that is related to this case or not.

Q.   Well, it is not that related.  What I'm curious about it is, the university had -- I'm just -- that's fine.  If you would prefer not to answer, that's okay.

A.   Well, yeah.  Actually, it's been years.  I think we recommended to, yeah, accept the appeal.

16

Q. Right.

A. To answer your question, yeah.

Q. Did you vote along with the P&T Committee?

A. I cannot recall at this moment, yeah.

Q. And if you don't recall something, it's a complete and accurate answer to tell me that you don't recall. That's perfectly okay.

A. Yeah.

Q. All right. And then there was a matter with a professor that had a problem with a visa. Is that correct? Were you involved in that matter?

A. Oh, okay. Yes, yes.

Q. And it's my understanding that that professor was terminated?

A. I don't know the final result.

Q. Okay. Do you recall how you voted on that matter?

A. I don't recall because that's been a while, yeah.

Q. Okay. And then the other -- outside of those two matters, is the only other matter that you were involved in as a member of the P&T Committee the administrative hearing of Dr. Li Zhang that we had back in June of 2025?

A. Okay. Let me read your question. Okay.

17

Can you repeat your question, please?

Q. Yes. Okay. So we have those first two matters that we just discussed that were not involving Dr. Zhang, correct?

A. Yeah.

Q. Okay. And then you were part of the P&T Committee on Dr. Zhang's hearing in June of 2025, correct?

A. Yes.

Q. Outside of those matters, have there been any other matters that you considered as a member of the P&T Committee?

A. Other matters considered for P&T. I cannot -- I don't think so.

Q. Okay. Did you serve alongside Dr. Zhang on the P&T Committee?

A. Alongside?

Q. Like he was on the committee while you were on the committee?

A. Oh, yes, yes. I remember we had online meeting a couple of times.

Q. Did you ever have personal conversations with Dr. Zhang?

A. I don't recall.

Q. Do you recall when you first learned about

18

the notice of termination of Dr. Zhang?

A. I cannot remember about -- but the first time from the committee chair. The committee chair sent us an email. And I believe you have that timeline.

Q. I do.

A. Other than that, I don't. I didn't.

Q. That's right. Okay. So the hearing was first scheduled in February of 2025. Does that sound accurate?

A. Yeah. I cannot recall, but probably you are right, but I cannot recall.

Q. Okay. I'm going to pull up another document.

A. Yeah.

Q. Share my screen. Okay. And I'll scroll down. This is an email chain, so the first mail is at the bottom of the chain. And this is Exhibit 8 to the depositions. This --

A. Okay. I'm sorry -- I'm sorry to interrupt you, but go ahead, please.

Q. Yes. This is an email from Dr. Zhang to members of the P&T Committee and also Joan Lucas on May 28th, 2025. My question is, do you recall receiving this email?

A. Can you zoom in, please, because that --
I'm older. I could not see the little letter. Let
me see if I can...

Q. If I zoom in too much, then I'll lose part
of it, so let me make sure -- I think this is okay.

A. Okay. This email, right? With my...

Q. I can scroll down.

A. Okay. Scroll down, please.

Q. And, see, there's your -- just for your
information, there's your email.

A. Yeah. Okay. My email address was there.
I should be -- I should be sent -- received that
email, yes. But I could not recall the detail
about this email, yeah.

Q. Okay. Can you take a look at it and just
review it for a minute?

A. Okay.

Q. And then --

A. Yeah. Slowly scroll down, please. Yes.
Okay. I have done.

Q. Okay. Now, do you recall -- this was an
email obviously from Dr. Zhang to members of the
P&T Committee with some urgency. Do you recall
receiving this email now that you've had a chance
to review it?

20

A.    Do I recall receiving email after chance to review it.

Q.    Yeah.

A.    Yes.    Okay.    I received the email -- when the folder is available to committee member, I'm quite sure I was able to review that.

Q.    Okay.    So at any point before this email from Dr. Zhang, did you know that there was going to be a hearing the next week?

A.    Oh, honestly, I cannot recall the details about the timeline.

Q.    Okay.

A.    As a committee member, I just followed the committee chair and -- yeah.

Q.    Understood.    Do you recall there was an email identifying all of the committee members who were going to attend, but your name was not initially on the list, and you had to email to make sure that you were included?

A.    Yes.    I remember that -- the email.    And I emailed to the person who handled this matter, so later my name was added.

Q.    Okay.    And before you had received that email, had you already alerted general counsel's office that you would be available?

21

A.    Okay.  I remember at that time the office emailed us to see who -- yeah, in the summer, some employee had -- employees -- nine months for which not available.  And, yes, that email asked -- and all the committee member, asked us to respond who would be available.

Q.    Okay.  And at that time you had responded that you would be available?

A.    Yeah.  Okay.  Basically, yes, because I used to have a -- used to have a short weekend with another people, but I prefer to serve on the committee.  So I rearranged that meeting -- rescheduled meeting and told the office that I would be available for -- for this hearing, yes.

Q.    Okay.  Thank you.  Have you ever had any conversations with David Shaw outside of the administrative hearing?

A.    No.

Q.    Have you had conversations with Joan Lucas other than that email exchange you were just talking about?

A.    No.

Q.    Have you ever talked to Jason Keith?

A.    No.

Q.    And you recall there were a few witnesses

22

who testified at the administrative hearing?

A. Yes. At the hearing there was a few witness, and later the committee requests and -- another one or two witness. I cannot remember.

Q. Did you know -- had you ever spoken to any of those witnesses before they came to testify?

A. No.

Q. Did you know anything about the situation with Dr. Zhang before you found out about the notice of termination?

A. No.

Q. Thank you. I'm going to pull up the committee's recommendation now.

A. Okay.

Q. All right. So, first of all, I'm going to just scroll down and have you confirm that this was the recommendation that the committee, including you, signed and approved.

A. Okay.

Q. Or at least signed.

A. Okay.

Q. Is that your signature there at the bottom?

A. Yes. Okay. My question is, that is not final version of the letter, because most of them

23

have not signed yet.

Q.   Okay.  I think it -- it looks like in this version everyone has signed.

A.   Everyone?  Actually, if you look at the signature panel -- oh, oh, okay, okay.  They used the electronic.  Okay.  Yes.  Sorry about that.

Q.   No, that's okay.  So let's go up to -- I'm going to go up to page 2.

A.   Okay.

Q.   And I want to look first at this bolded statement.  It says, "While the committee has not reach an agreement on each of the particular reasons for termination, it finds, by a majority vote, that the university had cause to terminate Dr. Zhang due to conduct."  Do you see that?

A.   Yes.

Q.   And then the next sentence says that four of the panel members voted in favor of the recommendation, three voted against the recommendation, and no one abstained.  So no one didn't vote.  Is that accurate with what you recall?

A.   It's what I recall.  It is.

Q.   And it's my understanding that you were one of the three who voted against the panel's

24

recommendation to terminate Dr. Zhang.  Is that correct?

A.  Yes.

Q.  There was a question about the phrase "contumacious conduct."  Do you remember the discussion of contumacious conduct?

A.  Where?

Q.  It was in the -- there has been testimony that the panel discussed that phrase during its deliberations.

A.  Okay.  I cannot recall the details.

Q.  Okay.  Let me ask you this.  After this paragraph that has the bolded statement, there is another paragraph that says, "The committee has reached agreement on the following points of note." And then it lists out several bullet points of factual information.  You see that?

A.  Yes.

Q.  Okay.  And it's my understanding that the committee did not take a vote on whether each member agreed or did not agree with all of the facts in those bullet points.  Is that true?

A.  As I recall, that is true.  We didn't vote for each bullet, but just the vote for the recommendation, support or not.

25

Q. Okay. So just because someone signed -- well, let me ask you this. Just because you signed this letter as the recommendation of the P&T Committee does not mean that you agree with everything that's in the letter. Is that accurate?

A. Okay. Let me -- yeah. Okay. If I signed this letter, I think basically I agree with the note.

Q. Okay. But you did not believe that Dr. Zhang had engaged in the type of conduct that should lead to termination. Is that correct?

A. (No audible response.)

Q. I'll ask again. You voted against Dr. Zhang's termination recommendation --

A. Yes.

Q. -- correct?

A. Yeah.

Q. So you didn't believe that Dr. Zhang's actions were the type of actions that he should be terminated from his tenured contract?

A. Okay. My voting is based on the evidence that was introduced to the hearing process. Okay. And based on that -- the evidence, I think the further evaluation by another committee containing committee members with the expertise as to

26

Dr. Zhang's field for further evaluation regarding teaching and research.  And so my voting was based on -- just based on -- and probably is not strong enough as a basis for recommendation's support, yeah.

Q.   Okay.  I think I understand.

A.   Yeah.

Q.   All right.  Give me just a minute.  And I'm going to -- I'm going to mute my window here and go off the video, and I'll be right back.  Just want to look at my notes.

MR. BRAGG:  That is all the questions I have for you today.

MS. MATTHEWS:  I don't have any questions.

(DEPOSITION CONCLUDED APPROXIMATELY 10:02 A.M.)

(READING AND SIGNING WAS NOT WAIVED.)

27

CERTIFICATE OF REPORTER

I, BETHANY CAMMACK, Certified Shorthand Reporter and Notary Public for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings, as taken by me at the time and place indicated, and later reduced to typewritten form under my supervision and to the best of my skill and ability.

I further certify that I placed the witness under oath to tell the truth and that all answers were given under that oath. I further certify that the witness has chosen the right to read and sign the deposition.

I further certify that I am not in the employ of or related to any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of this case.

Witness my signature and seal this the 20th day of January, 2026.

BETHANY CAMMACK, CSR
CSR NO. 1526
My Commission Expires May 5, 2027

28

ERRATA SHEET

I, SHIEN LU, do solemnly swear that I have read the foregoing _____ pages and that the same is a true and correct transcript of the testimony given by me at the time and place hereinbefore set forth, with the following corrections:

Page:  Line:  Correction:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
SHIEN LU

NOTARIZATION

I, _____, notary public for the

State of Mississippi, _____ County, do

hereby certify that Shien Lu personally appeared

before me this _____ day of _____, 2026, at

_____, Mississippi.

My Commission Expires:_____

_____
(NOTARY PUBLIC)

**20th** 27:20

**25ci123cv441ahw** 5

**28th** 18:24

**2c** 2:4

**ability** 27:9

**able** 9:7 12:21 20:6

**about** 6:22 9:10,19 11:4 14:13,13 15:21 17:25 18:2 19:14 20:11 21:21 22:8,9 23:6 24:4 (16)

**above** 27:4

**absolute** 7:4

**absolutely** 8:21

**abstained** 23:20

**accept** 15:15,17,25

**accommodate** 8:6

**accurate** 16:6 18:10 23:21 25:5 (4)

**actions** 25:19,19

**actually** 7:10 15:3,24 23:4 (4)

**added** 20:22

**address** 19:11

**administrative** 16:23 21:17 22:1

**advisor** 4:21,13

**affirmatively** 7:8

**afford** 14:16

**after** 9:16 12:9,10,10,12,12 20:1 24:12 (8)

**again** 8:3 25:13

**against** 6:12 23:19,25 25:13 (4)

**ago** 12:7 15:4,5

**agree** 24:21 25:4,7

**agreed** 24:21

**agreement** 23:12 24:15

**agricultural** 13:16

**ahead** 18:21

**alerted** 20:24

**along** 16:3

**alongside** 17:15,17

**already** 20:24

**also** 2:11 9:21 11:14 13:25 14:7 18:23 (6)

**am** 20 8:21 12:23 26:16 27:15 (5)

**amatthews@winfieldlawfirm com** 2:9

**american** 11:20,21

**another** 18:13 21:11 22:4 24:14 25:24 (5)

**answer** 7:24 8:17 15:22 16:2,6 (5)

**answers** 4:1 12:2 27:12

**anything** 22:8

**appeal** 4:6,11 5:9 15:16,17,25 (6)

**appealing** 15:11

**appearances** 16 2:1

**appeared** 28:20

**appearing** 19

**approved** 22:18

**approximately** 26:16

**are** 6:6 7:3 12:2,20 13:9 18:12 (6)

**art** 14:4

**ashlyn** 2:7

**ask** 7:12,13,23 8:16,18 14:13 24:12 25:2,13 (9)

**asked** 12:4 21:4,5

**asking** 12:20

**associate** 14:21

**attend** 20:17

**audible** 25:12

**available** 20:5,25 21:4,6,8,14 (6)

**avenue** 2:4

**aware** 15:7

**bachelor** 13:10,13,18

**back** 16:24 26:10

**background** 11:4

**bad** 8:13

**based** 10:14,14 11:15 25:21,23 26:2,3 (7)

**basically** 21:9 25:7

**basis** 26:4

**became** 14:23

**because** 8:12,13 9:15 10:23 16:18 19:1 21:9 22:25 25:1,2 (10)

**before** 6:17 7:19,24 8:16 12:2 15:8 20:7,23 22:6,9 28:21 (11)

**begin** 15:1

**believe** 14:22 18:4 25:9,18 (4)

**best** 7:25 27:9

**bethany** 24 27:2,24

**better** 13:2,2

**big** 12:21

**bigger** 12:25

**binder** 9:20 10:1

**bit** 8:19 11:3

**blueberry** 14:12

**board** 7

**bolded** 23:10 24:13

**bottom** 18:18 22:23

**bragg** 2:3 3:9 4:7 6:5,11 26:12 (6)

**bragglaw** 2:3

**break** 7:5 8:3,5

**brecken** 4:6 15:10

**broader** 14:1

**broken** 14:13

**brown** 2:7

**bullet** 24:16,22,24

**bush** 14:12

**came** 22:6

**cammack** 24 27:2,24

**can** 10:11 11:10 12:16,17

17:1 19:1,3,7,15 (9)

**can't** 10:18

**cannot** 12:6,7 15:3,5 16:4 17:14 18:2,11,12 20:10 22:4 24:11 (12)

**case** 5 15:18 27:18

**catch** 8:20

**cause** 23:14

**causes** 13:22

**certificate** 3:27 27:1

**certified** 24 27:2

**certify** 27:4,10,13,15 28:20 (5)

**chain** 18:17,18

**chair** 18:3,3 20:14

**chance** 19:24 20:1

**china** 11:7,8,14

**chinese** 11:20,21

**chosen** 27:13

**circuit** 1

**clarify** 8:16

**classical** 14:3

**clean** 7:7

**close** 12:23

**college** 13:25

**come** 15:8

**coming** 7:7

**commission** 27:25 28:23

**committee** 4:6,9 5:18 15:2,8,15 16:3,23 17:7,12,16,18,19 18:3,3,23 19:23 20:5,13,14,16 21:5,12 22:3,17 23:11 24:14,20 25:4,24,25 (31)

**committee's** 22:13

**complete** 16:6

**concluded** 26:16

**conduct** 23:15 24:5,6 25:10 (4)

**confirm** 22:16

**considered** 17:11,13

**contain** 27:5

**containing** 25:24

**contents** 3:1,3

**continued** 5:1

**contract** 25:20

**contumacious** 24:5,6

**conversation** 7:18

**conversations** 17:22 21:16,19

**correct** 8:9 16:11 17:4,8 24:2 25:11,16 27:5 28:2 (9)

**correction** 28:4

**corrections** 28:3

**cost** 14:15

**could** 19:2,13

**couldn't** 14:16

**counsel** 2:5,9 27:16

**counsel's** 20:24

3

**county** 1 28:19

**couple** 17:21

**court** 1 7:14

**created** 12:9

**csr** 25 27:24

**curious** 15:21

**damage** 14:7,8

**date** 18 5:16

**david** 21:16

**day** 27:20 28:21

**defendants** 7 2:9

**degree** 13:10

**deliberations** 24:10

**denial** 15:11

**deponent** 19

**deposition** 12 6:17,22 7:22 9:6,14 26:16 27:14 (8)

**depositions** 6:20 18:19

**describing** 11:17

**description** 4:2 5:2

**destroyed** 9:22,24 10:8,13,18 (5)

**detail** 19:13

**details** 20:10 24:11

**didn't** 10:4,21 12:13 18:7 23:21 24:23 25:18 (7)

**died** 14:12

**discipline** 14:1

**discussed** 17:3 24:9

**discussion** 24:6

**disease** 13:24,25 14:7

**diseases** 13:22 14:10

**district** 1

**document** 5:10 11:24 12:5,9,15 13:8 18:14 (7)

**documents** 9:7,11,13,15,18 12:13 (6)

**does** 7:15,25 8:17 18:9 25:4 (5)

**done** 9:17 19:20

**down** 8:19,24,25 18:17 19:7,8,19 22:16 (8)

**dr** 2:11 5:9 6:6,11,16 11:14 12:3 16:23 17:4,7,15,23 18:1,22 19:22 20:8 22:9 23:15 24:1 25:10,14,18 26:1 (23)

**due** 23:15

**during** 15:9 24:9

**e** 2:3

**each** 23:12 24:20,24

**east** 2:8

**either** 6:19

**electronic** 23:6

**email** 4:3,9,5,12,15,9,18,11,21,13,24 5:4,16,7 18:4,17,22,25 19:6,10,11,13,14,22,24 20:1,4,7,16,18,20,24 21:4,20 (34)

**emailed** 20:21 21:2

**employ** 27:16

**employee** 21:3

**employees** 21:3

**employment** 5:12

**engaged** 25:10

**english** 8:8,14 11:10

**enough** 12:22 26:4

**errata** 3:28 28:1

**ethnicity** 11:18

**evaluation** 25:24 26:1

**even** 8:13

**ever** 6:16 17:22 21:15,23 22:5 (5)

**everyone** 23:3,4

**everything** 25:5

**evidence** 25:21,23

**exactly** 15:3,6

**examination** 3:8 6:4

**examined** 6:3

**except** 13:9

**exchange** 4:3,9,5,15,9,18,21,13,24 5:4,16,7 21:20 (13)

**exhibit** 4:1,6,9,12,14,15,18,21,24 5:1,4,7,10 18:18 (14)

**exhibits** 4:3

**expect** 6:22

**expected** 5:16

**expertise** 25:25

**expires** 27:25 28:23

**extension** 4:12

**facts** 13:9 24:22

**factual** 24:17

**fast** 8:21

**faster** 9:4

**favor** 7:25 23:18

**february** 18:9

**felt** 10:21

**few** 7:2 10:6,7 21:25 22:2 (5)

**field** 26:1

**figure** 11:1

**filed** 6:12

**filling** 11:16

**final** 16:15 22:25 27:18

**finds** 23:13

**fine** 15:22

**finish** 7:23

**finished** 6:8 7:20 13:7

**firm** 2:7

**first** 1 8:8,14 11:24 12:20 15:9 17:2,25 18:2,9,17 22:15 23:10 (13)

**folder** 20:5

**followed** 20:13

**following** 24:15 28:3

**follows** 6:3

**followup** 4:24

**font** 12:21

**foregoing** 27:5 28:2

**form** 27:8

**forth** 28:3

**fortunately** 6:20

**found** 22:9

**four** 15:5 23:17

**full** 6:13 14:23 27:5

**further** 25:24 26:1 27:10,12,15 (5)

**general** 20:24

**get** 6:8,8 7:5

**give** 6:20 7:13 8:20 26:8 (4)

**given** 6:16 12:3 27:12 28:2 (4)

**giving** 8:17

**go** 7:2 18:21 23:7,8 26:10 (5)

**going** 6:21 7:5 8:21 9:5 11:23 18:13 20:8,17 22:12,15 23:8 26:9,9 (13)

**good** 14:16

**got** 12:16,17 14:11

**grafton** 2:3 4:7 6:11

**grafton@graftonbragglawcom** 2:5

**great** 6:7,24 7:17

**grew** 11:7,14

**ground** 7:2

**group** 5:10

**grow** 11:6

**guess** 13:21

**half** 6:22

**handled** 20:21

**hang** 13:1

**happy** 8:5

**has** 6:7 7:19 12:3 23:3,11 24:8,13,14 27:13 (9)

**haven't** 6:20 12:4

**having** 6:2

**he** 12:4 17:18 25:19

**head** 7:8,11

**hearing** 9:17,19 12:9,10 16:23 17:7 18:8 20:9 21:14,17 22:1,2 25:22 (13)

**helpful** 7:3,6

**her** 15:15

**here** 7:22 8:4 12:15 26:9 (4)

**hereby** 27:4 28:20

**hereinbefore** 28:3

**higher** 7

**hinds** 1

**his** 25:20

**honestly** 20:10

**hour** 6:23

**how** 6:6 16:16

**hrm** 5:20

**human** 7:21

**i'll** 7:1 8:5 9:10 12:8 18:16 19:4 25:13 26:10 (8)

**i'm** 9:5 11:23 14:12,16 15:7,20,21 18:13,20,20 19:2 20:5 22:12,15 23:7 26:9,9 (17)

**i've** 6:19 8:12 14:11

**identifying** 20:16

**include** 14:4

**included** 20:19

**including** 22:17

**index** 3:4 4:1 5:1

**indicated** 27:7

**information** 12:15,17 19:10 24:17 (4)

**initially** 20:18

**insect** 13:25 14:7

**institutions** 7

**instructor** 15:10

**interaction** 7:21

**interest** 27:17

**interrogatories** 4:5

**interrupt** 18:20

**introduced** 25:22

**involved** 15:12 16:11,22

**involving** 17:4

**is** 4:3 6:10,21 7:9,18 8:8 10:23 12:1,14,21 13:13,15,23 14:1,6 15:4,18,20,21 16:11,21 18:17,17,18,22,24 19:5 20:5 22:22,24,24 23:21,23 24:1,13,22,23 25:5,11,21 26:3,12 28:2 (43)

**its** 24:9

**january** 18 27:20

**jason** 21:23

**joan** 18:23 21:19

**judicial** 1

**jump** 7:19,24

**june** 16:24 17:7

**just** 7:2,3,6,10,10,21 8:5,13,17,25 9:6 10:8,25 14:4 15:21 17:3 19:9,15 20:13 21:20 22:16 24:24 25:1,2 26:3,8,10 (27)

**keith** 21:23

**know** 6:10 7:5 8:5 9:1 11:13 13:7 15:18 16:15 20:8 22:5,8 (11)

**language** 8:9,14

**later** 14:14,15 20:22 22:3 27:7 (5)

**law** 2:7

**lawyers** 9:3

**lead** 25:11

**learned** 17:25

**learning** 7

**least** 22:20

**less** 6:25

**let** 7:23 8:5 9:1 11:23 13:1,7 16:25 19:2,5 24:12 25:2,6 (12)

**let's** 13:3,11 23:7

**letter** 4:7 19:2 22:25 25:3,5,7 (6)

**li** 3 2:11 6:11 16:23 (4)

**like** 7:4 10:5,21 17:18 23:2 (5)

**line** 28:4

**list** 20:18

**listening** 10:3

**lists** 24:16

**little** 6:25,25 8:19 11:3 12:25 19:2 (6)

**long** 6:22 8:4

**longer** 7:1

**look** 12:24 13:11 19:15 23:4,10 26:11 (6)

**looks** 23:2

**lose** 19:4

**lost** 11:1

**lot** 7:9,18

**loud** 13:5

**lu** 12 3:8 6:1,6,15,16 28:1,16,20 (9)

**lucas** 18:23 21:19

**made** 10:6

**madison** 2:4

**mail** 18:17

**main** 2:8

**majority** 23:13

**make** 10:4 12:25 19:5 20:18 (4)

**many** 10:3,4

**marked** 4:3

**material** 4:257998

**matter** 6:12 15:12 16:9,11,17,21 20:21 27:17 (8)

**matters** 15:7 16:21 17:3,10,11,13 (6)

**matthews** 2:7 26:14

**may** 10:5 14:13 18:24 27:25 (4)

**maybe** 6:25,25

**me** 7:23 8:5,16,20 9:1 11:23 13:1,7 16:6,25 19:3,5 24:12 25:2,6 26:8 27:6 28:3,21 (19)

**mean** 25:4

**meeting** 5:7 17:21 21:12,13 (4)

**member** 16:22 17:11 20:5,13 21:5 24:21 (6)

**members** 4:17 18:23 19:22 20:16 23:18 25:25 (6)

**mentioned** 7:11

**minute** 19:16 26:8

**mississippi** 1,6,7,19,25 2:39110,39759 4:1 6:12 12:3 14:17 27:4 28:19,22 (14)

**moment** 16:4

**monetary** 27:17

**months** 12:6 21:3

**more** 8:25

**morning** 6:6

**most** 13:9 22:25

**ms** 26:14

**msu** 4:8,11,257998,20,23,258578 5:258552,6,258655,258504

(10)

**much** 19:4

**mute** 26:9

**my** 6:10 7:23,25 9:6 10:7 13:9 14:12 15:14 16:13 18:16,24 19:6,11 20:22 22:24 23:24 24:19 25:21 26:2,9,11 27:8,9,19,25 28:23 (26)

**myself** 10:19

**name** 6:10,13 12:16,17 20:17,22 (6)

**need** 8:3,5,25

**needed** 4:8,17

**next** 20:9 23:17

**nine** 21:3

**no** 5,25 6:18,18 9:15 10:23,23 14:6,6,15 21:18,22,24 22:7,11 23:7,20,20 25:12 27:17,1526 (21)

**nodded** 7:11

**nods** 7:8,13

**normal** 7:18,21

**notarization** 28:17

**notary** 27:3 28:18,25

**note** 24:15 25:8

**notebook** 10:7,9,13,16 (4)

**noted** 16

**notes** 9:21,21,23 10:1,4,6,7,23 26:11 (9)

**notice** 18:1 22:10

**now** 8:22 13:2 19:21,24 22:13 (5)

**number** 4:2 5:2

**oath** 27:11,12

**obvious** 7:20

**obviously** 19:22

**off** 26:10

**office** 9:16 10:15 20:25 21:1,13 (5)

**offline** 14:14

**oh** 6:7 10:12 12:12 13:2 14:9 15:3 16:12 17:20 20:10 23:5,5 (11)

**older** 19:2

**one** 7:9,17 10:8 15:9 22:4 23:20,20,25 (8)

**online** 17:20

**only** 13:25 14:6 16:21

**other** 7:19 9:5 14:10,10 16:20,21 17:11,13 18:7 21:20 (10)

**others** 6:13

**otherwise** 27:18

**out** 7:7 11:1,16 13:5 22:9 24:16 (6)

**outcome** 27:18

**outside** 16:20 17:10 21:16

**over** 7:2

**p&t** 15:15 16:3,22 17:6,12,13,16 18:23 19:23 25:3 (10)

**page** 3:2,1,2 10:8,10,13,17 12:15 23:8 28:4 (10)

**pages** 27:5 28:2

**panel** 23:5,18 24:9

**panel's** 12:10,12 23:25

**papers** 6:8

**paragraph** 24:13,14

**part** 17:6 19:4

**participation** 4:15

**particular** 23:12

**party** 27:16

**pathology** 13:19,21,23 14:2 (4)

**people** 21:11

**perfectly** 16:7

**person** 7:19 20:21

**personal** 10:23 17:22

**personally** 28:20

**phrase** 24:4,9

**physically** 12:21

**place** 18 27:7 28:3

**placed** 27:10

**plaintiff** 3 2:5

**plant** 13:13,19,19,20,24 14:2,7 (7)

**please** 6:13 8:16,19 17:1 18:21 19:1,8,19 (8)

**point** 8:25 20:7

**points** 24:15,16,22

**policy** 5:20 10:14

**position** 4:11

**prefer** 15:22 21:11

**prepare** 9:14

**present** 2:11

**preserved** 10:22

**previously** 4:3

**probably** 10:18 18:11 26:3

**problem** 16:10

**proceedings** 27:6

**process** 25:22

**professor** 14:21,23 15:9 16:10,14 (5)

**promotion** 14:21 15:2,8,11 (4)

**protect** 14:6

**protecting** 14:4

**protection** 13:14,19,20 14:3,6,9 (6)

**provide** 10:16

**provided** 9:20

**province** 11:9

**public** 27:3 28:18,25

**pull** 11:24 18:13 22:12

**purposes** 7:22

**put** 11:18

**question** 7:12,12,24 8:13 10:11 16:2,25 17:1 18:24 22:24 24:4 (11)

**questionnaire** 11:17,19

**questions** 8:19 9:10 12:4 26:12,15 (5)

**quite** 20:6

**race** 11:17

**reach** 23:12

**reached** 24:15

**read** 12:16,17,19,21 13:5,6 16:25 27:14 28:1 (9)

**reading** 26:17

**ready** 6:9

**really** 6:22

**rearranged** 21:12

**reason** 8:11

**reasons** 23:13

**recall** 10:18 12:6,7 16:4,5,7,16,18 17:24,25 18:11,12,24 19:13,21,23 20:1,10,15 21:25 23:22,23 24:11,23 (24)

**receive** 12:13

**received** 14:20 19:12 20:4,23 (4)

**receiving** 18:25 19:24 20:1

**recommendation** 4:6 5:18 12:11,13 22:13,17 23:19,20 24:1,25 25:3,14 (12)

**recommendation's** 26:4

**recommended** 15:25

**record** 6:14

**reduced** 27:7

**regarding** 4:5 26:1

**related** 15:18,20 27:16

**remember** 7:6 15:3,5 17:20

18:2 20:20 21:1 22:4 24:5 (9)

**remotely** 6:2

**repeat** 10:11 17:1

**reporter** 24 7:15 27:1,3 (4)

**represent** 6:11 12:8

**request** 4:12,18 5:4 8:18 10:15 (5)

**requests** 22:3

**rescheduled** 21:13

**research** 26:2

**respectful** 7:1

**respond** 21:5

**responded** 21:7

**response** 25:12

**responses** 7:13

**result** 16:15

**return** 7:25

**review** 9:13 19:16,25 20:2,6 (5)

**reviewing** 13:8

**right** 8:21 9:23 11:23 12:14 13:2 14:11 16:1,9 18:8,12 19:6 22:15 26:8,10 27:13 (15)

**roughly** 15:4,4

**rules** 7:3,4

**rush** 4:6 15:10

**sad** 14:11,12

**said** 10:12

**same** 28:2

**save** 10:9

**say** 9:18 11:20

**says** 23:11,17 24:14

**scheduled** 18:9

**science** 13:13,18,24 14:1,4 (5)

**screen** 9:6,8 12:23 18:16 (4)

**scroll** 18:16 19:7,8,19 22:16 (5)

**seal** 27:19

**see** 9:7 12:24 19:2,3,9 21:2 23:15 24:17 (8)

**seen** 12:2,4

**semester** 6:7

**sensitive** 4:18

**sent** 18:4 19:12

**sentence** 12:19,19 23:17

**serve** 17:15 21:11

**serving** 15:1

**set** 28:3

**several** 24:16

**shakes** 7:14

**shandong** 11:9,12 13:15,17 (4)

**share** 9:5 18:16

**shaw** 21:16

**sheet** 3:28 28:1

**shien** 12 3:8 6:1,15 28:1,16,20 (7)

**short** 21:10

**shorthand** 24 27:2

**should** 9:4 19:12,12 25:11,19 (5)

**show** 9:7

**shows** 7:14

**sign** 27:14

**signature** 4:3 22:22 23:5 27:19,22 (5)

**signed** 22:18,20 23:1,3 25:1,2,6 (7)

**signing** 26:17

**since** 14:18

**situation** 22:8

**six** 12:6

**skill** 27:9

**slow** 8:19,24,25

**slowly** 19:19

**so** 7:1,6,9,14,16 8:8,11 10:9,12,20 11:6,15,16 12:7,14 13:3,11,12,15,18 14:3,9,17,22 15:7 17:2,14 18:8,17 19:5 20:7,21 21:12 22:15 23:7,20 25:1,18 26:2 (39)

**solemnly** 28:1

**some** 6:8 9:7,10 12:3,15 19:23 21:2 (7)

**someone** 7:19 25:1

**something** 7:11 8:15 10:20,21 12:1 16:5 (6)

**sometime** 12:10

**sometimes** 9:4

**sorry** 18:20,20 23:6

**sound** 18:10

**sounds** 10:5

**spell** 11:10

**spelling** 11:11

**spoken** 22:5

**starkville** 19

**started** 6:7

**state** 6,7 6:12,13 12:3 14:18 27:3 28:19 (8)

**state's** 4:1

**statement** 23:11 24:13

**statements** 4:20

**status** 4:9

**street** 2:8

**strong** 26:3

**study** 13:23

**such** 15:17

**sufficiently** 7:20

**suite** 2:4

**summer** 21:2

**supervision** 27:8

**support** 24:25 26:4

**sure** 14:16 19:5 20:6,19 (4)

**sustain** 15:15

**swear** 28:1

**sworn** 6:2

**table** 3:1

**take** 10:1 19:15 24:20

**taken** 6:19 27:6

**talk** 9:3 11:3

**talked** 21:23

**talking** 9:19 21:21

**teachers** 6:9

**teaching** 26:2

**teams** 5:10

**tell** 16:6 27:11

**tendency** 9:3

**tenure** 14:20 15:2,8

**tenured** 25:20

**terminate** 23:14 24:1

**terminated** 16:14 25:20

**termination** 5:12 18:1 22:10 23:13 25:11,14 (6)

**terms** 14:3

**testified** 6:3 22:1

**testify** 22:6

**testimony** 6:17,21 24:8 28:2 (4)

**than** 9:4 14:1,10 18:7 21:20 (5)

**thank** 8:7 11:13 12:14 13:8 14:11 21:15 22:12 (7)

**that's** 6:12 13:12 15:22,23 16:7,18 18:8 23:7 25:5 (9)

**them** 7:5 9:8 22:25

**there's** 8:15 19:9,10

**these** 12:2

**they're** 7:4,6

**thing** 9:5

**things** 7:9,17 14:10

**think** 8:4,25 11:15 12:1 13:9 15:10,25 17:14 19:5 23:2 25:7,23 26:6 (13)

**those** 9:10 16:21 17:2,10 22:6 24:22 (6)

**three** 15:4,4,5,7 23:19,25 (6)

**throughout** 9:6

**thursday** 18

**time** 20 4:18 7:1 8:20 15:9 18:3 21:1,7 27:7 28:3 (10)

**timeline** 18:5 20:11

**times** 7:9,18 9:6 17:21 (4)

**today** 6:21 7:23 9:14 26:13 (4)

**told** 21:13

**too** 8:21 9:22 12:23 19:4 (4)

**transcript** 7:7,15 27:6 28:2 (4)

**trouble** 7:6

**true** 13:9 24:22,23 27:5 28:2 (5)

**trustees** 7

**truth** 27:11

**try** 6:8 7:1 8:24 13:1 (4)

**trying** 11:1

**turned** 9:16,19

**two** 16:21 17:2 22:4

**type** 25:10,19

**typewritten** 27:8

**under** 12:17 27:8,11,12 (4)

**understand** 8:12,15,16 9:23 10:25,25 14:9 26:6 (8)

**understanding** 13:21 14:5 15:14 16:13 23:24 24:19 (6)

**understood** 6:10 10:20 11:3 20:15 (4)

**university** 6 9:16,20 10:15,17 13:16 14:18 15:21 23:14 (9)

**up** 7:14 8:20 11:6,7,14,24 14:13 18:13 22:12 23:7,8 (11)

**update** 4:9

**urgency** 19:23

**us** 9:3 18:4 21:2,5 (4)

**used** 8:12 21:10,10 23:5 (4)

**using** 10:7

**v** 5

**verbal** 7:13

**version** 22:25 23:3

**very** 14:11,12,12

**via** 18

**video** 26:10

**videoconference** 12

**visa** 16:10

**vote** 16:3 23:14,21 24:20,23,24 (6)

**voted** 15:15,17 16:16

23:18,19,25 25:13 (7)

**voting** 25:21 26:2

**waived** 26:17

**want** 7:2 11:3 23:10 26:11 (4)

**wasn't** 10:20

**way** 7:21

**we'll** 8:4

**we're** 7:5

**weed** 14:1,8

**week** 20:9

**weekend** 21:10

**well** 6:10,21 12:20 15:20,24 25:2 (6)

**went** 10:2

**when** 7:12,20 8:18 9:18 11:16 13:7,24 15:1 17:25 20:4 (10)

**where** 11:1,6,8 24:7 (4)

**whether** 8:11 24:20

**which** 21:3

**while** 16:19 17:18 23:11

**who** 20:16,21 21:2,5 22:1 23:25 (6)

**will** 6:13 7:16,19,25 8:24 9:2 13:6 (7)

**window** 26:9

**winfield** 2:7

**within** 16

**witness** 22:3,4 27:11,13,19 (5)

**witnesses** 21:25 22:6

**word** 8:12

**work** 7:15 8:1,17 13:25 (4)

**would** 7:13,23 11:18 12:2,25 13:21 14:3 15:22 20:25 21:6,8,14 (12)

**wouldn't** 8:14

**yeah** 8:23 9:22,25 10:8,12 11:5,15,15,22 12:23,24 13:17,20,23 15:24,25 16:2,4,8,19 17:5 18:11,15 19:11,14,19 20:3,14 21:2,9 25:6,17 26:5,7 (34)

**years** 15:4,5,24

**yes** 8:2,10,18 9:21 10:14 13:17 14:19,25 15:13 16:12,12 17:2,9,20,20 18:22 19:13,19 20:4,20 21:4,9,14 22:2,24 23:6,16 24:3,18 25:15 (30)

**yet** 6:8,21 23:1

**you'll** 9:7

**you're** 9:19 11:16 13:7

**you've** 14:17 19:24

**your** 6:13 7:1,11,24 8:8,14 9:8 10:1,11 11:4,17,17 12:16,17 13:11 14:20 16:2,25 17:1 19:9,9,10 20:17 22:22 (24)

**z4** 4:4

**z5** 4:14

**zhang** 3 2:11 4:11 6:11 11:14 12:3 16:24 17:4,15,23 18:1,22 19:22 20:8 22:9 23:15 24:1 25:10 (18)

**zhang's** 5:9 17:7 25:14,18 26:1 (5)

**zoom** 18 19:1,4

| | | |
|---|---|---|
| **224** 2:8 | | |
| **931** 20 | | |
| **965** 2:4 | | |
| **1002** 26:16 | | |
| **1526** 25 27:1526 | | |
| **2004** 14:18 | | |
| **2010** 14:21 | | |
| **2016** 14:24 | | |
| **2025** 16:24 17:7 18:9,24 (4) | | |
| **2026** 18 27:20 28:21 | | |
| **2027** 27:25 | | |
| **39110** 2:39110 | | |
| **39759** 2:39759 | | |
| **60113** 5:20 | | |
| **258504** 5:258504 | | |
| **256858861** 4:8 | | |
| **257940945** 4:257940 | | |
| **257955957** 4:11 | | |
| **257998999** 4:257998 | | |
| **258013043** 4:20 | | |
| **258053055** 4:258053 | | |
| **258065084** 4:23 | | |
| **258552554** 5:258552 | | |
| **258578579** 4:258578 | | |
| **258655657** 5:258655 | | |
| **258674677** 5:6 | | |