**From:** Howard, Isaac [ilhoward@cee.msstate.edu]
**Sent:** Thursday, August 31, 2023 5:50 AM
**To:** Shaw, David [david.shaw@msstate.edu]; Keith, Jason [keith@bagley.msstate.edu]; Lucas, Joan [JLucas@legal.msstate.edu]
**Subject:** RE: 2022 Li Zhang Annual Review


Thank you

---

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Thursday, August 31, 2023 5:20 AM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: 2022 Li Zhang Annual Review

Thanks, Isaac. I support your evaluations.

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Wednesday, August 30, 2023 6:25 PM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: 2022 Li Zhang Annual Review

Thanks everyone. I am very open to lowering ratings if that makes sense to the group. The table below summarizes ratings by year. Dennis did the 2020 review, and I was Interim Director during half of the 2021 period. My overall rationale was he was satisfactory to superior (Excellent overall) in 2020 according to his review, and in 2021, CEE had one of the most difficult years (maybe the most difficult) in its history with COVID and moving buildings with short faculty numbers all at once. In my view, the ratings below were about as much of a drop from 2020 as I thought I could justify given the year itself and what actually happened in the year numbers wise. He got worse in 2022 in multiple capacities, but given he did very little graduate teaching or advising, I didn't see how those could be unsatisfactory. Service wise, he is on a journals editorial board and is a Fellow of two professional societies. The overwhelming majority of his service would be off campus – on campus service is minimal.

**What do you all think these scores should be for 2021 and 2022?** I am very open.

Regards,
Isaac

EXHIBIT

**45**

| Year | 2020 | 2021 | 2022 |
|---|---|---|---|
| Overall | Excellent | Needs Improvement | Unsatisfactory |
| Teaching - Undergraduate | Satisfactory | Unsatisfactory | Unsatisfactory |
| Teaching - Graduate | Excellent | Satisfactory | Satisfactory |
| Advising | Satisfactory | Satisfactory | Satisfactory |
| Research | Superior | Satisfactory | Unsatisfactory |
| Service | Excellent | Satisfactory | Satisfactory |

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Wednesday, August 30, 2023 9:59 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: 2022 Li Zhang Annual Review

Thanks David. For 2022 Isaac gave him unsatisfactory in research. It was satisfactory in 2021. Undergrad teaching has been unsatisfactory for both years.

I will let Isaac comment further on service but he has been on committees, with no complaints that I am aware of. Plus some editorial board service to a journal.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

**From:** Shaw, David <david.shaw@msstate.edu>
**Sent:** Wednesday, August 30, 2023 9:48 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** RE: 2022 Li Zhang Annual Review

I think Jason's points are all relevant. I would question that he has performed satisfactorily in research. And, how has he been able to be satisfactory in service??

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762