**Dipangkar Dutta**

**Li Zhang vs. Mississippi State University**

**January 7, 2026**



338 Indian Gate Circle
Ridgeland, MS 39157
601-573-0961

amanda@awreporting.com
www.awreporting.com

**EXHIBIT**

**46**

1

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

LI ZHANG                                         PLAINTIFF

VERSUS                          NO. 25CII:23-CV-441-AHW

MISSISSIPPI STATE UNIVERSITY, AND
MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING          DEFENDANTS


*************************************************


DEPOSITION OF DIPANGKAR DUTTA


*************************************************



APPEARANCES NOTED HEREIN



TAKEN VIA ZOOM
ON JANUARY 7, 2026
AT APPROXIMATELY 2:30 p.m.








REPORTED BY:  AMANDA M. WOOTTON, CSR, RPR
Court Reporter & Notary Public
Amanda Wootton Reporting,  LLC
eMail: amanda@awreporting.net
338 Indian Gate Circle
Ridgeland, Mississippi 39157
601.573.0961

2

APPEARANCES:


        Grafton E. Bragg, Esquire
        BraggLaw, PLLC
        1060 East County Line Road, Suite 3A-120
        Ridgeland, Mississippi
        grafton@graftonbragglaw.com


        Ashlyn Brown Matthews, Esquire
        The Winfield Law Firm, PA
        224 E Main Street
        Starkville, Mississippi 39759
        amatthews@windfieldlawfirm.com


Also Present: Dr. Li Zhang

* * * * * *

TABLE OF CONTENTS

Appearances                                    2

Examination by Mr. Bragg                       4

Conclusion of Deposition                      24

Certificate of Reporter                       25

Certificate of Deponent                       26

Correction Sheet                              27

4

* * * * * *

DIPANGKAR DUTTA,

after having first been duly sworn, was

examined and testified under oath as follows,

to-wit:

E-X-A-M-I-N-A-T-I-O-N

EXAMINATION BY MR. BRAGG:

Q    Please state your full name for the record.

A    Dipangkar Dutta.

Q    Okay.  I'm going to say that back to you and make sure I get it right.

A    Okay.

Q    Dipangkar Dutta?

A    Yeah.  That's right.

Q    And can I call you Dr. Dutta?

A    Sure.

Q    Okay.  Sounds good.

Well, thank you for being here today.  So this is a deposition.  It is given under the state and Federal Rule of Civil Procedure No. 30.

Have you ever given deposition testimony before?

A    No, I have not.

Q    Okay.  I'm sorry.  I'm getting a little out of order.  I've got a few of these in a row.

5

My name is Grafton Bragg.  We've met before at the administrative hearing, so good to see you again.

A    Thank you.  Good to see you too.

Q    Okay.  I'll go over a few of the just basic ground rules for the deposition and kind of how we can communicate throughout.  And then I'll dive in and ask you some background questions before we get into the heart of the case.

A    Okay.

Q    One of the things that I'll ask you to do is just communicate with "yes" or "no" responses, verbal responses, instead of nods and shakes, because those are important for purposes of the transcript that the court reporter is creating here.

Does that work?

A    Yes.

Q    Okay.  If -- another thing is I'll try my best to let you finish your answer before I jump in with my next question.  And I'll allow you to try to return the favor and let me finish my question before you jump in with your answer.

Does that work?

A    Sounds good.

Q    Okay.  If you need a break, let me know.  I

6

think that yours will be hopefully the shortest one we've done so far.  You never know, but I think I don't have a lot planned.  But if you do need a break, let me know, and that will be fine.

A    Okay.  Thank you.

Q    I have a few exhibits that have been introduced, and I'll pull them up, and you can review the exhibits just on my screen.  And we can talk about them that way.

Do you have access to be able to do that?

A    You mean via e-mail or by sharing the screen?

Q    No.  I will share my screen.

A    Yeah, that should be fine.

Q    There may be a situation where I need to e-mail you something and copy Ashlyn.  That's happened a couple of times in the depositions.  But I doubt it will.

A    Okay.

Q    It will be something that I needed you to kind of go through without me being able to look at it.

Tell me what you did to prepare for the deposition today.

A    Nothing, actually.

Q    Okay.  Did you review any documentation?

A    No, not really.  I was traveling all day, and yesterday was very busy.

Q    Okay.  I understand.

When was the last time that you reviewed the recommendation of the P&T committee in this matter?

A    The day that it was sent out, basically the final version.

Q    So you really haven't considered this matter since June of 2025?

A    That's right.

Q    Tell me a little bit about your background.  Where were you born and raised?

A    I grew up in India in a small town.  Nearest big city is Calcutta.  And then I was an undergraduate in Mumbai, which is another big city.  And then I was grad student at Northwestern in Chicago and Evanston.

After that I was a post doc at MIT and research faculty at Duke University and then moved to MSU 2006.  So I've been here 20 years.

Q    Twenty years.  You been at Mississippi State for 20 years?

A    That's right.

Q    What was the -- can you spell the city that you grew up near, the nearest big city?

8

A    Nearest big city was Calcutta.  These days they call it --

Q    Okay.  I've always heard that, Calcutta, but I've been pronouncing it wrong, I guess.  Is that --

A    Well, they changed the name to Calcutta, which is the Bengali way of saying it.

Q    Okay.  Thank you.

Okay.  So when did you move to the United States?  What year was that?

A    1992.

Q    Okay.  And what degree did you receive from Northwestern?

A    Ph.D. in physics.

Q    Okay.  And then talk to me about the post doc research you did at MIT.

A    Yeah.

Q    What was that in?

A    Nuclear physics.  Nuclear and particle physics.

Q    Nuclear and particle physics?

A    Yes.

Q    I'm going to pull up a document that I would be very surprised if you had seen this document.  But it's got some information about you.  I'm just going to ask if it is accurate.

These are Mississippi State's responses to some of the interrogatories that Dr. Zhang propounded. Have you seen this document?

A     I don't think so.

Q     Okay.  Scroll down.  Okay.  On page 6 right here, do you see there is some information listed under you?

A     Yeah.

Q     Okay.  Can you just read through that really quickly and confirm that that is all accurate?

A     Okay.  "Dipangkar Dutta is a professor at --"

Q     I'm sorry.  To save you and Amanda, the court reporter, you can just read it silently.  There is no need to read it aloud.

A     Okay.

Q     I did not specify.

A     Okay.  Yeah.

Q     Okay.

A     Factual parts are accurate, except that the way that it is written, it would seem that V Tech in engineering physics was also obtained from Northwestern University, but that's not correct.  The sentence structure seems to suggest that.

Q     Oh, okay.  I got you.

10

The V Tech in engineering physics was from MIT?

A    Was not from MIT.  Was from India, IIT.

Q    Okay.  That was from India.

A    Yeah.

Q    And then the Ph.D. in physics was from Northwestern?

A    That's right.

Q    Okay.  Did you earn a -- this is just my not full understanding of higher education.

But did you earn a -- some sort of degree from MIT?

A    No.  That is -- post doctoral research is after your doctorate.  You're training to be an independent scientist, I guess.

Q    Okay.  So it is like a residency?

A    Residence, yeah.

Q    Okay.  And what is the name of your department and college within the University?

A    Department of physics and astronomy.

Q    And is there a college within that?  Like is there a subset within that?

A    Yeah, it is part of the College of Arts and Sciences.

Q    Okay.  And College of Arts and Sciences is over the department of physics?

A    That's right.

Q    All right.  And then the -- your department head -- who is your department head?

A    Currently it is Jeff Ringer.

Q    So you would -- you would report to him, and then he would report to the Dean of the College of Arts and Sciences?

A    That's right.

Q    And then the Dean of the College of Arts and Sciences reports to the Provost?

A    That's right.

Q    All right.  So we're here to talk about the -- your time on the promotion and tenure committee, specifically the June 2025 hearing with Dr. Zhang.

When did you get to be on the promotion and tenure or P&T committee?

A    I don't recall the exact date, but it would be end of 2024, fall of 2024, I'm guessing.

Q    Okay.  Does that mean that Dr. Zhang's matter was the first matter that you considered on the P&T committee?

A    Yes.  Well, no.  No.  No.  Sorry.  There was

12

a previous matter which I was also part of.

Q    Okay.  Was that the matter involving a professor who had to be terminated for Visa issues?

A    That's right.

Q    Okay.  Other than that, were you on any other matters with the P&T committee?

A    No.  Those are the only two.

Q    If you don't mind me asking, I know that the professor that had the Visa issue was ultimately recommended to be terminated.

Were you in favor of that recommendation?

A    I believe so.  Yes.

Q    Okay.  So you believe that you voted with the majority on that matter?

A    That's right.

Q    You never served with Dr. Zhang when he was on the P&T committee?

A    No.

Q    Okay.  Before the -- his termination hearing, had you ever met Dr. Zhang?

A    No.

Q    When did you first learn about Dr. Zhang's proposed notice of termination -- or proposed termination?

A    When I believe the chair of the committee

13

presented documents saying that this is -- this is something which has been recommended to the committee to review.

Q    Okay.  And that would have been Dr. Grala?

A    That's right.

Q    Okay.  Was that -- let me see.  All right. I'm going to pull up Exhibit 5 to the deposition.

A    Okay.

Q    Okay.  And there is an e-mail that spans from page 1 -- the bottom of page 1 from Dr. Grala on December 8th, 2024 down to the bottom of the document which starts with an e-mail from Dr. Shaw that was forwarded.

Do you recognize that e-mail?

A    I don't specifically recognize it.  But if that's the first document that was sent, then this is probably where it started, yes.

Q    Okay.  That sounds about right, December 8th, 2024, when you would have first found out about this?

A    Right.

Q    All right.  At some point the hearing was postponed?

A    Yeah, I guess that is correct.

Q    It was going to be in February of 2025, and

14

it ended up being postponed to June of 2025?

A    That's right.

Q    Okay.  Do you know why it was rescheduled?

A    I don't recall specifically, but I think it was something to do with lawsuits going on.

Q    Okay.

A    I don't know any of the other details.

Q    When did you find out -- okay.  So the hearing eventually was scheduled for June 3rd through June 5th of 2025?

A    Uh-huh. (Affirmative response.)  I don't know the exact dates, but that sounds right.

Q    Okay.  When did you first find out about the scheduled June hearing?

A    Again, probably another e-mail from Dr. Grala --

Q    Okay.

A    -- informing us -- or we probably had to fill out one of those availability type of forms to say that -- when we are available, and that's how it got decided.  Maybe I'm misremembering this.  It probably was for the first hearing and not for the second.

I'm not quite sure how that date was arrived at.  But finally it was Dr. Grala who told us that

that was going to be the date.

Q    Okay.  I'll pull up Exhibit 8.

A    Okay.

Q    All right.  And I'll represent to you that the bottom of this document is an e-mail from Dr. Zhang to members that he believed were on the P&T committee at the time and general counsel for Mississippi State.

Do you recognize that e-mail?

A    I don't think I recognize it specifically, no.

Q    Okay.  I'll give you a second to review it and let me know if you recall receiving this e-mail.

A    Yeah.  Okay, I do recall receiving something like this, all of the documentation with a link for the documents.  That's when we started looking at these documents, yes.

Q    Okay.  And that was Dr. Zhang sending those response and 41 exhibits?

A    Right.  That's right.

Q    Okay.  And then Dr. Grala -- do you say Grala or Grala?

A    I was just trying to repeat what you were saying.

Q    Throughout his entire deposition I said

16

Grala, and he never corrected me, but someone else said Grala. I'll go with Grala again. I think that may be right.

MR. BRAGG: Do you know, Ashlyn?

MS. MATTHEWS: I have always said Grala, and nobody has ever corrected me.

MR. BRAGG: Let's stick with Grala. That seems to be the majority consensus here.

MR. BRAGG: (Continuing.)

Q So Dr. Grala then forwarded this e-mail -- or I guess responded not to everybody, not to Dr. Zhang, obviously, but to general counsel, Ms. Jo Ann Lucas.

And do you see where he asked about -- asked for confirmation about when the hearing would take place and when the hearing panel would receive access to materials and witness names?

A Yeah. Yeah. I think -- I do remember something like that being sent, yes.

Q Okay. So to me it looks like before this May 29th e-mail by Dr. Grala the committee had not received confirmation about when the hearing was actually going to be.

A Yeah, not from this. It does seem that way, yes.

17

Q    Okay.  Is that consistent with your recollection?

A    I absolutely don't remember the exactness of the -- of the sequence of events, but this looks right to me.  Now that I read this e-mail, it seems right.  Yeah.

Q    Did it feel like you guys found out about the scheduled hearing pretty quickly, I mean, on a pretty short timetable compared to when the hearing was actually going to be?

Do you recall thinking that?

A    I actually don't remember --

Q    Okay.

A    -- at all right now.

Q    That's fair.

You don't have any information, as we sit here today, that would say that you found out about it before May 29th of 2020?

A    No.

Q    That's correct?

A    That's correct.  Yes.

Q    All right.  Have you ever had any conversations with Dr. David Shaw outside of that administrative hearing?

A    No.

Q Okay. What about Jo Ann Lucas?

A General counsel? No.

Q What about Jason Keith?

A Jason Keith? No.

Q What about any of the witnesses who appeared to testify at the hearing?

A Yeah, none of them.

Q Okay.

A Not that I can recall.

Q That's either before or after the hearing you had no conversations with them?

A That's right.

Q Okay. Tell me about your process for engaging during the hearing. I know that you asked a few questions. You had some -- you were clearly paying close attention, and we appreciated that.

Were you taking notes?

A Yeah. I mean, on the documents that were printed out I did probably take some notes, although I don't have any of them right now.

Q Okay. Do you have any -- do you recall what any of those notes would have been?

A Not really. It's been quite a while.

Q Okay. And did you provide those notes to the general counsel's office?

A    That's right.  The whole binder was sent to the general counsel's office.  Yes.

Q    All right.  I'm going to pull Exhibit 1 back up.  And I'm just going to let you look at Interrogatory 16 and the response to 16.  And let me know when you have finished reading it.  And if I need to scroll down a little bit, let me know that also.

A    (Witness complies.)  Scroll down to the last -- okay.  Okay, yeah, I have read it.

Q    Did you -- is this answer that you just read the first that you're hearing about this?

A    Yeah.

Q    Okay.  So you had no information about what happened to the binders after they left -- it left your possession?

A    That's right.  But I should disclose that I did talk to Ashlyn, and she mentioned it --

Q    Okay.

A    -- when we were arranging this deposition.

Q    Okay.  Understood.

A    So, yeah, she mentioned that they had been shredded, but --

Q    And you don't have to go into the conversation with Ashlyn.  I didn't mean to ask a

20

question about what you guys talked about.

All right.  Talk to me about the -- I want to talk a little bit about -- I know that the deliberations, there is probably a lot that went on, some that you may remember, probably a whole lot of stuff was said that you don't remember.

Is there anything that really sticks out from that process that you would like to share before I ask you a couple of specific questions?

A    Not really.  I mean, it went -- it was long, but I think it was very amicable, and it wasn't any tension, I guess.  I mean, any tense exchanges or anything like that.

Q    My takeaway in reading through some of the e-mail exchanges, and everything, is that there were very clear disagreements, but they were also very civil disagreements.

Is that a fair way of putting it?

A    In fact, from the tone of the disagreements, it didn't seem like they were disagreements other than in the sense that, yeah, we were disagreeing what the end votes were going to be.  But there wasn't like any shouting matches.

Q    Right.  Right.

A    It was very, very pleasant.

21

Q   Right.  Which is what we should all strive for when we disagree.  That was sort of my takeaway in reading the e-mail.  I'm glad that was your experience as well.

Okay.  So I want to just dig in on a couple of things.  So this document number -- Exhibit 18, I'll scroll through it and just let you confirm that this is the recommendation of the P&T committee that you signed off on?

A   Yeah.  My signature, yeah.  Sure.

Q   Okay.  All right.  So there is this statement right here in bold that says, "While the committee has not reached an agreement on each of the particular reasons for termination, it finds by a majority vote that the University had cause to terminate Dr. Zhang due to conduct."

A   Yeah.

Q   And it's my understanding -- and so then four people voted in favor of the recommendation, three voted against, and none abstained; is that correct?

A   Yeah.  That's right.

Q   And it is my understanding you voted against the recommendation to terminate Dr. Zhang?

A   Yes, that is correct.

22

Q    Okay.  And the -- as I understand it, the vote where there was a four to three decision was not whether Dr. Zhang had committed contumacious conduct but whether the University had cause to terminate him due to conduct.

Is that consistent?

A    Well --

Q    In other words, I'll represent to you that Dr. Grala testified the University -- that there was no vote on whether Dr. Zhang had engaged in contumacious conduct, but the phrase that was voted on was termination for cause due to conduct.

Is that what you recall as well?

A    I don't recall exact way we voted on this. But, yeah, the -- the vote, final vote, was whether the termination could proceed based on conduct only, and which I thought by conduct it meant contumacious conduct, I guess, because that was the last point that we voted on.

Q    Okay.  And so contumacious conduct was something that the committee discussed in some detail?

A    Yeah.  That's right.

Q    Okay.  And was it your belief that Dr. Zhang had not engaged in contumacious conduct?

A    Yes.  That is correct.  Or I should say that

23

it did not rise to the level of -- for which he could be terminated. That was how I voted, yes.

Q Okay. So let's pull up the Exhibit 20, which is the policy -- the HRM policy 60.113.

Is this something you guys reviewed during the panel discussion?

A Yes, I believe so, all of the relevant policies, for sure.

Q Okay. And so one of the things here is Prong 3 identifies that employee who has a contract can be terminated for malfeasance, inefficiency, or contumacious conduct?

A Uh-huh. (Affirmative response.)

Q And so it was your determination that Dr. Zhang had not engaged in conduct that rose to the level of contumacious conduct and therefore warranted termination, correct?

A That's right.

MR. BRAGG: Give me just a couple of minutes to confer with my client, and I'll get back on.

(Off the record.)

MR. BRAGG: I'm ready to proceed and conclude.

MS. MATTHEWS: I don't have any

questions.

(DEPOSITION ENDED AT APPROXIMATELY 3:02 p.m.)

25

CERTIFICATE OF REPORTER

I, AMANDA WOOTTON, Court Reporter and Notary Public for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings had in the aforenamed case at the time and place indicated, which proceedings were recorded by me to the best of my skill and ability.

I also certify that I placed the witness under oath to tell the truth and that all answers were given under that oath.

I certify that I have no interest, monetary or otherwise, in the outcome of this case.

This the 22nd day of January 2026.


*Amanda Wootton*

AMANDA M. WOOTTON

My Commission Expires:
December 15, 2026

26

CERTIFICATE OF DEPONENT

I,_____, do hereby certify that the foregoing testimony is true and accurate to the best of my knowledge and belief, as originally transcribed, or with the changes as noted on the attached Correction Sheet.

Subscribed and sworn to before me this the _____ day of _____, 2026.

_____

Notary Public

My Commission Expires:

27

CORRECTION SHEET


          I,_____, do hereby

certify that the following corrections and additions

are true and accurate to the best of my knowledge and

belief.


CORRECTION              PAGE      LINE    REASON
_____

_____

_____

_____

_____

_____

_____

_____

_____






     Subscribed and sworn to before me
this the _____ day of _____, 2026.



                         _____

                         Notary Public
My Commission Expires:

AW Reporting
601-573-0961

**&** 22

**22nd** 25:15

**25cii23cv441ahw** 25

**29th** 16:21 17:18

**3a120** 2:1060

**3rd** 14:9

**5th** 14:10

**8th** 13:11,19

**ability** 25:9

**able** 6:10,21

**about** 6:8 7:12 8:14,24 11:14 12:22 13:18,20 14:13 16:14,15,22 17:7,17 18:1,3,5,13 19:12,14 20:1,1,2,3 (24)

**above** 25:5

**absolutely** 17:3

**abstained** 21:20

**access** 6:10 16:16

**accurate** 8:25 9:10,20 26:6 27:5 (5)

**actually** 6:25 16:23 17:10,12 (4)

**additions** 27:4

**administrative** 5:2 17:24

**affirmative** 14:11 23:13

**aforenamed** 25:7

**after** 4:3 7:18 10:14 18:10 19:15 (5)

**again** 5:3 14:15 16:2

**against** 21:20,23

**agreement** 21:13

**allow** 5:20

**aloud** 9:15

**also** 2:10 9:22 12:1 19:8 20:16 25:10 (6)

**although** 18:19

**always** 8:3 16:5

**amanda** 22,23 9:13 25:3,20 (5)

**amanda@awreportingnet** 23

**amatthews@windfieldlawfir mcom** 2:8

**amicable** 20:11

**ann** 16:13 18:1

**another** 5:18 7:16 14:15

**answer** 5:19,22 19:11

**answers** 25:11

**anything** 20:7,13

**appearances** 13 2:1 3:3

**appeared** 18:5

**appreciated** 18:16

**approximately** 16 24:2

**are** 5:14 9:1,20 12:7 14:20 27:5 (6)

**arranging** 19:20

**arrived** 14:24

**arts** 10:24 11:1,9,11 (4)

**ashlyn** 2:6 6:16 16:4 19:18,25

**(5)**

**ask** 5:7,11 8:25 19:25 20:9 (5)

**asked** 16:14,14 18:14

**asking** 12:8

**astronomy** 10:21

**attached** 26:8

**attention** 18:16

**availability** 14:19

**available** 14:20

**back** 4:10 19:3 23:20

**background** 5:8 7:12

**based** 22:16

**basic** 5:5

**basically** 7:7

**because** 5:13 22:18

**before** 4:22 5:1,8,19,21 12:19 16:20 17:18 18:10 20:8 26:18 27:19 (12)

**being** 4:18 6:21 14:1 16:19 (4)

**belief** 22:23 26:6 27:6

**believe** 12:12,13,25 23:7 (4)

**believed** 15:6

**bengali** 8:6

**best** 5:19 25:8 26:6 27:5 (4)

**big** 7:15,16,25 8:1 (4)

**binder** 19:1

**binders** 19:15

**bit** 7:12 19:7 20:3

**board** 5

**bold** 21:12

**born** 7:13

**bottom** 13:10,11 15:5

**bragg** 2:2 3:4 4:7 5:1 16:4,7,9 23:19,23 (9)

**bragglaw** 2:3

**break** 5:25 6:3

**brown** 2:6

**busy** 7:3

**calcutta** 7:15 8:1,3,5 (4)

**call** 4:15 8:2

**can** 4:15 5:6 6:7,8 7:24 9:9,14 18:9 23:11 (9)

**case** 5:9 25:7,14

**cause** 21:15 22:4,12

**certificate** 3:6,7 25:1 26:1 (4)

**certify** 25:4,10,13 26:5 27:4 (5)

**chair** 12:25

**changed** 8:5

**changes** 26:7

**chicago** 7:17

**circle** 24

**circuit** 1

**city** 7:15,16,24,25 8:1 (5)

**civil** 4:20 20:17

**clear** 20:16

**clearly** 18:15

**client** 23:20

**close** 18:16

**college** 10:19,22,24 11:1,8,11 (6)

**commission** 25:21 26:24 27:24

**committed** 22:3

**committee** 7:6 11:16,19,24 12:6,17,25 13:2 15:7 16:21 21:8,13 22:21 (13)

**communicate** 5:7,12

**compared** 17:9

**complies** 19:9

**conclude** 23:24

**conclusion** 3:5

**conduct** 21:16 22:3,5,11,12,16,17,18,20,24 23:12,15,16 (13)

**confer** 23:20

**confirm** 9:10 21:7

**confirmation** 16:15,22

**consensus** 16:8

**considered** 7:9 11:23

**consistent** 17:1 22:6

**contain** 25:5

**contents** 3:2

**continuing** 16:9

**contract** 23:10

**contumacious** 22:3,11,17,20,24 23:12,16 (7)

**conversation** 19:25

**conversations** 17:23 18:11

**copy** 6:16

**correct** 9:23 13:24 17:20,21 21:21,25 22:25 23:17 25:6 (9)

**corrected** 16:1,6

**correction** 3:8 26:8 27:1,7 (4)

**corrections** 27:4

**could** 22:16 23:1

**counsel** 15:7 16:12 18:2

**counsel's** 18:25 19:2

**county** 1 2:1060

**couple** 6:17 20:9 21:5 23:19 (4)

**court** 1,22 5:15 9:14 25:3 (5)

**creating** 5:15

**csr** 22

**currently** 11:6

**date** 11:20 14:24 15:1

**dates** 14:12

**david** 17:23

**day** 7:2,7 25:15 26:19 27:20 (5)

**days** 8:1

**dean** 11:8,11

**december** 13:11,19

**decided** 14:21

3

**decision** 22:2

**defendants** 5

**degree** 8:11 10:11

**deliberations** 20:4

**department** 10:19,21 11:2,4,5 (5)

**deponent** 3:7 26:1

**deposition** 9 3:5 4:19,21 5:6 6:24 13:7 15:25 19:20 24:2 (10)

**depositions** 6:17

**detail** 22:21

**details** 14:7

**determination** 23:14

**didn't** 19:25 20:20

**dig** 21:5

**dipangkar** 9 4:2,9,13 9:11 (5)

**disagree** 21:2

**disagreeing** 20:21

**disagreements** 20:16,17,19,20 (4)

**disclose** 19:17

**discussed** 22:21

**discussion** 23:6

**district** 1

**dive** 5:7

**doc** 7:18 8:15

**doctoral** 10:13

**doctorate** 10:14

**document** 8:22,23 9:3 13:11,16 15:5 21:6 (7)

**documentation** 7:1 15:15

**documents** 13:1 15:16,17 18:18 (4)

**does** 5:16,23 11:22 16:24 (4)

**done** 6:2

**doubt** 6:17

**down** 9:5 13:11 19:7,9 (4)

**dr** 2:10 4:15 9:2 11:17,22 12:16,20,22 13:4,10,12 14:16,25 15:6,18,21 16:10,12,21 17:23 21:16,24 22:3,9,10,23 23:15 (27)

**due** 21:16 22:5,12

**duke** 7:19

**duly** 4:3

**during** 18:14 23:5

**dutta** 9 4:2,9,13,15 9:11 (6)

**e** 2:2,7

**each** 21:13

**earn** 10:9,11

**east** 2:1060

**education** 10:10

**either** 18:10

**else** 16:1

**email** 23 6:11,16 13:9,12,14 14:15 15:5,9,13 16:10,21 17:5 20:15 21:3 (15)

**employee** 23:10

**end** 11:21 20:22

**ended** 14:1 24:2

**engaged** 22:10,24 23:15

**engaging** 18:14

**engineering** 9:22 10:1

**entire** 15:25

**esquire** 2:2,6

**evanston** 7:17

**events** 17:4

**eventually** 14:9

**ever** 4:21 12:20 16:6 17:22 (4)

**everybody** 16:11

**everything** 20:15

**exact** 11:20 14:12 22:14

**exactness** 17:3

**examination** 3:4 4:6,7

**examined** 4:4

**except** 9:20

**exchanges** 20:12,15

**exhibit** 13:7 15:2 19:3 21:6 23:3 (5)

**exhibits** 6:6,8 15:19

**experience** 21:3

**expires** 25:21 26:24 27:24

**fact** 20:19

**factual** 9:20

**faculty** 7:19

**fair** 17:15 20:18

**fall** 11:21

**far** 6:2

**favor** 5:21 12:11 21:19

**february** 13:25

**federal** 4:20

**feel** 17:7

**few** 4:25 5:5 6:6 18:15 (4)

**fill** 14:19

**final** 7:8 22:15

**finally** 14:25

**find** 14:8,13

**finds** 21:14

**fine** 6:4,14

**finish** 5:19,21

**finished** 19:6

**firm** 2:6

**first** 1 4:3 11:23 12:22 13:16,19 14:13,22 19:12 (9)

**following** 27:4

**follows** 4:4

**foregoing** 25:5 26:5

**forms** 14:19

**forwarded** 13:13 16:10

**found** 13:19 17:7,17

**four** 21:19 22:2

**full** 4:8 10:10 25:5

**gate** 24

**general** 15:7 16:12 18:2,25 19:2 (5)

**get** 4:11 5:8 11:18 23:20 (4)

**getting** 4:24

**give** 15:12 23:19

**given** 4:19,21 25:11

**glad** 21:3

**go** 5:5 6:21 16:2 19:24 (4)

**going** 4:10 8:22,24 13:7,25 14:5 15:1 16:23 17:10 19:3,4 20:22 (12)

**good** 4:17 5:2,4,24 (4)

**got** 4:25 8:24 9:25 14:21 (4)

**grad** 7:17

**grafton** 2:2 5:1

**grafton@graftonbragglawco m** 2:4

**grala** 13:4,10 14:16,25 15:21,22,22 16:1,2,2,6,7,10,21 22:9 (15)

**grew** 7:14,25

**ground** 5:6

**guess** 8:4 10:15 13:24 16:11 20:12 22:18 (6)

**guessing** 11:21

**guys** 17:7 20:1 23:5

**happened** 6:16 19:15

**has** 13:2 16:6 21:13 23:10 (4)

**haven't** 7:9

**having** 4:3

**he** 11:8 12:16 15:6 16:1,14 23:1 (6)

**head** 11:5,5

**heard** 8:3

**hearing** 5:2 11:16 12:20 13:22 14:9,14,22 16:15,16,22 17:8,9,24 18:6,10,14 19:12 (17)

**heart** 5:9

**here** 4:18 5:15 7:20 9:6 11:14 16:8 17:17 21:12 23:9 (9)

**hereby** 25:4 26:4 27:3

**herein** 13

**higher** 5 10:10

**him** 11:7 22:4

**hinds** 1

**his** 12:19 15:25

**hopefully** 6:1

**how** 5:6 14:20,24 23:2 (4)

**hrm** 23:4

**i'll** 5:5,7,11,18,20 6:7 15:2,4,12 16:2 21:7 22:8 23:20 (13)

**i'm** 4:10,24,24 8:22,24 9:13 11:21 13:7 14:21,24 19:3,4 21:3 23:23 (14)

**i've** 4:25 7:20 8:3,4 (4)

**identifies** 23:10

**iit** 10:3

**important** 5:14

**independent** 10:15

**india** 7:14 10:3,4

**indian** 24

**indicated** 25:7

**inefficiency** 23:11

**information** 8:24 9:6 17:16 19:14 (4)

**informing** 14:18

**instead** 5:13

**institutions** 5

**interest** 25:13

**interrogatories** 9:2

**interrogatory** 19:5

**into** 5:8 19:24

**introduced** 6:7

**involving** 12:2

**is** 4:19,19 5:1,11,15,18 7:15,16 8:4,6,25 9:6,10,11,15,21 10:9,13,13,16,18,22,22,24 11:1,5,6 13:1,1,9,16,24 15:5 17:1 19:11 20:4,7,15,18 21:1,8,11,20,23,25 22:6,13,25 23:4,5,9 26:5 (52)

**issue** 12:9

**issues** 12:3

**january** 7 25:15

**jason** 18:3,4

**jeff** 11:6

**jo** 16:12 18:1

**judicial** 1

**jump** 5:19,22

**june** 7:10 11:16 14:1,9,10,14 (6)

**just** 5:5,12 6:8 8:24 9:9,14 10:9 15:23 19:4,11 21:5,7 23:19 (13)

**keith** 18:3,4

**kind** 5:6 6:21

**know** 5:25 6:2,4 12:8 14:3,7,12 15:13 16:4 18:14 19:6,7 20:3 (13)

**knowledge** 26:6 27:5

**last** 7:5 19:10 22:18

**law** 2:6

**lawsuits** 14:5

**learn** 12:22

**learning** 5

**left** 19:15,15

**let** 5:19,21,25 6:4 13:6 15:13 19:4,5,7 21:7 (10)

**let's** 16:7 23:3

**level** 23:1,16

**li** 2 2:10

**like** 10:16,22 15:15 16:19,20 17:7 20:8,13,20,22 (10)

**line** 2:1060 27:7

**link** 15:15

**listed** 9:6

**little** 4:24 7:12 19:7 20:3 (4)

**llc** 23

**long** 20:10

**look** 6:21 19:4

**looking** 15:16

**looks** 16:20 17:4

**lot** 6:3 20:4,5

**lucas** 16:13 18:1

**m** 22 25:20

**main** 2:7

**majority** 12:14 16:8 21:15

**make** 4:11

**malfeasance** 23:11

**matches** 20:23

**materials** 16:17

**matter** 7:6,9 11:23,23 12:1,2,14 (7)

**matters** 12:6

**matthews** 2:6 16:5 23:25

**may** 6:15 16:3,21 17:18 20:5 (5)

**maybe** 14:21

**me** 5:21,25 6:4,21,23 7:12 8:14 12:8 13:6 15:13 16:1,6,20 17:5 18:13 19:5,7 20:2 23:19 25:8 26:18 27:19 (22)

**mean** 6:11 11:22 17:8 18:18 19:25 20:10,12 (7)

**meant** 22:17

**members** 15:6

**mentioned** 19:18,22

**met** 5:1 12:20

**mind** 12:8

**minutes** 23:20

**misremembering** 14:21

**mississippi** 1,4,5,39157 2:4,39759 7:21 9:1 15:8 25:4 (10)

**mit** 7:18 8:15 10:2,3,12 (5)

**monetary** 25:13

**move** 8:8

**moved** 7:19

**ms** 16:5,12 23:25

**msu** 7:20

**mumbai** 7:16

**my** 5:1,18,20,21 6:8,13 10:9 20:14 21:2,10,18,23 23:20 25:9,21 26:6,24 27:5,24 (19)

**name** 4:8 5:1 8:5 10:18 (4)

**names** 16:17

**near** 7:25

**nearest** 7:14,25 8:1

**need** 5:25 6:3,15 9:15 19:7 (5)

**needed** 6:20

**never** 6:2 12:16 16:1

**next** 5:20

**no** 25 4:20,23 5:12 6:13 7:2 9:15 10:13 11:25,25,25 12:7,18,21 15:11 17:19,25 18:2,4,11 19:14 22:10 25:13 (23)

**nobody** 16:6

**nods** 5:13

**none** 18:7 21:20

**northwestern** 7:17 8:12 9:23 10:7 (4)

**notary** 22 25:3 26:22 27:23 (4)

**noted** 13 26:7

**notes** 18:17,19,22,24 (4)

**nothing** 6:25

**notice** 12:23

**now** 17:5,14 18:20

**nuclear** 8:18,18,20

**number** 21:6

**oath** 4:4 25:11,12

**obtained** 9:22

**obviously** 16:12

**off** 21:9 23:22

**office** 18:25 19:2

**oh** 9:25

**one** 5:11 6:1 14:19 23:9 (4)

**only** 12:7 22:16

**order** 4:25

**originally** 26:7

**other** 12:5,6 14:7 20:20 22:8 (5)

**otherwise** 25:14

**out** 4:24 7:7 13:20 14:8,13,19 17:7,17 18:19 20:7 (10)

**outcome** 25:14

**outside** 17:23

**over** 5:5 11:2

**p&t** 7:6 11:19,24 12:6,17 15:6 21:8 (7)

**pa** 2:6

**page** 9:5 13:10,10 27:7 (4)

**pages** 25:5

**panel** 16:16 23:6

**part** 10:24 12:1

**particle** 8:18,20

**particular** 21:14

**parts** 9:20

**paying** 18:16

**people** 21:19

**phd** 8:13 10:6

**phrase** 22:11

**physics** 8:13,18,19,20 9:22 10:1,6,21 11:2 (9)

**place** 16:16 25:7

**placed** 25:10

**plaintiff** 2

**planned** 6:3

**pleasant** 20:25

**please** 4:8

**pllc** 2:3

**pm** 16 24:3

**point** 13:22 22:18

**policies** 23:8

**policy** 23:4,4

**possession** 19:16

**post** 7:18 8:14 10:13

**postponed** 13:23 14:1

**prepare** 6:23

**present** 2:10

**presented** 13:1

**pretty** 17:8,9

**previous** 12:1

**printed** 18:19

**probably** 13:17 14:15,18,22 18:19 20:4,5 (7)

**procedure** 4:20

**proceed** 22:16 23:23

**proceedings** 25:6,8

**process** 18:13 20:8

**professor** 9:11 12:3,9

**promotion** 11:15,18

**prong** 23:10

**pronouncing** 8:4

**proposed** 12:23,23

**propounded** 9:2

**provide** 18:24

**provost** 11:12

**public** 22 25:4 26:22 27:23 (4)

**pull** 6:7 8:22 13:7 15:2 19:3 23:3 (6)

**purposes** 5:14

**putting** 20:18

**question** 5:20,21 20:1

**questions** 5:8 18:15 20:9 24:1 (4)

**quickly** 9:10 17:8

**quite** 14:24 18:23

**raised** 7:13

**reached** 21:13

**read** 9:9,14,15 17:5 19:10,11 (6)

**reading** 19:6 20:14 21:3

**ready** 23:23

**really** 7:2,9 9:9 18:23 20:7,10 (6)

**reason** 27:7

**reasons** 21:14

**recall** 11:20 14:4 15:13,14 17:11 18:9,21 22:13,14 (9)

**receive** 8:11 16:16

**received** 16:22

**receiving** 15:13,14

**recognize** 13:14,15 15:9,10 (4)

**recollection** 17:2

**recommendation** 7:6 12:11 21:8,19,24 (5)

**recommended** 12:10 13:2

**record** 4:8 23:22

**recorded** 25:8

**relevant** 23:7

**remember** 16:18 17:3,12 20:5,6 (5)

**repeat** 15:23

**report** 11:7,8

**reported** 22

**reporter** 22 3:6 5:15 9:14 25:1,3 (6)

**reporting** 23

**reports** 11:12

**represent** 15:4 22:8

**rescheduled** 14:3

**research** 7:19 8:15 10:13

**residence** 10:17

**residency** 10:16

**responded** 16:11

**response** 14:11 15:19 19:5 23:13 (4)

**responses** 5:12,13 9:1

**return** 5:21

**review** 6:7 7:1 13:3 15:12 (4)

**reviewed** 7:5 23:5

**ridgeland** 2:4

**right** 4:11,14 7:11,23 9:5 10:8 11:3,4,10,13,14 12:4,15 13:5,6,18,21,22 14:2,12 15:4,20,20 16:3 17:4,5,14,22 18:12,20 19:1,3,17 20:2,24,24 21:1,11,12,22 22:22 23:18 (42)

**ringer** 11:6

**rise** 23:1

**road** 2:1060

**rose** 23:15

**row** 4:25

**rpr** 22

**rule** 4:20

**rules** 5:6

**said** 15:25 16:2,5 20:6 (4)

**save** 9:13

**say** 4:10 14:20 15:21 17:17 22:25 (5)

**saying** 8:6 13:1 15:24

**says** 21:12

**scheduled** 14:9,14 17:8

**sciences** 10:25 11:1,9,12 (4)

**scientist** 10:15

**screen** 6:8,12,13

**scroll** 9:5 19:7,9 21:7 (4)

**second** 14:23 15:12

**see** 5:2,4 9:6 13:6 16:14 (5)

**seem** 9:21 16:24 20:20

**seems** 9:24 16:8 17:5

**seen** 8:23 9:3

**sending** 15:18

**sense** 20:21

**sent** 7:7 13:16 16:19 19:1 (4)

**sentence** 9:24

**sequence** 17:4

**served** 12:16

**shakes** 5:13

**share** 6:13 20:8

**sharing** 6:11

**shaw** 13:12 17:23

**she** 19:18,22

**sheet** 3:8 26:8 27:1

**short** 17:9

**shortest** 6:1

**should** 6:14 19:17 21:1 22:25 (4)

**shouting** 20:23

**shredded** 19:23

**signature** 21:10 25:19

**signed** 21:9

**silently** 9:14

**since** 7:10

**sit** 17:16

**situation** 6:15

**skill** 25:9

**small** 7:14

**so** 4:18 5:2 6:2 7:9,20 8:8 9:4 10:16 11:7,14 12:12,13 14:8 16:10,20 19:14,22 21:5,6,11,18 22:20 23:3,7,9,14 (26)

**some** 5:8 8:24 9:2,6 10:11 13:22 18:15,19 20:5,14 22:21 (11)

**someone** 16:1

**something** 6:16,20 13:2 14:5 15:14 16:19 22:21 23:5 (8)

**sorry** 4:24 9:13 11:25

**sort** 10:11 21:2

**sounds** 4:17 5:24 13:18 14:12 (4)

**spans** 13:9

**specific** 20:9

**specifically** 11:16 13:15 14:4 15:10 (4)

**specify** 9:17

**spell** 7:24

**started** 13:17 15:16

**starts** 13:12

**state** 4,5 4:8,19 7:21 15:8 25:4 (7)

**state's** 9:1

**statement** 21:12

**states** 8:9

**stick** 16:7

**sticks** 20:7

**street** 2:7

**strive** 21:1

**structure** 9:24

**student** 7:17

**stuff** 20:6

**subscribed** 26:18 27:19

**subset** 10:23

**suggest** 9:24

**suite** 2:1060

**sure** 4:11,16 14:24 21:10 23:8 (5)

**surprised** 8:23

**sworn** 4:3 26:18 27:19

**table** 3:2

**take** 16:15 18:19

**takeaway** 20:14 21:2

**taken** 15

**taking** 18:17

**talk** 6:8 8:14 11:14 19:18 20:2,3 (6)

**talked** 20:1

**tech** 9:21 10:1

**tell** 6:23 7:12 18:13 25:11 (4)

**tense** 20:12

**tension** 20:12

**tenure** 11:15,19

**terminate** 21:16,24 22:4

**terminated** 12:3,10 23:2,11 (4)

**termination** 12:19,23,24 21:14 22:12,16 23:17 (7)

**testified** 4:4 22:9

**testify** 18:6

**testimony** 4:21 26:5

**than** 12:5 20:20

**thank** 4:18 5:4 6:5 8:7 (4)

**that's** 4:14 6:16 7:11,23 9:23 10:8 11:3,10,13 12:4,15 13:5,16 14:2,20 15:16,20 17:15,20,21 18:10,12 19:1,17 21:22 22:22 23:18 (27)

**them** 6:7,9 18:7,11,20 (5)

**therefore** 23:16

**these** 4:25 8:1 9:1 15:17 (4)

**thing** 5:18

**things** 5:11 21:6 23:9

**think** 6:1,2 9:4 14:4 15:10 16:2,18 20:11 (8)

**thinking** 17:11

**those** 5:13 12:7 14:19 15:18 18:22,24 (6)

**thought** 22:17

**three** 21:20 22:2

**through** 6:21 9:9 14:9 20:14 21:7 (5)

**throughout** 5:7 15:25

**time** 7:5 11:15 15:7 25:7 (4)

**times** 6:17

**timetable** 17:9

**today** 4:18 6:24 17:17

**told** 14:25

**tone** 20:19

**too** 5:4

**towit** 4:5

**town** 7:14

**training** 10:14

**transcribed** 26:7

**transcript** 5:14 25:6

**traveling** 7:2

**true** 25:6 26:5 27:5

**trustees** 5

**truth** 25:11

**try** 5:18,20

**trying** 15:23

**twenty** 7:21

**two** 12:7

**type** 14:19

**uhhuh** 14:11 23:13

**ultimately** 12:9

**under** 4:4,19 9:7 25:10,12 (5)

**undergraduate** 7:15

**understand** 7:4 22:1

**understanding** 10:10 21:18,23

**understood** 19:21

**united** 8:8

**university** 4 7:19 9:23 10:20 21:15 22:4,9 (7)

**up** 6:7 7:14,25 8:22 13:7 14:1 15:2 19:4 23:3 (9)

**us** 14:18,25

**v** 9:21 10:1

**verbal** 5:12

**version** 7:8

**very** 7:3 8:23 20:11,16,16,25,25 (7)

**via** 15 6:11

**visa** 12:3,9

**vote** 21:15 22:2,10,15,15 (5)

**voted** 12:13 21:19,20,23 22:11,14,19 23:2 (8)

**votes** 20:22

**want** 20:2 21:5

**warranted** 23:16

**wasn't** 20:11,22

**way** 6:9 8:6 9:21 16:24 20:18 22:14 (6)

**we're** 11:14

**we've** 5:1 6:2

**well** 4:18 8:5 11:25 21:4 22:7,13 (6)

**went** 20:4,10

**when** 7:5 8:8 11:18 12:16,22,25 13:19 14:8,13,20 15:16 16:15,16,22 17:9 19:6,20 21:2 (18)

**where** 6:15 7:13 13:17 16:14 22:2 (5)

**whether** 22:3,4,10,15 (4)

**which** 7:16 8:6 12:1 13:2,12 21:1 22:17 23:1,4 25:8 (10)

**while** 18:23 21:12

**who** 11:5 12:3 14:25 18:5 23:10 (5)

**whole** 19:1 20:5

**why** 14:3

**will** 6:1,4,13,18,20 (5)

**winfield** 2:6

**within** 10:19,22,23

**without** 6:21

**witness** 16:17 19:9 25:10

**witnesses** 18:5

**wootton** 22,23 25:3,20 (4)

**words** 22:8

**work** 5:16,23

**would** 8:22 9:21 11:7,7,8,20 13:4,19 16:15,16 17:17 18:22 20:8 (13)

**written** 9:21

**wrong** 8:4

**yeah** 4:14 6:14 8:16 9:8,18 10:5,17,24 13:24 15:14 16:18,18,24 17:6 18:7,18 19:10,13,22 20:21 21:10,10,17,22 22:15,22 (26)

**year** 8:9

**years** 7:20,21,22

**yes** 5:12,17 8:21 11:25 12:12 13:17 15:17 16:19,25 17:21 19:2 21:25 22:25 23:2,7 (15)

**yesterday** 7:3

**you're** 10:14 19:12

**your** 4:8 5:19,22 7:12 10:14,19 11:4,5,15 17:1 18:13 19:16 21:3 22:23 23:14 (15)

**yours** 6:1

**zhang** 2 2:10 9:2 11:17 12:16,20 15:6,18 16:12 21:16,24 22:3,10,23 23:15 (15)

**zhang's** 11:22 12:22

**zoom** 15

**224** 2:7

**230** 16

**302** 24:2

**338** 24

**1992** 8:10

**2006** 7:20

**2020** 17:18

**2024** 11:21,21 13:11,19 (4)

**2025** 7:10 11:16 13:25 14:1,10 (5)

**2026** 7 25:15,15 26:19 27:20 (5)

**39157** 39157

**39759** 2:39759

**60113** 23:4

**6015730961** 25