**IN THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI**

**LI ZHANG**                                                                                     **PLAINTIFF**

**v.**                                                                                     **25CI1:23-cv-441-AHW**

**MISSISSIPPI STATE UNIVERSITY, and**
**MISSISSIPPI BOARD OF TRUSTEES OF STATE**
**INSTITUTIONS OF HIGHER LEARNING**                                 **DEFENDANT(S)**

**DEFENDANTS MISSISSIPPI STATE UNIVERSITY'S**
**ANSWERS TO DR. LI ZHANG'S THIRD SET OF INTERROGATORIES**

Defendant Mississippi State University ("MSU") serves its Answers to Dr. Li Zhang's ("Dr. Zhang") Third Set of Interrogatories as follows:

**INTERROGATORY NO. 16:**  Did the University (including any of its agents or employees) shred panel member's notes or materials within the hearing binders distributed to the panel members for their use at the administrative hearing beginning on June 3, 2025? If so, explain all details regarding the decision to shred such any materials – including the time, place, actor or actors, and the scope of what materials were shredded and what materials were not shredded.

**ANSWER NO. 16:** Yes.  In the days following the conclusion of the termination hearing and the panel's completion of its report, MSU's Office of General Counsel collected the hearing binders and their contents from each panel member. Although employees of the office did not review each binder in detail, they understood those binders to have contained materials provided to the panel members by the parties and to have been in substantially the same form as they were delivered to the panel members. It is also possible that some of the binders may have contained a limited number of notes taken by the individual panel members; however, MSU is without sufficient knowledge or information to describe the contents of any such notes.  During the week of September 15, MSU's General Counsel learned that MSU's

EXHIBIT

**49**

1

Paralegal / Associate Licensing Director Caitlin Rackley had determined that the binders were duplicates and redundant material and mistakenly directed that the contents of the binders (as opposed to the physical binder itself) be shredded. With the exception of any notes that might have appeared in the binders, copies of those binders as they were presented to the panel remain available and are being produced with these responses.

**INTERROGATORY NO. 17:** Identify all panel member's [sic] notes or materials within the hearing binders distributed to the panel members for their use at the administrative hearing beginning on June 3, 2025.

**ANSWER NO. 17:** MSU anticipates that one or more of the notebooks may have contained notes; however, MSU is unaware of the specifics of any such notes or of the extent to which they might have existed, except to say that Rackley does not recall seeing significant notes. In fact, it was the absence of any such apparent notes from her limited review that contributed to her decision to direct that the contents of the binders be shredded.

MSU is aware that the binders originally included (i) the materials contained in a binder notebook prepared by and provided to the panel members by MSU, which included its Supplement to Notice of Intent to Terminate, Exhibit List, and Exhibits 1-34 and (ii) the materials compiled by and presented to the panel members by Zhang, which included his Response to Notice of Intent to Terminate and Supplemental Notice of Intent and his Exhibits 1-42.  A copy of the binder that was prepared and provided by MSU, and subsequently retained by counsel for MSU after the conclusion of the hearing, is being produced as MSU261480-262411, and a copy of the binder that was prepared and provided by Zhang, and subsequently retained by counsel for MSU after the conclusion of the hearing, is being produced as MSU262060-262411.

During the course of the hearing and after the hearing concluded, additional documents were provided to the panel members by Zhang and MSU at their own urging or in response to requests from the panel. It is possible that copies of these documents may have been added to one or more of the binders. All documents that are understood to have been provided to the committee are included in the materials being produced as MSU260123-260833.

**INTERROGATORY NO. 18:** For every student who both (1) attended a course taught by Dr. Li Zhang during Fall 2021 or Spring 2022 and (2) has had his or her identity redacted on one or more document that the University has produced, identify the following:

> (a) That student's last known contact information, including address, cell phone, home phone, and email address; and

> (b) Every instance (Bates # and any more specific identifier necessary to distinguish among multiple redactions on the page) in which the student's name has been redacted from documents that the University has produced. You may satisfy this sub-part by referring to and producing non-redacted copies of all materials from which the student's name has been redacted.

Counsel is agreeable to entering into an order that will qualify for the court-ordered exception under FERPA to facilitate the disclosure of the information sought.

**ANSWER NO. 18:** MSU objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably limited in time or scope, not proportional to the needs of the case, seeks information that is not relevant to the issues raised by the claims or defenses of any party, and seeks information that is or may be protected by the attorney-client privilege, deliberative process privilege, Family Educational Rights and Privacy Act ("FERPA"), or other privileges or protections. MSU further specifically objects to being required to identify each and every repetition of e-mails that contain student identifiers, as this request is particularly overly broad and unduly burdensome. Without waiving these

objections, MSU states that, after the giving of notice as required by FERPA and set forth in the court's order [dkt. #56], MSU will, in the absence of any objection, produce unredacted versions of documents previously produced as MSU000188-191, 571-572, 621-623, 629-631, 760-764, 789-824, 1640-1643, and 4102-4105, 10265, 231376-231380, 250215-250227, and, to the best of its ability, it will provide the requested contact information as to the students identified therein. If Zhang believes that any additional documents should be produced in unredacted form, MSU requests that Zhang identifies any such document with particularity, and MSU will work in good faith to provide those documents. MSU notes that, due to the number of mailboxes that have been searched and due to the nature of email messages (e.g., with long threads and replies), there are many duplicates or repetitive entries of documents. Accordingly, MSU requests that the parties meet and confer on a method to identify the central documents for which information is sought and to reduce the burden associated with such a production.

**INTERROGATORY NO. 19:** For each panel member who attended the administrative hearing on June 3, 2025, identify:

(a) The full name and contact information for the panel member;

(b) The panel member's years of service at the University;

(c) The essential details of the panel member's tenure status, if any (years of promotions, etc.); and

(d) Whether that panel member voted in favor of or against the recommendation to terminate Dr. Zhang;

(e) Whether that panel member voted in favor of or against recommending a new faculty panel to evaluate Dr. Zhang's performance and rankings for teaching in research in 2021 and 2022;

**ANSWER NO. 19:** MSU objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, vague, and seeks information that is not relevant to the issues

4

raised by the claims or defenses of any party.  Without waiving this objection, MSU is able to provide the following information regarding the panel members who attended Zhang's administrative termination hearing:

(a)  Kelli Anthony

Kelli Anthony is an Instructor in the Department of Communication, Media & Theater. She earned a Master of Arts in Communications Studies from the University of Alabama in 2001, and a Bachelor of Arts in Communication from Mississippi State University in 1998. Her office is located in 236 McComas Hall, and her email address is kanthony@comm.msstate.edu. She is not tenured.  The committee's votes were recorded in private, and MSU has not inquired of Ms. Anthony as to her votes.  MSU does not object to Zhang seeking that information from her during her deposition.

(b)  Melody Dale

Melody Dale is an Associate Professor /Science & Engineering Librarian at MSU's Mitchell Memorial Library. She received her MLIS in 2012 from the University of Southern Mississippi and a Bachelor of Arts in English from Mississippi State University in 2008. She began her career at MSU as a Library Associate in 2010, became an Assistant Professor / Serials Cataloger in 2013, became an Assistant Professor / Education Librarian in 2017, became an Assistant Professor / Coordinator of Old Main Academic Center & Education Librarian in 2017, and an Associate Professor / Education & Business Librarian in 2019.  Her telephone number is 662-325-3792, her email address is mdale@library.msstate.edu, and her office is located in the Mitchell Memorial Library, Office 2312. She does not have tenure.  The committee's votes were recorded in private, and MSU has not inquired of Ms. Dale as to

her votes. MSU does not object to Zhang seeking that information from her during his deposition.

(c) Dipangkar Dutta

Dipangkar Dutta is a Professor in MSU's Department of Physics and Astronomy. He earned a Ph.D. in Physics from Northwestern University in 1999 and a B.Tech. in Engineering Physics in May 1992. His office is located at 10C Hilbun Hall. His email address is d.dutta@msstate.edu, and his phone number is 662.325.3105. He began his career at MSU during 2006, when he was hired as an Assistant Professor. He was promoted to Associate Professor with tenure during 2012, and he was promoted to Professor during 2016. The committee's votes were recorded in private, and MSU has not inquired of Dr. Dutta as to his votes. MSU does not object to Zhang seeking that information from him during his deposition.

(d) Robert Grala

Robert Grala is the George L. Switzer Professor of Forestry in MSU's Department of Forestry. He earned his Ph.D. in Forestry from Iowa State University, a Master of Science in Environmental Science from The University of Manchester, and a Master of Science in Forestry from Warsaw Agricultural University. His office is located in room 343 Thompson Hall, his email address is rkg55@msstate.edu, and his phone number is 662-325-7039. He joined the department in 2004 and was appointed to the position of Professor in 2021. The committee's votes were recorded in private, and MSU has not inquired of Dr. Grala as to his votes. MSU does not object to Zhang seeking that information from him during his deposition.

(e) Santanu Kundu

Santanu Kundu is Professor and Southern Ionics Chair in the Dave C. Swalm School of Chemical Engineering. He earned his Ph.D. in Chemical Engineering from Clemson University in 2006 and a B.E. in Chemical Engineering from Jadavpur University in 1997. His office is at 352 Swalm on Mississippi State University's campus. His email address is santanukundu@che.msstate.edu, and his telephone number is 662.325.7323. He began his career at MSU as an Assistant Professor in 2012 and has served with MSU since that time. He was promoted to Associate Professor with tenure in August 2018, and he was promoted to Professor in August 2022. The committee's votes were recorded in private, and MSU has not inquired of Dr. Kundu as to his votes. MSU does not object to Zhang seeking that information from him during his deposition.

(f) Shien Lu

Shien Lu is a Professor in the Department of Agricultural Science and Plant Protection. He earned his Ph.D. in Plant Pathology from Washington State University, a Master of Science in Plant Pathology from Shandong Agricultural University, and a Bachelor of Science in Plant Pathology from Shandong Agricultural University. His email address is sl332@msstate.edu, his telephone number is 662.325.3511, and his office is located at 2127 Hill Agriculture Bldg. He began his career at MSU as an Assistant Professor in 2004. He was promoted to Associate Professor with tenure in 2010, and he was promoted to Professor in 2016. The committee's votes were recorded in private, and MSU has not inquired of Dr. Lu as to his votes. MSU does not object to Zhang seeking that information from him during his deposition.

(g) Robert Moore

Robert Moore is a Professor of Marketing and Hunter Henry Fellow in the Department of Marketing, Quantitative Analysis, and Business Law. He received his Ph.D. in Marketing from the University of Connecticut, an MBA in Marketing from the University of South Florida, and a BS in Civil Engineering from Northeastern University. His email address is rsm41@msstate.edu, his telephone number is 662.325.8648, and his office is located in room 324H of McCool Hall. He began his career at MSU as an Assistant Professor in 1999. He was promoted to Associate Professor with tenure in 2005, and he was promoted to Professor in 2010. The committee's votes were recorded in private, and MSU has not inquired of Dr. Moore as to his votes. MSU does not object to Zhang seeking that information from him during his deposition.

Respectfully submitted,

AS TO THE ANSWERS TO THE THIRD
SET OF INTERROGATORIES:

Joan Lucas, General Counsel for
Mississippi State University

9

AS TO THE OBJECTIONS TO THE THIRD
SET OF INTERROGATORIES:


/s/ Charles E. Winfield
Charles E. Winfield
Miss. Bar No. 10588
cwinfield@winfieldlawfirm.com
Ashlyn B. Matthews
Miss. Bar No. 104424
amatthews@winfieldlawfirm.com
THE WINFIELD LAW FIRM, P.A.
224 East Main Street
Post Office Box 80281
Starkville, Mississippi 39759
Telephone: (662) 323-3984
Facsimile: (662) 323-3920
*Attorneys for Mississippi State University*

STATE OF MISSISSIPPI

COUNTY OF OKTIBBEHA

BEFORE ME, the undersigned authority, on this day personally appeared Joan Lucas, who being duly sworn, upon her oath did state that the Answers to the Third Set of Interrogatories contained in the foregoing document are true and correct to the best of her knowledge, information, and belief, based upon information known or made available to her.

JOAN LUCAS

SUBSCRIBED AND SWORN before me on this 17 day of DECEMBER , 2025.

NOTARY PUBLIC

My Commission Expires: 12/13/27

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 168563
CAITLIN RACKLEY
Commission Expires
Dec. 13, 2027
OKTIBBEHA COUNTY

11

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served a true and correct copy of the above and foregoing document by electronic mail to the following:

> Grafton Bragg
> BraggLaw, PLLC
> grafton@graftonbragglaw.com

Dated:  December 18, 2025

/s/ Charles E. Winfield
Charles E. Winfield