## Li Zhang

| | |
|---|---|
| **From:** | Zhang, Li |
| **Sent:** | Friday, December 3, 2021 8:45 PM |
| **To:** | Keith;Jason;Howard;Isaac |
| **Subject:** | Updates |
| **Attachments:** | Surgery Excese.jpg; Medical Certifciate.pdf; DrVisitExcuse.pdf |

Dr. Keith and Dr. Howard,

Thank you the arrangement of a proctor.

This afternoon I felt better and updated FML eform the medical certificate for Dr. Howard's approval. I understand we had a meeting even my FML leave was approved, per our meeting last time, I will still need to work during this period of time in family medical leave. I know I will need help for another proctor for CE 4133 on Monday. I will appreciate if Dr. Howard would confirm that. I attached the link.

https://mstate-my.sharepoint.com/:f:/g/personal/lz75_msstate_edu/En-uzuc62JxOqJO2pXYRtRoBm4U6MaJAf48kg8plHCzVrw?e=YsRH5S

I know Dr. Howard is doing something, if I would be courtesy informed, I will appreciate that as well. Beyond those two items requested, I will appreciate if you can give me a list of items the department is helping me if any. If not, I understand since Dr. Keith's email is clear to me. It doesn't not matter what type of family medical leave I take, I need to complete the teaching.

I know my family hardship and my health issues. I was called something like ?bad employee? or ?burden?. I appreciate your understandings.



<div style="text-align:center; border:2px solid black; display:inline-block; padding:10px;">

**EXHIBIT**

**55**

</div>

DIVISION OF PAIN MANAGEMENT

JEFF LASETER, MD
JEFF SUMMERS, MD

DIVISION OF PHYSICAL MEDICINE

DAVID COLLIPP, MD
RAHUL VOHRA, MD
MICHAEL WINKELMANN, MD



**NewSouth NEUROSPINE**

DIVISION OF SURGERY

ERIC AMUNDSON, MD
PHILIP AZORDEGAN, MD
JOHN D. DAVIS, IV, MD
JACK MORIARITY, MD
JOHN NEILL, MD
W. LYNN STRINGER, MD
E. GREG WOOD, II, MD

## POST–OPERATIVE INSTRUCTIONS
## LUMBAR SPINE SURGERY

### Dr. Lynn Stringer

1. Begin walking the day you arrive home from the hospital. Walk frequently each day and gradually increase the distance up to 2 miles per day as you are able to tolerate.

2. Begin straight leg raises in bed, on your back, morning and night, 10 times each leg alternating.

3. No strenuous activity, overhead work, lifting any object heavier than 10 pounds or bending at the waist until you are seen in clinic 6-8 weeks after surgery.

4. No swimming or tub baths for 2 weeks after surgery.

5. If you have a dressing over your incision, you may remove the dressing (but leave butterfly strips in place) and shower 2 days after surgery. Avoid allowing the shower to directly hit the incision for 2 weeks after surgery. You may remove butterfly strips 2 weeks after surgery.
   If you have a band-aid over your incision, you may shower 1 day after surgery. Leave band-aid in place until it falls off.

6. No work for 2 weeks following surgery or as discussed with your doctor.

7. No driving for 1 week following surgery. However, if any of the following are true, you should not drive: 1) your ability to drive is impaired by the pain medication; 2) your back is too stiff to allow safe and comfortable driving.

8. Intermittent pain or numbness/tingling in your back and/or legs are not unusual after surgery. These symptoms will slowly resolve but may require several weeks to do so.

9. Sexual activity is O.K. but you should remain on your back for sex until 4 weeks after surgery.

10. If you smoke tobacco, use smokeless tobacco, or use nicotine containing substances (gum, patches) please stop. Continued use can prevent or slow recovery and healing after surgery.

11. Your follow up appointment is _Monday 1/17/22 at 9:30am_

12. **Please do not go to the Emergency Room.** Call Newsouth (601-936-0400) or 877-554-4257. Speak with Dr. Stringer or the On-Call Surgeon prior to any emergency room visit.



**MISSISSIPPI STATE** UNIVERSITY.

# Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

## EMPLOYEE COMPLETES SECTION A

| Employee Name | Family Member's Name (if leave is not for employee) | Relationship to the Employee |
|---|---|---|
| Li Zhang | | myself |

| MSU ID Number | MSU Department Name and Address |
|---|---|
| 904138878 | Civil and Environmental |

| Date(s) leave is requested (give beginning and ending dates) | Describe the medical situation requiring your absence from work. |
|---|---|
| 12/2/21-12/8/21 | Spin surgey on advise take at least one week from work. may be more days or less days. |

Employee Signature/Date: Li Zhang 12/2/2021
Digitally signed by Li Zhang Date: 2021.12.02 08:55:33 -06'00'

## DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B.

Dates that that the medical certification is/will be in affect: 12/1/21 – will determine at follow up on 1/17/22

Check One: ☐ Excuse/Release to Work ☑ Medical Certification

1. For FMLA Eligibility: Please check any of the following that pertains to the employee or the employee's family member:

a. ☑ Incapacity of More Than Three Calender days- this period of incapacity involves:
   - ☐ Treatment two or more times by a health care provider,
   - ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
   - ☑ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care

c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility

d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
   - ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

e. ☐ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)

f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)

g. ☐ None of the above

2. Amount of Leave Needed: Please check box(s) that apply to the employee or employee's family member's medical condition.

Check One: ☐ Employee may return to work without restrictions on (date) _____

☑ Employee is totally unable to return to work at this time. Patient will be evaluated on (date) 1/17/22 _____

☐ The Employee may return to work, but may miss work intermittently. Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):

Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee may return to work, but may miss work for follow up doctor's appointments every:

Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee may return to work with restrictions.
   ☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____
   ☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work.** Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may: <br> a. Stand/Walk ☐None ☐1-4 Hours ☐4-6 Hours ☐6-8 Hours <br> b. Sit ☐1-3 Hours ☐3-5 Hours ☐5-8 Hours <br> c. Drive ☐None ☐1-3 Hours ☐3-5 Hours ☐5-8 Hours |
| ☐ **Light Work.** Lifting 20 pounds maximum with frequent lifting and/ carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive: ☐Fine Manipulation ☐Pushing and Pulling ☐Single Grasping |
| ☐ **Medium Work.** Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 3. Patient may use feet for repetitive movement as in operating foot controls. ☐Yes ☐No |
| ☐ **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. | 4. Patient is able to: Frequently / Occasionally / Not At All <br> a. Bend ☐ ☐ ☐ <br> b. Squat ☐ ☐ ☐ |
| ☐ **Very Heavy Work.** Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. | c. Climb ☐ ☐ ☐ |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____

Signature of Doctor/Health Care Provider _____ Date 12/3/21

Printed Name and Address of Doctor/Health Care Provider Above: Dr. W Lynn Stringer 2470 Flowood Dr Flowood MS 39232   Phone Number _____

Reset Form

Rev 9/2013



# ADVANCED SURGICAL CARE

🏠 2466 FLOWOOD DRIVE, SUITE A, FLOWOOD MS 39232   📞 PHONE: 601.326.9393   📠 FAX: 601.326.9394

Date: 12/1/21

Please Excuse    Li Zhang

From:

(✗) Work

( ) School

Due To:

(✗) Surgery

( ) Other

For the following dates

12/ 1 / 21 - 12/ 1 / 21/

N. Hammiz, RN          12/1/21    1321

RN Signature                    Date/Time