**BAGLEY COLLEGE OF ENGINEERING**
**ACADEMIC FACULTY PROMOTION/TENURE DOSSIERS**

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE Associate Professor
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu

**TAB 1**

Promotion application forms
Letter to department head requesting promotion
Offer letter
Approval letter from provost for sabbatical leave in 2014

**TAB 2**

The recommendation of the department head
The recommendation of the department's promotion and tenure committee

**TAB 3**

Curriculum vitae

**TAB 4** Supplemental Teaching documentations

Teaching Summary
Innovative Approaches to Foster Student's Analytic Abilities and Computing Skills
List of Tutorials, including video files on myCourse in Geometric Design of Highway (CE4133/6133)
List of Tutorials, including video files on myCourse in Traffic Engineering (CE4143/6143)
An email from one graduate student that the course project in CE 6133 helped us job changes. (I was not her advisor)
Fall 2011 Student Comments on Geometric Design of Highway and Streets Class (4133)

**TAB 5 Supplemental Research Documentations**

The Best Scientific Paper Award in Americas
Letter of StatePride Award
Sabbatical Research Summary/FHWA Report Executive Summary
FHWA TechBrief about Enhanced Transportation Open Source Microscopic Model
FHWA TechBrief about Surrogate Safety Assessment Model
Number of Software downloads by worldwide users in one year since they are published
Number of Software downloads by worldwide users in two years since they are published

**TAB 6 Services**

Summaries about Campus Traffic Studies
US DOT OSADP Website: itsforge.net
ASCE Mini Seminar Flier
Seminar flier at University of Tennessee, Knoxville
Ms. Amy Tuck's (MSU Vice President for Campus Operations) Letter Outlining MSU Services
Mr. Rice Vance (MSU Police Chief) Letter of Support based on my support to his department and MSU
Mr. Jeremiah Dumas (MSU Parking and Transit Director) Letter of Support based on my support to his department

**TAB 7**

Original letters of recommendation from external reviewers
An example letter requesting the external review from departmental p&t committee chair.

**TAB 8** Any response or rebuttal to a recommendation

**TAB 9** Copies of publications.



**EXHIBIT**
**56**

**BAGLEY COLLEGE OF ENGINEERING**
**ACADEMIC FACULTY PROMOTION/TENURE DOSSIERS**
Li Zhang, Ph.D., P.E., F. ASCE. F. ITE Associate Professor
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu

**TAB 1**

Promotion application forms
Letter to department head requesting promotion
Offer letter
Approval letter from provost for sabbatical leave in 2014

Revised 7/26/2011

**Mississippi State University**
**Application for Promotion and/or Tenure**

| *Please check response(s) in both columns* | |
|---|---|
| **TENURE:** | **PROMOTION:** |
| _____ Mandatory tenure decision | _____ Promotion to Associate Professor |
| | __X___ Promotion to Full Professor |
| _____ Not applicable (early promotion or already possess tenure) | _____ Not applicable (already at associate or full level) |

Faculty members eligible for consideration for promotion or tenure must provide the department head or appropriate official with all pertinent available information by **October 1**. The department head or other appropriate official has the responsibility to assist the faculty member in preparing for tenure or promotion review.

Materials to be provided in the applicant's dossier include:

*1.  Cover letter from the candidate requesting promotion and/or tenure.
*2.  Completed University Promotion and Tenure application form (this cover page and attached pages) with appropriate responses and associated documentation. This must include a summary sheet of teaching evaluations.
*3.  Complete up-to-date vita.
*4.  Original offer letter and, if necessary, additional letter detailing significant changes.
*5.  Letters from external reviewers (to be added by department head). The department head should include a sample letter sent to external reviewers and biographical information about reviewers as appropriate.
6.  All materials required by the academic unit's procedural guidelines.
7.  All supporting documentation desired by the candidate.

*Only these items will be reviewed routinely above the college level. Items 1-7 must go to dept. head and dept. committee. Deans, college committees, and the Provost require items 1-5 but may also request items 6 and 7. Department heads and deans can use their discretion in sending forward any important information included in items 6 and 7. All department head, dean, and committee recommendations should be included in the package to the Provost.

*Note: Please refer to Section 9.1 of the Faculty Handbook for guidelines concerning when information may be added to this application.*

---

*To apply and be considered for tenure requires that you be a citizen of the United States, or be a permanent resident or have begun the permanent residence process (verification required) in order to be eligible for permanent employment in this country.*

Are you a citizen or permanent resident of the United States: __X___ Yes _____ No

If No, have you applied for permanent residency: _____ Yes _____ No (Date process initiated (if Yes): _____ )

Name of Applicant: Li Zhang _____

Present rank: Associate Professor _____    Date of appointment at current rank: 7/1/2011 _____

College/School: Bagley College of Engineering _____    Department: Civil and Environmental Engineering _____

Department Head: Dennis D. Truax _____

Preferred Mailing Address (Include City and Zip Code): 95 Woodlands Green Dr., Brandon, MS 39047 _____

Initial rank at MSU with date of appointment: Assistant Professor, 1/1/2005 _____

Tenure track date of appointment: 7/1/2011 _____    Years of transferred service (if applicable): _N/A_____

Advanced Degrees with Dates: Ph.D. in Civil Engineering, August 20, 2000 _____

Salary Funding (%): E&G: 100_____    MSU Research Unit: _____    Extension: _____    Other: _____

All other information contained in the attached application is correct, to the best of my knowledge.

Date: ___8/31/2019_____    Signed: _____
                                                                          Faculty Member

I. Current responsibilities:

Sabbatical/Medical/Family Leaves: Spring 2014, Fall 2014, one month in Fall 2017, 3 months (20% workload) in Spring 2018, 3 months (50% workload) in Spring 2019

A. Current instruction

|  | | Course number | Title | Credit hours | Number of students |
|---|---|---|---|---|---|
| 1. | Undergraduate: | CE4133 | Geometric Design of Highways | 3 | 19 |
| 2. | Graduate: | CE 6133 | Geometric Design of Highways | 3 | 2 |
|  | | CE 8000 | Research/Thesis | 0 | 0 |
|  | | CE 9000 | Research/Dissertation | 1 | 2 |

3: Advises:   Undergraduate_25___        Master's/Specialist_3___        Doctoral_2___

B. Current or on-going research/creative/performance activities

| Sponsor | Amount | Start | End | Project Name |
|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | $1,200,000 | 2019 | 2021 | eCommerce, Emerging UAS Network and Implications on NAS Integration, CO-PI, 50% funding credit |
| FAA ASSURE, Center of Excellence | $300,000 (50% match) | 2019 | 2021 | UAS Safety Case Development, Process Improvement, and Data Collection. 30% proposal credit (award pending) |
| FAA ASSURE, Center of Excellence | $200,000 (50% matching) | 2018 | 2020 | UAS Parameters, Exceedances, Recording Rates for ASIAS, CO-PI, 56% funding credit |
| Mississippi Department of Transportation | $149,992 | March 2018 | Dec. 2019 | Performance Measures for Traffic Signal Systems, PI, 70% credit |
| Mississippi Department of Transportation | $199,808 | May 2018 | Aug. 2019 | Development and Evaluation of Wi-Fi Highway Performance Evaluation System on Highways, CO-PI, 25% credit |
|  | | Aug. 2019 | Jun 2020 | PI, 100% funding responsibilities |
| FHWA (Subcontract with Leidos Inc.) | IDIQ | 2017 | 2020 | Technical Support Services for the FHWA Office of Operations Research & Development and the Saxton Transportation Operations Laboratory (STOL) |
| FHWA (Subcontract with Ledios Inc.) | IDIQ | 2016 | 2020 | Support Services for the Federal Highway Administration's Office of Operations |

[1]: STOL IDIQ contract is not any guarantee of funding until a subcontract of task is assigned.
[2]: This IDIQ contract is not any guarantee of funding until a proposal with Leidos competing with 5 other IDIQ firms is awarded.

C. Current service/administrative assignments

1. Public service and off-campus professional service activities:
   Volunteer service to FHWA's open source software: Enhanced Transportation Flow Open-source Microscopic Model and Surrogate Safety Assessment Model after contract ended on August 31, 2017.
   Traffic engineering services to campus operations, policy department, parking and transit services. (see attachments)

2. Professional association service, as offices held, etc.:
   Standing Committee on Emergency Evacuation, Transportation Research Board (2015-2018)

3. University and departmental committee and administrative accomplishments:
   Executive director of University Transportation Center, MSU's Response to US DOT's solicitations under FAST Act (2016-2020) (not funded)
   College of Engineering Computer Specification Committee
   CEE Promotional Committee (temporarily excused for this promotion)

D. <u>Other</u>
    1. Developed microscopic traffic simulation models and software that integrate mobility and safety applications. It has been widely used by faculty, researchers and students universities across in Europe, African, Asian and Americas. The open source software is FHWA's top open source downloader., they are almost 15% of all FHWA open source software downloads (as of 7.15, 2019). According to FHWA, one of the open source software "offers the transportation research community the opportunity to add new simulation rules, which fosters the incorporation of new technologies and traffic operational strategies as they are developed.", including "Support for Connected/Automated Vehicles and Other Research".
    2. Continue to improve the open source models and software as my services to the transportation engineering community
    3. Hosting workshops for FHWA, State DOTs/MPOs and Universities worldwide: the workshops from one-hour to one day to demonstrate the capacities of the open source models and software and interfaces with the software. Hundreds of participates (possibly as high as more than one thousand).
    4. Transportation classroom and Lab., including a van. They was configured, furnitured and equipped from my startup funds and other research funds. Many hours have been spent to create class rooms and lab. Through years, they provide transporting, teaching and conferencing support to departmental wide research and teaching.

II. Activities since last promotion (or initial appointment for tenure):
  A. <u>Teaching</u>

    1. Evidence of quality of instruction (check items submitted):
(The faculty member should provide material describing his/her teaching activities and documentation supporting effectiveness. This material must include a summary statement of student evaluations and may include any of the following, or any other items deemed appropriate: peer evaluations (internal or external) _____, course syllabi and exams _____, student input in the form of letters, emails, faculty nominations, etc. _____, recordings of teaching sessions __X___, graduate student theses and dissertations _X____, other materials that demonstrate teaching effectiveness_X____.)

    a) **Summary of Credit Hours and Student Evaluation**
The table shows all courses taught since the last promotion. The weighted averages of student evaluation are (weight: number of students enrolled):
CE 4133 Geometric Design of Highway: 3.92 (range 3.1-4.7)
CE 4143 Traffic Engineering: 3.51 Range (2.8-4.4)
All graduate courses: 4.34 (2.8-5.0) (For cross listed courses, undergraduate and graduate student evaluations not separated)

| Year | Semester | Course Number | Course Name | Enroll | Credit | Credit Hours | | Evaluation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Graduate | Unders | |
| 2011 | | CE 4133 | Geometric Design Of Highway | 19 | 3 | | 57 | 4.2 |
| | Fall | CE 7000* | Directed Independent Study | 1 | 3 | 3 | | |
| | | CE 9000 | Research/Dissertation | 2 | | 21 | | |
| | Spring | CE9000 | Research/Dissertation | 2 | | 24 | | |
| | | CE 4143 | | 11 | 3 | | 33 | 4.4 |
| 2012 | | CE 6143 | Traffic Engineering | 1 | 3 | 3 | | 4.4 |
| | Summer | CE 9000 | Research/Dissertation | 1 | | 6 | | |
| | | CE 4133 | | 27 | 3 | | 81 | 4.0 |
| | Fall | CE 6990 | Geometric Design Of Highway | 3 | 3 | 9 | | 5 |
| | | CE 4000 | Directed Independent Study | 1 | 3 | | 3 | |
| | | CE 9000 | Research/Dissertation | 5 | | 23 | | |
| 2013 | | CE 4143 | | 16 | 3 | | 48 | 2.8 |
| | | CE 6143 | Traffic Engineering | 1 | 3. | 3 | | 2.8 |
| | Spring | CE 7000 | Directed Independent Study | 1 | 3 | 3 | | |
| | | CE8000 | Research/Thesis | 1 | | 3 | | |
| | | CE9000 | Research/Dissertation | 5 | | 20 | | |

| Year | Semester | Course | Title | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Summer | CE 9000: | Research/Dissertation | 3 | | 12 | | |
| | | CE 4133 | | 11 | 3 | | 33 | 4.7 |
| | | | | | | | | 4.7 |
| | | CE 6133 | Geometric Design Of Highway | 1 | 3 | 3 | | |
| | | CE8143 | Traffic Simulation and Traffic Management | 5 | 3 | 15 | | 4.8 |
| 2013 | Fall | CE9000 | Research/Dissertation | 5 | | 16 | | |
| | | | Leave for Spring 2014 and Fall 2014 (100%) | | | | | |
| | Spring | CE9000 | Research/Dissertation | 5 | | 32 | | |
| | Summer | CE9000 | Research/Dissertation | 5 | | 17 | | |
| 2014 | Fall | CE9000 | Research/Dissertation | 5 | | 18 | | |
| 2015 | Spring | CE 4143 | Traffic Engineering | 17 | 3 | | 51 | 3.6 |
| | | CE6143 | | 1 | 3 | 3 | | 3.6 |
| | | CE 7000 | Directed Independent Study | 1 | 3 | 3 | | |
| | | CE 9000 | Research/Dissertation | 6 | | 25 | | |
| | Summer | CE9000 | Research/Dissertation | 4 | | 19 | | |
| 2015 | Fall | CE 4133 | Geometric Design Of Highway[1] | 32 | 3 | | 96 | 3.1 |
| | | CE6133 | | 2 | 3 | 6 | | 4.2 |
| | | CE7000 | Independent Studies | 5 | 3 | 15 | | |
| | | CE8000 | Research/Thesis | 2 | | 7 | | |
| | | CE9000 | Research/Dissertation | 4 | | 16 | | |
| | Spring | CE 3113# | Transportation Engineering | 94 | 3 | | 0 | 4.0 |
| | | CE4143 | | 18 | 3 | | 54 | 3.3 |
| | | CE 6143 | Traffic Engineering [2] | 1 | 3 | 3 | | |
| | | CE 7000 | Directed Independent Study | 5 | 3 | 15 | | |
| | | CE 9000 | Research /Dissertation | 4 | | 14 | | |
| | Summer | CE9000 | Research / Dissertation | 1 | 1 | 1 | | |
| | Fall | CE4133 | | 16 | 3 | | 48 | 4.0 |
| | | CE6133 | Geometric Design Of Highway | 1 | 3 | 3 | | |
| | | CE8000 | Research / Thesis | 2 | | 9 | | |
| 2016 | | CE9000 | Research / Dissertation | 3 | | 7 | | |
| | Spring | CE4000 | Independent Studies | 1 | 3 | | 3 | |
| | | CE4143 | Traffic Engineering | 22 | 3 | | 66 | 3.7 |
| | | CE6143 | | 1 | 3 | 3 | | |
| | | CE7000 | Independent Study | 1 | 3 | 3 | | |
| | | CE8000 | Research / Thesis | 1 | | 9 | | |
| 2017 | | CE9000 | Research / Dissertation | 3 | | 3 | | |
| | | | Leave for about one month | | | | | |
| | | CE 4133 | Geometric Design of Highway | 8 | 3 | | 24 | 4.6 |
| | | CE 6133 | | 2 | 3 | 6 | | 4.6 |
| | | CE8133 | Traffic Flow Theories | 4 | 3 | 12 | | 4.3 |
| | | CE8000 | Research / Thesis | 2 | | 4 | | |
| 2017 | Fall | CE9000 | Research / Dissertation | 2 | | ]2 | | |
| | Spring | | 80% Leave for three months | | | | | |
| | | CE7000 | Independent Study | 1 | | 1 | | |
| | | CE8000 | Research / Thesis | 1 | | 1 | | |
| 2018 | | CE9000 | Research / Dissertation | 3 | | 3 | | |

| Year | Season | Code | Name | | | | | |
|------|--------|------|------|---|---|---|---|---|
| 2018 | Summer | CE7000 | Independent Study | 2 | | 5 | | |
| | | CE8000 | Research / Thesis | 3 | | 5 | | |
| | | CE9000 | Research / Dissertation | 1 | | 3 | | |
| | Fall | CE 4133 | Geometric Design of Highway | 6 | 3 | | 18 | 4.1 |
| | | CE 6133 | | 1 | 3 | 3 | | 5 |
| | | CE8000 | Research / Thesis | 2 | | 4 | | |
| | | CE9000 | Research / Dissertation | 2 | | 2 | | |
| 2019 | Spring | Leave for three months with 50% work load | | | | | | |
| | | CE8133 | Traffic Flow Theories | 4 | 3 | | 12 | 4.4 |
| | | CE4143 | 20% responsibilities | | | | | |
| | | CE6143 | | | | | | |
| | | CE9000 | Research / Dissertation | 2 | | 2 | | |
| | | CE7000 | Independent Study | 1 | | 3 | | |
| | Fall | CE4133 | | 19 | 3 | | 57 | |
| | | CE6133 | Geometric Design of Highway | 2 | 3 | 6 | | |
| | | CE9000 | Research / Dissertation | 2 | | 2 | | |
| All | | | | | | 457 | 666 | 1141 |

*CE7000: Individual Studies for graduate student, under university rules, classes less than five students are cancelled and changed to individual study. In most cases, they are required classes for graduate students. Most independent study courses are different from others in topics.

    **b)   Table 2 FE Transportation Passing Rate at CEE, MSU vs. Nations Average**

The teaching effectiveness is demonstrated through FE transportation passing rate: The average transportation FE passing rate of 64.8 in CEE at MSU vs. the national averages of 62.4 for all CEE students. That is 2.4% higher than national average. This shows consistent teaching effectiveness in my previous 5 year evaluation period before tenure. Considering the math and science in Mississippi, students in their middle and high schools are behind the rest of the nation, the passing rate is remarkable.

| Test Time | | CEE/MSU | National Average |
|-----------|--------|---------|------------------|
| 2011 | October | 54 | 57 |
| | April | 70 | 71 |
| 2012 | October | 71 | 64 |
| | April | 55 | 50 |
| 2013 | October | 74 | 70 |
| Average | | 64.8 | 62.4 |

The years represent the effect of the fact that I was the only transportation faculty whose teaching affects their FE grades, after my tenure promotions until the new professor started teaching CE 3113 in Spring 2012. The students usually will not take FE examination two years from the time they take CE 3113.The outcome is consistent with the fact that transportation engineering FE passing rate was significant higher than the nations average in my last promotion evaluation period (2005-2010).

    **c)   Mississippi Traffic Bowl Championship**
The student performance at traffic bowls, a traffic engineering knowledge quiz like competition. The traffic engineering and transportation engineering courses in my classes provide knowledge to the competition and I am faculty advisor to the student team. 2012, 2013, 2014, 2015, 2017

2.   Graduate Students

Master's students:  major professor__8___; minor professor _2_____.
Specialist students:  major professor_0____; minor professor_0____.
Doctoral students:  major professor__6___; minor professor__2___.

**Ph.D. Students (Major Professor)**
1) Lei Zhang, August 2018. Network wide signal control strategy based on connected vehicle technology
2) Zhitong Huang, 2016. Traffic Signal Control at Connected Vehicle Equipped Intersection
3) Yi Wen, 2015. Dynamic Vehicle Routing in Emergency Evacuation
4) William Fulcher. (In progress).
5) Sarah Henke. (In progress).
6) Amanda Hawkins (Has not enrolled since Fall 2016)

**Master's Students (Major Professor)**
1) John Green (Spring 2019, none thesis)
2) Paul Moor (August 2018, none thesis)
3) Qisheng Hou (May 2018, none thesis)
4) William Fulcher (2015, none thesis)
5) Farzana Tasmin (2013, none thesis)
6) Jacklyn Erin (In progress)
7) Chris Mellon (In progress)
8) Spencer Roberts (In progress)

3. Courses initiated or innovations instituted:

[1]: Developed tutorial videos and handout for Geopack roadway 3D design.
[2]: Developed handout and tutorial videos for open source microscopic simulation and TRANSYT 7F.
[3]: Teaches the only course in which students are taught how to use CAD software in a course project in real world.
[4]: Offered **Transportation Safety** course for graduate and undergraduate students as independent studies. This is the only college course offered in the entire state of Mississippi

4. Other (academic advisement may be described here or as service):
   - Approximate 50 students advised in each year.
   - 3 hours in FE review were taught in each semester. 3hours*12(semester)*25 students/(15weeks)=60 credit hours

B. <u>Research, creative endeavor, or performances</u>

1. Publications, performances or creative activities:
   (For books, indicate date of publication and publisher; for articles, indicate refereed journals; for art shows, indicate judged competition; for musical shows, attach copies of programs; for reports, indicate those done for in-house use.)

a) **Open Source Software Publications**

(Software below generates 18% all FHWA open source downloads among 88 applications as of September 9, 2019)
1) Li Zhang. ETFOMM (Enhanced Transportation Flow Opensource Microscopic Model) 2.1. Open Source Application Development Portal, FHWA, US DOT. January 2019. https://itsforge.org/index.php/community/explore-applications#/30/159. Accessed on September 9, 2019.

2) Li Zhang. ETFOMM (Enhanced Transportation Flow Opensource Microscopic Model) 1.0. Open Source Application Development Portal, FHWA, US DOT. August 2017. August 2017. https://itsforge.org/index.php/community/explore-applications#/30/142. Accessed on September 9, 2019.

3) Li Zhang. SSAM (Sarrogate Safety Assessment Model) 3.0. Open Source Application Development Portal, FHWA, US DOT. https://itsforge.org/index.php/community/explore-applications/for-search-results#/35/143. Accessed on September 9, 2019.

b) **Published Journal Papers**

1) Pengfei (Taylor) Li, Peirong Wang, Farzana Rahman Chowdhury and **Li Zhang.** 2019. "Scalable Computing Architecture for Solving Time-Dependent Transportation Problems Based on High-Performance Computing Techniques", Journal of the Transportation Research Board. Vol 2673, Issue 4, 2019. P205-216.

2) **Zhang, Li,** Lei Zhang, etc. "A Cycle-Based Variable Speed Limit Methodology for Improved Freeway Merging". IET Intelligent Transport Systems. Volume 11, Issue 10, December 2017, p.632 – 640. (DOI: 10.1049/iet-its.2017.0017) .

3) **Zhang, Li,** Z. Huang and A. Hawkins. "Implementing Real Time Offset Tuning Algorithm for Integrated Corridor Management". Pages 97-107, No. 2488 (2015). Transportation Research Board, National Research Council, Washington DC

4) Zhang, Q. Yang Hao and *Zhang, Li.* "Multi-objective Model on Connection Time Optimization in Sea-rail Intermodal Transport". GSTF Journal of Engineering Technology (JET) Vol.3 No.1, July 2014, 112-118. (DOI: 10.5176/2251-3701_3.1.118)

5) Zhang, Q., Yuan Yun, *Zhang, Li.* and Huao Yang. "Handling Equipment Allocation Optimization of Railroad-highway Combined Transportation: Bi-Objective Model and MEACO Algorithm". GSTF Journal of Engineering Technology (JET), Vol. 2 No. 3, Dec 2013. (DOI: 10.7603/s40707-013-0007-6)

6) Yi Wen, *Zhang, Li*, etc. Incorporating transportation network modeling tools within transportation economic impact studies of disasters" (doi:10.1016/S2095-7564(15)30270-1). Journal of Traffic and Transportation Engineering (English Edition). Volume 1, Issue 4, August 2014, Pages 247–260

7) *Zhang, Li*, J. Gou and M. Jin. "A Model of Integrated Corridor Traffic Optimization." Journal of the Transportation Research Board. Pages 108-116, No. 2311 (2012). Transportation Research Board, National Research Council, Washington DC.

8) Li, Ling Feng, Mingzhou Jin and *Zhang, Li*, "Sheltering network planning and management with a case in the Gulf Coast region." Journal of Production Economics Volume 131, Issue 2, June 2011, Pages 431-440 (2011). (doi:10.1016/j.ijpe.2010.12.013)

**c) Journal Papers Under Revision in Respond to Reviewer's Comments**

1) *Zhang, Li*, Lei Zhang, Zhitong Huang and Pengfei Li. 2018 "Modeling the Early Deployment of Connected Vehicles at Signalized Intersections". Journal of Intelligent Transportation Systems: Technology, Planning, and Operations - Manuscript ID GITS-2018-0137

2) Pengfei (Taylor) Li, Peirong Wang, Farzana Rahman Chowdhury and *Li Zhang.* 2019. "Integer Programming Formulation and Lagrangian Decomposition with Subproblem Approximation". Transportation Research Part B. Submission no: TRB_2019_343

**d) Manuscript Submitted and Under Review**

1) Zhang, Li, Lei Zhang, Zhitong Huang and Pengfei Li. 2019 "Distributed Traffic Signal Timing Optimization at Connected Vehicles Corridors". Journal of Intelligent Transportation Systems. IEEE

2) Pengfei (Taylor) Li, Farzana Rahman Chowdhury,, Peirong WangLi Zhang, and Xianfeng Yang 2019. "Multimodal Traffic Signal Priority Scheduling at Signalized Intersections Based on the Phase-Time Network Models". Transportation Research Part C. Submission no: TRC_2019_1119

**e) Manuscript in Preparation for Journal Publications**

1) *Zhang, Li* Lei Zhang and Pengfei Li. "Traffic Signal Control Systems at Connected Vehicle Corridors: Theories and Implementation".

2) *Zhang, Li*, Yi Wen, Lei Zhang and Pengfei Li. "Real time optimized emergency transit evacuation routes"

**d) Transportation Research Board (TRB) Annual Meeting Compendium of Papers-Peer Reviewed**

Citations below are papers whose content is not contained in essentially the same manner in the list of refereed journal manuscripts provided earlier. TRB is the most prestigious transportation meeting that is widely viewed as having high impact in transportation research and engineering within transportation community.

1) Lei Zhang, *Zhang, Li,* etc. 2019. "Distributed Traffic Signal Timing Optimization at Connected Vehicles Corridors". Transportation Research Board 98th Annual Meeting, Washington, D.C., Jan 7-11, 2019. Manuscript ID: 19-03960

2) Pengfei (Taylor) Li, Peirong Wang, Farzana Rahman Chowdhury and *Li Zhang.* 2019. "Scalable Computing Architecture for Solving Time-Dependent Transportation Problems Based on High-Performance Computing Techniques", Transportation Research Board 98th Annual Meeting, Washington, D.C., Jan 7-11, 2019. Manuscript ID: 19-05027

3) Farzana R. Chowdhury, Peirong (Slade)Wang, Pengfei (Taylor) Li, Li Zhang and Xianfeng Yang, "Resilient Mixed Integer Linear Programming Formulations for Heterogeneous Traffic Signal Priority Scheduling Problem", Transportation Research Board 98th Annual Meeting, Washington, D.C., Jan 12-16, 2019. Manuscript ID: 19-06026.

4) Zhang, Li, Lei Zhang, Zhitong Huang, Deborah Curtis, and Pengfei Li. "Benefits of Early Deployment of Connected Vehicles at Signalized Intersections". Transportation Research Board 97th Annual Meeting, Washington, D.C., Jan 7-11, 2018, Paper 18-0438.

5) Zhitong Huang, *Zhang, Li*, Deborah Curtis, G. Vadakpat, Lei Zhang, J. Ma and D. Hale. "Arterial-level Traffic Progression Optimization Model within Connected Vehicle 1 Environment". Transportation Research Board 97th Annual Meeting, Washington, D.C., Jan 7-11, 2018. Paper 18-02104

6) Wen, Yi, *Zhang, Li,* etc.  "A Dynamic Transit Vehicle Routing System in Emergency Evacuation". Transportation Research Board 95th Annual Meeting, Washington, D.C Jan.12-17, 2016. Paper 16-5529.

7) Jizhan Gou, Veera Gunda and *Zhang, Li,* "Traffic Engineers Are Preparing for the Coming Big Data Era: Prototype Development of a Comprehensive Intersection Volume Analysis Tool." Transportation Research Board 94th Annual Meeting, Washington, D.C. Jan 11-15, 2015. Paper 15-1356

8) Wen, Yi, *Zhang, Li*, Li and et al. 2012 "Coordination of Connected Vehicle and Transit Signal Priority in Transit Evacuations". Compendium of Paper DVD, 91st Transportation Research Board Annual Meeting. Jan., 2011.

**e) Conference Proceedings (Refereed and peer reviewed)**

1) Lei Zhang, Zhang, Li, etc. "Traffic Signal Control Systems at Connected Vehicle Corridors: Theories and Implementation". 26rd World Congress on Intelligent Transportation Systems. Singapore, Singapore. October 2019.

2) Zhang, Li, Lei Zhang, David Hale, Jia Hu, Zhitong Huang. "A Cycle-Based Variable Speed Limit Methodology for Improved Freeway Merging". 23rd World Congress on Intelligent Transportation Systems. Melbourne, Australia, October 2016. (Best Scientific Paper Award, Americas, significant updated contents were published as Journal).

3) Zhang, Li., etc. 2012. "Framework of Integrating Connected Vehicle and Positive Train Control to Highway Railroad Grade Crossing". 2nd International Conference on Railway Engineering, August 19-23, 2012, Beijing, China. (Also a keynote speaker)

**f) Research Report**

1) David Hale, Zhang, Li, etc. "Conceptual Framework for Integrated Traffic Safety and Operational Analysis". Report Number: FHWA-SA-18-xxx. Under FHWA final review and to be published soon. July 2018.

2) Zhang, Li, etc. A series of Reports under US DOT SBIR Research Project "Microscopic Traffic Simulation Models and Software- an Open Source Approach." Phase IIB. August 2017.
   (The software has yielded about 10% of all FHWA open source software downloads)

   - "ETFOMM Application Programming Interface Reference". https://itsforge.net/data/repo/docs/ETFOMM Application Programming Interface Reference.pdf
   - "ETFOMM Application Programming Interface Report". https://itsforge.net/data/repo/docs/ETFOMM Application Programming Interface Report.pdf
   - "ETFOMM Build Instructions". https://itsforge.net/data/repo/docs/ETFOMM Build Instructions.pdf
   - "ETFOMM Reference Manual Vol 1".  https://itsforge.net/data/repo/docs/ETFOMM Reference Manual Vol 1.pdf
   - "ETFOMM Reference Manual Vol 2". https://itsforge.net/data/repo/docs/ETFOMM Reference Manual Vol 2.pdf
   - "Open Source SSAM API". https://itsforge.net/data/repo/docs/Open Source SSAM API.pdf
   - "Open Source SSAM Data Dictionary". https://itsforge.net/data/repo/docs/Open Source SSAM Data Dictionary.pdf.
   - "Open Source SSAM File Format v3.0". https://itsforge.net/data/repo/docs/Open Source SSAM File Format v3.0.pdf
   - "Open Source SSAM User Manual". https://itsforge.net/data/repo/docs/Open Source SSAM User Manual.pdf

3) Zhang, Li. July 2017. "Benefits of Connected Vehicles at Signalized Intersections" Volume I and II, under 508 editing to be published soon by FHWA.

4) Zhang, Li. Etc. 2016. "Travel Time and OD Studies". Report to Mississippi Department of Transportation, Jackson, MS. December, 2016.

5) Zhang, Li, Aug. 2013. "Microscopic Traffic Simulation Models and Software- An Open Source Approach." Phase IIB Final Report Submitted to US DOT

6) Zhang, Li, Ag. 2013. "Microscopic Traffic Simulation Models and Software- An Open Source Approach." Phase II Final Report Submitted to US DOT.

7) Zhang, Li. Etc. 2013. "I-55 Integrated Diversion Traffic Management Benefit Study". FHWA/MS-DOT-RD-10-223, MS-DOT-RD-10-223. http://mdot.ms.gov/documents/research/Reports/Interim%20and%20Final%20Reports/State%20Study%20223%20-%20%20I-55%20Integrated%20Diversion%20Traffic%20Management%20Benefit%20Study.pdf Mississippi Department of Transportation. Updated 2014 and published online2015. https://trid.trb.org/view.aspx?id=1340961

8) Zhang, Li, Yi, Wen, and Sandra Eksioglu and Feng Wang. 2012 "Coordination of IVI and Transit Signal Priority on Transit Evacuations". A final report submitted to National Center for Intermodal Transportation, (a US DOT CTR at University of Denver and Mississippi State University).

9) Zhang, Li, Zhitong Huang and Mingzhou Jin. 2012 "Modeling Economic Benefits of Resilience Enhancement Strategies for Intermodal Transportation Systems". A final report submitted to National Center for Intermodal Transportation, (a US DOT CTR at University of Denver and Mississippi State University).

2. Professional papers read; indicate whether invited, refereed, or volunteered.
   Cite organization, date, and title:

   1) Zhang, Li. "MDOT Signal Performance measure research project". Deep South ITE Summer Meeting, Biloxi, MS. June 13, 2018.

   2) Zhang, Li. "Benefits of early deployment of Connected Vehicles at Signalized Intersections". The 2018 Spring Workshop: Connected & Autonomous Vehicles. Gulf Regional ITS, New Orleans, April 25, 2018.

   3) Zhang, Li." ETFOMM and CAVS" Freeway Simulation Subcommittee, AHB20 (2). Transportation Research Board. January. 2018.

   4) Zhang, Li. "SSAM and ETFOMM updates". Surrogate Measures of Safety Subcommittee, ANB20 (3). Transportation Research Board. January. 2018.
       https://docs.google.com/document/d/1-e28a1N9BYjp8SaEu5SVAtiAlLTGXijVwGuVBV9NuEM/edit9

   5) Zhang, Li. 2017. Workshop on "Connected Vehicle research and Open Source Microscopic Traffic Simulation Software". The 17th COTA International Conference of Transportation Professionals (CICTP2017). Tongji University, Shanghai, China. July 7, 2017.

   6) Zhang, Li. 2017. "Traffic Signal Control Strategies and Benefits at Connected Vehicle Arterials". The 17th COTA International Conference of Transportation Professionals (CICTP2017). Tongji University, Shanghai, China. July 7, 2017.

   7) Zhang, Li. 2017. "Update on an Open Source Microscopic Traffic Simulation Software (ETFOMM)". Simulation of Traffic Signal Systems Subcommittee, AHB25 (3), Transportation Research Board. January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4844

   8) Zhang, Li. 2017. "NTCIP – Real-time Applications?" Traffic Signal Systems Technology and Standards Subcommittee, AHB25 (4) "Update on an Open Source Microscopic Traffic Simulation Software (ETFOMM)". Simulation of Traffic Signal Systems Subcommittee, AHB25 (3), Transportation Research Board. January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4759

   9) Zhang, Li. "Open Source Microscopic simulation software". Traffic Simulation Applications Subcommittee AHB40, Highway Capacity and Quality Committee, Transportation Research Board. January. 2017.

10) Zhang, Li. 2017." Open Source Microscopic Traffic Simulation Software ETFOMM (Includes SSAM)" Freeway Simulation Subcommittee, AHB20 (2). Transportation Research Board.  January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4980

11) Zhang, Li. 2017 "SSAM and ETFOMM updates (http://sourceforge.net/projects/etfomm/)". Surrogate Measures of Safety Subcommittee, ANB20 (3). Transportation Research Board.  January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4839

12) Li Zhang. 2017. "USDOT Open source microscopic traffic simulation software: ETFOMM". Traffic Simulation Models, AHB45 (1), Joint Subcommittee of AHB45, AHB40, AHB25, AHB20, ADB30, AHB55, ADC20. Transportation Research Board.  January. 2017.
 https://annualmeeting.mytrb.org/interactiveprogram/Details/4987

13) Zhang, Li. 2016. "Traffic Signal Control Systems Transforming to Connected and Driverless Vehicles". 2016 Annual Meeting. Intelligent Transportation Society of Middle West, Louisville, KY. September, 2016. http://www.itsmidwest.org/2016AnnualMeeting/pdfs/2016%20ITS%20Midwest%20Booklet_Sai.pdf

14) Zhang, Li. 2016. "Traffic Signal Control Systems Transforming to Connected and Driverless Vehicles". Transportation Engineering and Science Program . University of Tennessee, Knoxville, TN. April 28, 2016. http://tesp.engr.utk.edu/seminar.php

15) Zhang, Li, ASCE MINI-WEBINAR "Cloud/Distributed/Parallel Computing in Microscopic Traffic Simulation." December 10, 2015.

16) Huang, Zhitong, Zhang, Li and D. Curtis.  "Signal Phase and Timing and Active Traffic Management Strategies for Oversaturated Signalized Intersection". 94th Transportation Research Board Annual Meeting. Jan., 2015.

17) Zhitong Huang, Zhang, Li, Deborah Curtis and Govindarajan Vadakpat. 2015. "Dynamic and Real-Time Traffic Signal Coordination Tuning Model for Signalized Arterials within Connected Vehicle Environment".  Connected and Automated Vehicles 9th University Transportation Centers Spotlight Conference. National Academy of Sciences, Transportation Research Board, Washington, DC. November 4-5, 2015. http://onlinepubs.trb.org/onlinepubs/Conferences/2015/ConnectedVehicles/Program.pdf

18) Zhang, Li.  2015. "Dynamic Mobility Application Development Environment in Cloud Microscopic Traffic". Southwest Jiaotong University. Chengdu, Sichuan, China. Jun 2015. http://www.swjtu.cn/jsp/activity_detail.jsp?id=12545.

19) Zhang, Li. 2015. "Cloud/Distributed/Parallel Compute traffic Simulation (ETFOMM) and Traffic Signal Controller (SCOPE)". Summer Meeting, Traffic Signal Systems., Transportation Research Board. Phoenix, AZ.  May 2015. https://signalsystems.engineering.iastate.edu/2015/05/

20) Zhang, Li. 2015. "Signal Phasing and Timing (SPAT) Application Development". Kentucky Institute of Transportation Engineer Spring Meeting. April, 2015. Lexington, KY. 2015. http://myemail.constantcontact.com/News-from-Kentucky-Section-of-ITE.html?soid=1103691331381&aid=bFYvvl1iAh0

21) Zhang, Li. 2015. "Cloud, Distributed, and Parallel Computing Practice Workshop:  Cloud Macroscopic Traffic Simulation - ETFOMM". South District Institute of Transportation Engineers.  2015 Technical Sessions. Biloxi, Ms.  April, 2015 https://sdite2015.files.wordpress.com/2014/11/sdite-sessions-and-moderators-4-13-151.pdf

22) Zhang, Li. 2011. "Integrating Network Modeling with Economic Impact Studies and Resilience Measurement." TRB 2011 Transportation Hazards and Security Summit-Looking Beyond the 10th Anniversary of 9/11. August 22 - 25, 2011. Irvine, California. http://onlinepubs.trb.org/onlinepubs/Conferences/2011/SecuritySummit/SecuritySummitProgram.pdf

3. Grants for research or study:

Proposals submitted since last promotion and total dollar amount: <u>33</u>; <u>$14,715,700</u>**
Proposals funded since last promotion and total dollar amount: <u>20, $9,746,000</u>**

a). Funded Proposals

| Sponsor | Role | Amount | Start | End | Project Name |
|---|---|---|---|---|---|
| FAA ASSURE, Center of Excellence | Co-PI | $300,000 (50% match) | 2019 | 2021 | UAS Safety Case Development, Process Improvement, and Data Collection. 30% proposal credit *** |
| FAA ASSURE, Center of Excellence | Co-PI | $1,200,000 | 2019 | 2021 | eCommerce, Emerging UAS Network and Implications on NAS Integration, CO-PI, 50% task/funding responsibilities |
| FAA ASSURE, Center of Excellence | CO-PI | $200,000 (50% match) | 2018 | 2020 | UAS Parameters, Exceedances, Recording Rates for ASIASCO-PI, 56% proposal/task/funding credit |
| FHWA (Subcontract with Leidos Inc, IDIQ Contract) | MSU-PI | IDIQ | 2017 | 2020 | Technical Support Services for the FHWA Office of Operations Research & Development and the Saxton Transportation Operations Laboratory (STOL) |
| FHWA (Subcontract with Ledios Inc, IDIQ) | MSU-PI | IDIQ | 2016 | 2020 | Support Services for the Federal Highway Administration's Office of Operations |
| Mississippi Department of Transportation | CO-PI | $86,423 | Apr.. 2017 | Aug. 2019 | Mississippi Department of Transportation, 25% proposal responsibility |
| | PI | $113,455 | Aug. 2019 | Jun. 2020 | 100% Task/funding responsibility |
| Mississippi Department of Transportation | PI | $149,992 | Mar. 2018 | Dec. 2019 | Mississippi Department of Transportation, 70% proposal responsibility |
| National Center for Intermodal Transportation (DOT CTR) | PI | $123,986 | 2016 | 2016 | Exploring Innovational Solutions In Multimodal OD Data (50% proposal and 100% task credit) |
| FHWA/Leidos | PI | $84,528 | 2015 | 2016 | Traffic Bottlenecks Identification and Diagnosis, Countermeasure Prioritization, and Innovative Solutions to Local/System (100% all credit) |
| FHWA/Leidos | PI | $82,566 | 2015 | 2016 | Speed Harmonization Fundamental Research (100% all credit) |
| MSU Parking Services* | PI | $65,715 | 2015 | 2016 | Campus traffic signal optimization and traffic studies (100% all credit) |
| FHWA | PI | $62,835 | 2014 | 2015 | Eisenhower Grant for Research Fellowship (100% all credit) |
| Mississippi Department of Transportation | PI | $99,000 | 2014 | 2016 | OD and Travel Time Studies |
| USDOT | Co-PI | $3,500,000 | 2012 | 2014 | Tier I UTC, Co-PI, 5% project management time (20% credit) |
| | | $45,264 | | | Project Management |
| USDOT | Co-PI | $3,400,000 | 2014 | 2017 | Tier I UTC, Co-PI, 5% project management time (20% credit) |
| | | $122,000 | | | Project Management (50% credit) Shared with another CEE faculty) |
| DOT UTC at MSU | PI | $192,500* | May 2012 | Dec. 2013 | Intermodal Transportation Systems Risk Analysis and Resilience in New Madrid Seismic Zone: the Impact to Mississippi (80% credit) |
| DOT UTC at MSU | PI | $215,000* | May 2012 | Dec. 2013 | Real-time Transit Vehicle Routing Optimization in Emergency Evacuations (75% credit) |
| MDOT | Co-PI | 77,816 | 2012 | 2012 | Driver Speed Limit Compliance In School Zones: Assessing The Impact Of Sign Saturation |
| Department of Homeland Security-SERRI | CO-PI | $170,000 | May 2011 | Aug 2012 | Real-Time Identification! Monitoring of Barge-Carried Hazardous Commodities (Phase 3) |
| MDOT | PI | $152,810 | Jan 2010 | Dec. 2011 | I55 Integrated Diversion Traffic Management Benefit Study (State Study 223)** (100% credit) |

*: Those projects were part of the 3.5 million fund and including 100% match.
** Include the completed since last promotion funded in last promotion
*** Approved for funding and contract pending

b) Unfunded Project

| Sponsor | Amount | Year | Role | Project Name |
|---|---|---|---|---|
| US DOT | $2,408,414 | 2018 | CO-PI | UTC National Center: SIGMAS Congestion Relief Strategic Center (10% credit) |
| National Science Foundation | $481,206 | 2018 | CO-PI | Scalable Computing Architecture Design and Online Management for Mobility as a Service (MaaS) Transportation Systems: A structured decomposition approach (10% credit) |
| National Academy of Sciences, TRB | $150,000 | 2018 | CO-PI | Development of Wi-Fi-based High-resolution Traffic Performance Analysis and Visualization System, 30% credit |
| US DOT (Lead, MSU) | $1,839,000 | 2016 | CO-PI | UTC Tier 1 (Include match for one year, three years are expected, 30% credit) |
| US DOT (Lead, Auburn University) | $180,000 | 2016 | MSU-PI | UTC Tier 1 (Total $1.5mission/year, another 50% matching requested, three year expected. The amount is the first start funding for MSU project management, others depending on project competition) |
| US DOT (Lead, University of Tennessee) | $100,200 | Dec. 2016 | MSU-PI | UTC Regional (Total $2.75mission/year, another 25% matching requested, three year expected. The amount is the first start funding for MSU project management, others depending on project competition, 50% credit) |
| National Academy of Science | $150,000 | 2017 | CO-PI | Development of Wi-Fi-based High-resolution Traffic Performance Analysis and Visualization System (50% credit) |
| US DOT | $1,500,000 | 2013 | Co-PI | UTC Tier 1 (National Center for Intermodal Transportation for Economic Competitiveness, 30% credit) |
| MDOT | $222,683 | 2012 | PI | Sustainable Roadway Design in Vertical Alignment with Microstation and Geopack (67% credit) |
| NCITEC/UTC | $189,000 | 2013 | PI | Modeling Modal Shift and Dynamic Traffic Assignment in Intermodal Transportation Systems (70% credit) |
| UTC-STIDE (preproposal) | $216,000 | 2012 | CO-PI | Integrated Network Deployment of Advanced Traffic Surveillance and Information Dissemination Technologies |
| UTC-STIDE (preproposal) | $250,000 | 2012 | PI | Modeling Multimodal Dynamic Traffic Assignment Incorporating Modal Shift and Fuel Consumption Cost |
| UTC-STIDE (preproposal) | $245,000 | 2012 | PI | Intersections Queue Management Strategies Incorporating Bridging Technology to Connected Vehicle Initiative |

c) Other: Sabbatical Research and Small Business Innovative Research (SBIR)

| Sponsor | Amount | Start | End | Project Title |
|---|---|---|---|---|
| FHWA/ Leidos | $371,493 | 2014 | 2017 | Mobility and Safety Benefit of Connected Vehicles at Signalized Intersections (sabbatical research project, 100% credit) |
| US DOT | $999,900 | 2015 | Aug 2017 | Microscopic Traffic Simulation Models and Software "An Open Source Approach," Phase IIB. US DOT SBIR (100% credit) |
| State of Kentucky | $500,000 | Jan 2013 | Dec 2014 | Commercialization of US DOT SBIR Product (80% credit). |
| US DOT | $997,970 | Jul. 2011 | Mar. 2014 | Microscopic Traffic Simulation Models and Software "An Open Source Approach," Phase II. US DOT SBIR (100% credit) |

4. Others:

   a)  US DOT University Research Center
      1. The 6.9 million UTC funding (CO-PI, 20% credit) provided many MSU faculties to conduct varies research projects.
      2. Appointed Executive Director of University Transportation Center, MSU's Response to US DOT's solicitations under FAST Act (2016-2020) (not funded), 30 % proposal credit in proposal writing.
   b)  Connected and Automated Vehicle Research
      1. Developed a Vehicle to Infrastructure (V2I) application development platform for connected vehicle research (US DOT report).
      2. Demonstrated the early safety, mobility and environmental benefits of early deployment of connected vehicle infrastructure to encourage State DOT/Local's early deployment

## C. Service

1. Public service, as lectures, short courses, workshops (with dates, organizations, places):

   1) Zhang, Li. "ETFOMM: Enhanced Transportation Flow Open-source Microscopic Model-2019 Updates". TRB Highway Capacity and Quality of Service, Subcommittee on Traffic Simulation & Connected/Vehicles Task Force. January 13, 2019.

   2) Zhang, Li. "Traffic Signal Control Systems at Connected Vehicle Corridors: Theories and Implementation". ITS Middle East, 2018 Annual Meeting September 13 and 14. http://www.itsmidwest.org/2018-Annual-Meeting/presentations/ppdf/session-3/TrafficSignalSystems%20at%20Connected%20Corridors_Zhang.pdf

   3) Zhang, Li. "MDOT Signal Performance measure research project". Deep South ITE Summer Meeting, Biloxi, MS. June 13, 2018.

   4) Zhang, Li. "Benefits of early deployment of Connected Vehicles at Signalized Intersections". The 2018 Spring Workshop: Connected & Autonomous Vehicles. Gulf Regional ITS, New Orleans, April 25, 2018.

   5) Zhang, Li." ETFOMM and CAVS" Freeway Simulation Subcommittee, AHB20 (2). Transportation Research Board. January. 2018.

   6) Zhang, Li. "SSAM and ETFOMM updates". Surrogate Measures of Safety Subcommittee, ANB20 (3). Transportation Research Board. January. 2018.
   7)  https://docs.google.com/document/d/1-e28a1N9BYjp8SaEu5SVAtiAlLTGXijVwGuVBV9NuEM/edit9

   8) Zhang, Li. 2017. Workshop on "Connected Vehicle research and Open Source Microscopic Traffic Simulation Software". The 17th COTA International Conference of Transportation Professionals (CICTP2017). Tongji University, Shanghai, China. July 7, 2017.

   9) Zhang, Li. 2017. "Traffic Signal Control Strategies and Benefits at Connected Vehicle Arterials". The 17th COTA International Conference of Transportation Professionals (CICTP2017). Tongji University, Shanghai, China. July 7, 2017.

   10) Zhang, Li. 2017. "Update on an Open Source Microscopic Traffic Simulation Software (ETFOMM)". Simulation of Traffic Signal Systems Subcommittee, AHB25 (3), Transportation Research Board. January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4844

   11) Zhang, Li. 2017. "NTCIP – Real-time Applications?" Traffic Signal Systems Technology and Standards Subcommittee, AHB25 (4). Transportation Research Board. January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4759

   12) Li Zhang. "Open Source Microscopic simulation software". Traffic Simulation Applications Subcommittee AHB40, Highway Capacity and Quality Committee, Transportation Research Board. January. 2017.

   13) Zhang, Li. 2017." Open Source Microscopic Traffic Simulation Software ETFOMM (Includes SSAM)" Freeway Simulation Subcommittee, AHB20 (2). Transportation Research Board. January. 2017. https://annualmeeting.mytrb.org/interactiveprogram/Details/4980

   14) Zhang, Li. 2017 "SSAM and ETFOMM updates (http://sourceforge.net/projects/etfomm/)". Surrogate Measures of Safety Subcommittee, ANB20 (3). Transportation Research Board. January. 2017.

https://annualmeeting.mytrb.org/interactiveprogram/Details/4839

15) Zhang, Li. 2017. "USDOT Open source microscopic traffic simulation software: ETFOMM". Traffic Simulation Models, AHB45 (1), Joint Subcommittee of AHB45, AHB40, AHB25, AHB20, ADB30, AHB55, ADC20. Transportation Research Board.  January. 2017.
 https://annualmeeting.mytrb.org/interactiveprogram/Details/4987

16) Zhang, Li. 2016. "Traffic Signal Control Systems Transforming to Connected and Driverless Vehicles". 2016 Annual Meeting. Intelligent Transportation Society of Middle West, Louisville, KY. September 2016. http://www.itsmidwest.org/2016AnnualMeeting/pdfs/2016%20ITS%20Midwest%20Booklet_Sai.pdf

17) Zhang, Li. 2016. "Traffic Signal Control Systems Transforming to Connected and Driverless Vehicles". Transportation Engineering and Science Program . University of Tennessee, Knoxville, TN. April 28, 2016. http://tesp.engr.utk.edu/seminar.php

18) Zhang, Li, ASCE MINI-WEBINAR "Cloud/Distributed/Parallel Computing in Microscopic Traffic Simulation." December 10, 2015.

19) Zhitong Huang, Zhang, Li, Deborah Curtis and Govindarajan Vadakpat. 2015. "Dynamic and Real-Time Traffic Signal Coordination Tuning Model for Signalized Arterials within Connected Vehicle Environment". Connected and Automated Vehicles 9th University Transportation Centers Spotlight Conference. National Academy of Sciences, Transportation Research Board, Washington, D.C. November 4-5, 2015. http://onlinepubs.trb.org/onlinepubs/Conferences/2015/ConnectedVehicles/Program.pdf.

20) Huang, Zhitong, Zhang, Li and D. Curtis.  "Signal Phase and Timing and Active Traffic Management Strategies for Oversaturated Signalized Intersection". Transportation Research Board 94th Annual Meeting, Washington, D.C. Jan 11-15, 2015. Presentation P15-6260.

21) Li Zhang.  2015. "Dynamic Mobility Application Development Environment in Cloud Microscopic Traffic". Southwest Jiaotong University. Chengdu, Sichuan, China. Jun 2015. http://www.swjtu.cn/jsp/activity_detail.jsp?id=12545.

22) Zhang, Li. 2015. "Cloud/Distributed/Parallel Compute Traffic Simulation (ETFOMM) and Traffic Signal Controller (SCOPE)". Summer Meeting, Traffic Signal Systems., Transportation Research Board. Phoenix, AZ.  May 2015. https://signalsystems.engineering.iastate.edu/2015/05/

23) Zhang, Li. 2015. "Signal Phasing and Timing (SPAT) Application Development". Kentucky Institute of Transportation Engineer Spring Meeting. April 2015. Lexington, KY. 2015. http://myemail.constantcontact.com/News-from-Kentucky-Section-of-ITE.html?soid=1103691331381&aid=bFYvvl1iAh0

24) Zhang, Li. 2015. "Cloud, Distributed, and Parallel Computing Practice Workshop:  Cloud Macroscopic Traffic Simulation - ETFOMM". South District Institute of Transportation Engineers.  2015 Technical Sessions. Biloxi, Ms.  April 2015 https://sdite2015.files.wordpress.com/2014/11/sdite-sessions-and-moderators-4-13-151.pdf

25) Zhang, Li. 2011. "Integrating Network Modeling with Economic Impact Studies and Resilience Measurement." TRB 2011 Transportation Hazards and Security Summit-Looking Beyond the 10th Anniversary of 9/11. August 22 - 25, 2011. Irvine, California. http://onlinepubs.trb.org/onlinepubs/Conferences/2011/SecuritySummit/SecuritySummitProgram.pdf

2. Professional association service (offices held, journals edited, etc.):

**Editorial Board**

Journal of Traffic and Transportation Engineering (Elsevier and CSPM Joint Publications), 2015-present.

**Reviewer for Journals**
26) Journal of Transportation Research Record
27) Journal of Transportation Engineering
28) IEEE Transactions on Intelligent Transportation Systems
29) Journal of Computer-Aided Civil and Infrastructure Engineering

**International Conference Organizer**
1) Co-Chair, Technical Committee on Emergency Evacuation, Roadway Safety & Emergence Evacuation Science, World Transportation Congress, China Highway and Transportation Society (2017-2018)
2) Academic Committee, 2017. 17th COTA International Conference of Transportation Professionals (CICTP2017). Tongji University, Shanghai, China. July 7-10, 2017.

3. University service (committees, administrative accomplishments, etc.):

   1) 2011, Faculty Search Department chair, CEE.
   2) 2016, Faculty Search Department member, CEE and College
   3) 2011-2019 Computer Specification Committee, College
   4) Professional service to MSU parking and transit service services, MSU Policy Department, and Campus Operations on campus traffic and transit.
   5) As contact to assistant VP for Research to collaborate with UA and other internal MSU research groups

4. Other (academic advisement may be described here or as teaching):
   1) Faculty Advisor to Institute of Transportation Engineers.
   2) Provided support to College of Architecture professors to apply funding from Ford Foundations
   3) Provide Transportation FE review for students in most semesters.

III. Awards and distinctions (title, date, organization):

- The Best Scientific Paper Award, Americas, ITS World Congress, Melbourne, Australia, 2016
- StatePride Awards, Mississippi State University, 2011

IV. Memberships in learned and professional societies.   Society, dates of membership, offices held:

- *Fellow*, Institute of Transportation Engineers, 2010-Present
- *Fellow*, American Society of Civil Engineers, 2010-Present
- *Member*, TRB Evacuation Sub-Committee, 2007-2018
- *Member*, IEEE and Computer Society, IEEE, 2003-Present
- *Academy of Fellow,* College of Engineering, Mississippi State University,2010-Present

V. Previous academic ranks, institutions, dates:

- *Assistant  professor*, Mississippi State University, January 2005-June 30, 2011
- *Lecturer*, Department of Road and Railroad Engineering, College of Civil Engineering,  Southwest Jiaotong University, Chengdu, Sichuan, China, 09/94-08/98

VI. Non-academic positions held prior to appointment at MSU:
*Senior Systems Engineer,* Traffic Research Laboratory, ITT Industries and Turner Fairbank Highway Research Center, McLean, VA 22101, 01/99-01/05

VII. Summary listing of all required and supporting documentation (items 6 and 7 on cover of application form). This listing should be less than one page in length.

Tab 5 Supplemental Evidence of Research
1. Best Scientific Paper in Americas, Intelligent Transportation Systems World Congress, 2016, Melbourne, Australia
2. StatePride Award Letter
3. Sabbatical research summary/FHWA Report Executive Summary
   One of FHWA's Connected Vehicle project manager with almost 30 years' research experience in traffic control has identified the delay models with connected vehicle are novice and has never been formulated before.
4. FHWA TechBrief about Enhanced Transportation Open Source Microscopic Model
5. FHWA TechBrief about Surrogate Safety Assessment Mode
6. Number of Software downloads by worldwide users in one year since they are published
   The number of downloads for the above two sets of software created by my team accounts for about 10% of overall FHWA's open source software downloads, in about one year after they have been launched. According to FHWA, one of the open source software "offers the transportation research community the opportunity to add new simulation rules, which fosters the incorporation of new technologies and traffic operational strategies as they are developed.", including "Support for Connected/Automated Vehicles and Other Research".
7. Number of Software downloads by worldwide users in two years since they are published
   The number of downloads has increased to 18% around two year There is no double in coming month, in every five downloads from FHWA's open source software, there is one from software produced by Li Zhang and his team.

Tab 6 Supplemental Evidence of Services
8. Summaries about Campus traffic studies
9. US DOT OSADP website: itsforge.net
10. Number of Software downloads by worldwide users in about a year since they are published
11. ASCE mini seminar flier
12. Seminar flier at University of Tennessee, Knoxville
13. Appointment Letter, Co-Chair of Emergency Evacuation, China Highway and Trans. Society
14. Letter of Support to my services to MSU
    MSU Vice President of Operations Ms. Amy Tuck.
    MSU policy Chief Vance Rice,
    MSU Parking and Transit Director Jeremiah Dumas

<u>Department Head's Recommendation for Promotion or Tenure</u>
(Cite the following information and sign.)

1.  Name of candidate:_____    Present rank:_____

2.  Recommended for promotion to the rank of:_____
    (Or not recommended):_____

3.  Recommended for tenure:  Yes/No/NA

Assessment and evaluation by department head: strong points that warrant promotion should be listed, with documentation wherever possible; stress such items as teaching and advising of students, research accomplishments, and university and community service.  Please avoid platitudes or general, subjective opinions.  It would be useful, too, to comment upon the quality of personal relationships of the candidates with peers, superiors, and any who may report to him/her, as well as upon his/her professional performance.  Finally, consider the candidate in relation to what you picture as the ideal candidate for this recommended position, rather than in relation to other members of your department.  (Where "demonstrated excellence" is called for, please supply some evidence, <u>e.g.</u>, student evaluations, reviews of publications, letters of commendation.)  Attach relevant departmental committee recommendations.

Date_____    Signed:_____
                                                   Department Head

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Dean's Recommendation for Promotion or Tenure</u>
(Cite the following information and sign.)

1.  Name of candidate:_____    Present rank:_____

2.  Recommended for promotion to the rank of:_____
    (Or not recommended):_____

3.  Recommended for tenure:  Yes/No/NA

Recommendation: Use materials provided by candidate and department head, as appropriate, but please indicate your evaluation of the candidate's performance to date and prospects for the future.  Avoid general, subjective opinions; stress obvious strong points, and indicate where further development may be expected.  Attach relevant college/school committee recommendations.

Date_____    Signed:_____
                                                       Dean



DEPARTMENT OF CIVIL &
ENVIRONMENTAL ENGINEERING

Dr. Li Zhang, PE. F. ASCE., F. ITE
Associate Professor
662.325.9838; lzhang@cee.msstate.edu

**September 1, 2019**

P. T. Chair
Department of Civil and Environmental Engineering
Mississippi State University
Mississippi State, MS 39762 USA

Dear P. T Chairperson and Dr. Truax:

Enclosed please find my application for promotion to professor in the Department of Civil and Environmental Engineering at Mississippi State University. I was promoted to associate and tenure professor in July 1, 2011. Since then, my goal has been to develop an internationally recognized transportation program of research, teaching, and service. I believe that I have been successful in that endeavor, which has been summarized below in three areas.

### *Research*
I have been awarded twenty research projects with an amount totaling close to ten million dollars as PIs and CO-PIs. Of which, 6.9 million in 2012-2013 were from USDOT Tier 1 University Transportation Center (UTC) program. By collaborating with MSU UTC PI, I made the most significant contribution (20% credit) next to the PI. I had contributed 3-5% of my time in helping MSU UTC director to manage projects. About half of CEE faculty were awarded research projects from the center. I also severed as mentor in directing a junior faculty's research, as instructed by the Dean.

Collaborating with other departments in MSU and other institutes, I have played an unparalleled role in six proposals for US DOT University Transportation Center competitions. I was appointed as Executive Director of lead institute in the last round of UTC competition (2016, unfunded). In 2016, by collaborating with Leidos, I was the member in Leido's team that was awarded technical support contract to FHWA's Saxton Transportation Operations Laboratory (STOL) and FHWA's Office of Operations IDIQ contracts.

One area of my research is to provide support for worldwide researchers. For example, at MSU, the transportation research lab and classroom, with a Ford Van, established from my startup funding, research funding and my work have provided support to other faculty's research and teaching throughout the years. National and international wide, the number of downloads for two sets of software created by my team accounts for about 18% of overall FHWA's open source software downloads, in about two year after they have been launched. In next few months, there is no doubt in every 5 downloads at FHWA's open source website, there is one developed by Li Zhang and his team. That number of downloads has indicated there is hardly any other transportation professor in US who could match this level contributions to open source software to support transportation researches.

According to FHWA, one of the open source software "offers the transportation research community the opportunity to add new simulation rules, which fosters the incorporation of new technologies and traffic operational strategies as they are developed.", including "Support for Connected/Automated Vehicles and Other Research".



DEPARTMENT OF CIVIL &
ENVIRONMENTAL ENGINEERING

Dr. Li Zhang, PE. F. ASCE., F. ITE
Associate Professor
662.325.9838; lzhang@cee.msstate.edu

I have published eight journal papers and an additional seven papers in Transportation Reach Board (TRB) conference proceedings, the largest and the most prestigious transportation research organization in the world. In addition, I also have three conference papers in prestigious international conferences. TRB papers are widely viewed as having high impact in transportation research and engineering within transportation community. In addition, I have made many TRB presentations in committee meetings and workshops. The number of journal papers has been doubled compared with my last promotion. In the pipeline, I also have two journal papers under revisions in respond to reviewer's comments, two are submitted for publications and two are being prepared for journal submissions.

The qualification and impact of my journal publications and overall research are excellent. That was evidenced by several fact. In 2016 in Australia, ITS World Congress presented a "The Best Scientific Paper Award in Americas" to me and my team for a project with STOL. I have made many presentations and workshops to exchange ideas with researchers, graduate students and transportation professionals locally, nationally and internationally. I have been invited as a key note speaker in two international conferences.

### Teaching

I have taught 17 classes; a course load of about three classes per semester. The courses include *Traffic Engineering* (CE4143/6143) and G*eometric Design of Highway and Streets* (CE4133/6133). Both of them are crossed listed as undergraduate and graduate course. I have also taught several graduate courses, such as Traffic Simulation and Management (CE 8143), Traffic Flow Theories (CE 8133), Computer Applications in Civil Engineering, and independent studies (CE 7000) (CEE department drops graduate courses for less than five enrollments, and then converts those courses to 7000 courses). I have started to offer Transportation Safety courses for under and graduate students as independent studies, of which course is the first offered in the entire state of Mississippi, I believe.

The teaching effectiveness is demonstrated in two ways: The average transportation passing rate of 64.8 in CEE at MSU vs. the national averages of 62.4 for all CEE students. That is 2.4% higher than national average which was achieved when I was the only transportation engineering professor at MSU. That shows consistent teaching effectiveness in my last promotion period. Considering the math and sciences in Mississippi students at their middle and high schools have been behind the rest of the nation, this achievement itself is incredible. The second one is the student performance at traffic bowls. In my 12 years of at MSU, we have won the State of Mississippi championship 11 out of 12 times. We lost only once due to one of the student in MSU switched teams as a graduate team member of the other team. Most of the time we have won the champion team in the state of Louisiana.

The student evaluations have been significantly improved as well. The average evaluation scores are 3.9 (range 3.1-4.7, CE 4133) and 3.51 (range 2.8-4.4, CE 4143), significantly improved from 3.26 (3.1-3.9) and 3.45 (3.1-3.9) in the last promotion. In the last two years, all evaluations are higher than 4.0. I am the only faculty within CEE providing Computer Aided Design tutorials for senior course project. The innovative approaches to those two courses are documented separately in details in the dossier.



DEPARTMENT OF CIVIL &
ENVIRONMENTAL ENGINEERING

Dr. Li Zhang, PE. F. ASCE., F. ITE
Associate Professor
662.325.9838; lzhang@cee.msstate.edu

Three Ph.D. students and six MS students have graduated during my promotion period. One of the Ph.D. students was awarded US DOT's Eisenhower Grant for Research Fellowship, the only award MSU has received among about 3000 awardees national-wide. The number of Ph.D. students peaked at six. Compared with the previous promotion period, my graduate credit hours doubled.

*Services*

My services to advance transportation engineering and research have gained national and international importance in USDOT Small Business Innovative Research (SBIR) and STOL research projects (independent of MSU). The open source traffic simulation software from SBIR is being used by university graduate students and researchers in US, Canada, Europe and China. A STOL connected vehicle project mentioned earlier will provide another open source vehicle to infrastructure application platform for this type of research. I am a member of Standing Committee on Emergency Evacuation, Transportation Research Board (2015-2018). Before that, I was a Taskforce member for three years. I regularly review research journal and conference papers. I also have served as an editorial member of a journal.

I provided professional advice to university campus traffic operations and safety issues from time to time. My excellent service record is documented by Ms. Amy Truck (MSU vice president for campus operations), Mr. Rice Vance (MSU policy chief) and Mr. Jeremiah Dumas (director of parking and transit services). For example, I supervised an intersection traffic stop sign warrant study, one traffic impact study on a campus roadway closure, game day traffic studies, and one traffic signal retiming study. Outcomes from all those studies were implemented. The results of which benefit everyone in MSU.

At MSU, I served as faculty advisor for Institute of Transportation Engineers, the department search chair for faculty once and one time dean's faculty search committee member and two-time departmental search committee member. I have also served as a member of the dean's faculty retention committee and computer specification committee. I also served as department tenure promotion committee (Temporarily being excused due to this promotion).

In summary, I am confident that I have excelled in research, teaching and service, given the environment I have been assigned to and the leaves I have to be excused from MSU, I rank my research, teaching and service to be excellent.

With the FAA UAS, the FHWA's IDIQ projects and MDOT projects in the coming years, the global reach of the research, and continuing to maintain a high level in teaching, I am looking forward to working in MSU for decades to come. I have further determined to maintain an internationally acclaimed transportation program at the department of Civil and Environmental Engineering.

Sincerely yours

Li Zhang