## CERTIFICATE OF AUTHENTICITY

STATE OF MISSISSIPPI

COUNTY OF _Madison_

I, the undersigned, do hereby declare and state under oath as follows:

1. I have firsthand knowledge about the making, maintenance, and storage of the records of **NewSouth NeuroSpine** (hereinafter referred to as "this entity"), which is located in **Flowood, Mississippi**, and I have the authority to certify the records of this entity.

2. The records attached hereto are true and correct copies of the records of this entity pertaining to the medical care and treatment, including psychological and mental health treatment, provided to Li Zhang from June 1, 2019 to present day.

3. The records attached hereto were (a) made at or near the time of the event recorded by, or from information transmitted by, a person with knowledge of these matters; (b) kept in the course of the regularly conducted activity of this entity; and (c) made in the regularly conducted activity of this entity as a regular practice of this entity.

WITNESS my signature on the _30_th day of _January_, 20_26_.

_Lawson Williams_
Print Name

_Medical Records Custodian_
Title

_Lawson Williams_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME, this the _30_th day of _January_, 20_26_.

_Christian Barger_
NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 112292
CHRISTIAN BARGER
Commission Expires
May 3, 2027
MADISON COUNTY

## EXHIBIT
## 57

NSNS0001

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| LI ZHANG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-CV-71-GHD-DAS |
| MISSISSIPPI STATE UNIVERSITY, ET AL. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     NewSouth NeuroSpine, c/o Custodian of Records
         2470 Flowood Drive, Flowood, MS 39232

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
         See Attachment A

| Place: Deaton & Berry, PLLC 229 Katherine Dr., Flowood, MS 39232 or via e-mail to amatthews@winfieldlawfirm.com | Date and Time: 12/30/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     12/12/2025

RECEIVED JAN -9 2026

|  |  |  |
|---|---|---|
| *CLERK OF COURT* | OR | /s/ Ashlyn B. Matthews |
| _____ |  | _____ |
| *Signature of Clerk or Deputy Clerk* |  | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants Mississippi State University and Mississippi Board of Trustees of State Institutions of Higher Learning , who issues or requests this subpoena, are:

Ashlyn B. Matthews, The Winfield Law Firm, P.A., 224 E Main St., Starkville, MS 39759

amatthews@winfieldlawfirm.com

Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**NSNS0002**



**NEWSOUTH NEUROSPINE**

**SURGERY**
Eric Amundson, M.D.
Philip Azordegan, M.D.
John D. Davis, IV, M.D.
Jack Moriarity, M.D.
W. Lynn Stringer, M.D.
M. VanLandingham, M.D.
Kelsey A. Walsh, M.D.
E. Greg Wood III, M.D.

**SPINAL INTERVENTION**
Jeff Laseter, M.D.
Jeff Summers, M.D.

**PHYSICAL MEDICINE**
David Collipp, M.D.
Rahul Vohra, M.D.
Michael Winkelmann, M.D.
Alice Messer, DNP-FNP, BC

January 4, 2022


Philip Pearson, DO
P O Box 6338
Starkville, MS 39762


Re: Li Zhang


Dear Philip,

This gentleman is now about six weeks after a microtubular decompression at L5-S1 on the left for lateral recess stenosis. He has done well since surgery and has had significant reduction in the left leg claudication pain. His wound has healed nicely, and neurological examination is normal.

He will now embark on a lifelong program of back maintenance and exercise. I went over all of this with him. If there is any further problems, I would be glad to see him.


Sincerely,

W Lynn Stringer, MD

WLS:es

NSNS0003

Patient Name: _____ Date: _____ **(NS)² NEWSOUTH NEUROSPINE**

Patient Date of Birth: _____ Patient #: _____

## Low Back Pain Questionnaire

This form is designed to give information about how your back pain is affecting your everyday life. In each section, mark the box which best applies to you. If two of the statements in one section may relate to you, please mark the one box which most closely describes your problem. Please read all selections before choosing the appropriate answer.

### Functionality Questions

#### Section 1 - Pain Intensity

- ☐ I have no pain at the moment.
- ☒ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

#### Section 2 - Lifting

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (i.e. on a table).
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if conveniently positioned.
- ☒ I can lift very light weights.
- ☐ I cannot lift or carry anything at all.

#### Section 3 - Sitting

- ☐ I can sit in any chair as long as I like.
- ☒ I can sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than 1/2 an hour.
- ☐ Pain prevents me from sitting for more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

#### Section 4 - Standing

- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☒ Pain prevents me from standing for more than 1 hour.
- ☐ Pain prevents me from standing for more than 1/2 an hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

#### Section 5 - Walking

- ☐ Pain does not prevent me walking any distance.
- ☒ Pain prevents me walking more than 1 mile.
- ☐ Pain prevents me walking more than 1/2 of a mile.
- ☐ Pain prevents me walking more than 100 yards.
- ☐ I can only walk using a cane or crutches.
- ☐ I am in bed most of the time.

### Quality of Life Questions

#### Section 1 - Personal Care (washing, dressing, etc.)

- ☐ I can look after myself normally without causing extra pain.
- ☒ I can look after myself normally but it causes extra pain.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty, and stay in bed.

#### Section 2 - Sleeping

- ☐ My sleep is never disturbed by pain.
- ☒ My sleep is occasionally disturbed by pain.
- ☐ Because of pain, I have less than 6 hours of sleep.
- ☐ Because of pain, I have less than 4 hours of sleep.
- ☐ Because of pain, I have less than 2 hours of sleep.
- ☐ Pain prevents me from sleeping at all.

Please continue to page 2

SCANNED

NSNS0004

Patient Name: Li Zhang
Patient Date of Birth: 1/24/03

Date: 1/4/12
Patient #:

**(NS)² NewSouth NeuroSpine**

### Section 3 - Social Life

- ☐ My social life is normal and causes no extra pain.
- ☐ My social life is normal but increases the degree of pain.
- ☒ Pain has no significant effect on my social life apart from limiting my more energetic interests, i.e. sports.
- ☐ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

### Section 4 - Employment/Homemaking

- ☐ My normal home/job activities do not cause pain.
- ☒ My normal home/job activities increase my pain, but do not prevent me from completing my tasks.
- ☐ I can perform most of my home/job duties, but pain prevents me from doing more physically stressful activities (lifting/vacuuming).
- ☐ Pain prevents me from doing anything but light duties.
- ☐ Pain prevents me from doing even light duties.
- ☐ Pain prevents me from doing any home/job activities.

### Section 5 - Traveling

- ☐ I can travel anywhere without pain.
- ☒ I can travel anywhere but it gives extra pain.
- ☐ Pain is bad but I manage journeys of over two hours.
- ☐ Pain restricts me to journeys of less than 1 hour.
- ☐ Pain restricts me to short necessary journeys under 30 minutes.
- ☐ Pain prevents me from traveling except to receive treatment.

### Previous Treatment (For pre-operative visits only)

Over the past 3 months have you received treatment, tablets, or medicines of any kind for your back pain?

☐ No          ☐ Yes

If yes, please state the type of treatment you received:

_____

_____

_____

---

### To Be Completed Only After Surgery:

Have you returned to work?     ☐ No     ☒ Yes

If yes, how many weeks after surgery did you return to work or your daily activities? _____

Was your return to work within the timeframe estimated by your physician by two weeks?     ☐ No     ☒ Yes

Describe your occupational status:
- ☐ Manual/Physical work
- ☒ Sedentary/Desk work
- ☐ Combination of the above
- ☐ Other  _____

On a scale of 0 - 10 (0 being the worst and 10 being the best), how would you rate the facility? Please circle below.

Worst   0   1   2   3   4   5   6   7   8   ⑨   10   Best

Would you recommend the facility to your family and/or friends?

- ☒ Definitely Yes
- ☐ Probably Yes
- ☐ Probably No
- ☐ Definitely No

NSNS0005

Patient Name: _Litham_

Patient Date of Birth: _4/24/63_

Date: _1/4/22_

Patient #: _83355_

**(NS)² NEWSOUTH NEUROSPINE**

## Low Back Pain Questionnaire

This form is designed to give information about how your back pain is affecting your everyday life. In each section, mark the box which best applies to you. If two of the statements in one section may relate to you, please mark the one box which most closely describes your problem. Please read all selections before choosing the appropriate answer.

## Functionality Questions

### Section 1 - Pain Intensity

- ☐ I have no pain at the moment.
- ☒ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

### Section 2 - Lifting

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (i.e. on a table).
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if conveniently positioned.
- ☒ I can lift very light weights.
- ☐ I cannot lift or carry anything at all.

### Section 3 - Sitting

- ☐ I can sit in any chair as long as I like.
- ☒ I can sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than 1/2 an hour.
- ☐ Pain prevents me from sitting for more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

### Section 4 - Standing

- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☒ Pain prevents me from standing for more than 1 hour.
- ☐ Pain prevents me from standing for more than 1/2 an hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

### Section 5 - Walking

- ☐ Pain does not prevent me walking any distance.
- ☒ Pain prevents me walking more than 1 mile.
- ☐ Pain prevents me walking more than 1/2 of a mile.
- ☐ Pain prevents me walking more than 100 yards.
- ☐ I can only walk using a cane or crutches.
- ☐ I am in bed most of the time.

## Quality of Life Questions

### Section 1 - Personal Care (washing, dressing, etc.)

- ☐ I can look after myself normally without causing extra pain.
- ☒ I can look after myself normally but it causes extra pain.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty, and stay in bed.

### Section 2 - Sleeping

- ☐ My sleep is never disturbed by pain.
- ☒ My sleep is occasionally disturbed by pain.
- ☐ Because of pain, I have less than 6 hours of sleep.
- ☐ Because of pain, I have less than 4 hours of sleep.
- ☐ Because of pain, I have less than 2 hours of sleep.
- ☐ Pain prevents me from sleeping at all.

Please continue to page 2

**NSNS0006**

Patient Name: Li Zhang

Patient Date of Birth: 4/24/63

Date: 1/4/22

Patient #: 83255

**(NS)² NEWSOUTH NEUROSPINE**

## Section 3 - Social Life

- ☐ My social life is normal and causes no extra pain.
- ☐ My social life is normal but increases the degree of pain.
- ☒ Pain has no significant effect on my social life apart from limiting my more energetic interests, i.e. sports.
- ☐ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

## Section 4 - Employment/Homemaking

- ☐ My normal home/job activities do not cause pain.
- ☒ My normal home/job activities increase my pain, but do not prevent me from completing my tasks.
- ☐ I can perform most of my home/job duties, but pain prevents me from doing more physically stressful activities (lifting/vacuuming).
- ☐ Pain prevents me from doing anything but light duties.
- ☐ Pain prevents me from doing even light duties.
- ☐ Pain prevents me from doing any home/job activities.

## Section 5 - Traveling

- ☐ I can travel anywhere without pain.
- ☒ I can travel anywhere but it gives extra pain.
- ☐ Pain is bad but I manage journeys of over two hours.
- ☐ Pain restricts me to journeys of less than 1 hour.
- ☐ Pain restricts me to short necessary journeys under 30 minutes.
- ☐ Pain prevents me from traveling except to receive treatment.

## Previous Treatment (For pre-operative visits only)

Over the past 3 months have you received treatment, tablets, or medicines of any kind for your back pain?

☐ No      ☐ Yes

If yes, please state the type of treatment you received:

_____

_____

_____

## To Be Completed Only After Surgery:

Have you returned to work?      ☐ No      ☒ Yes      If yes, how many weeks after surgery did you return to work or your daily activities? _____

Was your return to work within the timeframe estimated by your physician by two weeks?      ☐ No      ☒ Yes

Describe your occupational status:
- ☐ Manual/Physical work
- ☒ Sedentary/Desk work
- ☐ Combination of the above
- ☐ Other

On a scale of 0 - 10 (0 being the worst and 10 being the best), how would you rate the facility? Please circle below.

Worst   0   1   2   3   4   5   6   7   8   ⑨   10   Best

Would you recommend the facility to your family and/or friends?

- ☒ Definitely Yes
- ☐ Probably Yes
- ☐ Probably No
- ☐ Definitely No

**NSNS0007**

## OPERATION REPORT

DOB: 04/24/1963

PATIENT NAME: Li Zhang

ID#: 83355

DATE OF PROCEDURE: 12/01/2021

SURGEON: W Lynn Stringer, MD

ASSISTANT: Amy Savell, CRNFA

PLACE OF SERVICE: Advanced Surgical Center

**ANESTHESIOLOGIST:** Dr. Charles Upton.

**NAME OF OPERATION:** Microtubular decompression, L5-S1, left.

**PREOPERATIVE DIAGNOSIS:** Lateral recess stenosis, L5-S1, left.

**POSTOPERATIVE DIAGNOSIS:** Lateral recess stenosis, L5-S1, left.

**FINDINGS:** There was marked hypertrophy of the superior articular facet and firm broad-based disc bulging laterally at L5-S1 on the left side causing marked lateral recess stenosis and compression of the exiting L5 nerve root.

**DESCRIPTION OF PROCEDURE:** After suitable general endotracheal anesthesia had been obtained with the patient in the supine position, he was turned prone on the Wilson frame in a gently flexed position. The lumbosacral area was prepped and draped in a sterile field. After infiltration with Xylocaine and adrenaline, a vertical incision was made about 1.5 cm to the left of the midline centered on the L5-S1 level which had been localized with spinal needle and C-arm fluoroscopy. Dissection was carried down through the dorsal fascia and a series of microtubular dilators was inserted under direct fluoroscopic control to the interlaminar edge of the L5-S1, a 5-cm x 22-mm retractor being required. It was affixed to the bed frame. Position was reconfirmed with biplane C-arm fluoroscopy. The operating microscope was brought in at this point. Ms. Savell assisted through the microscope as well. Then, using a high-speed air drill, a very generous hemilaminectomy was accomplished. Kerrison punches were used as well. This included undercutting of the superior articular facet and unroofing the exiting L5 nerve root. Disc space proper revealed the disc was calcified, firm, and bulged laterally. Following adequate posterior decompression, a Karlin probe could easily be passed out over the L5 nerve. The entire area was then copiously irrigated with saline. Bleeding was controlled with the bipolar cautery unit. The wound was again irrigated. The retractor was slowly removed and the underlying paraspinous musculature inspected for hemostasis. The wound was closed with a single suture of 0 Vicryl in the fascia, 3-0 Vicryl in the subcutaneous tissue, and Dermabond on the skin. Sterile dressing was applied. The patient was allowed to awaken and taken to PACU for recovery.

**ESTIMATED BLOOD LOSS:** 10 mL.

NSNS0008

**PATIENT:** Li Zhang
**DATE:** 12/01/2021
**MRN:** 83355
**PAGE:** 2

**DRAINS:** None.

**COMPLICATIONS:** None.

Once the patient recovers and is in same day unit, and he meets discharge criteria, he will go home. Instructions have been given. He has prescriptions for Norco 7.5/325 #45, Zanaflex 4 mg #30, and Phenergan 25 mg #15. PMP has been reviewed and is satisfactory. The patient will return for followup in six weeks.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED by W Lynn Stringer, MD

WLS:ch
DD:12/01/2021 10:31 AM
DT: 12/2/2021 12:30:38 AM
JOB#: hh_9334_2176120121102738

---

The Surgery Center • 2470 Flowood Drive, Suite A • Flowood, MS 39232

NSNS0009

**SURGERY**
Eric Amundson, M.D.
Philip Azordegan, M.D.
John D. Davis, IV, M.D.
Jack Moriarity, M.D.
W. Lynn Stringer, M.D.
M. VanLandingham, M.D.
Kelsey A. Walsh, M.D.
E. Greg Wood III, M.D.



NEWSOUTH NEUROSPINE

**SPINAL INTERVENTION**
Jeff Laseter, M.D.
Jeff Summers, M.D.

**PHYSICAL MEDICINE**
David Collipp, M.D.
Rahul Vohra, M.D.
Michael Winkelmann, M.D.
Alice Messer, DNP-FNP, BC

November 22, 2021

Philip Pearson, DO
P O Box 6338
Starkville, MS 39762

Re:  Li Zhang

Dear Philip

Professor Zhang was back in the office today with increasing lumbar radiculopathy on the left side. The scan shows persistent lateral recess stenosis at L5-S1 on the left. He is anxious to have something done surgically as conservative measures in the past have not helped and his pain is worsening. We will, therefore, schedule him for a microtubular decompression in the very near future. I will keep you posted as to our findings, and appreciate your asking me to see him.

Sincerely,

W Lynn Stringer, MD

WLS:mm

2470 Flowood Drive • Flowood, MS 39232 • 601-936-0400 • Fax 601-932-4845

NSNS0010

**Patient Name:** Zhang, Li
**Chart Number:** 83355
**DOB:** 04/24/1963  **Age:** 58 Years

**Date:** 11/22/2021

**History of Present Illness:** He is now 58 years old. I was asked by Dr. Pearson to see him again concerning the chronic left lumbar radiculopathy for which I have seen him over the years. He has an autistic child. In an attempt to further his education, his family moved to Brandon so the child could attend Northwest Rankin where they have a special program. This necessitated his driving back and forth to Starkville all week longer in order to teach there. He also moved his classroom farther from his office so when he walks to the classroom he has to stop about every 100 yards or so because of the terrible pain down in his legs. He can stop and sit down and it gets better.

**Review of Systems:** I personally reviewed the Health History Questionnaire in detail with the patient.

**Past History, Family History, and Social History:** See Additional History information sheet.

**EXAMINATION:**

General Appearance:   Well-developed, well-nourished male.

HEENT:   Ophthalmoscopic examination shows optic discs sharp and posterior segments without hemorrhage. No evidence of Horner's syndrome.

Cardiovascular:   Radial, carotid, and dorsalis pedis pulses intact, no bruits. No cardiac murmurs.

Musculoskeletal:   He has no limitation of straight leg raising on either side. There is some slight weakness of extensor hallucis longus on the left.
Gait normal. No ataxia.
Muscle tone normal in all 4 limbs: no atrophy noted.

Neurological:   Oriented to time, place and person
Good recent and remote memory
Normal attention span and concentration
Normal language
Normal awareness of current events, past history, and vocabulary
Cranial nerves:
2nd- Full visual fields to confrontation
3rd,4th,6th- Pupils equal, round, reactive to light, full extraocular movements
5th- Normal and facial sensation
7th- Full and symmetrical facial movement
8th- Hears finger rub well bilaterally
9th, 10th- Normal gag reflex
11th – Normal trapezius and sternocleidomastoid
12th- Normal tongue movement

2470 Flowood Drive • Flowood, MS 39232 • 601-936-0400 • Fax 601-932-4845

**NSNS0011**

PATIENT:   Li Zhang
DATE:        11/22/2021
MRN:         83355
PAGE:        2

Sensation: Intact to pin, touch and proprioception in arms and legs
Deep tendon reflexes normal throughout
Coordination: Normal finger to nose, heel to toe bilaterally

**Imaging Studies:** I reviewed a recent MRI of the lumbar spine, done on November 11, 2021 and compared this to the one done in 2017. There is a somewhat unusual appearance in the lateral recess at L5-S1 just superior to the disc. There is persistent facet hypertrophy and lateral disc bulge causing lateral recess stenosis on the left at L5-S1.

**Impression:** Lateral recess stenosis at L5-S1, left.

**Management:** Again, I went over the treatment options with him. I do believe it is reasonable to consider a microtubular lateral recess decompression at L5-S1 on the left. I went over the procedure with him again. I went over the risk of neural injury with weakness, numbness or paralysis, bladder or bowel dysfunction, hematoma, infection, etc. The remote risk of postoperative instability necessitating fusion was likewise discussed. Most importantly, however, he has had symptoms for over four years. This, coupled with the pathology, could certainly mitigate surgical success. He understands all this but is anxious to proceed.

W Lynn Stringer, MD
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED


WLS:mm
D:11/22/2021 12:24 PM/T:11/23/2021 3:12:20 AM

NSNS0012

Patient Name: _Li Zhang_

Patient Date of Birth: _4/24/03_

Date: _11/22/21_

Patient #: _83355_

**(NS)² NEWSOUTH NEUROSPINE**

## Low Back Pain Questionnaire

This form is designed to give information about how your back pain is affecting your everyday life. In each section, mark the box which best applies to you. If two of the statements in one section may relate to you, please mark the one box which most closely describes your problem. Please read all selections before choosing the appropriate answer.

### Functionality Questions

#### Section 1 - Pain Intensity

- ☐ I have no pain at the moment.
- ☒ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

#### Section 2 - Lifting

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (i.e. on a table).
- ☒ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if conveniently positioned.
- ☐ I can lift very light weights.
- ☐ I cannot lift or carry anything at all.

#### Section 3 - Sitting

- ☐ I can sit in any chair as long as I like.
- ☒ I can sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than 1/2 an hour.
- ☐ Pain prevents me from sitting for more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

#### Section 4 - Standing

- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☐ Pain prevents me from standing for more than 1 hour.
- ☒ Pain prevents me from standing for more than 1/2 an hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

#### Section 5 - Walking

- ☐ Pain does not prevent me walking any distance.
- ☐ Pain prevents me walking more than 1 mile.
- ☒ Pain prevents me walking more than 1/2 of a mile.
- ☐ Pain prevents me walking more than 100-yards.
- ☐ I can only walk using a cane or crutches.
- ☐ I am in bed most of the time.

### Quality of Life Questions

#### Section 1 - Personal Care (washing, dressing, etc.)

- ☐ I can look after myself normally without causing extra pain.
- ☐ I can look after myself normally but it causes extra pain.
- ☒ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty, and stay in bed.

#### Section 2 - Sleeping

- ☐ My sleep is never disturbed by pain.
- ☒ My sleep is occasionally disturbed by pain.
- ☐ Because of pain, I have less than 6 hours of sleep.
- ☐ Because of pain, I have less than 4 hours of sleep.
- ☐ Because of pain, I have less than 2 hours of sleep.
- ☐ Pain prevents me from sleeping at all.

Please continue to page 2

SCANNED

**NSNS0013**

Patient Name: _Li thang_
Patient Date of Birth: _4/24/03_

Date: _11/23/21_
Patient #: _23355_

**(NS)² NEWSOUTH NEUROSPINE**

### Section 3 - Social Life

- ☐ My social life is normal and causes no extra pain.
- ☑ My social life is normal but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, I.e. sports.
- ☐ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

### Section 4 - Employment/Homemaking

- ☐ My normal home/job activities do not cause pain.
- ☑ My normal home/job activities increase my pain, but do not prevent me from completing my tasks.
- ☐ I can perform most of my home/job duties, but pain prevents me from doing more physically stressful activities (lifting/vacuuming).
- ☐ Pain prevents me from doing anything but light duties.
- ☐ Pain prevents me from doing even light duties.
- ☐ Pain prevents me from doing any home/job activities.

### Section 5 - Traveling

- ☐ I can travel anywhere without pain.
- ☑ I can travel anywhere but it gives extra pain.
- ☐ Pain is bad but I manage journeys of over two hours.
- ☐ Pain restricts me to journeys of less than 1 hour.
- ☐ Pain restricts me to short necessary journeys under 30 minutes.
- ☐ Pain prevents me from traveling except to receive treatment.

### Previous Treatment (For pre-operative visits only)

Over the past 3 months have you received treatment, tablets, or medicines of any kind for your back pain?

☑ No    ☐ Yes

If yes, please state the type of treatment you received:

_____
_____
_____

---

### To Be Completed Only After Surgery:

Have you returned to work?    ☐ No    ☐ Yes    If yes, how many weeks after surgery did you return to work or your daily activities? _____

Was your return to work within the timeframe estimated by your physician by two weeks?    ☐ No    ☐ Yes

Describe your occupational status:
- ☐ Manual/Physical work
- ☐ Sedentary/Desk work
- ☐ Combination of the above
- ☐ Other

On a scale of 0 - 10 (0 being the worst and 10 being the best), how would you rate the facility? Please circle below.

Worst    0    1    2    3    4    5    6    7    8    9    10    Best

Would you recommend the facility to your family and/or friends?

- ☐ Definitely Yes
- ☐ Probably Yes
- ☐ Probably No
- ☐ Definitely No

NSNS0014

Patient Name: Li Zhang
Patient Date of Birth: 4/24/63

Date: 11/22/21
Patient #: 83355

**(NS)² NEWSOUTH NEUROSPINE**

## Low Back Pain Questionnaire

This form is designed to give information about how your back pain is affecting your everyday life. In each section, mark the box which best applies to you. If two of the statements in one section may relate to you, please mark the one box which most closely describes your problem. Please read all selections before choosing the appropriate answer.

### Functionality Questions

#### Section 1 - Pain Intensity

- ☐ I have no pain at the moment.
- ☒ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

#### Section 2 - Lifting

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned (i.e. on a table).
- ☒ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if conveniently positioned.
- ☐ I can lift very light weights.
- ☐ I cannot lift or carry anything at all.

#### Section 3 - Sitting

- ☐ I can sit in any chair as long as I like.
- ☒ I can sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than 1/2 an hour.
- ☐ Pain prevents me from sitting for more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

#### Section 4 - Standing

- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☐ Pain prevents me from standing for more than 1 hour.
- ☒ Pain prevents me from standing for more than 1/2 an hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

#### Section 5 - Walking

- ☐ Pain does not prevent me walking any distance.
- ☐ Pain prevents me walking more than 1 mile.
- ☒ Pain prevents me walking more than 1/2 of a mile.
- ☐ Pain prevents me walking more than 100 yards.
- ☐ I can only walk using a cane or crutches.
- ☐ I am in bed most of the time.

### Quality of Life Questions

#### Section 1 - Personal Care (washing, dressing, etc.)

- ☐ I can look after myself normally without causing extra pain.
- ☐ I can look after myself normally but it causes extra pain.
- ☒ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty, and stay in bed.

#### Section 2 - Sleeping

- ☐ My sleep is never disturbed by pain.
- ☒ My sleep is occasionally disturbed by pain.
- ☐ Because of pain, I have less than 6 hours of sleep.
- ☐ Because of pain, I have less than 4 hours of sleep.
- ☐ Because of pain, I have less than 2 hours of sleep.
- ☐ Pain prevents me from sleeping at all.

Please continue to page 2

Patient Name: Li Zhang
Patient Date of Birth: 4/8/03

Date: 11/22/21
Patient #: 23255

**(NS)² NEWSOUTH NEUROSPINE**

### Section 3 - Social Life

- ☐ My social life is normal and causes no extra pain.
- ☑ My social life is normal but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, i.e. sports.
- ☐ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

### Section 4 - Employment/Homemaking

- ☐ My normal home/job activities do not cause pain.
- ☑ My normal home/job activities increase my pain, but do not prevent me from completing my tasks.
- ☐ I can perform most of my home/job duties, but pain prevents me from doing more physically stressful activities (lifting/vacuuming).
- ☐ Pain prevents me from doing anything but light duties.
- ☐ Pain prevents me from doing even light duties.
- ☐ Pain prevents me from doing any home/job activities.

### Section 5 - Traveling

- ☐ I can travel anywhere without pain.
- ☑ I can travel anywhere but it gives extra pain.
- ☐ Pain is bad but I manage journeys of over two hours.
- ☐ Pain restricts me to journeys of less than 1 hour.
- ☐ Pain restricts me to short necessary journeys under 30 minutes.
- ☐ Pain prevents me from traveling except to receive treatment.

### Previous Treatment (For pre-operative visits only)

Over the past 3 months have you received treatment, tablets, or medicines of any kind for your back pain?

☐ No    ☐ Yes

If yes, please state the type of treatment you received:

_____

_____

_____

---

## To Be Completed Only After Surgery:

Have you returned to work?    ☐ No    ☐ Yes    If yes, how many weeks after surgery did you return to work or your daily activities? _____

Was your return to work within the timeframe estimated by your physician by two weeks?    ☐ No    ☐ Yes

Describe your occupational status:
- ☐ Manual/Physical work
- ☐ Sedentary/Desk work
- ☐ Combination of the above
- ☐ Other _____

On a scale of 0 - 10 (0 being the worst and 10 being the best), how would you rate the facility? Please circle below.

Worst   0   1   2   3   4   5   6   7   8   9   10   Best

Would you recommend the facility to your family and/or friends?

- ☐ Definitely Yes
- ☐ Probably Yes
- ☐ Probably No
- ☐ Definitely No

NSNS0016

# (NS)² NewSouth NeuroSpine, LLC
## Patient History Form

Pt # _____

Name: _L I 2HHILL_     Date: _____

Age: _68_   Height: _5 7_   Weight: _164_    Referring Physician: _Pearson_

Any medical history of chronic conditions such as Diabetes, High Blood Pressure/Cholesterol? ☑ Yes ☐ No

If Yes, please list here: _high Blood Pressure_

---

Are you ☑ Right Handed ☐ Left Handed?     Have you ever had a problem with anesthesia? ☐ Yes ☑ No

Have you been diagnosed with any of the following:    Have any family members had a problem with anesthesia? ☐ Yes ☑ No

Staph Infection ☐ Yes ☑ No

MRSA ☐ Yes ☑ No     If yes, please explain what kind of problems were encountered?

Hepatitis ☐ Yes ☑ No   Type? _____

HIV ☐ Yes ☑ No

| Hospitalizations/Surgeries | | | |
|---|---|---|---|
| Year | Name of Treating Hospital | Reason for Hospitalization/Surgery | Outcomes |
| 2005 | | Appendectomy | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please list any food/drug or environmental allergies: _None_

Please list any intolerance/adverse reaction to medication: _none_

| Current Medications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of Medication | Dosage | How Often | | Name of Medication | Dosage | How Often | |
| Lisinopril | | | | | | | |
| Gout medicine | | | | | | | |
| Flomax | | | | | | | |
| Rosenivil | | | | | | | |
| | | | | | | | |

What is your reason for your visit today? _Back/leg pain_

How long have you had this problem? # of _5_ ☐ Days ☐ Months ☑ Years

Has the problem gotten ☐ worse ☐ better ☐ stayed the same since the onset?

Did you sustain an injury? ☐ Yes ☑ No

If yes, how were you injured? ☐ Work ☐ Auto ☐ Other _____

Please explain how and when you were injured in full detail: _____

**NSNS0017**

# (NS)² NewSouth NeuroSpine, LLC
## Medical & Work History Form

Name: _Li Zhang_                                    Date: _11/22/2021_                    Pt # _____

### Family Medical History

Please put an (X) in the column below to indicate if a family member was diagnosed with any of these conditions or diseases:

| Relationship | Year Deceased | Cancer | Type? | Heart Disease | Heart Attack | Stroke | Diabetes |
|---|---|---|---|---|---|---|---|
| Mother | | | | | | | |
| Father | | | | | | | |
| Sister(s) | | | | | | | |
| Brother(s) | | | | | | | |
| Grandmother | | | | | | | |
| Grandfather | | | | | | | |

### Other Medical History

Are you pregnant or trying to get pregnant?   □ Yes  ☒ No

Do you use any type of tobacco products?   □ Yes  ☒ No        If Yes, what type? _____
  Number of □ packs □ cigars □ canned products _____        □ Daily □ Weekly        How many years? _____

Would you be interested in quitting?   □ Yes  □ No

Have you ever used tobacco products?   □ Yes  ☒ No        If Yes, what type? _____
  Number of □ packs □ cigars □ canned products _____        □ Daily □ Weekly        How long ago? _____

Do you drink alcoholic beverages?   □ Yes  ☒ No        If Yes, what type? _____
  Number of drinks and type per day? _____        How many years? _____

Do you have a history of alchohol abuse?   □ Yes  ☒ No

Do you have a history of drug abuse?   □ Yes  ☒ No

Have you ever had cortisone or steroids?   □ Yes  ☒ No        If Yes, were there side effects?   □ Yes □ No
  Please list side effects experienced: _____

Have you ever had local anesthetic?   □ Yes  □ No        If Yes, were there side effects?   □ Yes □ No
  Please list side effects experienced: _____

### Work History

Employer: _MSU_                                    Length of employment: _16_

Job Position: _Professor_                          Were you injured on the job?   □ Yes  □ No

Are you currently working?   ☒ Yes  □ No          If Yes,   □ Full duty   □ Modified duty?

If you are not currently working, when was your last day of work? _____

Do you have an attorney for this problem?   □ Yes  □ No

  If Yes, please list Attorney Name and Phone Number: _____
  _____

If this is a workers' compensation case, has your case been controverted?   □ Yes  □ No

NSNS0018

# (NS)² NewSouth NeuroSpine, LLC
## Review of Systems Form

Name: Li Zhong     Date: 11/22/2021     Pt # _____

Please check if you currently have, or have had in the past, problems related to the areas indicated.

### CONSTITUTIONAL SYMPTOMS

| | NO | | YES |
|---|---|---|---|
| Good general health lately | ☑ | ☐ | YES |
| Recent weight change | ☑ | ☐ | YES |
| Fever | ☑ | ☐ | YES |
| Fatigue | ☑ | ☐ | YES |
| Headaches | ☑ | ☐ | YES |

### EYES

| | NO | | YES |
|---|---|---|---|
| Eye disease or injury | ☐ | ☐ | YES |
| Wear glasses/contact lenses | ☑ | ☐ | YES |
| Blurred or double vision | ☐ | ☑ | YES |
| Glaucoma | ☐ | ☐ | YES |

### EARS/NOSE/MOUTH/THROAT

| | NO | | YES |
|---|---|---|---|
| Hearing loss or ringing | ☑ | ☐ | YES |
| Earaches or drainage | ☑ | ☐ | YES |
| Chronix sinus problems or rhinitis | ☑ | ☐ | YES |
| Nose bleeds | ☑ | ☐ | YES |
| Mouth sores | ☑ | ☐ | YES |
| Bleeding gums | ☑ | ☐ | YES |
| Sore throat or voice change | ☑ | ☐ | YES |
| Swollen glands in neck | ☑ | ☐ | YES |

### CARDIOVASCULAR

| | NO | | YES |
|---|---|---|---|
| Heart Trouble | ☑ | ☐ | YES |
| Chest Pain | ☑ | ☐ | YES |
| Palpitation | ☑ | ☐ | YES |
| Shortness of breath with walking/lying flat | ☑ | ☐ | YES |
| Swelling of feet, ankles, or hands | ☑ | ☐ | YES |

### RESPIRATORY

| | NO | | YES |
|---|---|---|---|
| Chronic or frequent coughs | ☑ | ☐ | YES |
| Spitting up blood | ☑ | ☐ | YES |
| Shortness of breath | ☑ | ☐ | YES |
| Asthma or wheezing | ☑ | ☐ | YES |

### GASTROINTESTINAL

| | NO | | YES |
|---|---|---|---|
| Loss of appetite | ☑ | ☐ | YES |
| Change in bowel movements | ☑ | ☐ | YES |
| Nausea or vomiting | ☑ | ☐ | YES |
| Frequent diarrhea | ☑ | ☐ | YES |
| Painful bowel movements or constipation | ☑ | ☐ | YES |
| Rectal bleeding or blood in stool | ☑ | ☐ | YES |
| Adbominal pain | ☑ | ☐ | YES |
| Bowel Incontinence | ☐ | ☑ | YES |

### GENITOURINARY

| | NO | | YES |
|---|---|---|---|
| Frequent urination | ☑ | ☐ | YES |
| Burning or painful urination | ☑ | ☐ | YES |
| Blood in urine | ☑ | ☐ | YES |
| Change in force of stream when urinating | ☑ | ☐ | YES |
| Incontinence | ☑ | ☐ | YES |
| Kidney stones | ☑ | ☐ | YES |
| Sexual difficulty | ☑ | ☐ | YES |

### OTHER

### MUSCULOSKELETAL

| | NO | | YES |
|---|---|---|---|
| Joint Pain | ☑ | ☐ | YES |
| Joint Stiffness or swelling | ☑ | ☐ | YES |
| Weakness of muscle or joints | ☐ | ☑ | YES |
| Muscle pain or cramps | ☐ | ☑ | YES |
| Back pain | ☐ | ☑ | YES |
| Cold extremities | ☑ | ☐ | YES |
| Difficulty in walking | ☐ | ☑ | YES |

### INTEGUMENTARY (SKIN BREAST)

| | NO | | YES |
|---|---|---|---|
| Rash or itching | ☑ | ☐ | YES |
| Change in skin color | ☑ | ☐ | YES |
| Change in hair or nails | ☑ | ☐ | YES |
| Varicose veins | ☐ | ☑ | YES |
| Breast pain | ☑ | ☐ | YES |

### NEUROLOGICAL

| | NO | | YES |
|---|---|---|---|
| Frequent or recurring headaches | ☑ | ☐ | YES |
| Light headed or dizzy | ☑ | ☐ | YES |
| Convulsions or seizures | ☑ | ☐ | YES |
| Numbness or tingling sensations | ☑ | ☐ | YES |
| Tremors | ☑ | ☐ | YES |
| Paralysis | ☑ | ☐ | YES |
| Stroke | ☑ | ☐ | YES |
| Head Injury | ☑ | ☐ | YES |

### PSYCHIATRIC

| | NO | | YES |
|---|---|---|---|
| Memory loss or confusion | ☑ | ☐ | YES |
| Nervousness | ☑ | ☐ | YES |
| Depression | ☑ | ☐ | YES |
| Insomnia | ☑ | ☐ | YES |

### ENDOCRINE

| | NO | | YES |
|---|---|---|---|
| Glandular or hormone problem | ☑ | ☐ | YES |
| Thyroid disease | ☑ | ☐ | YES |
| Diabetes ☐ Insulin ☐ Non-Insulin | ☑ | ☐ | YES |
| Excessive thirst or urination | ☑ | ☐ | YES |
| Heat or cold intolerance | ☑ | ☐ | YES |
| Skin becoming more dry | ☑ | ☐ | YES |

### HEMATOLOGIC/LYMPHATIC

| | NO | | YES |
|---|---|---|---|
| Bleeding problems/bruising | ☑ | ☐ | YES |
| Anemia | ☑ | ☐ | YES |
| Phlebitis | ☑ | ☐ | YES |
| Past transfusion | ☑ | ☐ | YES |
| Enlarged glands | ☑ | ☐ | YES |

### ALLERGIC/IMMUNOLOGIC

| | NO | | YES |
|---|---|---|---|
| History of skin reaction or other adverse reaction | ☑ | ☐ | YES |
| Penicillin or other antibiotics | ☑ | ☐ | YES |
| Morphine, Demerol or other narcotics | ☑ | ☐ | YES |
| Novocaine, Lidocaine, or other anesthetics | ☑ | ☐ | YES |
| Aspirin or other pain remedies | ☑ | ☐ | YES |
| Iodine, methiolate or other antiseptic | ☑ | ☐ | YES |

Other known food/drug/environmental allergies: 

Reviewed by: _____     Date: _____

# (NS)² NewSouth NeuroSpine, LLC
## Pain Diagram

Pt # _____

Name: _____  Date: _____

Please mark the area of injury or discomfort on the chart below using the appropriate symbols:

| Numbness | Pins & Needles | Burning | Aching | Stabbing |
|---|---|---|---|---|
| - - - - - | o o o o o | ∧ ∧ ∧ ∧ ∧ | x x x x x | ⊗ ⊗ ⊗ ⊗ |
| - - - - - | o o o o o | ∧ ∧ ∧ ∧ ∧ | x x x x x | ⊗ ⊗ ⊗ ⊗ |
| - - - - - | o o o o o | ∧ ∧ ∧ ∧ | x x x x x | ⊗ ⊗ ⊗ ⊗ |

LEFT          FRONT          BACK          RIGHT

Please rate the severity of your pain:

Currently:    No Pain   1   2   ③   4   5   6   7   8   9   10   Worst Possible Pain

At Its Worst: No Pain   1   2   3   4   5   6   ⑦   8   9   10   Worst Possible Pain

At Its Best:  (No Pain)   1   2   3   4   5   6   7   8   9   10   Worst Possible Pain

NSNS0020

# (NS)² NewSouth NeuroSpine, LLC
## Patient Information Form

Pt # 83355

| | |
|---|---|
| Last Name: Zhang | Social Security #: 226711566 |
| First Name: L.   MI: | Date of Birth: 04/24/63 |
| Home Address: 95 Woodlands Green Dr  Apt#: | Age: 58   Sex: M |
| City, State, Zip: Brandon MS 39047 | Home Phone #: 5716434945 |
| Email: LZ75@msstate.edu | Work Phone #: 6623269838 |
| Marital Status: M | Cell Phone #: 6623244084 |

Race: ☐ African American ☐ Caucasian ☑ Asian ☐ Native American ☐ Other | Ethnicity: ☐ Hispanic ☐ Non-Hispanic

| | |
|---|---|
| Emergency Contact Name: Ying Zhang | Phone #: 6623126758 |
| Primary Care Physician: Philips Pearson | Referring Physician: Pearson |
| Pharmacy: Walmart, Floowood  Location: Floowood | Phone #: |

How did you hear about us?  ☑ Referring Provider  ☐ Walkin  ☐ Friend/Family Member  ☐ Social Media

☐ Direct Mail  ☐ Yellow Pages  ☐ Web Search  ☐ Radio  ☐ Other _____

## Accident/Injury Information:

| | |
|---|---|
| Is your health problem due to a motor vehicle accident?  ☐ Yes ☑ No | Did you get hurt at work?  ☐ Yes  ☐ No  Maybe |
| Date of Accident/Injury: | What state did accident/injury occur in? |

## Employer Information

| | |
|---|---|
| Employer Name: MSU | Adjuster Name: |
| Employer Address: MS State. MS 39762 | Adjuster Number: |
| Emp. City/St/Zip: | Employer Phone #: |

## Primary Insurance

| | |
|---|---|
| Subscriber Name: BCBSMS | Subscriber Date of Birth: |
| Plan/Policy Name: PPT | Plan Phone #: |
| Group #:   Subscriber ID #: YAX866342373 | Relationship to Patient: Myself |

## Secondary Insurance

| | |
|---|---|
| Subscriber Name: | Subscriber Date of Birth: |
| Plan/Policy Name: | Plan Phone #: |
| Group #:   Subscriber ID #: | Relationship to Patient: |

## Assignment of Insurance Benefits

I, the undersigned, certify that I (or my dependent(s) receiving services) have insurance coverage as noted above and assign all insurance benefits otherwise payable to me for services rendered to be payable directly to NewSouth NeuroSpine, LLC (NS2). I understand and agree that I am financially responsible for all charges for services rendered to me (or my dependent(s)) including those that may or may not be covered by an insurance plan in which I participate. I understand that while others may also be responsible for paying these charges by virtue of an express or implied agreement, I am ultimately responsible for paying all charges. I understand that payment of all co-insurance, co-pays, and deductibles is preferred at the time services are rendered and that payment can be made by major credit or debit cards, check, money order, or cash. I understand that if I fail to pay for my charges and NS2 refers my account to an attorney or collection agency, I am also responsible for all fees that such attorney or agency may charge. I hereby authorize NS2 to release all information necessary to secure payment for services rendered. I authorize the use of my signature on all insurance submissions for these services. I authorize NS2 to release applicable medical records to referring, primary care, and/or treating physicians and diagnostic centers.

_____
Patient or Authorized Person's Signature

11/22/2021
Date

NSNS0021

## RESULT REPORT

Newsouth Neurospine
2470 Flowood Dr
Flowood MS 39232

**Director** Dr. David Collipp M.D.
**CLIA** 25D1096988
**Phone** 601-420-1948
**Fax**

**Patient** ZHANG, LI
**Medical #:**83355
**Age** 58
**Gender** M   **Child** ☐

**DOB** 4/24/1963

**Sample ID** 83355
**Doctor** Stringer, Lynn

**Verified** 11/22/2021   01:46 PM
**By** LW

ᵗᵗ Indicates manual entry

| Test | Result | Abnormal | Flags | Normals | Units | Notes |
|------|--------|----------|-------|---------|-------|-------|
| WBC | 5.5 | | | (3.5 - 10) | 10^3/mm^3 | |
| RBC | 4.93 | | | (3.8 - 5.8) | 10^6/mm^3 | |
| HGB | 14.2 | | | (11 - 16.5) | g/dl | |
| HCT | 43.7 | | | (35 - 50) | % | |
| MCV | 89 | | | (80 - 97) | um^3 | |
| MCH | 28.9 | | | (26.5 - 33.5) | pg | |
| MCHC | 32.6 | | | (31.5 - 35) | g/dl | |
| RDW | 14.1 | | | (10 - 15) | % | |
| PLT | | 149 | L | (150 - 450) | 10^3/mm^3 | |
| MPV | 7.9 | | | (6.5 - 11) | um^3 | |
| LYM% | 36.7 | | | (17 - 48) | % | |
| LYM# | 2.00 | | | (1.2 - 3.2) | 10^3/mm^3 | |
| MON% | 4.4 | | | (4 - 7) | % | |
| MON# | | 0.20 | L | (0.3 - 0.8) | 10^3/mm^3 | |
| GRA% | 58.9 | | | (43 - 76) | % | |
| GRA# | 3.30 | | | (1.2 - 6.8) | 10^3/mm^3 | |

**Flags**
WBC Flags        G2
**Notes**

Micros Specimen Type : whole blood
Micros Analyzed D/T  : 11/22/2021   01:45 PM
Micros Collected D/T : 11/22/2021   01:44 PM
Micros Received D/T  : 11/22/2021   01:44 PM
=============================================

Reviewed By: _____   Date: 11/22/21

907CS98877

**NSNS0022**

# RESULT REPORT

Newsouth Neurospine
2470 Flowood Dr
Flowood MS 39232

| | |
|---|---|
| **Director** | Dr. David Collipp M.D. |
| **CLIA** | 25D1096988 |
| **Phone** | 601-420-1948 |
| **Fax** | |

**Patient** ZHANG, LI
**Medical #:** 83355
**Age** 58     **DOB** 4/24/1963
**Gender** M     **Child** ☐

**Sample ID** 83355
**Doctor** Stringer, Lynn

**Verified** 11/22/2021    04:07 PM
**By** LW

| Test | Result | Abnormal | Flags | Normals | Units | Notes | 🖐 Indicates manual entry |
|---|---|---|---|---|---|---|---|
| NA | 144 | | | (136 - 145) | mmol/L | | |
| K | 3.8 | | | (3.7 - 5.5) | mmol/L | | |
| CL | 107 | | | (101 - 110) | mmol/L | | |
| CO2 | | 32 | H | (22 - 32) | mmol/L | | |
| GLUCOSE | | 108 | H | (74 - 106) | mg/dL | | |
| CREAT | 0.90 | | | (0.7 - 1.2) | mg/dL | | |
| BUN | 12.6 | | | (7.9 - 20.2) | mg/dL | | |
| CA | 9.3 | | | (8.6 - 10.3) | mg/dL | | |
| TP | 6.8 | | | (6.4 - 8.3) | g/dL | | |
| ALB | 4.3 | | | (3.5 - 5.2) | g/dL | | |
| BILI-T | 0.5 | | | (0.14 - 1.23) | mg/dL | | |
| ALK-Phos | 80 | | | (53 - 128) | U/L | | |
| AST | 31 | | | (4 - 35) | U/L | | |
| ALT | 33 | | | (4 - 45) | U/L | | |

**Flags**
LUCOSEFlag NORM_RANGEH
O2Flag NORM_RANGEH

**Notes**
CL Run D/T: 11/22/2021 02:22 PM
K Run D/T: 11/22/2021 02:22 PM
NA Run D/T: 11/22/2021 02:22 PM
GLUCOSE Run D/T: 11/22/2021 02:24 PM
ALB Run D/T: 11/22/2021 02:16 PM
ALK-Phos Run D/T: 11/22/2021 02:25 PM
ALT Run D/T: 11/22/2021 02:24 PM
AST Run D/T: 11/22/2021 02:24 PM
BILI-T Run D/T: 11/22/2021 02:24 PM
BUN Run D/T: 11/22/2021 02:24 PM
CA Run D/T: 11/22/2021 02:16 PM
CO2 Run D/T: 11/22/2021 02:25 PM
CREAT Run D/T: 11/22/2021 02:32 PM
TP Run D/T: 11/22/2021 02:25 PM
Pentra C400 Specimen Type : serum/plasma
Pentra C400 Analyzed D/T  : 11/22/2021    04:00 PM
Pentra C400 Collected D/T : 11/22/2021    01:44 PM
Pentra C400 Received D/T  : 11/22/2021    01:44 PM
=========================================

Reviewed By: _____  Date: 11/22/4

Printed on 11/22/2021    04:07 PM          Page 1 of 1          003C4-0969

**NSNS0023**

Imaging Center for Excellence

*83355*

1207 Hwy 182 West, Suite A
Starkville, MS 39759
Phone: (662) 320-6800

**Mr. LI ZHANG**
MRN: 119700
DOB:  4/24/1963
Sex:  Male

| Ordering Provider: | 386 PHILIP PEARSON | Referring Provider: | 386 PHILIP PEARSON |
|---|---|---|---|

| Study Date | Accession # | | Procedure |
|---|---|---|---|
| 11/11/2021 8:00 AM | 99220 | | MRI LUMBAR SPINE W/O CONTRAST |

Name: Mr. LI ZHANG
MRN: 119700
DOB:  4/24/1963
Gender:  Male

** Report **

Name: Mr. LI ZHANG
MRN: 119700
DOB: 4/24/1963
Gender: Male

***Final Report***

COMPARISON: 10/20/2017

TECHNIQUE:  Noncontrasted lumbar MRI was obtained in the axial, coronal and sagittal plane using T1-weighted and T2-weighted sequences.

FINDINGS:

The vertebral body at the level of the superior mesenteric artery origin is designated as L1 for the interpretation of this exam. There is no paraspinal muscle fatty atrophy.  The vertebral body heights are preserved.  There is good spinal alignment without spondylolisthesis. Further findings are detailed on a level specific basis below:

L1/L2: There is normal disc height and hydration, without a disc bulge or herniation.  No significant central or neuroforaminal stenosis is present.  There is no advanced facet arthrosis.

L2/L3: There is normal disc height and hydration, without a disc bulge or herniation.  No significant central or neuroforaminal stenosis is present.  There is no advanced facet arthrosis. There is a rounded T2 bright lesion seen in the region of the right neural foramen measuring 0.6 x 0.7 cm. This is similar to prior study.

L3/L4: There is mild loss of disc height with posterior disc bulge. There is mild narrowing of the bilateral neural foramina. There is facet joint arthropathy. The central canal is patent.

L4/L5: There is loss of disc height with posterior disc bulge. There is narrowing of the bilateral neural foramina. There is facet joint arthropathy with ligamentum flavum thickening.

Signed By: John Roberts 11/11/2021 9:08 AM

| Mr. LI ZHANG | 99220 | Page 1 of 2 |
|---|---|---|

*SCANNED*

NSNS0024

11/18/2021 THU 12:46 FAX                                         ☑004/010

To: Student Health Fax       Fr  Nikki Frost         11/11/202.  29:43 PM    p. 3 of 3

## Imaging Center for Excellence
1207 Hwy 182 West, Suite A
Starkville, MS 39759
Phone: (662) 320-6800

**Mr, LI ZHANG**
MRN: 119700
DOB: 4/24/1963
Sex: Male

| Ordering Provider: | 386 PHILIP PEARSON | Referring Provider: | 386 PHILIP PEARSON |
|---|---|---|---|

L5/S1: There is mild loss of disc height with posterior disc bulge. This is greater on the left than the right. There is narrowing of the left neural foramen.

The nerve roots of the cauda equina are unremarkable.

IMPRESSION:

1. Bilateral neural foramen narrowing at L4-L5 and left neural foramen narrowing at L5-S1 due to disc bulge and facet joint arthropathy.
2. Small renal cysts seen at the level of the right L2-L3 neural foramen which is similar to prior study.

Electronically signed by: John Roberts on 11/11/2021 9:08 AM

Signed By: John Roberts 11/11/2021 9:08 AM

Mr, LI ZHANG                  99220                      Page 2 of 2

Name: Zhang, LI                    DOB: 04/24/1963                        Date:

**NSNS0025**

11/18/2021 THU 12:47 FAX          ☑005/010



# MISSISSIPPI STATE UNIVERSITY™
## LONGEST STUDENT HEALTH CENTER

PATIENT:            Li Zhang
DATE OF BIRTH:     04/24/1963
DATE:               11/02/2021 04:20 PM
VISIT TYPE:        Office Visit

This 58 year old male presents for back pain.

## History of Present Illness:

1. back pain
   Onset: 2 months ago. Location of pain is middle back and lower back. Pain is radiated to the left calf and left thigh. The patient describes the pain as an ache and shooting.

## Medical/Surgical/Interim History
Reviewed, no change.
Last detailed document date:09/30/2021.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | N | |
| Father | | | | Hypertension | N | |

## Social History:
Reviewed, no changes. Last detailed document date: 09/30/2021.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | RX Elsewhere |
|---|---|---|---|---|---|
| Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | 08/20/2021 | | 08/20/2021 | N |
| lisinopril 20 mg tablet | take 1 tablet by oral route | // | | 09/10/2021 | Y |

Zhang, Li  000000040627 04/24/1963 11/02/2021 04:20 PM 1/3

NSNS0026

11/18/2021 THU 12:47 FAX                                             ☑006/010

| | every day | | | |
|---|---|---|---|---|
| rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | // | | Y |
| tamsulosin 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | 09/14/2021 | | N |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | N | Verified |
| taking as directed | lisinopril 20 mg tablet | take 1 tablet by oral route every day | Y | Verified |
| taking as directed | rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | Y | Verified |
| taking as directed | tamsulosin 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | No Known Allergies | ALLERGY_ID: No Known Allergies,ALLERGY_DESC: No Known Allergies |

Reviewed, no changes.

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 4:08 PM | 5.0 | 7.00 | 170.18 | 09/10/2021 | | Lindsey Jones |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 4:08 PM | 164.60 | | 74.661 | | 25.78 | | Lindsey Jones |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 4:08 PM | 148/87 | sitting | right | | automatic | adult | Lindsey Jones |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 4:08 PM | 97.10 | 36.17 | | 60 | | | Lindsey Jones |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|
| 4:08 PM | 100 | | | | | | | | | Lindsey Jones |

Zhang, Li  000000040627 04/24/1963 11/02/2021 04:20 PM 2/3

NSNS0027

## Pain Scale

| Time | Pain Score | Method | Measured By |
|------|-----------|--------|-------------|
| 4:08 PM | 4/10 | Numeric Pain Intensity Scale | Lindsey Jones |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Musculoskeletal | Comments | SLR and Lesegue's are normal. No tenderness of L spine. left hip extensors and flexors appear to be slightly weaker than the R. Heel and toe walking are normal. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | M54.16_LEFT LUMBAR RADICULITIS (M54.16). |
| | Patient Plan | He wants to avoid surgery and do home therapy again. Will get a new MRI. |

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|-----------|-----------|-----------|-----------|-----------|-------------|-----------|
| 08/20/2021 | Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | N | | | |
| | lisinopril 20 mg tablet | take 1 tablet by oral route every day | N | | | |
| | rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | N | | | |
| 09/14/2021 | tamsulosin 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | N | | | |

*Provider:*
Pearson, Philip 11/02/2021 4:57 PM
*Document generated by:* Philip Pearson 11/02/2021 04:57 PM

Electronically signed by Philip Pearson DO on 11/03/2021 07:43 AM

Zhang, Li 000000040627 04/24/1963 11/02/2021 04:20 PM 3/3

11/18/2021 THU 12:48 FAX                              ☑008/010



# MISSISSIPPI STATE UNIVERSITY™
## LONGEST STUDENT HEALTH CENTER

| | |
|---|---|
| PATIENT: | Li Zhang |
| DATE OF BIRTH: | 04/24/1963 |
| DATE: | 11/17/2021 04:40 PM |
| VISIT TYPE: | Office Visit |

This 58 year old male presents for follow up of back pain.

History of Present Illness:
1. Follow Up of back pain

Medical/Surgical/Interim History
Reviewed, no change.
Last detailed document date:09/30/2021.

Family History:
Reviewed, no changes. Last detailed document date:11/02/2021.

Social History:
Reviewed, no changes. Last detailed document date: 09/30/2021.

Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | 08/20/2021 | | 08/20/2021 | N |
| lisinopril 20 mg tablet | take 1 tablet by oral route every day | // | | 09/10/2021 | Y |
| rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | // | | | Y |
| tamsulosin 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal | 09/14/2021 | | | N |

Zhang, Li   000000040627 04/24/1963 11/17/2021 04:40 PM 1/3

NSNS0029

11/18/2021 THU 12:48 FAX ☑009/010

each day

## Medication Reconciliation
Medications reconciled today.
## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | N | Verified |
| taking as directed | lisinopril 20 mg tablet | take 1 tablet by oral route every day | Y | Verified |
| taking as directed | rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | Y | Verified |
| taking as directed | tamsulosin 0.4 mg capsule | take 1 capsule by oral route every day 1/2 hour following the same meal each day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | No Known Allergies | ALLERGY_ID: No Known Allergies,ALLERGY_DESC: No Known Allergies |

Reviewed, no changes.

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 4:14 PM | 5.0 | 7.00 | 170.18 | 09/10/2021 | 0 | Lindsey Jones |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 4:14 PM | 167.40 | | 75.931 | | 26.22 | | Lindsey Jones |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 4:14 PM | 137/82 | sitting | right | | automatic | adult | Lindsey Jones |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 4:14 PM | 97.10 | 36.17 | | 62 | | | Lindsey Jones |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min Delivery Method | Finger Probe | Measured By |
|---|---|---|---|---|---|---|---|---|---|
| 4:14 PM | 98 | | | | | | | | Lindsey Jones |

### Pain Scale

| Time | Pain Score | Method | Measured By |
|---|---|---|---|
| 4:14 PM | 4/10 | Numeric Pain Intensity Scale | Lindsey Jones |

## Assessment/Plan

Zhang, Li 000000040627 04/24/1963 11/17/2021 04:40 PM 2/3

NSNS0030

11/18/2021 THU 12:48 FAX                                                            ☒010/010

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | M54.16_LEFT LUMBAR RADICULITIS (M54.16), |
| | Patient Plan | He is feeling better today than he did at the last visit but still has radicular pain. He needs evaulation by neurosurgery again and determine whether conservative vs surgical treatment would be best. pep |
| 2. | Assessment | M51.26_HERNIATED LUMBAR DISC WITHOUT MYELOPATHY (M51.26). |
| | Patient Plan | We reviewed the MRI report. He will see Dr. Stringer for evaluation. |
| | Plan Orders | W Lynn Stringer MD -Neurosurgery. |
| 3. | Assessment | Encounter for immunization (Z23). |
| | Plan Orders | Fluzone 2021-2022 Status: Pending. |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 08/20/2021 | Allopurinol 300 MG Tablet | TAKE 1 TABLET(S) DAILY BY MOUTH | N | | | |
| | lisinopril 20 mg tablet | take 1 tablet by oral route every day | N | | | |
| | rosuvastatin 5 mg tablet | take 1 tablet by oral route every evening | N | | | |
| 09/14/2021 | tamsulosin 0.4 mg capsule | take 1 capsule by oral route  every day 1/2 hour following the same meal each day | N | | | |

The patient was checked out at 4:36 PM by Philip Pearson.

*Provider:*
Pearson, Philip  11/17/2021 4:45 PM
*Document generated by:*  Philip Pearson 11/17/2021 04:45 PM

Electronically signed by Philip Pearson DO on 11/17/2021 05:09 PM

Zhang, Li  000000040627 04/24/1963 11/17/2021 04:40 PM 3/3

**NSNS0031**

## PATIENT INFORMATION

**PATIENT:** Li Zhang                    **DOB:** 4/24/63

## INFORMATION REQUESTED

- Stringer ✓

-

-

**E-MAILED**
8/19/25

## ACTIONS TO BE TAKEN

- Send Records to: **li.zhang@ngsim.com**

- Take payment info, if needed:

- Notes:

**EMPLOYEE:** Christian                    **DATE:** 8/19/25

NSNS0032



## Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

**MISSISSIPPI STATE UNIVERSITY**

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

### EMPLOYEE COMPLETES SECTION A

| Employee Name Li Zhang | Family Member's Name (if leave is not for employee) | Relationship to the Employee myself |
|---|---|---|

| MSU ID Number 904138878 | MSU Department Name and Address Civil and Environmental |
|---|---|

| Date(s) leave is requested (give beginning and ending dates) 12/2/21-12/8/21 | Describe the medical situation requiring your absence from work. |
|---|---|

Employee Signature/Date **Li Zhang** Digitally signed by Li Zhang Date: 2021.12.02 08:55:33 -06'00'
12/2/2021

Spin surgey on advise take at least one week from work. may be more days or less days.

### DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B

Dates that that the medical certification is/will be in affect: __12/1/21__

Check One: ☒ Excuse/Release to Work   ☐ Medical Certification

1. **For FMLA Eligibility:** Please check any of the following that pertains to the employee or the employee's family member:

   a. ☐ Incapacity of More Than Three Calender days- this period of incapacity involves:
   - ☐ Treatment two or more times by a health care provider,
   - ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
   - ☐ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

   b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care

   c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility

   d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
   - ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

   e. ☐ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)

   f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)

   g. ☐ None of the above

2. **Amount of Leave Needed:** Please check box(s) that apply to the employee or employee's family member's medical condition.

Check One: ☒ Employee may return to work without restrictions on (date) __11/5/22__

☐ Employee is totally **unable to return to work at this time.** Patient will be evaluated on (date) _____

☐ The Employee **may return to work, but may miss work intermittently.** Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):
   Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work, but may miss work for follow up doctor's appointments** every:
   Frequency: _____ times per ☐ week ☐ month   Duration: _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work with restrictions.**
   ☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____
   ☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work.** Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may:<br>a. Stand/Walk ☐None ☐1-4 Hours ☐4-6 Hours ☐6-8 Hours<br>b. Sit ☐1-3 Hours ☐3-5 Hours ☐5-8 Hours<br>c. Drive ☐None ☐1-3 Hours ☐3-5 Hours ☐5-8 Hours |
| ☐ **Light Work.** Lifting 20 pounds maximum with frequent lifting and/carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive:<br>☐ Fine Manipulation   ☐ Pushing and Pulling<br>☐ Single Grasping |
| ☐ **Medium Work.** Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 3. Patient may use feet for repetitive movement as in operating foot controls.<br>☐Yes ☐No |
| ☐ **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. | 4. Patient is able to:   Frequently   Occasionally   Not At All |
| ☐ **Very Heavy Work.** Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. | a. Bend ☐ ☐ ☐<br>b. Squat ☐ ☐ ☐<br>c. Climb ☐ ☐ ☐ |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____

Signature of Doctor/Health Care Provider _____ Date 1/4/22

Dr. William Stone 3470 Howood Dr Howood MS 39232

Printed Name and Address of Doctor/Health Care Provider Above   Phone Number

601-934-0400

**Reset Form**

Rev 9/2013

**NSNS0033**



**·DIVISION OF**
**SURGERY**

NEWSOUTH NEUROSPINE
**WORK/SCHOOL EXCUSE**

Eric Amundson, M.D.
Philip Azordegan, M.D.
John D. Davis, IV, M.D.
Jack Moriarity, M.D.
W. Lynn Stringer, M.D.
M. VanLandingham, M.D.
Kelsey A. Walsh, M.D.
E. Greg Wood III, M.D.

*Li Zhang* _____ was seen in my office _1/4/2022_ .
 (Patient)                                                                        (Date)

( )  Please excuse from work/school _____ .

( )  Please excuse from work/school until next clinic appointment scheduled on _____ .
                                                                                                                              (Date)

( )  Studies scheduled on _____ .
                                                      (Date).

( )  Hospital admissions scheduled on _____ .
                                                                        (Date)

( )  He/She is released to work/school with **no restrictions** on _____ .
                                                                                                      (Date)

Maximum medical improvement has been reached ____yes ____no.

Permanent partial disability rating _____ .

( )  He/She is released to work/school with restrictions on _____ .
                                                                                                      (Date)

Restrictions: *OK to travel / fly effective 1/5/2022*

_____

_____

*[signature] M.D.*
_____

2470 Flowood Drive • Flowood, MS 39232 • 601-936-0400 • Fax 601-932-4845

**NSNS0034**



DIVISION OF
**SURGERY**

NEWSOUTH NEUROSPINE
**WORK/SCHOOL EXCUSE**

Eric Amundson, M.D.
Philip Azordegan, M.D.
John D. Davis, IV, M.D.
Jack Moriarity, M.D.
W. Lynn Stringer, M.D.
M. VanLandingham, M.D.
Kelsey A. Walsh, M.D.
E. Greg Wood III, M.D.

Li Zhang _____ was seen in my office 11/22/2021 .
(Patient)                                          (Date)

(✗) Please excuse from work/school  11/22/2021 _____ .

( ) Please excuse from work/school until next clinic appointment scheduled on _____ .
                                                                        (Date)

( ) Studies scheduled on _____ .
                          (Date)

( ) Hospital admissions scheduled on _____ .
                                      (Date)

( ) He/She is released to work/school with **no restrictions** on _____ .
                                                                  (Date)

Maximum medical improvement has been reached ____ yes ____ no.
Permanent partial disability rating _____ .

( ) He/She is released to work/school with restrictions on _____ .
                                                             (Date)

Restrictions: _____

_____

_____

_____ M.D.

**NSNS0035**



**MISSISSIPPI STATE**
UNIVERSITY

## Medical Certification for Major Medical Leave or Family and Medical Leave, Medical Leave of Absence, Excuse/Release to Work

An employee must complete the Medical Certification Form and attach it to the Application for Leave when an absence due to illness of the employee or family member and is 32 hours or greater and/or an employee requests Family and Medical Leave or a Medical Leave of Absence. A doctor or health care provider must complete and sign Section B. Please refer to HRM Policies on the web at http://www.hrm.msstate.edu/ (definitions are included). An employee must complete Section A and a doctor or health care provider must complete and sign Section B when the absence is due to injury or illness. Note: Some health care providers may charge to complete this form.

### EMPLOYEE COMPLETES SECTION A

| Employee Name<br>Li Zhang | Family Member's Name (if leave is not for employee) | Relationship to the Employee<br>myself |
|---|---|---|

| MSU ID Number<br>904138878 | MSU Department Name and Address<br>Civil and Environmental |
|---|---|

| Date(s) leave is requested (give beginning and ending dates)<br>12/2/21-12/8/21 | Describe the medical situation requiring your absence from work. |
|---|---|
| Employee Signature/Date Li Zhang<br>12/2/2021    Digitally signed by Li Zhang<br>Date: 2021.12.02 08:55:33 -06'00' | Spin surgey on advise take at least one week from work. may be more days or less days. |

### DOCTOR/HEALTH CARE PROVIDER COMPLETES SECTION B

Dates that that the medical certification is/will be in affect: 12/1/21 – will determine at follow up on 1/17/22

**Check One:** ☐ Excuse/Release to Work    ☑ Medical Certification

**1. For FMLA Eligibility:** Please check any of the following that pertains to the employee or the employee's family member:

a. ☑ Incapacity of More Than Three Calender days- this period of incapacity involves:
- ☐ Treatment two or more times by a health care provider,
- ☐ Treatment by a health care provider on a least one occasion with prescribed medication; and/or
- ☑ Treatment by a health care provider on a least one occasion with results in a regimen of continuing treatment (including prescriptions)

b. ☐ Pregnancy- Any period of incapacity due to pregnancy or for prenatal care

c. ☐ Hospital Care- Inpatient (i.e an overnight stay) in a hospital, hospice, or residential medical care facility

d. ☐ Intermittent Incapacity / Chronic Conditions Requiring at Least Two Treatments Per Year
- ☐ May cause episodic rather than continuing periods of incapacity (i.e migraine headaches or diabetes)

e. ☐ Permanent / Long term Conditions Requiring at Supervision (i.e. Alzheimer's, severe stroke, terminal illness)

f. ☐ Multiple Treatments / Non Chronic Conditions (i.e physical therapy for severe arthritis)

g. ☐ None of the above

**2. Amount of Leave Needed:** Please check box(s) that apply to the employee or employee's family member's medical condition.

**Check One:** ☐ Employee **may return to work without restrictions** on (date) _____

☑ Employee is totally **unable to return to work at this time.** Patient will be evaluated on (date) 1/17/22

☐ The Employee **may return to work, but may miss work intermittently.** Estimate the frequency of flare-ups and the duration of related incapacity the patient may have (e.g 1 episode/appointment every 3 months lasting 1-2 days):

   **Frequency:** _____ times per ☐ week ☐ month **Duration:** _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work, but may miss work for follow up doctor's appointments** every: _____

   **Frequency:** _____ times per ☐ week ☐ month **Duration:** _____ ☐ hour(s) or ☐ day(s) per episode.

☐ Employee **may return to work with restrictions.**
   ☐ A part time or reduced work schedule is needed at _____ hours per day, _____ days per week from _____ to _____
   ☐ The following restrictions are recommended:

| DEGREE | LIMITATIONS |
|---|---|
| ☐ **Sedentary Work.** Lifting 10 pounds maximum and occasionally and/or carrying such articles as ledgers and small tools. Although sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met. | 1. In an 8-hour work day, patient may:<br>   a. Stand/Walk<br>     ☐ None ☐ 1-4 Hours ☐ 4-6 Hours ☐ 6-8 Hours<br>   b. Sit<br>     ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours<br>   c. Drive<br>     ☐ None ☐ 1-3 Hours ☐ 3-5 Hours ☐ 5-8 Hours |
| ☐ **Light Work.** Lifting 20 pounds maximum with frequent lifting and/carrying of objects weighing up to 10 pounds. Even though the weight lifted may be only a negligible amount, a job is in this category when requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm leg controls. | 2. Patient may use hands for repetitive:<br>   ☐ Fine Manipulation    ☐ Pushing and Pulling<br>   ☐ Single Grasping<br>3. Patient may use feet for repetitive movement as in operating foot controls.<br>   ☐ Yes    ☐ No |
| ☐ **Medium Work.** Lifting 50 pounds maximum with frequent lifting carrying of objects weighing up to 25 pounds. | 4. Patient is able to:    Frequently    Occasionally    Not At All |
| ☐ **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/ carrying of objects weighing up to 50 pounds. |    a. Bend    ☐    ☐    ☐<br>   b. Squat    ☐    ☐    ☐ |
| ☐ **Very Heavy Work.** Lifting objects in excess of 100 pounds with lifting and/or carrying of objects weighing 50 pounds or more. |    c. Climb    ☐    ☐    ☐ |

These restrictions are in effect until (date) _____ or until the patient is reevaluated on (date) _____

_Signature of Doctor/Health Care Provider_    M.D.    _Date_ 12/3/21

Dr. w Johnstone, 2470 Flowood Dr Flowood MS 39232
_Printed Name and Address of Doctor/Health Care Provider Above_    _Phone Number_

[Reset Form]

Rev 9/2013

**NSNS0036**

**Rhonda Wakefield**

| | |
|---|---|
| **From:** | Zhang, Li <lzhang@cee.msstate.edu> |
| **Sent:** | Thursday, December 02, 2021 9:07 AM |
| **To:** | Rhonda Wakefield |
| **Subject:** | RE: Leave form |

I also authorize Dr. Stringer and his nurse, administrative staff to release the forms and Dr.'s note to MSU.

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

**From:** Zhang, Li
**Sent:** Thursday, December 2, 2021 9:00 AM
**To:** rwakefield@ns2.md
**Subject:** Leave form

Dear Wanda and Amy,
Please find the attachment form. It will be wonderful if you can email me back so I can submit online.
Would you also send me the excuse letter for one day last week when I saw Dr. Stinger?
<< File: MedicalCertification20211202Li Zhang.pdf >>

Thank you very much and looking forward to get your back.

Li << OLE Object: Picture (Device Independent Bitmap) >>

<< OLE Object: Picture (Device Independent Bitmap) >>

1

**NSNS0037**



**NewSouth NeuroSpine**

ERIC AMUNDSON, MD
PHILIP AZORDEGAN, MD
JOHN D. DAVIS, IV, MD
JACK MORIARITY, MD
JOHN NEILL, MD
W. LYNN STRINGER, MD
E. GREG WOOD, III, MD

# Lumbar Spine Surgery

L5-S1 Left

## *The Procedure*

Lumbar spine surgery is typically performed to relieve pain, numbness and weakness in the legs and hips and sometimes in the lower-back region. I understand that my surgeon will perform the following type of surgery:

### *[Check all that apply]*

☒ **Decompressive Lumbar Laminectomy**—This procedure is performed to relieve the symptoms associated with *spinal stenosis*, a condition that is a by-product of aging and may be marked by degenerated discs, and/or herniated discs, and thickened ligaments and the overgrowth of bone in the lumbar spine. During surgery, the overgrown bone and thickened ligaments that are causing pressure on the spine and nerve roots are removed through an incision in the lower back.

☐ **Excision of the Lumbar Disc**—This procedure is intended to relieve pressure on the nerve roots that result from a disc rupture (herniation). During the procedure, the surgeon removes extruded fragments of the disc through an incision in the lower back. The disc is a rubbery mass of tissue that acts as a natural shock absorber between the bones of the spine.

☐ **Posterior Fusion with or without instrumentation**—This procedure is performed to stabilize the spine by fusing adjacent vertebral bodies and is performed through an incision in the back.

☐ **Anterior Spinal Fusion with or without instrumentation**— This procedure is performed to stabilize the spine by fusing adjacent vertebral bodies and is performed through an incision in the abdomen.

I am aware and accept that there are no guarantees about the results of the procedure have been made. I also recognize that unforeseen conditions may require my surgeon and his/her associates and assistants to use a different procedure than the one described above.

I understand that most individuals who undergo this form of surgery have a generally good probability of success. However, I also recognize that my doctor cannot guarantee the success of my specific surgery.

*Page 1 of 5*
Patient's Initials
_____ Date

**NSNS0038**

## *Alternatives*

I have considered the non-surgical alternatives to lumbar spine surgery, which include:
- not having the procedure;
- using medication for relief of pain or muscle spasms;
- using lower back traction therapy;
- performing exercises to strengthen the lower-back muscles; and/or undergoing physical therapy;
- steroid injections.

I recognize that some of the listed alternative treatments may be of limited or no benefit to me due to my specific condition. The benefits and disadvantages of these alternative methods have been explained to me.

I recognize that choosing not to have the surgery may have consequences to my health and could result in persistent or increased pain, dysfunction or disability.

## *Risks of Lumbar Spine Surgery*

I agree that the decision to have this procedure includes weighing the risks of surgery as well as the benefits. I understand and accept that possible risks and complications may include but are not limited to the following:

- **Adverse reaction to anesthesia**—Both local and general anesthesia involve risk. There is a possibility of complications, injury, or death from all forms of anesthesia and sedation.
- **Bleeding**—It's possible, though unusual, to experience an episode of bleeding, which may be extensive, during or after surgery. Bleeding may require transfusion or additional treatment including re-operation. Certain medications, such as anti-inflammatory drugs, may increase the risk of bleeding. Injury to the veins or arteries in the abdomen or back may occur during the procedure causing severe blood loss, stroke, cardiac arrest or death.
- **Blood clot development**—Blood clots may occur with *any* type of surgery. Clots can block blood flow or pinch nerves or other vital tissues and cause complications, including pain, swelling, inflammation, tissue damage, infection, weakness, paralysis, or loss of bowel, bladder or sexual function.
- **Cardiac complications**—There is a small chance that having the anesthesia could cause an irregular heartbeat or a heart attack.
- **Death**—Although the risk is remote, death may occur during or soon after *any* surgical procedure.
- **Failure of the procedure**—There is a chance that undergoing lumbar spine surgery will not alleviate pain, numbness, weakness or other symptoms.
- **Increased pain**—It's possible, though unlikely, that pain or other symptoms will increase in severity following the procedure.
- **Infection**—Infection may occur in the wound, either near the surface or deep within the tissues, and may include the spine. Treatment for disc, bone or other deep seeded infections may require extensive and prolonged treatment with intravenous antibiotics and possible re-operation.

*Page 2 of 5*
Patient's Initials
_____ / _____ / _____ Date

**NSNS0039**

- **Instability**—Although unlikely, instability of the spine may result after a total laminectomy resulting in the need for further surgery including spinal fusion with instrumentation.
- **Nerve root injury**—Injury to the nerve roots may result in pain, weakness in the limbs, paralysis in the lower extremities, loss of bowel, bladder or sexual function, or loss of sensation in the affected areas.
- **Recurrence**—There is a chance that pain, numbness, weakness or other symptoms in the lower-back region will recur and require additional surgery.
- **Respiratory difficulties**—Breathing difficulties, which are usually temporary, or post-operative pneumonia, may occur as a result of surgery. Pulmonary embolus (blockage of an artery in the lungs) could occur from blood clotting in the veins.
- **Spinal fluid leakage or dural tear**—There is a possibility that spinal fluid may leak through the surgical site and require drainage or additional surgery or that the dura mater covering of the spinal cord may become torn during the procedure and require a surgical procedure for closure.

## *Important Points*

**Allergies/Medications**—I have informed the doctor of all my known allergies. I have also informed my doctor of all the medications I am currently taking, including prescription drugs, over-the-counter medications, herbal/homeopathic therapies, nutritional supplements, illicit drugs and alcohol. I understand the advice I have been given about using any or all of these medications and drugs on the days before and after the procedure.

**Smoking**—It has been explained to me that if I smoke in the days before or after my surgery, I may be impeding my own recovery. I understand that if I smoke, I will have a greater risk of impaired wound healing, poor fusion, lung or breathing problems and other complications and that the outcome of my surgery may be adversely affected.

**Overweight**—It has been explained to me that being overweight might impede my own recovery. I understand that if I am or become overweight, I will have a greater risk of impaired wound healing and other complications and that the outcome of my surgery may be adversely affected.

**Unique Risks or Issues Associated with My Condition**—My doctor has reviewed the following risks or other issues unique to my specific condition:

None

_____

_____

_____

_____

*Page 3 of 5*
'Patient's Initials
_____ Date

**NSNS0040**

*Reaffirmation of Consent*

_Li Zhang_

Name of Patient

I authorize and direct _Wynn Smith_ MD, and his/her associates and assistants, to perform **lumbar spine surgery**. I understand that this procedure is intended to relieve pain, numbness and/or weakness that may be associated with spinal stenosis or a ruptured (herniated) disc in the lower spine.

I affirm that my surgeon has explained all of the information above, that I understand this information and that all of my questions regarding this procedure have been answered. I certify that I understand this treatment agreement and that I am satisfied with the explanation I have received.

I therefore consent to the lumbar spine surgery and to whatever different or additional operations or procedures my surgeon deems necessary or advisable during the course of the procedure.

**Disposal of Tissue**—Any tissue not required for medical diagnosis to treat my condition may be used for medical research, provided that the ethical guidelines for the Protection of Human Subjects (Code of Federal Regulations, Title 45, Part 46), is adhered to, and that the ethics committee (Institutional Review Board) for this research has reviewed and approved the research study. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize that I may decline to participate in such medical research and that refusal will not affect my medical care in any way. I consent to the disposal of any tissue, medical devices or body parts that may be removed during the procedure.

**Medical Research**—I consent to the review of clinical information from my medical record for medical study, medical research and the advancement of physician education, provided that patient confidentiality guidelines in place in my institution (Institutional Review Board) are adhered to. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize that I may decline to participate in such medical research and that refusal will not affect my medical care in any way.

**Photography/Observers**—I give my consent to the photographing or videotaping of the procedure to be performed, including appropriate portions of my body for scientific, medical or educational purposes, provided that the pictures do not reveal my identity. Also, in the interest of advancing medical education, I agree to allow qualified observers into the operating room during the procedure.

**Release of Social Security Number**—I authorize the release of my Social Security number to appropriate agencies for legal reporting and medical-device registration.

**All blanks on this form were filled in prior to my signature. I have read and understand the content of this form and have received a copy.**

_LI ZHANG_

Print Name of Patient or Legal Representative

_11/22/20__

Date

Signature of Patient or Legal Representative

*Page 4 of 5*

X _____ Patient's Initials

_11 / 22 / 2__ Date

**NSNS0041**

Print Name of Other Family Members Present      Date      Signature of Other Family Member

Print Name of Other Family Members Present      Date      Signature of Other Family Member

_W Lynn Stringer_

Print Name of Physician      Date 11/22/21      Physician Signature

_Amy Sawell_

Print Name of Witness      Date 11/22/21      Witness Signature

*Page 5 of 5*
_____ Patient's Initials
_____/_____/_____ Date

**NSNS0042**

# ADVANCED SURGICAL CARE



*PO*

## This Form Must Be Completed to Schedule a Procedure

Date Procedure Booked: 11/29/21    Date of Procedure: 12/1/21    Time requested: 2

Patient name: Li Zhang      DOB: 4/24/63

☒ Male ☒ Female

Address: _____

Home Phone: _____ Cell Phone: _____ Work Phone: _____

Emergency Contact: Name & Phone: _____

Soo Sec # (last 4 digits): ____ ____ ____ ____ PCP: _____

Primary Language: _____

Pre-admission Testing Date Requested: _____

Insurance Primary: Name, Policy # & Phone # (Please attach copy of card, front and back)

     Insured Name: _____      Precert # _____

     DOB _____

     Insured Employer _____

     Information: _____

Insurance Secondary: Name, Policy # & Phone # (Please attach copy of card, front and back)

     Insured Name: _____      Precert # _____

     DOB _____

     Insured Employer _____

     Information: _____

Primary Surgeon Stringer      Length of Procedure: 1 1/2 hrs

Diagnosis: Stenosis L5-S1, Left

Procedure: Microtubular Decompression L5-S1, Left

CPT Code(s) 63047 63975P / ____

Anesthesia: ☒ Gen ☐ MAC ☐ Spinal ☐ Epidural ☐ Moderate Sedation ☐ Local

☐ Latex Allergy ☐ ICD ☐ Pacer

Equipment Needs: _____

Vendor Needs: _____

Special Instructions: _____

Communication Needs: _____

Legend: ICD – Implantable cardioverter-defibrillator, CPT – current procedural terminology

Physician Signature W Lynn Stringer M.D.      Date/Time 11/29/21 1605

ASC Pre-Procedure Scheduling Form
ASC-3601HMS      11/17      Page 1 of 1

Patient Label

NSNS0043

**(NS)² NewSouth NeuroSpine, LLC**
**HIPAA Authorization Form**

Pt # _____

## HIPAA Authorization for Release of Information

NewSouth NeuroSpine, LLC          2470 Flowood Drive          Flowood, MS 39232

### Section A: Name and Locations

I hereby authorize the disclosure of my individually identifiable health information by all medical sources.
I understand that this authorization is voluntary.

Patient Name: _____ Li Zheng _____

Date of Birth: _____ 04/24/63 _____     Social Security Number: _____ 226 711 566 _____

Please send the information to:     NewSouth NeuroSpine
2470 Flowood Drive
Flowood, MS 39232

Fax: _____

Phone: _____

### Section B: Must be completed for all authorizations

1.  Please send the:     □ Entire medical record     □ Last 3 years     □ Last 5 years

2.  Other limitations (please specify if any): _____

3.  Purpose of disclosing the information:     Continuation of Care _____

### Section C: Patient Rights and Signature

I understand that my records may contain information regarding the diagnosis or treatment of all my medical conditions in the possession of the practice indicated above and may include confidential information such as diagnosis or treatment of conditions such as HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, or psychological conditions. I give my specific authorization for these records to be released. I understand that I do not have to sign this authorization in order to obtain health care benefits (treatment, payment, or enrollment). I may revoke this authorization at any time by writing to the medical practice at the address indicated above. I understand that once the health information that I have authorized to be disclosed reaches the indicated recipient that other persons or organizations may re-disclose it, at which time it may no longer be protected under Privacy Laws. A photocopy of this authorization is to be considered as valid as the signed original document. I understand that I must provide documents to provie authority to sign on behalf of someone other than myself and may be required to provide proof of identity at the time of signature.

_____          | 11 | 22 | 2021 |
Patient Signature/Patient Representative Signature                   Date
(Form MUST be completed BEFORE signing)

THIS AUTHORIZATION IS VALID FOR FIVE (5) YEARS UNLESS ANOTHER DURATION IS SPECIFIED UNDER SECTION B (2).

Patient Representative Name (Please PRINT): _____

Relationship to the Patient: _____

NSNS0044

# (NS)² NewSouth NeuroSpine, LLC

Pt # _____

## Statement of Patient Rights Receipt

I acknowledge that I was provided with NewSouth NeuroSpine's Statement of Patient Rights.

Patient Name (Please PRINT): __Li Zhang__     Patient Date of Birth: __04/24/63__

Patient Signature: _____

## Notice of Privacy Practices Receipt

I acknowledge that I was provided with NewSouth NeuroSpine's Notice of Privacy Practices.

Patient Signature: _____

## Permission For Verbal Communications

I permit NewSouth NeuroSpine, their physicians, nurses, and other personnel to discuss health information in person or by telephone, with the following family members or friends involved in my medical care.

Complete the information below to grant permission for verbal communication to these family and/or friends.

| Name | Relationship | Phone Number | Appointment Dates and Times Only | Treatments, Test Results, Medical Conditions, Clinical Information Only | | Financial or Insurance Information Only | No Limitations |
|------|-------------|-------------|------|------|------|------|------|
| | | | ☐ | ☐ | *With Limitations ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | *With Limitations ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | *With Limitations ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | *With Limitations ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | *With Limitations ☐ | ☐ | ☐ |

*If With Limitations is selected, please specify the limitations below:

_____

_____

_____

Release of information under this document is limited to verbal discussions with my Healthcare Providers. This document does not permit release of any written health information to the individuals named above.

This authorization is limited to the following timeframe: _____ to _____
                                                          From Date              End Date

If no dates are indicated, this form will remain in effect for an unlimited time.

If at any time I do not want verbal discussions to be permitted between NewSouth NeuroSpine and any of the individuals named above, I must notify NewSouth NeuroSpine by contacting the Medical Records Department.

Patient Signature: _____     Date: __04/24/63__

NSNS0045



**(NS)² NewSouth NeuroSpine, LLC**
**Practice Policies**

### Please read the following Practice Policies and sign below.

I understand that charges not covered by my insurance company, as well as applicable co-payments, deductibles, and other co-insurance, are my responsibility. I understand that if there are any items on this policy release that I do not understand that I can ask to meet with the office manager for clarification prior to signing this form.

I authorize my insurance benefits to be paid directly to NewSouth NeuroSpine, LLC (NS2). By signing below I confirm that the information I have provided is accurate, complete, and true; that I am either the patient or I am duly authorized to act as an agent of the patient. I understand that I am financially responsible for all charges whether or not they are paid by any insurance plan I participate in. I agree to be personally responsible for the payment of all charges for services rendered to me (or if I am the guarantor of payment, the services rendered on behalf of the individual for whom I have assumed financial responsibility). I understand that while others may also be responsible for paying these charges by virtue of an express or implied agreement, or otherwise, I am responsible for paying for all charges. I understand that payment of all co-insurance, co-pays, and deductibles is preferred at the time services are rendered. I understand that payment can be made by Visa, Mastercard, American Express, Money Order, Check or Cash. I understand that if I fail to pay for my charges and NS2 refers my account to an outside attorney or collection agency, I am also responsible for all collection fees that an outside attorney or collection agency may charge. I understand that I am personally obligated to pay my account in full in accordance with the regular rates and terms of the office policies and to pay all additional court costs and legal fees that may be incurred or caused by not paying this account in full or in a timely fashion.

These Terms and Conditions of Healthcare shall be governed by, and construed and enforced in accordance with, the internal substantive laws of the State of Mississippi, without respect to its conflict of laws principles. By signing below, you irrevocably submit to the jurisdiction of any state court in Rankin County, Mississippi, or any courts of the United States of America located in Rankin County, Mississippi, and agree that all suits, actions, and proceedings brought by you involving NewSouth NeuroSpine, LLC, or its physicians, affiliates, subsidiaries, employees, agents, suppliers, contractors, officers, and directors shall be brought only in such courts in Rankin County, Mississippi. You irrevocably waive, to the fullest extent permitted by law, any objection which you may now or hereafter have to the laying of the venue of any such suit, action, or proceeding brought in any such court, any claim that any such suit, action proceeding brought in such a court has been brought in an incovenient forum and the right to object, with respect to any such suit, action, or proceeding brought in any such court, that such court does not have jurisdiction over you. If any provision of this agreement is held to be illegal, invalid, or unenforceable under present or future laws, the legality, validity, or enforceability of the remaining provisions of the Terms and Conditions shall not be affected thereby, and in lieu of such illegal, invalid, or unenforceable provision, there shall be added automatically as part of these Terms and Conditions a provision as similar in terms to such illegal, invalid, or unenforeable provision as may be legal, valid, and enforceable.

| | |
|---|---|
| _____ | 01 \| 22 \| 202/ |
| Patient Signature/Patient Representative Signature | Date |
| _____ | \|_____\| |
| Witness Signature | Date |

**For Representative of the Patient (if applicable)**

If signed by a representative on behalf of the patient, please complete the following:

Patient Representative Name (Please PRINT): _____

Relationship to the Patient (Parent, Guardian, etc.): _____

Patient Representative Signature: _____

**NSNS0046**