**From:** Shaw, David [david.shaw@msstate.edu]
**Sent:** Monday, November 29, 2021 11:55 AM
**To:** Keith, Jason [keith@bagley.msstate.edu]; Corey, Leslie [lcorey@hrm.msstate.edu]
**CC:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

There's a long history of issues here, and we need to aggressively do everything we can to rectify this situation. He's been repeatedly working the system to his advantage. Leslie, I'd like for you to work with Jason and Isaac to develop an action plan to stop this behavior.

David

David R. Shaw
Provost and Executive Vice President
Mississippi State University
3500 Lee Hall
262 Lee Blvd.
Mississippi State, MS 39762
662-325-3742
david.shaw@msstate.edu

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:52 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Leslie - I honestly don't know if he will do that. we will do our due diligence and inform him it is missing. However, this is really putting the students and the faculty in a bad situation that could be avoided by better communication and organization from this faculty member. We can certainly note the need to improve with respect to these issues in the annual review.

David do you have any advice from an academic affairs standpoint? This is really pushing the limits and going past those allowed within AOP 13.03 in my opinion.

Although the surgery may be outside of his control, he does have control over preparing an exam and giving us information per our requests to provide equivalent instruction.

Regards,
Jason

Jason M. Keith

EXHIBIT
**58**

MSU005968

Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Corey, Leslie
**Sent:** Monday, November 29, 2021 10:16 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

He needs to submit the leave request prior to being out for surgery. If has performance issues, we need to discuss a performance improvement plan.

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:11 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Thanks Leslie – defer might be a better word to use, but what are the rules when he has to submit it? Can he submit after the surgery? What can we do about the plan for the course? It 'feels' like he's trying to walk away from it and stick it to his department head.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Corey, Leslie
**Sent:** Monday, November 29, 2021 10:09 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Shaw, David <david.shaw@msstate.edu>
**Cc:** Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** RE: URGENT!!!!! FW: Spin surgery on December 1

Dr. Keith,

Unfortunately, we cannot deny medical leave for an employee. Please let me know if you need further assistance.

MSU005969

Thank you,
Leslie

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Monday, November 29, 2021 10:05 AM
**To:** Shaw, David <david.shaw@msstate.edu>; Corey, Leslie <lcorey@hrm.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** URGENT!!!!! FW: Spin surgery on December 1

Good morning! I need some guidance on a situation in CEE.

On Tuesday 11/23 Li Zhang contacted us in regards to an upcoming surgery. See attached email. There are two issues here:

1. Isaac, Kari, Robert, and I discussed the situation and how to react to it to minimize impact to the students. The thread below shows the discussion with Li about this. As of now, there is no plan in place. We have no final exam, and no solution key. Thus, our hands are tied on what we can do to plan.
2. Perhaps more importantly, at this point there still is no medical leave forms submitted from Li.

This is not an isolated incident. Li is habitually unorganized, slow to respond, and quick to blame his department when something happens that he does not like.

<u>I would like to see if we can deny his request for surgery and ask him to administer the final and submit grades.</u> I don't see any other possibility, but I wanted everyone's input before moving forward.

Regards,
Jason

Jason M. Keith
Dean and Professor
Earnest W. and Mary Ann Deavenport, Jr. Chair
Bagley College of Engineering
Mississippi State University

---

**From:** Howard, Isaac
**Sent:** Friday, November 26, 2021 6:53 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** RE: Spin surgery on December 1

Dr. Zhang, we are waiting for more of a plan than you have listed. It is very important that proper grades be submitted by December 13 without excessive burden on anyone.
Regards,
Isaac

**MSU005970**

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Wednesday, November 24, 2021 3:23 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** Re: Spin surgery on December 1

Dr. Howard

Thanks for your instructions

I will make sure I send you a link about finals and grading plan before my surgery starts

Get Outlook for iOS

---

**From:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 4:12:04 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Cc:** Keith, Jason <keith@bagley.msstate.edu>; Reeves, Kari <kari@bagley.msstate.edu>; Green, Robert <green@bagley.msstate.edu>; Kilpatrick, Merri <kilpatrick@cee.msstate.edu>
**Subject:** FW: Spin surgery on December 1

Dr. Zhang,

I was not aware you had a surgery scheduled for December 01 – you had indicated you had some medical appointments.  I checked with Merri and she wasn't aware either.   All the best with your surgery.

- Please have all of your exams prepared ahead of your surgery along with grading keys so that someone can grade them if necessary.
- A recommendation is to make the final exam optional and/or replace the lowest test grade to reduce grading time. Another recommendation is multiple choice exams.
- Regardless of the method chosen, grades are due December 13 – extensions are not an option.  There are going to be some students who are degree candidates.
- If grades are not submitted by 12/13, eforms are needed to change all of the missing grades.
- **A plan is needed to enter proper final grades for each student in all classes. What resources are you asking for to get your grades submitted on time? Please provide a specific list – e.g. if you need a grader, do you have someone in mind.**

Regards,
Isaac

---

**From:** Zhang, Li <lzhang@cee.msstate.edu>
**Sent:** Tuesday, November 23, 2021 12:35 AM
**To:** Keith, Jason <keith@bagley.msstate.edu>; Howard, Isaac <ilhoward@cee.msstate.edu>
**Subject:** Spin surgery on December 1

**MSU005971**

Dr. Keith and Dr. Howard,

Thanks Dr. Keith's nice word.
My surgery will be on December 1. Here are a few things I can do by following your instruction that I will need to take care of classes, ill or well.

1. I will record the class for December 1.
2. I will try to have final questions ready.

By looking at the attached instruction, looks like I may not be able to proctor December 3 and December 6's finals. It might affect my grading all homework, projects, final for 4133 and grading final for 3113. There are a few days for me to know for sure after the surgery

I know you have given me instructions, ill or well, I should complete the semester. If you think this is the same case, please reaffirm that. You don't need to consider the options below.

If you think I can have options to, that should be really helpful to avoid the complications after the surgery

1. Extend my final grade submission time
2. Add resources to help me grading so the grade can submit on time
3. Approve undergraduate grader to help me grade final
4. Or any other things you think the department and the college could help.

Thank you for your consideration!

Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

MSU005972