Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Professor
Richard A. Rula School of Civil and Environmental Engineering
Mississippi State University
250 Hardy Road, 2041 Rula Hall (within 2040 Suite)
Box 9546
Mississippi State, MS 39762
Tel.: 662-325-9838
Fax: 662-325-7189
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 10:27 PM
**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

I hope all goes well with your medical appointments next week!

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University


On Nov 19, 2021, at 10:20 PM, Zhang, Li <lzhang@cee.msstate.edu> wrote:


Dr. Howard, Dr. Keith and Dr. Ermagun,

Thank you very much! I will send Dr. Ermagun the test and solutions soon!


Li Zhang, Ph.D., P.E., F. ASCE. F. ITE
Associate Professor
Box 9546
220 Walker Engineering Building
Department of Civil and Environmental Engineering
Mississippi State, MS 39762
Email: lzhang@cee.msstate.edu
https://www.cee.msstate.edu/people/faculty/li-zhang/

EXHIBIT
**59**

2

Tel.: 662-325-9838
Fax: 662-325-7189

---

**From:** Keith, Jason <keith@bagley.msstate.edu>
**Sent:** Friday, November 19, 2021 5:07 PM
**To:** Howard, Isaac <ilhoward@cee.msstate.edu>
**Cc:** Ermagun, Alireza <AErmagun@CEE.MsState.Edu>; Zhang, Li <lzhang@cee.msstate.edu>; Keith, Jason <keith@bagley.msstate.edu>
**Subject:** Re: Proctoring Transportation Exam on November 22

Thanks Alireza - I appreciate it !

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

On Nov 19, 2021, at 4:43 PM, Howard, Isaac <ilhoward@cee.msstate.edu> wrote:

Dr. Ermagun,

Thanks for agreeing to proctor Dr. Zhang's exam on Monday so he can tend to other matters. I will leave getting the exam and other specifics to the two of you.

Regards,
Isaac

**Isaac L. Howard, PhD, PE**

Professor | Materials & Construction Industries Chair
Interim Director of Richard A. Rula School of
Civil & Environmental Engineering | Mississippi State University
250 Hardy Road-3071 Rula Hall | Mississippi State, MS 39762-9546
Office: 662-325-7193 | Cell: 662-722-0247
http://www.cee.msstate.edu/cmrc/