**From:** Keith, Jason [keith@bagley.msstate.edu]
**Sent:** Wednesday, December 8, 2021 3:29 PM
**To:** Reeves, Kari [kari@bagley.msstate.edu]; Green, Robert [green@bagley.msstate.edu]; Howard, Isaac [ilhoward@cee.msstate.edu]
**Subject:** Fwd: PC5950x.pdf
**Attachments:** 24479_469279_conv_details.pdf; 24479_ order_details.pdf

Maybe "Zi" is the one who can't speak English

Regards,
Jason

Jason M. Keith
Dean and Professor
Bagley College of Engineering
Mississippi State University

Begin forwarded message:

> **From:** "Lane, Michael" <lane@bagley.msstate.edu>
> **Date:** December 8, 2021 at 1:32:40 PM CST
> **To:** "Keith, Jason" <keith@bagley.msstate.edu>
> **Subject: Re: PC5950x.pdf**
>
> The file "24479_order_details.pdf" is the log of the whole purchase. You will notice that the first few entries are truncated due to the length of the emails they contain. I've included the contents from the third conversation of the ticket. It contains one of the previous conversations, but does leave out an email response from Chris saying the PC had to be ordered on a PO since the company charges convenience fees on credit cards.
>
> Merri's response is in "24479_469279_conv_details.pdf".
>
> Please let me know if you need additional information.
>
> Michael
>
> ```
> --
> Michael Lane
> Systems Admin
> Bagley College of Engineering
> 250 McCain Hall
> 479-2 Hardy Rd., P.O. Box 9544
> Mississippi State University, MS 39762
> Phone: 662-325-9236
> Fax: 662-325-8573
> ```

EXHIBIT
60

MSU006144