**Tuesday, October 17, 2023 at 13:58:46 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Fw: RE: Professor Li Zhang |
| **Date:** | Wednesday, April 20, 2022 at 12:30:55 PM Central Daylight Time |
| **From:** | MollerLaw |
| **To:** | Grafton Bragg |
| **Attachments:** | ███████████ |

███████████████████████

------- Original Message -------
On Tuesday, February 8th, 2022 at 11:54 AM, Lucas, Joan <JLucas@legal.msstate.edu> wrote:

Hi Walker. Thank you for your email. If you will give me a few days, I will gather some information and reach back out.

Joan

### Joan L. Lucas

*General Counsel*

Mississippi State University

662.325.8131 | YMCA Building Suite 3150 | Mailstop 9717

PO Box 6171 | 195 Lee Blvd. | Mississippi State, MS 39762

www.legal.msstate.edu

**From:** MollerLaw <mollerlaw@protonmail.com>
**Sent:** Monday, February 7, 2022 6:38 PM
**To:** Lucas, Joan <JLucas@legal.msstate.edu>
**Subject:** Professor Li Zhang



**EXHIBIT**

**61**

1 of 5

Joan,

I hope you are well.  I have spoken extensively with Professor Zhang regarding his meeting with the faculty on January 14, 2022. As you may gather by this point, he is incredibly disheartened about having his grades unilaterally changed last semester. He has relayed to me a number of false accusations and inaccurate information relied upon by the administration in relation to the grade change issues. He has not been afforded the opportunity to correct the record, or for his side of the story to be told.

He also has a number of other legal concerns and has retained my services.  He fears that his job is in jeopardy and believes he has been subjected to several forms of employment discrimination. There are also concerns that the terms and conditions of his employment contract have not been honored. I am reaching out to you in an effort to articulate the Professor's concerns and to begin a conversation towards amicably resolving these issues.  The primary concerns are outlined below:

**1. Administrative decisions related to the grade changes.** There are major concerns that Professor Zhang's academic freedom has been violated.  The Chronicle of Higher Education has written extensively on grade change situations similar to Professor Zhang's, and I have contacted a number of professors nationwide who uniformly agreed that they have never experienced a situation like Dr. Zhang's.  Perhaps there are facts that I am not aware of that would impact that assessment.  I know there was a great deal of back and forth about Professor Zhang's medical absence prior to the exam and grading period.  It would help me greatly as I advise Professor Zhang if I have a fuller understanding of MSU's reasoning for the grade change.

Additionally, the issue of whether the grade change violated Professor Zhang's employment agreement and status as a tenured professor is also being explored, as well as whether relevant MSU policies were followed.

Finally, there are real ethical concerns with regard to the irregular grade changes. Specifically, it is my understanding that only certain

grades were changed, while other students' grades remained unchanged. If it is decided that these grade changes will remain, the ethical concerns are glaring. For example, some grades changed one letter grade, some changed two-letter grades, and one students grade, inexplicably, was boosted from an F to a B. There is one student in the classes at issue who earned a B. Her grade has not been adjusted upwards. Effectively her hard work resulted in the same outcome as another student, who in the Professor's opinion, should have failed the class.

Professor Zhang was adamant that many students performed exceedingly better than other students, and the disparate effort and competence is not reflected in the final grades. The harder working students who, in Professor Zhang's professional opinion (based on personal knowledge and regular interactions with those students) worked hard and earned their grades. They are being treated by MSU as substantially equivalent to the students who performed poorly and who did not apply themselves.

Were the students whose grades were not adjusted informed of the upwards administrative grade change? Were the parents of the students whose grades were not changed informed of the administrative grade change?

Professor Zhang has put in repeated requests that the grades be returned to what he initially assigned, or that he at least be given autonomy to adjust the grades in a manner consistent with the terms of his employment agreement, free from external pressure or involvement. Simply put, he wants to ensure that his students are treated fairly and ethically and does not believe that has been accomplished in this case. His repeated requests for reconsideration on this matter have been denied.

**2. Family Medical Leave Act issues.** As you may be aware, Professor Zhang has a special needs child and has requested FMLA leave. As I understand it, the Professor's requests have been unnecessarily delayed and interfered with.

Professor Zhang also recently underwent back surgery and has requested attendant FMLA leave on December 6, 2021. Approval was

delayed until January 27, 2022. Based on the Professor's notes from the January 14, 2022 meeting, I believe Professor Keith provided some justifications on these issues that are inconsistent with the requirements of the FMLA.

While I understand that many of the Professor's requests were ultimately approved, they were unnecessarily delayed (at times, up to six weeks), which placed him in an impossible situation in the interim. He was in limbo, being advised that he must perform his job duties (and therefore unable to care for his child and recover from his surgery) while his requests were being considered. During this time, he believed that adverse employment action would be taken against him were he to have taken the needed leave at the time he needed it. It is also my understanding that the Professor has been required to take "partial" leave in the past. Even when his leave requests were timely granted, he was required to perform core job duties (like preparing virtual instructional videos) during approved leave time.

I am seeking clarification regarding Professor Zhang's FMLA requests and assurances that future requests will be appropriately considered and timely approved.

**3. Title VII, ADA, and ADEA issues.** Professor Zhang has requested an evaluation of whether he possesses valid Title VII, ADA, and ADEA claims. He has articulated recent faculty conduct that could realistically constitute *prima facie* cases under these authorities.

I am available to speak about these issues at your convenience.

Best Regards,


Walker Moller

Moller Law, PLLC

(601) 308-8374

P.O. Box 627

Clinton, MS 39060