| | |
|---|---|
| **From:** | Zhang, Li |
| **To:** | Shaw, David; Keith, Jason; Howard, Isaac; Corey, Leslie; Lucas, Joan; Nicholson, Elizabeth; Jordan, Julie |
| **Cc:** | Patrick Sherry |
| **Bcc:** | Yunlong Zhang (yzhang@civil.tamu.edu); Robert Whalin; Shuang Z. Tu; Yang, Hong; Yuanyuan Zhang; V.Gopu; Amir Mehrara Molan; mwkang@southalabama.edu |
| **Subject:** | UTC Letterer of Support Issues |
| **Date:** | Friday, October 28, 2022 1:20:00 PM |
| **Attachments:** | Dear Li - final.pdf<br>image001.png<br>image002.png |

Dear Dr. Jordan

All 8 university responded my email. Here is summary:

1. Patrick at DU sent me the attached letter
2. One university PI contacted VP for research and asked congressional letter of support, no action from the university.
3. Other 6 universities took no actions in seeking congressional letter of support on MSU UTC proposal.
4. No university though I have involvement in their letter of support, if they had sought the support.

Let me know if you will need individual university's replies.

I think you may have enough information to conclude I did not asked any support after your order.

Thanks

Li

**EXHIBIT**

**63**

---

**From:** Patrick Sherry <patrick.sherry01@gmail.com>
**Sent:** Friday, October 28, 2022 11:03 AM

MSU219882

**To:** Zhang, Li <lzhang@cee.msstate.edu>
**Subject:** Clarification of Activity

Li - Please forward as you see fit.

-----------------------------------------------------------------------------------------------------

Dear Dr. Jordan -

I wrote the attached letter of clarification to Dr. Zhang a couple of days ago.  He asked me to forward it to you.

I apologize if my actions have created problems for Dr. Zhang and MSU.  It was not my intention to do so.  I was simply following our standard operating procedure when pursuing federal funding as I explained in my letter.
If there is anything that I can do to help resolve this situation, please let me know.

Please let me know if you have any further questions.

Sincerely,


Patrick Sherry
(303) 503-5772



**MSU219883**

Dear Li –

I am sorry to hear about the disappointing developments at MSU.  You have not asked me to write this, but, I feel the need to clarify my actions and intent regarding this issue and for the UTC application for our universities. In the course of my normal activities, I visited DC to speak with the **Colorado** delegation about a letter of support for our various grant activities.  Just so you know, we are seeking funding on several different fronts and are listed as partners with other UTC applications.  Seeking a congressional letter of support has been standard in our efforts with these proposals.

In the course of describing our activities I informed our delegation representatives that we were also partners on a grant application with Mississippi State University.  This was offered in full transparency and clarification and to avoid confusion for the Colorado Congressional staffers.  I also discussed the history of how our UTC was originally formed based on the collaboration between MSU and DU and then Senator Trent Lott (MS) and Senator Wayne Allard (CO).  During our discussions one of the staffers mentioned that he knew one of the aides in the MS delegation and offered to introduce me to them to keep them informed. I was literally escorted over to meet with Mr. Andrew Bichlmeier (Wicker-MS) and also Rep. Thompson (I never met or spoke to anyone from Rep Thompsons office).  I informed Mr. Bichlmeier that I was seeking support from the Colorado delegation, and that they had suggested that I inform him as well. I described in detail the history of our collaboration with Mississippi. I did not represent myself as a representative of Mississippi State University or that I was acting on their behalf. *He indicated that he would "speak to Mississippi State to see if they were interested in a letter of support."* He also asked me to write a follow up email describing the purpose and goals of the UTC which I later sent.  I thanked him and went on my way. It was clear to me that he intended to check with Mississippi State U officials to see if they indeed were interested.  It appeared to me that this was the normal process.

I apologize if my actions have given the impression that you directed me to pursue a letter of support.  You did not. I was acting on my own. I did not intend to deliberately disregard MSU wishes.  It was my understanding that MSU was simply not seeking a letter. However, it was not my understanding that I was being asked to curtail all of my activities designed to seek support.  If I had known this I would not have visited with Mr. Bichlmeier.  My apologies to MSU and Dr. Jordan if this was the case.

My previous experience has been that such letters will play an important role in the final decision. Assuming we meet the technical requirements of the request for proposals, the process becomes political and the Secretary makes the final decisions based on his judgement.  As background, it is widely believed among UTC researchers, that several UTCs were awarded in the last competition to one or two states apparently on the basis of political connections alone and connections with the then secretary of transportation.  We will never know for sure.  In any event, one University team that we know of had their congressional letters of support included with their submission packets.  Currently, several other universities have been pursuing letters of support from their delegations for the current competition.  Lastly, Gil Carmichael, (former Mississippi political figure), our founder, specifically coached me, years ago, to be sure to seek such letters when pursuing federal funds.  Following his advice has always been helpful.  I should also note that Mr. Bichlmeier wrote to me and noted that "unfortunately, the university does not want our support."  I take this to mean that he liked what he heard about our proposal.

Obviously, I would like to see the proposal we submitted go through the full process.  My colleagues and I have devoted considerable effort to make this the best proposal it could be.  In addition, it was well received by congressional delegates and others who have taken the time to review it. If Mississippi State University is no longer interested in taking the administrative lead, I am sure that the other partners would be happy to consider taking on the administrative leadership role.  Perhaps other MSU staff or faculty could be involved in leading the UTC.  It is also possible that if we are awarded the grant, we could renegotiate the leadership role once the award is made. Please let me know how it turns out.

Best regards,

Patrick Sherry