

**MISSISSIPPI STATE**
U N I V E R S I T Y.

OFFICE OF THE PROVOST AND
EXECUTIVE VICE PRESIDENT

P.O. Box BQ
3500 Lee Hall
Mississippi State, MS 39762

P. 662.325.3742

June 20, 2025

Dr. Keenum:

Attached are the findings of fact and recommendation of the University Committee on Promotion and Tenure. While I disagree with some of their factual findings, I concur with their recommendation to terminate Dr. Zhang.

Sincerely,

David Shaw
Provost and Executive Vice President

cc:     Dr. Li Zhang
        Dr. Robert Grala
        Ms. Joan Lucas

**EXHIBIT**
**Appeal 3**

LI 001472