

# MISSISSIPPI STATE
## UNIVERSITY®

June 23, 2025

**SENT VIA ELECTRONIC MAIL**

Dr. Li Zhang
lizhang3@gmail.com


Dr. Li Zhang:

After careful consideration, I accept the recommendations from the University Committee on Promotion and Tenure and the Provost and Executive Vice President David Shaw. Your employment at Mississippi State University is terminated.

You have the right to appeal this decision to the Board of Trustees of State Institutions of Higher Learning in accordance with applicable IHL Board policy.

Sincerely,

Mark E. Keenum
President


cc:     Dr. David Shaw
        Dr. Robert Grala
        Ms. Joan Lucas

**MSU256814**