IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                                                    PLAINTIFF

v.                                                                  CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY, et al.                                      DEFENDANTS


RESPONSE IN OPPOSITION TO MOTION TO EXCLUDE
TESTIMONY OF DR. VJ GOPU

Dr. Li Zhang files this response opposing the motion to exclude the testimony of Dr. VJ Gopu. In support, Dr. Zhang relies on the materials of record, the memorandum being filed this day, and the following exhibits:

Exhibit 1          Gopu Deposition

Exhibit 2          Gopu's CV

Dated:  March 5, 2026


                                                          /s/ *Grafton E. Bragg*
                                                          GRAFTON E. BRAGG (MSB #104821)
                                                          Attorney for Plaintiff



BraggLaw, PLLC
965 Madison Avenue
Suite 2C
Madison, MS 39110
601.624.1153
grafton@graftonbragglaw.com