## VITAE OF DR. VIJAYA (VJ) K. A. GOPU

### PERSONAL DATA

Date of Birth:         August 6, 1949
Marital Status:        Married, two daughters
Citizenship:           U.S. (Naturalized)
LTRC Office:           Louisiana Transportation Research Center
                       4101 Gourrier Avenue
                       Baton Rouge, LA 70808
UL-Lafayette Office:   Department of Civil and Environmental Engineering
                       University of Louisiana at Lafayette
                       Madison Hall, Room 260
                       131 Rex Street
                       Lafayette, LA 70503
Office:                (225) 767-9102
Cell:                  (225) 802-8778
Fax:                   (504) 767-9108
Email:                 v.gopu@la.gov and Vijaya.gopu@louisiana.edu

### EDUCATION

- Ph.D. (Structural Engineering), Colorado State University, Fort Collins, Colorado, 1975

- MS (Structural Engineering), Colorado State University, Fort Collins, Colorado, 1972

- B. E. (Civil Engineering), First Rank with Distinction, Andhra University, Waltair, India, 1971

### RESEARCH INTERESTS

Structural Engineering and Structural Mechanics: Structural Polymeric Composites, Analysis and Design of Heavy Engineered Timber Structures and Components; Finite Element Analysis of Composite and Concrete Structures, and Dynamics of Light Fame Structures, Non-destructive Evaluation of Infrastructure Systems, and Hazard Mitigation

.
### PROFESSIONAL EXPERIENCE

- **Stuller Settings-Matthew Stuller/LEQSF Regents Professor of Civil Engineering** (2016–Present), Department of Civil and Environmental Engineering, University of Louisiana at Lafayette, Lafayette, LA

- **Associate Director - External Programs** (2006–Present), Louisiana Transportation Research Center (LTRC), Baton Rouge, LA (On an IPA type appointment through University of Louisiana at Lafayette)

EXHIBIT
1

1

This position involves managing a large research program that engages faculty members from engineering, science, humanities, business and law programs at several Louisiana universities in externally funded research projects related to transportation engineering, planning and management.

- **Formosa Plastics Distinguished Professor Emeritus** (2000–Present), Department of Civil and Environmental Engineering, Louisiana State University, Baton Rouge, LA

- **Research Professor of Civil Engineering** (2015–2016), Department of Civil Engineering, University of Louisiana at Lafayette

- **Professor and Edward G. Schlieder Endowed Chair in Civil Engineering** (2008–2015), Department of Civil and Environmental Engineering, University of New Orleans, New Orleans, LA

- **Professor and Chair** (2003–2007), Department of Civil and Environmental Engineering, Distinguished Scholar (2007-2008), School of Science and Engineering, Tulane University, New Orleans, LA

  Administered a CEE department that offered two ABET accredited undergraduate and seven graduate degree programs. Research initiatives launched engaged government agencies, universities and industry (U.S. Army Corps of Engineers, Polytechnic University, Xavier University, National Composite Center, HDR Inc.)

- **Co-Director** (2006–2007), ECORISE – Emerging City Observatory for Resilient Infrastructure and Sustainable Environment.

  ECORISE is a collaborative effort with the Urban Infrastructure Institute at Polytechnic University of New York and national industry partners to promote Government-Industry-University collaboration that is essential for the recovery process in New Orleans.

- **Director** (2004–2007), Interdisciplinary Water Resources Planning and Management (WRPM) Graduate Program, Tulane University, New Orleans, LA

  This interdisciplinary program was established with support of key state and federal government agencies and consulting industry (including the US Army Corps of Engineers, US Geological Survey, Louisiana Dept. of Environmental Quality, Lambert Engineering) to address the critical need to train professionals in the WRPM area.

- **Professor and Chair** (2000–2003), Department of Civil and Environmental Engineering, University of Alabama in Huntsville

  Accomplishments include the addition of the Ph.D. in Civil Engineering degree program (a challenge in the state university system), tripling the graduate student enrollment in the department, and fully engaging the industry and government agencies (NASA, Foster Wheeler Env. Inc., ADS Corp., Earth Tec, Teledyne Brown Engineering, US Army Corp of Engineers) in promoting the growth of the department.

- **Associate Director** (2001–2003), University Transportation Center for Alabama (UTCA)

  Administered UTCA on the campus by monitoring progress of research projects funded by the Center, increasing the number of graduate students pursuing transportation related research, preparing reports to the US Department of Transportation, securing matching

funds, promoting technology transfer activities, and maintaining the nationally competitive position of the Center.

- **Program Director** (1998–2001), Structural Systems and Engineering Program, Division of Civil and Mechanical Systems, Directorate for Engineering, National Science Foundation (NSF), (through an Intergovernmental Personnel Act assignment to NSF by LSU and University of Alabama in Huntsville)

  Managed and monitored grants and interagency agreements and proposals in the area of structural and building systems, infrastructure materials, and structural mechanics (10/99–3/01); evaluated program contents and overall programs through review; identified and launched new initiatives -- in cooperation with other federal agencies when appropriate -- in critical areas to accelerate the advancement of fundamental understanding and/or development of breakthrough technologies; and interacted with other federal agencies in key federal working groups and committees to maintain NSF involvement in appropriate national programs/initiatives.

- **Formosa Plastics Distinguished Professor** (1999–2000), Department of Civil and Environmental Engineering, Louisiana State University

- **Professor** (1987–1999); Coordinator of Structural Engineering and Mechanics Program (1990–1998) and Graduate Program Coordinator (1/90-12/96), Department of Civil and Environmental Engineering, Louisiana State University

  Streamlined the graduate applicant review and admission process and improved the system for tracking the progress of the graduate students enrolled in the program. Increased the graduate student enrollment in the department from 75 to 150 full time graduate students during my term as the graduate program coordinator. The implemented changes assisted both the faculty and the students in the program.

- **Associate Professor of Civil Engineering** (1982–1987), Department of Civil Engineering, Louisiana State University.

- **Assistant Professor of Civil Engineering** (1978–1982), Department of Civil Engineering, Louisiana State University.

- **Project Structural Engineer** (1976–1978), Kostroski & Associates, Castle Rock, Colorado.

  Performed design and analysis of steel and concrete structural and foundation systems in heavy industrial and commercial building projects. Carried out field engineering and coordinated the structural drawings with the architectural, from the preliminary to the final phases; and investigated foundation and structural problems in existing structures and recommended solutions. Served as project engineer for over a dozen major projects in six different states.

- **Teaching Assistant** (1975), Department of Civil Engineering, Colorado State University

- **Research Assistant** (1973–1975), Department of Civil Engineering, Colorado State University

- **Structural Engineer** (1973), Kostroski & Associates, Castle Rock, Colorado

- **Research Assistant** (1972), Department of Civil Engineering, Colorado State University

## VISITING RESEARCH APPOINTMENTS

- **Visiting Research Professor**, Royal Institute of Technology, Stockholm, Sweden, Jan. 1985–Aug. 1985

  Participated in the Nordic Wood Engineering Research Program and collaborated on research projects with scientists at the Swedish Wood Technology Research Center. Taught a course in structural mechanics at the Royal Institute during the visiting faculty appointment.

- **Visiting Research Scientist**, Forintek Canada Corporation, Vancouver, British Columbia, Canada, May–June 1987

  Collaborated with research engineers in the Wood Structures and Wood Mechanics program at FORINTEK and served as a reviewer/guide for a research engineer pursuing his doctoral work.

## ADMINISTRATIVE AND RESEARCH LEADERSHIP AND SYNERGISTIC ACTIVITIES

- Seven years of experience as Department Chair at two different universities -- three years at a major state supported university and four years at a major private university.   Contributed to the growth and excellence of the departments in the areas of teaching, research, undergraduate and graduate student enrollment, relationship with industry/government, alumni support and involvement. Instrumental in introducing five new graduate degree programs at the two universities.

- Six years of experience as Graduate Program Coordinator for the Civil and Environmental Engineering Department at a major land grant and sea-grant university.  Contributed to significant growth of the graduate program.

- Served for two and half years as NSF Program Director in the Civil and Mechanical Systems Division, Directorate of Engineering, and was involved in establishing and managing cross-cutting and multi-disciplinary initiatives.

  ➢ Established the NSF-HUD PATH Joint Initiative -- while serving as NSF Program Director – in support of President Clinton's Advanced Technologies for Housing Initiative.  The PATH initiative was designed to promote interdisciplinary research and engage faculty with diverse talents to advance the goals of the initiative.  The PATH Program was the first NSF-HUD joint initiative in the history of NSF and is now in its seventh year.  Since it was established, this program has provided over $10M in grants to more than 30 institutions to support research and development of advanced and innovative housing technologies.

  ➢ Coordinated the NSF CAREER Program (1998-2000) for some programs within the then Civil and Mechanical Systems (CMM) Division, Directorate for Engineering.

- Established Tulane's Interdisciplinary Water Resources Planning and Management Graduate Program that offers MS and Ph.D. degrees, and served as the Director of the Program. The program established in the fall of 2004 is one of the seven nationally approved programs by the US Army Corps of Engineers and has very quickly earned the distinction of having the largest student enrollment among the seven approved programs. The program engaged faculty in six different schools at Tulane including Engineering, Arts and Sciences, Business, Public Health and Law, and adjuncts from key federal agencies and local industry (US Army Corps of Engineers, GAE Engineering Consultants, and Meyer Engineering).

- Introduced the Master of Engineering in Civil Engineering Graduate Program at Tulane University to provide opportunities for practitioners to pursue practicum-based advanced studies in civil engineering. Also introduced the Master of Science in Environmental Engineering to provide opportunities for BS graduates in science and engineering majors to earn an advanced degree in this important area.

- Served as Principal Investigator or Co-Principal Investigator for 62 research projects totaling \$32 M (excluding Centers) and supervised the research work of 6 doctoral and 46 master's students. (See details in later sections).

- Thirteen years of experience in managing major university transportation centers in two different states. As Associate Director of External Programs at LTRC (2006 to present), I was instrumental in securing in excess of \$7M for a University Transportation Center – involving a consortium – and several research projects from federal agencies. As Associate Director of UTCA -- University Transportation Center for Alabama -- (2001 to 2003), I played a major role in securing \$8M of support for the Center from federal/state agencies and state universities. Both LTRC and UTCA are among the most successful transportation research centers – based on research productivity, graduate student involvement, technology transfer activities, etc. – in the national and highly regarded by state and federal agencies. As Associate Director at these centers, I fostered interdisciplinary research efforts among faculty representing a wide spectrum of research areas.

- Developed ECORISE – Emerging City Observatory for Resilient Infrastructure and Sustainable Environment – in partnership with the Urban Infrastructure Institute at Polytechnic University to support and promote a Government – Industry- University collaboration essential for the recovery process in New Orleans.

- Led research efforts to utilize recycled polymeric materials for higher end applications and to develop testing standards that were approved and implemented by the American Society for Testing and Materials (ASTM). The research efforts -- carried out in collaboration with industry, code bodies, testing laboratories and federal and state environmental agencies -- have led to seminal work that forms the basis of the current ASTM standards that are generally considered to be the premier international standards. The research has also led to the development of specifications and design guidelines that were essential for the current existence of a thriving recycled polymer composite industry in the nation.

- Served as the Conference Chair for the 4th International Wood Engineering Conference held in New Orleans in 1996. The conference brought together 550 participants from 30 different countries to exchange research results and participate in panel discussions. The conference was organized with the support of the major wood products manufacturers, code writing

bodies, government agencies, national technical societies and partner universities. As Conference Chair worked very effectively with representatives from the industry, government agencies and universities (US Department of Agriculture, US Forest Products Laboratory, American Wood Council, Weyerhaeuser, Southern Forest Products Association, Canadian Wood Council, LSU, Marquette University,) that served on the Organizing Committee to make the conference a rewarding experience for the attendees.

- Conducted research with the support of the nation's wood products industry (American Institute of Timber Construction, Southern Forest Products Association, and Engineered Wood Association) that has led to the development of national design methods for articulated laminated structures that are now included in the building codes/design standards.

## CONSULTING & ECONOMIC DEVELOPMENT ACTIVITIES

- Served as a structural engineering expert consultant to several architectural, structural engineering and constructions firms and provided expert testimony in cases involving structural failures and product manufacturing issues.

- The research efforts undertaken in the area of recycled plastic utilization have involved a large number of industry partners – Plastic Lumber Company of Ohio, US Plastic Lumber of Florida, Superwood of Alabama, Battelle Corporation, Dow Corning, to name a few – and have led to the development and expansion of the operations of the involved partners. The recycled plastic industry has now attracted the interest and involvement of industry giants such as Weyerhaeuser, Georgia-Pacific, etc., when none existed prior to the initiation of research efforts.

- Participated in the development of rapid construction technologies –using the aerospace industry concepts – for housing which is particularly relevant for Louisiana.

## SERVICE ON NATIONAL SCIENCE FOUNDATION & OTHER FEDERAL AGENCY WORKING GROUPS

- Member (1999–2001), Engineering Education Working Group, Directorate for Engineering, National Science Foundation

  Involved in managing the review of proposals submitted in response to the Engineering Education Initiative and developing recommendations for funding.

- Member (1999–2000), New Technologies for the Environment Working Group, Directorate for Engineering, National Science Foundation

  Involved in developing the solicitation for New Technologies for the Environment, organizing the panels for reviewing the proposals submitted in response to the solicitation in the area of civil and mechanical engineering, and developing funding recommendations.

- Member (1998–2001), PATH (Partnership for Advanced Technologies for Housing) Federal Agency Working Group, Washington, D.C.

  Served as NSF representative on this inter-agency working group charged with ensuring that the PATH goals as established by the White House Office of Science and

Technology are being pursued and the roadmap for accomplishing the PATH objectives is being followed.

- Member (1998–2001), Construction and Building Committee, National Science and Technology Council, Washington, D.C.

  Served as NSF representative on this standing committee established to engage the various impacted federal agencies (NIST, EPA, OSHA, HUD, and others) in discussions and initiatives related to the construction and building industry which is a significant component of the nation's economy.

- Member (1999–2001), Multi-Agency Ad-Hoc Committee on Wind Hazard Reduction, Washington, D.C.

  Served as NSF representative on this Ad-Hoc Committee headed by National Oceanic and Atmospheric Administration to look into issues related to mitigation of wind hazard to the natural and built environment.

## HONORS, AWARDS AND LECTURESHIPS

- Member, Louisiana Board for Professional Engineering and Land Surveying, appointed by Governor Edwards for six-year term, 2022–2028

- 1976 International Wood Award, Forest Products Research Society (award given at the FPRS Annual Meeting, Toronto, Canada, July 1976)

- Invited Lecturer for the Fourth Clark C. Heritage Workshop on Wood - Design of Structural Elements, Aug. 8-12, 1983, Madison, WI

- Teacher of the Year, Department of Civil Engineering, Louisiana State University, April 1990

- Outstanding Faculty Award, LSU Student Government Association, 1990

- Lecturer, American Institute of Timber Construction Seminar on the New Timber Construction Manual Design Provisions, New Orleans, March, 1987

- Lecturer, American Institute of Steel Construction Short Courses:
  - Load and Resistance Factor Design of Steel Structures, Baton Rouge, Louisiana, October, 1987; New Orleans, February, 1991
  - Allowable Stress Design of Steel Structures, New Orleans, November, 1989
  - Low and Medium-Rise Buildings, New Orleans, March, 1993

- Delegate, NATO Advanced Research Workshop on Reliability Based Design of Timber Structures, Florence, Italy, June, 1991

- Educator of the Year, Department of Civil Engineering, LSU, April 1994

- Keynote Speaker, International Conference on Effective Utilization of Plantation Timber, Chi-Tou, Taiwan, May 1999

- Keynote Speaker, First International Conference on Advanced Engineered Wood

Composites, Bar Harbor, Maine, July 1999

- ASTM Medal of Honor for outstanding contributions to the Development of Standard Specification for Plastic Lumber Decking Boards, Philadelphia, June 2001

- Educator of the Year, American Society of Professional Engineers, Huntsville, AL, February 2002

- David Hunter Distinguished Lecturer, American Society of Civil Engineers, Structural Division, New Orleans Branch, LA, June 2002

- Louisiana Engineering Foundation: Engineering Faculty Professionalism Award, February 2005

- Included in Personalities of the South, Who's Who in the South and Southwest, Who's Who in Science and Engineering

- Visiting Research Professor, Royal Institute of Technology, Stockholm, Sweden, Jan. 1985– Aug. 1985

     Participated in the Nordic Wood Engineering Research Program and collaborated on research projects with scientists at the Swedish Wood Technology Research Center.

- Visiting Research Scientist, Forintek Canada Corporation, Vancouver, British Columbia, Canada, May–June 1987

     Collaborated with research engineers in the Wood Structures and Wood Mechanics program at FORINTEK and served as a reviewer/guide for a research engineer pursuing his doctoral work.

- Keynote Speaker, International Conference on Earthquake Analysis and Design, Coimbatore, India, 2011

- Keynote Speaker, Asia Pacific Conference on Wind Engineering, Chennai, India, December 2013

- Keynote Speaker, Workshop on Global Innovations in Infrastructure with Advanced Composites, Nanjing, China, October 2014

- Keynote Speaker, 2017 International Symposium on Advanced Composite Structures, Nanjing, China, October 2017

- Keynote Speaker, 3rd China International Congress on Composite Materials, Hangzhou, China, 2017

- Keynote Speaker, Workshop on Global Innovations in Infrastructure with Advanced Composites, Nanjing, China, October 2014

- Keynote Speaker, 42nd Conference on Our World in Concrete and Structures, Singapore, August 2017

- Keynote Speaker, International Workshop on Wind Effects on Buildings and Urban Environment, Atsugi, Japan, March 2019

- Keynote Speaker, 11th International Conference of the International Federation for High-Rise Structures on Extreme Engineering, Singapore, August 29–20, 2019,

- Keynote Speaker, 3rd Global Conference on Applied Science, Engineering and Technology, Dubai, October 2019
- Outstanding Achievement in Externally Funded Research (over $1M) Award, UL–Lafayette, 2015-2016, 2018-2019, 2020-2021, 2022, 2023-2024
- Researcher of the Year, College of Engineering, University of Louisiana at Lafayette, May 2022
- Keynote Speaker, Recoletos Graduate Research Conference, Cebu City, Philippines, August 30, 2025

## PROFESSIONAL TECHNICAL COMMITTEES

- Advisor (1978–1984), Task Committee on Pitch-Cambered Glulam Beams, American Institute of Timber Construction
- Advisor (1978–1984), Task Committee on Reinforcement, American Institute of Timber Construction
- Member (1980–1988), ASCE Committee on Wood and Subcommittees on Technical Publications, Research, Timber Engineering Software, Environmental Issues and Building Systems
- Member (1980–1990), Technical Committees on Wood Engineering and Mechanical Fastenings, Forest Products Research Society
- Chair (1982–83), Laminated Wood, Components and Engineered Structures Technical Committee of the Forest Products Research Society (FPRS)
- Chair (1988–1993), Subcommittee on Timber Engineering Education, ASCE Committee on Wood
- Member, ASTM Subcommittee on Plastic Lumber
- Member, ASTM Task Committee on Marine and Waterfront Structures, Subcommittee on Plastic Lumber
- Chair (2004 – Present), ASCE Committee on Wood Research
- Member (2004–2007), Louisiana Transportation Research Center Policy Committee
- Member (2004–2007), Louisiana Transportation Research Center Foundation
- Member (2007–2008), Steering Committee, Louisiana Levee School
- Chair (2012–2015), ASCE Committee on Wood, a Technical Activities Committee overseeing the activities of four technical sub-committees.
- Vice-Chair (2015–2021), Industrial Advisory Board, NSF University Industry Cooperative Center for Integration of Composites into Infrastructure
- Chair (2021–2024), Industrial Advisory Board, NSF University Industry Cooperative Center for Integration of Composites into Infrastructure
- Founding Member, US Chapter of IABMS (International Association of Bridge Maintenance, Safe and Management. (2019- Present)
- President, Association of Transportation Professionals of Indian Origin (2021–2023)

- Member, Louisiana Governor's Climate Task Force Transportation Committee (2020 – 2022)
- Member, Louisiana Offshore Oil Platform (LOOP) Project Review Committee, 2022–Present
- Member, Advisory Board, Southern Plains Transportation Center, University of Oklahoma, 2022–Present

## NATIONAL/INTERNATIONAL CONFERENCE COMMITTEES (Partial list)

- Moderator, Joint Technical Session of the Wood Engineering Technical Committee and the Laminated Wood Technical Committee, 36th Annual Meeting of the Forest Products Research Society, New Orleans, LA, June 1982.

- Moderator, Joint Technical Session of the Mechanical Fastening Technical Committee and the Laminated Wood Technical Committee, 38th Annual Meeting of the Forest Products Research Society, St. Louis, MO, June 1984.

- Session Chair and Organizer, "Case Studies on Evaluation and Upgrading of Wood Structures," ASCE Structures Congress, New Orleans, September 15-18, 1986.

- Session Chair, "Design and Construction of Reinforced Concrete Towers," First International Conference on Multipurpose High Rise Reinforced Concrete Towers, Bangalore, India, October 26-28, 1988.

- Moderator, Conference Panel Discussion, First International Conference on Multipurpose High Rise Reinforced Concrete Towers, Bangalore, India, October 26-28, 1988.

- Coordinator, Workshop on Engineered Timber Bridges - Contemporary Design and Construction, Baton Rouge, Louisiana, January 1990.

- Session Chair, "Glulam Structures", International Timber Engineering Conference, Tokyo, Japan, October 1990.

- Chair, Sub-conference on Upgrading and Rehabilitation of Timber Structures, International Timber Engineering Conference, London, England, September 1991.

- Coordinator, Workshop on Engineered Timber Bridges - Contemporary Design and Construction, New Orleans, Louisiana, February 1993.

- Conference Chair, 4th International Wood Engineering Conference, New Orleans, October 1996.

- Member, Organizing Committee, 5th World Timber Engineering Conference, Lausanne, Switzerland, August, 1998

- Member, Organizing Committee, Pacific Timber Engineering Conference, Rotarua, New Zealand, March 1999

- Member, Organizing Committee, ASCE Structures Congress, New Orleans, April 1999.

- Member, Organizing Committee, 7th World Timber Engineering Conference, Kuala Lumpur, Malaysia, August 2002

- Member, Scientific Advisory Committee, 8th World Timber Engineering Conference,

Portland, Oregon, August 2006

- Member, Organizing Committee, "Rebuilding the New Orleans Region: Infrastructure Systems and Technology Innovation Forum", New Orleans, LA, September 24-26, 2006.

- Member, Organizing Committee, "The Emergency Forum of City Officials on Rebuilding Infrastructure for a Sustainable Environment", New Orleans, LA, March 7-9, 2007

- Member, Organizing Committee, "Tulane Engineering Forum", 2004-Present. Organized and chaired the Forum's Infrastructure Session for 21 consecutive years.

- Chair, Steering Committee, "ASCE/USDA Workshop on Wood Engineering Challenges in the New Millennium – Critical Research Needs", Vancouver, British Columbia, May 2008

- Board Member, International Federation on High Rise Structures, January 2018–present

- Member, Organizing Committee, 11th International Conference of the International Federation for High-Rise Structures on Extreme Engineering, Singapore, 2019

- Member, Organizing Committee, 3rd Global Conference on Applied Science, Engineering and Technology, Dubai, October 2019

- Member, Organizing Committee, 2nd International Congress on Urban and Civil Engineering, Bangkok, October 2019

- Member, Organizing Committee, USDA-Forest Service Symposium: Build It Back Better with Wood: Connecting Urban & Rural Communities with Innovation, April 17-18, 2024, Morgantown, West Virginia

- Member, Organizing Committee, Louisiana Transportation Conference, 2010 - present

## TECHNICAL REVIEW ACTIVITIES

- Reviewer for proposals submitted to the National Science Foundation (Programs within Engineering & Education and Human Resources Directorates), and USDA Competitive Grants Program.

- Member, Committee of Visitors, for review of NSF Emerging Frontiers in Research and Innovation (EFRI) program. (Highest level of service to NSF)

- Member, NSF Site Visit Teams, National Earthquake Engineering Simulation (NEES) Equipment Sites, (2008–2013)

- Member, NSF Site Visit Teams, National Hazard Engineering Research Infrastructure (NHERI) Equipment Sites, (2016–Present)

- Reviewer for papers submitted to the Journal of Wood Science, Forest Products Journal, ASCE Structures Journal, and ASCE Materials Journal.

## CONTINUING EDUCATION ACTIVITIES

- Instructor, Workshops on "Writing a More Competitive Research/Educational Development Grant Proposal", Tulane University, New Orleans, October 26, 2006; ASEE Gulf South Regional Conference, South Padre Island, TX, March 2007; ASEE Gulf South Regional

Conference, Wichita, KN, March 2008; Louisiana State University, Baton Rouge, LA, October 2008 and .

- Instructor, Short Course on Design of Wood Structures for Practicing Engineers and Architects, Division of Continuing Education, Louisiana State University, March 1984.

- Instructor, Structural Engineering Review Sessions, Professional Engineering Examination Refresher Course, Division of Continuing Education, Louisiana State University, 1985-1998.

- Member, Group of 30 engineering educators selected to participate in a workshop, "Wood as a Structural Material," held by the U.S. Forest Products Laboratory, Aug. 11-15, 1980, Madison, WI.

- Member, Group of 35 engineering educators selected to participate in a workshop, "Adhesive Bonding of Wood and Other Structural Material," held by the U.S. Forest Products Laboratory, Aug. 10-14, 1981, Madison, WI.

- Speaker, "Writing a More Competitive Research/Educational Development Grant Proposal", Half-day Workshop delivered at Tulane University, New Orleans, 2006; ASEE Gulf Southwest Section Conference, South Padre Island, March 2007; ASEE Midwest Section Conference, Wichita, September 2007 (tentatively scheduled)

## SEMINARS AND TALKS

- Delivered over 90 invited seminars at research institutions in Canada, India, Japan, Sweden, Taiwan and Thailand

## PROFESSIONAL AFFILIATIONS

- ASTM, Member
- ASEE, Member
- American Society of Civil Engineers, Fellow and Life Member
- Structural Engineering Institute of ASCE, Fellow
- Forest Products Society, Member
- International Joints and Bearings Research Council
- National Society of Professional Engineers, Member
- Sigma Xi, Member
- Chi Epsilon, Faculty Member
- Member, TRB AFF-40, Committee on Testing and Evaluation of Transportation Structures (till 2025)
- Member, TRB AFF-80, Committee on Structural Fiber Reinforced Polymers (till 2025)
- Member, ASCE/SEI Committee on Wood
- Member, ASCE/SEI Committee on Timber Bridges
- Member, ASCE/SEI Committee on Wood Engineering Education
- Member, ASCE/SEI Committee on Bridge Management, Inspection and Rehabilitation Committee Wood
- Member, ASCE/SEI Committee on Monitoring Structural Performance
- Member, Regional Infrastructure Visioning Steering Team, Office of VP-Research, UL-Lafayette

- Chair, Industrial Advisory Board, NSF Center for Integration of Composites in Infrastructure (Joint Center involving University of West Virginia, University of Miami, North Carolina State University, University of Texas at Arlington and Texas A&M University)
- Founding Member, International Association for Bridge Management and Safety–USA

## PROFESSIONAL REGISTRATION

- Professional Engineer, Louisiana

## CONSULTING ACTIVITIES

Served as a consulting structural engineer to the following firms:

- Alex Theriot, Jr. & Associates, Architects & Engineers, Denham Springs, LA
- William J. Hughes, Jr. & Assoc., Architects, Baton Rouge, LA
- Steel Truss Co., Cullman, AL
- Castle Designs, Architects, Castle Rock, CO
- Kostroski & Associates, Structural Engineers, Castle Rock, CO
- Plantation Pipe Line Company, Baton Rouge, LA
- P. B. Curwick Engineering, Inc., Baton Rouge, LA
- Spiral Manufacturing, Baton Rouge, LA
- Cooling Tower Technologies, White Castle, LA
- Department of Public Works, City of Baton Rouge, LA
- Orion Construction Inc., Baton Rouge, LA
- Steffas & Macmurdo, Attorneys at Law, Baton Rouge, LA
- Henry Otkins & Assoc., Structural Engineers, Baton Rouge, LA

## SUPERVISION OF GRANTS AND CONTRACTS

The research efforts conducted over the past 45 years addressed a number of research needs of the local, state, regional, national and international agencies and industrial partners and have led to the development of new building codes, design standards and specifications that have contributed to the growth of the impacted industries and partners.

Served as Principal Investigator or Co-Principal Investigator for the following projects (co-principal investigators, if any, involved in a project are listed):

1. "A Study of Deflections in Pitch-Cambered Glulam Beams", **PI: VJ Gopu**, American Institute of Timber Construction, $16,000 (including matching funds), Dec. 1981–Dec. 1982.

2. "Development of a course in Wood Mechanics and Design of Timber Structures", **PI: VJ Gopu**, National Science Foundation, $20,150 (including matching funds), May 1981–Dec. 1982.

3. "Glulam Tudor Arch Test Specimens for Experimental Investigators of Load Behavior", **PI: VJ Gopu**, Unadilla Laminators, Unadilla, NY, $6,000, May 1984.

4. "Participation in the Pacific Timber Engineering Conference, Auckland, New Zealand",

Travel Award, **PI: VJ Gopu**, National Science Foundation, $1,500, May 1984.

5. "Repair of Glulam Arch at Nelson Memorial Hall", **PI: VJ Gopu**, LSU Physical Plant, approximately $15,000, Sept. 1984–Aug. 1986.

6. "Research on Heavy Engineered Wood Structures", **PI: VJ Gopu**, Swedish Board for Technical Development, $35,000, Jan. 1985–June 1987, (Grant Administrator: T. Hoglund, Royal Institute of Technology, Sweden).

7. "Influence of MOE Distribution on Modulus of Rupture of Swedish Fir", **PI: VJ Gopu**, Swedish Wood Technology Research Institute, Stockholm, Sweden, $5,000, Jan.1985–Aug. 1985.

8. "Second Order Effects in Composite Timber Beam Columns", **PI: VJ Gopu**, LASPAU Program, $30,000 for graduate student support, Sept. 1985–Aug. 1987).

9. "Optimum Design of Pitch-Cambered Glulam Beams", **PI: VJ Gopu**, American Institute of Timber Construction, $18,000, (including matching funds), June 1986–June 1987).

10. "Finite Element analysis of Three Hinged Glulam Arches", **PI: VJ Gopu**, College of Engineering, LSU, $5,000, Jan. 1986–May 1986.

11. "CAI Modules for Form Work Design" – **PI: VJ Gopu**, Associated General Contractors Education and Research Foundation ($50,000, Sept. 1987–May 1989) (Co-Principal Investigators: Prof. Frank O'Quinn and David Blouin).

12. "Influence of MOE Variation on Stresses and Deformation in Tapered and Curved Glued Laminated Timber Beams", **PI: VJ Gopu**, Cooperative Research with Dalhousie University, State Supported, $20,000, Jan. 1988–Aug. 1988.

13. "Design Considerations for Bridge Deck Joint Sealing Systems, Phase 1", **Co-PI (50%): VJ Gopu**; PI: R. R. Avent, Louisiana Transportation Research Center, $272,000, Sept. 1986–Oct. 1989,

14. "Full-Scale Tests of Glulam Beams", **PI: VJ Gopu**, American Institute of Timber Construction, $74,000 (including specimen costs and matching support), Aug. 1989–Dec. 1990.

15. "Design Considerations for Bridge Deck Joint Sealing Systems, Phase II", **Co-PI (50%): VJ Gopu**; PI: R. R. Avent, Louisiana Transportation Research Center, $44,000, Oct. 1988–Dec. 1989.

16. "Development Length of Epoxy Coated Prestressing Strands"; **PI: VJ Gopu**, Louisiana Transportation Research Center; July 1990–June 1992; $110,000.

17. "Composite Structures with Partial Interaction," **PI: VJ Gopu**, Royal Institute of Technology, Sweden, $73,000 (including matching funds), Dec. 1990–Dec. 1992.

18. "International Seminars on Structural Wood Engineering", **PI: VJ Gopu**, Co-PI: Judith Stalnaker (CU, Denver), National Science Foundation; $114,000 (Total funds to CU and LSU), Feb. 1991–Aug. 1992.

19. "Design, Construction and Performance Monitoring of New Timber Bridge on Benhur Dr.", **Co-PI: VJ Gopu** (50%), City of Baton Rouge, June 1991 – June 1993

20. "Research Program on Long-span Glued Laminated Timber Structures", **Co-PI (20%): VJ Gopu**; PIs: U.A. Girhammar, A. Ranta-Maunus, and E. Aasheim, <u>Norwegian Industrial Foundation</u>, $900,000, Oct. 1991–Dec 1994

21. "Optimum Design Tables for Pitched Tapered and Curved Glulam Beams", **PI: VJ Gopu**, <u>American Institute of Timber Construction</u>, $13,100 (including matching funds), Dec 1991–June 1992.

22. "Timber Bridge Design Workshop", **PI: VJ Gopu**, <u>USDA Forest Service</u>, $5,000, Jan 1993–July 1993.

23. "Structural Applications of Synthetic Lumber", **PI: VJ Gopu**, Co-PI: Roger Seals, <u>Louisiana Educational Quality Support Fund (LEQSF) - Industrial Ties Program</u>, $384,352 ($250,000 from LEQSF, $40,000 industry match and $94,352 institutional match), June 1994–June 1998

24. "Load Capacity of Hollowed Timber Piles", **Co-PI (50%): VJ Gopu**; PI: R. R. Avent, <u>Louisiana Transportation Research Center</u>, $79,948, July 1995–March 1998

25. "International Wood Engineering Conference", **PI: VJ Gopu**, <u>USDA Competitive Grants Program</u>, $3,500, Oct. 1995–Dec. 1996

26. "International Wood Engineering Conference", **PI: VJ Gopu**, <u>LSU Agricultural Center</u>, $7,500, June 1995–Dec. 1996

27. "International Wood Engineering Conference", **PI: VJ Gopu**, <u>US Forest Products Laboratory</u>, Madison, WI, $6,500, Oct. 1995–Dec. 1996

28. "Effect of Incipient Decay on Compressive Strength and Stiffness of Timber Piles", **Co-PI (50%): VJ Gopu**; PI: R.R. Avent, <u>Louisiana Transportation Research Center</u>, $33,000, April 1997–March 1998

29. "Technologies for Structural Application of Plastic Lumber", **PI: VJ Gopu**, Co-PI: Roger Seals, <u>Battelle Inc</u>., Columbus, OH, $5,000, June 1997–Dec. 1997

30. "Twin Screw Extruder System with Peripherals for Manufacture of Polymer Composite Structural Members", **PI: Vijaya Gopu**, Co-PIs: John Collier and Roger Seals, <u>Georgia Gulf Corp</u>, $350,000, Jan. 98

31. "Creep Testing of Plastic Lumber Decking Boards", **PI: VJ Gopu**, Co-PI: Roger K. Seals, <u>Battelle Inc</u>., Columbus, OH, $41,000, Aug. 1999–Dec. 2000

32. "Utilization of Reinforced Recycled Polymeric Composites in Bridge Sub-structure and Marine Applications - A Feasibility Study", **PI: VJ Gop**u, Co-P I:Roger K. Seals, <u>Louisiana Transportation Research Center</u>, $20,000, July 1998–June 1999

33. "IPA Mobility Grant", <u>National Science Foundation</u>, **PI: VJ Gopu**, $337,222, Sept. 1998–March 2001

34. "Development of Recycled Polymeric Composite Structural Elements with Inorganic Fillers", **PI: VJ Gopu**, Co- PI: Roger K. Seals, <u>Louisiana Educational Quality Support Fund (LEQSF) Industrial Ties Program</u>, $345,000 ($150,000 from LEQSF, $60,000 industry match and $135,000 institutional match), June 1999–June 2002

15

35. "University Transportation Center Branch Administration Grant", University Transportation Center for Alabama, **PI: VJ Gopu**, $186,110, Feb. 2001–Feb. 2003

36. "Multimedia Resource for AL DOT Bridge Engineers", **PI: VJ Gopu**, University Transportation Center for Alabama, $100,833, May 2001–Dec. 2002

37. "Development of Standardized Bridge Systems", **PI: VJ Gopu**, University Transportation Center for Alabama, $100,319, Jan. 2002–Dec. 2002

38. "Development of Distributed Strain Sensors", **PI: VJ Gopu**, Co-PI: F. Lin, University Transportation Center for Alabama, $64,000, Jan. 2002–Dec. 02

39. "Upgrading of Twin Screw Extruder", **PI: VJ Gopu**, Southern Research Institute, $65,000 (including technical services), June 2002–Dec. 2002

40. "University Transportation Center for Alabama – 4-yr renewal of Center", U.S Department of Transportation, Washington, D.C., $8,000,000 (excluding dollar for dollar matching funds) Jan. 2003–Dec. 2006 (**Co- PIs** – Dan Turner, Fouad Fouad, **Vijaya Gopu** and Jay Sterling)

41. "Expert System for Drilled Shaft Construction Inspection", **PI: VJ Gopu**, University Transportation Center for Alabama, $74,960, Jan. 2003–Dec. 2003

42. "University Transportation Center Branch Administration Grant", University Transportation Center for Alabama, **PI: VJ Gopu**; $93,082, Jan. 2003–Dec. 2003

43. "Evaluation of Timber Bridge Damage – A Training Tool", **PI: VJ Gopu**; Co-PI: Prof. Houssam Toutanji, University Transportation Center for Alabama, $100,000, Jan. 2003–Dec. 2003

44. "Advanced Composite Materials and Systems – REU Site", **Co-PI: VJ Gopu**, PI: Houssam Toutanji, National Science Foundation, $108,000, April 2003–June 2006. (Project role transferred to Houssam Toutanji due to departure from university)

45. "Field Strengthening of Bridge Girders with Fiber Reinforced Polymers", **PI: VJ Gopu**, Louisiana Transportation Research Center, $200,000, July 2003–December 2007

46. "Worldwide Construction Standards", **PI: VJ Gopu**, US Army Corps of Engineers, $165,000, June 2004–March 2008

47. "Assessment of Damage to Underground Tanks in New Orleans in the Aftermath of Hurricane Katrina", **PI: VJ Gopu**, National Science Foundation, $14,000, Oct 2005–December 2006

48. "Monitoring of Load Response of Rigolets Pass Bridge", **Co-PI (20%): VJ Gopu**; PI: Robert Bruce, Louisiana Transportation Research Center, $180,000, Jan 2006–June 2009,

49. "Administration of External Funding Programs", **PI: VJ Gopu**, Louisiana Transportation Research Center, $5,621,122 (excluding $1,990,000 matching funds), July 2006–June 2027.

50. "National Center for Intermodal Transportation for Economic Competitiveness", $7M for consortium (with $7M match requirement). LTRC portion is $1.2M with $1.2M match;

**Site Director and Center co-PI: VJ Gopu**,  US Department of Transportation, January 2011–December 2015

51. "Assessment of Timber Bridges in Southeastern United States", **PI: VJ Gopu**, project funded by USDA/FHWA jointly with matching support from various state DOTs.  Project handled through LTRC as required by the agency.  $100,000 including matching funds. June 2012–December 2013

52. "Morganza Spill Bridge Bent Repair using Carbon Fiber Composites and Inorganic Resins", Louisiana Transportation Research Center, **co-PI (50%): VJ Gopu**; PI: P. Balaguru, $31,544, June 2012–June 2014.

53. "Load Capacity of Decayed In-Service Timber Piles", **PI: VJ Gopu**, estimated cost $150,000; Louisiana Transportation Research Center, $150,000 (estimated cost), In funding pipe-line.  (Project has been identified as a critical need study that can have a major national impact.)

54. "Field Monitoring and Measurement – A Model for Civil and Environmental Engineering Education", **PI: VJ Gopu**, National Science Foundation, $337,312, August 2015–January 2019

55. "Utilization of UAVs in Bridge Inspection", **co-PI (25%): VJ Gopu**, Tran-SET, Regional UTC, $80,000 (including matching funds), May 2017–November 2018

56. **"**Research Experiences for Undergraduates (REU) site in Advanced Infrastructural Materials", **PI: VJ Gopu**, $359,712, April 2018–March 2021

57. "Support of Software Development and GIS Applications in LTRC Research", **PI: VJ Gopu**, Louisiana Transportation Research Center, $2,717,696,  July 2018–June 2027

58. "Training and Development Support Services", **PI: VJ Gopu**, Louisiana Transportation Research Center, $1,809,184,  July 2018–June 2027

59. "Targeted Infusion Project: An Industry-Based Computer Engineering Research Lab ⟨CERL⟩ at Southern University and A&M College ⟨SUBR⟩", **Research Collaborator: VJ Gopu**, National Science Foundation, $398,940, August 2019–July 2022.

60. "Research and Development in ITS Traffic", **PI: VJ Gopu**, Louisiana Transportation Research Center, $3,905,198, July 2018–June 2027

61. " State of Louisiana's Clean Ports Program: Pollution Reduction, Economic Development, and Regional Enhancement Planning Initiative"; **co-PI (5%): VJ Gopu**, PI: Mark Zappi, EPA, $2,999,898, March 2025–March 2028

62. "Glowing Road Paint", SBIR/STTR Award, **co-PI (30%): VJ Gopu**, USDA, $125,000, Sep. 2025–August 2027.

**GRADUATE STUDENT SUPERVISION**

Served as Chair of the thesis/dissertation advisory committees of 7 doctoral and 47 masters students

**LSU**

1. Todd A. Vincent, M.S.C.E., May 1982.

Thesis - "Analysis and Design of Radially Reinforced Pitch-Cambered Glulam Beams." (Recipient of the 1983 Wood Award, First Place).

2. Keith L. Hillman, M.S.C.E., August 1982.
   Thesis - "Analysis and Design of Glulam Arches."

3. Sanjay V. Sohoni, M.S.C.E., December 1983
   Thesis - "Residual Stresses and Rebound Deformations in Curved Timber Members"

4. Samer Aboughaida, M.E., May 1984
   Thesis - "Stress Analysis of Notched Timber Beams"

5. Mamidi Ramakrishna, M.S.C.E., May 1985
   Project: "Computer-aided Analysis and Design of Steel Components"

6. Abdurrahian Uludag, M.E., May 1985
   Project: "Micro-computer Software for Analysis and Design of Timber Connections"

7. Mauricio Posso, M.E., December 1986
   Project: "Finite Element Analysis of Timber Beams with Circular Openings"

8. Moheb Mehrdad, M.S.C.E., May 1987
   Project: "Influence of MOE Variation on Flexural Stresses and Deformations in Tapered and Curved Glued Laminated Timber Beams"

9. Nikhil Kumar, M.S.C.E., May 1987
   Thesis - "Finite Element Analysis of Composite Structural Components and Systems"

10. Julio Diago, M.S.C.E., August 1987
    Thesis - "Influence of Geometric and Material Parameters on Second Order Effects in Composite Structural Elements"

11. Abdorrahim Nikravesh, M.S.C.E., December 1989
    Thesis - "Optimum Design of Pitch-Cambered Glued Laminated Beams"

12. Jose Simosa, M.S.C.E., December 1989
    Thesis - "Finite Element Analysis of Three Hinged Radial and Parabolic Glulam Arches"

13. Keith Rebello, Ph.D., May 1990
    Dissertation: "Analysis for Creep, Shrinkage and Temperature Effects on Expansion Joint Movements in Composite Prestressed Concrete Bridges"

14. Brett Yeary, M.S.C.E., May 1990
    Thesis - Flexural Strength Model for Glued Laminated Timber Beams"

15. Barry Gahagan, M.S.C.E., July 1990 (Co-Chair: Prof. Cousins)
    Project: "An Analytical Investigation of Thermal Loads on Prestressed AASHTO Girder Span Approaches"

16. Michael H. Badeaux, M.S.C.E., May 1992, (Co-Chair: Dr. Cousins)
    Thesis: "Development of a Standard Test for Bond Characteristics of Prestressing Strand"

17. Sreenivas Maddipudi, Ph.D., May 1992
    Dissertation: "Three Dimensional Nonlinear Analysis of Components of Reinforced

18

Concrete Framed Structures"

18. Shankar Nayak, M.S.E.Sc., May 1995
Project: "Development of an Information System Based on Oracle Database"

19. Sreenivas Cheka, M.S.E.Sc., May 1995
Project: "Application of a Graphical User Interface and a Relational Database to Obtain Allowable Stresses for Structural Wood Members"

20. Vidyasagar Kongara, M.S.C.E., May 1995
Thesis: "Second Order Analysis of Composite Members with Partial Interaction"

21. Runwei Zheng, M.S.C.E., December 1995
Thesis: "Interaction of Shear and Tension-Perpendicular-to-Grain in Dimension Lumber"

22. Jose Noe Martinez, M.S.C.E., May 1996; Ph. D., September 1999
Mater's Project: "Dynamic Analysis of Multi-story frames"
Ph. D. Dissertation: "Flexural Creep Analysis of Recycled Polymeric Structural Elements"

23. Yong Chen, M.S.C.E., May 1996
Thesis: "Influence of Shear on Tension-Perpendicular-to-Grain in Southern Pine Glulam Timber"

24. Sridevi Gatti, M.S.E.Sc., May 1996
Project: "Development of an Instructional Aid for Structural Timber Design Utilizing Visual Basic"

25. Shanti Surapaneni, M.S.E.Sc., May 1996
Project: "Enhancement of a Relational Database and User Interface for Determining Allowable Stresses in Structural Timber Design"

26. Srinivas Vaikuntum, M.S.E.Sc., May 1996, (Co-advisor: Dr. Wilmot)

27. Rajnikanth Codavali, M.S.E.Sc., May 1996

    Project: Prescriptive Design of Wood Framing for High Wind Loads

28. Rajesh Chand, M.S.E.Sc., May 1996 (Co-advisor: Dr. Wilmot)

29. Manoj Madhavan, M.S.E.Sc., May 1996 (Co-advisor: Dr. Wilmot)

30. Ravindra Gavini, M.S.E.Sc., May 1996

31. Kedarnath Thoota, M.S.E.Sc., May 1996

32. Janet Levitan, M.S.C.E., December 1996 (Co-advisor: Dr. Seals)
Thesis: "Mechanical Properties of Recycled Plastic Lumber"

33. Balaji Shastri, M.S.E.Sc., August 1997
Project: "Computer Aided Selection of Wood Floor and Ceiling Joists and Roof Rafters"

34. Krishnaveni Veeramani, M.S.E.Sc., August 1997
Project: "Graphic User Interface for Analysis and Design of Transmission Poles"

35. Kerry Reed, M.S.C.E., January 1998

Project: "Full Scale Testing of a Glued Laminated Timber Arch"

36. John Weathersby, Ph.D., May 2002
Dissertation: "Investigation of Bond Slip between concrete and Steel Reinforcement under Dynamic Loadings"

37. Arun Krishnamurthy, M.S.E.Sc., April 1998
Project: "Computer Aided Design of Structural Timber Members by LRFD Method"

38. Peter Bowlin, M.S.C.E., May 2001
Thesis: "Evaluation of Thermal and Mechanical Properties of Recycled Plastic Lumber"

39. Arun Prabhakaran, M.S.E.Sc., July 2002
Project: "Web Based Training Tool for Bridge Construction Engineers"

## University of Alabama in Huntsville

40. Prashant Tilkad, M.E.S. , December 2003
Thesis: "Thermal Effects on Partially Composite Structural Systems"
41. Ravidra Srinivas, M.E.S. , December 2003
Thesis: "Computer-aided Design of Polymer Composite Deck Systems"

## Tulane University

42. Hermann Alb, MSCE, December 2006
Thesis: "Load Behavior of Polymer Composite Railroad Ties"
43. Prashant Tilkad, Ph.D., May 2007
Dissertation: "Effects of Material and Connector Stiffness Variability on Load Response of Polymer Composite Structural Systems"
44. Robert Maher, MSCE, May 2007
Thesis: "Analysis of Construction Practices and Methods in Different Regions of Asia and Africa"

## University of New Orleans

45. Mary Kincaid, Doctoral Candidate

## University of Louisiana at LafayetteNew Orleans

46. Kwabena Abedi, M.S., May 2022 (Co-chair)
47. Waseem Khan, M.S., May 2023 (Co-chair)
48. David Appiah, M.S., May 2023 (Co-chair)
49. Kelvin Terkper, M.S., May 2024 (Co-chair)
50. Siam Junaed, M.S., May 2024 (Co-chair)
51. Nurul-Haque Mohammad, M.S., May 2024 (Co-chair)
52. Nelly Ankrah, M.S., Anticipated Graduation Date: May 2026 (Co-chair)
53. Atif Khan, Ph.D., Anticipated Graduation Date: May 2028 (Co-chair)
54. Serwah Ofofu, M.S., Anticipated Graduation Date: May 2028 (Co-chair)

Committee Member in thesis advisory committees at LSU, University of Alabama in Huntsville, Tulane University. University of New Orleans and University of Louisiana at Lafayette.

Served on over 95 M.S. and Ph.D. advisory committees at the five U.S. institutions over the last 47 years.

Member, Board of Examiners or External Examiner for the dissertations of the following doctoral candidates at overseas institutions:

Ms. Bhibi Das, Institute of Technology, Kanpur, India, 1985
P. Ramakrishnan, Indian Institute of Technology, Madras, India, 1990
Frank Lam, University of British Columbia, Canada, 1992
Liping Wu, University of Umea, Sweden, 2002
Paresh H. Shah, Indian Institute of Technology, Bombay, India, 2005
Jagadish Vengala, Visvesvaraya Technological University, Belgaum, India, 2014

## COURSES DEVELOPED AND/OR TAUGHT

### LSU

Undergraduate Courses:

1. CE 2450     Statics
2. CE 3082     Steel Design for Construction Majors
3. CE 3400     Mechanics of Materials
4. CE 3415     Structural Analysis-I
5. CE 3420*   Structural Analysis-II
6. CE 3440     Senior Design Project
7. CE 3981     Arch. Structures-I
8. CE 3982     Arch. Structures-II
9. CE 3983     Arch. Structures-III
10. CE 4400*  Principles of Steel Design
11. CE 4410    Principles of Concrete Design
12. CE 4420*  Principles of Prestressed Concrete Design
13. CE 4425*  Principles of Wood Mechanics and Design of Timber Structures
14. CE 4430*  Structural Engineering projects
15. CE 4435*  Statically Indeterminate Structures

*Technical Electives eligible for graduate credit

Graduate Courses:

1. CE 7400     Statically Indeterminate Structures - Classical Methods
2. CE 7405     Statically Indeterminate Structures - Matrix Methods
3. CE 7420     Limit Analysis and Design of Steel Structures
4. CE 7430     Structural Design for Dynamic Loads
5. CE 7440     Applied Elasticity
6. CE 7470     Theory of Elastic and Plastic Stability
7. CE 7750     Civil Engineering Seminar

### UAH, Tulane University and University of New Orleans

1. CEE 499 (UAH) - Civil Engineering Capstone Project Course

21

2. CVEN 461 (Tulane) Civil Engineering Capstone Project Course

3. CVEN 453/653 (Tulane) Timber Structures

4. CVEN 631 (Tulane) Dynamics of Structures

5. ENCE 6358 (UNO) - Advanced Steel Structural Design

## UNIVERSITY SERVICE

### LSU

1. Member, Department of Civil Engineering Undergraduate Program Committee (1978-1980).

2. Member, Department of Civil Engineering Graduate Programs Committee (1980- 1987).

3. Chair, Ad-hoc Committee on Michael Clause Memorial Award.

4. Member, Civil Engineering Department Consulting Policy Committee

5. Member, Civil Engineering Chair Review Committee (1984)

6. Member, Civil Engineering Department Promotion and Tenure Committee (1982. 1983, 1985, 1988)

7. Chair, Structural Engineering Faculty Search Committee (1985-87)

8. Chair, Dept. of Civil Engineering Undergraduate Program Committee (1988-89)

9. Chair, Civil Engineering Department Promotion and Tenure Committee (1989)

10. Chair, Civil Engineering Department Chair Search Committee (1989)

11. Chair, Structural Engineering Faculty Search Committee (1992-95)

12. Member, Louisiana Transportation Research Center Director Search Committee (1990)

13. Member, Engineering Graduate Council (1990-1996)

14. Graduate Programs Coordinator, Civil Engineering Department (1990-1996)

15. Graduate Advisor, Civil Engineering Department (1996-98)

16. Chair, Civil Engineering Graduate Program Committee (1990-98)

17. Member, ABET Accreditation Report Committee, Civil Engineering Department (1996-97)

18. Chair, Civil & Environmental Engineering Department Promotion and Tenure Committee (1997-98)

19. Member, Civil & Environmental Engineering Department Budget and Planning

20. Committee (1998-present)

21. Member, SACS Review Panel for Department of Mechanical Engineering, (1998)

22

**University of Alabama in Huntsville**

1. Member, College of Engineering Executive Committee, 8/2000-6/2003t

2. Member, College of Engineering ABET Task Committee, 8/2000 – 6/2003

**Tulane University**

1. Member, School of Engineering Executive Committee, 2003 - 2007

## PUBLICATIONS

### Books

1. Gopu, V. K. A. (editor), Evaluation and Upgrading of Wood Structures: Case Studies. Special Publication, American Society of Civil Engineers, New York, September 1986 (ISBN 0-87262-550-8).

2. Gopu, V.K.A. (editor), Proceedings of the International Wood Engineering Conference, 4 Volumes, pp. 2196, Omni Press, Madison, WI, October 1996.

3. Gopu, Vijaya (Editor), "Wood Engineering Challenges in the New Millennium – Critical Research Needs", ASCE Special Publication, June 2011

4. Gopu, V. K. A., Wood Structures: Design and Behavior – Allowable Stress Design. Prentice Hall, Inc., Englewood Cliffs, NY (in process).

### Book chapters

5. **Gopu, V. K. A.,** Wood: Engineering Design Concepts, Volume IV. Clark C. Heritage Memorial Series on Wood, EMMSE, University Park, PA, December 1986.

### Refereed Journal Articles

6. **Gopu, V. K. A**. and Goodman, J. R., "Analysis of Double-Tapered Pitched and Curved Laminated Beam Section," Wood Science, Vol. 7, No. 1, pp. 52-60, July 1974.

7. **Gopu, V. K. A**. and Goodman, J. R., "Full Scale Tests on Double-Tapered Pitched and Curved Glulam Beams," Journal of the Structural Division, ASCE, ST12, pp. 2609-2626, Dec. 1975.

8. **Gopu, V. K. A**., and Goodman, J. R., "Design of Double-Tapered Pitched and Curved Glulam Beams," Journal of the Structural Division, ASCE, ST10, pp. 1921-1936, Oct., 1977.

9. **Gopu, V. K. A**., "Radial Stresses in Curved Glulam Beams," Journal of the Structural Division, ASCE, ST11, pp. 2143-2150, November 1980.

10. **Gopu, V. K. A.,** "A Simplified Design Procedure for Pitch-Cambered Glulam Beams," Technical Note 4, American Institute of Timber Construction, Denver, CO, June 1981.

11. **Gopu, V. K. A.,** "Repaired Pitch-Cambered Glulam Beams," Journal of the Structural Division, ASCE, ST7, pp. 1251-1261, July 1981.

12. **Gopu, V. K. A**., "Estimation of Pitch Cambered Glulam Beam Deflections", Technical Note 4a, American Institute of Timber Construction, Denver, CO, September 1982.

13. **Gopu, V. K. A.,** "Design of Beams - Solid and Laminated," in the <u>Journal</u> of <u>Materials</u> <u>Education</u>, Vol. 7, No. 3, pp. 453-562, 1985.

14. Vincent, Todd A., and **Gopu, V. K. A**., "Rational Design of Radial Reinforcement in Pitch-Cambered Glulam Beams," <u>Forest</u> <u>Products</u> <u>Journal</u> (First place Wood Award paper), Vol. 35, No. l, pp. 61-67, January 1985.

15. Girhammar, U., and **Gopu, V. K. A**., "Analysis of P-Ä Effects in Composite Beam Columns of Timber and Concrete," <u>Forest</u> <u>Products</u> <u>Research</u> <u>International</u>, April 1985.

16. Uludag, A., and **Gopu, V. K. A**., "User-Interactive Micro-Computer Software for Design of Timber Connections," <u>Micro-Computer</u> <u>Applications</u> <u>in</u> <u>Civil</u> <u>Engineering</u>, Vol. l, pp. 80-95, Canadian Society of Civil Engineers, May 1986.

17. Girhammar, V., and **Gopu, V. K. A**., "Influence of Connector Parameters on Second Order Effects in Composite Beam Columns," <u>Civil</u> <u>Engineering</u> <u>Nomographs</u>, TULEA 1986:0l6, pp. l-22, University of Lulea, Sweden, June 1986

18. Avent, R. R., **Gopu, V. K. A**., and Boudreaux, R., "Epoxy Repair of a Tapered Glulam Roof Beam," <u>ASCE</u> <u>Special</u> <u>Publication</u> <u>on</u> <u>Evaluation</u> <u>and</u> <u>Upgrading</u> <u>of</u> <u>Wood</u> <u>Structures</u>, pp. 5l-72, September 1986.

19. Subcommittee on Wood Research-**V. Gopu,** Chair - ASCE, "Structural Wood Research Needs," <u>Journal</u> <u>of</u> <u>Structural</u> <u>Engineering</u>, ASCE, Vol. 112, No. 9, pp. 2155-2165, September 1986.

20. **Gopu, V. K. A**., "Pitch-Cambered Glued Laminated Beam Deflections," <u>Forest</u> <u>Products</u> <u>Journal</u>, Vol. 35, No. 2, pp. 33-38, October 1986.

21. **Gopu, V. K. A**., "Validity of Distortion Energy Based Strength Criteria for Timber Members," <u>Journal</u> <u>of</u> <u>Structural</u> <u>Engineering</u>, ASCE, ST12, pp. 2475-2487, Dec., 1987.

22. Kumar, N. and **Gopu, V. K. A**., "Stiffness of Framing Members with Partial Composite Action," <u>Journal</u> <u>of</u> <u>Structural</u> <u>Engineering</u>, ASCE, ST12, pp. 2522-2524, Dec., 1987.

23. Buckner, C. D. and **Gopu, V. K. A.,** "Some Design Aspects of Pitch Cambered Glued Laminated Beams," <u>Journal</u> <u>of</u> <u>Structural</u> <u>Engineering</u>, ASCE, Vol. 114, No. ST4, pp. 869-884, April 1988.

24. **Gopu, V. K. A.** and Mansour, M. H., "Influence of MOE Variability of Key Stresses in Tapered and Curved Beams of Constant Depth," <u>Forest</u> <u>Products</u> <u>Journal</u>, Vol. 39, No. 3, pp. 39-44, 1989.

25. **Gopu, V. K. A.,** "Modifications to the Design Procedure for Pitched Tapered and Curved Glued Laminated Timber Beams," <u>Technical</u> <u>Note</u> <u>No.</u> <u>16</u>, American Institute of Timber Construction, Vancouver, WA, January 1990.

26. Girhammar, V. A., and **Gopu, V. K. A**., "Analysis of P-Ä effect in composite Timber-Concrete Beam-Columns," <u>Journal</u> <u>of</u> <u>the</u> <u>Institution</u> <u>of</u> <u>Civil</u> <u>Engineers</u>, England, December 1990.

27. **Gopu, V. K. A**., "A Simplified Procedure for Selection of Geometric Parameters for Pitch Cambered Glulam Beams," <u>Technical</u> <u>Note</u>, American Institute of Timber Construction, Vancouver, WA, February 1991.

28. Girhammar, U. A. and **Gopu, V. K. A**., "Composite Beam Columns with Interlayer slip - Exact Analysis," <u>ASCE</u> <u>Structural</u> <u>Journal,</u> Vol. 119, No. 4, 1265-1282, April 1993.

29. Cousins, T.E., Francis, L.H., Stallings, J.M., and **Gopu, V**., "Spacing and Concrete Cover Requirements for Epoxy Coated Prestressing Strand in Unconfined Sections", <u>Journal of the Prestressed Concrete Institute,</u> Vol. 38, No. 5, 76-84, September/October 1993

30. Wang, Z., Choong, E.T., and **Gopu, V.K.A**., "The Effect of Pre-steaming on Drying Stresses of Red Oak Using a Coating and Bending Method" <u>Journal of Wood Science,</u> Vol. 26(3), 1994

31. Pentas, H., Avent, R.R., **Gopu, V. K. A**. and Rebello, K., "Field Study of Bridge Temperature in Composite Bridges", <u>Transportation Research Record, Transportation Research Board</u>, National Research Council, No. 1460, pp.45-52. 1994

32. Pentas, H.A., Avent, R.R., **Gopu, V.K.A**., Rebello, K., "Field Study of Longitudinal Movements in Composite Bridges", <u>Transportation Research Record, Transportation Research Board</u>, National Research Council, No. 1476, pp.117-128, 1995.

33. **Gopu, V.K.A**. (Principal Author), "Standard Test Method for Shear Properties of Plastic Lumber and Shapes", <u>ASTM D-6112</u>, Philadelphia, 1997

34. Krishnaswamy, P.K., Gopu, V.K.A. , et al "Standard Test Method for Flexural Properties of Unreinforced and Reinforced Plastic Lumber", <u>ASTM D-6109</u>, 1997

35. Seals, R.K., and **Gopu, V.K.A**., (Principal Authors), "Standard Test Method for Compressive and Flexural Creep and Creep Rupture of Plastic Lumber Shapes", <u>ASTM D-6112</u>, Philadelphia, 1997

36. Krishnaswamy, P.K., **Gopu, V.K.A**., McLaren M., et.al. "Standard Specification for Polyolefin-Based Plastic Lumber Decking Boards", <u>ASTM D-6662-01,</u> Philadelphia, 2001

37. Piao, C., T.F. Shupe, **V.J. Gopu**, and C.Y. Hse., "Theoretical Modeling and Experimental Analyses of Laminated Wood Composite Poles". <u>Wood and Fiber Science</u>. 37(4):662-672. . 2005

38. **Gopu, V**., "Integration of Composites in Timber Bridge Rehabilitation to Inhibit Decay and Improve Service Life", Wood Design Focus – <u>Journal of Contemporary Wood Engineering</u>, Vol. 26, No. 4, Pg. 7-13, 2016

39. **Gopu, V**., Okeil, A. and Seals, R.K., "A Modest Proposal: Field Monitoring and Measurements Education", <u>Current Trends in Civil and Structural Engineering</u>, Iris Publishers, August 2019.

40. Kwabena Abedi, Julius Codjoe, **Vijaya Gopu**, "Data-Driven Decisions in Transportation – An Assessment of Louisiana's Freight Mobility Goals", <u>Journal of Modern Mobility Systems</u>, Issue 1, Volume 1, 2022

41. Kwabena Abedi, Raju Thapa, Julius Codjoe, **Vijaya K.A. Gopu**, "Evaluation of Louisiana's Commercial Vehicle Operations (CVO) – Example of Performance Measurement of Transportation Systems", <u>Journal of Modern Mobility Systems</u>, Volume 1, 2022

42. K. Abedi, J. Codjoe, R. Thapa, **V. Gopu**, "Making Data-Driven Transportation Decisions for Freight Operations", <u>Journal of Transportation Technologies</u>, Volume 13, July 2023

43. Guang Tian, Bob Danton, Bin Li, Vijaya Gopu, Julius Codjoe, " Understanding household VMT generation: A comparative analysis with traditional statistical models and a machine-learning approach", The Journal of Transport and Land Use,  Vol. 17 No. 1 [2024] pp. 881–901

44. Ilerioluwa Giwa, Ali Kazemian, **Vijaya Gopu**, Tyson Rupnow, "A Compressive Load Bearing Analysis of 3D Printed Circular Elements", Buildings, July 2024, 14, 2170

45. Kouhyar Sheida, Mohammad Seyedi, Mohammad Ali Afridi, Farzad Ferdowsi, Mohammad J. Khattak, **Vijaya Gopu** and Tyson Rupnow, "Resilient Reinforcement Learning for Voltage Control in an Islanded DC Microgrid Integrating Data-Driven Piezoelectric, Machines 2024, 12 (10), 694, October 1, 2024

46. W. A. Khan, M. Moomen, M. A. Rahman, K. A. Terkper, J. Codjoe, and **V. Gopu**, "Predicting Crash-Related Incident Clearance Time on Louisiana's Rural Interstate Using Ensemble Tree-Based Learning Methods," Applied Sciences, vol. 14, no. 23, Art. no. 23, Jan. 2024

47. Tanvir Faisal, Li Hui, Mohammad J. Khattak, **Vijaya Gopu**, Walid Alaywan, Guillermo Escoto, "Periodic cellular core sandwich panel (CCSP) for bridge deck applications", Engineering Structures 328 (2025) 119791

48. Iselobhor Vincent Ikhine, Firouz Rosti, Farid Hosseinpour, Pavel Kraus, **Vijaya Gopu**, Samuel Cooper III, "Experimental Study on the Strength Behavior of Concrete Reinforced with Cornhusk Fiber", Steps for Civil, Constructions and Environmental Engineering, Volume 3, Issue 1, pp: 1-12 February 2025

49. Kwabena Abedi, Jim Lee, Julius Codjoe, **Vijaya Gopu**, "Application of Lean Six-Sigma Concepts to Performance Management Systems in Transportation – Six-Step to Establishing Performance Measures", International Journal of Advanced Engineering and Management Research, Vol. 10, No. 06: 2025

50. Khalilullah Taj, Yen-Fang Su, **Vijaya Gopu**, Tyson Rupnow, "Comprehensive Evaluation of Economical Self-Sensible Cementitious Composites: Durability and Mechanical Properties", Accepted for publication in Journal of Building Engineering.

51. Hadi Salehi, Nazila Jamshidighadikolaei, **Vijaya Gopu**, Walid Alaywan, "Lab-to-Field Transfer Learning in Bridge Monitoring: A Hybrid Structural Health Monitoring Framework Integrating Deep Learning and Unmanned Aerial Vehicle Imagery", Accepted for publication in Machine Learning Applications,

52. Drew Damich, Hota GangaRao, **Vijaya Gopu**, and Walid Alaywan, "Timber Bridge Pile Splicing with Traditional and Fiber Reinforced Polymer Wrap Methods", ASCE Journal of Structural Engineering (under review)

53. M. A. Rahman, M. Moomen, K. A. Terkper, J. Codjoe, **V. Gopu,** " Examining Influential Factors in Large Truck Rollover Crashes on Non-mountainous Interstate Roadways: A Random-Parameter Probit Analysis ", International Journal of Injury Control and Safety Promotion (under review).

54. W. A. Khan, M. Moomen, M. A. Rahman, A. Khan, J. Codje, **V. Gopu**, "Development of Incident Duration Prediction Models and Analyzing Factors Impacting Crash-Related Incidence Clearance Time on Urban Interstate Highways", International Journal of Intelligent Transportation Systems Research (under review).

55. A. Khan, M. A. Rahman, M. Moomen, E. Mitran, J. Codjoe, N. A. Ankrah, and **V. Gopu,** "A Hybrid Framework to Examine Factors of Speeding-Involved Young Driver Crashes with Latent Class Clustering and ARM", Transportation Research Record (under review).

56. N. Sakib, M. A. Rahman, S. Junaed, A. Khan, S. Das, M. Moomen, J. Codjoe, and **V. Gopu**, "Explainable Machine Learning for Analyzing Factors Influencing Emergency Medical Services Response Times on Interstate Highways", Accident Analysis and Prevention (under review).

57. M. A. Rahman, T. Bhowmik, P. K. Roy, S. Junaed, A. Khan, M. Moomen, J. Codjoe, **V. Gopu,** "Copula-Based Approach to Modeling Emergency Medical Services Reporting, Response, Clearance, and Transportation Times for Traffic Incidents on Interstates", Accident Analysis and Prevention. (under review)

58. Pranav Pothapragada, Xiangyu Meng, **Vijaya Gopu**, and Julius Codjoe, "Evaluating Eco-Driving Algorithms in Mixed Traffic Scenarios with Varied Penetration Rates," IEEE Transactions on Intelligent Transportation Systems. (under review)

## Journal Articles ready for submission

i. **Gopu, V**., Okeil, A. and Seals, R.K. "Introduction of Structural Health Monitoring to Civil Engineering Education", to be submitted to Journal of Civil Structural Health Monitoring

ii. **Gopu, V**. and Alaywan, Walid, "FRP Strengthening of White Bayou Bridge", to be submitted to Transportation Research Record

iii. Balaguru, P. and **Gopu, V**., "Repair of Morganza Spillway Bridge Bent Pile Cap using Carbon Fiber Reinforcement", to be submitted to Transportation Research Record

iv. Prithvi Raj Singh, Raju Gottumukkala1, Satya Katragadda, SanaTafleen, **Vijaya Gopu** and Khalid Elgazzar, "Improving Reliability of Live Video Streaming in Unstable Networks using Edge Buffering and Restart-with-Delayed-Retransmission", (to be submitted)

v. M. Teruyama, S. S. Stanley, L. A. Smith, G. Palardy and **Vijaya Gopu**, "Analysis of Exothermic Response, Cure Kinetics, and Printing Parameters for Freeform Additively Manufactured Photopolymers" (to be submitted)

## Refereed Conference Proceedings (Partial List)

59. **Gopu, V. K. A**., Prasad, S. N., and Sohoni, S. V., "Residual Stresses and Spring back in Curved Glulam Members," Proceedings of the ASCE Engineering Mechanics Division Specialty Conference held at Purdue University, Lafayette, IN, May 23-25, 1983.

60. **Gopu, V. K. A**., "State of the Art - Analysis and Design of Non-Prismatic Glue Laminated Beams," Proceedings of the Pacific Timber Engineering Conference, Volume III, No. 063-5, pp. 95-101, May 1984.

61. Vincent, T. A., and **Gopu, V. K. A**., "Design of Radially Reinforced Tapered and Curved Glulam Beams," Proceedings of the Pacific Timber Engineering Conference, Volume III, No. 063-5, pp. 87-94, May 1984

62. Aboughaida, S., and **Gopu, V. K. A**., "Shear Strength of Notched-Timber Beams," Proceedings of the Pacific Timber Engineering Conference, Volume III, No. 063-5, pp. 79-

86, May 1984.

63. Aboughaida, S., and **Gopu, V. K. A.**, "Stress Concentrations in Notched Timber Beams," Proceedings of the Fifth ASCE EMD Specialty Conference, Laramie, Wyoming, August 1984.

64. **Gopu, V. K. A.**, "Micro-Computer Aided Analysis and Design of Timber Flexural Members," Proceedings of the 4th National Conference on Microcomputers in Civil Engineering, Orlando, Florida, November 1986.

65. **Gopu, V. K. A.**, "Rational Design of Tapered and Curved Glued Laminated Timber Members without Haunches," Proceedings of the Annual Meeting of the American Society of Agricultural Engineers, Chicago, IL, December 1987.

66. Avent, R. R. and **Gopu, V. K. A.**, "Measurement of Short Term and Long Term Movements in Concrete Bridge Decks," Proceedings of the International Colloquium on Concrete in Developing Countries, Bombay, India, January 1988

67. Magdi, M. and **Gopu, V. K. A.**, "Effect of MOE Variability on Pitch-Cambered Glulam Beam Stresses and Deflections," Proceedings of the 1988 World Conference on Timber Engineering, Vol. l, pp. 886-891, Seattle, Washington, September 1988.

68. Kumar, N. and **Gopu, V. K. A.**, "Finite Element Analysis of Wood Floor Systems with GTSTRUDL," Proceedings of the 1988 World Conference on Timber Engineering, Vol. 2, pp. 29-36, Seattle, Washington, September 1988.

69. **Gopu, V. K. A.** and Buckner, C. D., "An Optimum Design Procedure for Double Tapered Pitched and Curved Glued Laminated Beams," Proceedings of the 1988 World Conference on Timber Engineering, Vol. 2, pp. 864-871, Seattle, Washington, September 1988.

70. Diago, J. C. and **Gopu, V. K. A.**, "Approximation of Second Order Effects in Composite Timber Beam-Columns," Proceedings of the 1988 World Conference on Timber Engineering, Vol. 2, pp. 872-880, Seattle, Washington, September 1988.

71. Mansour, M. M. and **Gopu, V. K. A.**, "Statistical Analysis of Stresses in Non-Homogeneous Pitched Curved Beams of Constant Depth," Proceedings of the Pacific Timber Engineering Conference, Auckland, New Zealand, August 28-31, 1989.

72. **Gopu, V. K. A.** and Mansour, M. M., "Effect of MOE Variability on Pitch-Cambered Glued Laminated Beam Deflections," Proceedings of the Pacific Timber Engineering Conference, Auckland, New Zealand, August 28-31, 1989.

73. Rebello, K. J., **Gopu, V. K. A**. and Avent, R. R., "Time Dependent Analysis for Bridge Movements," Proceedings of the Third International Colloquium on Concrete in Developing Countries, Beijing, China, May 1990.

74. Mansour, M. and **Gopu, V. K. A.**, "Statistical Analysis of Laminated Beam Deflections due to MOE Variability" Proceedings of the 1990 International Timber Engineering Conference, Tokyo, Japan, October 1990.

75. **Gopu, V. K. A.** and Simosa, J., "Stress Analysis of Three Hinged Circular and Parabolic Glued Laminated Timber Arches," Proceedings of the 1990 International Timber Engineering Conference, Tokyo, Japan, October 1990.

76. **Gopu, V. K. A.**, and Yeary, L. B., "Evaluation of Flexural Strength of Glued Laminated Timber Beams," Proceedings of the International Timber Engineering Conference, London, England, September 1991.

77. **Gopu, V.K.A**. and Reed, K.F., "Rational Estimation of Deflections in Pitch-Cambered Glued Laminated Beams with Loose Haunches", Proceedings of the Pacific Timber Engineering Conference, Brisbane, Australia, July 1994, Vol.2, pp. 240-247

78. **Gopu, V.K.A.** "Volume Effect on Flexural Strength of Long Span Glued Laminated Timber Beams", Proceedings of the Pacific Timber Engineering Conference, Brisbane, Australia, July 1994, Vol. 1, pp. 646-655.

79. Chen, Y. and **Gopu, V.K.A**., "Influence of Tension-Perpendicular-to-Grain on Shear Strength of Southern Pine Glulam Timber", Proceedings of the '98 World Timber Engineering Conference, Lausanne, Switzerland, August 1998

80. Avent, R.R. and **Gopu, V.K.A**., "Remaining Strength of In-service Timber Piles", Paper Remaining Strength of Hollowed Timber Piles", Proceedings of the '98 World Timber Engineering Conference, Lausanne, Switzerland, August 1998

81. **Gopu, V. K. A.** and Seals, R. K., "Mechanical Properties of Recycled Plastic Lumber and Implications in Structural Design", Proceedings of the International Composites Conference , Cincinnati, OH, May 1999

82. Krishnaswamy, Prabhat, and **Gopu, V.K.A.**, "ASTM Standards, Building Codes and Design Basis for Thermoplastic Composite Lumber", Proceedings of the Intertech Conference on Global Outlook for Natural Fiber and Wood Composites, December 2004.

83. Talkad, P. and **Gopu, V.K.A**., " Thermal Effects on the Response of Structural Composite Lumber Decks", Proceedings of the World Conference on Timber Engineering, Portland, August 2006

84. **Gopu, V.K.A.** and Reed, K., " Service and Ultimate Load Behavior of Full-Scale Three-Hinged Glued Laminated Tudor Arch ", Proceedings of the World Conference on Timber Engineering, Portland, August 2006

85. Mattei, N.J. and **Gopu, V.K.A.** "A Tale of Two CEE Departments: Civil Engineering Education in New Orleans Post-Katrina", Proceeding of the ASEE Annual Conference, Honolulu, HI, June 2007

86. **Gopu, V.K.A.**, "Applications of Recyclable Polymeric Materials in Light Frame Construction to Mitigate Environmental Damage in Extreme Events", Proceedings of the American Chemical Society Annual Meeting, New Orleans, LA, April 2008

87. Kaake, C. M. and **Gopu, V.K.A**., "Mitigation of Flood Damage through Raised Wood Floor Construction", Proceedings of the World Conference on Timber Engineering, Miyazaki, Japan, June 2008

88. DeKee, D. and **Gopu, V.**, "Innovative Repair of Deteriorated Timber Piles Utilizing Nano-Polymer Composites", Proceedings of the World Conference on Timber Engineering, Miyazaki, Japan, June 2008

89. **Gopu, V.** "Applications of Recyclable Polymeric Materials in Light Frame Construction to Mitigate Environmental Damage in Extreme Events, Proceedings of the American Chemical Society Annual Meeting, New Orleans, LA, April 2008

90. **Gopu, V.** and Mattei, N.J., "Threat to Engineering Education in Certain Higher Education Environments in the U.S." Proceedings of the International Conference on Engineering Education, Budapest, Hungary, July 2008

91. **Gopu, V.**, "Building Code Changes After Katrina", Proceedings of Return to Katrina Conference, Long Beach, MS, June 2010

92. **Gopu, V.** and  Levitan, M. , "Impact of Hurricane Katrina on Wood Frame Construction Standards in the U.S. Gulf Coast Region" Proceedings of the International Conference on Engineering Education, Riva Del Garda, Italy, July 2010

93. **Gopu, V.**, Gupta, R. and van de Lindt, J. "Critical Research Needs and Wood Engineering Challenges in the New Millennium", Proceedings of the International Conference on Engineering Education, Riva Del Garda, Italy, July 2010

94. **Gopu, V.**, "FRP Strengthening of Reinforced Concrete Bridges", Proceedings of the International Conferences on Life-Cycle Performance of Bridges and Structures, Changsha, China, July 2010

95. **Gopu, V.**, "Survival of Engineering Programs in Challenging Economic Times – Issues and Strategies", Proceedings of the ASEE Global Colloquium, Singapore, October 2010

96. **Gopu, V.,** "Lessons Learned from the Behavior of Light-frame Timber Structures in Earthquakes and Effective Strategies to Improve their Seismic Resistance", Proceedings of the International Conference on Earthquake Analysis and Design, Coimbatore, India, November 2011

97. Maher, R., **Gopu, V.**, Montgomery, S., Price, C., "Quality of Reinforced Concrete Housing in Asia". Proceedings of the International Symposium on Construction, ATINER, Athens, Greece, June 2012

98. Gopu, V., Avent, R., "Effect of Incipient Decay on Strength and Stiffness of Timber Piles", Proceedings of the World Conference on Timber Engineering, Auckland, New Zealand, July 2012

99. **Gopu, V.**, Levitan, M., " Best Design Practices for Wood Frame Construction in Tornado Prone Areas", Proceedings of the World Conference on Timber Engineering, Auckland, New Zealand, July 2012

100. **Gopu, V.**, Seals, R., "Field Monitoring and Measurements Education – Needs and Means", Proceedings of the ASCEE Global Colloquium, Buenos Aires, Argentina, October 2012

101. **Gopu, V.**, Seals, R., "Field Monitoring Education in a Civil Engineering Curriculum", Proceedings of the International Conference on Engineering Education and Research, Marrakesh, Morocco, June 2013

102. **Gopu, V.**, Wacker, J., "Inspection of Louisiana Timber Bridges", Proceedings of the International Conference on Timber Bridges, Las Vegas, NV, September 2013

103. **Gopu, V.**, "Performance of Light Frame Structures Subject to Extreme Wind Loads", Proceedings of the Asia Pacific Conference on Wind Engineering, Chennai, India, December 2013

104. **Gopu, V.**, "Rehabilitation of Timber Bridge Structures Using FRP – Opportunities and Challenges", Proceedings of the Workshop on Global Innovations in Infrastructure with Advanced Composites, Nanjing, China, October 2014

105. James P. Wacker1, Brian K. Brashaw, Tom Williamson, **V.J. Gopu**, P. David Jones, Travis K. Hosteng, Matthew Smith, "Service Life Assessment of Timber Highway Bridges in USA Climate Zones", Proceedings of the World Conference on Timber Engineering, Quebec City, Canada, August 2014.

106. **Gopu, V.**, "Condition Assessment of Timber Bridges in the Southeastern United States", Proceedings of the European Bridge Conference, Edinburgh, June 2015

107. **Gopu, V.**, "Application of FRP Composites in Enhancing the Service Life of Timber Bridges in Severe Decay Zones", Proceedings of the World Conference on Timber Engineering, Vienna, Austria, August '16

108. **Gopu, V.**, "Utilizing FRP Composites to Restore Load Rating of Timber Bridges", Proceedings of the 6th International Conference on Structural Engineering, Mechanics and Computation (Elsevier Publication), Cape Town, South Africa, September '16

109. **Gopu, V.**, "Introduction of Structural Health Monitoring to Civil Engineering Education" Proceedings of the ASEE Gulf South Conference, Austin, TX, April 5-6, 2018

110. **Gopu, V.**, "Damage to Light Frame Structures from the 2018 Hurricanes in the U.S.", Proceedings of the International Workshop on Wind Effects on Buildings and Urban Environment, Tokyo Polytechnic University, Atsugi, Japan, Mar 10-12, 2019

111. **Gopu, V.**, "Application of FRP Composites for Strengthening Reinforced Concrete Bridges", Proceedings of the 3rd Global Conference on Applied Science, Engineering and Technology, Dubai, October 2019.

112. **Gopu, V.**, "Rehabilitation of White Bayou Bridge", Proceedings of the International Conference on Infrastructure-Construction, Lisbon, October 15-16, 2020

113. **Gopu, V.**, "Field Repair of Timber Piles in Highway Bridges", Proceedings of the Seventeenth International Conference on Technology, Knowledge, and Society, April 2020, Melbourne, Australia.

114. **Gopu, V.**, "Performance of Light Frame Structures in 2019 Hurricanes", Proceedings of the International Conference on Civil Engineering Research, July 2020

115. **Gopu, V.**, "Rehabilitation of Deteriorated Timber Piles using Fiber Reinforced Polymer (FRP) Composites", Proceedings of the 63rd Alabama Transportation Conference, February 11-12, 2020

116. **Gopu, V.**, "Impact of Hurricanes on Coastal Light Frame Structures", Proceedings of the International Meet on Applied Science, Engineering and Technology, Copenhagen, June 23-25, 2022.

31

117. **Gopu, V**., Okeil, A., and Seals, R. K., "Structural Health Monitoring for Transportation Professionals", Proceedings of Explore Innovations and Advanced Technologies in Civil Engineering and Architecture, April 28-29, 2022

118. **Gopu, V.,** "Resilience of Light Frame Structures", Proceedings of World Conference on Materials Science and Nanotechnology, September 5-6, 2022, Bangkok, Thailand

119. Hota Ganga Rao, John Harper, **Vijaya Gopu**, and Walid Alaywan, "Response of Fiber Reinforced Polymer (FRP) Wraps for Timber Bridges", Proceedings of the 2023 International Conference and Exhibition on Reinforced Plastics, Mumbai, India, January 18-20, 2023

120. M. Ashifur Rahman, Milhan Moomen , Julius Codjoe, **Vijaya Gopu**, "Investigating Key Factors of Large Truck Rollover Crashes on Interstates: A Study Using Random-Parameter Binary Probit Model", Poster Session 2037 presentation, Transportation Research Board Annual Meeting, Washington, D.C., January 2024

121. Milhan Moomen, Julius Codjoe and **Vijaya Gopu**, " Exploring the Influence of Transportation Equity Factors on Pedestrian Crashes in Louisiana", Proceedings of the International Conference on Human Factors in Design, Engineering, and Computing, Honolulu, Hawaii, December 8-10, 2024

122. A. Khan, M. A. Rahman, M. Moomen, E. Mitran, J. Codjoe, N. A. Ankrah, and **V. Gopu**, "A Hybrid Framework to Examine Factors of Speeding-Involved Young Driver Crashes with Latent Class Clustering and ARM". To be presented in the poster session of 105th Transportation Research Board (TRB) Annual Meeting, January 11-15, 2026.

123. N. Sakib, M. A. Rahman, S. Junaed, A. Khan, S. Das, M. Moomen, J. Codjoe, and **V. Gopu**, "Explainable Machine Learning for Analyzing Factors Influencing Emergency Medical Services Response Times on Interstate Highways". To be presented in the poster session of 105th Transportation Research Board (TRB) Annual Meeting, January 11-15, 2026.

124. M. Moomen, N. H. Mohammed, M. A. Rahman, J. Codjoe, and **V. Gopu**, "An Analysis of Pedestrian Crash Risk Factors in Louisiana using Multiscale Geographically Weighted Binomial Regression". To be presented in the poster session of 105th Transportation Research Board (TRB) Annual Meeting, January 11-15, 2026.

125. N. Ankrah, M. Moomen, M. A. Rahman, E. Mitran, J. Codjoe, and **V. Gopu**, "Applying Machine Learning Techniques in Predicting Severity of Speeding Related Crashes in Louisiana". To be presented in the lectern session of 105th Transportation Research Board (TRB) Annual Meeting, January 11-15, 2026.

126.  M. A. Rahman, T. Bhowmik, P. K. Roy, S. Junaed, A. Khan, M. Moomen, J. Codjoe, **V. Gopu**, "Copula-Based Approach to Modeling Emergency Medical Services Reporting, Response, Clearance, and Transportation Times for Traffic Incidents on Interstates". To be presented in the poster session of 105th Transportation Research Board (TRB) Annual Meeting, January 11-15, 2026.

**Non-refered Conference Papers and Research Reports (Partial List)**

1. Gopu, V. K. A., Goodman, J. R., Vanderbilt, M. D., Criswell, M. E., and Bodig, J., "Analysis of Double-Tapered Curved Glulam Beams," Structural Research Report No. 9, Colorado State University, Fort Collins, CO, 1972.

2.  Gopu, V. K. A., and Goodman, J. R., "Stress Analysis of Double-Tapered and Curved Laminated Beam Section," Proceedings of the 27th Annual Meeting of the Forest Products Research Society, Anaheim, CA, June 25, 1973.

3.  Gopu, V. K. A., and Goodman, J. R., "Full-Scale Tests on Double-Tapered Pitched and Curved Glulam Beams," Proceedings of the ASCE National Structural Engineering Convention, New Orleans, LA, April 1975.

4.  Gopu, V. K. A., Goodman, J. R., Vanderbilt, M. D., and Bodig, J., "Design and Behavior of Double-Tapered Pitched and Curved Glulam Beams," Structural Research Report No. 16, Colorado State University, Fort Collins, CO, 1975.

5.  Gopu, V. K. A., "Behavior of Radially Reinforced Double-Tapered Pitched and Curved Glulam Beams," Paper presented at the 33rd Annual Meeting of the Forest Products Research Society, San Francisco, CA, July 8-13, 1979.

6.  Gopu, V. K. A., "Simplified Design of Double-Tapered and Curved Glulam Beams," Paper presented at the American Institute of Timber Construction Task Committee Meeting, Denver, CO, Jan., 1980.

7.  Gopu, V. K. A., "Radial Stresses in Curved Glulam Beams of Rectangular Cross-Section," paper presented at the 34th Annual Meeting of the Forest Products Research Society Annual Meeting, Boston, MA, July 6-11, 1980.

8.  Gopu, V. K. A., "Distortion Energy Distributions in Non-prismatic Glulam Beams," Structural Research Report, Department of Civil Engineering, Louisiana State University, May 1981.

9.  Gopu, V. K. A., "Are Interaction Equations Based on Energy Principles Valid in Timber Design?" paper presented at the 35th Annual Meeting of the Forest Products Research Society, St. Paul, MN, June 21-26, 1981.

10. Gopu, V. K. A., "Deflections in Pitch-Cambered Glulam Beams," Paper presented at the 35th Annual Meeting of the Forest Products Research Society, St. Paul, MN, June 1981.

11. Gopu, V. K. A., "A Report on the Development of a Course in Wood Mechanics and Design of Timber Structures," NSF Project Completion Report, Louisiana State University, LA, June 1982.

12. Vincent T. and Gopu, V. K. A., "Rational Design of Reinforcing in Pitch-Cambered Glulam Beams," Paper presented at the 36th Annual Meeting of the Forest Products Research Society, New Orleans, LA, June 1982.

13. Gopu, V. K. A., "Estimation of Deflections in Pitch Cambered Glulam Beams," Structural Research Report, Louisiana State University, LA, July 1982.

14. Vincent, T., and Gopu, V. K. A., "Design of Reinforced Pitch-Cambered Beams," Structural Research Report, Louisiana State University, LA, August 1982.

15. Hillman, K., and Gopu, V. K. A., "Analysis and Design of Glulam Arches," Structural Research Report, LSU, September 1982.

16. Gopu, V. K. A., and Buckner, C. D., "Optimum Design of Pitch Cambered Glulam Beams," Paper presented at the 37th Annual International Meeting of the Forest Products Research

Society, Norfolk, VA, June 1983.

17. Gipson, G. S. and Gopu, V. K. A., "Stress Analysis of Tapered Glulam Beams," Paper presented at the 37th Annual International Meeting of the Forest Products Research Society, Norfolk, VA, June 1983.

18. Gopu, V. K. A., and Hining, M., "Design of an l20 Foot Span Glulam Tudor Arch Structure," Paper presented at the 37th Annual International Meeting of the Forest Products Research Society, Norfolk, VA, June 1983.

19. Sohoni, S. V., and Gopu, V. K. A., "Fabrication Stresses and Rebound Deformations in Curved Glulam Members, Structural Research Report, Department of Civil Engineering, Louisiana State University, December 1983.

20. Gopu, V. K. A., "Design of Timber Structures," Structural Engineering Report, Louisiana State University, March 1984.

21. Aboughaida, S., and Gopu, V. K. A., "Stress Analysis of Notched Timber Beams," Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, LA, May 1984.

22. Hillman, K., and Gopu, V. K. A., "Rational Design of Radial Arches," paper presented at the 38th Annual Meeting of the Forest Products Research Society, St. Louis, Missouri, June 1984.

23. Gopu, V. K. A., "Design of Beams - Solid and Laminated," in the Journal of Materials Education, Vol. 7, No. 3, pp. 453-562, 1985.

24. Uludag, A., and Gopu, V. K. A., "Computer Aided Analysis and Design of Timber Connections," Structural Research Report, Louisiana State University, Baton Rouge, May 1985.

25. Mammidi, R., and Gopu, V. K. A., "Computer Aided Analysis and Design of Steel Components and Connections," Structural Research Report, Louisiana State University, Baton Rouge, May 1985.

26. Girhammar, U. A., and Gopu, V. K. A., "Second Order Analysis of Composite Beam Columns," Structural Research Report, Royal Institute of Technology, Stockholm, Sweden, Aug., 1985.

27. Gunsell, B., Hoglund, T., and Gopu, V. K. A., "Influence of Bearing Area on End Grain Bearing Strength of Laminated Timber Columns," Structural Research Report, Division of Steel Construction, Royal Institute of Technology, Stockholm, December 1985.

28. Girhammar, U., and Gopu, V. K. A., "Influence of Connector Stiffness on Moment Magnification in Composite Timber Beam-Columns," Paper presented at the 40th Annual Meeting of the Forest Products Society, Spokane, WA, June 1986.

29. Avent, R. R., and Gopu, V. K. A., "Repair of Roof Beam at Hill Memorial Building," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, June 1986.

30. Gopu, V. K. A., "Micro-Computer Aided Analysis and Design of Radial and Parabolic Radial Arches," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, July 1986.

31. Diago, J., and Gopu, V. K. A., "Analysis of Composite Structural Elements Under Combined Axial Load and Bending - Euler Cases I - II," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, August 1986.

32. Kumar, N., and Gopu, V. K. A., "Investigation of Stiffness of Framing Members with Partial Composite Action," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, September 1986.

33. Gopu, V. K. A., and Nikravesh, A., "Optimum Design Parameters of Double-Tapered and Curved Glued Laminated Beams," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, October 1986.

34. Gopu, V. K. A., "Analysis of Tapered and Curved Glulam Beams of Constant Depth," Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, LA, October 1986.

35. Gopu, V. K. A., "Optimum Design of Pitch-Cambered Glued Laminated Beams," Project Completion Report, submitted to the American Institute of Timber Construction, Denver, CO, December 1986.

36. Posso, M. and Gopu, V. K. A., "Stress Analysis of Glulam Members with Circular Openings," Structural Research Report, Dept. of Civil Engineering, LSU, Baton Rouge, December 1986.

37. Gopu, V. K. A., "Selected Highlights of the Third Edition of the Timber Construction Manual," Paper presented at the Spring Joint Meeting of Louisiana and Mississippi ASCE Section, New Orleans, LA, April 1987.

38. Moheb, M., Gopu, V. K. A. and Mansour, M., "Influence of MOE Variability on Flexural Stresses and Deflections in Double-Tapered Pitched and Curved Beams," Structural Research Report, Dept. of Civil Engineering, LSU, Baton Rouge, May 1987.

39. Kumar, N. and Gopu, V. K. A., "Finite Element Modeling of Composite Elements and Systems with Interlayer Slip," Structural Research Report, Dept. of Civil Engineering, LSU, Baton Rouge, May 1987.

40. Avent, R. R. and Gopu, V. K. A., "Interim Report on Experimental Study of Bridge Movements - Volume l," Structural Research Report, Dept. of Civil Engineering, LSU, Baton Rouge, November 1987.

41. Avent, R. R. and Gopu, V. K. A., "Interim Report on Analytical Study of Bridge Movements - Volume 2," Structural Research Report, Dept. of Civil Engineering, LSU, Baton Rouge, November 1987.

42. Gopu, V. K. A. and Mansour, M., "Influence of MOE Variability on Stresses and Deflections in Pitch Cambered Glued Laminated Timber Member," Structural Research Report, Louisiana State University, May 1988.

43. Gopu, V. K. A. and Mansour, M., "Statistical Analysis of Stresses in Tapered and Curved Beams of Constant Depth," Structural Research Report, Louisiana State University, May 1988.

44. Gopu, V. K. A., "Finite Element Analysis of Tapered-Curved Beams of Constant Depth,"

35

Proceedings of 42nd Annual Meeting of the Forest Products Research Society, Quebec City, Quebec, Canada, June 1988.

45. Gopu, V. K. A. and Avent, R. R., "Investigation of Bridge Deck Movements in the New Atchafalaya River Bridge," Proceedings of the NSF Symposium on Bridge Research, Des Moines, Iowa, September 1988.

46. Blouin, D., O'Quinn, F., and Gopu, V. K. A., "Computer Aided Instruction for Concrete Form-Work Design," Jellinger Award Project Completion Report, Louisiana State University, January 1989.

47. Gopu, V. K. A. and O'Quinn, F., "Computer Aided Instructional Modules for Concrete Form-Work Design," Proceedings of the Joint Spring Meeting of the Louisiana and Mississippi ASCE Chapters, Lafayette, LA, March 1989.

48. Gopu, V. K. A. and Avent, R. R., "Creep and Shrinkage Deformations in Concrete Bridge Decks," Proceedings of the Joint Spring Meeting of the Louisiana and Mississippi ASCE Chapters, Lafayette, LA, March 1989.

49. Rebello, K. J., Gopu, V. K. A. and Avent, R. R., "Time Dependent Analysis for Bridge Movements," Proceedings of the Third International Colloquium on Concrete in Developing Countries, Beijing, China, May 1990.

50. Yeary, B. and Gopu, V. K. A., "Strength Model for Glued Laminated Timber Beams," Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, LA, May 1990.

51. Rebello, K. J., Gopu, V. K. A. and Avent, R. R., "Finite Element Analysis of Creep, Shrinkage and Thermal Effects in Concrete Bridges," Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, LA, May 1990.

52. Pentas, H., Avent, R. R. and Gopu, V. K. A., "Experimental Investigation of Longitudinal Movements Associated with Highway Bridge Joints," Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, LA, May 1990.

53. Gopu, V. K. A. and Avent, R. R., "Investigation of Bridge Deck Expansion Joint Movements," Paper presented at the Transportation Research Board Concrete Bridge Committee Meeting, Washington, D.C., January 1991.

54. Gopu, V. K. A., "Full Scale Tests of Long-Span Glulam Beams," Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, LA, March 1991.

55. Gopu, V. K. A., "Ultimate Load Behavior of Long-Span Southern Pine Glued Laminated Beams," Paper presented at the 1991 Annual Technical Activity Meeting of the American Institute of Timber Construction, Las Vegas, March 1991.

56. Gopu, V. K. A. and Girhammar, U. A., "Evaluation of the Scandinavian Analysis and Design Approach for Tapered-Straight Glued Laminated Timber Beams", Structural Research Report, Royal Institute of Technology, Stockholm, July 1991.

57. Gopu, V. K. A. and Girhammar, U. A., "Evaluation of the Scandinavian Analysis and Design Approach for Double-tapered Pitched and Curved Glued Laminated Timber Beams",

Structural Research Report, Royal Institute of Technology, Stockholm, August 1991.

58. Girhammar, U. A. and Gopu, V. K. A., "Some Aspects of Partially Composite Beam-Columns", Structural Research Report, Royal Institute of Technology, August 1991.

59. Gopu, V.K.A., "Design Tables for Pitched Tapered and Curved Glued Laminated Timber Beams", Structural Research Report, Department of Civil Engineering, Louisiana State University, Baton Rouge, Louisiana, March 1992.

60. Gopu, V.K.A., D. Roy, and D. D. Adrian, "Effect of Microbubble Admixture on Concrete Properties", Proceedings of the Annual Meeting of the Fine Particle Society, Las Vegas, Nevada, July 13-17, 1992.

61. Gopu, V. K. A., "Flexural Strength of Long Span Glulam Timber Beams", Paper presented at the ASCE-ACI Fall Conference, New Orleans, Louisiana, September 11, 1992.

62. Gopu, V. K. A., "Utilization of Teaching Tools Package in Structural Wood Engineering Instruction", Proceedings of the Wood Products for Engineering Structures Conference, Las Vegas, Nevada, November 11-13, 1992.

63. Gopu, V. K. A., "Behavior of Structural Wood Connections," Paper accepted for presentation for the ASCE New Orleans Structural Division Seminars, December 9, 1992.

64. Gopu, V. K. A., "Hurricane Andrew - Lessons Learnt from Performance of Light Frame Structures", Paper presented at the ASCE Louisiana Division Meeting, Lafayette, Louisiana, April 1993.

65. Gopu, V. K. A., "Introduction to a Systems Approach to Structures", Keynote Presentation at the 47th Annual International Meeting of the Forest Products Society, Clearwater Beach, Florida, June 1993.

66. Cheka, S. and Gopu, V.K.A., "A Windows Based Software for Obtaining Allowable Stresses for Structural Wood Members", Structural Research Report, Department of Civil Engineering, LSU, May 1995

67. Zheng, R., and Gopu, V.K.A. "Influence of Shear on Tension-Perpendicular-to-Grain Strength of Southern Pine Dimension Lumber", Structural Research Report, Department of Civil Engineering, LSU, December 1995

68. Gopu, V.K.A., "Overview of LRFD for Timber Structures", Fall Meeting of the ASCE Louisiana Section, New Orleans, October 1995

69. Chen, Y. and Gopu, V.K.A., "Evaluation of the Interaction of Shear and Tension-Perpendicular-to-Grain in Southern Pine Glulam Timber", Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, May 1996.

70. Gatti, S. and Gopu, V.K.A., "A Computer Aided Instructional Tool for Structural Timber Design", Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, May 1996

71. Surpaneni, S. and Gopu, V.K.A., "Computer Aided Instructional Tool for Structural Timber Design", Structural Research Report, Department of Civil Engineering, LSU, Baton Rouge, May 1996

72. Avent, R.R. and Gopu, V.K.A., "Load Rating Methodology for Hollow Timber Piles", Paper presented at the <u>Transportation Engineering Conference</u>, Baton Rouge, LA, February 1997

73. Levitan, J., Gopu, V.K.A. and Seals, R.K., "Influence of Member Geometry on the Strength and Stiffness of Recycled Plastic Lumber", <u>Structural Research Report</u>, Department of Civil Engineering, LSU, Baton Rouge, January 1997

74. Avent, R.R. and Gopu, V.K.A., "Load Rating Methodology for Hollow Timber Piles", Paper presented at the <u>Transportation Engineering Conference</u>, Baton Rouge, LA, February 1997

75. Gopu, V.K.A. and Seals, R.K., "Preliminary Evaluation of the Geometric and Stiffness Properties of Plastic Lumber", Paper presented at the <u>ASTM D-2020 Meeting,</u> St. Louis, Missouri, March 1997

76. Gopu, V.K.A. and Marx, C., "Significant Research Needs in Wood Engineering", Summary paper presented at the Wood Research Workshop, ASCE Structures Congress, Portland, April 1997

77. Gopu, V.K.A. and Seals, R.K., "Strength and Stiffness Properties of Reinforced and Un-reinforced Plastic Lumber', Paper presented at the <u>Louisiana Section ASCE Conference</u>, Baton Rouge, LA, April 1997

78. Shastri, B., and Gopu, V.K.A., "A Relational Database for Selection of Wood Floor and Ceiling Joists and Roof Rafters", <u>Structural Research Report</u>, Department of Civil Engineering, LSU, Baton Rouge, August 1997

79. Veeramani, K. and Gopu, V.K.A., "A Windows Based User Interface for Analysis and Design of Transmission Poles", <u>Structural Research Report</u>, Department of Civil Engineering, LSU, Baton Rouge, Augst 1997

80. Avent, R.R. and Gopu, V.K.A., "Remaining Strength of Hollowed Timber Piles", Paper presented at the 1997 <u>Louisiana Civil Engineering Conference</u>, Kenner, September 1997

81. Reed, K. and Gopu, V.K.A., "Service and Ultimate Load Behavior of a Glulam Tudor Arch", <u>Structural Research Report</u>, Department of Civil Engineering, LSU, Baton Rouge, January 1998

82. Gopu, V. K. A., "Wood Engineering Research and Wood Construction Technologies for the 21st Century", Plenary Session Paper, <u>International Conference on Effective Utilization of Plantation Timber</u>, Chi-Tou, Taiwan, May 1999

83. Avent, R.R., and Gopu, V.K.A., "Load Capacity of Hollowed Timber Piles", <u>Louisiana Transportation Research Center Report </u>(150 pp), Department of Civil Engineering, LSU, July 1999

84. Avent, R.R., and Gopu, V.K.A., "Effect of Incipient Decay on Compressive Strength and Stiffness of Timber Piles", <u>Louisiana Transportation Research Center Report</u>  (75 pp), Department of Civil Engineering, LSU, July 1999

85. Gopu, V. K. A., "Accelerating the Introduction of Composites into the Civil Infrastructure", Plenary Session Paper, First International Conference on Advanced Engineered Wood

Composites, Bar Harbor, Maine, July 1999

86. Gopu, V. K. A., and Avent, R.R., "A Nail Penetration Technique for Non-Destructive Evaluation of Load Capacity of Hollowed Timber Piles', Paper presented the NDE Conference, Atlantic City, New Jersey, February 2000

87. Gopu, V. K. A., " Performance of Structures in Natural Disasters", David Hunter Lecture presented at the ASCE Structural Division, New Orleans, LA, June 2002

88. Gopu, V. K. A., "Web Based Training Tool for Bridge Construction Engineers", Tri-State Meeting of the American Society of Profession Engineers, Point Clear, AL, July 2002.

89. Gopu, V. K. A., "Computer Aided Selection of Standardized Bridge Systems ", Alabama Bridge Builders Association Annual Meeting, Birmingham, September 2002

90. Gopu, V. K. A., "Extreme Events and Their Impact on Structures" ASCE Section, Huntsville, September 2002

91. Gopu, V. K. A., "Multi-media Resource for Accelerated Training of Bridge Engineers", Structural Research Report, Department of Civil and Environmental Engineering, University of Alabama in Huntsville, AL, March 2003

92. Gopu, V. K. A., "Standardized Bridge Systems for ALDOT", Structural Research Report, Department of Civil and Environmental Engineering, University of Alabama in Huntsville, AL, April 2003

93. Seals, Roger. K. and Gopu, V. K. A., "A Model for a Capstone Design Course in the Civil Engineering Curriculum" Proceedings of the International Conference on Civil Engineering Education, Ciudad Real, Spain, September 2003

94. Gopu, V., "Multimedia Resource Bridge Engineers", University Transportation Center for Alabama, Technical Report, 2004

95. Gopu, V., "Standardized Bridge Systems", University Transportation Center for Alabama, Technical Report, 2004

96. Gopu, V., "Expert System for Drilled Shaft Construction Inspection", University Transportation Center for Alabama, Technical Report, 2004

97. Gopu, V., "Designing for Security:  Protecting Structures from Terrorism", Tulane Engineering Forum, New Orleans, LA, September 2004

98. Gopu, V., "Behavior of Structures Under Hurricane Wind Loads", Presentation at the Johns Manville Technical Center, Denver, CO, September 2005

99. Gopu, V., "Critical Need for Improved Construction Standards for Disaster Resilient Homes", Disaster Resilience Workshop, University of New Orleans, January 2013

100. Balaguru, P. and Gopu, V., "Repair of Morganza Spillway Bridge Bent Pile Cap Using Carbon Fiber Reinforcement (CFR), LTRC Report No. 552, April, 2016

101. Gopu, V. and Ziehl, Paul, "Strengthening of Bridge Beams using Fiber Reinforced Polymers (FRP)", LTRC Research Report, No. 384, November, 2016

102. Gopu, V., "Introduction of Structural Health Monitoring Education in a CE Curriculum"'

University of South Carolina, Columbia, February 2017

103. Gopu, V., "Application of FRP Composites for Enhancing the Load Rating of White Bayou Bridge", 3rd China International Congress on Composite Materials, Hangzhou, China, October 21-23, 2017

104. Gopu, V., "Strengthening of Reinforced Concrete Bridges with FRP Composites", Our World in Concrete and Structures, Singapore, August 24-25, 2017

105. Gopu, V., "Concrete repair utilizing fiber reinforced inorganic polymer composites ",Our World in Concrete and Structures, Singapore, August 24-25, 2017

106. Gopu, V. and Okeil, A., "Field Monitoring and Measurements Education – A Model for Civil and Environmental Engineering", Transportation Research Board Meeting, January 7-11, 2018

107. Gopu, V., "Timber Repairs with Fiber Reinforced Polymers", Louisiana Transportation Conference, Baton Rouge, LA, February 25, '18

108. Gopu, V., "Challenges and Opportunities Stemming from the Development of Autonomous and Connected Vehicles", Alabama ASCE/AWP Summer Meeting, Orange Beach, AL, July 16-18, '18

109. Gopu, V., "Introduction of Structural Health Monitoring to Civil Engineering Education" ASEE Gulf South Conference, Austin, TX, April 5-6, 2018

110. Gopu, V., 'Challenges & Opportunism in Deploying Connected & Autonomous Vehicles", Gulf Region Intelligent Transportation Society, April 25, '18

111. Gopu, V., "Restoring and Improving the Nation's Infrastructure – A Grand Challenge", REU Site Presentation, UL-Lafayette, May 23 '18

112. Gopu, V., "Overview of Louisiana Transportation Research Center", Summer Meeting of the Advisory Board for the Center for Integration of Composites into the Infrastructure, June 20-21, '18

113. Gopu, V., "Challenges and Opportunities Stemming from the Development of Autonomous and Connected Vehicles", 2018 Summer Meeting of Alabama ASCE & Alabama Chapter of AWPA, Orange Beach, July 16-18, 2018

114. Gopu, V., "Damage to Light Frame Structures from the 2018 Hurricanes in the U.S.", International Workshop on Wind Effects on Buildings and Urban Environment", Tokyo Polytechnic University, Atsugi, Japan, Mar 10-12, 2019

115. Gopu, V., "Challenges & Opportunities in Deploying Connected & Autonomous Vehicles", Oklahoma Department of Transportation, Oklahoma City, OK. April 8, 2019

116. Gopu, V., "FRP Wrapping of Timber Piles", Southeastern Bridge Preservation Conference, Baton Rouge, LA, April 16-18, 2019

117. Gopu, V., "Tall Timber Construction in North America", 11th International Conference of the International Federation for High-Rise Structures on Extreme Engineering, Singapore, August 29-20, 2019,

118. Gopu, V., Okeil, A. and Seals, R.K., "SHM Education Planning and Implementation Workshop", SHMII-9 Conference, St. Louis, MO, August 4. 2019.

119. Gopu, V.K., "Performance of Light-frame Structures in Hurricanes", Proceedings of the Arkansas Engineering Forum, Little Rock AR, September 16, 2022

120. Gopu, V.K., "Research Funding Opportunities at Louisiana Transportation Research Center", Invited presentation at Louisiana Tech University, Ruston, LA, October 18, 2022

121. Gopu, V.K., "Education and Experience Requirements for Engineers with non-ABET Undergraduate Degrees', Joint Engineering Societies Conference, February 28-29, 2024, Lafayette, LA

122. Gopu, V.K., "Implementation of Wood Composites into Transportation Structures", Proceedings of USDA-FS Symposium: Build It Back Better with Wood: Connecting Urban & Rural Communities with Innovation, April 17-18, 2024, Morgantown, West Virginia

123. Gopu, V.K., "Strengthening of White Bayou Bridge with FRP Composites", Proceedings of the International Bridge Conference, June 3-5, 2024, San Antonio, TX

124. Gopu, V.K., "Transportation Engineering and Resilient Cities", Proceedings of the Recoletos Graduate Research Conference, Cebu City, Philippines, August 29-30, 2025

125. Gopu, V.K., "Ethics in the Practice of Engineering", Southeast Symposium on Contemporary Engineering, October 17, 2025, Louisiana State University, Baton Rouge, LA

126. A. Khan, M. A. Rahman, M. Moomen, E. Mitran, J. Codjoe, N. A. Ankrah, and V. Gopu, "A Hybrid Framework to Examine Factors of Speeding-Involved Young Driver Crashes with Latent Class Clustering and ARM", Transportation Research Board Meeting, January 11-15, 2026, Washington, DC

127. N. Sakib, M. A. Rahman, S. Junaed, A. Khan, S. Das, M. Moomen, J. Codjoe, and V. Gopu, "Explainable Machine Learning for Analyzing Factors Influencing Emergency Medical Services Response Times on Interstate Highways", Transportation Research Board Meeting, January 11-15, 2026, Washington, DC

128. M. Moomen, N. H. Mohammed, M. A. Rahman, J. Codjoe, and V. Gopu, "An Analysis of Pedestrian Crash Risk Factors in Louisiana using Multiscale Geographically Weighted Binomial Regression", Transportation Research Board Meeting, January 11-15, 2026, Washington, DC

129. N. Ankrah, M. Moomen, M. A. Rahman, E. Mitran, J. Codjoe, and V. Gopu, "Applying Machine Learning Techniques in Predicting Severity of Speeding Related Crashes in Louisiana", Transportation Research Board Meeting, January 11-15, 2026, Washington, DC

130. M. A. Rahman, T. Bhowmik, P. K. Roy, S. Junaed, A. Khan, M. Moomen, J. Codjoe, V. Gopu, "Copula-Based Approach to Modeling Emergency Medical Services Reporting, Response, Clearance, and Transportation Times for Traffic Incidents on Interstates", Transportation Research Board Meeting, January 11-15, 2026, Washington, DC

131. Milhan Moomen, Nurul-haq.Mohammed, Ashifur Rahman, Julius Codjoe and V. Gopu, "Analysis of Pedestrian Crash Risk Factors in Louisiana using Multiscale Geographically

Weighted Binomial Regression", Proceedings, ASCE Transportation Engineering Conference, Detroit, MI, June 28-July 1, 2026