UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                        PLAINTIFF

vs.                                              Civil No. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY; et al.                          DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED**:

(1) Defendants Mark Keenum and Alfred Ranks, Jr.'s Motion for Partial Dismissal [Doc. No. 102] is **GRANTED** to the extent it seeks to dismiss any monetary damages or previously dismissed [18; 58] claims against Defendants Keenum and Rankins in their official capacities, and it is otherwise **MOOT**;

(2) Defendants Mississippi State University and Mississippi Board of Trustees of State Institutions of Higher Learning's Motion for Partial Dismissal [100] is **GRANTED** to the extent it seeks to dismiss claims previously dismissed [18; 58] against Defendants Mississippi State University and Mississippi Board of Trustees of State Institutions of Higher Learning; and

(3) All remaining claims against the defendants **SHALL PROCEED**.

**SO ORDERED**, this, the _26th_ day of May, 2026.

_____
SENIOR U.S. DISTRICT JUDGE