**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LI ZHANG**                                                                                                      **PLAINTIFF**

**v.**                                                                              **CASE NO. 1:23-cv-71-GHD-DAS**

**MISSISSIPPI STATE UNIVERSITY et al.**                                              **DEFENDANTS**

**DEFENDANTS' MOTION TO STAY AND/OR CONTINUE TRIAL**

Defendants Mississippi State University and the Board of Trustees of State Institutions of Higher Learning (together, the "Defendants") respectfully move this Court to stay these proceedings or, in the alternative, to continue the trial currently set for the week of August 24, 2026, pending the disposition of the post-trial motion now pending in the parallel state-court action and the judgment therein becoming final. Defendants request that any stay run until November 1, 2026, with the parties directed to file a report on the status of the state-court judgment by that date, at which point the Court may reset the trial, lift the stay, or extend it as the circumstances warrant.

Counsel for Defendants has conferred with counsel for plaintiff, who opposes this motion.

Dated: July 22, 2026

Respectfully submitted,

/s/ Charles E. Winfield
Charles E. Winfield
Miss. Bar No. 10588
cwinfield@winfieldlawfirm.com
THE WINFIELD LAW FIRM, P.A.
224 East Main Street
Post Office Box 80281
Starkville, Mississippi 39759
Telephone: (662) 323-3984
Facsimile: (662) 323-3920

OF COUNSEL:

Berkley N. Huskison
Miss. Bar No. 9582
bhuskison@mitchellmcnutt.com
MITCHELL, MCNUTT & SAMS, P.A.
215 Fifth Street North
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: (662) 328-2316
Facsimile: (662) 328-8035

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the above and foregoing with the Court's ECF system, which sent notice to all parties.

Dated: July 22, 2026

/s/ Charles E. Winfield
Charles E. Winfield