IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                          PLAINTIFF

v.                                              CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY, et al.                            DEFENDANTS

RESPONSE IN OPPOSITION TO MOTION TO STAY

Li Zhang files this response to the Defendants' motion to stay or continue [172]. In support, Dr. Zhang relies on the materials of record, the memorandum being submitted this day, and the following exhibit.

Exhibit 1          Counsel Emails Regarding Parallel Litigation

Dated: July 31, 2026

LI ZHANG

/s/ Grafton E. Bragg
GRAFTON E. BRAGG

GRAFTON E. BRAGG (MSB # 104821)
BraggLaw, PLLC
965 Madison Avenue
Suite 2C
Madison, MS 39110
601.624.1153