IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                           PLAINTIFF

v.                                              CASE NO. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY and
MISSISSIPPI BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER LEARNING              DEFENDANTS

UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Li Zhang files this unopposed motion for extension of time to respond to the Defendants' motion in limine [175]. Plaintiff asks for an additional week, until August 10, 2026, to file his response.

Defendants filed their motion one week ago, July 27, 2026. By order, Dr. Zhang's response deadline is currently today, August 3, 2026. (ECF [171]). Plaintiff's counsel has been busy with personal and other work matters. Plaintiff's counsel has also been working on a response to the Defendants' motion to stay, which has now been filed.

With these time and scheduling constraints, Plaintiff requests an additional week, until August 10, 2026, to file his response to the Defendants' motion in limine. Defendants have no objection to the requested relief.

Given the straightforward and uncontested nature of this motion, Plaintiff seeks leave from the requirements of submitting a proposed order and supporting memorandum.

Dated: August 3, 2026

LI ZHANG


/s/ Grafton E. Bragg
GRAFTON E. BRAGG


GRAFTON E. BRAGG (MSB # 104821)
BraggLaw, PLLC
965 Madison Avenue
Suite 2C
Madison, MS 39110
601.624.1153
grafton@graftonbragglaw.com

2