UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LI ZHANG                                                                    PLAINTIFF

vs.                                                          Civil No. 1:23-cv-71-GHD-DAS

MISSISSIPPI STATE UNIVERSITY; et al.                                      DEFENDANTS

### ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED**:

(1) Defendants Mississippi State University, Mississippi Board of Trustees of State Institutions of Higher Learning, Mark Keenum, and Alfred Rankins, Jr.'s (collectively "Defendants") Motion for Summary Judgment [Doc. No. 145] is **GRANTED**;

(2) All claims against Defendants are hereby **DISMISSED WITH PREJUDICE**;

(3) All remaining pending motions [143; 149; 172; 175] in this matter are **MOOT**; and

(4) This case is **CLOSED**.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made part of the record in this action.

**SO ORDERED**, this, the 3rd day of August, 2026.

_____
SENIOR U.S. DISTRICT JUDGE